## CERTIFICATION AND AUTHORIZATION

I, Tom Klingenberg, on behalf of the Sheet Metal Workers Local 19 Pension Fund ("Local 19"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and I am authorized in my capacity as Administrator of Local 19 to initiate litigation and to execute this Certification on behalf of Local 19.

2. Local 19 did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Local 19 is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 19's transactions in ProAssurance Corporation common stock during the Class Period are set forth below.

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 06/05/19 | Purchase | 2,195 | $38.98 |
| 04/13/20 | Purchase | 423 | $21.01 |

5. Local 19 has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6. Local 19 has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

   *In re Newell Brands, Inc. Sec. Litig.*, No. 2:18-cv-10878 (D.N.J.)

   *In re Merit Med. Sys., Inc. Sec. Litig.*, No. 8:19-cv-02326 (C.D. Cal.)

7. Local 19 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 19's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2020.

Sheet Metal Workers Local 19 Pension Fund

*/s/ Tom Klingenberg*
Tom Klingenberg, Administrator