FILED

2020 Jul-09  PM 04:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CASE No: 2:20-CV-00856-GMB |
| PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

## JOINT STIPULATION AND ORDER STAYING ALL RESPONSIVE PLEADING DEADLINES

IT IS HEREBY STIPULATED AND AGREED that no response is due to the current complaint until after a lead plaintiff is appointed. The Parties further stipulate and agree that once a lead plaintiff is appointed, the parties will negotiate a schedule for responding to the Plaintiff's pleadings.

WHEREAS it is hereby stipulated by the Parties, subject to the approval of the Court, that all responsive pleading deadlines in the case are stayed until after a lead plaintiff is appointed, at which time the defendants will negotiate a responsive pleading schedule with lead plaintiffs' counsel.

{B3536011}                                    1

DATED:      July 9, 2020

Respectfully submitted,

/s/ Steven B. Singer_____
Steven B. Singer
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
*ssinger@saxenawhite.com*

Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
*jwhite@saxenawhite.com*

*/s/ David J. Guin_____*
David J. Guin
Tammy M. Stokes
Dawn Stith Evans
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600/Title Bldg.
Birmingham, AL 35203
Tel.: 205-226-2282
*davidg@gseattorneys.com*
*tammys@gseattorneys.com*
*devans@gseattorneys.com*

*Attorneys for Plaintiff*

{B3536011}                    2

Respectfully submitted,

/s/ Jay M. Ezelle
Walter W. Bates (ASB-7202-E49W)
Jay M. Ezelle (ASB-4744-Z72J)
Cole R. Gresham (ASB-8993-L74G)
Michael R. Lasserre (ASB-2144-Y61G)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512
*wwb@starneslaw.com*
*jme@starneslaw.com*
*crg@starneslaw.com*
*mrl@starneslaw.com*

Jonathan K. Youngwood (PHV application pending)
Janet A. Gochman (PHV application pending)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
*jyoungwood@stblaw.com*
*jgochman@stblaw.com*

*Attorneys for Defendants*

It is so ordered this __ day of July 2020.

_____
Magistrate Judge Gray M Borden

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Steven B. Singer
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606

Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434

David J. Guin
Tammy M. Stokes
Dawn Stith Evans
GUIN, STOKES & EVANS, LLC 300 Richard Arrington Jr. Blvd. N.
Suite 600/Title Bldg.
Birmingham, AL 35203

/s/ Jay M. Ezelle
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
