FILED

2020 Jul-15  PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-856-GMB |
| PROASSURANCE CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the court is the Joint Stipulation and Order Staying All Responsive Pleading Deadlines. Doc. 12.  In that motion, the parties request that the court stay certain deadlines in this case until a lead plaintiff can be designated. Doc. 12 at 1. For good cause, it is ORDERED that the Joint Stipulation and Order Staying All Responsive Pleading Deadlines (Doc. 12) is GRANTED and that all responsive pleading deadlines are STAYED.

It is further ORDERED (1) that the parties shall file a joint report regarding the status of the litigation on or before **August 15, 2020**, and on the 15th day of every month thereafter while the stay remains in effect; and (2) that the parties shall submit to the court their proposed schedule for filing responsive pleadings no later

than **14 days** after designating a lead plaintiff.

DONE and ORDERED on July 15, 2020.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE