FILED

2020 Aug-17 PM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI, <br><br> Defendants. | Case No.: 2:20-cv-00856-AKK <br><br> CLASS ACTION |

**DECLARATION OF LESTER R. HOOKER IN SUPPORT OF THE CENTRAL LABORERS' PENSION FUND AND THE PLYMOUTH COUNTY RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

I, Lester R. Hooker, declare as follows:

1.    I am a Director of Saxena White P.A., counsel for proposed Lead Plaintiff the Central Laborers' Pension Fund and the Plymouth County Retirement System (collectively, the "Pension Fund and Retirement System"). I submit this declaration in support of the Pension Fund and Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel, and the accompanying Memorandum of Law.

1

2.     Attached are true and correct copies of the following exhibits:

EXHIBIT A:   Notice of pendency of class action published in *Globe Newswire* on June 17, 2020;

EXHIBIT B:   Certifications of the Pension Fund and Retirement System;

EXHIBIT C:   Loss Calculations of the Pension Fund and Retirement System;

EXHIBIT D:   Joint Declaration on Behalf of the Central Laborers' Pension Fund and the Plymouth County Retirement System in Support of their Motion for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel;

EXHIBIT E:   Firm Résumé of Saxena White P.A.;

EXHIBIT F:   Firm Résumé of Robbins Geller Rudman & Dowd LLP;

EXHIBIT G:   Firm Résumé of Guin, Stokes & Evans, LLC; and

EXHIBIT H:   Firm Résumé of Roger Bedford, Attorney at Law, LLC.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 17th day of August 2020 at Boca Raton, Florida.

*/s/ Lester R. Hooker*
Lester R. Hooker

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of August, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will deliver the document to all counsel of record.

/s/ David J. Guin
David J. Guin