FILED
2020 Aug-17  PM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

## **CERTIFICATION**

I, Dan Koeppel, on behalf of the Central Laborers' Pension Fund, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and I am authorized in my capacity as Executive Director of the Pension Fund to initiate litigation and to execute this Certification on behalf of the Pension Fund.

2. The Pension Fund did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. The Pension Fund is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. The Pension Fund's transactions in ProAssurance Corporation common stock during the Class Period are set forth in the attached "Schedule A."

5. The Pension Fund has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Plymouth County Ret. Sys. v. Patterson Companies, Inc.*, No. 0:18-cv-0871 (D. Minn.)

    *Nikolov v. Livent Corporation*, No. 2:19-cv-02218 (E.D. Pa.)

6. The Pension Fund has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *Central Laborers' Pension Fund v. Envision Healthcare Corporation*, No. 3:17-cv-01397 (M.D. Tenn.)

7. The Pension Fund will not accept any payment for serving as a representative party on behalf of the Class beyond the Pension Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of August, 2020.

Central Laborers' Pension Fund

_____
Dan Koeppel, Executive Director

## SCHEDULE A
### Central Laborers' Pension Fund
### Transactions in ProAssurance Corporation

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 05/02/19 | 997 | $37.11 | *None* | | |
| 05/03/19 | 1,333 | $37.99 | | | |
| 05/03/19 | 214 | $37.36 | | | |
| 05/06/19 | 287 | $38.20 | | | |
| 05/06/19 | 2,105 | $38.56 | | | |
| 05/07/19 | 964 | $38.58 | | | |
| 05/07/19 | 865 | $38.68 | | | |
| 05/08/19 | 2,128 | $39.11 | | | |
| 05/09/19 | 1,452 | $39.27 | | | |
| 05/09/19 | 544 | $39.03 | | | |
| 05/09/19 | 428 | $39.07 | | | |
| 05/10/19 | 1,311 | $39.68 | | | |
| 05/13/19 | 2,162 | $38.95 | | | |
| 07/08/19 | 217 | $37.52 | | | |
| 07/08/19 | 475 | $37.61 | | | |
| 07/09/19 | 700 | $37.91 | | | |
| 07/10/19 | 2,046 | $38.46 | | | |
| 07/10/19 | 96 | $38.58 | | | |
| 07/11/19 | 1,447 | $39.43 | | | |
| 07/12/19 | 1,650 | $39.60 | | | |
| 07/15/19 | 1,557 | $39.50 | | | |
| 07/16/19 | 1,034 | $39.55 | | | |
| 07/16/19 | 504 | $39.52 | | | |
| 07/31/19 | 4,426 | $39.11 | | | |
| 04/07/20 | 4,013 | $23.15 | | | |

## **CERTIFICATION AND AUTHORIZATION**

I, David Sullivan, on behalf of the Plymouth County Retirement System ("Plymouth"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and I am authorized in my capacity as Executive Director of Plymouth to initiate litigation and to execute this Certification on behalf of Plymouth.

2. Plymouth did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Plymouth is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plymouth's transactions in ProAssurance Corporation common stock during the Class Period are set forth in the attached "Schedule A."

5. Plymouth has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Hampton v. Aqua Metals, Inc.*, No. 4:17-cv-07142 (N.D. Cal.)

    *Plymouth County Ret. Sys. v. Patterson Companies, Inc.*, No. 0:18-cv-0871 (D. Minn.)

    *Schlimm v. Welbilt, Inc.*, No. 8:18-cv-3007 (M.D. Fla.)

    *Employees Ret. Sys. of the Puerto Rico Electric Power Authority v. Conduent, Inc.*, No. 2:19-cv-08237 (D.N.J.)

    *Plymouth County Ret. Sys. v. Evolent Health, Inc.*, No. 1:19-cv-01031 (E.D. Va.)

    *Corwin v. ViewRay, Inc.*, No. 1:19-cv-02115 (N.D. Ohio)

6. Plymouth has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *In re Envision Healthcare Corp. Sec. Litig.*, No. 3:17-cv-01112 (M.D. Tenn.)

    *Plymouth County Ret. Ass'n v. Advisory Board Co.*, No. 1:17-cv-01940 (D.D.C.)

1

*St. Clair County Employees Ret. Sys. v. Acadia Healthcare Company, Inc.*, No. 3:18-cv-0988 (M.D. Tenn.)

*Plymouth County Ret. Sys. v. GTT Communications, Inc.*, No. 1:19-cv-0982 (E.D. Va.)

*Koffsmon v. Green Dot Corp.*, No. 2:19-cv-10701 (C.D. Cal.)

7. Plymouth will not accept any payment for serving as a representative party on behalf of the Class beyond Plymouth's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of June, 2020.

*Plymouth County Retirement System*

David Sullivan, Executive Director

2

**SCHEDULE A**
**Plymouth County Retirement System**
**Transactions in ProAssurance Corporation**

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 05/02/19 | 914 | $37.11 | *None* | | |
| 05/03/19 | 196 | $37.36 | | | |
| 05/03/19 | 1,221 | $37.99 | | | |
| 05/06/19 | 263 | $38.20 | | | |
| 05/06/19 | 1,928 | $38.56 | | | |
| 05/07/19 | 883 | $38.58 | | | |
| 05/07/19 | 793 | $38.68 | | | |
| 05/08/19 | 1,949 | $39.11 | | | |
| 05/09/19 | 498 | $39.03 | | | |
| 05/09/19 | 392 | $39.07 | | | |
| 05/09/19 | 1,330 | $39.27 | | | |
| 05/10/19 | 1,201 | $39.68 | | | |
| 05/13/19 | 1,980 | $38.95 | | | |
| 07/08/19 | 200 | $37.52 | | | |
| 07/08/19 | 437 | $37.61 | | | |
| 07/09/19 | 644 | $37.91 | | | |
| 07/10/19 | 1,884 | $38.46 | | | |
| 07/10/19 | 88 | $38.58 | | | |
| 07/11/19 | 1,332 | $39.43 | | | |
| 07/12/19 | 1,519 | $39.60 | | | |
| 07/15/19 | 1,433 | $39.50 | | | |
| 07/16/19 | 464 | $39.52 | | | |
| 07/16/19 | 952 | $39.55 | | | |
| 07/31/19 | 4,062 | $39.11 | | | |