FILED
2020 Aug-17  PM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

**Central Laborers Pension Plan—LIFO Loss**
**ProAssurance Corporation (PRA)**
Class Period:       April 26, 2019 through May 7, 2020
Look-Back Price:   $14.5778         (through August 6, 2020)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| Purchase | 05/02/2019 | 997 | $37.11 | $36,998 | | | | | |
| Purchase | 05/03/2019 | 1,333 | $37.99 | $50,644 | | | | | |
| Purchase | 05/03/2019 | 214 | $37.36 | $7,994 | | | | | |
| Purchase | 05/06/2019 | 287 | $38.20 | $10,962 | | | | | |
| Purchase | 05/06/2019 | 2,105 | $38.56 | $81,179 | | | | | |
| Purchase | 05/07/2019 | 964 | $38.58 | $37,187 | | | | | |
| Purchase | 05/07/2019 | 865 | $38.68 | $33,454 | | | | | |
| Purchase | 05/08/2019 | 2,128 | $39.11 | $83,228 | | | | | |
| Purchase | 05/09/2019 | 1,452 | $39.27 | $57,021 | | | | | |
| Purchase | 05/09/2019 | 544 | $39.03 | $21,230 | | | | | |
| Purchase | 05/09/2019 | 428 | $39.07 | $16,720 | | | | | |
| Purchase | 05/10/2019 | 1,311 | $39.68 | $52,025 | | | | | |
| Purchase | 05/13/2019 | 2,162 | $38.95 | $84,210 | | | | | |
| Purchase | 07/08/2019 | 217 | $37.52 | $8,142 | | | | | |
| Purchase | 07/08/2019 | 475 | $37.61 | $17,867 | Sale* | 05/13/2020 | 2,706 | $15.21 | $41,165 |
| Purchase | 07/09/2019 | 700 | $37.91 | $26,539 | Sale* | 05/13/2020 | 5,276 | $15.21 | $80,261 |
| Purchase | 07/10/2019 | 2,046 | $38.46 | $78,689 | Sale* | 05/14/2020 | 1,654 | $14.79 | $24,463 |
| Purchase | 07/10/2019 | 96 | $38.58 | $3,703 | Sale* | 05/14/2020 | 9,688 | $14.79 | $143,286 |
| Purchase | 07/11/2019 | 1,447 | $39.43 | $57,056 | Sale* | 05/14/2020 | 118 | $14.79 | $1,745 |
| Purchase | 07/12/2019 | 1,650 | $39.60 | $65,344 | Sale* | 05/15/2020 | 1,654 | $14.55 | $24,063 |
| Purchase | 07/15/2019 | 1,557 | $39.50 | $61,507 | Sale* | 05/15/2020 | 8,453 | $14.55 | $122,977 |
| Purchase | 07/16/2019 | 1,034 | $39.55 | $40,890 | Sale* | 05/18/2020 | 2,701 | $14.49 | $39,137 |
| Purchase | 07/16/2019 | 504 | $39.52 | $19,918 | Sale* | 05/19/2020 | 581 | $14.33 | $8,324 |
| Purchase | 07/31/2019 | 4,426 | $39.11 | $173,106 | Sale* | 05/19/2020 | 124 | $14.33 | $1,776 |
| Purchase | 04/07/2020 | 4,013 | $ 23.15 | $92,904 | Retained | | 0 | $14.58 | $0 |
| | | 32,955 | | $1,218,515 | | | 32,955 | | $487,197 |
| | | | | | | | **LIFO Loss** | | **($731,319)** |

*\* Post CP Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

**Plymouth County Retirement System—LIFO Loss**
**ProAssurance Corporation (PRA)**
Class Period:        April 26, 2019 through May 7, 2020
Look-Back Price:   $14.5778        (through August 6, 2020)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| Purchase | 05/02/19 | 914 | $37.11 | $33,918 | | | | | |
| Purchase | 05/03/19 | 196 | $37.36 | $7,322 | | | | | |
| Purchase | 05/03/19 | 1,221 | $37.99 | $46,389 | | | | | |
| Purchase | 05/06/19 | 263 | $38.20 | $10,045 | | | | | |
| Purchase | 05/06/19 | 1,928 | $38.56 | $74,353 | | | | | |
| Purchase | 05/07/19 | 883 | $38.58 | $34,063 | | | | | |
| Purchase | 05/07/19 | 793 | $38.68 | $30,669 | | | | | |
| Purchase | 05/08/19 | 1,949 | $39.11 | $76,227 | | | | | |
| Purchase | 05/09/19 | 498 | $39.03 | $19,434 | | | | | |
| Purchase | 05/09/19 | 392 | $39.07 | $15,313 | | | | | |
| Purchase | 05/09/19 | 1,330 | $39.27 | $52,230 | | | | | |
| Purchase | 05/10/19 | 1,201 | $39.68 | $47,660 | | | | | |
| Purchase | 05/13/19 | 1,980 | $38.95 | $77,121 | | | | | |
| Purchase | 07/08/19 | 200 | $37.52 | $7,504 | Sale* | 05/13/20 | 4,252 | $15.21 | $64,684 |
| Purchase | 07/08/19 | 437 | $37.61 | $16,438 | Sale* | 05/13/20 | 2,182 | $15.21 | $33,194 |
| Purchase | 07/09/19 | 644 | $37.91 | $24,416 | Sale* | 05/14/20 | 1,334 | $14.79 | $19,730 |
| Purchase | 07/10/19 | 1,884 | $38.46 | $72,459 | Sale* | 05/14/20 | 95 | $14.79 | $1,405 |
| Purchase | 07/10/19 | 88 | $38.58 | $3,395 | Sale* | 05/14/20 | 7,809 | $14.79 | $115,495 |
| Purchase | 07/11/19 | 1,332 | $39.43 | $52,522 | Sale* | 05/15/20 | 1,333 | $14.55 | $19,393 |
| Purchase | 07/12/19 | 1,519 | $39.60 | $60,156 | Sale* | 05/15/20 | 6,813 | $14.55 | $99,118 |
| Purchase | 07/15/19 | 1,433 | $39.50 | $56,609 | Sale* | 05/18/20 | 2,177 | $14.49 | $31,545 |
| Purchase | 07/16/19 | 464 | $39.52 | $18,337 | Sale* | 05/19/20 | 100 | $14.33 | $1,433 |
| Purchase | 07/16/19 | 952 | $39.55 | $37,647 | Sale* | 05/19/20 | 468 | $14.33 | $6,705 |
| Purchase | 07/31/19 | 4,062 | $39.11 | $158,869 | Retained | | 0 | $14.58 | $0 |
| | | 26,563 | | $1,033,094 | | | 26,563 | | $392,700 |
| | | | | | | | **LIFO Loss** | | **($640,394)** |

*Post CP Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*