FILED
2020 Aug-17  PM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H



# Roger H. Bedford, Jr.

Roger H. Bedford, Jr. served in the Alabama State Senate as Senator of District 6 from 1982, when he was the youngest Senator ever elected at age 24, where he served until 2014.  Born on July 2, 1956, he received his education at the University of Alabama, and his law degree from Cumberland School of Law, Samford University.  He presently practices law in Russellville, Alabama at the law firm of Roger Bedford, Attorney at Law, LLC and he also serves as Municipal Court Judge for the City of Russellville and Hackleburg.

He is a conservative Democrat who previously served as the Chairman of the Finance and Taxation General Fund Committee in the Alabama State Senate, Chairman of the Medicaid Oversight Committee and the Legislative Council, and Minority Leader.

He has a proven track record with regards to helping senior citizens. He created the first statewide free prescription drug program for senior citizens, known as the Senior Rx program, which has given away over $400 million in free prescriptions to Alabama seniors.

He also brought millions of dollars to his Senate District for improvements to education, roads, bridges, ball fields and senior centers.

In 1989 he was voted "Most Outstanding State Senator" by his fellow Senators for his leadership in fighting for a quality education system, for reforming Alabama's victim rights and child abuse legislation, as well as working for tougher drug laws.  He is also the recipient of the 2015 NAACP James Cobb Leadership award and was also inducted into the Franklin County Hall of Fame in 2015.

He has also been honored with "The Outstanding Legislator Award" from the Alabama Fraternal Order of Police of Alabama, Probate Judges Association, Alabama State Chiropractic Association, Alabama Nurses Association, Alabama State Employees Association, the Alabama Wildlife Federation and the Alabama Nursing Home Association. In addition, he was awarded "Legislator of the Decade" by the American Cancer Society.

He has served as an executive member of the American Cancer Society, an executive committee member of the Alabama Law Institute, a lifetime member of the National Rifle Association, as a lifetime member of the Alabama's Cattlemen's Association, a member of Ducks Unlimited, the Rotary Club, Board Member of the Russellville Hospital, and is a former Board of Bar Commissioner for the 34th Judicial Circuit.

He is a thirty-year cancer survivor of Non-Hodgkin's Lymphoma. He received a bone marrow transplant at MD Anderson Cancer Center in January 1990. After a church mission trip to Transnistria to place new socks and shoes on orphan's feet, Roger got an infection that caused blindness in his right eye. However, his faith in God and love of his family has kept him going as he continues his fight to help build a better Alabama.

He enjoys hunting and fishing and is a strong supporter of conserving and protecting the natural resources of the State of Alabama for not only the present generation, but those to come.

He, his wife Maudie, and their son Roger Bedford, III are active members of the First Baptist Church of Russellville, where he has served as a Deacon.