FILED

2020 Sep-11  PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL)** **19 PENSION FUND,** ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action Number **2:20-cv-856-AKK** |
| **PROASSURANCE CORPORATION,** ) **et al.,** ) ) | |
| Defendants. ) | |

## ORDER

Plaintiff's  Unopposed Motion for Admission Pro Hac Vice of Brandon

Marsh (doc. 33) is **GRANTED**.


**DONE** this 11th day of September, 2020.


_____

**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**