FILED

2020 Sep-29  PM 12:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL)** | |
| **19 PENSION FUND,** | ) |
| | ) |
| Plaintiff, | ) |
| | )     Civil Action Number |
| v. | )     **2:20-cv-856-AKK** |
| | ) |
| **PROASSURANCE CORPORATION,** ) | |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff's  Unopposed Motion for Admission Pro Hac Vice of Bailie L.

Heikkinen, Nathan R. Lindell and Reginald E. Janvier (docs. 36, 37, 38) are

**GRANTED**.

**DONE** this 29th day of September, 2020.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**