FILED

2021 Jan-29  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS** | **)** | |
| **LOCAL 19 PENSION FUND,** | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | Civil Action Number |
| v. | **)** | **2:20-cv-856-AKK** |
| | **)** | |
| **PROASSURANCE CORPORATION,** | **)** | |
| **et al.,** | **)** | |
| | **)** | |
| Defendants. | **)** | |

## <u>ORDER</u>

The Plaintiff's Motion to Withdraw as to Brandon Marsh (doc. 40) is

**GRANTED**.

**DONE** this 29th day of January, 2021.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**