FILED

2021 Mar-17  PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No.: 2:20-cv-00856-AKK** |
| **PROASSURANCE CORPORATION, et al.,** | ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

This action is before the court on the parties' joint stipulation setting pleading schedule.    Doc. 42.    The court approves of the parties' stipulated schedule. Accordingly, the court **ORDERS**:    No later than **March 26, 2021**, the lead plaintiff shall file an amended complaint, and the defendants' response to the forthcoming amended complaint is due by **May 18, 2021**.    If the defendants' file a motion to dismiss, the lead plaintiff's opposition is due by **June 30, 2021**, and the defendants' reply, if any, shall be due by **July 28, 2021**.

**DONE** the 17th day of March, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE