FILED

2021 Apr-28  PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL**)** | | |
| **19 PENSION FUND,** | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | Civil Action Number |
| v. | **)** | **2:20-cv-856-AKK** |
| | **)** | |
| **PROASSURANCE CORPOATION,** | **)** | |
| **et al.,** | **)** | |
| | **)** | |
| Defendants. | **)** | |

## ORDER

Plaintiff's  Unopposed Motion for Admission Pro Hac Vice of Sara DiLeo

(doc. 45) is **GRANTED**.


**DONE** this 28th day of April, 2021.


_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**