## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS** | ) | |
| **LOCAL 19 PENSION FUND,** | ) | |
| **Individually and on Behalf of All** | ) | |
| **Others Similarly Situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:20-cv-00856-AKK** |
| | ) | |
| **PROASSURANCE** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The court has for consideration the joint motion to extend the court's page limitations. Doc. 47. Because page limitations help the court manage its docket and promote efficiency, the motion, doc. 47, is **GRANTED** in part. The court extends the page limitation for the parties' initial briefs in support of, or in opposition to, the forthcoming motion to dismiss to thirty pages. The defendants' reply brief, if any, is limited to ten pages.

All other provisions of the court's Non-Summary Judgement Scheduling Order and Submissions Guidelines (Appendix III), available at https://www.alnd.uscourts.gov/content/judge-abdul-k-kallon, remain in effect. The court **DIRECTS** the defendants to review the order's pre-filing requirement to

confer before filing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). *See* Appx. III at 1-2.

**DONE** the 30th day of April, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE