FILED

2021 May-18  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL)** | |
| **19 PENSION FUND,** ) | |
| ) | |
|     Plaintiff, ) | Civil Action Number |
| ) | **2:20-cv-856-AKK** |
|     v. ) | |
| ) | |
| **PROASSURANCE CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
|     Defendants. | |

## ORDER

Defendants'  Unopposed Motion for Admission Pro Hac Vice of Carl Jacob

Lundqvist (doc. 49) is **GRANTED**.


**DONE** this 18th day of May, 2021.


_____

**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**