FILED

2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI, <br><br> Defendants. | Civil Action No.: 2:20-cv-00856-AKK |

**TRANSMITTAL DECLARATION OF JAY M. EZELLE**

JAY M. EZELLE hereby declares under penalty of perjury as follows:

1.    I am a partner of the law firm Starnes Davis Florie LLP, counsel to Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski (collectively "Defendants").  I submit this Declaration in support of Defendants' Opening Brief in Support of their Motion to Dismiss the Amended Complaint.

2.    Attached hereto are true and correct copies of the following:

| Ex. | Description |
|---|---|
| 1. | ProAssurance 2020 Form 10-K (excerpted) |
| 2. | ProAssurance 2018 Form 10-K (excerpted) |
| 3. | Boenning & Scattergood Analyst Report, April 11, 2017 |
| 4. | ProAssurance 2019 Form 10-K (excerpted) |
| 5. | SunTrust Robinson Humphrey Analyst Report, April 4, 2018 |
| 6. | ProAssurance August 3, 2016 Form 8-K |
| 7. | 2016 Statement of Actuarial Opinion, ProAssurance Specialty Insurance Company, Inc. |
| 8. | 2017 Statement of Actuarial Opinion, ProAssurance Specialty Insurance Company, Inc. |
| 9. | 2018 Statement of Actuarial Opinion, ProAssurance Specialty Insurance Company, Inc. |
| 10. | 2019 Statement of Actuarial Opinion, ProAssurance Specialty Insurance Company, Inc. |
| 11. | 2020 Statement of Actuarial Opinion, ProAssurance Specialty Insurance Company, Inc. |
| 12. | 2016 Statement of Actuarial Opinion, ProAssurance Casualty Company |
| 13. | 2017 Statement of Actuarial Opinion, ProAssurance Casualty Company |
| 14. | 2018 Statement of Actuarial Opinion, ProAssurance Casualty Company |
| 15. | 2019 Statement of Actuarial Opinion, ProAssurance Casualty Company |
| 16. | 2020 Statement of Actuarial Opinion, ProAssurance Casualty Company |

| 17. | ProAssurance Specialty Insurance Company, Inc. 2018 Annual Statement (excerpted) |
|-----|-----|
| 18. | ProAssurance Casualty Company 2018 Annual Statement (excerpted) |
| 19. | Q2 2019 Earnings Call Transcript, August 8, 2019 (excerpted) |
| 20. | Q1 2018 Earnings Call Transcript, May 4, 2018 (excerpted) |
| 21. | Investor Call Transcript, March 6, 2018 (excerpted) |
| 22. | Q3 2018 Earnings Call Transcript, November 7, 2018 (excerpted) |
| 23. | Q4 2018 Earnings Call Transcript, February 22, 2019 (excerpted) |
| 24. | Q3 2019 Earnings Call Transcript, November 6, 2019 (excerpted) |
| 25. | ProAssurance Q3 2019 Form 10-Q |
| 26. | ProAssurance February 21, 2019 Form 8-K |
| 27. | ProAssurance May 22, 2019 Form 8-K |
| 28. | ProAssurance January 22, 2020 Form 8-K |
| 29. | ProAssurance February 20, 2020 Form 8-K |
| 30. | Q4 2019 Earnings Call Transcript, February 21, 2020 (excerpted) |
| 31. | Boenning & Scattergood Analyst Report, January 23, 2020 |
| 32. | ProAssurance Q1 2020 Form 10-Q (excerpted) |
| 33. | Q1 2020 Earnings Call Transcript, May 8, 2020 (excerpted) |
| 34. | ProAssurance Specialty Insurance Company, Inc. Q3 2017 Quarterly Statement (excerpted) |
| 35. | ProAssurance Specialty Insurance Company, Inc. Q3 2019 Quarterly Statement (excerpted) |
| 36. | Q2 2018 Earnings Call Transcript, August 8, 2018 (excerpted) |

4

| 37. | ProAssurance Specialty Insurance Company, Inc. 2019 Annual Statement (excerpted) |
|---|---|

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on May 18, 2021 in Birmingham, Alabama.

/s/ *Jay M. Ezelle*
Jay M. Ezelle