FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

# BOENNING & SCATTERGOOD
ESTABLISHED 1914

## Equity Research

# ProAssurance Corporation
**(PRA-NYSE)**

**April 11, 2017**

**P&C Insurance**

| | |
|---|---|
| Rating/Risk: | Neutral/Moderate |
| Price: | $60.15 |
| Target Price: | NA |

## Positioned to Succeed in the Evolving Healthcare Professional Liability Market; Initiate Coverage of ProAssurance at Neutral

**Investment Conclusion:** We initiate coverage on PRA with a Neutral rating. PRA is a healthcare-centric specialty insurance writer and the only publicly traded company writing predominantly healthcare professional liability insurance.

**Key Points:**

- **Competitive Advantages** – Unlike its many small, single-state healthcare professional liability (HCPL) specialist competitors, PRA has the size and scope to take advantage of the ongoing evolution of the healthcare industry. It is one of the largest HCPL providers in the U.S. (ranked #4 in the U.S. by medical professional liability direct premiums written in 2016). PRA is licensed to write in all 50 states in the U.S. and recently added an international platform via a controlling-interest investment in a Lloyd's of London syndicate. The company's subsidiaries also have excellent financial strength ratings, including "A+" (Superior) by A.M. Best and "A" (Strong) by Fitch, which give it a competitive advantage over many competitors.

- **Capital Management** – Since 2007, when the current management team's tenure began, PRA's shareholders' equity has increased from $1.3 billion to $1.8 billion (43% growth). Over the same time frame, management has returned $1.7 billion to shareholders via share repurchases and dividends (regular and special) and deployed $750 million in transformative strategic acquisitions. PRA pays a dividend that results in a 2.1% capitalized dividend yield at current prices. Additionally, the company's board of directors has approved the payment of special dividends in four of the last five years.

- **Operating Performance** – Over the last 20 years, PRA has generated an average combined ratio of 91.0% vs. the industry's average of 102.4%. The difference is substantially higher over the last 10 years – PRA's 10-year average combined ratio is 74.0% vs. the industry's average of 100.7%. PRA's exceptional underwriting performance over the last 10 years largely reflects favorable loss reserve development. On a statutory basis, PRA's return on surplus has outperformed the industry since 2005. Over the last 10 years, PRA's average ROS is 16.0% vs. the industry's average of 7.3%.

- **Balance Sheet** – PRA's investment portfolio is fairly typical for the sector. Two-thirds of PRA's investment portfolio is fixed income securities with an average duration of 3.4 years and a weighted average rating of "A+". Based on reserve development patterns, PRA's reserves appear very conservatively stated. Reserves have developed favorably in each of the last 14 years and 24 of the last 25 years.

- **Earnings** – PRA is writing more large accounts than it has historically, which may increase earnings volatility. We also anticipate less favorable reserve development going forward.

- **Valuation** – PRA is one of the more conservative companies in the sector and it operates with less than half of the underwriting leverage of peers. Because of this, PRA's return on equity appears muted versus peers. Given its lower expected ROE, PRA's shares are trading modestly higher than the valuation of peers would suggest. We do not see much upside (or downside) potential, so we rate the shares Neutral.

### Operating EPS Estimates

| Current | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2015A | $0.61 | $0.64 | $0.61 | $0.73 | $2.59 |
| 2016A | $0.46 | $0.67 | $0.46 | $0.83 | $2.43 |
| 2017E | $0.51 | $0.52 | $0.52 | $0.65 | $2.20 |
| 2018E | $0.47 | $0.48 | $0.48 | $0.61 | $2.05 |
| **Prior** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** |
| 2016 | --- | --- | --- | --- | --- |
| 2017 | --- | --- | --- | --- | --- |
| 2018 | --- | --- | --- | --- | --- |
| **Consensus** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** |
| 2016 | $0.50 | $0.55 | $0.49 | $0.64 | $2.23 |
| 2017 | $0.54 | $0.57 | $0.56 | $0.64 | $2.32 |
| 2018 | $0.58 | $0.58 | $0.59 | $0.65 | $2.28 |

### Market Data

| | |
|---|---|
| Current Price | $60.15 |
| 52 Week Range | $63.53 - $47.19 |
| Market Value (mm) | $3,203 |
| Common Shares O/S (mm) | 53.3 |
| 52 Week ADTV | 164,753 |
| Dividend Yield | 2.1% |
| Institutional Ownership | 84% |
| Price/ Book Value | 1.8x |
| Price/ 2016 EPS | 24.8x |
| Price/ 2017E EPS | 27.3x |
| Price/ 2018E EPS | 29.4x |

### Financial Data

| | |
|---|---|
| Net Premiums Written (mm) | $739 |
| Growth in Net Premiums Written | 4.1% |
| NPW/ Average Equity | 0.4x |
| Combined Ratio | 91.4% |
| Book Value per Share | $33.78 |
| LTM ROE | 7.6% |

*Quarter ended December 31, 2016*
*Source: SNL Financial and B&S Estimates*

**Robert Farnam**
610.832.5288
*rfarnam@boenninginc.com*

PRICE AS OF PRIOR DAY'S CLOSE

PLEASE SEE THE IMPORTANT DISCLOSURE APPENDIX ON PAGES 22 AND 23

BOENNING & SCATTERGOOD

ESTABLISHED 1914

## INVESTMENT OVERVIEW

**What type of investor might be interested in ProAssurance?**

ProAssurance is a healthcare-centric specialty insurance writer and the only publicly traded company writing predominantly healthcare professional liability (HCPL) insurance. The company has a long track record of generating returns that outperform the industry, and management has positioned the company to take advantage of the evolving healthcare market by adding new products to diversify its earnings stream. Growth investors, particularly those with a long-term investment horizon, may find PRA shares interesting.

Income investors may also want to take a look at PRA as the company pays a dividend that results in a 2.1% capitalized dividend yield at current prices. Additionally, the company's board of directors has approved the payment of special dividends in four of the last five years.

**What's management's track record for enhancing shareholder value?**

Shareholder value (book value per share plus cumulative dividends paid) has grown an average of 13% per year for almost 25 years, one of the highest growth rates in the industry. Special dividends paid in recent years have lowered book value per share but raised operating leverage (although the company remains under-levered).

Since 2007, when the current management team's tenure began, PRA's shareholders' equity has increased from $1.3 billion to $1.8 billion (43% growth). Over the same time frame, management has returned $1.7 billion to shareholders via share repurchases and dividends (regular and special) and deployed $750 million in transformative strategic acquisitions.

With shares trading well above book value, PRA's board of directors is disciplined about making share repurchases. The board will only authorize share repurchases if the company is able to offset any dilution within three years.



*Source: SNL Financial*

**How does the company's total return compare to benchmarks and peers?**

Over the last 25 years, the total return on ProAssurance's common shares is 3,160% vs. 1,150% for the P&C industry and 880% for the S&P 500.



*As of April 7, 2017*
*Source: SNL Financial*

The company's shares have also enjoyed a bump since the 2016 presidential election, up 27% vs. a 12% gain for the P&C sector and a 11% gain for the S&P 500 through April 7, 2017.

## What's compelling about the story?

The U.S. healthcare market is evolving and PRA's management team has positioned the company to succeed, regardless of the changes.

Costs for healthcare in the U.S. are very high, and cost control is the driver of change in the delivery of care (not the Affordable Care Act, which does not address rising costs). To reduce costs, more care is being directed to lower-cost providers (home-healthcare, use of clinics rather than hospitals, use of nurse practitioners rather than doctors, etc.). At the same time, many risks are growing larger due to ongoing consolidation of healthcare facilities (creating larger entities) and the trend of doctors choosing to work for larger physician groups or hospitals rather than being single practitioners or working for small physician groups.

Unlike its many small, single-state HCPL specialist competitors, PRA has the size and scope to take advantage of these changes. It is one of the largest HCPL providers in the U.S. (ranked #4 in the U.S. by medical professional liability direct premiums written in 2016). PRA is licensed to write in all 50 states in the U.S. and recently added an international platform via a controlling-interest investment in a Lloyd's of London syndicate. The company's subsidiaries also have excellent financial strength ratings, including "A+" (Superior) by A.M. Best and "A" (Strong) by Fitch, which give it a competitive advantage over many competitors.

PRA has long been known as a top-tier specialist insurer for individual practitioners and small physician groups. Over the last several years, the company has expanded its product lines through strategic acquisitions and internal innovation, and can now cover the full spectrum of healthcare. The acquisition of Mid-Continent Underwriters gave PRA expertise in the ancillary healthcare market, including home-healthcare and nurse practitioners. The acquisition of Podiatry Insurance Company of America gave PRA a 70% market share insuring podiatrists. The acquisition of Medmarc Casualty Insurance Company added new products to PRA's platform, including liability insurance for medical devices, pharmaceuticals, and clinical trials. PRA acquired Eastern Insurance Group, a workers' compensation specialist, in order to offer both products to larger facilities. Eastern also gave PRA the ability to offer more alternative risk and self-insurance products to large facilities that want to retain more of their risk. PRA has also entered into strategic relationships with health care systems such as Ascension Health and CAP-MPT to share risk via quota share reinsurance.

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

**What would make the stock outperform?**

PRA's loss reserves are conservative and the company has recorded significant favorable reserve development over the last decade. Analysts and investors generally expect the amount of favorable reserve development to lessen over the next few years – company management has also tried to lower the Street's expectations for favorable development. However, if the company surprises with more favorable development than anticipated, the shares may get a boost.

Pricing in PRA's core markets (healthcare professional liability and workers' compensation) has been under pressure due to strong profitability in recent years, attracting more competition. Any improvement in PRA's ability to raise premium rates (or at least slow/stop the decline in pricing) will likely be seen by the Street as a positive for the shares.

The stock appreciation since President Trump's election likely reflects the pro-business stance of the new administration as well as expectations for corporate tax reform. We have not adjusted our earnings estimates to reflect a reduction in corporate tax rates, so there will be upside to our estimates if taxes are lowered. However, PRA's current effective tax rate is only 14%, aided in part by investments in tax credit partnerships, so the benefit of corporate tax reform may not be as material to PRA as it could be to other domestic P&C insurers.

**What would make the stock underperform?**

If the President is unsuccessful in his bid to reform corporate tax law, or the actual reform is not as meaningful as anticipated, the stock market will likely see some fallout. As ProAssurance's shares have outperformed the S&P 500 since the election, it would appear they have more room to fall on any negative tax news.

Healthcare legislation and the repeal or replacement of (or revision to) the Affordable Care Act (ACA) may also spook investors. However, PRA is well positioned to succeed regardless of what the healthcare system looks like.

P&C insurers generally plan on some large losses every year – it's the unexpected or unforeseen large losses that can really move share prices down. Adverse loss reserve development, or sometimes simply less favorable development than expected, also sours the market's perception of an insurer.

PRA has shifted its underwriting capabilities to be able to write larger healthcare risks. However, these larger risks face more intense pricing pressure, and the addition or loss of a large account may have a meaningful impact on top-line premium production and profitability in any quarter. Increased earnings volatility may negatively impact PRA's share price.

While an increase in interest rates would be welcome from an earnings perspective, most of the company's investments are fixed maturity securities. As interest rates rise, the value of the existing portfolio declines. As the investment portfolio is marked-to-market, book value would be negatively impacted by rising interest rates. An unanticipated increase in interest rates may disappoint investors.

BOENNING & SCATTERGOOD
ESTABLISHED 1914

## VALUATION SUMMARY

PRA's shares are currently trading at a 25% premium to the company's long-term average price-to-book multiple (1.8x vs. 1.4x).



*As of April 10, 2017*
*Source: SNL Financial*

PRA is one of the more conservative companies in the sector and it operates with less than half of the underwriting leverage (net premiums written to shareholders' equity) of peers. Because of this, PRA's return on equity appears muted versus peers. Given its lower expected ROE, PRA's shares are trading modestly higher than the valuation of peers would suggest. We do not see much upside (or downside) potential, so we rate the shares Neutral.

**P&C Insurance Peer Metrics**

| Ticker | 4/10/17 Share Price | 3-Mo Avg Daily Vol (shares) | Market Cap ($B) | Current BVPS | Current Price/ BVPS | 2017E EPS | 2017E NPW Growth | 2017E Combined Ratio | 2017E ROE | 2018E EPS | 2018E NPW Growth | 2018E Combined Ratio | 2018E ROE | NPW-to Equity | LT Debt/ Total Capital | Short Interest/ Shares O/S | Insider Ownership | Dividend Yield | Consensus NTM EPS | Consensus Target Price | Estimated 12-Month Total Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFG | $94.77 | 255,511 | $8.2 | $56.55 | 1.68x | $6.29 | 5.5% | 92.6% | 10.9% | $6.63 | 2.7% | 92.9% | 11.2% | 0.84x | 14.3% | 0.6% | 24.0% | 1.32% | $6.29 | $95 | 1.6% |
| AFSI | $18.87 | 2,111,787 | $3.2 | $13.81 | 1.37x | $2.69 | 12.9% | 93.6% | 16.0% | $3.02 | 7.6% | 93.5% | 17.1% | NA | 19.5% | 4.8% | 52.1% | 3.60% | $2.70 | $28 | 52.0% |
| AMSF | $62.75 | 69,573 | $1.2 | $23.72 | 2.65x | $3.69 | NA | 78.5% | 15.5% | $3.66 | NA | 78.3% | 14.0% | 0.65x | 0.0% | 3.5% | 2.6% | 1.27% | $3.68 | $69 | 11.2% |
| EIG | $37.25 | 105,897 | $1.2 | $26.16 | 1.42x | $2.16 | -0.4% | 95.6% | 7.0% | $2.16 | 2.0% | 95.9% | 6.9% | 0.73x | 2.5% | 0.7% | 2.7% | 1.61% | $2.16 | $43 | 15.7% |
| FFH | $611.35 | 48,601 | $14.1 | $367.40 | 1.66x | $45.04 | NA | NA | NA | $49.31 | NA | NA | NA | 0.64x | 24.7% | NA | 2.8% | 1.64% | $42.29 | $638 | 6.0% |
| JRVR | $41.56 | 86,504 | $1.2 | $23.69 | 1.75x | $2.56 | 11.0% | 94.0% | 11.0% | $2.89 | 6.8% | 93.2% | 12.4% | 0.63x | 13.7% | 0.4% | 3.2% | 2.89% | $2.54 | $47 | 16.0% |
| KNSL | $32.11 | 68,863 | $0.7 | $10.03 | 3.20x | $1.36 | 7.2% | 80.4% | 13.0% | $1.61 | 14.3% | 81.2% | 14.0% | 0.96x | 0.0% | NA | 32.4% | 0.75% | $1.36 | $33 | 3.5% |
| MKL | $976.80 | 34,497 | $13.6 | $606.30 | 1.61x | $27.80 | 0.4% | 94.1% | 4.4% | $28.27 | 0.1% | 94.5% | 4.2% | 0.39x | 16.9% | 1.8% | 2.6% | 0.00% | $27.50 | $945 | -3.3% |
| NAVG | $52.95 | 70,960 | $1.5 | $40.45 | 1.31x | $2.46 | 0.6% | 95.9% | 6.2% | $2.44 | 3.2% | 96.2% | 6.1% | 0.95x | 13.3% | 0.6% | 40.6% | 0.34% | $2.46 | $57 | 8.5% |
| ORI | $20.13 | 1,670,697 | $5.3 | $17.02 | 1.18x | $1.43 | NA | NA | 9.0% | $1.52 | NA | NA | NA | NA | 23.4% | 2.7% | 6.8% | 3.78% | $1.44 | $23 | 18.0% |
| RLI | $58.01 | 168,144 | $2.6 | $18.74 | 3.10x | $2.09 | 0.9% | 88.7% | 10.9% | $2.01 | 3.6% | 89.8% | 10.5% | 0.80x | 5.1% | 6.3% | 12.2% | 1.38% | $2.09 | $56 | -2.1% |
| WRB | $69.09 | 383,313 | $8.4 | $41.65 | 1.66x | $3.31 | 3.1% | 94.6% | 8.8% | $3.60 | 4.3% | 94.6% | 9.0% | 1.20x | 23.5% | 4.7% | 20.8% | 0.75% | $3.31 | $65 | -5.2% |
| Y | $612.81 | 48,517 | $9.4 | $515.24 | 1.19x | $30.75 | 0.9% | 93.2% | 7.0% | $31.67 | 1.4% | 94.7% | NA | 0.60x | 13.5% | 0.5% | 3.9% | 0.00% | $30.75 | NA | NA |
| **Average** | | | | | 1.83x | | 4.2% | 91.0% | 10.0% | | 4.6% | 91.3% | 10.5% | 0.76x | 13.1% | 2.4% | 15.9% | 1.49% | | | |
| **PRA** | $60.15 | 171,274 | $3.2 | $33.78 | 1.78x | $2.32 | 1.5% | 92.5% | 7.3% | $2.28 | 3.1% | 93.4% | 7.2% | 0.34x | 13.0% | 0.7% | 2.1% | 2.06% | $2.31 | $62 | 5.1% |

*Source: SNL Financial*

BOENNING & SCATTERGOOD
ESTABLISHED 1914



*Source: SNL Financial*

## BUSINESS PROFILE

ProAssurance's IPO was in September 2001, but its origin dates back to 1976 when Mutual Assurance was formed by Alabama physicians to fill the liability insurance void left when a leading carrier abandoned the market. PRA is the product of several mergers and acquisitions since Mutual Assurance was founded.

Management's vision is to be the best in the world at understanding and providing solutions for the risks their customers encounter as healers, innovators, employers, and professionals.

Through its wholly-owned subsidiaries, PRA provides professional liability insurance in all 50 states for healthcare professionals and facilities, professional liability insurance for attorneys, liability insurance for medical technology and life sciences risks, and workers' compensation (WC) insurance. PRA is also the majority capital provider for Lloyd's of London Syndicate 1729, which writes a range of P&C insurance and reinsurance lines.

PRA operates with three distinct underwriting segments: Specialty Property & Casualty, Workers' Compensation, and Lloyd's Syndicate.



*Source: Company financial statements*

BOENNING & SCATTERGOOD
ESTABLISHED 1914

### Specialty Property & Casualty Segment

PRA has been writing healthcare professional liability since its inception. Historically, the company mostly covered individual and small group physician practices. The company has expanded its products over time to target the full spectrum of the HCPL market, including multiple categories of healthcare professionals and healthcare entities such as hospitals and other healthcare facilities.

Most business is offered in the standard market, but PRA also offers coverage on an excess and surplus lines basis. The company also provides alternative risk and self-insurance products on a custom basis.

PRA differentiates itself from other HCPL writers through claims defense. The company leverages its financial strength to give its insureds the opportunity for an uncompromising defense of each claim. The company's reputation for claims defense provides long-term financial and marketing advantages. It also helps with policy retention and deters future lawsuits. Plaintiff attorneys understand PRA is not likely to settle a lawsuit before heading to court, so they are less likely to file frivolous lawsuits against PRA's insureds.

The company's medical technology business offers products-completed operations liability as well as errors & omissions liability insurance products for medical technology and life sciences companies. These companies manufacture or distribute products that are almost all regulated by the U.S. Food and Drug Administration or similar regulatory authorities in foreign jurisdictions. Products include imaging and non-invasive diagnostic medical devices, orthopedic implants, pharmaceuticals, clinical lab instruments, medical instruments and surgical supplies, dental products, and animal pharmaceuticals and medical devices.

PRA also has a small book of legal professional liability business.



*Source: Company financial statements*

PRA's premium volume in the Specialty P&C segment has been pressured by increased competition, lower pricing, and a demographic shift whereby the number of individual and small group physician practices, the company's core target market, is on the decline. Today, physicians are trending towards larger physician groups and employment by hospitals. In response, PRA has rounded out its product capabilities to more effectively compete for these larger risks.

The Specialty P&C segment combined ratio has trended slightly higher in recent years, partly due to less favorable reserve development. However, the favorable development remains substantial relative to the industry, and PRA's combined ratio for the segment is excellent (low 80s).

BOENNING & SCATTERGOOD
ESTABLISHED 1914



*Source: Company financial statements*

## Workers' Compensation Segment

In 2014, PRA acquired Eastern Insurance Group, which offers workers' compensation products in the Mid-Atlantic, Southeast, Midwest, and Gulf South regions. Professional liability and workers' compensation are the two largest insurance expenditures for healthcare facilities – management wanted the ability to market both products to better their chances of winning these larger accounts.

Eastern utilizes an individual account underwriting strategy with the goal of selecting a diverse book of business with respect to risk classification, hazard level, and geographic location (predominantly rural territories). The company targets accounts with strong return-to-work and safety programs in low-to-middle hazard levels such as clerical office, light manufacturing, healthcare, auto dealers, and service industries.

All WC products are offered through a group of appointed independent agents.

Eastern's proactive claims management process, including the use of "Compromise & Release" (i.e. lump settlements) where permitted by law, shortens the traditionally long-tail of WC business. Eastern closes claims more quickly than most WC insurers and has very few claims that remain open from 2012 and earlier.

Two types of products are offered:

- **Traditional:** WC products, including guaranteed cost policies, policyholder dividend policies, retrospectively-rated policies, and deductible policies, are offered to employers that generally have less than 1,000 employees. Eastern has 7,000 active traditional WC policies in 600 class codes. Approximately 18% of Eastern's traditional WC payroll exposure is healthcare and related risks.

- **Alternative market:** WC products (under the brand name "Inova") are provided to individual companies, groups, and associations that choose to self-insure. The business is 100% ceded to Eastern Re or an unaffiliated captive insurer. Eastern Re operates segregated portfolio cells (SPCs) that are owned, fully or in part, by an agency or insured group or association (cell participants). Underwriting and investment

BOENNING & SCATTERGOOD
ESTABLISHED 1914

results of the SPC are distributed to the cell participants. Inova has 2,800 active alternative market WC policies in 400 class codes. Approximately 17% of Inova's payroll exposure is healthcare and related risks.

Eastern has generated an average combined ratio of 88% since 2006 and continues to grow.



*Source: Company financial statements*

**Lloyd's Syndicate Segment**

PRA is the majority (58%) capital provider to Lloyd's Syndicate 1729, which began writing business in January 2014. The remaining capital is provided by unrelated third parties. PRA has a total capital commitment to support Syndicate 1729 through 2019 of up to $200 million.

Syndicate 1729 covers a range of P&C and reinsurance lines, primarily for risks in the U.S., and has a maximum underwriting capacity of £100 million ($125 million) for the 2017 underwriting year (of which £58 million is PRA's allocated underwriting capacity).

Syndicate 1729 has grown substantially since starting operations in 2014, and the segment's expense ratio has declined accordingly.

PRA hired an experienced HCPL team at Syndicate 1729 in March 2016, and HCPL was 20% of the segment's premium for the year.

BOENNING&SCATTERGOOD
ESTABLISHED 1914



*Source: Company financial statements*

## CONSOLIDATED OPERATING PERFORMANCE

**Investment Results**

Like all P&C insurance companies, PRA generates its income primarily from investing and underwriting.

On the investing side, the company's returns have taken a hit in recent years due to the low interest rate environment. Approximately two-thirds of the company's portfolio is invested in short-to-medium term fixed maturity securities with an effective duration of 3.4 years (which is about average for the sector). In a declining or flat interest rate environment, as bonds mature, funds are reinvested at lower interest rates than the expiring rates, dampening future investment returns.

BOENNING & SCATTERGOOD
ESTABLISHED 1914



*Source: SNL Financial*

Most insurers have shortened the duration of their investment portfolio over the last several years, preparing for the eventual rise in interest rates. The relatively short duration will be beneficial as interest rates rise.

PRA's investment leverage has been on the decline over the last 10 years, and is now about in-line with the industry average. The decline in leverage is partly due to the impact of capital management activities in recent years shrinking the investment portfolio.

Investment income has also been negatively impacted by PRA's tax credit investments (with an offsetting decrease in income taxes).



*Source: SNL Financial*

BOENNING & SCATTERGOOD
ESTABLISHED 1914

**Underwriting Results**

Over the last 20 years, PRA has generated an average combined ratio of 91.0% vs. the industry's average of 102.4%. The difference is substantially higher over the last 10 years – PRA's 10-year average combined ratio is 74.0% vs. the industry's average of 100.7%. PRA's exceptional underwriting performance over the last 10 years largely reflects favorable loss reserve development.



*Source: SNL Financial*

Over the years, much of PRA's premium growth is related to strategic acquisitions, including Eastern Insurance (workers' compensation) in 2014 and Medmarc Insurance (medical products and life sciences) in 2013. PRA's underwriting leverage (net premiums written-to-average statutory surplus) is low (0.4x) compared to the industry (0.8x). Management believes operating with 0.75x-1.0x underwriting leverage would be optimal for PRA, so the company has much room to grow (or return capital).



*Source: SNL Financial*



*Source: SNL Financial*

13



### Return on Equity

Historically, management used a long-term ROE target of 12%-14%, and PRA's average ROE over the last 25 years is 13.1%. Due to the current interest rate environment, however, management recently revised the company's long-term ROE target to 700 basis points over the 10-year Treasury rate.

Each line of business retains a target of 13% ROE on allocated capital.



*Source: SNL Financial*

On a statutory basis, PRA's return on surplus has outperformed the industry since 2005. Over the last 10 years, PRA's average ROS is 16.0% vs. the industry's average of 7.3%.



*Source: SNL Financial*

14

BOENNING & SCATTERGOOD
ESTABLISHED 1914

## BALANCE SHEET

### Investments

Management teams often say they take a great deal of risk on the underwriting side so they don't want much risk on the investment side. PRA's investment portfolio is fairly typical for the sector. Two-thirds of PRA's investment portfolio is fixed income securities with an average duration of 3.4 years and a weighted average rating of "A+". The company's "other investments" include investments in limited partnerships (LPs) & limited liability companies (LLCs), convertible bonds, business owned life insurance (BOLI), tax credit partnerships, and other investments.



*At December 31, 2016*
*Source: SNL Financial*

### Loss Reserves

Loss and loss adjustment expense (LAE) reserves are typically the largest liability line item on a P&C insurer's balance sheet. Loss reserves represent future payments on claims for events/incidents that have already occurred (including an estimate for those that have occurred but have not been reported to the company yet). They are only an estimate and subject to change (sometimes significantly) over time. Actuaries determine appropriate reserves, but a company's senior executives decide the final amount to book.

Reserve development on claims from prior years can impact current year profitability and capitalization. If they are set too low initially, insurers will need to "strengthen" the reserves in the future when the shortfall is recognized. Reserve strengthening, or adverse reserve development, negatively impacts an insurer's underwriting results the year the action is taken. The reserve charge also has a direct negative impact on a company's shareholders' equity of statutory surplus. On the other hand, reserve releases, or favorable reserve development, positively impacts current year underwriting results and capitalization. For this reason, loss reserves are much scrutinized by analysts and investors.

Based on reserve development patterns, PRA's reserves appear very conservatively stated. Reserves have developed favorably in each of the last 14 years and 24 of the last 25 years. The chart below shows the percentage point impact on PRA's combined ratio each year resulting from prior year reserve development. For example, PRA had 19.6 points of favorable development in 2016, which lowered the 2016 combined ratio by 19.6 points. PRA reported a 91.4% combined ratio in 2016 – the combined ratio would have been 111.0%, otherwise. Over the last 25 years, the median point impact from favorable reserve development is 26.0 points.

BOENNING & SCATTERGOOD
ESTABLISHED 1914

Most of the favorable development occurred in the HCPL reserves, largely due to better-than-expected claims severity (assumed 8% claims severity trend when setting reserves, but actual trend was more like 4%). Management is now assuming a 4% claims severity trend, so the opportunity for favorable development is not as significant going forward.



*Source: SNL Financial, company reports*

**Statutory Reserve Analysis**

Schedule P of the statutory annual statement is the most complete reserve data publicly available for domestic P&C insurers. The data can be analyzed to help determine whether an insurer's reserves are adequate, or how redundant/deficient they may be. However, conclusions may vary significantly from the actual reserve needed to ultimately pay the claims – it is much more art than science.

We reviewed Schedule P from PRA's 2016 statutory annual statements. Our analysis generates a range of likely outcomes. We concluded PRA's reserves at YE16 may be up to 17% redundant relative to our best estimate.



*As of December 31, 2016*
*$ in millions*
*Source: Company filings, B&S Research*



## Debt

P&C insurers typically keep financial leverage (debt-to-total capital) under 40%. PRA has increased its debt in recent years, but financial leverage remains relatively modest at approximately 20% at year-end 2016. $200 million of the company's debt is secured by collateral.



*Source: SNL Financial*

## INVESTMENT RISKS

- **Changes to Healthcare System** – While management's business strategy has evolved over the last several years to better position PRA for ongoing changes to the healthcare system, these changes may nonetheless negatively impact the company's operating performance and financial strength.

- **Underwriting Cycle** – The P&C insurance industry has periods when premium rates are increasing and underwriting profitability is strong (hard market) followed by periods when premium rates deteriorate and results weaken (soft market). A prolonged soft market may negatively impact the company's operating performance.

- **Regulations** – P&C insurers in the U.S. are regulated at the state level. Changes to state regulation, or any encroachment from federal regulators, may have a negative impact on performance.

- **Financial Strength Rating Downgrade** – The company currently maintains strong financial strength ratings, but a rating downgrade may put it at a competitive disadvantage relative to better rated peers.

- **Adverse Reserve Development** – Management may determine carried loss reserves are inadequate to cover expected losses, necessitating a charge to increase loss reserves. Reserve charges can have a significant negative impact on profitability and financial strength.

- **Catastrophic and/or Mass Tort Losses** – While the company has purchased reinsurance to cover certain large losses, the protection may prove insufficient due to the potential for losses to exceed the reinsurance limit, the potential for multiple events, and the potential for unexpected losses that do not fall under the reinsurance protection.

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

## EXECUTIVE MANAGEMENT

**W. Stancil (Stan) Starnes (68) – Chairman, CEO, & President**

Mr. Starnes, who assumed this position in 2007, was first associated with Medical Assurance, the predecessor of ProAssurance, in 1979 when he began defending insured physicians on behalf of the company. He was one of the architects of ProAssurance's policy of passionately defending non-meritorious lawsuits. Previously, Mr. Starnes was the founder (in 1975) and ultimately the senior and managing partner of the law firm of Starnes & Atchison; in 2006, he assumed the position of President, Corporate Planning and Administration with Brasfield & Gorrie, LLC, one of the nations' leading commercial contractors. He is a member of the American Bar Association as well as the Bar Associations of Alabama and Birmingham. He is a Fellow in the American College of Trial Lawyers, an Advocate in the American Board of Trial Advocacy and a Life Fellow of the Alabama Bar Foundation. Mr. Starnes' total compensation in 2015 was $3.6 million and he beneficially owns 327,161 shares of PRA common stock.

**Edward L. (Ned) Rand, Jr. (50) – EVP & CFO**

Prior to joining ProAssurance in November of 2004, Mr. Rand was Chief Accounting Officer and Head of Corporate Finance for PartnerRe Ltd. from 2000-2004. He also served as the CFO of Atlantic American Corporation from 1996-2000 and Controller of United Capitol Insurance Company from 1992-1996. Mr. Rand is a certified public accountant. Mr. Rand's total compensation in 2015 was $1.6 million and he beneficially owns 120,334 shares of PRA common stock.

**Howard H. Friedman (58) – President of Healthcare Professional Liability Group, Chief Underwriting Officer & Chief Actuary of ProAssurance**

Mr. Friedman joined one of the predecessor companies of ProAssurance, Medical Assurance, in 1996. Prior to joining Medical Assurance, he served as EVP and COO with the P.I.E. Mutual Insurance Company (1990-1996), VP and Actuary of Medical Mutual Liability Insurance Society of Maryland (1983-1990) and Associate Actuary of Scor Reinsurance Company (1980-1983). He is an Associate of the Casualty Actuarial Society and a member of the American Academy of Actuaries. Mr. Friedman's total compensation in 2015 was $1.7 million and he beneficially owns 259,747 shares of PRA common stock.

**Michael L. Boguski (54) – President of Eastern Insurance Group**

Mr. Boguski has been with the Eastern organization since the inception of the workers' compensation insurance operation in 1997. Mr. Boguski was promoted to the President and CEO position on January 1, 2011. He has 26 years of industry experience, including serving as Underwriting Manager at Aetna Property & Casualty Company and as Alternative Markets Underwriting Manager at the PMA Group. Mr. Boguski's total compensation in 2015 was $1.4 million and he beneficially owns 23,113 shares of PRA common stock.



**CURRENT SHAREHOLDERS**

| Top Owners of PRA Common Stock | | | |
|---|---|---|---|
| Holder | Shares (Millions) | % of Total Shares Out | Report Date |
| BlackRock Inc. | 5.1 | 9.5% | 12/31/16 |
| Vanguard Group Inc. | 4.7 | 8.9% | 12/31/16 |
| TimesSquare Capital Management LLC | 2.1 | 4.0% | 12/31/16 |
| T. Rowe Price Group Inc. | 2.0 | 3.8% | 12/31/16 |
| JP Morgan Asset Management | 2.0 | 3.7% | 12/31/16 |
| FMR LLC | 1.8 | 3.3% | 12/31/16 |
| Dimensional Fund Advisors LP | 1.6 | 3.1% | 12/31/16 |
| American Century Investment Management Inc | 1.3 | 2.5% | 12/31/16 |
| Wells Capital Management Inc. | 1.1 | 2.1% | 12/31/16 |
| Victory Capital Management Inc. | 1.1 | 2.0% | 12/31/16 |
| *Top 10 Institutional Holders* | 22.8 | 42.8% | |
| Remaining Float | 29.3 | 55.1% | |
| **Total Float** | **52.1** | **97.9%** | |
| Company Insiders | 1.1 | 2.1% | |
| **Total Shares Outstanding** | **53.3** | **100.0%** | |

*As of April 10, 2017*
*Source: SNL Financial*

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

## ProAssurance Corporation

| | 2013 | 2014 | 2015 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 2016 | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | |
| Gross Premiums Written | $567.5 | $779.6 | $812.2 | $220.5 | $195.0 | $232.0 | $187.5 | $835.0 | $224.7 | $201.0 | $238.1 | $183.4 | $847.1 | $869.1 |
| % Change | 5.8% | 37.4% | 4.2% | -0.4% | 0.5% | -1.6% | 16.5% | 2.8% | 1.9% | 3.1% | 2.6% | -2.2% | 1.4% | 2.6% |
| % Retention | 92.5% | 90.0% | 87.3% | 88.8% | 87.9% | 88.7% | 88.3% | 88.4% | 88.8% | 88.6% | 88.3% | 88.8% | 88.6% | 88.6% |
| **Net Premiums Written** | **$525.2** | **$701.8** | **$709.3** | **$195.8** | **$171.5** | **$205.8** | **$165.5** | **$738.5** | **$199.4** | **$178.2** | **$210.2** | **$162.9** | **$750.6** | **$769.7** |
| % Change | -0.6% | 33.6% | 1.1% | -0.9% | 0.2% | -3.4% | 29.8% | 4.1% | 1.8% | 3.9% | 2.1% | -1.6% | 1.6% | 2.5% |
| | | | | | | | | | | | | | | |
| Net Premiums Earned | $527.9 | $699.7 | $694.1 | $177.6 | $176.7 | $185.3 | $193.7 | $733.3 | $185.5 | $187.2 | $188.3 | $187.7 | $748.7 | $762.5 |
| % Change | -4.1% | 32.5% | -0.8% | 3.3% | 0.8% | 1.8% | 17.5% | 5.6% | 4.5% | 5.9% | 1.6% | -3.1% | 2.1% | 1.8% |
| | | | | | | | | | | | | | | |
| Net Losses and LAE | $224.8 | $363.1 | $410.7 | $111.0 | $106.9 | $118.1 | $107.3 | $443.2 | $116.6 | $117.6 | $118.3 | $109.8 | $462.3 | $481.0 |
| Prior Year Reserve Development (+ = Adverse) | ($222.7) | ($182.0) | ($161.0) | ($28.6) | ($36.8) | ($29.1) | ($49.2) | ($143.6) | ($30.2) | ($30.4) | ($30.5) | ($38.3) | ($129.4) | ($118.1) |
| Underwriting Expenses | $147.8 | $211.3 | $217.1 | $56.9 | $54.0 | $55.8 | $60.875 | $227.6 | $58.6 | $58.6 | $58.8 | $58.7 | $234.7 | $239.7 |
| Underwriting Profit (Loss) | $155.3 | $125.3 | $66.4 | $9.7 | $15.8 | $11.4 | $25.5 | $62.4 | $10.4 | $11.0 | $11.2 | $19.1 | $51.7 | $41.8 |
| | | | | | | | | | | | | | | |
| **GAAP Ratios** | | | | | | | | | | | | | | |
| Net Loss & LAE Ratio | 42.6% | 51.9% | 59.2% | 62.5% | 60.5% | 63.7% | 55.4% | 60.4% | 62.8% | 62.8% | 62.8% | 58.5% | 61.8% | 63.1% |
| PY Reserve Development (+ = Adverse) | -42.2% | -26.0% | -23.2% | -16.1% | -20.8% | -15.7% | -25.4% | -19.6% | -16.3% | -16.2% | -16.2% | -20.4% | -17.3% | -15.5% |
| Current AY Loss & LAE Ratio | 84.8% | 77.9% | 82.4% | 78.6% | 81.3% | 79.4% | 80.8% | 80.0% | 79.1% | 79.1% | 79.0% | 78.9% | 79.0% | 78.6% |
| Expense Ratio | 28.0% | 30.2% | 31.3% | 32.0% | 30.6% | 30.1% | 31.4% | 31.0% | 31.6% | 31.3% | 31.2% | 31.3% | 31.3% | 31.4% |
| **Combined Ratio** | **70.6%** | **82.1%** | **90.4%** | **94.5%** | **91.1%** | **93.9%** | **86.8%** | **91.5%** | **94.4%** | **94.1%** | **94.0%** | **89.8%** | **93.1%** | **94.5%** |
| AY Combined Ratio | 112.8% | 108.1% | 113.6% | 110.6% | 111.9% | 109.6% | 112.2% | 111.1% | 110.7% | 110.4% | 110.2% | 110.2% | 110.4% | 110.0% |
| | | | | | | | | | | | | | | |
| Net Investment Income | $129.3 | $125.6 | $108.7 | $25.4 | $24.6 | $25.3 | $24.7 | $100.0 | $25.3 | $25.4 | $25.2 | $25.4 | $101.3 | $101.2 |
| % Change | -5.0% | -2.9% | -13.5% | -6.8% | -12.1% | -6.2% | -6.5% | -8.0% | -0.7% | 3.4% | -0.2% | 2.8% | 1.3% | -0.1% |
| Investment Yield | 3.29% | 3.16% | 2.84% | 2.79% | 2.66% | 2.65% | 2.57% | 2.64% | 2.58% | 2.58% | 2.55% | 2.55% | 2.56% | 2.53% |
| Net Realized Investment (Losses) Gains | $67.9 | $14.7 | ($41.6) | ($8.4) | $10.9 | $15.7 | $16.6 | $34.9 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity in Earnings from Unconsolidated Subsidiaries | $7.5 | $4.0 | $3.7 | ($3.6) | $0.4 | ($3.3) | $0.8 | ($5.8) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Income | $7.6 | $8.4 | $7.2 | $2.4 | $2.2 | $1.4 | $1.8 | $7.8 | $2.3 | $2.3 | $2.3 | $2.3 | $9.0 | $9.0 |
| Total Revenues | $740.2 | $852.3 | $772.1 | $193.4 | $214.8 | $224.4 | $237.7 | $870.2 | $213.0 | $214.9 | $215.7 | $215.3 | $859.0 | $872.7 |
| | | | | | | | | | | | | | | |
| Interest Expense | $2.8 | $14.1 | $14.6 | $3.7 | $3.9 | $3.7 | $3.7 | $15.0 | $3.7 | $3.7 | $3.7 | $3.7 | $15.0 | $15.0 |
| Other Underwriting & Misc. Expenses (Credits) | $0.0 | $1.8 | $0.9 | $1.2 | $1.5 | $3.2 | $2.2 | $8.1 | $2.1 | $2.1 | $2.1 | $2.1 | $8.2 | $8.2 |
| Total Expenses | $375.3 | $590.3 | $643.2 | $172.7 | $166.3 | $180.8 | $174.2 | $694.0 | $180.9 | $182.0 | $182.9 | $174.3 | $720.2 | $743.9 |
| | | | | | | | | | | | | | | |
| Gain on Acquisition | | $32.3 | | | | | | | | | | | | |
| Income Before Taxes | $397.2 | $262.0 | $128.9 | $20.7 | $48.5 | $43.5 | $63.5 | $176.2 | $32.1 | $32.9 | $32.9 | $41.0 | $138.8 | $128.8 |
| Taxes | $99.6 | $65.4 | $12.7 | $1.4 | $5.4 | $9.7 | $8.7 | $25.1 | $4.8 | $4.9 | $4.9 | $6.1 | $20.8 | $19.3 |
| Effective Tax Rate | 25.1% | 25.0% | 9.8% | 6.6% | 11.2% | 22.2% | 13.6% | 14.3% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Net Income | $297.5 | $196.6 | $116.2 | $19.3 | $43.1 | $33.8 | $54.8 | $151.1 | $27.3 | $27.9 | $27.9 | $34.8 | $118.0 | $109.5 |
| | | | | | | | | | | | | | | |
| Operating Income | $221.1 | $186.4 | $142.6 | $24.8 | $36.0 | $24.4 | $44.4 | $129.8 | $27.3 | $27.9 | $27.9 | $34.8 | $118.0 | $109.5 |
| | | | | | | | | | | | | | | |
| **PER SHARE** | | | | | | | | | | | | | | |
| Diluted Weighted Average Shares | 62.0 | 59.5 | 55.0 | 53.3 | 53.4 | 53.5 | 53.5 | 53.4 | 53.5 | 53.5 | 53.5 | 53.5 | 53.5 | 53.5 |
| Common Shares Outstanding | 61.2 | 56.5 | 53.1 | 53.2 | 53.2 | 53.2 | 53.3 | 53.3 | 53.3 | 53.3 | 53.3 | 53.3 | 53.3 | 53.3 |
| | | | | | | | | | | | | | | |
| Reported EPS, Diluted | $4.80 | $3.30 | $2.11 | $0.36 | $0.81 | $0.63 | $1.02 | $2.83 | $0.51 | $0.52 | $0.52 | $0.65 | $2.20 | $2.05 |
| Realized Gains & Other Non-Operating Income | $1.23 | $0.17 | ($0.48) | ($0.10) | $0.13 | $0.18 | $0.19 | $0.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Operating EPS** | **$3.56** | **$3.13** | **$2.59** | **$0.46** | **$0.67** | **$0.46** | **$0.83** | **$2.43** | **$0.51** | **$0.52** | **$0.52** | **$0.65** | **$2.20** | **$2.05** |
| % Change | -14.3% | -12.2% | -17.2% | -24.0% | 5.0% | -24.9% | 14.2% | -6.3% | 9.8% | -22.6% | 14.2% | -21.6% | -9.3% | -7.2% |
| | | | | | | | | | | | | | | |
| **Book Value** | **$39.13** | **$38.17** | **$36.88** | **$37.30** | **$38.12** | **$38.38** | **$33.78** | **$33.78** | **$33.98** | **$34.19** | **$34.41** | **$34.75** | **$34.75** | **$35.57** |
| % Change (Y/Y) | 6.2% | -2.5% | -3.4% | -2.8% | 0.1% | 1.7% | -8.4% | -8.4% | -8.9% | -10.3% | -10.4% | 2.9% | 2.9% | 2.3% |
| | | | | | | | | | | | | | | |
| Dividend Per Share | $1.05 | $3.86 | $2.24 | $0.31 | $0.31 | $0.31 | $5.00 | $5.93 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 | $1.24 |
| | | | | | | | | | | | | | | |
| Shares Repurchased | 0.682 | 4.881 | 3.680 | 0.028 | 0.017 | 0.000 | 0.000 | 0.044 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Cost per Share | $47.57 | $45.27 | $46.12 | $47.01 | $47.94 | $0.00 | $0.00 | $47.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Cost | $32.4 | $221.0 | $169.7 | $1.3 | $0.8 | $0.0 | $0.0 | $2.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Authorization Remaining | $202.7 | $181.5 | $111.7 | $110.4 | $109.6 | $109.6 | $109.6 | $109.6 | $109.6 | $109.6 | $109.6 | $109.6 | $109.6 | $109.6 |
| | | | | | | | | | | | | | | |
| **Return on Average Equity** | **11.4%** | **8.6%** | **5.6%** | **3.9%** | **8.6%** | **6.6%** | **11.4%** | **8.0%** | **6.0%** | **6.2%** | **6.1%** | **7.6%** | **6.5%** | **5.8%** |
| Opeating Return on Average Equity | 9.5% | 8.2% | 6.9% | 5.0% | 7.2% | 4.8% | 9.3% | 6.9% | 6.0% | 6.2% | 6.1% | 7.6% | 6.5% | 5.8% |

*Source: Company documents, B&S estimates as of 4/10/17*

20

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

### ProAssurance Corporation

| | 2013 | 2014 | 2015 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 2016 | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BALANCE SHEET** | | | | | | | | | | | | | | |
| Total Investments | $3,941.0 | $4,009.7 | $3,650.1 | $3,698.3 | $3,816.6 | $3,850.0 | $3,925.7 | $3,925.7 | $3,950.3 | $3,952.7 | $3,986.0 | $3,979.6 | $3,979.6 | $4,030.2 |
| Cash | $129.4 | $197.0 | $241.1 | $197.3 | $145.2 | $128.9 | $117.3 | $117.3 | | | | | | |
| Intangible Assets | $52.0 | $100.7 | $92.5 | $90.4 | $88.4 | $86.4 | $84.4 | $84.4 | $82.4 | $80.4 | $78.4 | $76.4 | $76.4 | $68.4 |
| Goodwill | $161.1 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 | $210.7 |
| | | | | | | | | | | | | | | |
| Gross Loss & LAE Reserves | $2,072.8 | $2,058.3 | $2,005.3 | $2,005.8 | $1,992.8 | $1,998.0 | $1,993.4 | $1,993.4 | | | | | | |
| Total Long-Term Debt | $250.0 | $250.0 | $350.0 | $347.9 | $348.0 | $348.1 | $448.2 | $448.2 | $448.2 | $448.2 | $448.2 | $448.2 | $448.2 | $448.2 |
| | | | | | | | | | | | | | | |
| AOCI | $59.7 | $58.2 | $23.9 | $47.1 | $61.3 | $56.3 | $17.4 | $17.4 | | | | | | |
| **Total Shareholders' Equity** | **$2,394.4** | **$2,157.9** | **$1,958.4** | **$1,984.5** | **$2,028.2** | **$2,042.2** | **$1,798.7** | **$1,798.7** | **$1,809.5** | **$1,820.9** | **$1,832.3** | **$1,850.6** | **$1,850.6** | **$1,894.1** |
| | | | | | | | | | | | | | | |
| Incurred Losses | $224.7 | $363.1 | $410.7 | $111.0 | $106.9 | $118.1 | $107.3 | $443.2 | $116.6 | $117.6 | $118.3 | $109.8 | $462.3 | $481.0 |
| Paid Losses | $388.8 | $480.1 | $357.8 | $111.4 | $93.9 | $123.3 | $102.7 | $431.3 | $116.6 | $117.6 | $118.3 | $109.8 | $462.3 | $481.0 |
| % Paid-to-Incurred | 173.0% | 132.2% | 87.1% | 100.4% | 87.9% | 104.4% | 95.7% | 97.3% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | | | |
| Net Cash Provided by Operating Activities | $38.6 | $96.0 | $111.1 | $57.0 | $29.2 | $42.8 | $40.1 | $169.1 | $41.1 | $18.9 | $49.8 | $10.1 | $119.9 | $116.6 |
| | | | | | | | | | | | | | | |
| **METRICS** | | | | | | | | | | | | | | |
| Interest Cost | 1.1% | 5.6% | 4.2% | 4.2% | 4.4% | 4.3% | 3.3% | 3.4% | 3.3% | 3.3% | 3.3% | 3.3% | 3.3% | 3.3% |
| Debt / Total Capital | 9.5% | 10.4% | 15.2% | 14.9% | 14.6% | 14.6% | 19.9% | 19.9% | 19.9% | 19.8% | 19.7% | 19.5% | 19.5% | 19.1% |
| NPW / Equity | 0.22x | 0.33x | 0.36x | 0.39x | 0.34x | 0.40x | 0.37x | 0.41x | 0.44x | 0.39x | 0.46x | 0.35x | 0.41x | 0.41x |
| Investments / Equity | 1.65x | 1.86x | 1.86x | 1.86x | 1.88x | 1.89x | 2.18x | 2.18x | 2.18x | 2.17x | 2.18x | 2.15x | 2.15x | 2.13x |
| | | | | | | | | | | | | | | |
| *Net Premiums Written Breakdown:* | | | | | | | | | | | | | | |
| Specialty P&C Insurance | 100.0% | 66.5% | 62.3% | 61.1% | 58.2% | 65.6% | 63.0% | 62.1% | 60.8% | 57.2% | 65.0% | 61.3% | 61.2% | 60.9% |
| Workers' Compensation | 0.0% | 28.9% | 30.8% | 35.5% | 30.3% | 26.5% | 28.8% | 30.3% | 35.8% | 28.9% | 26.0% | 30.0% | 30.2% | 29.9% |
| Lloyd's Syndicate | 0.0% | 4.6% | 6.9% | 3.4% | 11.4% | 7.9% | 8.3% | 7.6% | 3.4% | 13.9% | 8.9% | 8.7% | 8.6% | 9.2% |

*Source: Company documents, B&S estimates as of 4/10/17*

21



BOENNING & SCATTERGOOD
ESTABLISHED 1914

## Disclosure Appendix

**Rating and Price Target History:**

Boenning & Scattergood, Inc. ratings for PRA (PROASSURANCE CORP)
Closing Price Apr 07, 2017: 59.9

Legend:                                                    © Investars.com

**Risk Factors:**

The realization of any or all of the following risk factors, among others, may adversely affect the company's stock: downturn in the economy, change in the valuation of real estate, acceleration of internet shopping, redevelopment pipeline projects failing to come to fruition, unanticipated tenant bankruptcies, and failure to fund growth due to payout requirements.

**Analyst Certification:**

The research analyst whose name appears on this research report certifies that: (1) all of the views expressed in this research report accurately reflect their personal views about the subject security or issuer, and (2) no part of the research analysts' compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analysts in this research report.

**Important Disclosures:**

Analyst compensation is based on, in part, Boenning & Scattergood, Inc.'s profitability, which includes revenues from investment banking. Boenning & Scattergood expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

## Boenning & Scattergood's Ratings System:

Our three-tier investment ratings are based on a stock's return potential relative to a broad market index:

- *Outperform (Buy):* The security's total return over the year or longer is expected to exceed the total return of the S&P 500™ over the identical period.
- *Neutral (Hold):* The security's total return over the next year or longer is expected to be roughly equivalent to the total return of the S&P 500™ over the identical period.
- *Underperform (Sell):* The security's total return over the next year or longer is expected to be less than the total return of the S&P 500™ over the identical period.

Our four-tier risk ratings are based on a mix of price volatility and fundamental factors relative to the market and peer group:

- *Low:* The security has higher-than-average fundamental predictability and/or lower-than-average price volatility.
- *Moderate:* The security has average fundamental predictability and/or average price volatility.
- *High:* The security has lower-than-average fundamental predictability and/or higher-than-average price volatility.
- *Speculative:* The security has very inconsistent fundamental predictability and/or very high relative price volatility.

## Ratings Distribution (12/31/16):

| Coverage Universe (a) | % of Universe | Investment Banking Clients (b) | % of Rating Group |
|---|---|---|---|
| Outperform (Buy) | 24% | Outperform (Buy) | 17% |
| Neutral (Hold) | 50% | Neutral (Hold) | 14% |
| Underperform (Sell) | 12% | Underperform (Sell) | 0% |
| Not Rated | 14% | Not Rated | 20% |

(a)  Total may not add up to 100% due to rounding.
(b)  Related to services provided within the past 12 months.

Additional information on companies in a research report, including financial models, is available on request. Boenning & Scattergood, Inc. does and seeks to do business with companies covered in its research reports. As a result, Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not a complete analysis of every material fact representing company, industry, or security mentioned herein. The information has been obtained from sources believed reliable, but is not necessarily complete and is not guaranteed. The reports are prepared for general information only and do not have regard to the specific investment objectives, the financial situation, or the specific needs of any particular person who may receive this report. The information is not to be relied upon in substitution for the exercise of independent judgment. It is recommended that Investors seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed in any report and should understand that statements regarding future prospects, earnings estimates, and forecasts may not be realized. Past performance is not necessarily indicative of future results. This communication shall not be deemed to constitute an offer or solicitation on the part of Boenning & Scattergood with respect to the sale or purchase of any securities. Securities and financial instruments mentioned herein may not be qualified for sale in all states. Opinions are subject to change without notice and reflect the opinion at its original date of publication. Boenning & Scattergood may have issued a trading opinion that may have identified a short term trading opportunity that may differ from the analyst's stock rating which is based on the expected return over a 12-month period. Boenning & Scattergood may trade for its own accounts as market maker, may have a long or short position in any securities of this issuer or related investments, and/or may be the opposite side of public orders. This firm or its officers, directors, stockholders, employees and clients, in the normal course of business, may have, acquire or sell a position including options, if any, in the securities mentioned. Boenning & Scattergood may also act as underwriter, placement agent, advisor, or lender to an issuer mentioned herein.

Member FINRA/SIPC



# BOENNING & SCATTERGOOD INSTITUTIONAL CONTACTS

### ■ RESEARCH ANALYSTS

| | | | |
|---|---|---|---|
| Banks & Thrifts | Matthew Schultheis, CFA | mschultheis@boenninginc.com | 610.832.5290 |
| Banks & Thrifts | Scott Beury | sbeury@boenninginc.com | 610.862.5337 |
| P&C Insurance | Robert Farnam | rfarnam@boenninginc.com | 610.832.5288 |
| REITs | Floris van Dijkum | fvandijkum@boenninginc.com | 212.922.3572 |
| Water & Environment | Ryan M. Connors | rconnors@boenninginc.com | 610.832.5212 |

### ■ EQUITY CAPITAL MARKETS / SYNDICATE

| | | | |
|---|---|---|---|
| Michael Galantino | Managing Director | mgalantino@boenninginc.com | 610.862.5366 |

### ■ INSTITUTIONAL SALES

| | | | |
|---|---|---|---|
| Boston | Scott Spottiswoode | sspottiswoode@boenninginc.com | 866.326.8094 |
| Columbus | Nicholas Bicking | nbicking@boenninginc.com | 866.326.8113 |
| Columbus | Thomas Dooley | tdooley@boenninginc.com | 866.326.8113 |
| Europe | Scott J. Seidl | sseidl@boenninginc.com | 212.922.1459 |
| Mid-Atlantic | Eugene Bodo | ebodo@boenninginc.com | 610.862.5368 |
| Midwest | Ian Burke | iburke@boenninginc.com | 610.832.5264 |
| New York | Breege Rohan | brohan@boenninginc.com | 212.922.1307 |
| New York | Mary Scattergood | mscattergood@boenninginc.com | 212.922.1876 |
| New York | Peter Homsher | phomsher@boenninginc.com | 610.832.5315 |
| Northeast | Brad Rinschler | brinschler@boenninginc.com | 610.684.5427 |
| West Coast | John Kenny | jkenny@boenninginc.com | 610.832.5265 |

### ■ AGENCY TRADING

| | | |
|---|---|---|
| Brendan Kenny | bkenny@boenninginc.com | 212.209.3903 |
| Melissa Donahue | mdonahue@boenninginc.com | 610.862.5330 |
| Michael McCarthy | mmccarthy@boenninginc.com | 610.862.5330 |

### ■ MARKET MAKING

| | | |
|---|---|---|
| Jeff McMurray | jmcmurray@boenninginc.com | 610.862.5360 |

### ■ DERIVATIVE STRATEGY

| | | |
|---|---|---|
| Louis DePaul | ldepaul@boenninginc.com | 610.832.5275 |

4 TOWER BRIDGE * 200 BARR HARBOR DRIVE * SUITE 300 * W. CONSHOHOCKEN, PA 19428-2979
WWW.BOENNINGINC.COM
MEMBER FINRA/SIPC