FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

**DOWNGRADE
B to H**
April 4, 2018

# ProAssurance Corporation (PRA)


SUNTRUST
ROBINSON HUMPHREY

# Reducing to Hold on Risk of Loss Volatility

## ↓ Buy to Hold

**Price Target: $51.00**
*Prior: $55.00*

### What's Incremental To Our View

ProAssurance has an elevated risk of higher-than-expected losses in coming periods, we judge, attributable to an uptick in severity even in the midst of a still-soft pricing environment. We reduced our earnings estimates last month to reflect uncertainty around reserve gains because of a material step-up in case reserves, while our new analysis of the company's peer group points to a continuing abundance of capital, a restraint on rates (competitor market commentary is also downbeat). Our new price target on the stock is $51 or 1.7x book.

- **Our rating is now Hold.** While ProAssurance is among the highest-quality names in our group, it participates in a cyclical industry that has endured periods of sharp, unpredictable movements in frequency and severity. These have, in turn, had a material impact on the company's financial results, particularly in light of the long-tail nature of the medical professional liability line.

  - The stock traded off following the recent 4Q report because of an uptick in current accident year losses driven by increased severity, which we saw corroborated in the greater case reserves in the March statutory filings (see our 3/12 note). This motivated us to trim our 2018 EPS estimate, which is low on the Street.

  - We now see that while the company's competitors also show signs of rising losses, their balance sheets are for the most part still very healthy with considerable excess capital and redundant reserves (this has contributed to an outlook by at least one top competitor for continuing market softness in 2018 and possibly beyond in pockets).

  - The risk here is serious for ProAssurance because both its recent results and our model have been highly dependent on reserve gains that may slow if management sees the potential for higher severity to ripple through earlier accident years.

  - We note that the last cyclical turn was a long time ago, the first quarter of 2000, but it was manifested in a jump in losses; the net effect over time was very favorable for the company, but the initial step-down in the stock was substantial. We do not have near-term visibility for anything of a similar magnitude, but the risk of a material deviation in earnings appears to be higher with ProAssurance than with our other insurance names and so we are taking a more cautious view of the stock.

| | | | | | |
|---|---|---|---|---|---|
| Price (Apr. 3, 2018) | | | | | $48.20 |
| 52-Wk Range | | | | | $63.00-$47.35 |
| Market Cap ($M) | | | | | $2,559 |
| ADTV | | | | | 146,666 |
| Shares Out (M) | | | | | 53.1 |
| Short Interest Ratio/% Of Float | | | | | 0.9% |
| Dividend/Yield | | | | | $1.24/2.6% |
| TR to Target | | | | | 8.4% |
| Enterprise Value ($M) | | | | | 2,559.4 |

| | 2017A | 2018E | | 2019E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Operating | | | | | |
| 1Q | $0.62 | $0.39 | $0.39 | $0.45 | $0.45 |
| 2Q | $0.40 | $0.41 | $0.41 | $0.45 | $0.45 |
| 3Q | $0.45 | $0.41 | $0.41 | $0.46 | $0.46 |
| 4Q | $0.55 | $0.54 | $0.54 | $0.54 | $0.54 |
| FY | $2.02 | $1.75 | $1.75 | $1.90 | $1.90 |
| P/E | 23.9x | 27.5x | | 25.4x | |
| **Revenue ($M)** | | | | | |
| FY | $866 | $901 | $901 | $942 | $942 |
| **Consensus** | | | | | |
| FY | -- | $2.07 | | $2.03 | |
| FYE Dec | | | | | |

**Mark Hughes, CFA**
615-748-4422
mark.hughes@suntrust.com

Jack Wang
212-590-0984
jack.w.wang@suntrust.com

**SEE PAGE 10 FOR REQUIRED DISCLOSURE INFORMATION**

Case 2:20-cv-00856-RDP    Document 52-5    Filed 05/18/21    Page 3 of 14



- **Med Mal peer analysis finds little clear impetus for market turn.** Our review of the statutory reports of ProAssurance's top medical professional liability peers suggests there are rising accident year losses across the industry, continuing a multi-year deteriorating trend (Figure 1), but at the same time still meaningful redundancies in prior accident year reserves. These two factors presumably work in opposite directions in influencing rates, but the fact that there does not appear to be any change so far in the trajectory of premiums indicates to us that the healthy balance sheets are the bigger driver of pricing (at least for now).

  - Our analysis of redundancy by accident year is shown in Figures 2 & 3, which utilize SNL templates to evaluate just the medical professional liability line of the top 20 carriers, a group that includes Berkshire Hathaway (BRK.B, $195.01, Not Rated), Markel (MKL, $1,155.23, Hold, Mark Hughes), AIG (AIG, $53.73, Not Rated), and others.

  - We see that the group as a whole is substantially redundant for accident years 2012 through 2016 on a paid loss basis and marginally redundant in 2017, which is still too new, we judge, to draw meaningful conclusions (Figure 2).

  - When we also incorporate case reserves into the analysis, the sector still looks redundant, though PRA comes in below its peers for accident years 2016 and 2017, influenced by the uptick in case – and the associated decline in IBNR, per below – we highlighted last month (Figure 3).

  - Looking at it on a calendar year basis, the historical redundancy trend is shown in Figures 4 & 5, which highlight ProAssurance's favorable position, but also the strength of peers, which have an average reserve cushion of 15-20%.

  - One apparent confirmation of the confidence of the med mal carriers in their reserves is the increase in calendar 2017 in favorable development, which rose to $1.1 billion from $850 million the prior year (reserve gains are shown as negative numbers in Figure 6). This is why 2017 accident year losses increased even as calendar year losses declined, per Figure 1.

  - Another indicator here is cash from operations, which rebounded into solidly positive territory in 2017 after having been flat-to-down the preceding three years (see Figure 7). On the margin, we believe weaker cash flow would be more conducive to firmer pricing.

  - Finally, we would point out that underwriting leverage remains very low in the medical professional liability area, where Aon reports an industry-wide ratio under 0.30x – i.e. less than $0.30 in premium for every $1 in capital – or roughly a third of the P&C sector in aggregate.

- **Other industry comments have pointed to pressure on losses.** A leading medical professional liability competitor recently circulated comments to its distribution partners that suggested the soft market continues today and is likely to continue in pockets for a few more years. They also highlighted the probability of higher industry losses attributable to rising severity and bottoming frequency, exacerbated by structural changes in healthcare – presumably consolidation along with the corporatization of medicine – that could give rise to patient dissatisfaction.

  - This large carrier believes losses will continue to rise, influenced by the massive amount of excess capital and the overconfidence in the industry.

  - We would also highlight commentary from Aon at the 2018 Florida Insurance Summit, where they underscored the altered calculus of the plaintiff bar that is attracted to the higher coverage limits for physicians employed by health systems ($10 million +) as opposed to those in solo or small group practices (typically $1 million).

  - This is in keeping with ProAssurance's description of rising severity with its larger accounts, while their traditional smaller accounts are stable; this is an important distinction, which may restrain the magnitude of any severity impact. According to the carrier mentioned above, the number of healthcare liability verdicts of $10 million or greater was 33 last year compared to 20 in 2016.



SUNTRUST ROBINSON HUMPHREY

- **The issue of deteriorating reserve quality may also be evaluated** in terms of the mix of reserves between incurred but not reported, or IBNR, and case reserves. The former category covers either claims that have not yet surfaced or unfavorable development on existing claims, while the latter captures the amounts set aside for known claims.

  ○ For ProAssurance, IBNR for the 2017 accident year was 48.9% according to the year-end statutory statements, down 320 bps year over year and below the historical norm in the 55-60% range. This diminished IBNR cushion was also apparent in the 2016 accident year, where IBNR was 6.8% compared to 14.2% in the year-prior measure (Figure 8).

  ○ Because the paid losses still look fine, the question here is whether the higher severity implied by the case reserves will hold true as the claims develop. If they do, there will probably be much less favorable development for ProAssurance in future periods.

  ○ The comparable ratios for the industry as a whole are shown in Figure 9, where the higher underlying IBNR appears to be a function of mix and reserving approaches. That said, it is the trend over the last year or so that is of interest, and here we see a different result from that of PRA, i.e. the recent numbers are largely in line with the prior norm.

  ○ On the one hand, this could suggest that PRA is experiencing a short-term anomaly and that severity is not rising more broadly (and would presumably revert back to normal), though it could also be that the peer group is slow in recognizing the change and will have to make up for it in future periods. There is also probably an effect tied to the faster increase in severity in hospitals and health systems, which now employ roughly 60% of physicians.

  ○ The key point in the near term, however, is that these industry-wide results do not appear to be sufficiently disruptive to materially change sector pricing dynamics.

- **Valuation.** The stock's valuation is 1.6x book, modestly above the overall P&C industry at 1.5x. ProAssurance has traded ahead of the peer average for most of the last two years, though it previously had a varied history in relation to the group (Figure 10). On price-to-earnings, the company trades at a substantial premium – 27x versus the peer average in the high teens (Figure 11) – in large measure attributable to its ROE in the 6-7% range, driven by its low leverage and moderate underwriting profitability.

  ○ Looking ahead, if severity does accelerate, it would provide a tailwind for pricing and topline growth, but most likely a headwind for near-term earnings, a function of both rising current accident year losses and falling reserve development.

  ○ If, on the other hand, severity moderates, then pricing probably remains under pressure, but earnings are likewise restrained (albeit with less potential volatility) by a combination of slow topline growth and still-diminishing reserve gains.

  ○ Generally speaking, P&C stocks can prosper during periods of market dislocation because investors anticipate that higher rates will translate into greater returns in coming periods.

  ○ The challenge in the case of ProAssurance is that reserve development is still the most important contributor to earnings; we forecast $109 million in gains out of $115 million of estimated pretax this year.

  ○ Under the circumstances, we believe it would take a very abrupt improvement in rates to offset higher severity, especially if it was significant enough to potentially work backwards through the company's open inventory of claims. In that scenario, a probable next step for the stock would be down (though that would most likely create an excellent buying opportunity, especially if it follows the 2000 pattern, in our view).

  ○ Thus, it does not appear to us that investors are positioned to benefit – at least within a 6-12-month time horizon – in a way that compensates for the risk they bear of further downside in estimates.

**Figure 1:  Med Mal Line Loss Ratio, Calendar vs. Accident**



*Source: S&P Global Market Intelligence, STRH*

**Figure 2: Med Mal Redundancy (Deficiency) as % Reserves by Accident Year, Loss Development Factor Method (Paid)**

*Source: S&P Global Market Intelligence, STRH*

SUNTRUST ROBINSON HUMPHREY

**Figure 3: Med Mal Redundancy (Deficiency) as % Reserves by Accident Year, Loss Development Factor Method (Case + Paid)**



*Source: S&P Global Market Intelligence, STRH*

**Figure 4: Med Mal Redundancy as % Reserves by Calendar Year, Loss Development Factor Method (Paid)**

*Source: S&P Global Market Intelligence, STRH*

**Figure 5: Med Mal Redundancy as % Reserves by Calendar Year, Loss Development Factor Method (Case + Paid)**



*Source: S&P Global Market Intelligence, STRH*

**Figure 6: Prior Year Reserve Development for Med Mal Line (Negative is Favorable) – Rest of Industry vs. ProAssurance**



*Source: S&P Global Market Intelligence, STRH*

**Figure 7: Cash Flow from Operations by Med Mal-Focused Insurers**



*Source: S&P Global Market Intelligence, STRH*

**Figure 8:  ProAssurance Medical Professional Liability Reserves:  Incurred But Not Reported (IBNR) as % of Total Incurred**

| Accident Yr | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 65.1% | 34.9% | 31.2% | 25.4% | 16.2% | 9.8% | 7.1% | 2.9% | 1.6% | 0.7% |
| 2009 | 60.7% | 28.9% | 19.7% | 17.8% | 12.4% | 8.2% | 6.0% | 3.1% | 0.5% | |
| 2010 | 54.3% | 20.2% | 9.6% | 8.2% | 6.5% | 5.4% | 2.6% | 1.2% | | |
| 2011 | 57.6% | 17.3% | 8.8% | 7.2% | 6.2% | 3.6% | 1.7% | | | |
| 2012 | 54.5% | 14.2% | 5.5% | 4.0% | 3.6% | 1.7% | | | | |
| 2013 | 59.8% | 13.0% | 5.7% | 3.3% | 1.9% | | | | | |
| 2014 | 53.2% | 22.1% | 8.5% | 1.8% | | | | | | |
| 2015 | 56.8% | 14.2% | 0.9% | | | | | | | |
| 2016 | 52.1% | 6.8% | | | | | | | | |
| 2017 | 48.9% | | | | | | | | | |

*Source: S&P Global Market Intelligence, STRH*

**Figure 9:  ProAssurance Medical Professional Liability Reserves:  Incurred But Not Reported (IBNR) as % of Total Incurred**

| Accident Yr | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 69.0% | 44.7% | 27.4% | 17.0% | 8.7% | 4.0% | 2.1% | 1.3% | 0.2% | -0.7% |
| 2009 | 69.1% | 44.7% | 28.7% | 17.3% | 9.5% | 4.4% | 2.6% | 1.0% | 0.1% | |
| 2010 | 68.2% | 43.8% | 26.6% | 15.6% | 7.8% | 4.0% | 3.2% | 1.0% | | |
| 2011 | 70.1% | 43.9% | 26.7% | 14.9% | 8.1% | 4.2% | 2.4% | | | |
| 2012 | 70.5% | 43.3% | 25.5% | 14.1% | 8.0% | 4.4% | | | | |
| 2013 | 70.7% | 43.2% | 25.9% | 14.5% | 8.3% | | | | | |
| 2014 | 71.1% | 46.7% | 28.4% | 16.6% | | | | | | |
| 2015 | 72.0% | 45.1% | 26.9% | | | | | | | |
| 2016 | 70.8% | 43.2% | | | | | | | | |
| 2017 | 70.9% | | | | | | | | | |

*Source: S&P Global Market Intelligence, STRH*

SUNTRUST
ROBINSON HUMPHREY

**Figure 10:  Historical Price-to-Book Valuation:  PRA vs. P&C Insurance Carriers**

Source:  SNL

**Figure 11:  Specialty P&C Insurance Carrier Valuation Comparison**

| Ticker | Company Name | Price (04/03/18) | 2016 P/E | 2017 P/E | 2018E P/E | 2019E P/E | P/B | Rating |
|---|---|---|---|---|---|---|---|---|
| **Specialty P&C:** | | | | | | | | |
| AFSI | AmTrust Financial Services, Inc. | $ 12.29 | 4.7x | 14.5x | 9.2x | 6.8x | 1.0x | NR |
| HIG | Hartford Financial Services Group, Inc. | $ 50.72 | 15.0x | 18.5x | 11.6x | 10.4x | 1.3x | NR |
| TRV | Travelers Companies, Inc. | $ 136.82 | 13.5x | 19.9x | 12.7x | 12.0x | 1.5x | NR |
| AIZ | Assurant, Inc. | $ 89.95 | 20.1x | 22.6x | 11.1x | 9.9x | 1.1x | Buy, Mark Hughes |
| AFG | American Financial Group, Inc. | $ 111.37 | 18.5x | 18.0x | 13.7x | 13.3x | 1.8x | NR |
| JRVR | James River Group Holdings Ltd | $ 35.61 | 14.9x | 22.9x | 14.3x | 12.4x | 1.5x | Buy, Mark Hughes |
| EIG | Employers Holdings, Inc. | $ 40.80 | 16.2x | 14.1x | 18.1x | 16.0x | 1.4x | Buy, Mark Hughes |
| AMSF | AMERISAFE, Inc. | $ 55.33 | 13.6x | 18.0x | 20.1x | 19.7x | 2.5x | Buy, Mark Hughes |
| WRB | W. R. Berkley Corporation | $ 72.70 | 21.4x | 17.7x | 19.9x | 19.0x | 1.6x | NR |
| NAVG | Navigators Group, Inc. | $ 57.75 | 24.4x | 49.8x | 21.0x | 20.1x | 1.4x | NR |
| KNSL | Kinsale Capital Group, Inc. | $ 51.43 | 41.4x | 44.7x | 26.2x | 22.6x | 4.4x | Buy, Mark Hughes |
| **PRA** | **ProAssurance Corporation** | **$ 48.10** | **19.8x** | **23.8x** | **27.5x** | **25.4x** | **1.6x** | **Hold, Mark Hughes** |
| RLI | RLI Corp. | $ 62.73 | 30.2x | 36.3x | 29.1x | 28.7x | 3.2x | NR |
| MKL | Markel Corporation | $ 1,151.50 | 36.7x | NM | 34.3x | 31.4x | 1.7x | Hold, Mark Hughes |
| **Average:** | | | **20.7x** | **24.7x** | **19.2x** | **17.7x** | **1.9x** | |
| **Median:** | | | **19.2x** | **19.9x** | **19.0x** | **17.5x** | **1.6x** | |

*Covered names use our estimates, non-covered names use consensus estimates*
*Source: FactSet, SunTrust Robinson Humphrey Estimates*



**SUNTRUST ROBINSON HUMPHREY**

Mark Hughes, CFA  615-748-4422
Updated on 2/22/18
"Required Disclosures" are on the last tab of the workbook

# ProAssurance Corp.

| ($ 000, except earnings per share) Revenues: | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross premiums written: | 812,220 | 835,014 | 231,345 | 206,240 | 245,547 | 191,744 | 874,876 | 243,240 | 216,481 | 258,391 | 203,505 | 921,618 | 255,518 | 227,683 | 272,130 | 214,020 | 969,351 |
| Net premiums earned: | 694,151 | 733,280 | 182,903 | 180,353 | 192,303 | 182,972 | 738,531 | 191,960 | 193,947 | 196,152 | 198,345 | 780,404 | 200,627 | 203,166 | 205,863 | 208,485 | 818,142 |
| % change | -0.8% | 5.6% | 3.0% | 2.0% | 3.8% | -5.5% | 0.7% | 5.0% | 7.5% | 2.0% | 8.4% | 5.7% | 4.5% | 4.8% | 5.0% | 5.1% | 4.8% |
| *Specialty P&C* | *443,314* | *457,816* | *113,058* | *109,005* | *118,331* | *113,526* | *453,920* | *119,382* | *120,514* | *121,954* | *123,508* | *485,359* | *125,087* | *126,853* | *128,829* | *130,788* | *511,557* |
| *% change* | *-10.0%* | *3.3%* | *2.1%* | *0.8%* | *1.8%* | *-7.5%* | *-0.9%* | *5.6%* | *10.6%* | *3.1%* | *8.8%* | *6.9%* | *4.8%* | *5.3%* | *5.6%* | *5.9%* | *5.4%* |
| *Workers compensation* | *213,161* | *220,815* | *55,283* | *56,854* | *54,647* | *57,618* | *224,402* | *57,277* | *57,821* | *58,271* | *58,724* | *232,093* | *59,282* | *59,844* | *60,310* | *60,780* | *240,216* |
| *% change* | *9.6%* | *3.6%* | *1.7%* | *3.2%* | *0.3%* | *1.4%* | *1.6%* | *3.6%* | *1.7%* | *6.6%* | *1.9%* | *3.4%* | *3.5%* | *3.5%* | *3.5%* | *3.5%* | *3.5%* |
| *Lloyd's syndicate* | *37,676* | *54,649* | *14,562* | *14,494* | *16,318* | *11,828* | *57,202* | *15,300* | *15,612* | *15,927* | *16,112* | *62,952* | *16,258* | *16,469* | *16,724* | *16,918* | *66,368* |
| *% change* | *202.4%* | *45.0%* | *17.0%* | *7.3%* | *11.9%* | *-16.2%* | *4.7%* | *5.1%* | *7.7%* | *-2.4%* | *36.2%* | *10.1%* | *6.3%* | *5.5%* | *5.0%* | *5.0%* | *5.4%* |
| Net investment income | 108,660 | 100,011 | 23,186 | 22,677 | 23,729 | 26,070 | 95,662 | 25,467 | 25,244 | 25,356 | 25,470 | 101,537 | 26,099 | 25,900 | 26,025 | 26,153 | 104,178 |
| % change | -13.5% | -8.0% | -8.9% | -7.8% | -6.1% | 5.4% | -4.3% | 9.8% | 11.3% | 6.9% | -2.3% | 6.1% | 2.5% | 2.6% | 2.6% | 2.7% | 2.6% |
| Equity in earnings (loss) of unconsolidated subsidiaries | 3,682 | (5,762) | 1,808 | 2,516 | 4,164 | (455) | 8,033 | 1,660 | 1,677 | 1,693 | 1,710 | 6,740 | 1,727 | 1,745 | 1,762 | 1,780 | 7,014 |
| Net realized investment gains (losses) | (41,648) | 34,875 | 13,280 | (2,219) | 7,749 | (2,401) | 16,409 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % investment income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other income | 7,227 | 7,808 | 1,821 | 2,250 | 510 | 2,933 | 7,514 | 2,962 | 2,992 | 3,022 | 3,052 | 12,028 | 3,083 | 3,113 | 3,145 | 3,176 | 12,517 |
| Total revenues | 772,072 | 870,212 | 222,998 | 205,577 | 228,455 | 209,119 | 866,149 | 222,049 | 223,860 | 226,223 | 228,577 | 900,710 | 231,536 | 233,925 | 236,795 | 239,595 | 941,850 |
| % change | -9.4% | 12.7% | 15.3% | -4.3% | 1.8% | -12.0% | -0.5% | -0.4% | 8.9% | -1.0% | 9.3% | 4.0% | 4.3% | 4.7% | 4.8% | 4.6% | 4.6% |
| Operating Revenue | 813,720 | 835,337 | 209,718 | 207,796 | 220,706 | 211,520 | 849,740 | 222,049 | 223,860 | 226,223 | 228,577 | 900,710 | 231,536 | 233,925 | 236,795 | 239,595 | 941,850 |
| % change | -2.9% | 2.7% | 4.0% | 1.9% | 5.8% | -4.3% | 1.7% | 5.9% | 7.7% | 2.5% | 8.1% | 6.0% | 4.3% | 4.5% | 4.7% | 4.8% | 4.6% |
| Net losses and loss adjustment expenses | 410,712 | 443,229 | 119,151 | 115,550 | 127,510 | 105,086 | 467,297 | 132,215 | 132,374 | 133,889 | 127,003 | 525,482 | 135,720 | 137,451 | 138,009 | 134,554 | 545,733 |
| % net premiums earned | 59.2% | 60.4% | 65.1% | 64.1% | 66.3% | 57.4% | 63.3% | 68.9% | 68.3% | 68.3% | 64.0% | 67.3% | 67.6% | 67.7% | 67.0% | 64.5% | 66.7% |
| Underwriting, acquisition and insurance expenses total | 217,066 | 227,693 | 57,108 | 57,885 | 56,179 | 63,750 | 234,921 | 57,895 | 58,280 | 59,370 | 60,231 | 235,776 | 60,183 | 60,964 | 62,174 | 63,226 | 246,546 |
| % net premiums earned | 31.3% | 31.1% | 31.2% | 32.1% | 29.2% | 34.8% | 31.8% | 30.2% | 30.0% | 30.3% | 30.4% | 30.2% | 30.0% | 30.0% | 30.2% | 30.3% | 30.1% |
| EBIT | 144,294 | 199,289 | 46,739 | 32,142 | 44,766 | 40,283 | 163,931 | 31,940 | 33,206 | 32,964 | 41,343 | 139,452 | 35,633 | 35,510 | 36,612 | 41,815 | 149,570 |
| % margin | 18.7% | 22.9% | 21.0% | 15.6% | 19.6% | 19.3% | 18.9% | 14.4% | 14.8% | 14.6% | 18.1% | 15.5% | 15.4% | 15.2% | 15.5% | 17.5% | 15.9% |
| Total expenses | 642,374 | 685,955 | 182,767 | 186,391 | 193,482 | 174,937 | 718,377 | 196,287 | 196,844 | 199,461 | 193,448 | 776,494 | 202,140 | 204,664 | 206,444 | 204,054 | 807,517 |
| % of revenue | 83.2% | 78.8% | 82.0% | 90.7% | 84.7% | 83.7% | 82.9% | 88.4% | 87.9% | 88.2% | 84.6% | 86.2% | 87.3% | 87.5% | 87.2% | 85.2% | 85.7% |
| Income from continuing operations before income taxes | 129,698 | 184,257 | 40,231 | 19,186 | 34,973 | 34,182 | 128,572 | 25,762 | 27,017 | 26,762 | 35,129 | 114,670 | 29,396 | 29,260 | 30,351 | 35,541 | 124,547 |
| % margin | 16.8% | 21.2% | 18.0% | 9.3% | 15.3% | 16.3% | 14.8% | 11.6% | 12.1% | 11.8% | 15.4% | 12.7% | 12.7% | 12.5% | 12.8% | 14.8% | 13.2% |
| Provision for income taxes | 12,527 | 25,120 | (1,224) | (332) | 6,024 | 16,892 | 21,360 | 4,637 | 4,863 | 4,817 | 6,323 | 20,641 | 5,291 | 5,267 | 5,463 | 6,397 | 22,419 |
| tax rate % | 9.7% | 13.6% | -3.0% | -1.7% | 17.2% | 49.4% | 16.6% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| Income from continuing operations | 117,171 | 159,137 | 41,455 | 19,518 | 28,949 | 17,290 | 107,212 | 21,125 | 22,154 | 21,945 | 28,806 | 94,029 | 24,104 | 23,993 | 24,887 | 29,144 | 102,129 |
| Net income | 116,319 | 151,089 | 41,455 | 19,518 | 28,949 | 17,290 | 107,212 | 21,125 | 22,154 | 21,945 | 28,806 | 94,029 | 24,104 | 23,993 | 24,887 | 29,144 | 102,129 |
| % margin | 15.1% | 17.4% | 18.6% | 9.5% | 12.7% | 8.3% | 12.4% | 9.5% | 9.9% | 9.7% | 12.6% | 10.4% | 10.4% | 10.3% | 10.5% | 12.2% | 10.8% |
| **Diluted earnings per share:** | | | | | | | | | | | | | | | | | |
| Net Income | $2.11 | $2.83 | $0.77 | $0.36 | $0.54 | $0.32 | $2.00 | $0.39 | $0.41 | $0.41 | $0.54 | $1.75 | $0.45 | $0.45 | $0.46 | $0.54 | $1.90 |
| **Operating EPS** | **$2.61** | **$2.42** | **$0.62** | **$0.40** | **$0.45** | **$0.55** | **$2.02** | **$0.39** | **$0.41** | **$0.41** | **$0.54** | **$1.75** | **$0.45** | **$0.45** | **$0.46** | **$0.54** | **$1.90** |
| % growth | -16.8% | -7.3% | 34.3% | -40.4% | -2.5% | -33.9% | -16.7% | -36.9% | 2.8% | -8.5% | -2.4% | -13.4% | 13.9% | 8.1% | 13.2% | 1.0% | 8.4% |
| Diluted shares | 55,029 | 53,426 | 53,535 | 53,607 | 53,614 | 53,686 | 53,611 | 53,713 | 53,740 | 53,767 | 53,793 | 53,753 | 53,820 | 53,847 | 53,874 | 53,901 | 53,861 |
| GAAP Loss Ratio | 59.2% | 60.4% | 65.1% | 64.1% | 66.3% | 57.4% | 63.3% | 68.9% | 68.3% | 68.3% | 64.0% | 67.3% | 67.6% | 67.7% | 67.0% | 64.5% | 66.7% |
| GAAP Expense Ratio | 31.3% | 31.1% | 31.2% | 32.1% | 29.2% | 34.8% | 31.8% | 30.2% | 30.0% | 30.3% | 30.4% | 30.2% | 30.0% | 30.0% | 30.2% | 30.3% | 30.1% |
| GAAP Combined Ratio | 90.4% | 91.5% | 96.4% | 96.2% | 95.5% | 92.3% | 95.1% | 99.0% | 98.3% | 98.5% | 94.4% | 97.5% | 97.6% | 97.7% | 97.2% | 94.9% | 96.8% |
| Book value per share | $36.88 | $33.78 | $34.19 | $34.41 | $34.65 | $29.83 | $29.83 | $29.87 | $29.94 | $29.99 | $30.18 | $30.18 | $30.28 | $30.37 | $30.48 | $30.68 | $30.68 |
| Return on equity from operations | 6.9% | 6.7% | 7.3% | 4.7% | 5.2% | 6.8% | 6.2% | 5.3% | 5.5% | 5.4% | 7.1% | 5.8% | 5.9% | 5.9% | 6.1% | 7.1% | 6.2% |

Source: Company Filings and SunTrust Robinson Humphrey estimates                                         4/3/2018 Price:        $47.65



## Company Description

ProAssurance Corporation, through its subsidiaries, provides professional liability insurance products primarily to physicians, dentists, other healthcare providers, and healthcare facilities in the United States. The company also engages in the legal professional liability business. In addition, it offers professional office packages and workers' compensation insurance products in connection with its medical professional liability products. ProAssurance markets its products through direct marketing and independent agents. The company was founded in 1976 and is based in Birmingham, Alabama.

## Investment Thesis

Our Hold rating on PRA is based on the limited visibility on loss development and the potential for increased claims severity, offset by the company's strong balance sheet and track record of underwriting performance.

## Valuation and Risks

**Price target:** Our $51 price target assumes PRA will trade at a price-to-book multiple of 1.7x our 2019 year-end book value estimate of $31 per share, a slight premium to the peer average. Going forward, we predict ROE will hold steady around 6%. We believe this multiple is appropriate given the company's solid underwriting performance balanced by a challenging market environment.

**Risks:** PRA may fail to reach our price target if favorable reserve developments slow, a headwind to earnings as less prior reserves to release means less of a cushion. On the other hand, if other med mal carriers begin to more actively pursue rate increases (given the current loss trends), the ensuing hard market would lead to margin expansion.

## Companies Mentioned in This Note

**Assurant, Inc.** (AIZ, $89.97, Buy, Mark Hughes)
**Amerisafe, Inc.** (AMSF, $55.40, Buy, Mark Hughes)
**Employers Holdings, Inc.** (EIG, $40.90, Buy, Mark Hughes)
**Heritage Insurance Holdings, Inc.** (HRTG, $15.18, Buy, Mark Hughes)
**James River Group Holdings, Ltd.** (JRVR, $35.59, Buy, Mark Hughes)
**Kinsale Capital Group, Inc.** (KNSL, $51.51, Buy, Mark Hughes)
**Markel Corporation** (MKL, $1,150.97, Hold, Mark Hughes)
**ProAssurance Corporation** (PRA, $48.20, Hold, Mark Hughes)
American Financial Group, Inc. (AFG, $111.35, NR)
Navigators Group, Inc. (NAVG, $57.60, NR)
RLI Corp. (RLI, $62.66, NR)
W. R. Berkley Corporation (WRB, $72.69, NR)
Hartford Financial Services Group, Inc. (HIG, $50.79, NR)
Travelers Companies, Inc. (TRV, $136.99, NR)
Berkshire Hathaway Inc. (BRK.B, $197.96, NR)
CNA Financial Corporation (CNA, $48.70, NR)
AmTrust Financial Services, Inc. (AFSI, $12.31, NR)

## Analyst Certification

I, Mark Hughes , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

An affiliate of SunTrust Robinson Humphrey, Inc. has received compensation for non-securities services from the following company within the last 12 months: PRA-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or

compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



### STRH Ratings System for Equity Securities

**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at STRHEquityResearchDepartment@SunTrust.com or contact your STRH sales representative.

**The rating system effective as of Oct. 7, 2016:**

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment



catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy
H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return $\geq$ 15% (10% for low-Beta securities)***
· Reduce – total return $\leq$ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 04/04/2018):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 451 | 63.17% | Buy | 168 | 37.25% |
| Hold/Neutral | 261 | 36.55% | Hold/Neutral | 66 | 25.29% |
| Sell/Reduce | 2 | 0.28% | Sell/Reduce | 1 | 50.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or



other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2018 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com,** or by writing to: SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070