FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 11

STATEMENT OF ACTUARIAL OPINION

Annual Statement of the ProAssurance Specialty Insurance Company, Inc.

<u>For the Year Ended December 31, 2020</u>

Page 1 of 7

## IDENTIFICATION

I, Alison M. Milford, am associated with Willis Towers Watson. I am an Associate of the Casualty Actuarial Society and a member of the American Academy of Actuaries. I was appointed by the Board of Directors of ProAssurance Specialty Insurance Company, Inc. ("Company") on May 20, 2020 to render this opinion. I meet the definition of a Qualified Actuary per the NAIC Annual Statement Instructions – Property and Casualty, Actuarial Opinion.

## SCOPE

I have examined the reserves listed in Exhibit A, as shown in the Annual Statement of the Company as prepared for filing with state regulatory officials as of December 31, 2020. The items in Exhibit A, where applicable, reflect the disclosure items 8 through 13.2 in Exhibit B. The applicable accounting standards are statutory accounting practices prescribed or permitted by the Alabama Department of Insurance, as per Note 1 in the Company's Notes to Financial Statements.

My examination of the loss and loss adjustment expense reserves was based upon data and related information prepared by the Company. In this regard, I relied on Dana S. Hendricks, Treasurer, ProAssurance Specialty Insurance Company, Inc. as to the accuracy and completeness of the data. I evaluated the data used directly in my analysis for reasonableness and consistency. My evaluation did not reveal any data points materially affecting my analysis that fell outside of the range of reasonable possibilities. In performing this evaluation, I have assumed that the Company (a) used its best efforts to supply accurate and complete data and (b) did not knowingly provide any inaccurate data. I also reconciled the net and gross paid and case loss and allocated loss adjustment expense amounts, and earned premium as of December 31, 2020 used in my analysis against Schedule P - Part 1 of the current Annual Statement. In other respects, my examination included the use of such actuarial assumptions and methods and such tests of calculations as I considered necessary.

My examination was based on data and related information through the valuation date of December 31, 2020. My opinion was formed based on information provided to me through the review date of February 19, 2021 and my projections do not take into account any developments subsequent to this date.

My review was limited to the items in Exhibit A and did not include an analysis of any income statement items or other balance sheet items. My opinion on the reserves is based upon the assumption that all reserves are backed by valid assets which have suitably scheduled maturities and/or adequate liquidity to meet cash flow requirements.

## RELEVANT COMMENTS

Based solely on discussions with Company management and their description of the Company's ceded reinsurance, I am not aware of any reinsurance transaction that either has been or should have been accounted for as retroactive reinsurance or as financial reinsurance defined as contractual arrangements that do not include a transfer of both timing and underwriting risk.

The Company has two insurance contracts with portions accounted for using the deposit accounting method. The outstanding liability shown in write-in line 2502 on page 3 for the retroactive portion of these directly written contracts is $7,569,998 at December 31, 2020. This amount is fully ceded, as shown in write-in line 2503 on page 3, making the net liability zero. There is no provision for this contract included in the unpaid loss and loss adjustment expense amounts discussed in this opinion.

During 2020, the Company partially commuted a reinsurance contract with an affiliate under which it previously ceded 100% of its loss and defense and cost containment expense. The commutation resulted in the Company re-assuming 100% of the remaining liability associated with coverage years 2018 and prior

STATEMENT OF ACTUARIAL OPINION

Annual Statement of the ProAssurance Specialty Insurance Company, Inc.

For the Year Ended December 31, 2020

Page 2 of 7

with a few specified exceptions. As recorded by the Company, the net effect of the commutation transaction appears as adverse loss development on prior coverage years.

My opinion on the loss and loss adjustment expense reserves net of ceded reinsurance assumes that all ceded reinsurance is valid and collectible. The majority of the Company's ceded loss and loss adjustment expense reserves are with companies rated secure by a reputable insurance rating agency, with Lloyd's or are fully collateralized.  In addition, the Company has represented to me that it knows of no uncollectible reinsurance cessions. I have not anticipated any contingent liabilities that could arise if the reinsurers do not meet their obligations to the Company as reflected in the data and other information provided to me.

The Company has represented to me that it has no reserves for Accident and Health (A&H) long duration contracts, defined as A&H contracts in which the contract term is greater than or equal to thirteen months and contract reserves are required.

The Company has represented to me that it has no unearned premium for P&C long duration contracts, defined as single or fixed premium policies with coverage periods of thirteen months or greater which are non-cancelable and not subject to premium increase.

The Company does not discount loss and loss adjustment expense reserves.

Reserves are established gross of anticipated salvage and subrogation; however, these amounts are not expected to be material.

The Company does not participate in voluntary or involuntary pools.

I have reviewed the Company's exposure to asbestos and environmental claims. In my opinion, the chance of material liability related to asbestos and environmental claims is remote since the Company did not write lines of business which are typically exposed to such losses.

The Company provides extended reporting coverage at no additional premium in the event of death, disability or qualifying retirement (DD&R) of an insured on a small number of its professional liability claims-made policies. The associated liability is fully ceded. I have evaluated the Company's related extended reporting endorsement coverage reserve and have included such amounts in my opinion on the Company's direct and assumed reserves.

I have reviewed the calculation of IRIS Ratios 11, 12, and 13. No exceptional values were observed.

In my analysis, I have considered the effects of COVID-19 on the Company's experience, including business volume, loss and loss adjustment expense experience and claim handling; however, the loss experience to date is not sufficiently consistent and mature to support credible material changes in actuarial assumptions and/or methods and, thus, no such explicit changes have been made. One exception is that a special reserve provision is included related to an unusual number of first notices on two business segments directly citing COVID-19, where coverage has been triggered but no claim has been made. The potential impact to loss estimates related to COVID-19, including estimates related to potential direct exposure, is discussed as a specific risk factor for the Company.

*Risk of Material Adverse Deviation*

In my evaluation, I considered the following risk factors which increase the uncertainty inherent in the Company's loss and loss adjustment expense reserves:

- long tail nature and high claim severity potential of the business, being predominantly medical professional liability

STATEMENT OF ACTUARIAL OPINION

Annual Statement of the ProAssurance Specialty Insurance Company, Inc.

For the Year Ended December 31, 2020

Page 3 of 7

- prevalence and significant growth of excess and surplus coverage with small historical volume, limited historical data for support of loss expectations including portions with complex terms and leveraged exposure, and associated volatile loss development patterns

- during the COVID-19 pandemic, delays in medical care and judicial proceedings may cause changes in loss development patterns and claim costs affecting estimates of expected development on reported and unreported claims for prior and current coverage years. The potential impact cannot be fully appreciated with the information available to date adding to uncertainty in the loss estimates.

- a special reserve provision for first notices directly related to COVID-19 relies on assumptions about rates of conversion from first notice to claim as well as how various immunity statutes will impact liability, assumptions which have a much higher degree of uncertainty due to the unprecedented circumstances resulting from the pandemic

- reinsurance leverage given approximately 80% of gross reserves are ceded

In consideration of the use of this opinion for purposes of solvency monitoring, I consider $5,912,571 to be material for this Company, calculated as 20% of policyholder surplus.

I believe that there are significant risks and uncertainties which could result in material adverse deviation in the Company's loss and loss adjustment expense reserves. Among the risks and uncertainties described above, I have identified the following as significant: reinsurance leverage, since the Company's total ceded reserves are large in relation to surplus; the Company's entry into new markets with limited historical experience; the Company writes predominately, and has significantly grown, the medical professional liability excess and surplus lines coverage which is characterized by having a long tail; and adverse development of 7% would be greater than the amount I consider to be material. The absence of other significant risks and uncertainties from this listing does not imply that additional factors will not be identified in the future as having been a significant influence on the Company's reserves.

**OPINION**

In my opinion, the amounts recorded in the Annual Statement of the Company for the sum of items 1, 2, 5, 6 and 9b as well as the sum of items 3, 4, 5, 6 and 9a on Exhibit A:

a) meet the requirements of the insurance laws of Alabama;

b) are consistent with amounts computed in accordance with relevant standards of practice promulgated by the Actuarial Standards Board; and

c) make a reasonable provision for all unpaid loss and loss adjustment expense obligations of the Company under the terms of its contracts and agreements, including the reserve for yet-to-be-issued DD&R extended reporting coverage.

**VARIABILITY**

In evaluating whether the reserves make a reasonable provision for unpaid losses and loss adjustment expenses, it is necessary to project future loss and loss adjustment expense payments. Actual future losses and loss adjustment expenses will not develop exactly as projected and may, in fact, vary significantly from the projections.

Further, my projections make no provision for extraordinary future emergence of new classes of losses or types of losses not sufficiently represented in the Company's historical data or which are not yet quantifiable.

STATEMENT OF ACTUARIAL OPINION

Annual Statement of the ProAssurance Specialty Insurance Company, Inc.

For the Year Ended December 31, 2020

Page 4 of 7

An actuarial report, including underlying workpapers supporting the findings expressed in this Statement of Actuarial Opinion, will be provided to the Company to be retained for a period of seven years and available for regulatory examination. This Statement of Actuarial Opinion is solely for the use of, and only to be relied upon by, the Company and the various state insurance departments with which it files its Annual Statement.

Alison M. Milford, ACAS, MAAA
Willis Towers Watson
Five Concourse Parkway, Floor 18
Atlanta, Georgia 30328
678-684-0642
alison.milford@willistowerswatson.com
February 24, 2021

STATEMENT OF ACTUARIAL OPINION

Annual Statement of the ProAssurance Specialty Insurance Company, Inc.

<u>For the Year Ended December 31, 2020</u>

Page 5 of 7

### Exhibit A: SCOPE

| **Loss and Loss Adjustment Expense Reserves:** | **Amount** |
|---|---|
| 1. Unpaid Losses (Liabilities, Surplus and Other Funds page, Col 1, Line 1) | $49,276,539 |
| 2. Unpaid Loss Adjustment Expenses (Liabilities, Surplus and Other Funds page, Col 1, Line 3) | $38,852,618 |
| 3. Unpaid Losses – Direct and Assumed (Should equal Schedule P, Part 1, Summary, Totals from Cols. 13 and 15, Line 12 * 1000) | $331,449,000 |
| 4. Unpaid Loss Adjustment Expenses – Direct and Assumed (Should equal Schedule P, Part 1, Summary, Totals from Cols. 17, 19 and 21, Line 12 * 1000) | $139,068,000 |
| 5. The Page 3 write-in item reserve, "Retroactive Reinsurance Reserve Assumed" | $0 |
| 6. Other Loss Reserve items on which the Appointed Actuary is expressing an Opinion (list separately) | $0 |

| | Amount |
|---|---|
| **Premium Reserves:** | |
| 7. Reserve for Direct and Assumed Unearned Premiums for Long Duration Contracts | $0 |
| 8. Reserve for Net Unearned Premiums for Long Duration Contracts | $0 |
| 9. Other Premium Reserve items on which the Appointed Actuary is expressing an Opinion (list separately) | |
|    a. Extended Loss (DD&R) reserve – direct (Schedule P Interrogatories, Item 1.2) | $800,000 |
|    b. Extended Loss (DD&R) reserve – net (Schedule P Interrogatories, Item 7.2) | $0 |

STATEMENT OF ACTUARIAL OPINION

Annual Statement of the ProAssurance Specialty Insurance Company, Inc.

For the Year Ended December 31, 2020

Page 6 of 7

### Exhibit B: DISCLOSURES

Note: Exhibit B should be completed for Net dollar amounts included in the SCOPE. If an answer would be different for Direct and Assumed amounts, identify and discuss the difference within RELEVANT COMMENTS.

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1. Name of the Appointed Actuary | | Milford | Alison | M. |
| 2. The Appointed Actuary's relationship to the Company. Enter E or C based upon the following: | | | | |
|     E  if an Employee of Company or Group | | | | |
|     C  if a Consultant | | | C | |
| 3. The Appointed Actuary's Accepted Actuarial Designation: | | | | |
|     F  if a Fellow of the Casualty Actuarial Society (FCAS) | | | | |
|     A  if an Associate of the Casualty Actuarial Society (ACAS) | | | | |
|     S  if a Fellow of the Society of Actuaries (FSA) through the General Insurance track | | | | |
|     M  if the actuary does not have an Accepted Actuarial Designation, but is approved by the Academy's Casualty Practice Council | | | A | |
|     O  for Other | | | | |
| 4. Type of Opinion, as identified in the OPINION paragraph. Enter R, I, E, Q, or N based upon the following: | | | | |
|     R  if Reasonable | | | | |
|     I   if Inadequate or Deficient Provision | | | | |
|     E  if Excessive or Redundant Provision | | | | |
|     Q  if Qualified. Use Q when part of the OPINION is Qualified. | | | | |
|     N  if No Opinion | | | R | |
| 5. Materiality Standard expressed in US dollars (used to Answer Question #6) | $5,912,571 | | | |
| 6. Are there significant risks that could result in Material Adverse Deviation? | | Yes [ x ]  No [ ]  Not Applicable [ ] | | |
| 7. Statutory Surplus (Liabilities, Surplus and Other Funds page Col 1, Line 37) | $29,562,854 | | | |
| 8. Anticipated net salvage and subrogation included as a reduction to loss reserves as reported in Schedule P (should equal Part 1 Summary, Col 23, Line 12 * 1000) | $0 | | | |
| 9. Discount included as a reduction to loss reserves and loss adjustment expense reserves as reported in Schedule P | | | | |
|     9.1  Nontabular Discount [Notes, Line 32B23, (Amounts 1, 2, 3 & 4)], Electronic Filing Cols 1, 2, 3 & 4 | $0 | | | |
|     9.2  Tabular Discount [Notes, Line 32A23, (Amounts 1 & 2)], Electronic Filing Col 1 & 2 | $0 | | | |
| 10. The net reserves for losses and loss adjustment expenses for the Company's share of voluntary and involuntary underwriting pools' and associations' unpaid losses and loss adjustment expenses that are included in reserves shown on the Liabilities, Surplus and Other Funds page, Losses and Loss Adjustment Expenses lines. | $0 | | | |
| 11. The net reserves for losses and loss adjustment expenses that the Company carries for the following liabilities included on the Liabilities, Surplus and Other Funds page, Losses and Loss Adjustment Expenses lines.* | | | | |
|     11.1  Asbestos, as disclosed in the Notes to Financial Statements (Notes, Line 33A03D, ending net asbestos reserves for current year) Electronic Filing Col 5 | $0 | | | |
|     11.2  Environmental, as disclosed in the Notes to Financial Statements (Notes, Line 33D03D, ending net environmental reserves for current year), Electronic Filing Col 5 | $0 | | | |

* The reserves disclosed in item 11 above, should exclude amounts relating to contracts specifically written to cover asbestos and environmental exposures. Contracts specifically written to cover these exposures include Environmental Impairment Liability (post 1986), Asbestos Abatement, Pollution Legal Liability, Contractor's Pollution Liability, Consultant's Environmental Liability, and Pollution and Remediation Legal Liability.

STATEMENT OF ACTUARIAL OPINION

Annual Statement of the ProAssurance Specialty Insurance Company, Inc.

For the Year Ended December 31, 2020

Page 7 of 7

12. The total claims made extended loss and loss adjustment expense reserve and unearned premium reserve (Greater than or equal to Schedule P Interrogatories).

| | | |
|---|---|---|
| 12.1 | Amount reported as loss and loss adjustment expense reserves - gross | $0 |
| 12.2 | Amount reported as unearned premium reserves – direct | $800,000 |
| 12.3 | Amount reported as unearned premium reserves – net | $0 |

13. The net reserves for A&H Long Duration Contracts that the Company carries on the following lines on the Liabilities, Surplus and Other Funds page:

| | | |
|---|---|---|
| 13.1 | Losses | $0 |
| 13.2 | Loss Adjustment Expenses | $0 |
| 13.3 | Unearned Premium | $0 |
| 13.4 | Write-In (list separately, adding additional lines as needed, and identify (e.g., "Premium Deficiency Reserves", "Contract Reserves other than Premium Deficiency Reserves", or "AG51 Reserves")) | $0 |

14. Other items on which the Appointed Actuary is providing Relevant Comment (list separately)    $0

* The reserves disclosed in item 11 above, should exclude amounts relating to contracts specifically written to cover asbestos and environmental exposures. Contracts specifically written to cover these exposures include Environmental Impairment Liability (post 1986), Asbestos Abatement, Pollution Legal Liability, Contractor's Pollution Liability, Consultant's Environmental Liability, and Pollution and Remediation Legal Liability.