FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 17

**PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION**

# ANNUAL STATEMENT
**For the Year Ended December 31, 2018**
OF THE CONDITION AND AFFAIRS OF THE

# PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.

NAIC Group Code _____ 02698 _____ , _____ 02698 _____ NAIC Company Code _____ 10179 _____ Employer's ID Number _____ 36-3990058
(Current Period)        (Prior Period)

Organized under the Laws of _____ Alabama _____ , State of Domicile or Port of Entry _____ Alabama

Country of Domicile _____ United States

Incorporated/Organized _____ 12/05/1994 _____ Commenced Business _____ 12/05/1994

Statutory Home Office _____ 100 BROOKWOOD PLACE _____ , _____ BIRMINGHAM, AL, USA 35209
(Street and Number)                          (City or Town, State, Country and Zip Code)

Main Administrative Office _____ 100 BROOKWOOD PLACE _____ BIRMINGHAM, AL, USA 35209 _____ 205-445-2600
(Street and Number)           (City or Town, State, Country and Zip Code)    (Area Code) (Telephone Number)

Mail Address _____ PO BOX 590009 _____ , _____ BIRMINGHAM, AL, USA 35259-0009
(Street and Number or P.O. Box)                (City or Town, State, Country and Zip Code)

Primary Location of Books and Records _____ 100 BROOKWOOD PLACE _____ BIRMINGHAM, AL, USA 35209 _____ 205-877-4400
(Street and Number)           (City or Town, State, Country and Zip Code)    (Area Code) (Telephone Number)

Internet Web Site Address _____ www.proassurance.com

Statutory Statement Contact _____ ELAINE MARIE SPARKS _____ 615-301-1445
(Name)                          (Area Code) (Telephone Number) (Extension)

_____ FinancialFilings@proassurance.com _____ 615-324-9169
(E-Mail Address)                          (Fax Number)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| HOWARD HARLEY FRIEDMAN , | PRESIDENT, CHIEF UNDERWRITING OFFICER | KATHRYN ANNE NEVILLE , | SECRETARY |
| DANA SHANNON HENDRICKS # , | TREASURER | WILLIAM STANCIL STARNES , | CHAIRMAN |

## OTHER OFFICERS

| | | | |
|---|---|---|---|
| WILLIS JOHNATHAN DANIEL , | VICE PRESIDENT | DESMOND PATRICK O'DOHERTY , | VICE PRESIDENT, MANAGING DIRECTOR |
| DARRYL KEITH THOMAS , | CHIEF CLAIMS OFFICER | HAYES VANCE WHITESIDE, MD , | SENIOR VICE PRESIDENT |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| HOWARD HARLEY FRIEDMAN | JEFFREY PATTON LISENBY | EDWARD LEWIS RAND, JR. | WILLIAM STANCIL STARNES |
| DARRYL KEITH THOMAS | | | |

State of ..............................ALABAMA................................

**ss**

County of ............................JEFFERSON.............................

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| HOWARD HARLEY FRIEDMAN | KATHRYN ANNE NEVILLE | DANA SHANNON HENDRICKS |
|---|---|---|
| PRESIDENT | SECRETARY | TREASURER |

Subscribed and sworn to before me
this _____ day of _____ ,

a. Is this an original filing?      Yes [ X ] No [   ]
b. If no:
1. State the amendment number _____
2. Date filed _____
3. Number of pages attached _____

JEAN H. NOOJIN,
APRIL 22, 2021

# NOTES TO FINANCIAL STATEMENTS

## Note 14 - Liabilities, Contingencies and Assessments

A. Contingent commitments - None.

B. Assessments - None.

C. Gain contingencies - None.

D. Claims related extra contractual obligation and bad faith losses stemming from lawsuits - None.

E. Product warranties - None.

F. Joint and several liabilities - None.

G. All other contingencies

The Company is involved in various other legal actions related to insurance policies and claims handling including, but not limited to, claims asserted by policyholders. The Company has considered such legal actions in establishing its loss and loss adjustment expense reserves. The outcome of such legal actions is not presently determinable for a number of reasons. For example, in the event that the Company or its insureds receive adverse verdicts, post-trial motions may result in unfavorable rulings; any appeals that may be undertaken may be unsuccessful; the Company may be unsuccessful in legal efforts to limit the scope of coverage available to its insureds; and the Company may become a party to bad faith litigation over the payment of any judgment above an insured's policy limits. The Company's management is of the opinion, based on consultation with legal counsel, that the resolution of these actions will not have a material adverse effect on the Company's financial position. However, the ultimate cost of resolving these legal actions may differ from the reserves established, and the resulting difference could have a material effect on the Company's results of operations for the period in which any such action is resolved.

## Note 15 - Leases

A. Lessee leasing arrangements

1. The Company is allocated rent expense through its participation in the Expense Allocation Agreement (see Note 10F). The amount of expense allocated varies based on changes in the allocation base. The Company also leases office equipment and office furniture in its operations. The Company incurred rent and lease expense of $1,032,591 in 2018 and $1,061,025 in 2017. The Company also leases office space for the use of affiliate ProAssurance Mid-Continent Underwriters, Inc. (Mid-Continent). Lease expense is reimbursed 100% by Mid-Continent under the terms of the Expense Allocation Agreement, to which both the Company and Mid-Continent are party.

2. At December 31, 2018, the minimum aggregate rental commitments are as follows:

| Year ending December 31 | Operating Leases | |
|---|---|---|
| 2019 | $ | 75,087 |
| 2020 | | 76,211 |
| 2021 | | 78,423 |
| 2022 | | 80,634 |
| 2023 | | 90,488 |
| For all periods | $ | 400,843 |

3. The Company is not involved in any sale-leaseback transactions.

B. Lessor leasing arrangements - None.

## Note 16 - Information About Financial Instruments With Off-Balance Sheet Risk and Financial Instruments With Concentrations of Credit Risk - None.

## Note 17 - Sale, Transfer and Servicing of Financial Assets and Extinguishments of Liabilities - None.

## Note 18 - Gain or Loss to the Reporting Entity from Uninsured Plans and the Uninsured Portion of Partially Insured Plans - None.

## Note 19 - Direct Premium Written/Produced by Managing General Agents/Third Party Administrators - None.

**ANNUAL STATEMENT FOR THE YEAR 2018 OF THE PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.**

# GENERAL INTERROGATORIES

8.1 Is the company a subsidiary of a bank holding company regulated by the Federal Reserve Board?  Yes [   ]  No [ X ]

8.2 If response to 8.1 is yes, please identify the name of the bank holding company.

8.3 Is the company affiliated with one or more banks, thrifts or securities firms?  Yes [   ]  No [ X ]

8.4 If response to 8.3 is yes, please provide the names and locations (city and state of the main office) of any affiliates regulated by a federal financial regulatory services agency [i.e. the Federal Reserve Board (FRB), the Office of the Comptroller of the Currency (OCC), the Federal Deposit Insurance Corporation (FDIC) and the Securities Exchange Commission (SEC)] and identify the affiliate's primary federal regulator.

| 1<br>Affiliate Name | 2<br>Location<br>(City, State) | 3<br>FRB | 4<br>OCC | 5<br>FDIC | 6<br>SEC |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

9. What is the name and address of the independent certified public accountant or accounting firm retained to conduct the annual audit?
ERNST & YOUNG, LLP 1901 6TH AVENUE NORTH, SUITE 1200, BIRMINGHAM, AL 35203

10.1 Has the insurer been granted any exemptions to the prohibited non-audit services provided by the certified independent public accountant requirements as allowed in Section 7H of the Annual Financial Reporting Model Regulation (Model Audit Rule), or substantially similar state law or regulation?  Yes [   ]  No [ X ]

10.2 If the response to 10.1 is yes, provide information related to this exemption:

10.3 Has the insurer been granted any exemptions related to the other requirements of the Annual Financial Reporting Model Regulation as allowed for in Section 18A of the Model Regulation, or substantially similar state law or regulation?  Yes [   ]  No [ X ]

10.4 If the response to 10.3 is yes, provide information related to this exemption:

10.5 Has the reporting entity established an Audit Committee in compliance with the domiciliary state insurance laws?  Yes [   ] No [   ] N/A [ X ]

10.6 If the response to 10.5 is no or n/a, please explain
THE COMPANY IS A WHOLLY OWNED SUBSIDIARY OF A SOX COMPLIANT ENTITY AND IS THEREFORE NOT REQUIRED TO SEPARATELY ESTABLISH AN AUDIT COMMITTEE AS PROVIDED FOR BY SECTION 14 OF THE ANNUAL FINANCIAL REPORTING MODEL REGULATION.

11. What is the name, address and affiliation (officer/employee of the reporting entity or actuary/consultant associated with an actuarial consulting firm) of the individual providing the statement of actuarial opinion/certification?
ALISON M. MILFORD, ACAS, MAAA, WILLIS TOWERS WATSON, 5 CONCOURSE PARKWAY, 18TH FLOOR, ATLANTA, GA 30328

12.1 Does the reporting entity own any securities of a real estate holding company or otherwise hold real estate indirectly?  Yes [   ]  No [ X ]

12.11 Name of real estate holding company

12.12 Number of parcels involved

12.13 Total book/adjusted carrying value  $

12.2 If yes, provide explanation

13. FOR UNITED STATES BRANCHES OF ALIEN REPORTING ENTITIES ONLY:

13.1 What changes have been made during the year in the United States manager or the United States trustees of the reporting entity?

13.2 Does this statement contain all business transacted for the reporting entity through its United States Branch on risks wherever located?  Yes [   ]  No [   ]

13.3 Have there been any changes made to any of the trust indentures during the year?  Yes [   ]  No [   ]

13.4 If answer to (13.3) is yes, has the domiciliary or entry state approved the changes?  Yes [   ] No [   ] N/A [   ]

14.1 Are the senior officers (principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions) of the reporting entity subject to a code of ethics, which includes the following standards?  Yes [ X ]  No [   ]

a. Honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships;

b. Full, fair, accurate, timely and understandable disclosure in the periodic reports required to be filed by the reporting entity;

c. Compliance with applicable governmental laws, rules and regulations;

d. The prompt internal reporting of violations to an appropriate person or persons identified in the code; and

e. Accountability for adherence to the code.

14.11 If the response to 14.1 is no, please explain:

14.2 Has the code of ethics for senior managers been amended?  Yes [   ]  No [ X ]

14.21 If the response to 14.2 is yes, provide information related to amendment(s)

14.3 Have any provisions of the code of ethics been waived for any of the specified officers?  Yes [   ]  No [ X ]

14.31 If the response to 14.3 is yes, provide the nature of any waiver(s).