FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 19

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-08-08

# Q2 2019 Earnings Call

## Company Participants

- Dana Hendricks, Chief Financial Officer
- Edward Lewis Rand Jr, President and Chief Executive Officer
- Ken McEwen, Investor Relations
- Kevin Merrick Shook, President, Workers' Compensation Insurance
- Kevin Shook, President, Workers Compensation Operations
- Michael Leonard Boguski, President, Eastern Insurance
- Ned Rand, Chairman, Chief Executive Officer And President
- Unidentified Speaker

## Other Participants

- Chris Campbell
- Gregory Peters
- Michael Ramirez

## Presentation

### Operator

Good morning, everyone. Welcome to ProAssurance's Conference Call to discuss the Company's Results for the Second Quarter of 2019. These results were reported in a news release issued on August 7, 2019. Included in that release were cautionary statements about the significant risks, uncertainties and other factors that are out of the Company's control and could affect ProAssurance's business and alter expected results. Please, review those statements.

Management expects to make statements on this call dealing with projections, estimates and expectations, and explicitly identifies these as forward-looking statements within the meaning of the U.S. Federal Securities Laws and subject to applicable safe harbor protections.

The content of this call is accurate only on August 8, 2019, and except as required by law or regulation, ProAssurance will not undertake and expressly disclaims any obligation to update or alter information disclosed as part of these forward-looking statements. The management team of ProAssurance also expects to reference non-GAAP items during today's call. The Company's recent news release provides a reconciliation of these non-GAAP numbers to their GAAP counterparts.

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-08-08

FINAL

Now, as I turn the call over to Mr.Ken McEwen, I would like to remind you that, this call is being recorded and there will be a time for questions after the conclusion of prepared remarks. Mr.McEwan. Please go ahead.

## Ken McEwen   {BIO 21104678 <GO>}

Thank you, Nicole. On our call today are President and CEO, Ned Rand; Chief Financial Officer, Dana Hendricks; Mike Boguski, President of our Specialty Property and Casualty lines; and Kevin Shook, President of our Workers Compensation Operations.

Ned, will you please start us off?

## Edward Lewis Rand Jr   {BIO 1463436 <GO>}

Thank you, Ken. As this is my first earnings call as CEO, I want to begin by thanking Stan for his innumerable contributions to ProAssurance during his 12 years of leadership. I look forward to continuing to work with him in his new role as Executive Chairman.

I'd also like to welcome and congratulate Mike Boguski and Kevin Shook in their new roles on our Executive Leadership Team, which became effective shortly after our first quarter call. I'm excited for the insight and experience each of you brings to the table and look forward to what we will accomplish together.

There are a couple of one-time items might (Technical Difficulty) and the quarter-over-quarter comparison is tricky this quarter and these are laid out in detail in our earnings release and our 10-Q. Dana and Kevin will provide some additional details.

Behind the noise created by these items, I see enough positives to think that this was a good quarter. We were able to secure rate increases across our Specialty Property Casualty segment with only a modest impact to our retention. This is a result of our dedication to disciplined underwriting, making sure we write business and assume risk only if we can get appropriate premium through the exposure that's presented.

To do otherwise would compromise the security of our customers, our employees and our shareholders. Net favorable reserve development declined as a result of our focus on the risk of increasing severity trends in the broader healthcare professional liability market. I'll again emphasize that we're not seeing these trends in our paid data.

However, the greater number of large verdicts, increasing plaintiffs, attorney demands and higher jury awards, and the continued rollback of state-specific damage caps demand we take the necessary steps to ensure the integrity of our balance sheet. The increase in the combined ratio is likewise loss driven and further exemplifies the reality of the environment for which we've so carefully prepared one of the increasing risk in which all those companies who are prepared for the worst can achieve the best.

Bloomberg Transcript

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-08-08

FINAL

Bloomberg Transcript

(Question And Answer)

Thank you. (Operator Instructions). Our first question comes from Greg Peters of Raymond James. Please go ahead. Go ahead.

### Q - Gregory Peters   {BIO 3111497 <GO>}

Good morning. I have a couple questions. I wanted to circle back to the specialty property casualty results and specifically, you talked about what you're doing from an underwriting perspective and reserving perspective about increased severity in the market, but not in your own book. I'm trying to reconcile that cautious posture with the fact that you're continuing to report favorable reserve development. To me, it seems like if you're concerned about substantial increases in severity that reserve development would also diminish substantially.

### A - Ned Rand   {BIO 14017902 <GO>}

Yes, Greg it's Ned. So, if you kind of look over time, you will see that the amount of favorable development has reduced over time. But we do continue to view our reserves as adequate and continue to see on a quarter over quarter basis, that the loss trends while worse than they have been, are still not at the level that's embedded in our reserving for those prior accident years. So that's why we end up continuing to have a level of favorable development. As we have talked in the past, take a pretty conservative view, when we establish those reserves and pretty pessimistic view of what loss trends will do and loss trends while, worse than they have been over the last number of years, continue to be slightly better than kind of what's embedded in that reserving analysis.

### Q - Gregory Peters   {BIO 3111497 <GO>}

Can you just remind me when you started to change your posture with the severity. Was it six quarters ago? Or was it --

### A - Ned Rand   {BIO 14017902 <GO>}

I have to look back Greg, but yes, it was probably about six or so quarters ago, where we began to talk about the fact that within the marketplace, we were seeing severity increases and I do want to go back to one other comment. You said, where we have not really seen these changes in severity within our own book of business is in our paid losses. We have observed increases in case reserves being established by our claims professionals across the organization. And it's just still too early to tell given the tail on this business, as to whether these are going to develop into paid losses or not.

### Q - Gregory Peters   {BIO 3111497 <GO>}

So, the target accident year would probably be 16 or 17 that we want to track, over the next several quarters to see how that ultimate pattern develops to get a sense of where your business is going to be going. Is that a fair assessment?

### A - Ned Rand   {BIO 14017902 <GO>}

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-08-08

I think that is. It takes 24 or more months before we begin to have any kind of paid data really emerging out of those accident years and better claims data. So, I think that's a good assumption Greg.

### Q - Gregory Peters   {BIO 3111497 <GO>}

Okay. Thanks. I guess on the Lloyds business. The -- and I know you're it's just an investment for you, but it seems like a lot of the rate movement in that market has been around property exposures and I'm just curious if you have a sense of for the 2019 year, potential more exposure to hurricane, catastrophe type volatility for the Lloyd's business than in previous years, because that's where the most of the action has been, or maybe I have a different -- or maybe I have a wrong perspective.

### A - Ned Rand   {BIO 14017902 <GO>}

I think for the overall market Greg, you're right the largest most significant rate increases within the Lloyd's marketplace have been in the property lines, especially those property lines that are loss affected and the same would hold true for us. For our book of business. I would say that on a net basis when you factor in the reinsurance that is bought by the Syndicate, that our exposure has not grown dramatically from prior periods.

We do still remain exposed to that catastrophe exposure as we talked a couple of quarters ago. We have looked at ways to lessen the exposure on the 2019 year of account and to be honest, we've just not found terms that we found acceptable to us. The economics were just not -- I guess what I would call fair enough in the scenarios that we looked at. And so we continue to be a full participant in the 2019 year of account. And as I mentioned in our prepared remarks, we are looking at the 2020 year of account now.

### Q - Gregory Peters   {BIO 3111497 <GO>}

Got it. Well, congratulations on your first conference call everyone. without Stan, your read you're prepared script as well as you've ever done before. So --

### A - Ned Rand   {BIO 14017902 <GO>}

Thanks, Greg.

### Operator

Our next question comes from Christopher Campbell of KBW. Please go ahead.

### Q - Chris Campbell   {BIO 20262752 <GO>}

Yes. Good morning. It's first question is on the specialty P&C segment, physicians' rates were a little bit slower sequentially, about a 100 bips, anything happening there that is kind of reducing the rate momentum, you're seeing in that now?

### A - Michael Leonard Boguski   {BIO 15070058 <GO>}