FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 20

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-05-04

# Q1 2018 Earnings Call

## Company Participants

- Edward Lewis Rand, Executive VP, COO, CFO & CAO
- Frank B. O'Neil, Senior VP of IR & Chief Communications Officer
- Howard Harley Friedman, Chief Underwriting Officer, Chief Actuary & President of Healthcare Professional Liability Group
- Michael Leonard Boguski, President of Eastern Insurance
- Unidentified Speaker, Unknown
- William Stancil Starnes, Chairman, President & CEO

## Other Participants

- Amit Kumar, Analyst
- Arash Soleimani, Assistant VP
- Jon Paul Newsome, MD of Equity Research & Senior Insurance Analyst
- Mark Douglas Hughes, MD
- Matthew John Carletti, MD and Senior Analyst
- Robert Edward Farnam, Senior Research Analyst of Property and Casualty Insurance

## Presentation

### Operator

Good morning, everyone. Welcome to the conference call to discuss ProAssurance's results for the First Quarter of 2018. These results were reported in the news release issued on May 3, 2018. And in the company's quarterly report on Form 10-Q, which was also filed on May 3. These documents are intended to provide you with important information about the significant risks, uncertainties and other factors that are out of the company's control and could affect ProAssurance's business and alter expected results.

We also caution you that management expects to make statements on this call dealing with projections, estimates and expectations and explicitly identifies these as forward-looking statements within the meaning of the U.S. federal securities laws and subject to applicable safe harbor protections.

The content of this call is accurate only on May 3, 2018. And except as required by law or regulation, ProAssurance will not undertake and expressly disclaims any obligation to update or alter information disclosed as part of these forward-looking statements.

The management team of ProAssurance also expects to reference non-GAAP items during today's call. The company's recent news release provides a reconciliation of these

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-05-04

FINAL

Bloomberg Transcript

seeing it as the potential being there on open claims or newly-reported claims. But how that plays out, we don't know yet.

### Q - Arash Soleimani   {BIO 18869554 <GO>}

Okay. And I know in your 10-K, you guys say that you bake in a 2% to 3% severity trend in your pricing. So is that still the trend that you're baking in? Or do you see that moving up? Then I think you say like in terms of your reserving, you put an 8; to 10-point cushion above the pricing. So just wanted to see if those metrics have sort of changed at all given what you're seeing in the market?

### A - Howard Harley Friedman   {BIO 3732801 <GO>}

Yes. I'd say that the -- what we're building in -- it's -- well, first thing it varies by state and it varies by product. But overall, I think that 3% number, let's say, is still a good average -- weighted average estimate of what we're building in for severity trend right now. And the way that we reserve has not changed. In other words, we establish initial reserves at 8 points to 10 points over our expected pricing loss ratio. I'm not using the word cushion, I'm using the word -- the difference between where we establish our initial reserves versus our pricing. We price in order to be competitive. And we reserve more conservatively than that because of where severity might go.

### Q - Arash Soleimani   {BIO 18869554 <GO>}

Okay. And I was surprised with the 1% rate increase in physicians since it looked like it was down from the 2% in 3Q and 4Q of 2017. And I guess the comments you guys have been making it would seem to point to a increase or accelerating rates rather than the deceleration we saw this quarter. So just wanted to know if you had any comments on that?

### A - Howard Harley Friedman   {BIO 3732801 <GO>}

Well again a few things. In any given quarter, it's the mix of the business that renews in that quarter in the states that might be more heavily concentrated. The business is not uniform from the perspective of even in the physician book across our book of business by state. There are some states that are much heavier January 1, some states that are more July and so forth. The 1%, I think, it's compared maybe to 1.4% last quarter, if I recall correctly, not significantly different from my perspective. And again, on the physician book of business, particularly the smaller and medium-sized physician business, we think that the rate adequacy is there. We're more concerned about it for the larger accounts and more concerned about it for the facilities where, as you saw, we got a higher average increase. So it really is mix-specific.

### A - Edward Lewis Rand   {BIO 14017902 <GO>}

Yes. The other thing I'd point out, Arash, is that I don't want you to get out of sequence here. We're not talking about a sequential change from Q4 of '17 to Q1 of '18. We're comparing Q1 of '18 to Q1 of '17. So the same business doesn't renew in Q4 of '17 and Q1 of '18. We're comparing quarter-over-quarter. So don't try to draw any kind of rate trend thinking we're talking about a sequential number here.