FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 21

The next to last bullet on there, the signs of possible severity increase, probably is worth talking about a little bit. And if you listened to our earnings call we had a few weeks ago, you heard us talk about this. So we have begun to see in a line of businesses that for the last 10 years has been in a very benign loss environment -- we have begun to see some early signs of potential severity. And I want to emphasize the word early. These are early signs that are coming through in some of the incurred data that we look at. They have not manifested themselves in paid data. And it will be a number of years yet before we see how these claims are ultimately resolved and whether or not they indeed result in higher-loss payments. But there are some early signs where we see damages appearing to be greater. And we're not, at this point, entirely sure what's driving that. We see it within some of our own data. We see it in the industry more broadly as well. In perverse sort of way, that's a good thing for ProAssurance.

This benign loss environment that we've been in for the last 10 years has allowed very marginal players in our space to do quite well, where ProAssurance shines historically, where we've done extremely well in difficult markets. Because we've got the infrastructure to compete in this difficult markets and succeed in this difficult markets. The claims, the risk management, the actuarial services that you need to be able to survive this more challenging times and this rising tide that has lifted all boats will begin to recede, and that will be a very good thing for ProAssurance.

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

And then can you -- just an example of the-- what you mean by incurred and actual amount you paid.

**Edward Lewis Rand**
*President & COO*

Yes, absolutely. So medical Professional Liability business, we are insuring -- so I guess, one thing that's unique about our business is that most of our claims are lawsuits. So when a claim comes in, it is a patient suing their physician. When we get that notice of that suit, we begin to analyze what's behind that suit, and we'll establish a claim. So our claims department looks at that. They assess the damages. They assess whether or not they think there was a breach of the standard of care. What is it going to cost to defend this physician, and they'll set up a reserve. And what we have seen recently on some of the more complicated larger entities that we insure is that the kind of the expected damages that if we don't win are thought to be higher. But it's going to be 3 or 4 or 5 years before that lawsuit gets to trial and has a final resolution.

So today, we have the incurred loss. 3, 4, 5 years from now, we'll know what the paid loss is. And what's important to note, we don't have a slide on it, but somewhere between 70%, 80% of the lawsuits that come in end up in no indemnity payment at all, get dropped or dismissed. 20% end up with some level of either being defended in court or having an indemnity payment. And so it's a long time before you know how that's going to manifest. Because a lot of these where we're setting higher kind of expected initial losses are going to end up in 0s, because we're going to win them. But that's where the data is coming from. Greg, that answer your question?

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

Yes, that was sounds perfect.

**Edward Lewis Rand**
*President & COO*

So let's -- why don't we go to the next, Workers' Compensation. I haven't talked a lot about Workers' Compensation. It's the second largest segment within the organization. We acquired a company 4 years ago called Eastern, a niche player in the workers' compensation space. And I think, often times for investors, workers' compensation is one of those insurance terms that leaves a bad taste in your mouth. I think you got to look at it slightly differently. If you look at workers' compensation holistically in the U.S., it's a tough, tough line of business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.