FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 22

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-11-07

FINAL

Bloomberg Transcript

# Q3 2018 Earnings Call

## Company Participants

- Dana Shannon Hendricks, CFO
- Edward Lewis Rand, Executive VP, COO, & CAO
- Frank B. O'Neil, Senior VP of IR & Chief Communications Officer
- Howard Harley Friedman, Chief Underwriting Officer, Chief Actuary & President of Healthcare Professional Liability Group
- Michael Leonard Boguski, President of Eastern Insurance
- William Stancil Starnes, Chairman, President & CEO

## Other Participants

- Christopher Campbell, Analyst
- Marcos Costa Holanda, Research Associate
- Mark Douglas Hughes, MD

## Presentation

### Operator

Good morning, everyone. Welcome to ProAssurance's conference call to ciscuss the company's Third Quarter 2018 results. These results were reported in a news release issued on November 6, 2018. And in the company's quarterly report on Form 10-Q, which was also filed on November 6. These documents are intended to provide you with important information about the significant risks, uncertainties and other factors that are out of the company's control and could affect ProAssurance's business and alter expected results.

We also caution you that management expects to make statements on this call dealing with projections, estimates and expectations and explicitly identifies these as forward-looking statements within the meaning of the U.S. federal securities laws and subject to applicable safe harbor protections.

The content of this call is accurate only on November 7, 2018. And except as required by law or regulation, ProAssurance will not undertake and expressly disclaims any obligation to update or alter information disclosed as part of these forward-looking statements.

The management team of ProAssurance also expects to reference non-GAAP items during today's call. The company's recent news release provides a reconciliation of these non-GAAP numbers to their GAAP counterparts.

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-11-07

sure someone will ask, that includes special dividends, which I will remind you are something we have cautioned against taking for granted, even as we have paid them over the past few years.

The early changes we are seeing in the loss environment certainly affect our view of capital management. These changes have the potential to increase the volatility of our HCPL business as well as bring about new opportunities for growth. Both of these are reasons for us to hold more capital than we might otherwise. We regularly evaluate our capital position with our Board and we'll continue to do so considering such factors as capital requirements imposed by regulators and rating agencies. And opportunities to add business as we see potential changes in the market. And that includes adding business through writing new business or through the M&A.

Frank?

## Frank B. O'Neil

Thanks, Dana. Now we're going to pivot to Howard and Mike for commentary on the operating segments, starting with Howard in Specialty P&C.

## Howard Harley Friedman  {BIO 3732801 <GO>}

Thanks, Frank. I won't try to sugarcoat the fact that our Specialty P&C segment operated at a loss this quarter. But within the explanation of that loss, I believe there are some positives to consider.

First, even in a very competitive environment, we saw an increase in gross premiums written of almost 1%. That gain was driven largely by an increase of $9 million in healthcare facilities premiums, which is a focus for us and reflects continuing consolidation trends. In addition to a 7% price increase on healthcare facilities renewal and retention consistent with the prior year quarter at 82%, we generated $8.9 million in new business. This reaffirms that we are winning in the marketplace and building on our ongoing success in the broker community, which largely controls the facilities business.

Physician business declined due to the expected effect of 24-month policy renewals, the shifting of renewal dates on a few large policies and some retention losses, although it's important to note that physician premium retention remains strong at 89%, also in line with the prior year quarter. Importantly, overall renewal pricing was up across all lines of business in Specialty P&C. Physician renewal pricing up 5% and facilities up 7% as previously mentioned. These are levels of rate increases we have not seen in some time. We have talked for several quarters about signs in the overall market that indicate losses are increasing, although I will underscore that we still see no evidence of that in our paid losses.

However, the fact that we are winning significant new business, retention remains strong and renewal pricing is moving higher points to greater discipline in the market as those increased regulatory scrutiny of the financial condition of some of the smaller companies

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-11-07

FINAL

Bloomberg Transcript

### Q - Mark Douglas Hughes   {BIO 1506147 <GO>}

The physicians business being up 5%, that sounds like a pretty dynamic pricing environment, is that still moving? If you look at it month-to-month or if you see what's happening early in the Fourth Quarter, is that still trending upward?

### A - Howard Harley Friedman   {BIO 3732801 <GO>}

Mark, this is Howard. It moves every month and sometimes up at -- sometimes at that level, sometimes lower. 5.5% in the quarter, obviously we're very pleased with. I expect that we will continue to generate positive price. But I can't really tell you that it will be at that level or different level. It depends to a great deal on the mix of the business that we have in the quarter, large accounts versus small states where we are moving rates more than others. So other than to say that very pleased with the progress there, it's hard to predict the next quarter's results.

### Q - Mark Douglas Hughes   {BIO 1506147 <GO>}

Understood. I wonder if you could give a little more granularity to just kind of what you're seeing in the market in terms of the loss severity. I think you made it clear you're not seeing it in your book. But you're being prudent. Are you still seeing a trend? Have you seen recent court decisions that are high-dollar? Any sense on timing on when you got adequate information to judge whether it's coming your way or not.

### A - Howard Harley Friedman   {BIO 3732801 <GO>}

I think in the industry in general, certainly in the press, continue to see significant verdicts being rendered, particularly in some of the hospital professional liability areas. I'm talking about, in some cases, verdicts north of $100 million. Now depending on where those get resolved and how is another question, of course. But there does seem to be a more liberal attitude in terms of some of the jury verdicts that we've been seeing. That said, again in our business, we have been, I think, fairly insulated from that. But we are concerned about it and that concern extends to the reserves that we're establishing for cases that have the potential for high damages as always the mix between damages and viability and whether that case ultimately goes to trial or get settled and how it gets resolved. But with the damages aspect up, that is the area of concern for us. That said, we have not really seen it on our paid results.

### A - William Stancil Starnes   {BIO 1525364 <GO>}

Mark, it's Stan. The only thing I would add to that is that it's important to keep in mind sort of the mindset of the plaintiff's lawyer and the verdicts that you read about in the paper impact his or her, that is the plaintiff's lawyer's view of the value of the case he is taking to the courthouse next Monday. And if the newspaper headlines proclaim these very large verdicts, then in his or her mind, the value of his case just went up. That doesn't mean that he will realize that value. But it does mean he's going to be seeking more than you would have thought the week before. That's obviously just an anecdotal single example. But that's why an increase in severity ripples back through every open claim you've got. The claims are same, it didn't change overnight. But the plaintiff's lawyer's evaluation of the claim is what's changed. And it's just very difficult in advance to get any meaningful data on that. As Howard said, our page numbers have not increased. But I remind everybody

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-11-07

FINAL

that we drive down the road with the windshield blacked out looking through the rearview mirror.

## Q - Mark Douglas Hughes   {BIO 1506147 <GO>}

And final question, Mike in Workers' Comp, 1% increase in renewal pricing, that's definitely running counter to the broader trend, how do you get that?

## A - Michael Leonard Boguski   {BIO 15070058 <GO>}

Good morning, Mark. Really good question. On the pricing side, in general, what we've seen is 3% to 4% increases in our Mid-Atlantic region as a result of loss cost decreases in February of 2018 that went up 6.2%, offset by competitive pressures in all of our other regions. And as a result of Pennsylvania being 50% of our overall premium writings, that's driven it to a positive number. And we're really, really pleased with that result. But that's been what's driven it to the plus 1%. We are seeing competitive pressures in all of the other operating territories.

## Operator

The next question is from Christopher Campbell of KBW.

## Q - Christopher Campbell   {BIO 20262752 <GO>}

I guess just a first question on Workers' Comp. So I know (inaudible) renewal rights transaction. But just looking overall, net written premiums are up 13%, rates are only up 1%. So really large exposure growth. Any potential concerns as economic growth has more work -- has kind of more newer workers entering the economy and the potential impact that could have on frequency or severity?

## A - Michael Leonard Boguski   {BIO 15070058 <GO>}

Yes. It's a really good question. First of all, our traditional growth was up about 9.8% for the Third Quarter. The main transaction with Great Falls generated 4.3% of that -- I'm sorry, $3.3 million or 4.3% of that. So our kind of organic growth is around 3% to 4%. In the quarter, it was driven by the positive rate impact and it was also driven by our Eastern Specialty Risk initiative that we started in the First Quarter of 2017, which is focused on higher hazard employers and we wrote about $600,000 in that initiative in the quarter as well. From the standpoint of the inexperienced workers, it's a trend that when you take a step back, we have the benefit of exposure increases on our renewal book and also premium audit trends that are really, really favorable. But the increases in severity during the economic -- as a result of the economic growth are typically related to hiring of less experienced workers to keep up with the growing business. And they tend to be less trained from a safety perspective and what we have seen is from a severity standpoint over the last four years, our claims above $0.5 million have had 40% of those are related to injured workers with less than a year of experience on the job. And in 2018 in the accident year, roughly 30% of our incurred losses are from less experienced workers. So it's a trend we're -- it's a macro trend obviously that we're looking very closely at. We have some excellent risk management strategies, training and orientation strategies with our

Bloomberg Transcript