FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 23

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-02-22

FINAL

Bloomberg Transcript

# Q4 2018 Earnings Call

## Company Participants

- Dana Shannon Hendricks, CFO
- Edward Lewis Rand, President & COO
- Frank B. O'Neil, Senior VP of Corporate Communications & IR
- Howard Harley Friedman, President of Healthcare Professional Liability, Chief Underwriting Officer & Chief Actuary
- Kevin Merrick Shook, Former Treasurer & CFO
- Michael Leonard Boguski, President of Eastern Insurance
- William Stancil Starnes, Chairman & CEO

## Other Participants

- Amit Kumar, Analyst
- Christopher Campbell, Analyst
- Marcos Costa Holanda, Research Associate
- Mark Douglas Hughes, MD

## Presentation

### Operator

Good morning, everyone. Welcome to ProAssurance's conference call to discuss the company's Fourth Quarter and full year 2018 results. These results were reported in a news release issued on February 21, 2019. And in the company's annual report on Form 10-K, which was also filed on February 21. These documents are intended to provide you with important information about the significant risks, uncertainties and other factors that are out of the company's control and could affect ProAssurance's business and alter expected results.

We also caution you that management expects to make statements on this call dealing with projections, estimates and expectations and explicitly identifies these as forward-looking statements within the meaning of the U.S. Federal Securities Laws and subject to applicable safe harbor protections.

The content of this call is accurate only on February 22, 2019. And except as required by law or regulation, ProAssurance will not undertake and expressly disclaims any obligation to update or alter information disclosed as part of these forward-looking statements. The management team of ProAssurance also expects to reference non-GAAP items during today's call. The company's recent news release provides a reconciliation of these non-GAAP numbers to their GAAP counterparts.

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-02-22

FINAL

Bloomberg Transcript

Non-GAAP operating income for the quarter was $9.7 million or $0.18 per diluted share. As of December 31, we held approximately $236 million in unpledged cash and liquid investments outside our insurance subsidiaries.

This brings us to capital management. We did not repurchase any shares in the quarter or the year, for that matter, as the price did not reach a level where we felt repurchasing was our best use of capital.

I'll remind you that we target a 36-month or shorter payback period when contemplating buying above book value, which we believe removes the motion from the decision about repurchases. We have approximately $110 million still available in our board-authorized stock repurchase program.

We will continue to evaluate our capital position with our board on a regular basis, keeping in mind factors such as capital requirements imposed by regulators and rating agencies and the opportunities to add business as we see potential changes in the market, that includes writing new business or through M&A. Frank?

## Frank B. O'Neil

Thanks, Dana. Now we're going to go to Howard and Mike for commentary on our operating segments domestically. Howard, will you start?

## Howard Harley Friedman   {BIO 3732801 <GO>}

Thanks, Frank. The results of our Specialty P&C segment continue to be affected by our consideration of potentially higher severity trends, especially with regard to large, complex risks. Again, we have not seen these trends manifest within our paid losses. But we remain concerned about increasing severity in the broader market. To that effect, net favorable loss development was $22 million compared to $37 million in the year ago quarter. And $77 million for the year compared to $119 million in 2017.

That said, I believe there are positives to consider that highlight the underlying strength of the segment and its future. First, even though the Fourth Quarter was flat over the same quarter in the prior year, we saw an increase in gross premiums written of 5.1% for the year over 2017. The year-over-year gain was driven largely by an increase of $17 million in health care facilities premiums or 36.3% quarter-over-quarter.

As the trends of consolidation and migration of physicians from independent practices to hospital-based medicine progresses, health care facilities continue to be an important focus for us. Retention on health care facilities increased to 88% in the quarter, up 5 points over the same quarter in 2017. And retention for the year was 87%, up 1 point over last year.

In addition to a 7% price increase on health care facilities renewals, both for the quarter and the year, we generated $7 million in new business in the quarter, up from approximately $800,000 in the same period of 2017. This reaffirms that we are succeeding

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-02-22

FINAL

Bloomberg Transcript

## A - Edward Lewis Rand   {BIO 14017902 <GO>}

It's a good question, Amit. So for -- I think for 2019, as far as the capital that we've committed kind of following the Lloyd's process, we've made a commitment to the syndicate for 2019 and that capital is committed. Now there are things that we potentially can do and will evaluate using reinsurance, as Stan said, to dampen and mute some of the volatility that we have seen. And that's kind of independent of that capital commitment. And we can effect that at any time.

So the commitment is there for 2019. Then as we work toward 2020, as Stan mentioned, one of the things that we will be evaluating is whether or not we should reduce that capital commitment by bringing in other capital providers into the syndicate. And that's something that we'll evaluate as well.

## Q - Amit Kumar   {BIO 15025799 <GO>}

Got it. That's actually very helpful. The only -- the final question. And I will stop here, is going back to the -- or you can use the term core, the medical professional liability business line and talking about the discussion on loss cost trend. I actually was going back and reading some of your transcripts from when we started talking about it. This might be for Howard.

When we look at the time when we started talking about it initially and when we look at it today. And I know that one common theme has been your comment that these losses haven't yet manifested themselves in the paid losses. And yet you remain concerned. Has anything changed from the time frame when you were initially talking about it? Is it changing faster? Slower? Any comparative view would be very helpful, Howard. And I will stop here.

## A - Howard Harley Friedman   {BIO 3732801 <GO>}

Sure. Well I think what I'd say is we have not and still really don't see the effects in our paid losses. So that aspect has not changed. We continue to see a lot of severity-related activity in the general news related to large verdicts and settlements for both physician and hospital claims. Some of it, I think as we spoke about before, probably driven by higher available coverage limits with the consolidation in health care, larger entities, purchasing larger limits. And therefore, more resources available to -- as a target.

The only thing I'd say that has changed, from our perspective, is that we're continuing to see those things. It wasn't just an aberration, at least in terms of the news items and the experience in the judicial system. And we're still working through the lag -- the time lag, as you know, for resolution of claims in this business is measured in years. So it will be a little longer, I think, before we can confirm whether there's an effect on our paid losses or if we are going to find that we've been conservative in the approach that we're taking on the reserve side.

## Q - Amit Kumar   {BIO 15025799 <GO>}

Okay. That's very helpful. And Howard, once again, thanks for all your help over the years.