FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 24

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-11-06

# Q3 2019 Earnings Call

## Company Participants

- Dana Shannon Hendricks, Chief Financial Officer, Treasurer, and Executive Vice President
- Edward Lewis Rand Jr., President and Chief Executive Officer
- Ken McEwen, Investor Relations Manager
- Kevin Merrick Shook, President, Workers' Compensation Insurance
- Michael Leonard Boguski, President, Specialty P&C

## Other Participants

- Amit Kumar, Analyst
- Charles Gregory Peters, Analyst
- Christopher Campbell, Analyst
- Mark Hughes, Analyst

## Presentation

### Operator

Good morning, everyone. Welcome to ProAssurance's conference call to discuss the Company's results for the third quarter of 2019. These results were reported in a news release issued on November 5th, 2019. Included in that release are cautionary statements about the significant risks, uncertainties, and other factors that are out of the Company's control and could affect ProAssurance's business and alter expected results. Please review those statements. Management expects to make statements on this call dealing with projections, estimates, and expectations, and explicitly identifies these as forward-looking statements within the meaning of the US Federal Securities Laws and subject to applicable Safe Harbor protection. The content of this call is accurate only on November 6th, 2019, and except as required by law or regulation, ProAssurance will not undertake and expressly disclaims any obligation to update or alter information disclosed as part of these forward-looking statements.

The management team of ProAssurance also expects to reference non-GAAP items during today's call. The Company's recent news release provides a reconciliation of these non-GAAP numbers to their GAAP counterparts. Now, as I turn the call over to Mr. Ken McEwen, I would like to remind you that the call is being recorded. And there will be a time for questions after the conclusion of prepared remarks. Mr McEwen, please go ahead.

### Ken McEwen    {BIO 21104678 <GO>}

FINAL

Bloomberg Transcript

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2019-11-06

Thank you, Leslie. On our call today, you will hear from our President and CEO, Ned Rand; Dana Hendricks, our Chief Financial Officer; Mike Boguski, President of our Specialty P&C lines; and Kevin Shook, President of our Workers' Compensation Insurance Operations. Ned, will you please start us off?

### Edward Lewis Rand Jr.   {BIO 1463436 <GO>}

Thank you, Ken. I hope everyone has had a chance to review our news release and 10-Q, but the short of it is we continue to achieve overall profitability despite operating in very challenging market conditions. This is especially true for the terrific performance of our Workers' Compensation Insurance and Segregated Portfolio Cell Reinsurance segments, which together contributed $3.7 million to our operating earnings this quarter. On the other hand, we recognize our Specialty P&C segment results are not in an acceptable level, and we are taking necessary steps to return to underwriting profitability through pricing and underwriting that reflect emerging loss trends.

Even as we secured another consecutive quarter of renewal rate increases in our Specialty P&C lines, and recognize favorable reserve development, our net loss ratio increased in the quarter. While we have been quick to react to the increase in perceived severity trends, we are being cautious and reflecting the impact of the steps we have taken, given the uncertainty in the loss environment. The severity trends continue to influence our view of reserves and our loss assumptions. And I assure you we are being appropriately disciplined in our analysis. We're also seeing encouraging signs in our Lloyd segment business, and we'll be providing greater insight on each of these segments throughout the call. I maintain what I've said in the last two calls. We expect loss severity trends in healthcare professional liability to continue, affecting our reported results for the remainder of the year and into 2020. Now I'd like to ask Dana to provide some commentary on our consolidated results. Dana?

### Dana Shannon Hendricks   {BIO 19207806 <GO>}

Thanks, Ned. As you mentioned, this was a strong quarter for our Workers' Compensation Insurance and Segregated Portfolio Cell Reinsurance segment. Both made significant contributions to our consolidated net income for the quarter, which was $17.2 million or $0.32 per share. In addition, our Lloyd segment was a contributor to our overall profitability and is beginning to show encouraging signs of improvement.

Echoing Ned's thoughts on the Specialty P&C segment, the loss environment continues to be a challenge. You'll hear more on that from Mike shortly. The reality is that despite strong premium writings, another consecutive quarter with renewal rate increases and solid retention, our view of loss trends continues to suppress these positives and resulted in an operating loss in the Specialty P&C segment. Consolidated operating income was approximately $16.3 million or $0.30 per share, driven in part by a tax benefit of $6.7 million, which included a benefit of $2 million to align our actual effective tax rate with our projected full year effective tax rate. This same adjustment last quarter resulted in an additional tax expense of approximately $2.4 million. We saw a reduction of just over 1 point in our expense ratio, primarily the result of a decrease in share-based compensation

FINAL

Bloomberg Transcript