FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 25

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-Q

**(Mark One)**

☒    Quarterly report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended September 30, 2019 or

☐    Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

**Commission file number 0-16533**

# ProAssurance Corporation
**(Exact Name of Registrant as Specified in Its Charter)**

| **Delaware** | **63-1261433** |
|---|---|
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(IRS Employer Identification No.)** |

| **100 Brookwood Place, Birmingham,   AL** | **35209** |
|---|---|
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(205) 877-4400**

| **(Registrant's Telephone Number, Including Area Code)** | **(Former Name, Former Address, and Former Fiscal Year, if Changed Since Last Report)** |
|---|---|

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | PRA | New York Stock Exchange |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of October 31, 2019, there were 53,791,436 shares of the registrant's common stock outstanding.

Although the future degree and impact of the ultimate severity trend remains uncertain due to the long-tailed nature of our business, we have given consideration to observed loss costs in setting our rates. For our HCPL business this practice had generally resulted in rate reductions as claim frequency declined and remained at historically low levels. For example, on average, excluding our podiatry business acquired in 2009, we had gradually reduced the premium rates we charged on our standard physician renewal business (our largest HCPL line) by approximately 17% from the beginning of 2006 to December 31, 2016. However, from early 2017 to September 30, 2019, the average charged premium rates on our standard physician renewal business have increased by approximately 4% per annum, and we anticipate further rate increases due to indications of increasing loss severity. Initial loss ratios for recent accident years have thus remained fairly constant because expected loss changes have generally been offset by higher rates; however, we have recognized a higher current accident year net loss ratio during 2019 due to continued concern regarding recent severity indications.

*Workers' Compensation*. The projection of changes in claim severity trend has not historically been an influential factor affecting our analysis of workers' compensation reserves, as claims are typically resolved more quickly than the industry norm. As previously mentioned, the determination and calculation of loss development factors, in particular, the selection of tail factors which are used to extend the projection of losses beyond historical data, requires considerable judgment.

Loss Development

We recognized net favorable reserve development of $15.9 million during the three months ended September 30, 2019, of which favorable development of $10.8 million related to our Specialty P&C segment, $1.4 million related to our Workers' Compensation Insurance segment, $3.3 million related to our Segregated Portfolio Cell Reinsurance segment and $0.5 million related to our Lloyd's Syndicates segment. We recognized net favorable reserve development of $42.2 million during the nine months ended September 30, 2019, of which favorable development of $31.0 million related to our Specialty P&C segment, $3.4 million related to our Workers' Compensation Insurance segment, $7.8 million related to our Segregated Portfolio Cell Reinsurance segment, slightly offset by a nominal amount of unfavorable development related to our Lloyd's Syndicates segment.

Net favorable development recognized within our Specialty P&C segment primarily reflected a lower than anticipated claims severity trend (i.e., the average size of a claim) for accident years 2012 through 2015. While we are observing an increase in claim severity in the broader HCPL industry, this severity is modestly more favorable than the cautious expectations we have established for our reserves for prior periods.

Net favorable development recognized within our Workers' Compensation Insurance segment reflected overall favorable trends in claim closing patterns primarily in the 2016 accident year.

Net favorable development recognized within our Segregated Portfolio Cell Reinsurance segment primarily reflected better than expected claim trends in the 2015, 2016 and 2017 accident years. The improved claim trends reflected lower frequency and severity than anticipated at the time the reserves were established.

Net unfavorable development recognized within our Lloyd's Syndicates segment for the nine months ended September 30, 2019 was driven by higher than expected losses and development on certain large claims which resulted in unfavorable development with respect to a previous year of account. See further discussion in our Segment Operating Results - Lloyd's Syndicates section that follows.

*Investment Valuations*

We record the majority of our investments at fair value as shown in the table below. At September 30, 2019, the distribution of our investments based on GAAP fair value hierarchies (levels) was as follows:

| | Distribution by GAAP Fair Value Hierarchy | | | | Total Investments |
|---|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Not Categorized | |
| Investments recorded at: | | | | | |
| Fair value | 18% | 68% | 1% | 8% | 95% |
| Other valuations | | | | | 5% |
| Total Investments | | | | | 100% |

Fair value is defined as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. All of our fixed maturity and equity investments are carried at fair value. The fair value of our short-term securities approximates the cost of the securities due to their short-term nature.

Because of the number of securities we own and the complexity of developing accurate fair values, we utilize multiple independent pricing services to assist us in establishing the fair value of individual securities. The pricing services provide fair

51