FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 28

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 OR 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 22, 2020



ProAssurance Corporation

(Exact name of registrant as specified in its charter)

| Delaware | 001-16533 | 63-1261433 |
|---|---|---|
| (State of Incorporation) | (Commission File No.) | (IRS Employer I.D. No.) |

| 100 Brookwood Place,  Birmingham,  AL | 35209 |
|---|---|
| (Address of Principal Executive Office ) | (Zip code) |

Registrant's telephone number, including area code:    (205) 877-4400

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Securities Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-(c) under the Exchange Act (17CFR 240.13e-(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | PRA | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company    ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

## ITEM 7.01 Regulation FD Disclosure

On January 22, 2020, ProAssurance issued a news release disclosing a preliminary estimate of $37 million of adverse development in our prior accident year loss reserves in the fourth quarter of 2019 in our Specialty Property & Casualty segment. This adverse development is in response to deteriorating loss experience, driven by a large national healthcare account written since 2016.

In addition, the Company expects to book, in the quarter, a current accident year net loss ratio for the Specialty Property & Casualty segment between 134% and 148%. This also reflects deteriorating loss experience related to the previously noted national healthcare account and, to a lesser extent, in the healthcare professional liability excess and surplus lines of business. This business includes custom physicians, healthcare facilities, correctional healthcare, and long-term care policies. Loss estimates for the Company's core physicians, podiatric, chiropractic, legal professional liability and medical technology liability businesses will be in line with expectations.

The adverse development in prior accident years and the higher current accident year net loss ratio in the fourth quarter will result in a full-year 2019 net loss ratio between 105% and 109% for the Specialty Property & Casualty segment

The full text of the news release issued in connection with the announcement is furnished as Exhibit 99.1 to this Current Report on Form 8-K.

## ITEM 9.01 Financial Statements and Exhibits

99.1    News release issued on January 22, 2020 disclosing a preliminary estimate of $37 million of adverse development in our prior accident year loss reserves in the fourth quarter of 2019 in our Specialty Property & Casualty segment, and an expected fourth quarter 2019 current accident year net loss ratio between 134% and 148% for the Specialty Property & Casualty segment. The release also discloses an expected full-year 2019 net loss ratio between 105% and 109% for the Specialty Property & Casualty Segment.

We are furnishing Exhibit 99.1 to this Current Report on Form 8-K in accordance with Item 7.01, Regulation FD Disclosure. These exhibits shall not be deemed to be "filed" for the purposes of Section 18 of the Securities and Exchange Act of 1934 (the "Exchange Act"), or otherwise subject to the liability of such section, nor shall such information be deemed incorporated by reference in any filing under the Securities Act of 1933 or the Exchange Act, regardless of the general incorporation language of such filing, except as shall be expressly set forth by specific reference in such filing.

## SIGNATURE

Pursuant to the requirements of the Securities Exchange act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: January 22, 2020

PROASSURANCE CORPORATION
by: /s/ Jeffrey P. Lisenby

-----------------------------------------------------

Jeffrey P. Lisenby
General Counsel

2

# NEWS RELEASE

For More Information:
Ken McEwen
Investor Relations Manager
800-282-6242 • 205-439-7903 • KenMcEwen@ProAssurance.com



# ProAssurance Reports Preliminary Loss Estimates in Healthcare Professional Liability

BIRMINGHAM, AL - (BUSINESSWIRE) - January 22, 2020 - ProAssurance Corporation (NYSE: PRA) today reported a preliminary estimate of $37 million of adverse development in our prior accident year loss reserves in response to deteriorating loss experience in our Specialty Property & Casualty segment for the fourth quarter of 2019. This adverse development in our prior accident year loss reserves is driven by a large national healthcare account written since 2016.

In addition, the Company expects to book, in the quarter, a current accident year net loss ratio for the Specialty Property & Casualty segment of between 134% and 148%. This also reflects deteriorating loss experience related to the previously noted national healthcare account and, to a lesser extent, in the healthcare professional liability excess and surplus lines of business. This business includes custom physicians, healthcare facilities, correctional healthcare, and long-term care policies. Loss estimates for the Company's core physicians, podiatric, chiropractic, legal professional liability and medical technology liability businesses will be in line with expectations.

The adverse development in prior accident years and the higher current accident year net loss ratio in the fourth quarter will result in a full-year 2019 net loss ratio between 105% and 109% for the Specialty Property & Casualty segment.

"As we have observed and discussed over the past 18 months, results in the medical professional liability line are deteriorating" said ProAssurance President and Chief Executive Officer Edward L. Rand, Jr. "Following our usual year-end review of updated loss data with internal and external actuaries, management concluded that additional reserves were needed in our Specialty Property & Casualty segment, particularly in regard to a single large national healthcare account that has experienced losses far exceeding the assumptions made when the account was underwritten. Since the middle of 2019, new leadership in the Specialty P&C segment has executed a comprehensive underwriting strategy in response to emerging loss trends and changing conditions in healthcare professional liability. This includes organizational structure enhancements, recruitment of additional talent in Specialty underwriting, tightening of underwriting criteria, terms and conditions and price strengthening. We are encouraged by our progress, and believe this strategy has positioned the Company for future success."

As previously announced, ProAssurance will report full results for the quarter and year ended December 31, 2019 after the close of normal New York Stock Exchange trading on Thursday, February 20, 2020. ProAssurance will conduct a conference call at 10:00 AM ET on Friday, February 21, 2020 to discuss the results, and other items of interest to investors participating in the call.

## About ProAssurance

ProAssurance Corporation is an industry-leading specialty insurer with extensive expertise in healthcare professional liability, products liability for medical technology and life sciences, legal professional liability, and workers' compensation insurance. The Company is recognized as one of the top performing insurance companies in America by virtue of our inclusion in the Ward's 50 for the past thirteen years. ProAssurance Group is rated "A+" (Superior) by A.M. Best; ProAssurance and its operating subsidiaries are rated "A" (Strong) by Fitch Ratings.

For the latest on ProAssurance and its industry-leading suite of products and services, cutting-edge risk management and practice enhancement programs, follow @ProAssurance on Twitter or LinkedIn.

# NEWS RELEASE

For More Information:
Ken McEwen
Investor Relations Manager
800-282-6242 • 205-439-7903 • KenMcEwen@ProAssurance.com



ProAssurance's YouTube channel regularly presents thought provoking, insightful videos that communicate effective practice management, patient safety and risk management strategies.

## Caution Regarding Forward-Looking Statements

Statements in this news release that are not historical fact or that convey our view of future business, events or trends are specifically identified as forward-looking statements. Forward-looking statements are based upon our estimates and anticipation of future events and highlight certain risks and uncertainties that could cause actual results to vary materially from our expected results. We expressly claim the safe harbor provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, for any forward-looking statements in this news release. Forward-looking statements represent our outlook only as of the date of this news release. Except as required by law or regulation, we do not undertake and specifically decline any obligation to publicly release the result of any revisions that may be made to any forward-looking statements to reflect events or circumstances after the date of such statements or to reflect the occurrence of anticipated or unanticipated events.

There are a number of risk factors that may cause outcomes that differ from our expectations or projections. These are described in detail in various documents filed by ProAssurance Corporation with the Securities and Exchange Commission, such as current reports on Form 8-K, and regular reports on Forms 10-Q and 10-K, particularly in "Item 1A, Risk Factors."

#####