FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 30

# Presentation

**Operator**

Good morning, everyone, and welcome to ProAssurance's conference call to discuss the company's fourth quarter and full year 2019 results. These results were reported in a news release issued on February 20, 2020, and in the company's annual report on Form 10-K which was also filed on February 20, 2020. Included in these documents are cautionary statements about the significant risks, uncertainties and other factors that are out of the company's control and could affect ProAssurance's business and alter expected results. Please review those statements.

Management expects to make statements on this call dealing with projections, estimates and expectations and explicitly identifies these as forward-looking statements within the meaning of the U.S. Federal securities law and subject to applicable safe harbor protections. The content of this call is accurate only on February 21, 2020. And except as required by law or regulation, ProAssurance will not undertake, and expressly disclaims, any obligation to update or alter information disclosed as part of these forward-looking statements. The management team of ProAssurance also expects a reference to non-GAAP items during today's call. The company's recent news release provides a reconciliation of these non-GAAP numbers to their GAAP counterparts.

Now I'd like to turn the call over to Mr. Ken McEwen. I would like to remind you that this call is being recorded, and there will be a time for questions after the conclusion of prepared remarks. Mr. McEwan. Please go ahead.

**Ken McEwen**
*Manager of Investor Relations*

Thank you, Chuck. On our call today are President and CEO, Ned Rand; Dana Hendricks, our Chief Financial Officer; Mike Boguski, President of our Specialty P&C lines; and Kevin Shook, President of our Workers' Compensation and Operations. Ned, floor is yours.

**Edward Lewis Rand**
*CEO, President & Director*

Thank you, Ken. I hope everyone has had a chance to review our news releases and 10-K because this call is going to be a little different. In the history of the company, I don't think we've ever had so much to talk about on an earnings call. So we're going to avoid repeating too much of what's been reported in yesterday's announcement to leave as much time at the end as possible for questions. Before I turn it over to Dana for a look at our consolidated results, just a couple of comments.

For over 40 years, ProAssurance and its predecessors have navigated the peaks and valleys of a long cycle characteristics of our businesses. The 2 announcements we made yesterday, our fourth quarter and full year 2019 results and the NORCAL transaction, serve as an example of what we have always believed. It is during the most challenging stages of the long cycle that the greatest opportunities arise.

With that, we'll jump right in. Dana?

**Dana Shannon Hendricks**
*EVP & CFO*

Thanks, Ned. As we preannounced on January 22, and we had adverse development that came out of our regular year-end review of updated loss data with internal and external actuaries. This adverse development was largely attributable to increased reserve estimates for a large national health care account and, to a lesser extent, in our broader excess and surplus book of business. Given this reserve strengthening, we reported a net loss of $59.4 million for the quarter or a loss of $1.10 per share and net income of $1 million for the year or net income of $0.02 per share.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

No, we absolutely think that over the long term, the performance of that book of business will line up with the performance of the existing ProAssurance book of business. And the objective across that entire book is to return an underwriting profit and get to that 10%, 700 basis points above a 10-year treasury. I guess that's a little less than 10% right now. Returns for our shareholders, and we're very confident in our ability to do that.

**Operator**

Our next question will come from Matt Carletti of JMP.

**Matthew John Carletti**
*JMP Securities LLC, Research Division*

Just a couple of questions. One, I just wanted to go to the results in the quarter and just see if what additional color you could give us around that large national health care account that drove the adverse development. And even if not specific to that account, just help us understand kind of what is driving a loss of that magnitude. I think we have a good feel for kind of the limits profiles and reinsurance profiles and your physicians' book. But can you walk us through kind of what you're seeing whether in this case or broadly in the health care side? And then how we might think about reinsurance structures on that side of the business?

**Michael Leonard Boguski**
*President of Specialty Property & Casualty*

Matt, it's Mike. Just talking about the Specialty business in general, there's no question as the physician's market has consolidated and there's been more capital and competition in that large account space that the loss volatility, in general, has been more volatile than the physicians' book. And that's true with respect to severity and it's true with respect to just overall loss ratio results. With respect to the national account, it was -- at the end of the day, on the reinsurance side, it was not a vertical severity insurance exposure, it was a unique structure that was more on an aggregate basis.

I will say this, with respect to that structure, we have no others in our book of business. And it was a miss on the loss projections and attachment points. The pricing, there was a unique structure and there were severity over that period that was maybe not as contemplated as well as we needed to. And that really, at the end of the day, is the rationale for that result. We're encouraged that we've identified it, we're certainly -- have looked at our overall specialty book of business to make sure we don't have any similar structures, and we don't, and we just have to take it from here.

**Matthew John Carletti**
*JMP Securities LLC, Research Division*

Okay. And so in regard to that, is there -- I guess, that particular structure. Is there any kind of -- are we close to any sort of limits on the account or reinsurance, kind of capping it? Or is it more of -- you guys have just put a good scrub on it, put a lot of conservatism on it, and you're at a higher confidence point in the reserving?

**Michael Leonard Boguski**
*President of Specialty Property & Casualty*

It's the higher confidence point in reserving.

**Matthew John Carletti**
*JMP Securities LLC, Research Division*

Okay, great. And then just one more, if I could, I guess, probably for Ned, just shifting back to NORCAL. I'm curious if you could just update us on kind of your view of where the cycle is. I mean, to me, this is a very strong signal that you see light at the end of the tunnel. That you see things changing. And I think in your words, and I would agree, it will take time. But maybe just kind of -- if you could frame kind of your decision to enter into a transaction like this alongside kind of your updated view on where the cycle is headed.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.