FILED

2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 34

||||||||||||||||||||||||||||||||||||||||||||||||
1 0 1 7 9 2 0 1 7 2 0 1 0 0 1 0 3

**PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION**

# QUARTERLY STATEMENT

### AS OF SEPTEMBER 30, 2017
### OF THE CONDITION AND AFFAIRS OF THE

## PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.

NAIC Group Code __02698__ , __02698__  NAIC Company Code __10179__  Employer's ID Number __36-3990058__
(Current Period)   (Prior Period)

Organized under the Laws of __Alabama__ , State of Domicile or Port of Entry __Alabama__

Country of Domicile __United States__

Incorporated/Organized __12/05/1994__  Commenced Business __12/05/1994__

Statutory Home Office __100 BROOKWOOD PLACE__ , __BIRMINGHAM, AL, US 35209__
(Street and Number)   (City or Town, State, Country and Zip Code)

Main Administrative Office __100 BROOKWOOD PLACE__  __BIRMINGHAM, AL, US 35209__  __205-445-2600__
(Street and Number)  (City or Town, State, Country and Zip Code)  (Area Code) (Telephone Number)

Mail Address __PO BOX 590009__ , __BIRMINGHAM, AL, US 35259-0009__
(Street and Number or P.O. Box)  (City or Town, State, Country and Zip Code)

Primary Location of Books and Records __100 BROOKWOOD PLACE__  __BIRMINGHAM, AL, US 35209__  __205-877-4400__
(Street and Number)  (City or Town, State, Country and Zip Code)  (Area Code) (Telephone Number)

Internet Web Site Address __www.proassurance.com__

Statutory Statement Contact __ELAINE MARIE SPARKS__  __615-301-1445__
(Name)   (Area Code) (Telephone Number) (Extension)

__FinancialFilings@proassurance.com__  __615-324-9169__
(E-Mail Address)   (Fax Number)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| HOWARD HARLEY FRIEDMAN , | PRESIDENT, CHIEF UNDERWRITING OFFICER | KATHRYN ANNE NEVILLE , | SECRETARY |
| EDWARD LEWIS RAND, JR. , | TREASURER | WILLIAM STANCIL STARNES , | CHAIRMAN |

## OTHER OFFICERS

| | | | |
|---|---|---|---|
| WILLIS JOHNATHAN DANIEL # , | VICE PRESIDENT | DESMOND PATRICK O'DOHERTY , | VICE PRESIDENT, MANAGING DIRECTOR |
| DARRYL KEITH THOMAS , | CHIEF CLAIMS OFFICER | HAYES VANCE WHITESIDE, MD , | SENIOR VICE PRESIDENT |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| HOWARD HARLEY FRIEDMAN | JEFFREY PATTON LISENBY | EDWARD LEWIS RAND, JR. | WILLIAM STANCIL STARNES |
| DARRYL KEITH THOMAS | | | |

State of ..............................ALABAMA................................

County of ............................JEFFERSON............................ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| HOWARD HARLEY FRIEDMAN | KATHRYN ANNE NEVILLE | EDWARD LEWIS RAND, JR. |
|---|---|---|
| PRESIDENT | SECRETARY | TREASURER |

a. Is this an original filing?   Yes [X] No [ ]

Subscribed and sworn to before me this
_____day of _____,_____

b. If no:
1. State the amendment number _____
2. Date filed _____
3. Number of pages attached _____



**SUPPLEMENT FOR THE QUARTER ENDING SEPTEMBER 30, 2017 OF THE PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.**

Designate the type of health care providers reported on this page.
Physicians

# SUPPLEMENT "A" TO SCHEDULE T
## EXHIBIT OF MEDICAL PROFESSIONAL LIABILITY PREMIUMS WRITTEN
## ALLOCATED BY STATES AND TERRITORIES

| States, Etc. | 1 Direct Premiums Written | 2 Direct Premiums Earned | Direct Losses Paid 3 Amount | 4 Number of Claims | 5 Direct Losses Incurred | Direct Losses Unpaid 6 Amount Reported | 7 Number of Claims | 8 Direct Losses Incurred But Not Reported |
|---|---|---|---|---|---|---|---|---|
| 1. Alabama ........ AL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. Alaska ......... AK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. Arizona ....... AZ | 652,607 | 349,111 | 15,646 | 0 | 207,721 | 325,004 | 4 | (40,894) |
| 4. Arkansas ...... AR | 245,922 | 226,274 | 0 | 0 | (76,610) | 10,002 | 2 | 316,551 |
| 5. California ..... CA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6. Colorado ...... CO | 0 | 3,893 | 0 | 0 | (46,876) | 0 | 0 | 73,716 |
| 7. Connecticut ... CT | 9,901 | 17,483 | 0 | 0 | (23,420) | 0 | 0 | 51,375 |
| 8. Delaware ...... DE | 33,550 | 10,111 | 0 | 0 | (11,032) | 0 | 0 | 25,546 |
| 9. District of Columbia ... DC | 0 | 0 | 0 | 0 | (53,993) | 0 | 0 | 0 |
| 10. Florida ...... FL | 618,470 | 2,282,499 | 2,900 | 1 | 642,722 | 308,003 | 6 | 1,072,191 |
| 11. Georgia ...... GA | 389,819 | 634,088 | 3,104,165 | 4 | 1,754,162 | 5,405,002 | 14 | (2,162,001) |
| 12. Hawaii ....... HI | 16,309 | 12,963 | 0 | 0 | (22,382) | 0 | 0 | 45,099 |
| 13. Idaho ........ ID | 0 | 0 | 0 | 0 | (1,017) | 0 | 0 | 1,523 |
| 14. Illinois ..... IL | 124,305 | (36,017) | 0 | 0 | 4,528,873 | 5,300,000 | 1 | 17,671 |
| 15. Indiana ...... IN | 8,267 | 5,451 | 0 | 0 | 3,243 | 200,002 | 2 | (55,374) |
| 16. Iowa ......... IA | 88,082 | 65,718 | 0 | 0 | 344,899 | 755,101 | 3 | (302,040) |
| 17. Kansas ....... KS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18. Kentucky ..... KY | 353,004 | 257,499 | 0 | 0 | (135,810) | 0 | 0 | 433,104 |
| 19. Louisiana .... LA | 5,234 | 3,536 | 0 | 0 | (18,663) | 0 | 0 | 31,119 |
| 20. Maine ........ ME | 0 | 70,548 | 0 | 0 | 10,828 | 0 | 0 | 46,675 |
| 21. Maryland ..... MD | 1,000,103 | 765,891 | 3,024 | 0 | 2,346,427 | 5,078,763 | 26 | (2,031,505) |
| 22. Massachusetts . MA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23. Michigan ..... MI | 89,453 | 104,883 | 0 | 0 | (19,167) | 0 | 0 | 122,238 |
| 24. Minnesota .... MN | 62,514 | 44,642 | 0 | 0 | (33,471) | 0 | 0 | 89,961 |
| 25. Mississippi .. MS | 132,077 | 155,869 | 0 | 0 | 93,676 | 2,925,000 | 6 | (886,631) |
| 26. Missouri ..... MO | 172,835 | 71,633 | 0 | 0 | 25,549 | 0 | 0 | 25,549 |
| 27. Montana ...... MT | 2,346,804 | 1,957,422 | (50,000) | (1) | 1,164,666 | 2,660,008 | 20 | (338,285) |
| 28. Nebraska ..... NE | 0 | 0 | 0 | 0 | (9,715) | 0 | 0 | 0 |
| 29. Nevada ....... NV | 2,809 | 48,425 | 0 | 0 | (17,899) | 0 | 0 | 69,999 |
| 30. New Hampshire . NH | 2,956,364 | 1,554,480 | 2,012,096 | 2 | 3,323,789 | 3,393,110 | 20 | (1,357,244) |
| 31. New Jersey ... NJ | 939,805 | 902,272 | 0 | 0 | 305,964 | 373,005 | 6 | 348,308 |
| 32. New Mexico ... NM | 0 | 8,329 | 0 | 0 | (1,665) | 0 | 0 | 9,921 |
| 33. New York ..... NY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34. North Carolina . NC | 12,473 | 14,801 | 0 | 0 | (8,768) | 20,000 | 0 | 26,336 |
| 35. North Dakota . ND | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36. Ohio ......... OH | 85,449 | 78,665 | 432,408 | 1 | (140,002) | 0 | 0 | 279,935 |
| 37. Oklahoma ..... OK | 232,036 | 186,326 | 0 | 0 | 110,864 | 2,650,018 | 5 | (1,006,142) |
| 38. Oregon ....... OR | 0 | 353 | 0 | 0 | (991) | 0 | 0 | 1,799 |
| 39. Pennsylvania . PA | 48,363 | 36,606 | 0 | 0 | (10,671) | 0 | 0 | 48,629 |
| 40. Rhode Island . RI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41. South Carolina . SC | (935) | 8,000 | 0 | 0 | (41,587) | 0 | 0 | 69,778 |
| 42. South Dakota . SD | 0 | 0 | 0 | 0 | (7,328) | 0 | 0 | 10,981 |
| 43. Tennessee .... TN | 12,825,848 | 10,158,843 | 940,000 | 1 | 3,253,869 | 2,000,284 | 38 | 4,181,827 |
| 44. Texas ........ TX | 2,775,715 | 2,292,299 | 280 | 0 | 800,124 | 2,553,028 | 39 | 1,011,830 |
| 45. Utah ......... UT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 46. Vermont ...... VT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 47. Virginia ..... VA | 798,561 | 240,974 | 0 | 0 | 143,410 | 603,033 | 34 | (159,623) |
| 48. Washington ... WA | 25,731 | 23,546 | 0 | 0 | 8,402 | 0 | 0 | 8,402 |
| 49. West Virginia . WV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50. Wisconsin .... WI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 51. Wyoming ...... WY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52. American Samoa . AS | | | | | | | | |
| 53. Guam ......... GU | | | | | | | | |
| 54. Puerto Rico .. PR | | | | | | | | |
| 55. U.S. Virgin Islands . VI | | | | | | | | |
| 56. Northern Mariana Islands . MP | | | | | | | | |
| 57. Canada ....... CAN | | | | | | | | |
| 58. Aggregate other alien . OT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 59. Totals | 27,051,475 | 22,557,416 | 6,460,519 | 8 | 18,388,121 | 34,559,363 | 226 | 80,324 |

| DETAILS OF WRITE-INS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 58001. | | | | | | | | |
| 58002. | | | | | | | | |
| 58003. | | | | | | | | |
| 58998. Sum. of remaining write-ins for Line 58 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 58999. Totals (Lines 58001 through 58003 plus 58998) (Line 58 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |