FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 35

```
1 0 1 7 9 2 0 1 9 2 0 1 0 0 1 0 3
```

**PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION**

# QUARTERLY STATEMENT
### AS OF SEPTEMBER 30, 2019
#### OF THE CONDITION AND AFFAIRS OF THE

## PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.

| | | | | |
|---|---|---|---|---|
| NAIC Group Code | 02698 (Current Period) | 02698 (Prior Period) | NAIC Company Code 10179 | Employer's ID Number 36-3990058 |

Organized under the Laws of **Alabama**, State of Domicile or Port of Entry **Alabama**

Country of Domicile **United States**

Incorporated/Organized **12/05/1994**    Commenced Business **12/05/1994**

Statutory Home Office **100 BROOKWOOD PLACE** (Street and Number), **BIRMINGHAM, AL, USA 35209** (City or Town, State, Country and Zip Code)

Main Administrative Office **100 BROOKWOOD PLACE** (Street and Number)  **BIRMINGHAM, AL, USA 35209** (City or Town, State, Country and Zip Code)  **205-445-2600** (Area Code) (Telephone Number)

Mail Address **PO BOX 590009** (Street and Number or P.O. Box), **BIRMINGHAM, AL, USA 35259-0009** (City or Town, State, Country and Zip Code)

Primary Location of Books and Records **100 BROOKWOOD PLACE** (Street and Number)  **BIRMINGHAM, AL, USA 35209** (City or Town, State, Country and Zip Code)  **205-877-4400** (Area Code) (Telephone Number)

Internet Web Site Address **www.proassurance.com**

Statutory Statement Contact **ELAINE MARIE SPARKS** (Name)  **615-301-1445** (Area Code) (Telephone Number) (Extension)

**FinancialFilings@proassurance.com** (E-Mail Address)  **615-324-9169** (Fax Number)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| MICHAEL LEONARD BOGUSKI # , | PRESIDENT | KATHRYN ANNE NEVILLE , | SECRETARY |
| DANA SHANNON HENDRICKS , | TREASURER | EDWARD LEWIS RAND, JR. # , | CHAIRMAN |

## OTHER OFFICERS

| | | | |
|---|---|---|---|
| WILLIS JOHNATHAN DANIEL , | VICE PRESIDENT | DESMOND PATRICK O'DOHERTY , | VICE PRESIDENT, MANAGING DIRECTOR |
| DARRYL KEITH THOMAS , | SENIOR VICE PRESIDENT | SHEPHERD MOTT TAPASAK # , | SENIOR VICE PRESIDENT |
| ROBERT DAVID FRANCIS # , | EXECUTIVE VICE PRESIDENT | JEFFREY LYNN BOWLBY # , | SENIOR VICE PRESIDENT |
| CRAIG GRANVILLE MUSGRAVE #, | SENIOR VICE PRESIDENT | HAYES VANCE WHITESIDE, MD , | SENIOR VICE PRESIDENT |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| MICHAEL LEONARD BOGUSKI # | JEFFREY PATTON LISENBY | EDWARD LEWIS RAND, JR. | ROBERT DAVID FRANCIS # |

State of ...............................ALABAMA...............................

County of ...........................JEFFERSON...........................ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| MICHAEL LEONARD BOGUSKI PRESIDENT | KATHRYN ANNE NEVILLE SECRETARY | DANA SHANNON HENDRICKS TREASURER |

a. Is this an original filing?    Yes [X] No [ ]

Subscribed and sworn to before me this
_____ day of _____ , _____

b. If no:
1. State the amendment number _____
2. Date filed _____
3. Number of pages attached _____

```
JEAN H. NOOJIN,
APRIL 22, 2021
```

1017920194550010 3

SUPPLEMENT FOR THE QUARTER ENDING SEPTEMBER 30, 2019 OF THE PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.

Designate the type of health care providers reported on this page.
Physicians

# SUPPLEMENT "A" TO SCHEDULE T
## EXHIBIT OF MEDICAL PROFESSIONAL LIABILITY PREMIUMS WRITTEN
## ALLOCATED BY STATES AND TERRITORIES

| States, Etc. | 1 Direct Premiums Written | 2 Direct Premiums Earned | Direct Losses Paid 3 Amount | 4 Number of Claims | 5 Direct Losses Incurred | Direct Losses Unpaid 6 Amount Reported | 7 Number of Claims | 8 Direct Losses Incurred But Not Reported |
|---|---|---|---|---|---|---|---|---|
| 1. Alabama .......... AL.... | | | | | | | | |
| 2. Alaska .......... AK.... | | | | | | | | |
| 3. Arizona .......... AZ.... | 736,382 | 665,122 | 2,554 | | 302,972 | 567,009 | 12 | 575,306 |
| 4. Arkansas .......... AR.... | 213,869 | 163,211 | | | (39,647) | | | 427,904 |
| 5. California .......... CA.... | | | | | | | | |
| 6. Colorado .......... CO.... | 4,373 | 2,827 | | | (17,574) | | | 51,852 |
| 7. Connecticut .......... CT.... | 9,709 | 14,608 | | | (7,588) | | | 48,821 |
| 8. Delaware .......... DE.... | 66,519 | 51,566 | | | 10,185 | | | 75,007 |
| 9. District of Columbia .......... DC.... | 44,958 | 7,002 | | | 3,806 | | | 3,806 |
| 10. Florida .......... FL.... | 1,598,812 | 4,338,996 | 2,287,419 | 5 | 2,746,165 | 4,291,119 | 34 | 1,337,509 |
| 11. Georgia .......... GA.... | 632,944 | 358,185 | 500,000 | 1 | 41,896 | 1,447,003 | 11 | 596,962 |
| 12. Hawaii .......... HI.... | 16,898 | 12,480 | | | (7,946) | | | 45,564 |
| 13. Idaho .......... ID.... | | | | | (394) | | | 1,038 |
| 14. Illinois .......... IL.... | 152,010 | 154,262 | | | 66,300 | | | 133,480 |
| 15. Indiana .......... IN.... | 73,409 | 52,583 | | | 39,437 | 200,002 | 2 | (7,037) |
| 16. Iowa .......... IA.... | 225,828 | 182,809 | | | 137,107 | 1,500,000 | 2 | (462,893) |
| 17. Kansas .......... KS.... | | | | | | | | |
| 18. Kentucky .......... KY.... | 291,675 | 207,673 | | | (58,000) | 10,002 | 2 | 562,767 |
| 19. Louisiana .......... LA.... | 30,020 | 5,085 | | | (6,247) | | | 26,488 |
| 20. Maine .......... ME.... | | 108,290 | | | 19,301 | | | 163,013 |
| 21. Maryland .......... MD.... | 3,605,837 | 2,679,292 | 530,804 | 1 | 1,675,422 | 3,747,322 | 47 | 977,644 |
| 22. Massachusetts .......... MA.... | | | | | | | | |
| 23. Michigan .......... MI.... | 63,965 | 92,680 | | | (9,470) | | | 207,936 |
| 24. Minnesota .......... MN.... | 74,063 | 44,157 | | | (12,345) | | | 119,981 |
| 25. Mississippi .......... MS.... | 155,055 | 100,173 | 450,000 | 1 | 75,130 | 2,845,000 | 6 | (1,041,841) |
| 26. Missouri .......... MO.... | 19,886 | 55,911 | 950,000 | 1 | 828,801 | 811,004 | 6 | (324,402) |
| 27. Montana .......... MT.... | 137,321 | 6,278,524 | 1,554,429 | 4 | 4,696,780 | 16,555,457 | 116 | (3,992,637) |
| 28. Nebraska .......... NE.... | | 132,065 | | | 66,402 | 39,005 | 5 | 85,952 |
| 29. Nevada .......... NV.... | | 182 | | | (30,738) | | | 81,285 |
| 30. New Hampshire .......... NH.... | (83,135) | 2,466,820 | 1,010,838 | 1 | 1,850,115 | 5,729,757 | 28 | (818,656) |
| 31. New Jersey .......... NJ.... | 247,844 | 1,039,061 | | | 778,482 | 5,228,011 | 17 | (1,357,729) |
| 32. New Mexico .......... NM.... | 3,760 | 12,094 | | | 1,681 | | | 19,454 |
| 33. New York .......... NY.... | | | | | | | | |
| 34. North Carolina .......... NC.... | 56,527 | 53,029 | | | 39,772 | 250,000 | 1 | (60,228) |
| 35. North Dakota .......... ND.... | 151,551 | 40,993 | | | 22,282 | | | 22,282 |
| 36. Ohio .......... OH.... | 373,584 | 398,205 | | | 109,406 | 8,002 | 2 | 498,243 |
| 37. Oklahoma .......... OK.... | 962,824 | 762,936 | 50,000 | 1 | 323,524 | 1,334,035 | 20 | 654,711 |
| 38. Oregon .......... OR.... | | | | | (468) | | | 1,233 |
| 39. Pennsylvania .......... PA.... | 1,188,853 | 595,192 | 33,656 | | 341,620 | 116,809 | 2 | 280,546 |
| 40. Rhode Island .......... RI.... | | | | | | | | |
| 41. South Carolina .......... SC.... | 59,720 | 35,505 | | | (18) | | | 70,155 |
| 42. South Dakota .......... SD.... | | | | | (2,843) | | | 7,485 |
| 43. Tennessee .......... TN.... | 14,315,531 | 11,168,972 | 1,662,291 | 6 | 12,070,086 | 52,684,521 | 895 | 7,559,837 |
| 44. Texas .......... TX.... | 1,601,255 | 1,300,415 | 5,398 | (2) | 1,275,399 | 8,138,845 | 95 | (1,403,197) |
| 45. Utah .......... UT.... | 11,259 | 10,026 | | | 4,549 | | | 7,819 |
| 46. Vermont .......... VT.... | | | | | | | | |
| 47. Virginia .......... VA.... | 1,307,870 | 772,897 | 3,355 | | 1,100,776 | 3,751,994 | 157 | (1,500,798) |
| 48. Washington .......... WA.... | | 48,610 | | | 13,696 | | | 59,924 |
| 49. West Virginia .......... WV.... | 13,500 | 5,950 | | | 1,672 | | | 7,346 |
| 50. Wisconsin .......... WI.... | 90,372 | 71,802 | | | 39,028 | | | 39,028 |
| 51. Wyoming .......... WY.... | | | | | | | | |
| 52. American Samoa .......... AS.... | | | | | | | | |
| 53. Guam .......... GU.... | | | | | | | | |
| 54. Puerto Rico .......... PR.... | | | | | | | | |
| 55. U.S. Virgin Islands .......... VI.... | | | | | | | | |
| 56. Northern Mariana Islands.......... MP.... | | | | | | | | |
| 57. Canada .......... CAN.... | | | | | | | | |
| 58. Aggregate other alien .......... OT.... | | | | | | | | |
| 59. Totals | 28,454,848 | 34,490,190 | 9,040,744 | 19 | 28,488,514 | 109,254,897 | 1,460 | 3,780,960 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **DETAILS OF WRITE-INS** | | | | | | | | |
| 58001. .......... | | | | | | | | |
| 58002. .......... | | | | | | | | |
| 58003. .......... | | | | | | | | |
| 58998. Sum. of remaining write-ins for Line 58 from overflow page .......... | | | | | | | | |
| 58999. Totals (Lines 58001 through 58003 plus 58998) (Line 58 above) | | | | | | | | |