FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 36

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-08-08

# Q2 2018 Earnings Call

## Company Participants

- Edward Lewis Rand, Executive VP, COO, CFO & CAO
- Frank B. O'Neil, Senior VP of IR & Chief Communications Officer
- Howard Harley Friedman, Chief Underwriting Officer, Chief Actuary & President of Healthcare Professional Liability Group
- Michael Leonard Boguski, President of Eastern Insurance
- William Stancil Starnes, Chairman, President & CEO

## Other Participants

- Amit Kumar, Analyst
- Arash Soleimani, Assistant VP
- Charles Gregory Peters, Equity Analyst
- Mark Douglas Hughes, MD
- Matthew John Carletti, MD and Senior Analyst
- Robert Edward Farnam, Senior Research Analyst of Property and Casualty Insurance

## Presentation

### Operator

Good morning, everyone. Welcome to ProAssurance's conference call to discuss the company's Second Quarter 2018 results. These results were reported in a news release issued on August 7, 2018. And in the company's quarterly report on Form 10-Q, which was also filed on August 7.

These documents are intended to provide you with important information about the significant risks, uncertainties and other factors that are out of the company's control and could affect ProAssurance's business and alter expected results.

We also caution you that management expects to make statements on this call dealing with projections, estimates and expectations and explicitly identifies these as forward-looking statements within the meaning of the U.S. federal securities laws and subject to applicable safe harbor protections.

The content of this call is accurate only on August 8, 2018, as except -- and except as required by law or regulation, ProAssurance will not undertake and expressly disclaims any obligation to update or alter information disclosed as part of these forward-looking statements.

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-08-08

FINAL

Bloomberg Transcript

where we think we should be buying and that price may be flexible as we evaluate other uses for capital at any given point in time.

Frank?

## Frank B. O'Neil

Thank you, Ned. Now we'll pivot to Howard for comments on Specialty P&C. Howard?

## Howard Harley Friedman   {BIO 3732801 <GO>}

Thanks, Frank. This was certainly a strong quarter for Specialty P&C and the loss portfolio transfer was a contributing factor.

As previously mentioned, the LPT accounted for $26.6 million of written and fully earned premium in the quarter. This transaction was produced by ProAssurance Risk Solutions and addressed the pressing need for a large health care organization that was acquired by one of our insurers. Under the terms of the LPT, $18.7 million relates to retroactive coverage for a known quantity of existing clients and the remaining $7.9 million is for tail coverage. In addition, we recognized net losses and loss adjustment expenses of $25.4 million, including a deferred gain of approximately $600,000, which represents the excess of premiums received over losses assumed for the retroactive coverage.

This was a very competitive transaction and the risk was placed by one of the large national brokers, which allows me to highlight 2 important items. First, we are successfully competing in this market, which we think will grow in the future, although business will be sporadic. Second, I think, it's further evidence that of our broker outreach continues to succeed. Further to that point, I note that broker submissions at mid-year are up 25% over the same period of 2017.

We continue to see signs that the market is beginning to firm. New business was strong at $8 million, renewal pricing was up 3% for physician business and up 8% for health care facilities. Together, these are by far the majority of the Specialty P&C business.

Premium retention remain strong, 90% for both physicians and facilities, unchanged from the Second Quarter of 2017. All of this seems to emanate from greater discipline in the market, perhaps a recognition that the benign loss environment of the past 10 to 12 years is eroding. We are continuing to reflect that perception in our loss specs. Any change in severity is almost invariably followed by an upward change in frequency, as the plaintiff bar follows the money trail. Ultimately. And as we may be starting to see now, the market will enforce price and underwriting discipline. And companies such as ProAssurance should benefit as competitors feel the pinch.

Our current accident year net loss ratio for the quarter was 91.7%, up 2 points over the Second Quarter last year. The LPT is responsible for 1.1 points of that increase with the remainder stemming from our view of coming litigation trends due to a shift toward larger policies and more complex risks. Favorable reserve development was $20.1 million. Our

Company Name: ProAssurance Corp
Company Ticker: PRA US Equity
Date: 2018-08-08

FINAL

can really tell whether some of these things are actually translating into paid losses or if we're just being cautious and conservative as we always have been.

## Q - Arash Soleimani   {BIO 18869554 <GO>}

Okay. And maybe just last question. I know you mentioned that you're being more conservative on the initial loss picks within medical professional liability. If we back up the loss portfolio transfer, the accident year loss ratio was up about 80 basis points. So is that the right way to think of the additional conservatism basically like an 80 basis point uptick year-over-year kind of as a run rate. So to speak? Or what's the right way to think about that?

## A - Howard Harley Friedman   {BIO 3732801 <GO>}

Yes, I think that -- I mean, that's something in the ballpark. You always have the mix of business that gets earned in the quarter and how that flows through. And if there is more or less than what we had last year in facilities versus physicians. And so forth. But -- I mean, I think that we're talking about something like that, 1percentage point give or take. And until we start to see more activity one way or the other to confirm our expectations.

## Operator

The next question comes from Amit Kumar with Buckingham Research Group.

## Q - Amit Kumar   {BIO 15025799 <GO>}

Two quick questions, follow-ups. The first is in the opening remarks, I think, Howard might have mentioned that the plaintiff bar is following the money trail. In the past, we have talked about the MPL verdict severity trends. And I was wondering if there was any change in that? Are you still seeing an uptake, aggressiveness, sort of flatlining? Maybe just expand on that comment a bit more?

## A - Howard Harley Friedman   {BIO 3732801 <GO>}

Yes. Maybe to clarify a bit. Frequency, we're not yet seeing any change. And while we logically may expect a frequency increase, we're not seeing frequency change at this point in time. And severity, as I mentioned earlier, as we talked about, we're seeing the establishment of higher case reserves by our claim staff and these are the same people that have been doing the same work in the same local jurisdictions for a long time.

So they believe in terms of how they've translated that into the case reserves that they are establishing the cost of damages, whether it's lost wages or medical expenses will be higher and/or the likelihood of noneconomic damages, the pain and suffering awards by juries will be higher. And that's based on their sense of the environment, their knowledge of what has happened in other cases that are not our cases but that are common knowledge.

So that's where we're seeing the potential severity increase. And we've talked in the past about 2% to 3% for a severity trend. I think 3% is probably a more solid number right now

Bloomberg Transcript