FILED
2021 May-18  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 37

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
1 0 1 7 9 2 0 1 9 2 0 1 0 0 1 0 0

**PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION**

# ANNUAL STATEMENT

**For the Year Ended December 31, 2019**

OF THE CONDITION AND AFFAIRS OF THE

# PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.

NAIC Group Code ___02698___ , ___02698___ NAIC Company Code ___10179___ Employer's ID Number ___36-3990058___

(Current Period)    (Prior Period)

Organized under the Laws of ___Alabama___ , State of Domicile or Port of Entry ___Alabama___

Country of Domicile ___United States___

Incorporated/Organized ___12/05/1994___ Commenced Business ___12/05/1994___

Statutory Home Office ___100 BROOKWOOD PLACE___ , ___BIRMINGHAM, AL, USA 35209___

(Street and Number)    (City or Town, State, Country and Zip Code)

Main Administrative Office ___100 BROOKWOOD PLACE___ ___BIRMINGHAM, AL, USA 35209___ ___205-445-2600___

(Street and Number)    (City or Town, State, Country and Zip Code)    (Area Code) (Telephone Number)

Mail Address ___PO BOX 590009___ , ___BIRMINGHAM, AL, USA 35259-0009___

(Street and Number or P.O. Box)    (City or Town, State, Country and Zip Code)

Primary Location of Books and Records ___100 BROOKWOOD PLACE___ ___BIRMINGHAM, AL, USA 35209___ ___205-877-4400___

(Street and Number)    (City or Town, State, Country and Zip Code)    (Area Code) (Telephone Number)

Internet Web Site Address ___www.proassurance.com___

Statutory Statement Contact ___ELAINE MARIE SPARKS___ ___615-301-1445___

(Name)    (Area Code) (Telephone Number) (Extension)

___FinancialFilings@proassurance.com___ ___615-324-9169___

(E-Mail Address)    (Fax Number)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| MICHAEL LEONARD BOGUSKI # , | PRESIDENT | KATHRYN ANNE NEVILLE , | SECRETARY |
| DANA SHANNON HENDRICKS , | TREASURER | EDWARD LEWIS RAND, JR. # , | CHAIRMAN |

## OTHER OFFICERS

| | | | |
|---|---|---|---|
| WILLIS JOHNATHAN DANIEL , | VICE PRESIDENT | DESMOND PATRICK O'DOHERTY , | VICE PRESIDENT, MANAGING DIRECTOR |
| DARRYL KEITH THOMAS , | SENIOR VICE PRESIDENT | SHEPHERD MOTT TAPASAK # , | SENIOR VICE PRESIDENT |
| ROBERT DAVID FRANCIS # , | EXECUTIVE VICE PRESIDENT | JEFFREY LYNN BOWLBY # , | SENIOR VICE PRESIDENT |
| CRAIG GRANVILLE MUSGRAVE #, | SENIOR VICE PRESIDENT | HAYES VANCE WHITESIDE, MD , | SENIOR VICE PRESIDENT |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| MICHAEL LEONARD BOGUSKI # | JEFFREY PATTON LISENBY | EDWARD LEWIS RAND, JR. | ROBERT DAVID FRANCIS # |

State of ...........................ALABAMA...............................

**ss**

County of ...........................JEFFERSON...............................

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| MICHAEL LEONARD BOGUSKI | KATHRYN ANNE NEVILLE | DANA SHANNON HENDRICKS |
|---|---|---|
| PRESIDENT | SECRETARY | TREASURER |

a. Is this an original filing?    Yes [ X ] No [    ]

Subscribed and sworn to before me

this _____day of _____ , _____

b. If no:

1. State the amendment number    _____

2. Date filed    _____

3. Number of pages attached    _____

JEAN H. NOOJIN,
APRIL 22, 2021

**ANNUAL STATEMENT FOR THE YEAR 2019 OF THE PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.**

# UNDERWRITING AND INVESTMENT EXHIBIT

### PART 1B - PREMIUMS WRITTEN

| | 1 Direct Business (a) | Reinsurance Assumed | | Reinsurance Ceded | | 6 Net Premiums Written Cols. 1 + 2 + 3 - 4 - 5 |
| Line of Business | | 2 From Affiliates | 3 From Non-Affiliates | 4 To Affiliates | 5 To Non-Affiliates | |
|---|---|---|---|---|---|---|
| 1. Fire | | | | | | |
| 2. Allied lines | | | | | | |
| 3. Farmowners multiple peril | | | | | | |
| 4. Homeowners multiple peril | | | | | | |
| 5. Commercial multiple peril | | | | | | |
| 6. Mortgage guaranty | | | | | | |
| 8. Ocean marine | | | | | | |
| 9. Inland marine | | | | | | |
| 10. Financial guaranty | | | | | | |
| 11.1 Medical professional liability-occurrence | 3,385,294 | | | 3,385,294 | | |
| 11.2 Medical professional liability-claims-made | 80,922,014 | | | 80,922,014 | | |
| 12. Earthquake | | | | | | |
| 13. Group accident and health | | | | | | |
| 14. Credit accident and health (group and individual) | | | | | | |
| 15. Other accident and health | | | | | | |
| 16. Workers' compensation | | | | | | |
| 17.1 Other liability-occurrence | 2,943,143 | | | 2,943,143 | | |
| 17.2 Other liability-claims-made | 5,340,739 | | | 5,340,739 | | |
| 17.3 Excess workers' compensation | | | | | | |
| 18.1 Products liability-occurrence | | | | | | |
| 18.2 Products liability-claims-made | | | | | | |
| 19.1,19.2 Private passenger auto liability | | | | | | |
| 19.3,19.4 Commercial auto liability | | | | | | |
| 21. Auto physical damage | | | | | | |
| 22. Aircraft (all perils) | | | | | | |
| 23. Fidelity | | | | | | |
| 24. Surety | | | | | | |
| 26. Burglary and theft | | | | | | |
| 27. Boiler and machinery | | | | | | |
| 28. Credit | | | | | | |
| 29. International | | | | | | |
| 30. Warranty | | | | | | |
| 31. Reinsurance-nonproportional assumed property | XXX | | | | | |
| 32. Reinsurance-nonproportional assumed liability | XXX | | 818,784 | 818,784 | | |
| 33. Reinsurance-nonproportional assumed financial lines | XXX | | | | | |
| 34. Aggregate write-ins for other lines of business | | | | | | |
| 35. TOTALS | 92,591,190 | | 818,784 | 93,409,974 | | |
| DETAILS OF WRITE-INS | | | | | | |
| 3401. | | | | | | |
| 3402. | | | | | | |
| 3403. | | | | | | |
| 3498. Sum. of remaining write-ins for Line 34 from overflow page | | | | | | |
| 3499. Totals (Lines 3401 through 3403 plus 3498) (Line 34 above) | | | | | | |

(a) Does the company's direct premiums written include premiums recorded on an installment basis?    Yes [  ]  No [ X ]

If yes: 1.  The amount of such installment premiums $ ........................................

2.  Amount at which such installment premiums would have been reported had they been recorded on an annualized basis $ ........................................