FILED

2021 Jul-09  PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL)**<br>**19 PENSION FUND,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| v.  ) | **2:20-cv-856-AKK** |
| ) | |
| **PROASSURANCE CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiffs' Motion for Admission Pro Hac Vice of Kyla Grant (doc. 56) is

**GRANTED**.

**DONE** this 9th day of July, 2021.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**