UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI,<br><br>Defendants. | Civil Action No.: 2:20-cv-00856-AKK<br><br>**Oral Argument Requested** |

## SUPPLEMENTAL TRANSMITTAL DECLARATION OF JAY M. EZELLE

JAY M. EZELLE hereby declares under penalty of perjury as follows:

1.    I am a partner of the law firm Starnes Davis Florie LLP, counsel to Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski (collectively "Defendants").  I submit this Declaration in support of Defendants' Reply Brief in Further Support of their Motion to Dismiss the Amended Complaint.

2.    Attached hereto is a true and correct copy of the following:

{B4083071}

2

| Ex. | Description |
|-----|-------------|
| 1. | National Association of Insurance Commissioners, *Accounting Practices & Procedures Manual* (As of March 2021), Statement of Statutory Accounting Principles No. 55 – Unpaid Claims, Losses and Loss Adjustment Expenses (excerpted) |

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Executed on July 28, 2021 in Birmingham, Alabama.

/s/ *Jay M. Ezelle*
Jay M. Ezelle

{B4083071}

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Steven B. Singer
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606

Joseph E. White, III
Lester R. Hooker
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434

Bailie L. Heikkinen
Reginald E. Janvier
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

David J. Guin
Tammy M. Stokes
Dawn Stith Evans
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600/Title Bldg.
Birmingham, AL 35203

Roger H. Bedford, Jr
ROGER BEDFORD, ATTORNEY AT LAW, LLC
P.O. Box 1149
Russellville, AL  35653

{B4083071}

4

John T. Long
CAVANAGH & O'HARA
2319 West Jefferson Street
Springfield, IL  62702


                                        */s/ Cole R. Gresham*
                                        STARNES DAVIS FLORIE LLP

{B4083071}