FILED
2021 Dec-10  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | Civil Action Number **2:20-CV-00856-AKK** |
| **v.** | ) ) | |
| PROASSURANCE CORPORATION, et al., | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Consistent with the Memorandum Opinion, the defendants' motion to dismiss, doc. 51, is **DENIED** as to the § 10(b) claims against Howard Friedman, Michael Boguski, and ProAssurance Corporation based on alleged misstatements regarding the company's frequency data and commitment to conservatism and as to the § 20(a) claims against the named executives.  However, the motion is **GRANTED** as to the remaining § 10(b) claims, and these claims are **DISMISSED WITHOUT PREJUDICE**.

**DONE** the 10th day of December, 2021.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE