FILED

2021 Dec-20  PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND,** individually and on behalf of all others similarly situated, | ) ) ) ) ) |  |
| **Plaintiffs,** | ) ) | Civil Action Number **2:20-CV-00856-AKK** |
| **v.** | ) ) |  |
| **PROASSURANCE CORPORATION, et al.,** | ) ) ) ) |  |
| **Defendants.** | ) ) |  |

## ORDER

In light of the parties' stipulation, doc. 63, the defendants now have until

January 24, 2022, to answer the complaint.

**DONE** the 20th day of December, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE