FILED

2022 Feb-25  PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | Civil Action Number **2:20-CV-00856-AKK** |
| **v.** | ) ) | |
| **PROASSURANCE CORPORATION, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

## <u>ORDER</u>

Before the court is a joint stipulation in which the parties assert that they have been unable to agree on a schedule based on the April 10, 2023, jury trial date the court has set for this matter. *See* docs. 66; 68. The parties state that they have "reached agreement on a schedule based upon a trial date of June 19, 2023," instead. *See* doc. 68 at 3. The court construes their stipulation as a motion to reset the trial date, and this motion is **GRANTED**. Accordingly, the court **RESETS** the trial date for June 19, 2023, at 9:00 a.m. in Birmingham, Alabama. The court reminds counsel to submit a Rule 26(f) report by March 1, 2022.

**DONE** the 25th day of February, 2022.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE