FILED

2022 Mar-30  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND,** individually and on behalf of all others similarly situated,<br><br>  **Plaintiffs,**<br><br>**v.**<br><br>**PROASSURANCE CORPORATION, et al.,**<br><br>  **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action Number<br>**2:20-CV-00856-AKK** |

## ORDER

The court has for consideration the lead plaintiffs' unopposed motion for leave to file a class-certification motion in excess of the court's page limitations.  Doc. 76. The motion is **GRANTED**, and the lead plaintiffs may file an initial brief of 25 pages or fewer.  The defendants may also file a response brief of 25 pages or fewer, and the lead plaintiffs' reply brief, if any, is limited to 10 pages.

**DONE** the 30th day of March, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE