FILED

2022 Apr-01  PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 2:20-cv-00856-AKK |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | DECLARATION OF NATHAN R. LINDELL IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO CERTIFY |
| vs. | ) ) ) | CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT |
| PROASSURANCE CORPORATION, et al., | ) ) ) | CLASS COUNSEL |
| Defendants. | ) ) | |

4888-8127-6186.v1

I, NATHAN R. LINDELL, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Report on Market Efficiency by Professor Steven P. Feinstein, Ph.D., CFA, dated April 1, 2022;

Exhibit B:   Declaration of Kenton Day in Support of Lead Plaintiffs' Motion for Class Certification, dated March 28, 2022;

Exhibit C:   Declaration of David Sullivan in Support of Lead Plaintiffs' Motion for Class Certification, dated March 30, 2022;

Exhibit D:   Saxena White P.A. Firm Resume; and

Exhibit E:   Robbins Geller Rudman & Dowd LLP Firm Resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2022, at San Diego, California.

s/ NATHAN R. LINDELL
NATHAN R. LINDELL

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.


s/ ROGER H. BEDFORD, JR.
ROGER H. BEDFORD, JR.

ROGER BEDFORD, ATTORNEY AT LAW, LLC
P.O. Box 1149
Russellville, AL 35653
Telephone: 256/332-6966
265/332-6967 (fax)
rogerbedfordattorneyatlawllc@gmail.com

4888-8127-6186.v1

Case 2:20-cv-00856-RDP CM/ECF U.S. District Court Northern District of Alabama Page 4 of 5

# Mailing Information for a Case 2:20-cv-00856-AKK Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Walter W Bates**
  Bbates@starneslaw.com

- **Roger H Bedford , Jr**
  rogerbedfordattorneyatlawllc@gmail.com

- **Sara M. DiLeo**
  sdileo@saxenawhite.com

- **James Bringhurst Eubank**
  James.Eubank@beasleyallen.com

- **Dawn Stith Evans**
  devans@gseattorneys.com

- **Jay M Ezelle**
  JEzelle@starneslaw.com

- **Janet A Gochman**
  jgochman@stblaw.com

- **Kyla Grant**
  Kgrant@saxenawhite.com

- **Cole Robinson Gresham**
  cgresham@starneslaw.com

- **David J Guin**
  davidg@gseattorneys.com

- **Bailie L Heikkinen**
  bheikkinen@rgrdlaw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Reginald E Janvier**
  rjanvier@rgrdlaw.com

- **Michael R Lasserre**
  mrl@starneslaw.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com

- **Carl Jacob Lundqvist**
  jacob.lundqvist@stblaw.com

- **Wilson Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Steven B Singer**
  ssinger@saxenawhite.com

- **Tammy McClendon Stokes**
  tammys@gseattorneys.com

- **Joseph E. White**
  jwhite@saxenawhite.com

- **Jonathan K Youngwood**
  jyoungwood@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)