FILED
2022 Apr-01  PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROASSURANCE CORPORATION, et al., Defendants. | Civil Action No. 2:20-cv-00856-AKK |

REPORT ON MARKET EFFICIENCY

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

April 1, 2022

# TABLE OF CONTENTS

I.     SCOPE OF PROJECT AND REPORT ................................................................1

II.    CREDENTIALS ............................................................................................2

III.   CONCLUSIONS...........................................................................................5

IV.   FACTUAL BACKGROUND........................................................................6

     A.    About the Company ..........................................................................6

     B.    ProAssurance Common Stock ...........................................................8

     C.    Summary of Plaintiffs' Allegations ...................................................9

V.    MARKET EFFICIENCY DEFINITION AND ASSESSMENT
     METHODOLOGY ......................................................................................11

     D.    Efficient Market Defined ................................................................11

     B.    Indicators of Market Efficiency .....................................................14

          1.    The *Cammer* Factors........................................................14

          2.    The *Krogman* Factors .....................................................17

          3.    Courts in the Eleventh Circuit Apply the *Cammer* and *Krogman* Factors........................................................................................19

VI.   ANALYSIS OF EFFICIENCY OF THE MARKET FOR PROASSURANCE
     STOCK ......................................................................................................20

     A.    Trading Volume..............................................................................21

     B.    Analyst Coverage and Other Avenues of Information Dissemination ..................22

          1.    Analyst Coverage................................................................22

          2.    Institutional Ownership and Buy-Side Analysis....................23

          3.    News Coverage ...................................................................24

     C.    Market Makers and Listing on the NYSE........................................25

     D.    S-3 Registration Eligibility .............................................................27

     E.    *Krogman* Factors..........................................................................29

          1.    Market Capitalization..........................................................29

          2.    Float ...................................................................................30

          3.    Bid-Ask Spread...................................................................31

VII.  EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY ...............32

     A.    Event Studies .................................................................................36

     B.    Collective Event Study Test.............................................................37

          1.    Collective Event Study Test Design and Methodology...........37

2. Collective Event Study Tests of Market Efficiency are Widely Used and Accepted by Courts ................................................. 39

3. Focus on Quarterly and Preliminary Earnings Announcement Dates ................................................................................ 42

4. Regression Analysis to Isolate the Impact of Company-Specific Information ......................................................................... 47

5. Standard $t$-Test for Return Observations in the Pre-Covid Portion of the Class Period ...................................................... 53

6. Empirical Distribution $t$-Test for Return Observations in the Covid Period Portion of the Class Period ........................... 54

C. Collective Event Study Test Results ........................................... 56

VIII. MARKET EFFICIENCY SUMMARY ........................................................... 58

IX. COMMON DAMAGES METHODOLOGY ................................................... 59

X. LIMITING FACTORS AND OTHER ASSUMPTIONS .................................. 65

XI. APPENDIX-1: LOGARITHMIC RETURNS ................................................. 66

XII. APPENDIX-2: PROASSURANCE *CAMMER* & *KROGMAN* SUBINTERVAL ANALYSIS ........................................................................................... 68

## I.    SCOPE OF PROJECT AND REPORT

1. I was asked by Robbins Geller Rudman & Dowd LLP and Saxena White P.A., Lead Counsel for Plaintiffs, to determine whether the common stock of ProAssurance Corporation ("ProAssurance" or the "Company") traded in an efficient market during the period from 8 August 2018 through 7 May 2020, inclusive (the "Class Period").

2. I was also asked to determine whether there is a common methodology consistent with Plaintiffs' theory of liability for computing damages on a Class-wide basis for all Class members who have claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

3. Toward these ends, I analyzed the market for ProAssurance common stock, the price behavior of the stock, and the factors that are generally accepted to be indicative of market efficiency. I examined Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices of the stock, trading volume, the performance of the overall stock market, and the performance of the Company's industry sector, as well as other pertinent data and documents. I also read and considered the contents of the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, issued 26 March 2021 (the "Complaint"), and the Court's Memorandum Opinion, filed 10 December 2021. Exhibit-1 hereto lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

4. This report presents my methodology, findings, and conclusions.

5. My work in this matter is ongoing. I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work in this matter.

## II.  CREDENTIALS

6. I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7. I hold a Doctor of Philosophy in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8. At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Security Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9. I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

10. Prior to my joining the faculty at Babson College, I taught at Boston University. Preceding my academic posts, I was an Economist at the Federal

Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States ("U.S.").

11. I have published in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, *Primus*, and *The Review of Quantitative Finance and Accounting*. I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. I also co-authored papers that have been presented at the Eastern Finance Association meetings, the Midwestern Finance Association meetings, and the Boston Area Finance Symposium. A list of all the publications I authored in the past ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

12. I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted

3

on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe,* and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

13. I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the CFA Society Boston. I served as a member of the CFA Society Boston education committee and ethics subcommittee. I also served on the Fixed Income Specialization Examination Committee of the CFA Institute.

14. The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program –two of the leading review programs that prepared candidates for the CFA exams. In both of these programs I taught candidates at the most advanced level.

15. In addition to my teaching, research, and academic community responsibilities, I practice extensively as a financial consultant. My clients are primarily law firms that are prominent in securities litigation. Past clients also include the SEC, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers. As a financial consultant, I have conducted analyses and presented opinions related

to financial markets, valuation, and damages in more than 150 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

16. I am the sole owner of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the staff who assist me. My firm is being compensated at a rate of $950 per hour for my work, and a range of lower rates for analysts and other personnel who are assisting me on this case. My compensation is neither contingent on my findings nor on the outcome of this matter.

## III.  CONCLUSIONS

17. ProAssurance common stock traded in an efficient market over the course of the Class Period. I examined the generally accepted and widely used indicia of market efficiency set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001), which, consistent with financial economic principles and empirical research, indicate market efficiency. Courts in the Eleventh Circuit have endorsed these same factors, identifying them as "traditional indicia of efficiency," and have accepted them as dispositive indicators of market efficiency.[1] ProAssurance stock satisfied all of the *Cammer* and *Krogman* factors throughout the Class Period by wide margins.

18. One of the *Cammer* factors is empirical evidence of the subject security demonstrating market efficiency. ProAssurance stock satisfied this factor test. Statistical analysis examining the empirical behavior of ProAssurance stock proves that there was a cause-and-effect relationship between the release of

---

[1] See, e.g., *Monroe County Employees' Retirement System v. Southern Company,* 332 F.R.D. 370, 382-83 (N.D. Ga. 2019); and *In re NetBank, Inc. Secs. Litig.*, 259 F.R.D. 656, 669 (N.D. Ga. 2009).

Company-specific information and movement in the ProAssurance stock price. ProAssurance stock responded to Company-specific information, which is the essence of market efficiency.

19.    Based on the foregoing, I conclude that ProAssurance common stock traded in an efficient market throughout the Class Period.

20.    Damages in this matter can be computed on a class-wide basis for all Class members using a common methodology that is consistent with Plaintiffs' theory of liability.

## IV.    FACTUAL BACKGROUND

### A.    About the Company

21.    ProAssurance is a holding company of property and casualty insurance companies that specialize in professional liability insurance.[2] The Company's subsidiaries sell healthcare professional liability ("HCPL") insurance, legal professional liability insurance, workers' compensation insurance, and product liability insurance for medical technology and life sciences.[3] The Company utilizes independent agencies and brokers, as well as an internal sales force to market and sell its insurance products.[4] In terms of volume and assets, ProAssurance is one of the largest writers of medical professional liability insurance in the U.S.[5]

---

[2] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2018, filed 21 February 2019, p. 8; ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020, p. 9 and ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021, p. 9.

[3] ProAssurance Corporate website: proassurance.com/about-us; https://investor.proassurance.com/corporate-profile/default.aspx; and https://investor.proassurance.com/other-information/proassurance-summary-sheet/default.aspx.

[4] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020, p. 9, 12.

[5] Complaint, ¶6; Jack Curran, "Medical Malpractice Insurance," *IBISWorld*, January 2022, pp. 26-27; and https://www.proassurance.com/about-us/company-history/.

22.    The Company's total revenues for the fiscal years ("FY") 2018, 2019, and 2020 were $886.03 million, $999.83 million, and $874.94 million, respectively.[6]

23.    During the Class Period, the Company was organized into five reporting segments: (i) Specialty Property and Casualty ("SP&C"), (ii) Workers' Compensation Insurance, (iii) Segregated Portfolio Cell Reinsurance, (iv) Lloyd's Syndicate, and (v) Corporate.[7]

24.    In FY 2018, the Company generated net premiums of $818.85 million.[8] SP&C, Workers' Compensation Insurance, Segregated Portfolio Cell Reinsurance, and Lloyd's Syndicate accounted for 60%, 23%, 9%, and 8% of net premiums, respectively.[9] In FY 2019, net premiums earned were $847.53 million, with these four business segments accounting for 59%, 22%, 9%, 10% of net premiums, respectively.[10] In FY 2020, net premiums earned were $792.72 million with these four business segments accounting for 60%, 22%, 8%, and 10%, respectively.[11] The Company's Corporate reporting segment generates investment income by investing premiums in financial assets rather than selling insurance products.[12]

---

[6] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021, p. 129.

[7] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020, p. 10.

[8] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021, p. 35; and "Analysis of Financial Institutions," in *Financial Reporting and Analysis*, by Jack T. Ciesielski and Elaine Henry, Association for Investment Management and Research (CFA Institute), 2019, p. 255; Net premiums are gross premiums of written contracts less reinsurance premiums ceded to reinsurance companies.

[9] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2018, filed 21 February 2019, p. 64.

[10] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020, p. 68.

[11] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021, p. 72.

[12] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020, p. 11.

25. The SP&C segment comprises the Company's professional liability business and medical technology liability business.[13] For the fiscal years 2018-2020, the SP&C segment accounted for approximately 60% of the Company's net premiums.[14] HCPL policy premiums accounted on average for 87.0% of the SP&C segment's net premiums over fiscal years 2018-2020.[15] As such, ProAssurance's total corporate revenues during the Class Period were heavily dependent on net premiums generated from HCPL policies.

### B.    ProAssurance Common Stock

26. Throughout the Class Period, the Company's stock traded on the New York Stock Exchange ("NYSE") under the ticker symbol PRA.[16]

27. ProAssurance's stock price at the start of the Class Period stood at $44.50 per share, according to price data obtained from the Center for Research in Security Prices ("CRSP"), a reliable data source that is widely used by academic researchers and investment professionals. The closing stock price peaked during the Class Period at $49.40 per share on 14 September 2018. By the close of trading on 8 May 2020, the first trading day following the end of the Class Period, ProAssurance's stock price had fallen to $15.95 per share – a decline of $33.45 per share, or 67.7% from the Class Period high.

---

[13] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2018, filed 21 February 2019, p. 10; ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020, p. 11; and ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021, p. 12.

[14] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2018, filed 21 February 2019, p. 64; and ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021, p. 72.

[15] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021, p. 192.

[16] ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020, p. 1; ProAssurance Corporation, Form 10-K for the fiscal year ended 31 December 2018, filed 21 February 2019, p. 1.

ProAssurance's stock prices during the Class Period are presented in Exhibit-4.

28.    At the start of the Class Period, ProAssurance's market capitalization, the aggregate value of all outstanding shares, was $2.39 billion. At its Class Period peak on 14 September 2018, ProAssurance's market capitalization was $2.65 billion.[17] By the close of trading on 8 May 2020, the Company's market capitalization had fallen to $858.82 million – representing a decline of $1.79 billion in the Company's market value of equity, or 67.6%, from the Class Period peak.

### C.    Summary of Plaintiffs' Allegations

29.    Plaintiffs allege that during the Class Period, ProAssurance misrepresented that its underwriting and reserve practices were disciplined and conservative, and that it continuously evaluated, established, and maintained adequate reserves.[18] Plaintiffs allege that the Company's insuring of and reserving for TeamHealth, in particular, was not disciplined and conservative. Plaintiffs contend that the unusual structure of the TeamHealth policy, TeamHealth's inherent high risks, and its elevated claims frequency were concealed from investors.[19] Plaintiffs contend that reserves for expected losses were knowingly inadequate in light of the realized claim frequency from the TeamHealth policy, unbeknownst to investors. Plaintiffs contend that Defendants concealed or misstated material facts about ProAssurance's underwriting and reserve practices for the TeamHealth account before partially revealing the truth about those misrepresentations on 22 January

---

[17] Shares outstanding data obtained from Company SEC filings.

[18] Complaint, ¶¶3, 5, 38-41.

[19]  Complaint, ¶¶5, 51-106.

2020, when the Company disclosed substantial losses and the need for increased loss reserves related to the TeamHealth account. According to Plaintiffs, this disclosure caused the Company's stock price to fall, resulting in significant losses for investors.

30. Plaintiffs, however, allege that the 22 January 2020 disclosure did not reveal the full truth about Defendants' misrepresentations concerning the TeamHealth account.[20] Specifically, Plaintiffs allege that Defendants continued to conceal their failure to act conservatively and with discipline regarding ProAssurance's underwriting of and reserve practices in connection with TeamHealth's tail coverage option. Plaintiffs further allege that this concealment harmed investors by inflating the Company's stock price before the full truth was ultimately revealed on 7 May 2020, when the Company disclosed that TeamHealth would not renew its policy and would instead exercise its option for tail coverage, causing substantial losses for ProAssurance. According to Plaintiffs, this disclosure caused the Company's stock price to fall, resulting in significant losses for investors.

31. I understand that the Court has dismissed Plaintiffs' claims regarding Defendants' allegedly false statements about the adequacy of loss reserves and specific alleged misrepresentations regarding Defendants' knowledge that TeamHealth would decline to renew its policy in 2020.[21] However, claims regarding the "observed frequency data underlying the company's reserve estimates and the company's commitment to conservative underwriting and reserve-setting," were upheld.[22] Specifically, Plaintiffs' claims that the Company's alleged misrepresentations that its underwriting and reserve

---

[20] Complaint, ¶¶284-287.

[21] Court's Memorandum Opinion issued on 10 December 2021, p. 58.

[22] Court's Memorandum Opinion issued on 10 December 2021, p. 58.

practices were "'conservative,' 'disciplined,' 'cautious,' and otherwise 'reasonable,'" were not dismissed, as the Court opined that "these statements indicate more sweeping and certain attitudes about the company's current financial condition, especially with respect to the TeamHealth account, on which a reasonable investor would rely."[23]

## V.    MARKET EFFICIENCY DEFINITION AND ASSESSMENT METHODOLOGY

### D.    Efficient Market Defined

32.    The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the seminal 1989 *Cammer v. Bloom* decision is often cited as a legal authority on the meaning of market efficiency[24] and is consistent with the definition of informational efficiency generally accepted by the academic finance community.

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> ***Cammer*, 711 F. Supp. at 1273.**

33.    Judge Lechner also cited the definitions offered by commentators Alan Bromberg and Lewis Lowenfels, and by renowned financial economist and Nobel Laureate Eugene Fama.

---

[23] Court's Memorandum Opinion issued on 10 December 2021, p. 40.

[24] See, e.g., *Di Donato v. Insys Therapeutics, Inc.* 333 F.R.D. 427, 437-42 (D.Ariz. 2019).

11

"An efficient market is one which rapidly reflects new information in price."
**Securities Fraud and Commodities Fraud, by Alan R. Bromberg et al., 2nd Edition, Thomson Reuters, 2003, §7.4; cited in Cammer, 711 F. Supp. at 1276.**

"A market in which prices always 'fully reflect' available information is called 'efficient.'"
**"Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene F. Fama, The Journal of Finance, vol. 25, no. 2, 1970, cited in Cammer, 711 F. Supp. at 1280.**

34. In his 1991 follow-up article titled "Efficient Capital Markets: II," Professor Fama elaborated, qualifying the definition to conform to economic realities rather than the perfect ideal.

"I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information. . . . A weaker and economically more sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal costs."
**"Efficient Capital Markets: II," by Eugene Fama, The Journal of Finance, vol. 46, no. 5, 1991, p. 1575.**

35. Professor Fama and a group of preeminent economists described market efficiency and the state of the profession's general understanding in an *Amici Curiae* brief that they submitted in 2014 to the U.S. Supreme Court in the *Halliburton II* case.

"There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear about what issues are in dispute—and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic* [Inc. v. Levinson, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information."
**"Brief of Financial Economists as *Amici Curiae* in Support of Respondents,"** *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.,* **573 U.S. 258, 134 (2014) p. 3 (emphasis in original).**

36. The Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.

"The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business … ."
***Basic, Inc. v. Levinson*, 485 U.S. 224, 108 S. Ct. 978, 989 (1988).**

37. The Supreme Court's 2013 *Amgen* decision defined market efficiency similarly.

"The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company. …."
***Amgen, Inc. v. Conn. Ret. Plans & Trust Funds*, 568 U.S. 455, 458 (2013).**

38.    In its 2014 *Halliburton II* decision, the U.S. Supreme Court addressed the cause-and-effect relationship at the center of market efficiency as follows:

> "Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. . . . Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the . . . price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'"
> **Halliburton Co. v. Erica P. John Fund, Inc., 573 U.S. 258, 272 (2014) (emphasis in original).**

39.    An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg and Lowenfels, Professor Fama, and other leading scholars, is a market in which available information is incorporated into the price of a security such that the trading price reflects available information with reasonable promptness. As these cases have recognized, market efficiency is relevant to a securities case because it addresses the question of whether false information (e.g., in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and upon which investors relied.

**B.    Indicators of Market Efficiency**

### 1.    The *Cammer* Factors

40.    The *Cammer* opinion enumerates five factors that indicate whether the market for a security is efficient. As described below, economic rationales support each factor as an indicator of market efficiency. The five factors are 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence that the security price reacts to new, company-specific information.

41. Empirical research has confirmed that trading volume, number of market makers, analyst coverage, and high institutional ownership are indicative of market efficiency.

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad M. Barber et al., *The Journal of Corporation Law*, 1994, p. 302.**

42. Recently published peer-reviewed research that I conducted (with Miguel Villanueva, Ph.D.) found that the *Cammer* factors are generally dispositive indicators of stock price reactivity to information and therefore informational market efficiency.

> "Our findings that the *Cammer/Krogman* factors are generally dispositive of reactivity supports the widespread use by courts of the *Cammer/Krogman* factors as indicia of market efficiency."
> **"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, vol. 57, 2021, p. 233.**

43. Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as a checklist of five necessary factors, but rather as individual pieces of evidence that each probatively indicate the degree to which the market for a security is expected to be efficient.

15

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
>
> *Cammer*, **711 F. Supp. 1264 at 1283.**

44.   The *Cammer* opinion describes the nature of the five factors as follows:

> "There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory."
>
> *Id.* **at 1285-86 (footnote omitted).**

> "First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares."
>
> *Id.* **at 1286 (footnote omitted).**

> "Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
>
> *Id.*

> "Third, it could be alleged the stock had numerous market makers."
>
> *Id.*

> "Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration Statement in connection with public offerings . . ."
>
> *Id.* **at 1287.**

16

"Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price." *Id.*

"As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price." *Id.* at 1291.

### 2.     The *Krogman* Factors

45.     In addition to the five *Cammer* factors that indicate market efficiency, the Fifth Circuit Court of Appeals in *Unger v. Amedisys, Inc.* 401 F.3d 316 (5th Cir. 2005) and the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001) accepted that three additional factors are also indicative of market efficiency. These additional factors, the *Krogman* factors, are 1) the company's market capitalization, 2) the stock's float, and 3) the typical bid-ask spread.[25]

46.     Market capitalization is the total value of all outstanding shares. It equals the number of shares outstanding times the price per share. Logically, the larger a company's market capitalization, the more prominent and well-known the company will be. Larger companies tend to attract more analyst and news media coverage and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

---

[25] *Krogman v. Sterritt*, 202 F.R.D. 467, 478 (N.D. Tex. 2001).

47. The stock's float is the number of shares outstanding less shares held by insiders and affiliated corporate entities. It is the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization but focuses on the shares available for trading rather than all outstanding shares. Stocks with large floats tend to trade more actively, attract more analyst and news media coverage, and garner the attention of a greater number of investors, including large institutional investors. All of these characteristics, which occur when a company has high float, promote market efficiency.

48. The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread tends to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors and thereby tends to attract greater interest, greater coverage, and greater volume, all of which, in turn, promote market efficiency.[26]

49. In my recently published article on the subject, Villanueva and Feinstein [2021], I empirically examined and tested the market capitalization and bid-ask spread *Krogman* factors and found them to be generally dispositive indicators of stock price reactivity and therefore informational market efficiency.[27]

---

[26] See, e.g., "The Cost of Transacting," by Harold Demsetz, *The Quarterly Journal of Economics,* vol. 82, no. 1, 1968, pp. 33-53; "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," by Thomas George and Francis A. Longstaff, *The Journal of Financial and Quantitative Analysis*, vol. 28, no. 3, 1993, pp. 381-397; and "Liquidity and Market Efficiency," by Tarun Chordia et al., *Journal of Financial Economics*, vol. 87, 2008, pp. 249-268.

[27] "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, vol. 57, 2021, pp. 203-234.

### 3. Courts in the Eleventh Circuit Apply the *Cammer* and *Krogman* Factors

50. Courts in the Eleventh Circuit have accepted and applied the *Cammer* and *Krogman* factors as dispositive of market efficiency. For example, the Court in the *Southern Company* securities litigation referred to these factors as "traditional indicia of efficiency" and relied upon them to assess market efficiency.

> "For purposes of determining market efficiency, the Eleventh Circuit instructs courts to consider the 'totality of the circumstances' and confirm the existence of 'traditional indicia of efficiency.' *Regions*, 762 F.3d at 1255. This 'traditional indicia' exists 'when millions of shares change hands daily and a critical mass of investors and/or analysts... study the available information and influence the stock price through trades and recommendations.' *Id.* Further indicia of efficiency exist when a company is eligible to file an SEC Form S-3 and has an investor base comprising a wide range of institutional investors. *Id*. at 1258. Finally, the Eleventh Circuit has noted that 'securities trading on national exchanges like the NYSE are often presumed to be traded on an efficient market,... precisely because the exchanges are generally populated by stocks that are closely watched by analysts and that trade at a high volume.' *Id*. at 1257. The Court finds that all of the 'traditional indicia of efficiency' outlined by the Eleventh Circuit in Regions existed with respect to Southern Company stock during the Class Period, and neither Defendants nor their expert dispute this fact. … The five factors set forth in *Cammer v. Bloom,* 711 F.Supp. 1264 (D.N.J. 1989),

are: (1) large trading volume; (2) the existence of a significant analyst coverage; (3) the existence of market makers and arbitrageurs in the security; (4) the eligibility of the company to file an SEC Form S-3 Registration Statement; and (5) demonstration of a cause-and-effect relationship between the announcement of unexpected news and stock price movement. Courts also look to the following three additional factors set forth in *Krogman v. Sterritt,* 202 F.R.D. 467, 474 (N.D. Tex. 2001): '(1) the capitalization of the company; (2) the bid-ask spread of the stock; and (3) the percentage of stock not held by insiders (the float).'"
***Monroe County Employees' Retirement System v. Southern Company*, 332 F.R.D. 370, 382-83 (N.D. Ga. 2019).**

"In support of his argument that the fraud-on-the-market presumption should apply, Mr. Brown…submits…the Miller Report, which offers Mr. Miller's opinions as to: (1) the listing and active trading of NetBank securities on the NASDAQ; (2) the average weekly trading volume of NetBank stock; (3) the number of brokerage houses and/or broker/dealers following and reporting on the stock; (4) NetBank's authorization to file S-3 registration statements; (5) the number of market makers covering NetBank stock; (6) NetBank's market capitalization; (7) the average bid-ask spread for sales of NetBank stock; and (8) the float range. …After analyzing the above factors, nearly all of which weigh in favor of a finding of market efficiency, the court finds that Mr. Brown has met his burden of demonstrating that the market for NetBank securities was efficient."
***In re NetBank, Inc. Secs. Litig.*, 259 F.R.D. 656, 675 (N.D. Ga. 2009).**

## VI.    ANALYSIS OF EFFICIENCY OF THE MARKET FOR PROASSURANCE STOCK

51.    To assess whether the market for ProAssurance stock was efficient during the Class Period, I analyzed the market for, and behavior of, ProAssurance common stock, focusing on the *Cammer* and *Krogman* factors.

20

## A.    Trading Volume

52.    Throughout the Class Period, ProAssurance stock traded regularly and actively. On average, 279,419 shares changed hands daily.[28] The total number of shares traded during the Class Period was 23.64 billion. ProAssurance stock price and volume data are presented in Exhibit-4.

53.    In addition to average daily trading volume, another volume metric to consider in assessing market efficiency is the percentage of outstanding shares that turn over each week. During the Class Period, the average weekly trading volume of ProAssurance stock was approximately 1.40 million shares, or 2.60% of shares outstanding.[29] This level of trading activity exceeds the levels of turnover accepted by courts as being indicative of market efficiency for common stock.[30] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan Bromberg and Lewis Lowenfels that "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one."[31] Thus, the trading volume for ProAssurance stock during the Class Period was above the threshold for a strong presumption of market efficiency.

54.    In terms of both average daily trading volume and the percentage of outstanding shares traded weekly, the market for ProAssurance stock was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in ProAssurance stock is strong evidence

---

[28] Data obtained from CRSP.

[29] Estimated by averaging the daily ratio of the trading volume to the number of shares outstanding and multiplying by five (the number of trading days in a typical week).

[30] *Cammer*, 711 F. Supp. 1264 at 1286.

[31] *Id*. at 1293.

of the efficiency of the market for ProAssurance stock over the course of the Class Period.

## B.    Analyst Coverage and Other Avenues of Information Dissemination

### 1.    Analyst Coverage

55.    Securities analysts interpret and disseminate information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. The presence of analysts, and their function within the marketplace, promote efficiency.[32]

56.    I obtained analyst reports about ProAssurance published during the Class Period by seven different analyst firms: Buckingham Research, Boenning & Scattergood, Insider P&C, JMP Securities, Piper Sandler, Raymond James, and SunTrust.

57.    Transcripts of ProAssurance's conference calls conducted during the Class Period reveal that at least two additional analyst firms also followed the Company: Keefe, Bruyette & Woods ("KBW") and Capital Returns

---

[32] See, e.g., "The Role and Regulation of the Research Analyst," Jill Fisch, chapter 17 of the *Research Handbook on the Economics of Corporate Law*, edited by Claire Hill and Brett McDonnell, Edward Elgar, 2012, pp. 315 and 317 ("The role of the research analyst (also known as an equity analyst or a securities analyst) is to provide information to the marketplace. Analysts enhance capital market efficiency by enabling stock prices to reflect information and by reducing the need for each investor individually to gather and analyze that information. … Research analysts collect information about specific firms and the overall market. They then package that information for use by investors in trading decisions."; and "Investment Analysis and the Adjustment of Stock Prices to Common Information," by Michael J. Brennan et al., *The Review of Financial Studies*, vol. 6, no. 4, 1993, p. 800 "Recent theory suggests that the number of analysts may have an effect on the speed of adjustment to new information. For instance, Holden and Subrahmanyam (1992) and Foster and Viswanathan (1993), in important extensions to the classic model of Kyle (1985), have shown that as the number of informed investors increases, the share price will reflect new information more rapidly; this would suggest an association between the number of analysts and the speed of adjustment, if the number of analysts can be regarded as a proxy for the number of informed investors."

Management.[33] Consequently, analysts from at least nine firms followed the Company during the Class Period.

58.    Over the course of the Class Period, eight different analysts contributed to the consensus revenue and earnings estimates reported by *Refinitiv Eikon*.

59.    Barber et al. [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[34] Coverage by at least nine analyst firms is substantially broader analyst coverage than that.

60.    Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the extensive coverage of ProAssurance by professional securities analysts is compelling evidence of the efficiency of the market for ProAssurance stock during the Class Period.

### 2.    Institutional Ownership and Buy-Side Analysis

61.    Consistent with published empirical research, some courts have also considered high institutional ownership of a security to be indicative of market efficiency.[35] Large investment firms often employ financial analysts who conduct their own research on the stocks they buy.

62.    *Refinitiv Eikon* compiles and provides institutional ownership data derived from SEC Form 13-F filings. The filings and data show the holdings of ProAssurance stock by major investment institutions as of the end of each calendar quarter. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million.

---

[33] Conference call transcripts obtained from *Refinitiv Eikon*, a financial information provider.

[34] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad M. Barber et al., *The Journal of Corporation Law*, 1994, pp. 302 and 310-311.

[35] See, e.g., *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008); *Smilovits v. First Solar, Inc.*, 295 F.R.D. 423, 437 (D. Ariz. 2013).

63. According to 13-F SEC filings compiled and reported by *Refinitiv Eikon*, at least 430 institutions owned ProAssurance stock during the Class Period.[36] This widespread institutional ownership further supports a conclusion that the market for ProAssurance stock was an efficient market during the Class Period.

### 3.    News Coverage

64. Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including availability of news reports on the internet and other electronic sources – also facilitate the flow of information to the marketplace, thereby promoting market efficiency.[37] In the case of ProAssurance, news media coverage was extensive.

65. My search of the Factiva database found that at least 331 articles were published about the Company during the Class Period.[38] The articles I obtained from Factiva include published news articles and press releases.

66. Information about ProAssurance was also disseminated in the form of SEC filings and during Company conference calls.

67. Throughout the Class Period, information about ProAssurance was readily available to market participants through news media, analysts, and various other sources. This extensive news coverage is further evidence of the efficiency of the market for ProAssurance stock.

---

[36] According to the SEC filings compiled and reported by Refinitiv Eikon, 430 institutions held shares of ProAssurance stock on at least one of the following quarterly reporting dates during the Class Period: 30 September 2018, 31 December 2018, 31 March 2019, 30 June 2019, 30 September 2019, 31 December 2019, and 31 March 2020. There may have been additional institutions that held ProAssurance stock during the Class Period, though not on those quarterly reporting dates.

[37] See, e.g., *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003); *In re Banc of California Sec. Litig.,* 326 F.R.D. 640, 649 (C.D. Cal. 2018).

[38] Based on a Factiva search in "All Sources" for articles published during the Class Period where "ProAssurance Corporation" was the "Company" search field parameter.

## C.    Market Makers and Listing on the NYSE

68.    The number of market makers is another one of the factors that the *Cammer* court determined to be indicative of market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market participants are trading that particular stock and generally provides a high degree of liquidity and lower transaction costs. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs. These features preclude certain potential impediments to trading and conveyance of information and therefore promote market efficiency.

69.    The *Cammer* court's understanding that the market-making infrastructure of a stock market is indicative of its efficiency, or lack thereof, makes the fact that ProAssurance stock traded on the NYSE during the Class Period highly relevant. The NYSE is one of the most renowned, most liquid, and most efficient forums for trading stocks in the world. Securities on the NYSE are traded under the supervision of a lead market maker or "Designated Market Maker," formerly known as a specialist.[39] Designated Market Makers are responsible for maintaining a fair and orderly market for each security to which they are assigned.[40]

70.    In fact, citing Bromberg and Lowenfels, the *Cammer* court noted specifically the importance of a NYSE listing and the implications of such a listing for

---

[39] "Fact Sheet; Designated Market Makers," *NYSE Euronext*, 2012.

[40] "Organization and Functioning of Securities Markets," by Frank K. Reilly and Keith C. Brown, *Equity and Fixed Income CFA Program Curriculum*, vol. 5, Pearson Custom Publishing, 2008.

25

market efficiency, stating that market efficiency can reasonably be presumed for *all* securities traded there.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. at 1292 (quoting Bromberg and Lowenfels [1988], §8.6).**

71. The subject company in the *Cammer* case, Coated Sales, Inc., was listed on the Nasdaq, an electronic exchange consisting of multiple competing market makers, using electronic systems to make quotes and effect trades.

72. At the time of the *Cammer* opinion, the NYSE and Nasdaq were distinctly separate exchanges; Nasdaq market makers did not make markets for NYSE-listed stocks. However, since that time, the stock markets have evolved, and beginning in April 2005, Nasdaq enabled trading in most NYSE-listed stocks on its market making platform. This Nasdaq market making activity is in addition to the principal market for stocks listed on the NYSE.

73. With its NYSE listing, ProAssurance stock had access to a highly developed network of brokers, with its market overseen by the NYSE Designated Market Maker. During the Class Period, there were 75 market makers for ProAssurance stock, including such well-known firms as Barclays, Citadel, Deutsche Bank, Goldman Sachs, Morgan Stanley, and UBS.[41]

---

[41] Based on monthly market maker data obtained from Bloomberg for the period 1 September 2018 through 30 April 2020.

26

74. That ProAssurance stock traded on the NYSE and had numerous market makers is strong evidence that ProAssurance stock traded in an efficient market throughout the Class Period.

### D.    S-3 Registration Eligibility

75. S-3 registration is a simplified form which publicly-traded companies can use to register securities with the SEC for a security offering in order to raise capital. Also known as "short-form" registration, S-3 registration is simpler, less cumbersome, and expedited as compared to an S-1 registration. However, to be eligible for S-3 registration, companies must satisfy certain requirements pertaining to size and prior filings.

76. A company is eligible for S-3 registration when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizable value.

77. At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months and had an outstanding float of over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.[42]

78. In 1992, the SEC revised its S-3 registration eligibility requirements to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration as long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the

---

[42] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8812, 20 June 2007.

27

equivalent of one-third of their public float in primary offerings over any period of 12 calendar months."[43] Despite the fact that the $75 million float requirement has been relaxed, courts continue to focus on the $75 million float benchmark when analyzing this *Cammer* factor.[44]

79.     The *Cammer* court observed that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensures that financial data are available to market participants, and the "public float" requirement indicates that many market participants would have examined the information.[45]

> "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. . . . Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."
> ***Cammer*, 711 F. Supp. 1264 at 1284-85.**

> "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document."
> ***Id*. at 1285.**

80.     Of filing history and size, the *Cammer* court expressed that size was the more important aspect of the S-3 eligibility factor.

---

[43] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.

[44] See, e.g., *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).

[45] *Cammer*, 711 F. Supp. 1264 at 1284-85.

> "Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."
> *Id*. at **1287.**

81. ProAssurance regularly filed required SEC financial reports and satisfied both the original and revised float conditions for S-3 registration throughout the Class Period. ProAssurance's average float during the Class Period of $1.99 billion far exceeded the level required for S-3 registration.

82. Not only was ProAssurance eligible for S-3 registration throughout the Class Period, but the Company did, in fact, file an S-3 registration statement during the Class Period – on 24 May 2019.[46]

83. Consistent with the *Cammer* opinion, ProAssurance's eligibility for S-3 registration is evidence of the efficiency of the market for its stock throughout the Class Period.

### E.   *Krogman* Factors

84. In addition to evaluating market efficiency using the *Cammer* factors, I also examined ProAssurance stock and its market with respect to the three *Krogman* factors.

#### 1.    Market Capitalization

85. Over the course of the Class Period, ProAssurance's market capitalization ranged between $1.04 billion and $2.65 billion. Over the entire Class Period, the market capitalization averaged $2.03 billion, which was larger than 75%

---

[46] ProAssurance Corporation, Form S-3ASR, filed 24 May 2019.

29

of all other publicly traded companies in the U.S., as measured by market capitalization.[47]

86.    Consistent with the *Unger* and *Krogman* opinions, ProAssurance's sizeable market capitalization supports a conclusion that the market for ProAssurance stock was an efficient market throughout the Class Period.

### 2.    Float

87.    The vast majority of ProAssurance's issued shares were available for trading throughout the Class Period. Over the course of the Class Period, ProAssurance's public float ranged between $1.03 billion and $2.60 billion, averaging $1.99 billion. Float excludes shares held by insiders and affiliated corporate entities, yet ProAssurance's average float was still larger than the total market capitalizations (which includes shares held by insiders and affiliates) of 75% of all other publicly traded companies in the U.S.[48] ProAssurance's float size satisfied the second *Krogman* factor for market efficiency.

88.    As well as in value and absolute share terms, float can also be analyzed as a percentage of total shares outstanding. On average during the Class Period, there were 52.80 million shares in ProAssurance's float and 53.72 million shares outstanding, resulting in an average float of 98.3% of shares outstanding.

---

[47] Using averaged month-end data from CRSP for August 2018 through April 2020, I grouped public companies into percentiles, so that the 1st percentile contains the largest 1% of all public companies listed on the NYSE, NASDAQ, and ARCA, while the 99th percentile contains the smallest 1%.

[48] Using averaged month-end data from CRSP for August 2018 through April 2020, I grouped public companies into percentiles, so that the 1st percentile contains the largest 1% of all public companies listed on the NYSE, NASDAQ, and ARCA, while the 99th percentile contains the smallest 1%.

89. ProAssurance's float satisfied the second *Krogman* factor for market efficiency. The large size and high percentage of ProAssurance's float are indicative of the efficiency of the market for ProAssurance stock throughout the Class Period.

### 3. Bid-Ask Spread

90. I obtained from CRSP the daily closing bid and ask quotes for ProAssurance stock during the Class Period. I measured the percentage bid-ask spread as the difference between the bid and ask quotes divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.[49] Exhibit-4 presents bid and ask price data for ProAssurance stock.

91. The average bid-ask spread for ProAssurance stock over the course of the Class Period was 0.05%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database, which comprises all stocks traded on U.S. exchanges, was 0.63%.[50] The ProAssurance stock bid-ask spread was therefore far narrower than the average.

92. In dollar terms, the ProAssurance stock bid-ask spread during the Class Period averaged $0.02 per share. For all stocks in the CRSP database, the average bid-ask spread was $0.15 during the Class Period.[51] Again, ProAssurance's bid-ask spread was much narrower than the mean level among all stocks traded on U.S. exchanges.

---

[49] "Price Reversals, Bid-Ask Spreads, and Market Efficiency," by Allen B. Atkins and Edward A. Dyl, *Journal of Financial and Quantitative Analysis*, vol. 25, no. 4, 1990, pp. 535-547.

[50] This calculation is based upon averaged month-end data from CRSP for August 2018 through April 2020.

[51] This calculation is based upon averaged month-end data from CRSP for August 2018 through April 2020.

93.     The average bid-ask spread in the market for ProAssurance stock over the course of the Class Period was well below the typical bid-ask spreads exhibited by other publicly traded stocks in the U.S. This narrow bid-ask spread in the market for ProAssurance stock supports a conclusion of market efficiency.

## VII.     EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY

94.     The fifth *Cammer* factor is empirical evidence showing a cause-and-effect relationship between the release of company-specific information and movements in the stock price.[52] The *Cammer* court noted that a demonstration of a cause-and-effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[53]

95.     While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," more recently, in *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017), the Second Circuit emphasized, consistent with financial principles and empirical findings, that the empirical factor test is not necessary to establish market efficiency, especially when the other factors are satisfied and circumstances are not unusual. In *Waggoner*, the Second Circuit stated that "a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies."[54]

96.     Courts in the Eleventh Circuit have concurred that demonstrating market efficiency with an empirical test, thereby satisfying the fifth *Cammer* factor, is not mandatory for establishing market efficiency.

---

[52] *Cammer*, 711 F. Supp. 1264 at 1291.

[53] *Cammer*, 711 F. Supp. 1264 at 1287.

[54] *Waggoner*, 875 F.3d 79 at 97.

"The fifth *Cammer* factor considers whether a plaintiff can demonstrate a cause-and-effect relationship between the release of unexpected company news and movements in a company's stock price. *Regions*, 762 F.3d at 1254 n.2. The Eleventh Circuit in *Regions* held that the fifth *Cammer* factor is not a prerequisite to a finding of market efficiency. *Id*. at 1255-56. "Even the *Cammer* court itself did not establish such a strict evidentiary burden at the class certification stage." *Id*. at 1256. Indeed, the Eleventh Circuit in *Regions* affirmed the district court's finding of market efficiency even where plaintiffs did not proffer any event study in support of the fifth *Cammer* factor. *Id*. at 1256-57. Importantly, the Court is not aware of *any* case in the Eleventh Circuit, and Defendants cite none, finding a market inefficient where all *Cammer / Krogman* factors but *Cammer* factor five were satisfied. The Eleventh Circuit is not alone in its determination that the fifth *Cammer* factor is not a prerequisite to a finding of market efficiency - a substantially similar approach has been taken by the First, Second, Third, Fourth, and Fifth Circuits. *Waggoner v. Barclays PLC,* 875 F.3d 79, 97 (2d Cir. 2017), *cert. denied*, __ U.S. __, 138 S.Ct. 1702, 200 L.Ed.2d 954 (2018); *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC,* 310 F.R.D. 69, 83 (S.D.N.Y. 2015) (citing to First, Second, Third, Fourth, Fifth, and Eleventh Circuit cases holding that the fifth *Cammer* factor is not necessary). That is because "[r]equiring a plaintiff to submit proof of market reactions - and to do so with an event study - ignores Supreme Court precedent as well as practical considerations." *Barclays*, 310 F.R.D. at 84."
**Monroe County Employees' Retirement System v. Southern Company, 332 F.R.D. 370, 382-83 (N.D. Ga. 2019).**

"…Defendants' arguments on the cause-and-effect factor are insufficient to overcome a prima facie showing of market efficiency at the class certification stage. *See In re Scientific-Atlanta,* 571 F.Supp.2d at 1339 (declining to find the market inefficient, in part because defendants produced a study relating to only one of the nine factors identified to determine market efficiency); *see also In re Profit Recovery Group Int'l, Inc. Sec. Litig.,* 01:cv-1416-CC, Order dated Dec. 3, 2002 at 33 (Cooper, J.) (agreeing with other courts 'that have held a counter showing by defendants on the fifth *Cammer* element is insufficient to overcome Plaintiffs' *prima facie* showing of an efficient market at the class certification stage.') (citing cases)."
**In re NetBank, Inc. Secs. Litig., 259 F.R.D. 656, 674-75 (N.D. Ga. 2009).**

33

97. In the Ninth Circuit, the District of Arizona in *Di Donato v. Insys Therapeutics, Inc.*, cited *Waggoner* and other Circuit Court decisions, and concluded that "[e]vidence of the market's reaction to unexpected corporate events or financial disclosures is usually important, but not required in every case."[55]

> "The Second, Fourth, Fifth, and Eleventh Circuits have instructed that the *Cammer* factors serve only as a guide for determining market efficiency to be applied in a case-by-case basis in addition to other considerations and that, while important in certain cases, the fifth *Cammer* factor is not a mandatory prerequisite in every case for finding market efficiency. *Waggoner v. Barclays PLC*, 875 F.3d 79, 97-98 (2d Cir. 2017); *Gariety v. Grant Thornton, LLP*, 368 F.3d 356, 368 (4th Cir. 2004); *Unger v. Amedisys Inc.*, 401 F.3d 316, 323 (5th Cir. 2005); *Bell v. Ascendant Solutions, Inc.,* 422 F.3d 307, 313, 316 (5th Cir. 2005*); Local 703, I.B. of T. Grocery & Food Employees Welfare Fund v. Regions Financial Corp.*, 762 F.3d 1248, 1255-56 (11th Cir. 2014). Although these circuit courts require proof and thorough analysis of market efficiency in context, they disclaim rigid adherence to a bright line test. The parties have not cited, and the Court has not found, contrary authority."
> ***Di Donato*, 333 F.R.D. at 438.**

> "Plaintiffs may prove market efficiency without satisfying the fifth *Cammer* factor."
> ***Id.* at 441-42.**

98. A recent Sixth Circuit, *Esperion Therapeutics* decision noted that the empirical fifth *Cammer* factor is the one factor that attracts the most contention, but need not because "market efficiency can be established without regard to the fifth *Cammer* factor."

---

[55] *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427 438, 441-442 (D. Ariz. 2019).

> "The parties have expended much effort discussing and disputing the application of the fifth *Cammer* factor, whether it has been met, and whether it matters if it has or has not been met. In fact, it doesn't matter. '[N]o court has adopted a per se rule that any one *Cammer* factor is dispositive.' *Strougo v. Barclays PLC*, 312 F.R.D. 307, 320-21 (S.D.N.Y. 2016). Numerous Courts within the Sixth Circuit have held that market efficiency can be established without regard to the fifth *Cammer* factor. *See In re Accredo Health, Inc. Sec. Litig.*, 2006 WL 1716910, *10 (W.D. Tenn. 2006) (even if plaintiffs failed to establish *Cammer* 5, 'this alone would not negate the efficiency of the market'); *Zwick Partners, LP v. Quorum Health Corp.*, 2019 WL 1450546, *13 (M.D. Tenn. 2019) (market efficiency established without reference to *Cammer* 5); *Burges v. BancorpSouth, Inc.*, 2017 WL 2772122, *9 (M.D. Tenn. 2017)(same); *Ross v. Abercrombie & Fitch Co.*, 257 F.R.D. 435, 454 (S.D. Ohio 2009)(same)."
> **Dougherty v. Esperion Therapeutics, Inc., No. 16-10089, 2020 WL 2832252, at *6 (E.D. Mich. May 31, 2020), *report and recommendation adopted*, No. 16-10089, 2020 WL 6793326 (E.D. Mich. Nov. 19, 2020).**

99. Nonetheless, significant stock price reactions to new valuation-relevant information do demonstrate market efficiency and are compelling empirical evidence of market efficiency. The empirical analysis that I conducted provides such evidence.

100. The collective event study analysis that I conducted provides empirical evidence that ProAssurance stock traded in an efficient market during the Class Period. ProAssurance stock exhibited statistically significant stock price reactions to Company announcements. The stock price movements following earnings announcements were much more frequently statistically significant than were the stock price movements on all other days, which were predominantly ordinary days with less information flow. This result proves that the ProAssurance stock price responded to Company-specific information released during the Class Period, which is the hallmark of an efficient market. There was a cause-and-effect relationship between the release of new

Company information and changes in ProAssurance's stock price, which demonstrates and therefore indicates market efficiency.

### A.    Event Studies

101.    Event studies test whether a security responds to new information. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers to assess market efficiency. Professor Fama attests:

> "The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies can give a clear picture of the speed of adjustment of prices to information."
> **"Efficient Capital Markets: II," by Eugene F. Fama, *The Journal of Finance*, vol. 46, no. 5, 1991, p. 1607.**

102.    Campbell et al. [1997] present a useful description and examples of the event study methodology and write about how it is generally accepted and widely used in academic research.[56] Gold et al. [2017] describe how the methodology is generally accepted and widely used in forensic applications.[57]

103.    An event study measures how much a security price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a security price change is explained by market and industry sector factors, rather than

---

[56] "Event-Study Analysis," by John Campbell et al., Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.

[57] "Federal Securities Acts and Areas of Expert Analysis," by Kevin L. Gold et al., Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2017.

company-specific information, so that those influences can be statistically factored out. The portion of a security price change that cannot be attributed to market or sector factors is called the residual security price movement or "residual return." The event study isolates the residual return and tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

104. If a security's event date residual return is statistically significant, it means that the security price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by the new, company-specific information. A statistically significant stock price reaction to the release of information demonstrates market efficiency. It is proof that the stock price responded to information.

## B.   Collective Event Study Test

### 1.   Collective Event Study Test Design and Methodology

105. If a company's news events collectively exhibit a significantly greater frequency of statistically significant stock price movements than do non- or lesser-news days, this finding establishes that the stock consistently reacts to company-specific information and is therefore compelling empirical evidence that the stock trades in an efficient market. One can test for market efficiency, therefore, by assessing collectively whether the stock of a company exhibits statistically significant returns more often on days with greater information flow than on more typical days with less news. If the frequency of statistically significant stock price movements is greater among a collection of news days than among all other non- or lesser-news days, this result establishes that there is a cause-and-effect relationship between the flow of company-specific information and stock price movements, which indicates market efficiency.

106.    The group of eight testifying finance experts (including myself) who wrote an *Amici Curiae* brief for *Halliburton II* recognized collective event study tests as valid tests of market efficiency. The brief explained that an empirical analysis of market efficiency may be performed as follows:

> "[D]ivide the days of the class period *ex ante* into expected news days and non-news days before examining price movements, and then compare the stock's price movements in the two categories to see if there is a statistically significant difference in price movement between the two categories. If the study finds a difference in price movement between the two sample sets (*e.g.*, earnings-release dates versus non-earnings-release dates), that is statistical evidence that the market incorporates new public information into the price of the stock."
> **"Brief of Testifying Economists *Amici Curiae* in Support of Respondent," *Haliburton Co. and David Lesar v. Erica P. John Fund, Inc.,* 573 U.S. 258, 134 (2014), p. 10.**

107.    I conducted a collective event study analysis for ProAssurance common stock during the Class Period. I focused on the Company's earnings announcements and preliminary earnings announcements, comparing those information events to all other days during the Class Period. According to the finance literature, the flow of company-specific information is elevated on earnings announcement dates.[58] A greater incidence of significant stock returns on earnings and preliminary earnings announcement dates, therefore, would show that ProAssurance stock reacted to information, which is the essence of informational market efficiency.

---

[58] *Financial Reporting: An Accounting Revolution*, 3rd Edition, by William H. Beaver, Prentice Hall, 1998, p. 38; and "Earnings Management to Exceed Thresholds," by Francois Degeorge et al., *The Journal of Business*, vol. 72, 1999, p. 1.

### 2.    Collective Event Study Tests of Market Efficiency are Widely Used and Accepted by Courts

108.    Collective event study tests that compare price movements on news days to non- or lesser-news days for purposes of assessing market efficiency are widely used in securities cases, are presented in the literature including peer-reviewed finance literature, and have been accepted by courts.

> "We start by examining the statistical properties of the cause-and-effect relationship between stock returns and disclosures when there is no link. In other words, the daily stock prices do not reflect full information and that significant abnormal returns are not associated with the disclosure of information. It then logically follows that, for this security we will observe that: (a) the security's returns are determined arbitrarily or in a random fashion, and (b) there will be no link between disclosures and significant abnormal returns, in other words, disclosures and significant returns are randomly distributed. To test this hypothesis, we have established a novel statistical method employing a generally accepted approach called 'bootstrap testing.' Both the DVI and HealthSouth courts have accepted the bootstrap approach. We have created test statistics to determine if the actual observations are likely to have been generated in a random fashion. If information disclosures are not linked to abnormal returns, then we would not expect there to be a statistically significant relationship that distinguishes those days when there are or are not disclosures of information from those days when there are or are not abnormal returns. In other words, there is no cause-and-effect correlation because the distributions of abnormal returns and disclosures are both random events."
> **"The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," by Michael L. Hartzmark and H. Nejat Seyhun,** *Virginia Law & Business Review*, **vol. 6, no. 3, 2012, pp. 458-459 (footnote omitted).**

39

"In terms of the application of the EMH [Efficient Market Hypothesis] to securities class actions, an important question is whether any allegedly fraudulent information would cause a change in the issuer's stock price. However, because the market does not know (at the time) whether any information it receives is legitimate or fraudulent, this question can be answered by testing whether the market for a particular issuer's stock responds to news more generally. If it does, then one is more confident that the stock price would be affected by any material false information or would have responded to material omitted information. If the stock price does not generally respond to news, then the presumption should then become that the stock was not affected by any false news and may not have responded to allegedly omitted information. Because stock prices move all the time, one must compare the movements in response to news stories with a control group of prices."
**"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-On-The-Market Cases," by Paul A. Ferrillo et al., *St. John's Law Review*, vol. 78, no. 1, 2004, p. 119.**

"For our application, the Fisher Exact test queries the null hypothesis that the event day incidence of significant returns is less than or equal to the non-event day incidence of significant returns. When a Fisher Exact test p value is less than or equal to 5%, one can reject the null hypothesis of non-reactivity in favor of the alternative characterization that the stock is reactive. We run the test per stock-year observation, to determine whether each particular stock in each year displayed reactivity. . . . Empirical proof of reactivity demonstrates the cause and effect relationship between information and stock price movements that Courts consider as evidence of market efficiency."
**"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021, pp. 215 and 233.**

109. Numerous courts have accepted collective event study tests as valid tests for establishing market efficiency and have acknowledged their "routine use" for this purpose.

"[C]ourts have . . . endorsed the comparison test that [Plaintiffs' expert] used. *See, e.g.*, *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008). This test 'involves comparing the percentage of days with news that have a statistically significant price movement to the percentage of days without news that have a statistically significant price movement.' Paul A. Ferrillo et al., *The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases*, 78 St. John's L. Rev. 81, 120 (2004). If the stock price is significantly more likely to change on News Days than on Non-News Days, that suggests a causal relationship between material news and the stock price."

***McIntire v. China MediaExpress Holdings, Inc.*, 38 F. Supp. 3d 415, 430 (S.D.N.Y. 2014).**

"There is no dispute that z-tests are commonly used and widely accepted statistical tools. … [Defendant's expert] contends that, because the article was not peer-reviewed, a z-test cannot be used to show market efficiency. Were Feinstein using a novel or questionable statistical technique, the Court would place more weight on the absence of peer review. But it is not necessary for every application of a commonly used statistical technique to be peer-reviewed. Indeed, the elegance of statistical methods is that they can be applied to data sets of varying substantive significance, from rates of emphysema to transactions on modern securities markets. Because the Court is convinced that the z-test is a well-established and sound statistical technique, the lack of peer review does not seriously undermine Feinstein's application of the z-test."

***In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 369 (S.D.N.Y. 2016).**

41

"Plaintiffs' expert, conducted an event study using Tidel's trading data. He identified two-day periods in which information pertaining to Tidel was released to the public and separated those two days from other two day periods in which there was no public information pertaining to Tidel. The periods were classified into 'information' versus 'non-information days.' Both experts analyzed the price changes on the 'information days' and the 'non-information days' and compared the results of the two groups. [Plaintiffs' expert] concluded that the price changes on information days versus non-information days was statistically significant, meaning there was a related cause and effect relationship between the release of information pertaining to Tidel and Tidel's stock price. Simply put, [Plaintiffs' expert's] tests indicated that Tidel's stock price reacted within a two-day window to news releases concerning Tidel, which indicates market efficiency."
***Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491, 506 (S.D. Tex. 2004).**

"Additionally, experts routinely use, and courts accept, collective tests on the earnings and guidance dates like the one utilized by Bettencourt. *See In re NII Holdings*, 311 F.R.D. [401, 412 (E.D. Va. 2015)] (finding expert's collective test of company's earnings announcements objective and reliable)."
***City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc., HQ*, 322 F. Supp. 3d 676, 688 (D. Md. 2018).**

### 3.    Focus on Quarterly and Preliminary Earnings Announcement Dates

110.    My collective event study test focused on ProAssurance's quarterly earnings announcements and preliminary earnings announcements, during which the Company reported financial information and other important Company news. Numerous well-known and highly regarded academic studies (for example, Beaver [1968], Ball and Brown [1968], Ball [1978], Watts [1978], Patell and Wolfson [1984], Ball and Kothari [1991], and Landsman and Maydew [2002]) have specifically examined stock price movements caused by

42

earnings announcements and concur that earnings announcements are generally important information events. I examined ProAssurance's earnings announcements to confirm that there was an elevated flow of economically material information about ProAssurance disseminated on those dates during the Class Period.

111. The Company announced earnings in press releases, which were also included in Form 8-K filings. The press releases were used to date and time the announcement events. ProAssurance's earnings announcement press releases during the Class Period were all published after the respective day's close of trading, with conference calls held the next day. As the press releases were all after the close of trading, for each event the effective event date on which the stock could first react to the Company news released would be the following trading day.

112. Table-1 presents the dates and times of ProAssurance's earnings announcements during the Class Period.

### Table-1: Class Period Earnings Announcements

|  | | Fiscal Quarter | Announcement Date | Release Time | Effective Date |
|---|---|---|---|---|---|
| [1] |  | Q2 2018 | 8/7/2018 | 4:15 PM | 8/8/2018 |
| [2] |  | Q3 2018 | 11/6/2018 | 4:15 PM | 11/7/2018 |
| [3] | * | Q4 2018 | 2/4/2019 | 4:30 PM | 2/5/2019 |
| [4] |  | Q4 2018 | 2/21/2019 | 4:25 PM | 2/22/2019 |
| [5] |  | Q1 2019 | 4/25/2019 | 5:20 PM | 4/26/2019 |
| [6] |  | Q2 2019 | 8/7/2019 | 4:15 PM | 8/8/2019 |
| [7] |  | Q3 2019 | 11/5/2019 | 4:15 PM | 11/6/2019 |
| [8] | * | Q4 2019 | 1/22/2020 | 4:15 PM | 1/23/2020 |
| [9] |  | Q4 2019 | 2/20/2020 | 4:25 PM | 2/21/2020 |
| [10] |  | Q1 2020 | 5/7/2020 | 4:15 PM | 5/8/2020 |

**Note:**

[*] On 4 February 2019 and 22 January 2020, the Company announced preliminary earnings results for Q4 2018 and Q4 2019, respectively.

43

113. ProAssurance's Q2 2018 earnings announcement occurred after the close of trading on 7 August 2018, the calendar day immediately preceding the start of the Class Period. The effective date of this earnings announcement event, however, is 8 August 2018, which is the first day of the Class Period. Consequently, ProAssurance's Q2 2018 earnings announcement is included in the group of earnings announcements examined to test the efficiency of the market for ProAssurance stock during the Class Period.

114. ProAssurance's Q1 2020 earnings announcement was on 7 May 2020, which was the last day of the Class Period. Because the earnings announcement was after the close of trading that day, the effective event date is 8 May 2020, the first day immediately after the end of the Class Period. Because the event was an earnings announcement and occurred inside the Class Period, and because the effective event date has immediate proximity to the Class Period and is thus informative about Class Period market efficiency, I included this last earnings announcement event among the group of earnings announcement events tested in my collective event study for testing market efficiency.

115. Plaintiffs contend that the 7 May 2020 earnings announcement contained allegation-related corrective information. But, that is not the reason this event was included in my collective event study. The event was an earnings announcement, so it satisfies the screen for inclusion as a news event and rightfully belongs within the group of news events in the collective event study for testing market efficiency.

116. Notwithstanding that the 7 May 2020 earnings announcement satisfies the screen for inclusion as an event in the collective event study test, as shown below in the section on results of the collective event study, if I were to exclude that event (with effective event date of 8 May 2020) from my

collective event study test, the conclusions and implications of the collective event study test remain the same.

### a. A Caveat About Non-Significant Security Price Movements

117. It is important to note that a collective event study tests the joint hypotheses that i) the stock trades in an efficient market, and ii) the appropriate valuation impact of the information disseminated on the event date, according to valuation principles, is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but a finding of non-significance for a given event does not necessarily establish inefficiency, because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular announcement or event.[59]

118. For example, if a company reports business results that are in line with the expectations of analysts and investors, although the announcement would be important, the mix of information may not have changed sufficiently on that date to warrant a statistically significant stock price change. The release of important information consistent with market expectations would simply maintain the stock price, whereas important information inconsistent with prior expectations would cause a change in the stock price. Similarly, if an important announcement is made alongside countervailing confounding news that impacts the stock price in the opposite direction, the mix of news may cause no statistically significant stock price reaction in an efficient market.[60] In these examples, a modest stock price movement, or even no movement at

---

[59] See, e.g., "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," by Alon Brav and J.B. Heaton, *Washington University Law Review.,* vol. 93, no. 2, 2015, p. 602.

[60] Confounding information is simultaneously released unrelated company-specific information.

all, may be the appropriate stock price reaction in an efficient market. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant stock price movement would show that the stock behaved as it should in an efficient market.[61]

119.    Similarly, when a company deceives analysts and investors by concealing important information, the effect of the concealment would generally not be a statistically significant stock price movement at the time of the material omission or over the duration of its concealment. Instead, the concealment merely would maintain the mix of information as it was previously, so the price impact would be maintenance of the price level where it was previously.

120.    A collective event study testing market efficiency does not require identification of events on which allegation-related information was disclosed. Events should be selected on the basis of an independent analysis of which candidate events are informative about market efficiency, and these events may be either related or unrelated to alleged misrepresentations. In the same vein, an ideal candidate event for testing market efficiency should not

---

[61] Of note, it is becoming increasingly recognized in the literature that the 95% confidence level is not the only statistical finding dispositive of correlation and causation. While significance at the 95% confidence level provides strong proof that the information conveyed by the disclosure event caused the price reaction, it is also well-known and now generally accepted that significance at less than the 95% confidence level is informative as well.

Significance at less than the 95% confidence level certainly does not disprove that an event impacted the stock price. See, e.g., *A Guide to Econometrics*, by Peter Kennedy, 6th Edition, Blackwell Publishing, 2008, p. 60 "Hypothesis tests are usually conducted using a type I error rate (probability of rejecting a true null) of 5%, but there is no good reason why 5% should be preferred to some other percentage. The father of statistics, R.A. Fisher, suggested it in an obscure 1923 paper, and it has been blindly followed ever since. Rosnow and Rosenthal (1989, p. 1277) recognize that 'surely, God loves the .06 as much as the .05.'".

Note also, "[s]tatistical significance may be part of an expert's reasoning, but the expert should also consider all possible explanations for scientific conclusion, including study design and the underlying scientific processes that affect the result. To the extent there are other studies or data that contradict the expert's conclusion, the expert should not dismiss that other data merely because it is not statistically significant." ("New Views on Statistical Significance Affect Expert Testimony," by Josh Becker et al., *Law360.com*, 23 May 2019).

necessarily be excluded simply because it also happens to be related to the allegations of the case.

121. When selecting events for a collective event study testing market efficiency, each event need not be so momentous as to be expected to elicit a significant stock price reaction. Rather, the group of events is selected such that the group as a whole is characterized as having higher information flow than ordinary days. One would not expect all, or even necessarily most, of the event returns in a collective event study to be statistically significant. In a collective event study, statistical testing establishes whether the incidence rate of statistical significance within the news event group is elevated compared to all other dates. If so established, the finding proves the existence of a cause-and-effect relationship between information flow and stock price reaction.

### 4. Regression Analysis to Isolate the Impact of Company-Specific Information

122. One component of the collective event study analysis determines how much of the Company's stock return following each event was driven by market and industry sector factors, as opposed to Company-specific information, so that those influences can be statistically factored out. The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically behaved in relation to the overall market and its industry sector, and then using the regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the stock return that is attributable to market and sector factors is called the explained return.

47

123.    The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and industry sector effects.

124.    I ran a regression modeling the return of ProAssurance stock as a function of 1) a constant term, 2) the return of the overall stock market, and 3) a sector index return.

### b.    Market and Sector Indexes

125.    For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

126.    In its annual reports over the course of the Class Period, ProAssurance identified the SNL Property/Casualty Insurance Index as representative of its industry sector.[62] That index, previously compiled and maintained by SNL Financial, represented the performance of a broad portfolio of property and casualty company stocks. SNL Financial was acquired by McGraw Hill in 2015, the parent company of Standard and Poor's ("S&P"). I was informed by representatives of S&P that the SNL Property/Casualty Insurance Index is no longer available to the public, but has been replaced by the S&P Composite 1500 Property & Casualty Insurance Index. The S&P Composite 1500 Property & Casualty Insurance Index, like the SNL Property/Casualty Insurance Index before it, represents the stock performance of a broad

---

[62] ProAssurance Corporation, FY 2018 Annual Report, p. 6; ProAssurance Corporation, FY 2019 Annual Report, p. 6; and ProAssurance Corporation, FY 2020 Annual Report, p. 4. SNL Financial LC is now a division of S&P Global, Inc., https://www.spglobal.com/marketintelligence/en/campaigns/snl-financial.

portfolio of property and casualty company stocks. The S&P Composite 1500 Property & Casualty Insurance Index comprises all property and casualty insurance companies that are also constituents of the S&P 500, the S&P MidCap 400, or the S&P SmallCap 600. As it is a comprehensive index of publicly traded property and casualty insurance companies, and is identified by S&P as the replacement for the SNL Property/Casualty Insurance Index, I used the S&P Composite 1500 Property & Casualty Insurance Index to represent ProAssurance's industry sector.

127.    For the event study regression, I modified the S&P Composite 1500 Property & Casualty Insurance Index to remove ProAssurance.[63] Removing ProAssurance from the industry sector index produces an industry sector index (the "Sector Index") that mitigates the simultaneity of effects, wherein ProAssurance's returns cause as well as are caused by changes in the industry sector index. The adjustment provides a purer measure of the independent sector effect.

128.    All returns used in the regression are logarithmic returns – *i.e.*, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages. Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

129.    ProAssurance's stock prices, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents the Market Index and Sector Index data.

---

[63] I obtained from S&P the daily weight of ProAssurance in the S&P Composite 1500 Property & Casualty Insurance Index. Using this data, I removed the weighted returns of ProAssurance from the S&P Composite 1500 Property & Casualty Insurance Index.

c.    **Elevated Volatility in the Covid Pandemic Period**

130.    A prerequisite condition for valid regression analysis is that the residual returns have the same volatility throughout the entire estimation period. This condition is called homoskedasticity. If residual return volatility is not constant, that condition is called heteroskedasticity.

131.    The Class Period in this case spans the start of the Covid-19 pandemic, during which many stocks exhibited elevated volatility.[64] To ascertain whether or not the ProAssurance residual returns satisfied the homoskedasticity condition, I ran the regression over the entire Class Period and tested the collection of residual returns for homoskedasticity using both a Breusch-Pagan test and a White test, two generally accepted statistical tests for this purpose.[65]

132.    The Breusch-Pagan test indicated no significant problem with changing volatility, but the White test did detect heteroskedasticity.

133.    On 30 January 2020, the Director-General of the World Health Organization declared the novel coronavirus outbreak a Public Health Emergency of International Concern.[66] This date is therefore a reasonable juncture at which the ProAssurance's volatility likely increased. To assess whether or not the apparent heteroskedasticity stems from a change in volatility coinciding with

---

[64] See, e.g., "Securities Litigation Event Studies in the Covid Volatility Regime," by Steven Feinstein and O. Miguel Villanueva, *Journal of Forensic Economics*, Forthcoming 2022.

[65] "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity," by Halbert White, *Econometrica*, vol. 48, 1980; "A Simple Test for Heteroscedasticity and Random Coefficient Variation," by T.S. Breusch and A. R. Pagan, *The Econometric Society*, vol. 47, 1979; "Multiple Regression," in *Quantitative Methods*, by Richard A. DeFusco, Dennis W. McLeavey, et al., Association for Investment Management and Research (CFA Institute), 2019, p. 303; and *A Guide to Econometrics*, 6th Edition, by Peter Kennedy, Blackwell Publishing, Ltd., 2008, pp. 116-117, 131.

[66] "WHO Director-General's statement on IHR Emergency Committee on Novel Coronavirus (2019-nCoV)," speech transcript, World Health Organization, 30 January 2020, https://www.who.int/director-general/speeches/detail/whodirector-general-s-statement-on-ihr-emergency-committee-on-novel-coronavirus-(2019-ncov); and "Statement on the second meeting of the International Health Regulations (2005) Emergency Committee regarding the outbreak of novel coronavirus (2019-nCoV)," World Health Organization, 30 January 2020, https://www.who.int/news/item/30-01-2020-statement-on-the-second-meeting-of-the-international-health-regulations-(2005)-emergency-committeeregarding- the-outbreak-of-novel-coronavirus-(2019-ncov).

the start of the pandemic, I re-ran the regression using only the Class Period dates preceding 30 January 2020 – that is, on the subperiod of 8 August 2018 through 29 January 2020 ("Pre-Covid Period"). The regression was estimated excluding the 70 trading days from 30 January 2020 through 8 May 2020 ("Covid Period").

134.   I then tested the Pre-Covid Period regression results for heteroskedasticity. For this regression, neither the Breusch-Pagan test nor the White test indicated heteroskedasticity.

135.   As described below, following a methodology prescribed in published peer-reviewed finance and statistics literature, I resolved the heteroskedasticity statistical problem in this case by restricting the regression estimation to the Pre-Covid Period, and then using those regression results with adjustments to assess statistical significance of return observations in both subperiods.[67] I determined whether each day in the Pre-Covid Period was statistically significant using a standard $t$-test. For the days in the Covid Period, I assessed statistical significance using the Covid Period empirical distribution of the residual $t$-statistic values, in accordance with the published peer-reviewed methodology.

136.   The choice of using data surrounding the event dates of interest for the event study regressions is a widely used and generally accepted practice in event study analysis.

---

[67] See e.g., "Valid Inference in Single-Firm, Single-Event Studies," by Jonah Gelbach et al., *American Law and Economics Review*, vol. 15, No. 2, 2013; "A Note on the Asymptotic Distribution of Sample Quantiles," by A. M. Walker, *Journal of the Royal Statistical Society*, Series B, vol. 30, No. 3 (1968), and "Securities Litigation Event Studies in the Covid Volatility Regime," by Steven Feinstein and O. Miguel Villanueva, *Journal of Forensic Economics*, Forthcoming 2022.

51

"Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
**"Materiality and Magnitude: Event Studies in the Courtroom," by David I. Tabak and Frederick C. Dunbar, Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

137. I used dummy variables in the regression model to control for the potentially abnormal returns on the earnings announcement events. Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology.[68]

138. The regression results are presented in Exhibit-6.

139. For each date in the Class Period, I computed the explained portion of ProAssurance's stock return by adding 1) the estimated regression intercept term, 2) the day's Market Index return multiplied by the Market Index coefficient, and 3) the day's Sector Index return multiplied by the Sector Index coefficient. I then computed the residual return for each date by subtracting the explained return from the actual return.

---

[68] See, e.g., "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, vol. 13, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker et al., *Journal of Financial & Quantitative Analysis*, vol. 15, no. 2, 1980.

### 5. Standard *t*-Test for Return Observations in the Pre-Covid Portion of the Class Period

140. For each date in the Pre-Covid Period, a statistical test called a *t*-test was conducted to determine whether the residual return of ProAssurance stock was statistically significant. A *t*-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period. Statistical significance for a news event date means that the return, after controlling for the overall stock market and industry sector effects, was of such large magnitude that the stock return cannot reasonably be attributed to random volatility, but rather must have been caused by Company-specific news. A *t*-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the news event residual return was unlikely to have been caused by random volatility and is therefore deemed statistically significant.[69]

---

[69] This test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, *i.e.*, the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%. This is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value of 2.58 for large samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 99% confidence level.

### 6. Empirical Distribution *t*-Test for Return Observations in the Covid Period Portion of the Class Period

141. When running an event study on a period during which volatility has suddenly increased substantially, the standard event study methodology can produce unreliable results if no adjustment is made to the significance critical value to reflect the increased volatility.

142. Following the World Health Organization's declaration of Covid as a Public Health Emergency of International Concern on 30 January 2020, stock market volatility increased substantially. During the year preceding 30 January 2020, the daily volatility of CRSP market index returns was 0.72%; in the period running from 30 January 2020 through 8 May 2020, the daily CRSP return volatility was 3.63%. In the year preceding 30 January 2020, the daily volatility of ProAssurance stock was 1.57%. In the Covid Period, ProAssurance had a daily stock return volatility of 5.76%.

143. The significant heteroskedasticity detected by the White test when the regression was estimated over the entire Class Period, and the absence of heteroskedasticity when the regression is estimated only on Pre-Covid Period data is consistent with there having been a spike in return volatility coinciding with the start of the Covid Period.

144. With the higher volatility in the Covid Period, the usual distributional assumptions for the *t*-test of significance are inadequate because they produce too many false positives. Driven by the much higher volatility, many random stock price movements during the Covid Period may seem to be statistically significant when the stock return regression is estimated on pre-Covid data and the usual 5% critical value cutoff of 1.96 is used to identify statistical

significance at the 95% confidence level.[70] Far more than 5% of returns would have seemingly significant *t*-statistics. Without a correction to the critical value cutoff for statistical significance, one may mistake large price movements that were caused by volatility for significant stock price movements caused by information disclosures. This problem was specifically addressed in a recent peer-reviewed article that I co-authored with Miguel Villanueva, Ph.D., forthcoming in the *Journal of Forensic Economics*.[71] That article also presents a solution to the problem.

145.   If one were to use the critical value of 1.96 to test for the significance of the ProAssurance residual returns in the Covid Period, 44.3% of the 70 days in that period would appear to be statistically significant. This excessive number of spurious seemingly significant days highlights the need to correct the critical *t*-statistic value so that the *t*-test will appropriately identify only truly statistically significant residual returns – that is, those residual returns that represent such large movements, so far from the norm, that they reasonably could not have been caused by random volatility.

146.   Following published peer-reviewed methodology presented in Gelbach et al. [2013], Walker [1968], and Feinstein and Villanueva [2022], I corrected the critical *t*-statistic for returns in the Covid Period, so as to accommodate the heightened volatility in that period. The methodology is to use the empirical distribution of daily stock return *t*-statistics in the Covid Period to locate the critical *t*-statistic value that defines the 5% probability tails of the residual return distribution in that period. That critical *t*-statistic value is then used in

---

[70] The usual 1.96 critical value corresponds to the 5% probability tail of a Standard Normal distribution, which is also the 5% probability tail of the *t*-distribution for large samples.

[71] "Securities Litigation Event Studies in the Covid Volatility Regime," by Steven Feinstein and O. Miguel Villanueva, *Journal of Forensic Economics*, Forthcoming 2022.

the Covid Period as the cutoff to identify statistically significant residual return observations.[72]

147. I computed residual returns for all return observations in the Covid Period using the model coefficients estimated by the Pre-Covid Period regression. I then constructed $t$-statistics for all residual returns in the Covid Period by dividing each residual return by the standard error estimated by the Pre-Covid Period regression. To produce the empirical histogram of the Covid Period $t$-statistics, I sorted the Covid Period $t$-statistics from minimum to maximum. Thusly sorted, I identified the thresholds for the top and bottom 2.5 percentile values – that is, the bottom threshold that defines where the most negative 2.5% of all $t$-statistics reside and the top threshold that defines where the largest 2.5% of all $t$-statistics reside. These thresholds are the empirical distribution's two-tail critical values for the 5% significance level.[73]

148. A Covid Period residual return is statistically significant if its $t$-statistic is more extreme, positively or negatively, than the 2.5% $t$-statistic tail thresholds of the Covid Period $t$-statistic empirical distribution.

### C. Collective Event Study Test Results

149. Exhibit-7 presents the event study results for all dates in the Class Period. The event study results for the earnings dates are presented in Exhibit-8. The Class Period and the immediately subsequent trading day comprised 441 trading

---

[72] "Valid Inference in Single-Firm, Single-Event Studies," by Jonah Gelbach et al., *American Law and Economics Review*, Vol 15, No. 2, 2013; "A Note on the Asymptotic Distribution of Sample Quantiles," by A. M. Walker, *Journal of the Royal Statistical Society*, Series B, Vol. 30, No. 3 (1968); and "Securities Litigation Event Studies in the Covid Volatility Regime," by Steven Feinstein and O. Miguel Villanueva, *Journal of Forensic Economics*, Forthcoming 2022.

[73] The critical $t$-statistic for the top 2.5 percentile is 8.28, and the critical $t$-statistic for the bottom 2.5 percentile is -7.53. As there are 70 observations in the Covid Period, the top and bottom 2.5 percentile values correspond with the top and bottom two $t$-statistics in the empirical distribution (70 * 2.5% = 1.75). The 8 May 2020 residual return was the number-1 most negative residual return in the Covid Period, and had a $t$-statistic of -23.76.

days, of which ten days were earnings event dates. Six of the ten earnings events elicited statistically significant returns. This frequency represents a significance incidence rate of 60.0%. Of the remaining 431 trading days, deemed for purposes of this test to be lesser news or non-news days, 25 were statistically significant, which is an incidence rate of 5.8%.

150. I conducted a statistical test to determine whether six of ten earnings announcements eliciting statistically significant stock price reactions was frequent enough to indicate market efficiency. The statistical test, known as the Fisher Exact Test, determines whether six statistically significant stock returns out of ten earnings announcements could have been the result of random chance alone, or alternatively must have been caused by a consistent cause-and-effect relationship between the release of Company information and Company stock price movements. The Fisher Exact Test is a commonly used and widely accepted methodology for testing whether incidence rates are meaningfully different between two groups of data. A higher incidence of statistical significance on earnings announcement event dates would indicate that ProAssurance stock responded to information and thereby demonstrated market efficiency.

151. The Fisher Exact Test finds that this difference in significance incidence rates, 60.0% versus 5.8%, is highly statistically significant and could not reasonably have happened on account of random chance alone. The earnings announcement days did, in fact, exhibit a significantly greater incidence of statistically significant returns compared to all other days.

152. The probability that six of ten earnings announcement days would be statistically significant if ProAssurance stock did not respond to information (such that the stock behaves the same on news- and non-news days) is only 0.00128%. With a confidence level of 99.99872%, this finding rejects the null

hypothesis that ProAssurance stock behaved no differently on earnings announcement days with a greater flow of information than on all other days.[74] The conclusion is that ProAssurance stock reacted to information and its market therefore demonstrated informational efficiency.

## VIII.  MARKET EFFICIENCY SUMMARY

153.  ProAssurance stock traded on the NYSE with numerous market makers facilitating trading in the stock. Trading volume was well above the level warranting a strong presumption of market efficiency. The Company was widely covered by analysts and the news media. Institutional ownership of ProAssurance stock was widespread. The Company was eligible for S-3 registration throughout the Class Period and did file an S-3 registration statement during the Class Period. Market capitalization and float were high. The stock's bid-ask spread was substantially more narrow than the average bid-ask spread among all other stocks traded on U.S. exchanges. No impediments to market efficiency were present.

154.  ProAssurance stock also satisfied the empirical *Cammer* factor, observably reacting to information flow, thereby demonstrating market efficiency. The collective event study test proved that there was a cause-and-effect relationship between new, Company-specific information and movements in the price of ProAssurance stock during the Class Period.

---

[74] If I were to exclude the 7 May 2020 earnings announcement event (which occurred after the close, so that 8 May 2020 is the effective stock return date) from the collective event study test, the incidence frequency of statistical significance among news dates would be five of nine (55.6%), and the frequency of statistically significant returns among lesser or non-news dates would still be 25 of 431 (5.8%). This difference in significant return frequency would still be statistically significant, associated with a p-value of 0.01098% and an associated confidence level of 99.98902%. With a high degree of confidence, this finding still rejects the null hypothesis that the price of ProAssurance stock behaved no differently on earnings announcement dates (news dates) than on lesser or non-news dates.

155.    In sum, by wide margins, the market for ProAssurance stock satisfied all of the *Cammer* and *Krogman* factors, which indicate market efficiency. Given these facts, I conclude that ProAssurance stock traded in an efficient market over the course of the Class Period.[75]

## IX.    COMMON DAMAGES METHODOLOGY

156.    Lead Counsel for the Plaintiffs asked me to opine on whether Section 10(b) per share damages can be measured using a common Class-wide methodology that is consistent with the Plaintiffs' theory of liability.

157.    Section 10(b) addresses liability for investor losses sustained in connection with the purchase or sale of securities as a result of fraudulent material misrepresentations and omissions.

158.    It should be noted that I have not conducted a loss causation analysis or computed damages at this time and reserve the right to address such issues at the appropriate stage. The full loss causation analysis that will be necessary to actually calculate damages in the current case requires the full development of the record.

159.    The out-of-pocket damage methodology discussed herein can be applied commonly for all Class members. The out-of-pocket damage methodology is used to compute damages in virtually all securities class action cases. It is

---

[75] I also examined the *Cammer* and *Krogman* factors for the two subintervals, the Pre-Covid Period and the Covid Period. The purpose of this additional analysis was to assess whether there were any meaningful structural changes in the market for ProAssurance stock across these Periods. As shown in Appendix-2, there were no meaningful differences in the *Cammer* and *Krogman* factor results between the subintervals.

acknowledged as the appropriate model in numerous legal cases[76] and in published legal scholarship.[77]

160. Out-of-pocket damages are measured as the difference between the amount of stock price inflation at purchase and the amount of inflation in the stock price at sale or, if held, at the end of the Class Period, taking into account formulaic prescriptions in relevant case law and statutes. Artificial inflation is the difference between the observed market price of a security and what that price would have been but for the misrepresentations and omissions.

161. This methodology allows the calculation of individual and Class-wide damages stemming from various alleged misrepresentations and omissions. The methodology therefore accommodates alternative potential determinations of liability with respect to specific alleged misrepresentations and omissions. Economic analyses, including valuation and empirical event study analysis, can be used to estimate the relationship between specific statements or sets of statements and the subsequent effect on stock prices, in the case of affirmative statements, omissions, and/or corrective disclosures. As such, Class-wide damages in response to the specific misrepresentations

---

[76] See, e.g., *In re Acuity Brands, Inc. Sec. Litig.* 2020 WL 5088092, at *7 (N.D. Ga. Aug. 25, 2020) (acknowledging that the defendant's expert agreed that out-of-pocket damages is "the most common method for calculating economic damages in a Rule 10b-5 matter" and acknowledging that it is in accordance with recent Supreme Court case law); *City of Sunrise Gen. Employees' Ret. Plan v. FleetCor Techs., Inc.*, 2019 WL 3449671, at *6 (N.D. Ga. July 17, 2019) (endorsing plaintiff's expert's assertion that "the standard and well-settled formula for assessing damages for each class member under Section 10(b) is the 'out-of-pocket' method"); *Weiner v. Tivity Health, Inc.*, No. 3:17-cv-01469, 23 (M.D. Tenn. Jan. 29, 2020); *Dougherty v. Esperion Therapeutics, Inc.,* No. 16-10089, 2020 WL 2832252, at *6 (E.D. Mich. May 31, 2020), report and recommendation adopted, No. 16-10089, 2020 WL 6793326 (E.D. Mich. Nov. 19, 2020); *City of Miami Gen. Employees' & Sanitation Employees' Ret. Tr. v. RH, Inc.*, No. 17-cv-00554-YGR, 2018 WL 4931543, at *3 (N.D. Cal. Oct. 11, 2018) ("Courts regularly reaffirm that the out-of-pocket, or event study, method matches plaintiffs' theory of liability under Section 10(b) of the Securities Exchange Act, making it the standard method for calculating damages in virtually every Section 10(b) class action.").

[77] See, e.g., "Cause for Concern: Causation and Federal Securities Fraud," by Jill E. Fisch, *Iowa Law Review*, vol. 94, 2009; and "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," by Daniel R. Fischel, *The Business Lawyer*, 38 Bus. Law. 1, 1982 ("Isolating the effect of the alleged misconduct on the firm's stock price is required by the out-of-pocket measure of damages, the traditional method for computing damages in open market trading cases under the rule 10b-5, which limits recovery to the difference between the price paid or received, and the 'real' value of the security at the time of the purchase/sale.").

and omissions ultimately established by Plaintiffs can be calculated in a straightforward manner common to all Class members.

162. To the extent that there may be specific issues complicating the quantification of artificial inflation encountered in the execution of the out-of-pocket damage methodology due to any potentially unique facts and circumstances of this case, the standard tools of valuation analysis can be applied as needed. Valuation tools can be applied to measure what the price of ProAssurance stock would have been but for the alleged misrepresentations and omissions.

163. Valuation analysis is undertaken continuously, every day, for virtually every publicly-traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages in this case. Valuations assuming alternative scenarios are commonly conducted by analysts and investors.

164. Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are, for example: valuation multiple models, such as those based on earnings, earnings before interest, tax, depreciation and amortization (EBITDA), revenue, book value, and cash flow; discounted cash flow (DCF) models; scenario analysis, and the literature regarding valuation effects of factors such as reputation, quality of accounting, mergers, acquisitions, and impairments. In addition, forensic analysts have the added benefit of being able to use event study analysis, which quantifies the price effects that occurred when information did reach the market.

165. Assuming a verdict for the Plaintiffs on the allegations of fraud, Section 10(b) per share damages can be measured as follows:

i. First, valuation tools, which would include event study analysis, and potentially other empirical analyses, if necessary, would be used to establish if the disclosures correcting the misrepresentations and omissions, caused the price of ProAssurance stock to fall. This analysis, after controlling for potentially non-fraud-related information, would establish if the misrepresentations and omissions had caused the stock price to be artificially inflated, and if corrective disclosures caused that artificial inflation to dissipate, in turn causing investor losses. This analysis would apply on a Class-wide basis.

ii. Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the misrepresentations and omissions was in the price of ProAssurance stock on each day during the Class Period, if any. An inflation ribbon is a time series of the difference between a stock's actual price observed in the marketplace, and the estimated price that the stock would have traded at each day had there been full disclosure. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure that eliminates all remaining artificial inflation from the stock price, back to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The corrective disclosure that finally eliminates all remaining artificial inflation may occur after the end of the Class Period.

iii.    Supplementing event study results, the full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for stock prices under the assumption of prior full disclosure. This analysis would also apply on a Class-wide basis.

iv.    Third, the measure of per share damages generally applied in Section 10(b) cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss). That is, per share damages would be calculated as the difference between the inflation on the date the shares were purchased and the inflation on the date those same shares were subsequently sold.

v.    Per share damages are limited, however, to be no greater than the decline in the share price over the investor's holding period, which is the investment loss actually sustained.

vi.    Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. § 78u-4(e)), for purposes of computing the investment loss limitation on damages, for any shares sold during the 90-day period after the final corrective disclosure, the investment loss is computed as if the selling price was the greater of the actual selling price or the average closing price following the final corrective disclosure to the sale date. For any shares held 90 days or more beyond the final corrective disclosure, the investment loss is computed as if the shares were sold for the average closing price over the 90 days following the final corrective disclosure.

vii.    The calculation of each Class member's per share damages would be a mechanical arithmetic exercise for all Class members who bought ProAssurance stock during the Class Period, applying the results of the

Class-wide analyses described above to each Class member's stock trading data.

166. In the instant case, just as in virtually all Section 10(b) class action securities cases, damages for all Class members can be computed using the out-of-pocket damage methodology, common analytics, and readily available daily pricing information. This damage model is consistent not only with Plaintiffs' theory of liability, but also with governing statutes and case law.

167. I have not yet been asked to calculate damages. The exact damages calculations will depend, in part, on the completion of discovery and full development of the record in this case. However, any valuation or computational complexities that may be encountered in the execution of the damage model will affect all Class members commonly, and therefore will be addressed in a common fashion. The methodology described above is generally accepted and widely used for calculating damages under Section 10(b) for all Class members in securities class actions.

## X.    LIMITING FACTORS AND OTHER ASSUMPTIONS

168.    This report is furnished solely for the purpose of court proceedings in the above-referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of the report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work in this matter.

Steven P. Feinstein, Ph.D., CFA

## XI.    APPENDIX-1: LOGARITHMIC RETURNS

A1-1. Logarithmic returns, rather than percent change returns, are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
    $R_t$ is the logarithmic return on day t;
    $P_t$ is the stock price at the end of day t;
    $P_{t-1}$ is the stock price from the previous day, day t-1;
    $d_t$ is the dividend on day t, if any.

A1-2. The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
    $DR_t$ is the dollar return on day t;
    $P_{t-1}$ is the stock price from the previous day, day t-1;
    e is natural e (approximately 2.7);
    $R_t$ is the logarithmic return on day t.

A1-3. If a stock falls from \$20 to \$18, the percent change in price is -10%, equal to the \$2 decline divided by the original \$20 price. The logarithmic return, however, is -10.54%, equal to ln(\$18/\$20).

A1-4. The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A1-5. An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused

by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

## XII.   APPENDIX-2: PROASSURANCE *CAMMER & KROGMAN* SUBINTERVAL ANALYSIS

A-2.   ProAssurance satisfied all of the *Cammer* and *Krogman* factors in both the Pre-Covid Period and the Covid Period, as well as over the course of the entire Class Period.

| | Pre-Covid Period 8/8/2018-1/29/2020 | Covid Period 1/30/2020-5/7/2020 |
|---|---|---|
| **Trading Volume** | | |
| Average Daily Volume (Shares) | 0.27 million | 0.34 million |
| Average Weekly Turnover | 2.50% | 3.17% |
| **Analysts, Institutional Holdings, & News Coverage** | | |
| # of Analysts | 8 | 7 |
| # of Analysts from Reports | 7 | 5 |
| # of Additional Analysts from Conference Calls | 1 | 2 |
| # of Institutional Investors | 410 | 248 |
| # of News Articles | 260 | 72 |
| **Market Makers** | | |
| Exchange Listing | NYSE | NYSE |
| # of Market Makers | 70 | 50 |
| **Eligibility for S-3 Registration** | | |
| Filing Requirement Satisfied | Yes | Yes |
| Float Range ($) | $1.59 billion - $2.60 billion | $1.03 billion - $1.76 billion |
| Eligible for S-3 Registration | Yes | Yes |
| **Market Capitalization** | | |
| Average Market Capitalization | $2.15 billion | $1.37 billion |
| Market Capitalization Range | $1.62 billion - $2.65 billion | $1.04 billion - $1.79 billion |
| Percentile | 77.90% | 71.50% |
| **Float** | | |
| Average Float ($) | $2.12 billion | $1.34 billion |
| Average Float (Shares) | 52.76 million | 53.01 million |
| Average Float as a % of Shares Outstanding | 98.25% | 98.54% |
| Percentile | 75.70% | 71.20% |
| **Bid-Ask Spread** | | |
| Average Bid-Ask Spread ($) | $0.02 | $0.02 |
| Average Market Bid-Ask Spread ($) | $0.12 | $0.24 |
| Average Bid-Ask Spread (%) | 0.04% | 0.07% |
| Average Market Bid-Ask Spread (%) | 0.59% | 0.80% |

**Exhibit-1**
**Documents and Other Information Considered**

## CASE DOCUMENTS

- Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed 26 March 2021.
- Memorandum Opinion, issued 10 December 2021.

## NEWS ARTICLES/PRESS RELEASES

- Factiva news articles from 8 August 2017 to 7 August2018, downloaded using the following search parameters: All Sources; All Authors; Company: ProAssurance Corporation; All Subjects; All Industries; All Regions.
- Factiva news articles from 8 August 2018 to 7 May 2020, downloaded using the following search parameters: All Sources; All Authors; Company: ProAssurance Corporation; All Subjects; All Industries; All Regions.
- Factiva news articles from 8 May 2020 to 8 May 2021, downloaded using the following search parameters: All Sources; All Authors; Company: ProAssurance Corporation; All Subjects; All Industries; All Regions.

## ANALYST REPORTS

- Analyst reports, 8 August 2018 through 7 May 2020, obtained from Plaintiffs' counsel, in the following files:
  - 2016-01-20 TruistSecurities.
  - 2016-02-23 JanneyMontgomeryScottLLC.
  - 2016-02-23 RaymondJamesAssociates.
  - 2016-02-23 TruistSecurities.
  - 2016-02-25 TruistSecurities.
  - 2016-03-03 RaymondJamesAssociates.
  - 2016-03-08 TruistSecurities.
  - 2016-04-28 TruistSecurities.
  - 2016-04-29 RaymondJamesAssociates.
  - 2016-05-09 JanneyMontgomeryScottLLC.
  - 2016-05-12 RaymondJamesAssociates.
  - 2016-11-10 RaymondJamesAssociates.
  - 2017-02-27 RaymondJamesAssociates.
  - 2017-04-10 TruistSecurities.
  - 2017-04-11 BoenningScattergoodInc.
  - 2017-05-08 RaymondJamesAssociates.

**Exhibit-1**
**Documents and Other Information Considered**

- o  2017-08-01 RaymondJamesAssociates.
- o  2017-08-08 BoenningScattergoodInc.
- o  2017-08-15 RaymondJamesAssociates.
- o  2017-08-23 TruistSecurities.
- o  2017-11-06 TruistSecurities.
- o  2017-11-07 BoenningScattergoodInc.
- o  2017-11-13 RaymondJamesAssociates.
- o  2018-02-22 BoenningScattergoodInc.
- o  2018-03-01 RaymondJamesAssociates.
- o  2018-03-12 TruistSecurities.
- o  2018-04-03 TruistSecurities.
- o  2018-05-04 BoenningScattergoodInc.
- o  2018-05-08 RaymondJamesAssociates.
- o  2018-08-08 RaymondJamesAssociates.
- o  2018-11-06 BuckinghamResearchGroupInc.
- o  2018-11-07 BoenningScattergoodInc.
- o  2018-11-07 TruistSecurities.
- o  2018-11-12 RaymondJamesAssociates.
- o  2018-11-19 RaymondJamesAssociates.
- o  2018-11-29 TruistSecurities.
- o  2018-12-14 TruistSecurities.
- o  2019-01-02 TruistSecurities.
- o  2019-02-04 TruistSecurities.
- o  2019-02-05 BoenningScattergoodInc.
- o  2019-02-05 TruistSecurities.
- o  2019-02-06 BuckinghamResearchGroupInc.
- o  2019-02-20 RaymondJamesAssociates.
- o  2019-02-22 BoenningScattergoodInc.
- o  2019-02-22 BuckinghamResearchGroupInc.
- o  2019-02-22 TruistSecurities.
- o  2019-02-26 BoenningScattergoodInc.
- o  2019-02-28 RaymondJamesAssociates.
- o  2019-03-11 TruistSecurities.
- o  2019-03-18 BuckinghamResearchGroupInc.
- o  2019-03-19 BuckinghamResearchGroupInc.
- o  2019-04-26 BoenningScattergoodInc.
- o  2019-08-07 TruistSecurities.
- o  2019-08-08 BoenningScattergoodInc.
- o  2019-08-08 BuckinghamResearchGroupInc.
- o  2019-08-08 TruistSecurities.

**Exhibit-1**
**Documents and Other Information Considered**

- 2019-08-16 RaymondJamesAssociates.
- 2019-08-28 TruistSecurities.
- 2019-10-21 TruistSecurities.
- 2019-11-06 BoenningScattergoodInc.
- 2019-11-06 BuckinghamResearchGroupInc.
- 2019-11-06 TruistSecurities.
- 2019-11-07 RaymondJamesAssociates.
- 2020-01-07 PiperSandlerCompanies.
- 2020-01-22 PiperSandlerCompanies.
- 2020-01-23 BoenningScattergoodInc.
- 2020-01-23 InsidePC.
- 2020-01-23 RaymondJamesAssociates.
- 2020-01-23 SunTrustRobinsonHumphrey.
- 2020-02-07 BuckinghamResearchGroupInc.
- 2020-02-20 PiperSandlerCompanies.
- 2020-02-21 BoenningScattergoodInc.
- 2020-02-26 RaymondJamesAssociates.
- 2020-02-28 PiperSandlerCompanies.
- 2020-05-07 PiperSandlerCompanies.
- 2020-05-08 BoenningScattergoodInc.
- 2020-05-08 PiperSandlerCompanies.
- 2020-05-08 TruistSecurities.
- 2020-05-11 BoenningScattergoodInc.
- 2020-05-11 RaymondJamesAssociates.
- PRA analyst reports 01012016-12312017 vol01.
- PRA analyst reports 01012016-12312017 vol02.
- PRA analyst reports 01022019-04262019 vol03.
- PRA analyst reports 01222020-08132020 vol01.
- PRA analyst reports 04292019-12242019 vol02.

71

**Exhibit-1**
**Documents and Other Information Considered**

**SEC FILINGS**

- ProAssurance Corporation, Inc., Form 10-K for the fiscal year ended 31 December 2018, filed 21 February 2019.
- ProAssurance Corporation, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 20 February 2020.
- ProAssurance Corporation, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed 26 February 2021.
- ProAssurance Corporation, Inc., Form 8-K, filed 7 August 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 30 August 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 4 September 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 5 September 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 10 October 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 6 November 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 13 November 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 28 November 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 3 December 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 5 December 2018.
- ProAssurance Corporation, Inc., Form 8-K, filed 21 February 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 4 March 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 6 March 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 4 April 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 12 April 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 25 April 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 25 April 2019(2).
- ProAssurance Corporation, Inc., Form 8-K, filed 26 April 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 26 April 2019 (2).
- ProAssurance Corporation, Inc., Form 8-K, filed 22 May 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 11 June 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 1 July 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 16 July 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 7 August 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 26 August 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 4 September 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 5 November 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 8 November 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 13 November 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 10 December 2019.
- ProAssurance Corporation, Inc., Form 8-K, filed 22 January 2020.
- ProAssurance Corporation, Inc., Form 8-K, filed 20 February 2020.

**Exhibit-1**
**Documents and Other Information Considered**

- ProAssurance Corporation, Inc., Form 8-K, filed 21 February 2020.
- ProAssurance Corporation, Inc., Form 8-K, filed 21 February 2020(2).
- ProAssurance Corporation, Inc., Form 8-K, filed 3 March 2020.
- ProAssurance Corporation, Inc., Form 8-K, filed 4 March 2020.
- ProAssurance Corporation, Inc., Form 8-K, filed 7 May 2020.
- ProAssurance Corporation, Inc., Form 8-K, filed 19 May 2020.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 31 March 2018, filed 3 May 2018.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 30 June 2018, filed 7 August 2018.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 30 September 2018, filed 6 November 2018.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 31 March 2019, filed 7 May 2019.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 30 June 2019, filed 7 August 2019.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 30 September 2019, filed 5 November 2019.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 31 March 2020, filed 7 May 2020.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 30 June 2020, filed 10 August 2020.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 30 September 2020, filed 5 November 2020.
- ProAssurance Corporation, Inc., Form 10-Q for the quarterly period ended 31 March 2021, filed 7 May 2021.
- ProAssurance Corporation, Inc., Form S-3ASR, filed 24 May 2019.

**ANNUAL REPORTS**

- ProAssurance Corporation, Inc., Annual Report 2018.
- ProAssurance Corporation, Inc., Annual Report 2019.
- ProAssurance Corporation, Inc., Annual Report 2020.

**Exhibit-1**
**Documents and Other Information Considered**

## ACADEMIC AND PROFESSIONAL LITERATURE

- Aktas, Nihat, Eric de Bodt, and Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, vol. 13, 2007.
- Atkins, Allen B., and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, vol. 25, no. 4, 1990.
- Ball, Ray, "Anomalies in Relationships Between Securities' Yield and Yield-Surrogates," *Journal of Financial Economics*, vol. 6, 1978.
- Ball, Ray, and S. P. Kothari, "Security Returns around Earnings Announcements," *The Accounting Review*, vol. 66, no. 4, 1991.
- Ball, Ray, and Stephen J. Brown, "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research*, 1968.
- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, 1994.
- Beaver, William H., "The Information Content of Annual Earnings Announcements," *Journal of Accounting and Research*, 1968.
- Beaver, William H., *Financial Reporting: An Accounting Revolution*, 3rd ed., Pearson, 1998.
- Becker, Josh, Aaron Block, and Patrick Hill, "New Views on Statistical Significance Affect Expert Testimony," *Law360.com*, 23 May 2019.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," *Washington University Law Review*, vol. 93, no. 2, 2015.
- Brennan, Michael, Narasimhan Jegadeesh, and Bhaskaran Swaminathan, "Investment Analysis and the Adjustment of Stock Prices to Common Information," *The Review of Financial Studies*, vol. 6, no. 4, 1993.
- Breusch, T.S., and A.R. Pagan, "A Simple Test for Heteroscedasticity and Random Coefficient Variation," *The Econometric Society*, vol. 47, 1979.
- Bromberg, Alan R., Lewis D. Lowenfels, and Michael J. Sullivan, *Securities Fraud and Commodities Fraud,* 2003.
- Campbell, John Y., Andrew W. Lo, and A. Craig MacKinlay, "Event-Study Analysis," Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Chordia, Tarun, Richard Roll, and Avanidhar Subrahmanyam, "Liquidity and Market Efficiency," *Journal of Financial Economics*, vol. 87, 2008.
- Ciesielski, Jack T. and Elaine Henry, "Analysis of Financial Institutions," in *Financial Reporting and Analysis*, Association for Investment Management and Research (CFA Institute), 2019.
- DeFusco, Richard A., Dennis W. McLeavey, et. al., "Multiple Regression," in *Quantitative Methods*, Association for Investment Management and Research (CFA Institute), 2019.

74

**Exhibit-1**
**Documents and Other Information Considered**

- Degeorge, François, Jayendu Patel, and Richard Zeckhauser, "Earnings Management to Exceed Thresholds," *Journal of Business*, vol. 72, no. 1, 1999.
- Demsetz, Harold, "The Cost of Transacting," *The Quarterly Journal of Economics,* vol. 82, no. 1, 1968.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, vol. 25, no. 2, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, vol. 46, no. 5, 1991.
- Feinstein, Steven, and O. Miguel Villanueva, "Securities Litigation Event Studies in the Covid Volatility Regime," *Journal of Forensic Economics*, Forthcoming 2022.
- Ferrillo, Paul A., Frederick C. Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review*, vol. 78, no. 1, 2004.
- Fisch, Jill E., "Cause for Concern: Causation and Federal Securities Fraud," *Iowa Law Review*, vol. 94, 2009.
- Fisch, Jill E., "The Role and Regulation of the Research Analyst," Chapter 17 of the *Research Handbook on the Economics of Corporate Law*, edited by Claire Hill and Brett McDonnell, Edward Elgar, 2012.
- Fischel Daniel R., "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer*, 38 Bus. Law. 1, 1982.
- Gelbach, Jonah, et. al., "Valid Inference in Single-Firm, Single-Event Studies," *American Law and Economics Review*, vol. 15, No. 2, 2013.
- George, Thomas J., and Francis A. Longstaff, "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," *Journal of Financial and Quantitative Analysis*, vol. 28, No. 3, 1993.
- Gold, Kevin L., Eric Korman, and Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Hartzmark, Michael L. and H. Nejat Seyhun, "The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," *Virginia Law & Business Review,* vol. 6, No. 3, 2012.
- Kennedy, Peter, *A Guide to Econometrics*, 6th ed., Blackwell Publishing, 2008.
- Landsman, Wayne R., and Edward L. Maydew, "Has the Information Content of Quarterly Earnings Announcements Declined in the Past Three Decades?" *Journal of Accounting Research*, vol. 40, no. 3, 2002.
- Larcker, David F., Lawrence A. Gordon, and George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, vol. 15, no. 2, 1980.

**Exhibit-1**
**Documents and Other Information Considered**

- Patell, James M. and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics*, vol. 13, 1984.
- Reilly, Frank K., and Keith C. Brown, "Organization and Functioning of Securities Markets," *Equity and Fixed Income CFA Program Curriculum*, vol. 5, Pearson Custom Publishing, 2008.
- Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- Villanueva, Miguel, and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021.
- Walker, A.M. "A Note on the Asymptomatic Distribution of Sample Quantiles," *Journal of Royal Statistical Society*, Series B, Vol. 30, No. 3, 1968.
- Watts, Ross L., "Systematic 'Abnormal' Returns after Quarterly Earnings Announcements" *Journal of Financial Economics*, vol. 6, 1978.
- White, Halbert, "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity," *Econometrica*, vol. 48

**CONFERENCE CALLS TRANSCRIPTS**

- "Q4 2020 ProAssurance Corp Earnings Call," *Refinitiv*, conference call, 23 February 2021.
- "Q3 2020 ProAssurance Corp Earnings Call," *Refinitiv*, conference call, 6 November 2020.
- "Q2 2020 ProAssurance Corp Earnings Call," *Refinitiv*, conference call, 11 August 2020.
- "Q1 2020 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 8 May 2020.
- "Q4 2019 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 21 February 2020.
- "Q3 2019 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 6 November 2019.
- "Q2 2019 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 8 August 2019.
- "Q1 2019 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 26 April 2019.
- "Q4 2018 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 22 February 2019.

**Exhibit-1**
**Documents and Other Information Considered**

- "Q3 2018 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 7 November 2018.
- "Q2 2018 ProAssurance Corp Earnings Call," *Thomson Reuters*, conference call, 8 August 2018.

## DATA AND DATABASES

- Bloomberg
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- Refinitiv Eikon

## LEGAL CASES

- *Amgen Inc. v. Conn. Ret. Plans & Trust Funds*, 568 U.S. 455 (2013).
- *Basic, Inc. v. Levinson*, 485 U.S. 224 (1988).
- *Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J. 1989).
- *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484 (S.D. Fla. 2003).
- *City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc., HQ,* 322 F. Supp. 3d 676 (D. Md. 2018).
- *City of Miami Gen. Employees' & Sanitation Employees' Ret. Tr. v. RH, Inc.*, No. 17-cv-00554-YGR, 2018 WL 4931543, at *3 (N.D. Cal. Oct. 11, 2018).
- *City of Sunrise Gen. Employees' Ret. Plan v. FleetCor Techs., Inc.*, 2019 WL 3449671, at *6 (N.D. Ga. July 17, 2019).
- *Di Donato v. Insys Therapeutics*, 333 F.R.D. 427, 437-42 (D.Ariz. 2019).
- *Dougherty v. Esperion Therapeutics, Inc.*, No. 16-10089, 2020 WL 2832252, at *6 (E.D. Mich. May 31, 2020), *report and recommendation adopted*, No. 16-10089, 2020 WL 6793326 (E.D. Mich. Nov. 19, 2020).
- *Halliburton Co. v. Erica P. John Fund, Inc.,* 573 U.S. 258 (2014).
- *In re Acuity Brands, Inc. Sec. Litig.*, 2020 WL 5088092, at *7 (N.D. Ga. Aug. 25, 2020).
- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266 (S.D.N.Y. 2008).
- *In re Banc of California Sec. Litig.,* 326 F.R.D. 649 (C.D. Cal. 2018).
- *In re NetBank, Inc. Secs. Litig.*, 259 F.R.D. 656 (N.D. Ga. 2009).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).
- *Lehocky v. Tidel Techs., Inc.,* 220 F.R.D. 491 (S.D. Tex. 2004).
- *McIntire v. China MediaExpress Holdings, Inc.,* 38 F. Supp. 3d 415 (S.D.N.Y. 2014).
- *Monroe County Employees' Retirement System v. Southern Company*, 332 F.R.D. 370 (N.D. Ga. 2019).
- *Smilovits v. First Solar, Inc.*, 295 F.R.D. 423 (D. Ariz. 2013).

77

**Exhibit-1**
**Documents and Other Information Considered**

- *Unger v. Amedisys*, *Inc.* 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563 (C.D. Cal. 2012).
- *Waggoner v. Barclays PLC*, 875 F.3d (2d Cir. 2017).
- *Weiner v. Tivity Health, Inc.*, No. 3:17-cv-01469, 23 (M.D. Tenn. Jan. 29, 2020).


**OTHER**

- "Brief of Financial Economists as *Amici Curiae* in Support of Respondents," *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc. F/K/A Archdiocese of Milwaukee Supporting Fund, Inc.*, 5 February 2014.
- "Brief of Testifying Economists as *Amici Curiae* in Support of Respondent," *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.* 573 U.S. 258, 134 (2014).
- "Fact Sheet; Designated Market Makers," NYSE Euronext, 2012.
- "Medical Malpractice Insurance," by Jack Curran, *IBISWorld*, January 2022.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8812, 20 June 2007.
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- Section 10(b) of the Exchange Act of 1934.
- "Statement on the second meeting of the International Health Regulations (2005) Emergency Committee regarding the outbreak of novel coronavirus (2019-nCoV)," World Health Organization, 30 January 2020, https://www.who.int/news/item/30-01-2020-statement-on-the-second-meeting-of-the-international-health-regulations-(2005)-emergency-committee-regarding-the-outbreak-of-novel-coronavirus-(2019-ncov).
- "WHO Director-General's statement on IHR Emergency Committee on Novel Coronavirus (2019-nCoV)," speech transcript, World Health Organization, 30 January 2020, https://www.who.int/director-general/speeches/detail/who-director-general-s-statement-on-ihr-emergency-committee-on-novel-coronavirus-(2019-ncov).
- Any other documents cited in my report.

78

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present          BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995          BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994          WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present          CROWNINSHIELD FINANCIAL RESEARCH, INC.
                        Brookline, MA
                        President and Senior Expert

1996 - 2008             THE MICHEL-SHAKED GROUP
                        Boston, MA
                        Senior Expert (2001 - 2008)
                        Affiliated Expert (1996 - 2001)

1987 - 1990             FEDERAL RESERVE BANK OF ATLANTA
                        Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment
        Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and
        Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Securities Litigation Event Studies in the Covid Volatility Regime," (with Miguel
Villanueva) forthcoming publication in *Journal of Forensic Economics*.

"Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/
Krogman Factors," (with Miguel Villanueva) *Review of Quantitative Finance and
Accounting*, 2021, Vol. 57, 203-234.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt)
*Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades,"
(with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September
2013, Vol. 24, No. 2, 161-173.

80

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked) *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.
"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management.* New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*. New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.


**PRESENTATIONS**

"SPAC Public Warrant Valuation Using Iterative Monte Carlo Simulation," (with Ayussh Ahujua, Achraf Krafssi, and Dukalion Tsapalas) at the Financial Management Association Annual Meeting, October 2021.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of

83

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing


**COURSES TAUGHT**

Advanced Derivative Securities (MBA)
Babson College Fund (Undergraduate and MBA)
Capital Markets (MBA)
Continuous-Time Finance (Doctoral)
Corporate Finance (MBA and Executive)
Corporate Financial Strategy (MBA)
Cross-Functional Management (Integrated curriculum, Undergraduate) Equity Markets (MBA)
Derivatives: Theory and Practice (MBA)
Financial Reporting and Corporate Finance (MBA)
Financial Management (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)
Integrated Management (Undergraduate)
Investments (MBA and Executive)
Mod B: Decision Making and Applications, Finance stream (MBA)
Options and Futures (Undergraduate)
Risk Management (MBA)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Security Valuation (Undergraduate and MBA)

85

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

## SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

Exhibit-3

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio
Eastern Division
Testimony at Evidentiary Hearing
April 2018

In Re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

In Re Community Health Systems Securities Litigation
Case No. 11-cv-0433
United States District Court
Middle District of Tennessee
Deposition Testimony
June 2018

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
June 2018

In Re Blackberry Limited Securities Litigation
Case No. 13-cv-07060-CM-KHP
United States District Court
Southern District Of New York
Deposition Testimony
July 2018

In Re Orbital ATK, Inc. Securities Litigation
Case No. 1:16-cv-01031-TSE-MSN
United States District Court
Eastern District of Virginia
Deposition Testimony
July 2018

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Correction Corporation of America Securities Litigation
Case No. 3:16-cv-02267
United States District Court
Middle District of Tennessee
Deposition Testimony
July 2018

In Re SunEdison, Inc. Securities Litigation
Case No. 16-md-2742-PKC
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re Flower Foods, Inc. Securities Litigation
Case No. 7:16-CV-00222-WLS
United States District Court
Middle District of Georgia
Valdosta Division
Deposition Testimony
September 2018

In Re Inovalon Holdings, Inc. Securities Litigation
Case No. 1:16-cv-04923-VM
United States District Court
Southern District of New York
Deposition Testimony
December 2018

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018

In Re First Solar, Inc. Securities Litigation
Case No. 2:12-cv-00555-DGC
United States District Court
District of Arizona
Deposition Testimony
January 2019

89

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Trial Testimony
January 2019

In Re Seaworld Entertainment, Inc. Securities Litigation
Case No. 3:14-cv-02129-MMA-AGS
United States District Court
Southern District of California
Deposition Testimony
March 2019

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Testimony at Evidentiary Hearing
May 2019

In Re Equifax, Inc. Securities Litigation
Consolidated Case No. 1:17-Cv-03463-TWT
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
July 2019
In Re Twitter, Inc. Securities Litigation
Case No. 3:16-cv-05314-JST
United States District Court
Northern District of California
San Francisco Division
Deposition Testimony
September 2019

In Re Chemical And Mining Company Of Chile, Inc. Securities Litigation
Case No. 1:15-cv-02106-ER-GWG
United States District Court
Southern District of New York
Deposition Testimony
October 2019

90

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re OvaScience, Inc. Securities Litigation
Case No. 1:17-cv-10511-IT
United States District Court
District of Massachusetts
Deposition Testimony
December 2019

In Re Grupo Televisa Securities Litigation
Civil Action No. 1:18-cv-01979-LLS
United States District Court
Southern District Of New York
Deposition Testimony
April 2020

In Re Blackberry Limited Securities Litigation
Case No. 13-cv-07060-CM-KHP
United States District Court
Southern District Of New York
Deposition Testimony
July 2020

In Re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
October 2020

In Re Johnson & Johnson Securities Litigation
Civil Action No. 3:18-cv-01833-FLW-TJB
United States District Court
District of New Jersey
Deposition Testimony
October 2020

In Re Envision Healthcare Corporation Securities Litigation
Civil Action No. 3:17-cv-01112
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
January 2021

91

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Novo Nordisk Securities Litigation
Civil Action No. 3:17-cv-209-BRM-LHG
United States District Court
District of New Jersey
Deposition Testimony
February 2021

In Re Jeld-Wen Holding, Inc. Securities Litigation
Civil Action No. 3:20-cv-00112-JAG
United States District Court
Eastern District of Virginia
Richmond Division
Deposition Testimony
January 2021

In Re Jeld-Wen Holding, Inc. Securities Litigation
Civil Action No. 3:20-cv-00112-JAG
United States District Court
Eastern District of Virginia
Richmond Division
Deposition Testimony
February 2021

In Re Vale S.A. Securities Litigation
Civil Action No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
March 2021
In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District of Pennsylvania
Deposition Testimony
May 2021

In Re Apple Inc. Securities Litigation
Case No. 4:19-cv-02033-YGR
United States District Court
Northern District of California
Oakland Division
Deposition Testimony
June 2021

92

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District of Pennsylvania
Deposition Testimony
July 2021

In Re Endo International PLC Securities Litigation
Master File No. 2:17-cv-05114-MMB
United States District Court
Eastern District of Pennsylvania
Deposition Testimony
July 2021

In Re McKesson Corporation Securities Litigation
Master File No. 3:18-cv-06525-CRB
United States District Court
Northern District of California
Deposition Testimony
August 2021

In Re Perrigo Company PLC Securities Litigation
Master File No. 2:18-cv-02074
United States District Court
District of New Jersey
Deposition Testimony
October 2021

In Re Wells Fargo & Company Securities Litigation
Master File No. 3:18-cv-03948-JD
United States District Court
Northern District of California
Deposition Testimony
November 2021

In Re Super Micro Computer, Inc. Securities Litigation
Master File No. 4:18-cv-00838-JST
United States District Court
Northern District of California
Deposition Testimony
January 2022

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
January 2022

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 8/7/2018 | $42.20 | - | $42.25 | $42.30 | 389,927 | |
| 8/8/2018 | $44.50 | - | $44.45 | $44.50 | 541,762 | 5.31% |
| 8/9/2018 | $44.60 | - | $44.60 | $44.65 | 319,086 | 0.22% |
| 8/10/2018 | $45.05 | - | $45.00 | $45.05 | 444,724 | 1.00% |
| 8/13/2018 | $45.90 | - | $45.90 | $45.95 | 588,382 | 1.87% |
| 8/14/2018 | $46.55 | - | $46.55 | $46.60 | 631,237 | 1.41% |
| 8/15/2018 | $46.75 | - | $46.70 | $46.75 | 541,670 | 0.43% |
| 8/16/2018 | $47.65 | - | $47.65 | $47.70 | 413,086 | 1.91% |
| 8/17/2018 | $47.60 | - | $47.55 | $47.60 | 596,966 | -0.10% |
| 8/20/2018 | $47.45 | - | $47.40 | $47.45 | 366,553 | -0.32% |
| 8/21/2018 | $48.00 | - | $47.95 | $48.00 | 245,651 | 1.15% |
| 8/22/2018 | $47.45 | - | $47.35 | $47.40 | 248,921 | -1.15% |
| 8/23/2018 | $47.60 | - | $47.55 | $47.60 | 154,455 | 0.32% |
| 8/24/2018 | $48.00 | - | $48.00 | $48.05 | 140,535 | 0.84% |
| 8/27/2018 | $48.35 | - | $48.35 | $48.40 | 239,352 | 0.73% |
| 8/28/2018 | $48.25 | - | $48.25 | $48.30 | 171,187 | -0.21% |
| 8/29/2018 | $47.95 | - | $47.95 | $48.00 | 217,652 | -0.62% |
| 8/30/2018 | $48.00 | - | $48.00 | $48.05 | 138,086 | 0.10% |
| 8/31/2018 | $48.35 | - | $48.30 | $48.35 | 195,008 | 0.73% |
| 9/4/2018 | $48.25 | - | $48.20 | $48.25 | 239,153 | -0.21% |
| 9/5/2018 | $48.75 | - | $48.75 | $48.80 | 213,107 | 1.03% |
| 9/6/2018 | $49.00 | - | $49.00 | $49.05 | 162,594 | 0.51% |
| 9/7/2018 | $49.25 | - | $49.20 | $49.25 | 232,861 | 0.51% |
| 9/10/2018 | $48.00 | - | $47.95 | $48.00 | 199,760 | -2.57% |
| 9/11/2018 | $48.10 | - | $48.05 | $48.10 | 181,974 | 0.21% |
| 9/12/2018 | $48.05 | - | $48.00 | $48.05 | 204,986 | -0.10% |
| 9/13/2018 | $48.55 | - | $48.55 | $48.60 | 138,422 | 1.04% |
| 9/14/2018 | $49.40 | - | $49.35 | $49.40 | 223,705 | 1.74% |
| 9/17/2018 | $48.45 | - | $48.40 | $48.50 | 275,546 | -1.94% |
| 9/18/2018 | $48.30 | - | $48.30 | $48.35 | 280,505 | -0.31% |
| 9/19/2018 | $47.85 | - | $47.80 | $47.85 | 348,341 | -0.94% |
| 9/20/2018 | $48.00 | - | $47.95 | $48.00 | 284,368 | 0.31% |
| 9/21/2018 | $47.90 | - | $47.90 | $47.95 | 539,441 | -0.21% |
| 9/24/2018 | $46.85 | - | $46.85 | $46.90 | 293,535 | -2.22% |
| 9/25/2018 | $47.45 | - | $47.45 | $47.50 | 271,971 | 1.27% |
| 9/26/2018 | $46.75 | - | $46.65 | $46.70 | 224,087 | -1.49% |
| 9/27/2018 | $46.60 | $0.31 | $46.60 | $46.65 | 186,735 | 0.34% |
| 9/28/2018 | $46.95 | - | $46.95 | $47.00 | 252,158 | 0.75% |
| 10/1/2018 | $45.72 | - | $45.72 | $45.73 | 161,783 | -2.65% |
| 10/2/2018 | $45.67 | - | $45.70 | $45.71 | 207,479 | -0.11% |
| 10/3/2018 | $45.70 | - | $45.69 | $45.70 | 322,577 | 0.07% |
| 10/4/2018 | $45.77 | - | $45.76 | $45.77 | 214,796 | 0.15% |
| 10/5/2018 | $45.62 | - | $45.62 | $45.64 | 218,810 | -0.33% |
| 10/8/2018 | $46.15 | - | $46.16 | $46.17 | 249,940 | 1.16% |
| 10/9/2018 | $46.28 | - | $46.26 | $46.27 | 335,798 | 0.28% |
| 10/10/2018 | $45.60 | - | $45.59 | $45.60 | 226,842 | -1.48% |

95

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|------|------|------|------|------|------|------|
| 10/11/2018 | $43.71 | - | $43.71 | $43.72 | 191,755 | -4.23% |
| 10/12/2018 | $43.36 | - | $43.34 | $43.35 | 207,447 | -0.80% |
| 10/15/2018 | $43.31 | - | $43.29 | $43.31 | 127,115 | -0.12% |
| 10/16/2018 | $43.92 | - | $43.91 | $43.92 | 158,026 | 1.40% |
| 10/17/2018 | $43.99 | - | $43.98 | $43.99 | 157,295 | 0.16% |
| 10/18/2018 | $44.00 | - | $44.00 | $44.01 | 227,407 | 0.02% |
| 10/19/2018 | $44.21 | - | $44.20 | $44.21 | 177,495 | 0.48% |
| 10/22/2018 | $44.12 | - | $44.12 | $44.13 | 135,162 | -0.20% |
| 10/23/2018 | $43.56 | - | $43.56 | $43.57 | 141,004 | -1.28% |
| 10/24/2018 | $42.49 | - | $42.47 | $42.48 | 139,802 | -2.49% |
| 10/25/2018 | $43.29 | - | $43.26 | $43.29 | 202,918 | 1.87% |
| 10/26/2018 | $42.98 | - | $42.97 | $42.98 | 210,927 | -0.72% |
| 10/29/2018 | $43.41 | - | $43.39 | $43.40 | 270,469 | 1.00% |
| 10/30/2018 | $44.50 | - | $44.50 | $44.51 | 146,009 | 2.48% |
| 10/31/2018 | $43.92 | - | $43.88 | $43.89 | 240,809 | -1.31% |
| 11/1/2018 | $43.38 | - | $43.34 | $43.35 | 245,987 | -1.24% |
| 11/2/2018 | $44.12 | - | $44.11 | $44.12 | 262,402 | 1.69% |
| 11/5/2018 | $44.30 | - | $44.27 | $44.30 | 233,245 | 0.41% |
| 11/6/2018 | $44.56 | - | $44.55 | $44.59 | 195,608 | 0.59% |
| 11/7/2018 | $46.16 | - | $46.15 | $46.16 | 472,181 | 3.53% |
| 11/8/2018 | $44.72 | - | $44.72 | $44.73 | 193,416 | -3.17% |
| 11/9/2018 | $44.11 | - | $44.09 | $44.11 | 207,576 | -1.37% |
| 11/12/2018 | $44.11 | - | $44.10 | $44.11 | 175,466 | 0.00% |
| 11/13/2018 | $43.78 | - | $43.78 | $43.79 | 237,151 | -0.75% |
| 11/14/2018 | $42.96 | - | $42.96 | $42.98 | 238,322 | -1.89% |
| 11/15/2018 | $43.79 | - | $43.79 | $43.83 | 171,037 | 1.91% |
| 11/16/2018 | $43.88 | - | $43.87 | $43.88 | 273,618 | 0.21% |
| 11/19/2018 | $43.86 | - | $43.83 | $43.86 | 221,083 | -0.05% |
| 11/20/2018 | $43.18 | - | $43.16 | $43.18 | 207,281 | -1.56% |
| 11/21/2018 | $43.40 | - | $43.37 | $43.40 | 101,391 | 0.51% |
| 11/23/2018 | $43.32 | - | $43.24 | $43.28 | 63,103 | -0.18% |
| 11/26/2018 | $43.56 | - | $43.56 | $43.57 | 196,628 | 0.55% |
| 11/27/2018 | $43.48 | - | $43.48 | $43.49 | 115,822 | -0.18% |
| 11/28/2018 | $44.11 | - | $44.11 | $44.12 | 196,444 | 1.44% |
| 11/29/2018 | $43.03 | - | $42.98 | $43.03 | 195,035 | -2.48% |
| 11/30/2018 | $43.73 | - | $43.73 | $43.75 | 247,569 | 1.61% |
| 12/3/2018 | $43.99 | - | $43.98 | $43.99 | 221,785 | 0.59% |
| 12/4/2018 | $42.23 | - | $42.24 | $42.27 | 239,360 | -4.08% |
| 12/6/2018 | $42.12 | - | $42.10 | $42.12 | 294,352 | -0.26% |
| 12/7/2018 | $40.94 | - | $40.94 | $40.96 | 223,875 | -2.84% |
| 12/10/2018 | $40.90 | - | $40.87 | $40.90 | 384,141 | -0.10% |
| 12/11/2018 | $40.78 | - | $40.78 | $40.79 | 192,270 | -0.29% |
| 12/12/2018 | $40.82 | - | $40.80 | $40.82 | 196,938 | 0.10% |
| 12/13/2018 | $40.08 | - | $40.08 | $40.09 | 201,252 | -1.83% |
| 12/14/2018 | $39.31 | - | $39.29 | $39.31 | 287,076 | -1.94% |
| 12/17/2018 | $38.72 | - | $38.71 | $38.72 | 343,406 | -1.51% |

96

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|------|------|------|------|------|------|------|
| 12/18/2018 | $39.06 | - | $39.04 | $39.05 | 278,351 | 0.87% |
| 12/19/2018 | $38.25 | - | $38.25 | $38.27 | 442,798 | -2.10% |
| 12/20/2018 | $37.94 | $0.81 | $37.94 | $37.96 | 294,675 | 1.30% |
| 12/21/2018 | $38.13 | - | $38.14 | $38.15 | 1,208,065 | 0.50% |
| 12/24/2018 | $37.18 | - | $37.20 | $37.21 | 163,634 | -2.52% |
| 12/26/2018 | $38.67 | - | $38.69 | $38.70 | 208,900 | 3.93% |
| 12/27/2018 | $39.47 | - | $39.47 | $39.49 | 282,855 | 2.05% |
| 12/28/2018 | $39.97 | - | $39.96 | $39.97 | 329,962 | 1.26% |
| 12/31/2018 | $40.56 | - | $40.54 | $40.55 | 216,653 | 1.47% |
| 1/2/2019 | $39.68 | - | $39.65 | $39.68 | 321,725 | -2.19% |
| 1/3/2019 | $39.29 | - | $39.27 | $39.28 | 216,594 | -0.99% |
| 1/4/2019 | $40.97 | - | $40.95 | $40.97 | 309,966 | 4.19% |
| 1/7/2019 | $40.81 | - | $40.78 | $40.81 | 255,165 | -0.39% |
| 1/8/2019 | $40.64 | - | $40.63 | $40.64 | 170,095 | -0.42% |
| 1/9/2019 | $40.72 | - | $40.71 | $40.72 | 164,120 | 0.20% |
| 1/10/2019 | $40.88 | - | $40.85 | $40.88 | 244,752 | 0.39% |
| 1/11/2019 | $41.05 | - | $41.00 | $41.02 | 212,841 | 0.41% |
| 1/14/2019 | $40.96 | - | $40.95 | $40.96 | 242,604 | -0.22% |
| 1/15/2019 | $40.98 | - | $40.95 | $40.98 | 265,759 | 0.05% |
| 1/16/2019 | $42.16 | - | $42.15 | $42.16 | 293,577 | 2.84% |
| 1/17/2019 | $41.98 | - | $41.98 | $41.99 | 362,842 | -0.43% |
| 1/18/2019 | $42.68 | - | $42.68 | $42.69 | 373,811 | 1.65% |
| 1/22/2019 | $42.06 | - | $42.06 | $42.08 | 196,295 | -1.46% |
| 1/23/2019 | $42.52 | - | $42.52 | $42.54 | 139,305 | 1.09% |
| 1/24/2019 | $42.23 | - | $42.22 | $42.23 | 130,276 | -0.68% |
| 1/25/2019 | $42.23 | - | $42.23 | $42.24 | 118,597 | 0.00% |
| 1/28/2019 | $42.34 | - | $42.33 | $42.35 | 173,016 | 0.26% |
| 1/29/2019 | $42.48 | - | $42.46 | $42.47 | 234,022 | 0.33% |
| 1/30/2019 | $42.38 | - | $42.37 | $42.38 | 162,183 | -0.24% |
| 1/31/2019 | $42.66 | - | $42.66 | $42.67 | 188,656 | 0.66% |
| 2/1/2019 | $43.05 | - | $43.00 | $43.04 | 152,224 | 0.91% |
| 2/4/2019 | $43.46 | - | $43.45 | $43.47 | 140,471 | 0.95% |
| 2/5/2019 | $40.98 | - | $40.99 | $41.02 | 386,247 | -5.88% |
| 2/6/2019 | $41.66 | - | $41.66 | $41.67 | 193,429 | 1.65% |
| 2/7/2019 | $42.59 | - | $42.59 | $42.60 | 283,844 | 2.21% |
| 2/8/2019 | $42.41 | - | $42.41 | $42.42 | 180,765 | -0.42% |
| 2/11/2019 | $42.86 | - | $42.84 | $42.85 | 227,985 | 1.06% |
| 2/12/2019 | $43.44 | - | $43.44 | $43.45 | 188,440 | 1.34% |
| 2/13/2019 | $43.61 | - | $43.61 | $43.62 | 281,861 | 0.39% |
| 2/14/2019 | $43.48 | - | $43.47 | $43.48 | 372,916 | -0.30% |
| 2/15/2019 | $44.63 | - | $44.60 | $44.62 | 501,798 | 2.61% |
| 2/19/2019 | $44.95 | - | $44.92 | $44.95 | 225,792 | 0.71% |
| 2/20/2019 | $45.36 | - | $45.35 | $45.36 | 235,375 | 0.91% |
| 2/21/2019 | $44.85 | - | $44.82 | $44.85 | 242,478 | -1.13% |
| 2/22/2019 | $43.70 | - | $43.70 | $43.71 | 365,097 | -2.60% |
| 2/25/2019 | $41.90 | - | $41.90 | $41.91 | 323,975 | -4.21% |

97

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 2/26/2019 | $41.16 | - | $41.16 | $41.17 | 372,970 | -1.78% |
| 2/27/2019 | $40.47 | - | $40.46 | $40.47 | 203,873 | -1.69% |
| 2/28/2019 | $40.60 | - | $40.58 | $40.60 | 248,393 | 0.32% |
| 3/1/2019 | $40.49 | - | $40.48 | $40.49 | 284,358 | -0.27% |
| 3/4/2019 | $40.00 | - | $40.00 | $40.01 | 244,283 | -1.22% |
| 3/5/2019 | $39.83 | - | $39.82 | $39.83 | 155,040 | -0.43% |
| 3/6/2019 | $38.74 | - | $38.70 | $38.74 | 209,325 | -2.77% |
| 3/7/2019 | $38.04 | - | $38.04 | $38.05 | 286,767 | -1.82% |
| 3/8/2019 | $38.15 | - | $38.15 | $38.16 | 161,216 | 0.29% |
| 3/11/2019 | $38.58 | - | $38.59 | $38.60 | 507,383 | 1.12% |
| 3/12/2019 | $38.46 | - | $38.45 | $38.46 | 229,487 | -0.31% |
| 3/13/2019 | $37.94 | - | $37.95 | $37.96 | 443,087 | -1.36% |
| 3/14/2019 | $37.59 | - | $37.57 | $37.59 | 535,975 | -0.93% |
| 3/15/2019 | $37.52 | - | $37.50 | $37.51 | 775,409 | -0.19% |
| 3/18/2019 | $37.22 | - | $37.20 | $37.21 | 810,559 | -0.80% |
| 3/19/2019 | $36.86 | - | $36.87 | $36.88 | 516,701 | -0.97% |
| 3/20/2019 | $36.14 | - | $36.15 | $36.16 | 324,530 | -1.97% |
| 3/21/2019 | $36.02 | - | $36.04 | $36.06 | 256,629 | -0.33% |
| 3/22/2019 | $35.25 | - | $35.25 | $35.26 | 305,301 | -2.16% |
| 3/25/2019 | $35.12 | - | $35.12 | $35.13 | 226,491 | -0.37% |
| 3/26/2019 | $35.73 | - | $35.73 | $35.75 | 197,841 | 1.72% |
| 3/27/2019 | $35.64 | - | $35.65 | $35.66 | 228,522 | -0.25% |
| 3/28/2019 | $35.00 | $0.31 | $34.99 | $35.00 | 269,489 | -0.93% |
| 3/29/2019 | $34.61 | - | $34.61 | $34.62 | 216,375 | -1.12% |
| 4/1/2019 | $35.11 | - | $35.05 | $35.11 | 219,844 | 1.43% |
| 4/2/2019 | $35.56 | - | $35.56 | $35.57 | 488,146 | 1.27% |
| 4/3/2019 | $35.16 | - | $35.16 | $35.17 | 205,003 | -1.13% |
| 4/4/2019 | $35.27 | - | $35.27 | $35.28 | 211,122 | 0.31% |
| 4/5/2019 | $35.83 | - | $35.85 | $35.86 | 480,674 | 1.58% |
| 4/8/2019 | $35.28 | - | $35.27 | $35.28 | 191,153 | -1.55% |
| 4/9/2019 | $34.71 | - | $34.71 | $34.72 | 157,870 | -1.63% |
| 4/10/2019 | $35.17 | - | $35.16 | $35.17 | 382,412 | 1.32% |
| 4/11/2019 | $35.36 | - | $35.36 | $35.37 | 284,783 | 0.54% |
| 4/12/2019 | $35.31 | - | $35.29 | $35.33 | 141,451 | -0.14% |
| 4/15/2019 | $35.16 | - | $35.13 | $35.16 | 189,252 | -0.43% |
| 4/16/2019 | $35.52 | - | $35.52 | $35.53 | 218,743 | 1.02% |
| 4/17/2019 | $35.34 | - | $35.36 | $35.37 | 213,691 | -0.51% |
| 4/18/2019 | $35.22 | - | $35.21 | $35.22 | 168,675 | -0.34% |
| 4/22/2019 | $35.02 | - | $35.03 | $35.05 | 162,524 | -0.57% |
| 4/23/2019 | $35.35 | - | $35.36 | $35.37 | 274,020 | 0.94% |
| 4/24/2019 | $36.02 | - | $36.02 | $36.03 | 176,478 | 1.88% |
| 4/25/2019 | $36.10 | - | $36.10 | $36.11 | 103,620 | 0.22% |
| 4/26/2019 | $35.71 | - | $35.69 | $35.71 | 648,005 | -1.09% |
| 4/29/2019 | $36.29 | - | $36.33 | $36.34 | 835,855 | 1.61% |
| 4/30/2019 | $37.53 | - | $37.53 | $37.54 | 382,832 | 3.36% |
| 5/1/2019 | $37.30 | - | $37.32 | $37.33 | 760,046 | -0.61% |

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 5/2/2019 | $37.15 | - | $37.18 | $37.19 | 282,093 | -0.40% |
| 5/3/2019 | $38.20 | - | $38.19 | $38.21 | 284,192 | 2.79% |
| 5/6/2019 | $38.62 | - | $38.62 | $38.63 | 391,350 | 1.09% |
| 5/7/2019 | $38.67 | - | $38.67 | $38.68 | 406,187 | 0.13% |
| 5/8/2019 | $39.20 | - | $39.20 | $39.21 | 471,272 | 1.36% |
| 5/9/2019 | $39.39 | - | $39.39 | $39.40 | 440,667 | 0.48% |
| 5/10/2019 | $39.92 | - | $39.90 | $39.92 | 300,468 | 1.34% |
| 5/13/2019 | $38.29 | - | $38.29 | $38.30 | 407,243 | -4.17% |
| 5/14/2019 | $38.69 | - | $38.69 | $38.70 | 291,846 | 1.04% |
| 5/15/2019 | $38.53 | - | $38.53 | $38.54 | 212,645 | -0.41% |
| 5/16/2019 | $38.98 | - | $38.94 | $38.96 | 493,677 | 1.16% |
| 5/17/2019 | $39.17 | - | $39.16 | $39.17 | 691,994 | 0.49% |
| 5/20/2019 | $38.52 | - | $38.50 | $38.51 | 521,978 | -1.67% |
| 5/21/2019 | $38.90 | - | $38.90 | $38.92 | 304,093 | 0.98% |
| 5/22/2019 | $38.65 | - | $38.64 | $38.65 | 277,963 | -0.64% |
| 5/23/2019 | $37.54 | - | $37.53 | $37.54 | 282,379 | -2.91% |
| 5/24/2019 | $38.45 | - | $38.45 | $38.46 | 197,523 | 2.40% |
| 5/28/2019 | $38.29 | - | $38.27 | $38.28 | 252,216 | -0.42% |
| 5/29/2019 | $38.15 | - | $38.13 | $38.15 | 218,299 | -0.37% |
| 5/30/2019 | $37.61 | - | $37.60 | $37.61 | 192,679 | -1.43% |
| 5/31/2019 | $37.52 | - | $37.52 | $37.53 | 217,588 | -0.24% |
| 6/3/2019 | $38.03 | - | $38.01 | $38.03 | 252,319 | 1.35% |
| 6/4/2019 | $38.69 | - | $38.68 | $38.69 | 329,483 | 1.72% |
| 6/5/2019 | $39.05 | - | $39.04 | $39.05 | 313,577 | 0.93% |
| 6/6/2019 | $38.68 | - | $38.66 | $38.67 | 160,970 | -0.95% |
| 6/7/2019 | $38.41 | - | $38.38 | $38.41 | 114,153 | -0.70% |
| 6/10/2019 | $38.49 | - | $38.48 | $38.49 | 226,958 | 0.21% |
| 6/11/2019 | $37.83 | - | $37.81 | $37.83 | 318,435 | -1.73% |
| 6/12/2019 | $38.00 | - | $37.99 | $38.00 | 156,824 | 0.45% |
| 6/13/2019 | $38.00 | $0.31 | $37.99 | $38.00 | 230,976 | 0.81% |
| 6/14/2019 | $37.92 | - | $37.90 | $37.92 | 143,869 | -0.21% |
| 6/17/2019 | $37.56 | - | $37.55 | $37.56 | 177,364 | -0.95% |
| 6/18/2019 | $37.31 | - | $37.31 | $37.33 | 214,878 | -0.67% |
| 6/19/2019 | $37.21 | - | $37.20 | $37.21 | 216,879 | -0.27% |
| 6/20/2019 | $37.81 | - | $37.83 | $37.84 | 429,704 | 1.60% |
| 6/21/2019 | $37.20 | - | $37.17 | $37.19 | 339,597 | -1.63% |
| 6/24/2019 | $36.67 | - | $36.68 | $36.69 | 230,048 | -1.43% |
| 6/25/2019 | $36.23 | - | $36.19 | $36.20 | 487,772 | -1.21% |
| 6/26/2019 | $35.99 | - | $35.97 | $35.98 | 319,303 | -0.66% |
| 6/27/2019 | $36.00 | - | $35.97 | $35.99 | 222,876 | 0.03% |
| 6/28/2019 | $36.11 | - | $36.10 | $36.11 | 578,815 | 0.31% |
| 7/1/2019 | $36.26 | - | $36.24 | $36.25 | 247,415 | 0.41% |
| 7/2/2019 | $36.51 | - | $36.48 | $36.49 | 189,121 | 0.69% |
| 7/3/2019 | $37.20 | - | $37.20 | $37.22 | 92,768 | 1.87% |
| 7/5/2019 | $37.52 | - | $37.52 | $37.54 | 162,956 | 0.86% |
| 7/8/2019 | $37.64 | - | $37.62 | $37.64 | 280,207 | 0.32% |

99

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/9/2019 | $38.02 | - | $38.01 | $38.02 | 248,535 | 1.00% |
| 7/10/2019 | $38.64 | - | $38.64 | $38.65 | 341,640 | 1.62% |
| 7/11/2019 | $39.58 | - | $39.57 | $39.58 | 389,306 | 2.40% |
| 7/12/2019 | $39.70 | - | $39.70 | $39.71 | 317,665 | 0.30% |
| 7/15/2019 | $39.72 | - | $39.72 | $39.73 | 268,751 | 0.05% |
| 7/16/2019 | $39.52 | - | $39.52 | $39.53 | 220,908 | -0.50% |
| 7/17/2019 | $39.06 | - | $39.04 | $39.05 | 193,471 | -1.17% |
| 7/18/2019 | $38.74 | - | $38.74 | $38.75 | 175,738 | -0.82% |
| 7/19/2019 | $37.71 | - | $37.70 | $37.71 | 371,908 | -2.69% |
| 7/22/2019 | $37.31 | - | $37.31 | $37.32 | 367,246 | -1.07% |
| 7/23/2019 | $36.81 | - | $36.80 | $36.81 | 450,324 | -1.35% |
| 7/24/2019 | $37.19 | - | $37.18 | $37.19 | 642,779 | 1.03% |
| 7/25/2019 | $36.82 | - | $36.82 | $36.83 | 312,100 | -1.00% |
| 7/26/2019 | $37.16 | - | $37.14 | $37.16 | 400,088 | 0.92% |
| 7/29/2019 | $37.33 | - | $37.33 | $37.35 | 304,090 | 0.46% |
| 7/30/2019 | $38.37 | - | $38.37 | $38.38 | 288,875 | 2.75% |
| 7/31/2019 | $39.09 | - | $39.09 | $39.10 | 430,786 | 1.86% |
| 8/1/2019 | $38.20 | - | $38.21 | $38.22 | 257,587 | -2.30% |
| 8/2/2019 | $38.31 | - | $38.30 | $38.31 | 194,872 | 0.29% |
| 8/5/2019 | $37.27 | - | $37.25 | $37.26 | 273,329 | -2.75% |
| 8/6/2019 | $37.87 | - | $37.85 | $37.86 | 215,901 | 1.60% |
| 8/7/2019 | $37.96 | - | $37.95 | $37.96 | 229,251 | 0.24% |
| 8/8/2019 | $37.63 | - | $37.65 | $37.66 | 535,143 | -0.87% |
| 8/9/2019 | $38.46 | - | $38.45 | $38.46 | 464,968 | 2.18% |
| 8/12/2019 | $38.46 | - | $38.47 | $38.49 | 284,115 | 0.00% |
| 8/13/2019 | $38.94 | - | $38.94 | $38.95 | 328,746 | 1.24% |
| 8/14/2019 | $37.43 | - | $37.44 | $37.46 | 409,247 | -3.95% |
| 8/15/2019 | $38.05 | - | $38.05 | $38.06 | 387,568 | 1.64% |
| 8/16/2019 | $38.78 | - | $38.77 | $38.79 | 776,753 | 1.90% |
| 8/19/2019 | $39.60 | - | $39.60 | $39.61 | 261,157 | 2.09% |
| 8/20/2019 | $38.62 | - | $38.62 | $38.64 | 239,354 | -2.51% |
| 8/21/2019 | $38.72 | - | $38.72 | $38.73 | 144,723 | 0.26% |
| 8/22/2019 | $38.89 | - | $38.89 | $38.90 | 147,955 | 0.44% |
| 8/23/2019 | $38.00 | - | $38.00 | $38.01 | 216,849 | -2.32% |
| 8/26/2019 | $38.18 | - | $38.20 | $38.21 | 283,073 | 0.47% |
| 8/27/2019 | $37.86 | - | $37.87 | $37.88 | 165,565 | -0.84% |
| 8/28/2019 | $38.22 | - | $38.23 | $38.24 | 227,560 | 0.95% |
| 8/29/2019 | $38.85 | - | $38.86 | $38.88 | 196,119 | 1.63% |
| 8/30/2019 | $39.07 | - | $39.04 | $39.05 | 156,921 | 0.56% |
| 9/3/2019 | $39.05 | - | $39.02 | $39.05 | 146,895 | -0.05% |
| 9/4/2019 | $39.30 | - | $39.32 | $39.33 | 163,830 | 0.64% |
| 9/5/2019 | $39.40 | - | $39.42 | $39.44 | 260,907 | 0.25% |
| 9/6/2019 | $39.29 | - | $39.28 | $39.31 | 140,071 | -0.28% |
| 9/9/2019 | $39.52 | - | $39.54 | $39.56 | 236,638 | 0.58% |
| 9/10/2019 | $39.12 | - | $39.13 | $39.14 | 302,015 | -1.02% |
| 9/11/2019 | $40.63 | - | $40.65 | $40.67 | 295,857 | 3.79% |

100

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/12/2019 | $40.32 | - | $40.29 | $40.30 | 256,338 | -0.77% |
| 9/13/2019 | $40.26 | - | $40.25 | $40.26 | 201,710 | -0.15% |
| 9/16/2019 | $40.19 | - | $40.21 | $40.22 | 213,644 | -0.17% |
| 9/17/2019 | $40.52 | - | $40.52 | $40.54 | 166,506 | 0.82% |
| 9/18/2019 | $40.01 | - | $40.02 | $40.06 | 256,940 | -1.27% |
| 9/19/2019 | $40.18 | - | $40.17 | $40.18 | 213,660 | 0.42% |
| 9/20/2019 | $40.13 | - | $40.13 | $40.15 | 435,877 | -0.12% |
| 9/23/2019 | $40.36 | - | $40.38 | $40.39 | 198,715 | 0.57% |
| 9/24/2019 | $39.74 | - | $39.74 | $39.75 | 343,118 | -1.55% |
| 9/25/2019 | $40.67 | - | $40.65 | $40.66 | 298,542 | 2.31% |
| 9/26/2019 | $40.22 | $0.31 | $40.21 | $40.22 | 117,566 | -0.34% |
| 9/27/2019 | $40.30 | - | $40.29 | $40.31 | 185,831 | 0.20% |
| 9/30/2019 | $40.27 | - | $40.26 | $40.27 | 156,065 | -0.07% |
| 10/1/2019 | $39.54 | - | $39.50 | $39.52 | 217,683 | -1.83% |
| 10/2/2019 | $38.92 | - | $38.94 | $38.95 | 152,073 | -1.58% |
| 10/3/2019 | $38.72 | - | $38.72 | $38.73 | 129,474 | -0.52% |
| 10/4/2019 | $39.50 | - | $39.50 | $39.51 | 124,593 | 1.99% |
| 10/7/2019 | $39.38 | - | $39.39 | $39.41 | 153,079 | -0.30% |
| 10/8/2019 | $38.97 | - | $38.97 | $38.98 | 191,207 | -1.05% |
| 10/9/2019 | $39.22 | - | $39.24 | $39.25 | 176,643 | 0.64% |
| 10/10/2019 | $39.10 | - | $39.10 | $39.11 | 157,765 | -0.31% |
| 10/11/2019 | $39.65 | - | $39.64 | $39.65 | 172,227 | 1.40% |
| 10/14/2019 | $39.65 | - | $39.64 | $39.65 | 89,914 | 0.00% |
| 10/15/2019 | $39.49 | - | $39.49 | $39.50 | 189,258 | -0.40% |
| 10/16/2019 | $39.71 | - | $39.70 | $39.71 | 164,859 | 0.56% |
| 10/17/2019 | $40.87 | - | $40.86 | $40.87 | 258,230 | 2.88% |
| 10/18/2019 | $41.10 | - | $41.09 | $41.10 | 174,909 | 0.56% |
| 10/21/2019 | $41.40 | - | $41.40 | $41.41 | 144,081 | 0.73% |
| 10/22/2019 | $40.28 | - | $40.28 | $40.29 | 442,475 | -2.74% |
| 10/23/2019 | $40.26 | - | $40.25 | $40.27 | 109,429 | -0.05% |
| 10/24/2019 | $39.48 | - | $39.48 | $39.49 | 227,527 | -1.96% |
| 10/25/2019 | $39.32 | - | $39.32 | $39.33 | 112,330 | -0.41% |
| 10/28/2019 | $39.57 | - | $39.58 | $39.59 | 172,078 | 0.63% |
| 10/29/2019 | $39.78 | - | $39.79 | $39.80 | 133,314 | 0.53% |
| 10/30/2019 | $39.94 | - | $39.93 | $39.97 | 116,671 | 0.40% |
| 10/31/2019 | $39.22 | - | $39.20 | $39.21 | 188,777 | -1.82% |
| 11/1/2019 | $39.49 | - | $39.46 | $39.49 | 210,447 | 0.69% |
| 11/4/2019 | $39.44 | - | $39.43 | $39.44 | 170,297 | -0.13% |
| 11/5/2019 | $39.35 | - | $39.35 | $39.40 | 194,948 | -0.23% |
| 11/6/2019 | $40.00 | - | $40.12 | $40.15 | 422,728 | 1.64% |
| 11/7/2019 | $38.90 | - | $38.90 | $38.91 | 244,559 | -2.79% |
| 11/8/2019 | $38.81 | - | $38.81 | $38.82 | 258,472 | -0.23% |
| 11/11/2019 | $38.61 | - | $38.61 | $38.64 | 236,162 | -0.52% |
| 11/12/2019 | $39.16 | - | $39.14 | $39.16 | 258,373 | 1.41% |
| 11/13/2019 | $38.65 | - | $38.65 | $38.67 | 224,327 | -1.31% |
| 11/14/2019 | $38.37 | - | $38.37 | $38.38 | 235,765 | -0.73% |

101

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/15/2019 | $37.83 | - | $37.83 | $37.84 | 216,760 | -1.42% |
| 11/18/2019 | $37.88 | - | $37.88 | $37.89 | 194,110 | 0.13% |
| 11/19/2019 | $37.72 | - | $37.72 | $37.73 | 223,972 | -0.42% |
| 11/20/2019 | $37.60 | - | $37.63 | $37.65 | 276,547 | -0.32% |
| 11/21/2019 | $37.49 | - | $37.49 | $37.50 | 237,335 | -0.29% |
| 11/22/2019 | $37.45 | - | $37.45 | $37.47 | 146,362 | -0.11% |
| 11/25/2019 | $37.80 | - | $37.82 | $37.83 | 214,459 | 0.93% |
| 11/26/2019 | $37.84 | - | $37.84 | $37.86 | 187,823 | 0.11% |
| 11/27/2019 | $37.97 | - | $37.98 | $37.99 | 124,634 | 0.34% |
| 11/29/2019 | $37.60 | - | $37.55 | $37.59 | 136,964 | -0.98% |
| 12/2/2019 | $37.10 | - | $37.12 | $37.13 | 246,816 | -1.34% |
| 12/3/2019 | $36.90 | - | $36.90 | $36.92 | 145,280 | -0.54% |
| 12/4/2019 | $37.03 | - | $37.03 | $37.04 | 198,312 | 0.35% |
| 12/5/2019 | $37.34 | - | $37.35 | $37.37 | 260,336 | 0.83% |
| 12/6/2019 | $37.18 | - | $37.18 | $37.20 | 271,574 | -0.43% |
| 12/9/2019 | $37.09 | - | $37.09 | $37.11 | 168,252 | -0.24% |
| 12/10/2019 | $36.93 | - | $36.90 | $36.93 | 197,828 | -0.43% |
| 12/11/2019 | $37.11 | - | $37.11 | $37.12 | 186,170 | 0.49% |
| 12/12/2019 | $37.20 | - | $37.20 | $37.23 | 192,080 | 0.24% |
| 12/13/2019 | $36.85 | - | $36.85 | $36.86 | 221,757 | -0.95% |
| 12/16/2019 | $36.86 | - | $36.88 | $36.89 | 208,020 | 0.03% |
| 12/17/2019 | $36.99 | - | $36.99 | $37.00 | 181,861 | 0.35% |
| 12/18/2019 | $36.19 | - | $36.26 | $36.27 | 428,303 | -2.19% |
| 12/19/2019 | $37.08 | - | $37.08 | $37.09 | 402,142 | 2.43% |
| 12/20/2019 | $37.00 | - | $36.96 | $36.97 | 708,158 | -0.22% |
| 12/23/2019 | $36.61 | - | $36.61 | $36.62 | 222,825 | -1.06% |
| 12/24/2019 | $36.47 | - | $36.48 | $36.50 | 108,960 | -0.38% |
| 12/26/2019 | $36.00 | $0.31 | $35.99 | $36.00 | 106,345 | -0.44% |
| 12/27/2019 | $35.94 | - | $35.94 | $35.95 | 156,723 | -0.17% |
| 12/30/2019 | $35.93 | - | $35.92 | $35.93 | 239,661 | -0.03% |
| 12/31/2019 | $36.14 | - | $36.12 | $36.14 | 260,693 | 0.58% |
| 1/2/2020 | $36.34 | - | $36.33 | $36.34 | 265,378 | 0.55% |
| 1/3/2020 | $36.80 | - | $36.78 | $36.79 | 349,667 | 1.26% |
| 1/6/2020 | $36.69 | - | $36.69 | $36.70 | 166,635 | -0.30% |
| 1/7/2020 | $36.33 | - | $36.31 | $36.32 | 102,064 | -0.99% |
| 1/8/2020 | $35.86 | - | $35.85 | $35.86 | 187,944 | -1.30% |
| 1/9/2020 | $36.04 | - | $36.02 | $36.04 | 198,353 | 0.50% |
| 1/10/2020 | $35.65 | - | $35.64 | $35.65 | 101,483 | -1.09% |
| 1/13/2020 | $35.73 | - | $35.73 | $35.74 | 134,384 | 0.22% |
| 1/14/2020 | $35.79 | - | $35.78 | $35.80 | 309,579 | 0.17% |
| 1/15/2020 | $36.34 | - | $36.34 | $36.36 | 162,314 | 1.53% |
| 1/16/2020 | $36.66 | - | $36.66 | $36.69 | 157,794 | 0.88% |
| 1/17/2020 | $37.06 | - | $37.05 | $37.06 | 287,637 | 1.09% |
| 1/21/2020 | $36.84 | - | $36.84 | $36.85 | 297,992 | -0.60% |
| 1/22/2020 | $37.58 | - | $37.58 | $37.59 | 199,764 | 1.99% |
| 1/23/2020 | $33.40 | - | $33.39 | $33.40 | 1,151,019 | -11.79% |

102

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/24/2020 | $32.40 | - | $32.39 | $32.40 | 553,202 | -3.04% |
| 1/27/2020 | $31.60 | - | $31.59 | $31.60 | 315,267 | -2.50% |
| 1/28/2020 | $31.00 | - | $30.99 | $31.00 | 290,431 | -1.92% |
| 1/29/2020 | $30.09 | - | $30.08 | $30.11 | 312,684 | -2.98% |
| 1/30/2020 | $30.37 | - | $30.36 | $30.37 | 308,994 | 0.93% |
| 1/31/2020 | $30.37 | - | $30.37 | $30.38 | 427,374 | 0.00% |
| 2/3/2020 | $31.09 | - | $31.07 | $31.08 | 313,974 | 2.34% |
| 2/4/2020 | $31.58 | - | $31.59 | $31.61 | 312,804 | 1.56% |
| 2/5/2020 | $32.53 | - | $32.53 | $32.54 | 240,956 | 2.96% |
| 2/6/2020 | $32.44 | - | $32.44 | $32.45 | 186,014 | -0.28% |
| 2/7/2020 | $32.35 | - | $32.35 | $32.37 | 175,153 | -0.28% |
| 2/10/2020 | $32.70 | - | $32.70 | $32.72 | 289,652 | 1.08% |
| 2/11/2020 | $33.23 | - | $33.23 | $33.24 | 163,687 | 1.61% |
| 2/12/2020 | $32.98 | - | $32.96 | $32.98 | 135,376 | -0.76% |
| 2/13/2020 | $33.23 | - | $33.22 | $33.23 | 168,733 | 0.76% |
| 2/14/2020 | $33.05 | - | $33.04 | $33.06 | 115,747 | -0.54% |
| 2/18/2020 | $32.74 | - | $32.74 | $32.77 | 116,140 | -0.94% |
| 2/19/2020 | $32.76 | - | $32.74 | $32.75 | 293,536 | 0.06% |
| 2/20/2020 | $32.46 | - | $32.40 | $32.45 | 208,370 | -0.92% |
| 2/21/2020 | $32.70 | - | $32.70 | $32.71 | 409,899 | 0.74% |
| 2/24/2020 | $31.76 | - | $31.76 | $31.77 | 195,134 | -2.92% |
| 2/25/2020 | $30.98 | - | $30.97 | $30.98 | 351,606 | -2.49% |
| 2/26/2020 | $30.72 | - | $30.71 | $30.72 | 310,819 | -0.84% |
| 2/27/2020 | $29.65 | - | $29.65 | $29.68 | 549,134 | -3.55% |
| 2/28/2020 | $27.15 | - | $27.21 | $27.23 | 549,873 | -8.81% |
| 3/2/2020 | $28.18 | - | $28.18 | $28.19 | 294,448 | 3.72% |
| 3/3/2020 | $26.83 | - | $26.80 | $26.81 | 349,886 | -4.91% |
| 3/4/2020 | $27.23 | - | $27.22 | $27.23 | 309,255 | 1.48% |
| 3/5/2020 | $25.42 | - | $25.36 | $25.39 | 324,023 | -6.88% |
| 3/6/2020 | $25.31 | - | $25.30 | $25.31 | 514,118 | -0.43% |
| 3/9/2020 | $22.10 | - | $22.09 | $22.10 | 415,615 | -13.56% |
| 3/10/2020 | $22.74 | - | $22.72 | $22.73 | 303,479 | 2.85% |
| 3/11/2020 | $21.35 | - | $21.35 | $21.36 | 385,263 | -6.31% |
| 3/12/2020 | $20.27 | - | $20.26 | $20.27 | 525,152 | -5.19% |
| 3/13/2020 | $21.86 | - | $21.81 | $21.89 | 302,786 | 7.55% |
| 3/16/2020 | $20.31 | - | $20.21 | $20.22 | 411,085 | -7.35% |
| 3/17/2020 | $24.21 | - | $24.08 | $24.21 | 467,752 | 17.57% |
| 3/18/2020 | $24.26 | - | $24.25 | $24.26 | 455,254 | 0.21% |
| 3/19/2020 | $26.14 | - | $26.13 | $26.14 | 500,822 | 7.46% |
| 3/20/2020 | $25.32 | - | $25.31 | $25.32 | 651,709 | -3.19% |
| 3/23/2020 | $24.79 | - | $24.86 | $24.90 | 308,758 | -2.12% |
| 3/24/2020 | $25.81 | - | $25.79 | $25.80 | 376,571 | 4.03% |
| 3/25/2020 | $25.23 | - | $24.85 | $24.92 | 447,767 | -2.27% |
| 3/26/2020 | $25.03 | $0.31 | $25.03 | $25.05 | 275,885 | 0.44% |
| 3/27/2020 | $23.26 | - | $23.23 | $23.24 | 363,554 | -7.33% |
| 3/30/2020 | $25.04 | - | $25.03 | $25.06 | 378,859 | 7.37% |

**Exhibit-4**

**ProAssurance Stock Prices, Volume, and Returns**

7 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Closing Bid | PRA Closing Ask | PRA Trading Volume | PRA Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/31/2020 | $25.00 | - | $24.86 | $24.87 | 360,704 | -0.16% |
| 4/1/2020 | $22.35 | - | $22.25 | $22.26 | 380,470 | -11.20% |
| 4/2/2020 | $22.42 | - | $22.41 | $22.42 | 349,874 | 0.31% |
| 4/3/2020 | $21.30 | - | $21.26 | $21.30 | 480,223 | -5.12% |
| 4/6/2020 | $22.76 | - | $22.70 | $22.71 | 379,244 | 6.63% |
| 4/7/2020 | $22.75 | - | $22.67 | $22.68 | 401,205 | -0.04% |
| 4/8/2020 | $21.86 | - | $21.85 | $21.86 | 429,652 | -3.99% |
| 4/9/2020 | $23.31 | - | $23.20 | $23.21 | 540,835 | 6.42% |
| 4/13/2020 | $21.01 | - | $20.94 | $20.95 | 427,717 | -10.39% |
| 4/14/2020 | $20.43 | - | $20.41 | $20.42 | 516,494 | -2.80% |
| 4/15/2020 | $19.30 | - | $19.28 | $19.29 | 403,462 | -5.69% |
| 4/16/2020 | $20.09 | - | $20.08 | $20.09 | 474,901 | 4.01% |
| 4/17/2020 | $21.65 | - | $21.65 | $21.66 | 298,280 | 7.48% |
| 4/20/2020 | $20.97 | - | $20.96 | $20.97 | 288,085 | -3.19% |
| 4/21/2020 | $20.89 | - | $20.89 | $20.90 | 350,161 | -0.38% |
| 4/22/2020 | $20.78 | - | $20.74 | $20.75 | 221,067 | -0.53% |
| 4/23/2020 | $20.39 | - | $20.36 | $20.37 | 198,921 | -1.89% |
| 4/24/2020 | $19.91 | - | $19.91 | $19.92 | 361,590 | -2.38% |
| 4/27/2020 | $20.99 | - | $20.97 | $20.98 | 294,353 | 5.28% |
| 4/28/2020 | $21.36 | - | $21.36 | $21.37 | 253,368 | 1.75% |
| 4/29/2020 | $22.60 | - | $22.60 | $22.61 | 338,507 | 5.64% |
| 4/30/2020 | $21.39 | - | $21.40 | $21.41 | 275,068 | -5.50% |
| 5/1/2020 | $20.12 | - | $20.12 | $20.14 | 210,521 | -6.12% |
| 5/4/2020 | $20.40 | - | $20.40 | $20.41 | 261,174 | 1.38% |
| 5/5/2020 | $19.81 | - | $19.80 | $19.81 | 216,605 | -2.93% |
| 5/6/2020 | $19.45 | - | $19.41 | $19.42 | 417,781 | -1.83% |
| 5/7/2020 | $20.33 | - | $20.28 | $20.29 | 207,414 | 4.43% |
| 5/8/2020 | $15.95 | - | $15.93 | $15.94 | 1,828,367 | -24.26% |

**Note**:

Computations performed by Crowninshield Financial Research, Inc.

**Source:**

CRSP

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/8/2018 | -0.03% | -0.25% |
| 8/9/2018 | -0.03% | 0.18% |
| 8/10/2018 | -0.64% | -0.46% |
| 8/13/2018 | -0.47% | -0.48% |
| 8/14/2018 | 0.66% | -0.09% |
| 8/15/2018 | -0.91% | 0.55% |
| 8/16/2018 | 0.80% | 1.12% |
| 8/17/2018 | 0.39% | 0.32% |
| 8/20/2018 | 0.28% | 0.56% |
| 8/21/2018 | 0.31% | 0.41% |
| 8/22/2018 | 0.07% | -1.09% |
| 8/23/2018 | -0.24% | -0.06% |
| 8/24/2018 | 0.62% | 0.71% |
| 8/27/2018 | 0.71% | 0.68% |
| 8/28/2018 | 0.00% | -0.01% |
| 8/29/2018 | 0.52% | 0.21% |
| 8/30/2018 | -0.44% | -0.62% |
| 8/31/2018 | 0.03% | 0.32% |
| 9/4/2018 | -0.23% | 0.55% |
| 9/5/2018 | -0.35% | 0.55% |
| 9/6/2018 | -0.40% | 0.02% |
| 9/7/2018 | -0.24% | -0.49% |
| 9/10/2018 | 0.23% | -1.18% |
| 9/11/2018 | 0.32% | 0.13% |
| 9/12/2018 | 0.08% | -0.50% |
| 9/13/2018 | 0.43% | 1.09% |
| 9/14/2018 | 0.09% | 0.63% |
| 9/17/2018 | -0.60% | -0.13% |
| 9/18/2018 | 0.55% | 0.68% |
| 9/19/2018 | 0.05% | 0.40% |
| 9/20/2018 | 0.78% | 0.71% |
| 9/21/2018 | -0.10% | 0.03% |
| 9/24/2018 | -0.37% | -1.31% |
| 9/25/2018 | -0.05% | -0.25% |
| 9/26/2018 | -0.40% | -0.82% |

105

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 9/27/2018 | 0.24% | -0.46% |
| 9/28/2018 | 0.01% | 0.55% |
| 10/1/2018 | 0.18% | -0.83% |
| 10/2/2018 | -0.23% | 0.28% |
| 10/3/2018 | 0.16% | 0.11% |
| 10/4/2018 | -0.94% | 0.40% |
| 10/5/2018 | -0.61% | -0.22% |
| 10/8/2018 | -0.13% | 0.85% |
| 10/9/2018 | -0.18% | 0.55% |
| 10/10/2018 | -3.19% | -3.15% |
| 10/11/2018 | -1.90% | -3.62% |
| 10/12/2018 | 1.22% | -0.51% |
| 10/15/2018 | -0.37% | -0.58% |
| 10/16/2018 | 2.12% | 2.14% |
| 10/17/2018 | -0.14% | 0.98% |
| 10/18/2018 | -1.47% | 0.14% |
| 10/19/2018 | -0.18% | 0.11% |
| 10/22/2018 | -0.39% | -0.78% |
| 10/23/2018 | -0.60% | -0.65% |
| 10/24/2018 | -3.11% | -2.25% |
| 10/25/2018 | 1.73% | 0.68% |
| 10/26/2018 | -1.56% | 0.13% |
| 10/29/2018 | -0.70% | 0.81% |
| 10/30/2018 | 1.55% | 1.80% |
| 10/31/2018 | 1.04% | -0.34% |
| 11/1/2018 | 1.29% | -0.97% |
| 11/2/2018 | -0.48% | -0.21% |
| 11/5/2018 | 0.44% | 1.39% |
| 11/6/2018 | 0.57% | 1.06% |
| 11/7/2018 | 1.91% | 1.73% |
| 11/8/2018 | -0.29% | 0.38% |
| 11/9/2018 | -0.98% | -0.36% |
| 11/12/2018 | -1.91% | -2.29% |
| 11/13/2018 | -0.12% | -0.05% |
| 11/14/2018 | -0.66% | -3.32% |

# Exhibit-5

## Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/15/2018 | 1.07% | 1.98% |
| 11/16/2018 | 0.21% | 1.07% |
| 11/19/2018 | -1.67% | 0.12% |
| 11/20/2018 | -1.81% | -1.02% |
| 11/21/2018 | 0.62% | -0.38% |
| 11/23/2018 | -0.56% | -0.64% |
| 11/26/2018 | 1.45% | 1.34% |
| 11/27/2018 | 0.05% | -0.86% |
| 11/28/2018 | 2.21% | 1.96% |
| 11/29/2018 | -0.18% | -0.00% |
| 11/30/2018 | 0.68% | 0.50% |
| 12/3/2018 | 1.14% | 0.09% |
| 12/4/2018 | -3.23% | -2.22% |
| 12/6/2018 | -0.19% | -0.55% |
| 12/7/2018 | -2.13% | -1.06% |
| 12/10/2018 | -0.03% | -0.51% |
| 12/11/2018 | -0.07% | -0.92% |
| 12/12/2018 | 0.63% | 0.53% |
| 12/13/2018 | -0.22% | -0.61% |
| 12/14/2018 | -1.72% | -1.01% |
| 12/17/2018 | -2.11% | -0.84% |
| 12/18/2018 | -0.02% | -0.29% |
| 12/19/2018 | -1.49% | -0.08% |
| 12/20/2018 | -1.55% | -1.29% |
| 12/21/2018 | -2.08% | -0.25% |
| 12/24/2018 | -2.45% | -3.47% |
| 12/26/2018 | 4.58% | 3.99% |
| 12/27/2018 | 0.68% | 1.52% |
| 12/28/2018 | 0.02% | -0.26% |
| 12/31/2018 | 0.83% | 1.06% |
| 1/2/2019 | 0.18% | -1.61% |
| 1/3/2019 | -2.13% | -1.59% |
| 1/4/2019 | 3.29% | 2.54% |
| 1/7/2019 | 0.92% | -0.30% |
| 1/8/2019 | 1.02% | 0.07% |

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|------|---------------------|---------------------|
| 1/9/2019 | 0.62% | 0.82% |
| 1/10/2019 | 0.45% | 1.05% |
| 1/11/2019 | -0.02% | -0.20% |
| 1/14/2019 | -0.55% | 0.39% |
| 1/15/2019 | 0.98% | 0.81% |
| 1/16/2019 | 0.32% | 0.58% |
| 1/17/2019 | 0.71% | 0.35% |
| 1/18/2019 | 1.20% | 1.07% |
| 1/22/2019 | -1.43% | -1.25% |
| 1/23/2019 | 0.13% | 0.92% |
| 1/24/2019 | 0.28% | 0.05% |
| 1/25/2019 | 0.95% | -0.03% |
| 1/28/2019 | -0.65% | -0.10% |
| 1/29/2019 | -0.09% | 0.01% |
| 1/30/2019 | 1.43% | 1.01% |
| 1/31/2019 | 0.84% | 0.48% |
| 2/1/2019 | 0.14% | 0.83% |
| 2/4/2019 | 0.67% | 0.27% |
| 2/5/2019 | 0.44% | 0.32% |
| 2/6/2019 | -0.25% | -0.20% |
| 2/7/2019 | -0.89% | 0.59% |
| 2/8/2019 | 0.07% | -0.03% |
| 2/11/2019 | 0.13% | 0.35% |
| 2/12/2019 | 1.23% | 0.81% |
| 2/13/2019 | 0.28% | 0.90% |
| 2/14/2019 | -0.14% | -0.80% |
| 2/15/2019 | 1.08% | 1.29% |
| 2/19/2019 | 0.23% | 0.44% |
| 2/20/2019 | 0.21% | 0.65% |
| 2/21/2019 | -0.35% | -0.31% |
| 2/22/2019 | 0.63% | 0.21% |
| 2/25/2019 | 0.14% | 0.34% |
| 2/26/2019 | -0.15% | -0.27% |
| 2/27/2019 | 0.05% | -0.25% |
| 2/28/2019 | -0.28% | 0.41% |

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 3/1/2019 | 0.61% | 0.22% |
| 3/4/2019 | -0.42% | -0.63% |
| 3/5/2019 | -0.13% | -0.07% |
| 3/6/2019 | -0.78% | -0.65% |
| 3/7/2019 | -0.75% | -0.27% |
| 3/8/2019 | -0.19% | -0.01% |
| 3/11/2019 | 1.42% | 0.77% |
| 3/12/2019 | 0.27% | 0.42% |
| 3/13/2019 | 0.64% | -0.38% |
| 3/14/2019 | -0.10% | 0.45% |
| 3/15/2019 | 0.45% | 0.67% |
| 3/18/2019 | 0.44% | 0.25% |
| 3/19/2019 | -0.07% | -1.20% |
| 3/20/2019 | -0.32% | -0.81% |
| 3/21/2019 | 1.02% | 1.53% |
| 3/22/2019 | -2.06% | -0.18% |
| 3/25/2019 | -0.03% | 0.10% |
| 3/26/2019 | 0.77% | 0.39% |
| 3/27/2019 | -0.47% | 0.52% |
| 3/28/2019 | 0.41% | 0.00% |
| 3/29/2019 | 0.60% | 0.09% |
| 4/1/2019 | 1.12% | 0.95% |
| 4/2/2019 | -0.01% | -0.68% |
| 4/3/2019 | 0.25% | -0.15% |
| 4/4/2019 | 0.19% | -0.17% |
| 4/5/2019 | 0.51% | 0.36% |
| 4/8/2019 | 0.10% | -0.66% |
| 4/9/2019 | -0.63% | -0.62% |
| 4/10/2019 | 0.48% | 0.79% |
| 4/11/2019 | -0.01% | 0.46% |
| 4/12/2019 | 0.64% | 0.87% |
| 4/15/2019 | -0.10% | -0.39% |
| 4/16/2019 | 0.07% | 2.22% |
| 4/17/2019 | -0.31% | -1.32% |
| 4/18/2019 | 0.11% | 0.29% |

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/22/2019 | 0.05% | -0.63% |
| 4/23/2019 | 0.89% | 0.81% |
| 4/24/2019 | -0.21% | 0.51% |
| 4/25/2019 | -0.15% | 0.85% |
| 4/26/2019 | 0.54% | 0.84% |
| 4/29/2019 | 0.15% | 0.59% |
| 4/30/2019 | 0.04% | 1.19% |
| 5/1/2019 | -0.76% | -0.82% |
| 5/2/2019 | -0.17% | -0.24% |
| 5/3/2019 | 1.08% | 0.22% |
| 5/6/2019 | -0.38% | -0.15% |
| 5/7/2019 | -1.63% | -1.49% |
| 5/8/2019 | -0.16% | 0.07% |
| 5/9/2019 | -0.28% | -0.22% |
| 5/10/2019 | 0.41% | 1.31% |
| 5/13/2019 | -2.48% | -1.35% |
| 5/14/2019 | 0.89% | 0.88% |
| 5/15/2019 | 0.57% | 1.24% |
| 5/16/2019 | 0.84% | 0.80% |
| 5/17/2019 | -0.68% | -0.33% |
| 5/20/2019 | -0.65% | 0.48% |
| 5/21/2019 | 0.89% | 0.73% |
| 5/22/2019 | -0.38% | 0.56% |
| 5/23/2019 | -1.28% | -0.87% |
| 5/24/2019 | 0.28% | 0.67% |
| 5/28/2019 | -0.75% | -1.21% |
| 5/29/2019 | -0.69% | 0.03% |
| 5/30/2019 | 0.14% | 0.00% |
| 5/31/2019 | -1.18% | -0.20% |
| 6/3/2019 | -0.21% | 1.10% |
| 6/4/2019 | 2.07% | 0.79% |
| 6/5/2019 | 0.65% | 1.34% |
| 6/6/2019 | 0.51% | -0.19% |
| 6/7/2019 | 0.96% | 0.55% |
| 6/10/2019 | 0.48% | -0.20% |

110

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 6/11/2019 | -0.06% | -0.21% |
| 6/12/2019 | -0.19% | -0.12% |
| 6/13/2019 | 0.49% | 0.28% |
| 6/14/2019 | -0.27% | 0.66% |
| 6/17/2019 | 0.16% | -0.66% |
| 6/18/2019 | 0.99% | 0.24% |
| 6/19/2019 | 0.37% | 0.72% |
| 6/20/2019 | 0.88% | 0.66% |
| 6/21/2019 | -0.25% | -0.91% |
| 6/24/2019 | -0.29% | 0.20% |
| 6/25/2019 | -0.90% | 0.12% |
| 6/26/2019 | -0.10% | -2.40% |
| 6/27/2019 | 0.58% | 0.67% |
| 6/28/2019 | 0.66% | 0.59% |
| 7/1/2019 | 0.66% | 1.19% |
| 7/2/2019 | 0.20% | 0.51% |
| 7/3/2019 | 0.77% | 1.24% |
| 7/5/2019 | -0.11% | -0.05% |
| 7/8/2019 | -0.54% | -0.22% |
| 7/9/2019 | 0.18% | -0.06% |
| 7/10/2019 | 0.40% | -0.17% |
| 7/11/2019 | 0.12% | -0.33% |
| 7/12/2019 | 0.47% | 0.63% |
| 7/15/2019 | -0.02% | 0.34% |
| 7/16/2019 | -0.30% | 0.14% |
| 7/17/2019 | -0.56% | -1.70% |
| 7/18/2019 | 0.34% | 0.43% |
| 7/19/2019 | -0.56% | -1.40% |
| 7/22/2019 | 0.23% | -0.04% |
| 7/23/2019 | 0.62% | -0.38% |
| 7/24/2019 | 0.60% | 1.46% |
| 7/25/2019 | -0.64% | -0.14% |
| 7/26/2019 | 0.73% | 0.93% |
| 7/29/2019 | -0.27% | -0.64% |
| 7/30/2019 | -0.13% | -0.13% |

111

# Exhibit-5

## Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 7/31/2019 | -1.00% | 0.55% |
| 8/1/2019 | -0.93% | -1.05% |
| 8/2/2019 | -0.78% | 0.19% |
| 8/5/2019 | -2.88% | -2.76% |
| 8/6/2019 | 1.18% | 2.13% |
| 8/7/2019 | 0.13% | 0.22% |
| 8/8/2019 | 1.84% | 1.81% |
| 8/9/2019 | -0.72% | 0.26% |
| 8/12/2019 | -1.21% | -1.54% |
| 8/13/2019 | 1.32% | 1.06% |
| 8/14/2019 | -2.82% | -3.57% |
| 8/15/2019 | 0.18% | 1.06% |
| 8/16/2019 | 1.48% | 1.04% |
| 8/19/2019 | 1.06% | 0.47% |
| 8/20/2019 | -0.68% | -0.91% |
| 8/21/2019 | 0.79% | 0.46% |
| 8/22/2019 | -0.10% | 0.24% |
| 8/23/2019 | -2.46% | -2.19% |
| 8/26/2019 | 0.99% | 1.26% |
| 8/27/2019 | -0.39% | -0.33% |
| 8/28/2019 | 0.63% | 0.23% |
| 8/29/2019 | 1.25% | 0.71% |
| 8/30/2019 | 0.06% | -0.20% |
| 9/3/2019 | -0.72% | 0.45% |
| 9/4/2019 | 1.07% | 1.05% |
| 9/5/2019 | 1.23% | 0.55% |
| 9/6/2019 | 0.03% | 0.55% |
| 9/9/2019 | 0.06% | -0.51% |
| 9/10/2019 | 0.12% | -0.78% |
| 9/11/2019 | 0.81% | 0.25% |
| 9/12/2019 | 0.24% | 0.53% |
| 9/13/2019 | -0.04% | -1.43% |
| 9/16/2019 | -0.13% | 0.22% |
| 9/17/2019 | 0.22% | 0.90% |
| 9/18/2019 | -0.07% | 0.18% |

# Exhibit-5

## Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 9/19/2019 | -0.01% | 0.14% |
| 9/20/2019 | -0.41% | -0.26% |
| 9/23/2019 | -0.01% | 0.35% |
| 9/24/2019 | -0.92% | 0.24% |
| 9/25/2019 | 0.56% | 0.17% |
| 9/26/2019 | -0.31% | 0.57% |
| 9/27/2019 | -0.57% | -0.16% |
| 9/30/2019 | 0.44% | 0.48% |
| 10/1/2019 | -1.26% | -1.74% |
| 10/2/2019 | -1.63% | -1.46% |
| 10/3/2019 | 0.76% | 0.16% |
| 10/4/2019 | 1.26% | 2.55% |
| 10/7/2019 | -0.39% | -1.14% |
| 10/8/2019 | -1.52% | -1.98% |
| 10/9/2019 | 0.83% | 0.52% |
| 10/10/2019 | 0.56% | -0.06% |
| 10/11/2019 | 1.13% | 0.42% |
| 10/14/2019 | -0.16% | 0.28% |
| 10/15/2019 | 0.91% | -0.11% |
| 10/16/2019 | -0.19% | -0.78% |
| 10/17/2019 | 0.37% | -0.61% |
| 10/18/2019 | -0.37% | -0.02% |
| 10/21/2019 | 0.66% | 0.37% |
| 10/22/2019 | -0.33% | -3.11% |
| 10/23/2019 | 0.24% | 0.78% |
| 10/24/2019 | 0.23% | 0.23% |
| 10/25/2019 | 0.41% | -0.96% |
| 10/28/2019 | 0.52% | -0.87% |
| 10/29/2019 | -0.06% | 0.67% |
| 10/30/2019 | 0.28% | 0.49% |
| 10/31/2019 | -0.35% | 0.11% |
| 11/1/2019 | 1.02% | -0.36% |
| 11/4/2019 | 0.38% | -0.92% |
| 11/5/2019 | -0.11% | 0.39% |
| 11/6/2019 | -0.03% | 1.56% |

113

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/7/2019 | 0.28% | 0.46% |
| 11/8/2019 | 0.26% | 0.14% |
| 11/11/2019 | -0.16% | 0.11% |
| 11/12/2019 | 0.11% | 0.31% |
| 11/13/2019 | 0.03% | -0.37% |
| 11/14/2019 | 0.10% | 0.12% |
| 11/15/2019 | 0.70% | -0.12% |
| 11/18/2019 | 0.01% | 0.05% |
| 11/19/2019 | 0.00% | 0.28% |
| 11/20/2019 | -0.30% | -0.40% |
| 11/21/2019 | -0.17% | -0.98% |
| 11/22/2019 | 0.20% | 0.38% |
| 11/25/2019 | 0.85% | 0.23% |
| 11/26/2019 | 0.22% | 1.36% |
| 11/27/2019 | 0.43% | 0.19% |
| 11/29/2019 | -0.41% | -0.51% |
| 12/2/2019 | -0.86% | -1.02% |
| 12/3/2019 | -0.57% | -0.92% |
| 12/4/2019 | 0.60% | 0.78% |
| 12/5/2019 | 0.11% | -0.00% |
| 12/6/2019 | 0.84% | 1.09% |
| 12/9/2019 | -0.27% | 0.38% |
| 12/10/2019 | -0.07% | -0.24% |
| 12/11/2019 | 0.27% | -0.87% |
| 12/12/2019 | 0.78% | 1.04% |
| 12/13/2019 | 0.00% | -0.17% |
| 12/16/2019 | 0.70% | 0.13% |
| 12/17/2019 | 0.05% | 0.61% |
| 12/18/2019 | 0.02% | -0.86% |
| 12/19/2019 | 0.42% | 0.26% |
| 12/20/2019 | 0.45% | 0.47% |
| 12/23/2019 | 0.10% | -0.70% |
| 12/24/2019 | 0.04% | 0.01% |
| 12/26/2019 | 0.46% | 0.21% |
| 12/27/2019 | -0.06% | 0.38% |

# Exhibit-5

## Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 12/30/2019 | -0.51% | -0.01% |
| 12/31/2019 | 0.30% | 0.36% |
| 1/2/2020 | 0.74% | 0.67% |
| 1/3/2020 | -0.58% | -0.02% |
| 1/6/2020 | 0.33% | 0.54% |
| 1/7/2020 | -0.21% | -1.37% |
| 1/8/2020 | 0.40% | 0.09% |
| 1/9/2020 | 0.58% | 0.96% |
| 1/10/2020 | -0.26% | -1.04% |
| 1/13/2020 | 0.71% | 0.57% |
| 1/14/2020 | -0.04% | -0.21% |
| 1/15/2020 | 0.19% | 0.70% |
| 1/16/2020 | 0.84% | 0.81% |
| 1/17/2020 | 0.25% | 0.92% |
| 1/21/2020 | -0.30% | -0.32% |
| 1/22/2020 | 0.04% | 0.37% |
| 1/23/2020 | 0.10% | -1.06% |
| 1/24/2020 | -0.89% | 0.29% |
| 1/27/2020 | -1.50% | -0.97% |
| 1/28/2020 | 0.96% | 0.66% |
| 1/29/2020 | -0.12% | 0.80% |
| 1/30/2020 | 0.28% | 1.43% |
| 1/31/2020 | -1.68% | -1.50% |
| 2/3/2020 | 0.75% | 0.82% |
| 2/4/2020 | 1.47% | 0.34% |
| 2/5/2020 | 0.93% | 3.64% |
| 2/6/2020 | 0.26% | -0.23% |
| 2/7/2020 | -0.55% | -0.06% |
| 2/10/2020 | 0.67% | 0.60% |
| 2/11/2020 | 0.34% | 0.42% |
| 2/12/2020 | 0.64% | -0.67% |
| 2/13/2020 | -0.08% | 0.80% |
| 2/14/2020 | 0.17% | 0.16% |
| 2/18/2020 | -0.19% | -0.77% |
| 2/19/2020 | 0.52% | -0.52% |

## Exhibit-5

### Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 2/20/2020 | -0.26% | -0.62% |
| 2/21/2020 | -0.98% | 0.32% |
| 2/24/2020 | -3.23% | -1.74% |
| 2/25/2020 | -2.99% | -2.20% |
| 2/26/2020 | -0.54% | -0.79% |
| 2/27/2020 | -4.19% | -4.70% |
| 2/28/2020 | -0.86% | -3.81% |
| 3/2/2020 | 3.95% | 6.11% |
| 3/3/2020 | -2.49% | -2.67% |
| 3/4/2020 | 3.69% | 4.23% |
| 3/5/2020 | -3.20% | -3.47% |
| 3/6/2020 | -1.79% | -0.73% |
| 3/9/2020 | -8.26% | -8.11% |
| 3/10/2020 | 4.34% | 3.57% |
| 3/11/2020 | -5.12% | -5.64% |
| 3/12/2020 | -10.19% | -10.24% |
| 3/13/2020 | 8.20% | 7.96% |
| 3/16/2020 | -12.58% | -13.80% |
| 3/17/2020 | 5.17% | 7.33% |
| 3/18/2020 | -6.15% | -10.24% |
| 3/19/2020 | 1.42% | -0.63% |
| 3/20/2020 | -3.79% | -0.77% |
| 3/23/2020 | -2.72% | -4.08% |
| 3/24/2020 | 8.76% | 7.84% |
| 3/25/2020 | 1.62% | 0.42% |
| 3/26/2020 | 5.59% | 6.89% |
| 3/27/2020 | -3.36% | -1.46% |
| 3/30/2020 | 2.86% | 4.48% |
| 3/31/2020 | -1.24% | -2.65% |
| 4/1/2020 | -4.61% | -4.69% |
| 4/2/2020 | 1.93% | 1.81% |
| 4/3/2020 | -1.59% | -2.13% |
| 4/6/2020 | 6.57% | 5.52% |
| 4/7/2020 | 0.05% | 0.45% |
| 4/8/2020 | 3.33% | 3.24% |

116

# Exhibit-5

## Market Index and Sector Index

8 August 2018 through 8 May 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/9/2020 | 1.81% | 4.52% |
| 4/13/2020 | -1.02% | -2.85% |
| 4/14/2020 | 2.78% | 2.86% |
| 4/15/2020 | -2.33% | -4.50% |
| 4/16/2020 | 0.42% | -1.20% |
| 4/17/2020 | 2.73% | 4.96% |
| 4/20/2020 | -1.57% | -2.72% |
| 4/21/2020 | -2.96% | -1.82% |
| 4/22/2020 | 2.16% | -1.00% |
| 4/23/2020 | 0.12% | -1.55% |
| 4/24/2020 | 1.30% | 0.73% |
| 4/27/2020 | 1.74% | 2.13% |
| 4/28/2020 | -0.23% | 0.10% |
| 4/29/2020 | 2.85% | 1.61% |
| 4/30/2020 | -1.32% | -4.16% |
| 5/1/2020 | -2.84% | -3.97% |
| 5/4/2020 | 0.48% | -0.47% |
| 5/5/2020 | 0.87% | 0.97% |
| 5/6/2020 | -0.59% | -3.45% |
| 5/7/2020 | 1.32% | 1.42% |
| 5/8/2020 | 1.84% | 1.35% |

**Note:**
Computations performed by Crowninshield Financial
Research, Inc.

**Sources:**
CRSP (Market Index), S&P (Sector Index),

## Exhibit-6

### ProAssurance Regression Results

8 August 2018 through 29 January 2020

| Regression Statistics | |
| --- | --- |
| R Squared | 0.535 |
| Adjusted R Squared | 0.522 |
| Standard Error | 1.08% |
| Observations | 371 |

| | Coefficient | Standard Error | $t$-statistic |
| --- | --- | --- | --- |
| Intercept | -0.07% | 0.06% | -1.31 |
| Market Index | 0.37 | 8.83% | 4.18 |
| Sector Index | 0.63 | 8.34% | 7.50 |
| 8/8/2018 | 0.06 | 1.08% | 5.12 |
| 11/7/2018 | 0.02 | 1.09% | 1.67 |
| 2/5/2019 | (0.06) | 1.08% | -5.68 |
| 2/22/2019 | (0.03) | 1.08% | -2.66 |
| 4/26/2019 | (0.02) | 1.08% | -1.60 |
| 8/8/2019 | (0.03) | 1.09% | -2.39 |
| 11/6/2019 | 0.01 | 1.09% | 0.68 |
| 1/23/2020 | (0.11) | 1.09% | -10.20 |

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | *t*-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/8/2018 | $44.50 | - | $42.20 | 5.31% | -0.03% | -0.25% | -0.24% | 5.55% | 5.12 | *** |
| 8/9/2018 | $44.60 | - | $44.50 | 0.22% | -0.03% | 0.18% | 0.03% | 0.19% | 0.18 | |
| 8/10/2018 | $45.05 | - | $44.60 | 1.00% | -0.64% | -0.46% | -0.60% | 1.60% | 1.48 | |
| 8/13/2018 | $45.90 | - | $45.05 | 1.87% | -0.47% | -0.48% | -0.55% | 2.42% | 2.23 | ** |
| 8/14/2018 | $46.55 | - | $45.90 | 1.41% | 0.66% | -0.09% | 0.11% | 1.29% | 1.19 | |
| 8/15/2018 | $46.75 | - | $46.55 | 0.43% | -0.91% | 0.55% | -0.07% | 0.50% | 0.46 | |
| 8/16/2018 | $47.65 | - | $46.75 | 1.91% | 0.80% | 1.12% | 0.92% | 0.99% | 0.91 | |
| 8/17/2018 | $47.60 | - | $47.65 | -0.10% | 0.39% | 0.32% | 0.27% | -0.37% | -0.35 | |
| 8/20/2018 | $47.45 | - | $47.60 | -0.32% | 0.28% | 0.56% | 0.38% | -0.70% | -0.65 | |
| 8/21/2018 | $48.00 | - | $47.45 | 1.15% | 0.31% | 0.41% | 0.30% | 0.85% | 0.79 | |
| 8/22/2018 | $47.45 | - | $48.00 | -1.15% | 0.07% | -1.09% | -0.73% | -0.42% | -0.39 | |
| 8/23/2018 | $47.60 | - | $47.45 | 0.32% | -0.24% | -0.06% | -0.20% | 0.52% | 0.48 | |
| 8/24/2018 | $48.00 | - | $47.60 | 0.84% | 0.62% | 0.71% | 0.60% | 0.24% | 0.22 | |
| 8/27/2018 | $48.35 | - | $48.00 | 0.73% | 0.71% | 0.68% | 0.62% | 0.11% | 0.10 | |
| 8/28/2018 | $48.25 | - | $48.35 | -0.21% | 0.00% | -0.01% | -0.08% | -0.12% | -0.11 | |
| 8/29/2018 | $47.95 | - | $48.25 | -0.62% | 0.52% | 0.21% | 0.25% | -0.87% | -0.81 | |
| 8/30/2018 | $48.00 | - | $47.95 | 0.10% | -0.44% | -0.62% | -0.63% | 0.73% | 0.68 | |
| 8/31/2018 | $48.35 | - | $48.00 | 0.73% | 0.03% | 0.32% | 0.14% | 0.59% | 0.54 | |
| 9/4/2018 | $48.25 | - | $48.35 | -0.21% | -0.23% | 0.55% | 0.19% | -0.39% | -0.36 | |
| 9/5/2018 | $48.75 | - | $48.25 | 1.03% | -0.35% | 0.55% | 0.14% | 0.89% | 0.83 | |
| 9/6/2018 | $49.00 | - | $48.75 | 0.51% | -0.40% | 0.02% | -0.21% | 0.72% | 0.67 | |
| 9/7/2018 | $49.25 | - | $49.00 | 0.51% | -0.24% | -0.49% | -0.47% | 0.98% | 0.90 | |
| 9/10/2018 | $48.00 | - | $49.25 | -2.57% | 0.23% | -1.18% | -0.73% | -1.85% | -1.71 | * |
| 9/11/2018 | $48.10 | - | $48.00 | 0.21% | 0.32% | 0.13% | 0.13% | 0.08% | 0.08 | |
| 9/12/2018 | $48.05 | - | $48.10 | -0.10% | 0.08% | -0.50% | -0.35% | 0.25% | 0.23 | |
| 9/13/2018 | $48.55 | - | $48.05 | 1.04% | 0.43% | 1.09% | 0.76% | 0.27% | 0.25 | |
| 9/14/2018 | $49.40 | - | $48.55 | 1.74% | 0.09% | 0.63% | 0.35% | 1.38% | 1.28 | |
| 9/17/2018 | $48.45 | - | $49.40 | -1.94% | -0.60% | -0.13% | -0.38% | -1.56% | -1.44 | |
| 9/18/2018 | $48.30 | - | $48.45 | -0.31% | 0.55% | 0.68% | 0.56% | -0.87% | -0.80 | |
| 9/19/2018 | $47.85 | - | $48.30 | -0.94% | 0.05% | 0.40% | 0.20% | -1.13% | -1.05 | |
| 9/20/2018 | $48.00 | - | $47.85 | 0.31% | 0.78% | 0.71% | 0.66% | -0.35% | -0.32 | |
| 9/21/2018 | $47.90 | - | $48.00 | -0.21% | -0.10% | 0.03% | -0.10% | -0.11% | -0.10 | |
| 9/24/2018 | $46.85 | - | $47.90 | -2.22% | -0.37% | -1.31% | -1.03% | -1.18% | -1.09 | |
| 9/25/2018 | $47.45 | - | $46.85 | 1.27% | -0.05% | -0.25% | -0.25% | 1.52% | 1.40 | |
| 9/26/2018 | $46.75 | - | $47.45 | -1.49% | -0.40% | -0.82% | -0.74% | -0.75% | -0.69 | |
| 9/27/2018 | $46.60 | $0.31 | $46.75 | 0.34% | 0.24% | -0.46% | -0.27% | 0.61% | 0.57 | |
| 9/28/2018 | $46.95 | - | $46.60 | 0.75% | 0.01% | 0.55% | 0.28% | 0.47% | 0.44 | |
| 10/1/2018 | $45.72 | - | $46.95 | -2.65% | 0.18% | -0.83% | -0.53% | -2.13% | -1.96 | ** |
| 10/2/2018 | $45.67 | - | $45.72 | -0.11% | -0.23% | 0.28% | 0.02% | -0.12% | -0.12 | |
| 10/3/2018 | $45.70 | - | $45.67 | 0.07% | 0.16% | 0.11% | 0.06% | 0.01% | 0.01 | |
| 10/4/2018 | $45.77 | - | $45.70 | 0.15% | -0.94% | 0.40% | -0.17% | 0.32% | 0.30 | |
| 10/5/2018 | $45.62 | - | $45.77 | -0.33% | -0.61% | -0.22% | -0.44% | 0.11% | 0.10 | |
| 10/8/2018 | $46.15 | - | $45.62 | 1.16% | -0.13% | 0.85% | 0.41% | 0.75% | 0.69 | |
| 10/9/2018 | $46.28 | - | $46.15 | 0.28% | -0.18% | 0.55% | 0.20% | 0.08% | 0.07 | |
| 10/10/2018 | $45.60 | - | $46.28 | -1.48% | -3.19% | -3.15% | -3.22% | 1.74% | 1.61 | |
| 10/11/2018 | $43.71 | - | $45.60 | -4.23% | -1.90% | -3.62% | -3.04% | -1.19% | -1.10 | |
| 10/12/2018 | $43.36 | - | $43.71 | -0.80% | 1.22% | -0.51% | 0.06% | -0.86% | -0.80 | |
| 10/15/2018 | $43.31 | - | $43.36 | -0.12% | -0.37% | -0.58% | -0.57% | 0.46% | 0.42 | |
| 10/16/2018 | $43.92 | - | $43.31 | 1.40% | 2.12% | 2.14% | 2.05% | -0.65% | -0.60 | |
| 10/17/2018 | $43.99 | - | $43.92 | 0.16% | -0.14% | 0.98% | 0.49% | -0.33% | -0.30 | |
| 10/18/2018 | $44.00 | - | $43.99 | 0.02% | -1.47% | 0.14% | -0.53% | 0.56% | 0.51 | |

119

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2018 | $44.21 | - | $44.00 | 0.48% | -0.18% | 0.11% | -0.08% | 0.55% | 0.51 | |
| 10/22/2018 | $44.12 | - | $44.21 | -0.20% | -0.39% | -0.78% | -0.70% | 0.50% | 0.46 | |
| 10/23/2018 | $43.56 | - | $44.12 | -1.28% | -0.60% | -0.65% | -0.71% | -0.57% | -0.53 | |
| 10/24/2018 | $42.49 | - | $43.56 | -2.49% | -3.11% | -2.25% | -2.63% | 0.14% | 0.13 | |
| 10/25/2018 | $43.29 | - | $42.49 | 1.87% | 1.73% | 0.68% | 0.99% | 0.87% | 0.81 | |
| 10/26/2018 | $42.98 | - | $43.29 | -0.72% | -1.56% | 0.13% | -0.57% | -0.15% | -0.14 | |
| 10/29/2018 | $43.41 | - | $42.98 | 1.00% | -0.70% | 0.81% | 0.17% | 0.82% | 0.76 | |
| 10/30/2018 | $44.50 | - | $43.41 | 2.48% | 1.55% | 1.80% | 1.63% | 0.85% | 0.79 | |
| 10/31/2018 | $43.92 | - | $44.50 | -1.31% | 1.04% | -0.34% | 0.09% | -1.41% | -1.30 | |
| 11/1/2018 | $43.38 | - | $43.92 | -1.24% | 1.29% | -0.97% | -0.20% | -1.04% | -0.96 | |
| 11/2/2018 | $44.12 | - | $43.38 | 1.69% | -0.48% | -0.21% | -0.38% | 2.07% | 1.92 | * |
| 11/5/2018 | $44.30 | - | $44.12 | 0.41% | 0.44% | 1.39% | 0.96% | -0.55% | -0.51 | |
| 11/6/2018 | $44.56 | - | $44.30 | 0.59% | 0.57% | 1.06% | 0.80% | -0.21% | -0.20 | |
| 11/7/2018 | $46.16 | - | $44.56 | 3.53% | 1.91% | 1.73% | 1.71% | 1.82% | 1.68 | * |
| 11/8/2018 | $44.72 | - | $46.16 | -3.17% | -0.29% | 0.38% | 0.05% | -3.22% | -2.98 | *** |
| 11/9/2018 | $44.11 | - | $44.72 | -1.37% | -0.98% | -0.36% | -0.66% | -0.71% | -0.66 | |
| 11/12/2018 | $44.11 | - | $44.11 | 0.00% | -1.91% | -2.29% | -2.21% | 2.21% | 2.05 | ** |
| 11/13/2018 | $43.78 | - | $44.11 | -0.75% | -0.12% | -0.05% | -0.15% | -0.60% | -0.56 | |
| 11/14/2018 | $42.96 | - | $43.78 | -1.89% | -0.66% | -3.32% | -2.39% | 0.50% | 0.47 | |
| 11/15/2018 | $43.79 | - | $42.96 | 1.91% | 1.07% | 1.98% | 1.56% | 0.35% | 0.33 | |
| 11/16/2018 | $43.88 | - | $43.79 | 0.21% | 0.21% | 1.07% | 0.67% | -0.47% | -0.43 | |
| 11/19/2018 | $43.86 | - | $43.88 | -0.05% | -1.67% | 0.12% | -0.61% | 0.57% | 0.53 | |
| 11/20/2018 | $43.18 | - | $43.86 | -1.56% | -1.81% | -1.02% | -1.38% | -0.18% | -0.16 | |
| 11/21/2018 | $43.40 | - | $43.18 | 0.51% | 0.62% | -0.38% | -0.08% | 0.59% | 0.54 | |
| 11/23/2018 | $43.32 | - | $43.40 | -0.18% | -0.56% | -0.64% | -0.68% | 0.50% | 0.46 | |
| 11/26/2018 | $43.56 | - | $43.32 | 0.55% | 1.45% | 1.34% | 1.30% | -0.75% | -0.69 | |
| 11/27/2018 | $43.48 | - | $43.56 | -0.18% | 0.05% | -0.86% | -0.59% | 0.41% | 0.38 | |
| 11/28/2018 | $44.11 | - | $43.48 | 1.44% | 2.21% | 1.96% | 1.97% | -0.53% | -0.49 | |
| 11/29/2018 | $43.03 | - | $44.11 | -2.48% | -0.18% | 0.00% | -0.14% | -2.34% | -2.16 | ** |
| 11/30/2018 | $43.73 | - | $43.03 | 1.61% | 0.68% | 0.50% | 0.49% | 1.13% | 1.04 | |
| 12/3/2018 | $43.99 | - | $43.73 | 0.59% | 1.14% | 0.09% | 0.41% | 0.19% | 0.17 | |
| 12/4/2018 | $42.23 | - | $43.99 | -4.08% | -3.23% | -2.22% | -2.66% | -1.42% | -1.32 | |
| 12/6/2018 | $42.12 | - | $42.23 | -0.26% | -0.19% | -0.55% | -0.49% | 0.23% | 0.21 | |
| 12/7/2018 | $40.94 | - | $42.12 | -2.84% | -2.13% | -1.06% | -1.53% | -1.32% | -1.22 | |
| 12/10/2018 | $40.90 | - | $40.94 | -0.10% | -0.03% | -0.51% | -0.40% | 0.31% | 0.28 | |
| 12/11/2018 | $40.78 | - | $40.90 | -0.29% | -0.07% | -0.92% | -0.68% | 0.38% | 0.36 | |
| 12/12/2018 | $40.82 | - | $40.78 | 0.10% | 0.63% | 0.53% | 0.49% | -0.39% | -0.36 | |
| 12/13/2018 | $40.08 | - | $40.82 | -1.83% | -0.22% | -0.61% | -0.54% | -1.29% | -1.19 | |
| 12/14/2018 | $39.31 | - | $40.08 | -1.94% | -1.72% | -1.01% | -1.34% | -0.60% | -0.55 | |
| 12/17/2018 | $38.72 | - | $39.31 | -1.51% | -2.11% | -0.84% | -1.38% | -0.14% | -0.13 | |
| 12/18/2018 | $39.06 | - | $38.72 | 0.87% | -0.02% | -0.29% | -0.26% | 1.14% | 1.05 | |
| 12/19/2018 | $38.25 | - | $39.06 | -2.10% | -1.49% | -0.08% | -0.68% | -1.42% | -1.31 | |
| 12/20/2018 | $37.94 | $0.81 | $38.25 | 1.30% | -1.55% | -1.29% | -1.45% | 2.75% | 2.54 | ** |
| 12/21/2018 | $38.13 | - | $37.94 | 0.50% | -2.08% | -0.25% | -1.00% | 1.50% | 1.39 | |
| 12/24/2018 | $37.18 | - | $38.13 | -2.52% | -2.45% | -3.47% | -3.15% | 0.63% | 0.58 | |
| 12/26/2018 | $38.67 | - | $37.18 | 3.93% | 4.58% | 3.99% | 4.11% | -0.18% | -0.17 | |
| 12/27/2018 | $39.47 | - | $38.67 | 2.05% | 0.68% | 1.52% | 1.13% | 0.92% | 0.85 | |
| 12/28/2018 | $39.97 | - | $39.47 | 1.26% | 0.02% | -0.26% | -0.23% | 1.49% | 1.37 | |
| 12/31/2018 | $40.56 | - | $39.97 | 1.47% | 0.83% | 1.06% | 0.90% | 0.57% | 0.52 | |
| 1/2/2019 | $39.68 | - | $40.56 | -2.19% | 0.18% | -1.61% | -1.01% | -1.18% | -1.09 | |
| 1/3/2019 | $39.29 | - | $39.68 | -0.99% | -2.13% | -1.59% | -1.85% | 0.86% | 0.80 | |

120

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2019 | $40.97 | - | $39.29 | 4.19% | 3.29% | 2.54% | 2.73% | 1.46% | 1.35 | |
| 1/7/2019 | $40.81 | - | $40.97 | -0.39% | 0.92% | -0.30% | 0.07% | -0.47% | -0.43 | |
| 1/8/2019 | $40.64 | - | $40.81 | -0.42% | 1.02% | 0.07% | 0.35% | -0.76% | -0.71 | |
| 1/9/2019 | $40.72 | - | $40.64 | 0.20% | 0.62% | 0.82% | 0.67% | -0.47% | -0.44 | |
| 1/10/2019 | $40.88 | - | $40.72 | 0.39% | 0.45% | 1.05% | 0.75% | -0.36% | -0.33 | |
| 1/11/2019 | $41.05 | - | $40.88 | 0.41% | -0.02% | -0.20% | -0.21% | 0.62% | 0.57 | |
| 1/14/2019 | $40.96 | - | $41.05 | -0.22% | -0.55% | 0.39% | -0.03% | -0.19% | -0.17 | |
| 1/15/2019 | $40.98 | - | $40.96 | 0.05% | 0.98% | 0.81% | 0.79% | -0.74% | -0.69 | |
| 1/16/2019 | $42.16 | - | $40.98 | 2.84% | 0.32% | 0.58% | 0.41% | 2.43% | 2.25 | ** |
| 1/17/2019 | $41.98 | - | $42.16 | -0.43% | 0.71% | 0.35% | 0.40% | -0.83% | -0.77 | |
| 1/18/2019 | $42.68 | - | $41.98 | 1.65% | 1.20% | 1.07% | 1.04% | 0.62% | 0.57 | |
| 1/22/2019 | $42.06 | - | $42.68 | -1.46% | -1.43% | -1.25% | -1.38% | -0.08% | -0.08 | |
| 1/23/2019 | $42.52 | - | $42.06 | 1.09% | 0.13% | 0.92% | 0.55% | 0.54% | 0.50 | |
| 1/24/2019 | $42.23 | - | $42.52 | -0.68% | 0.28% | 0.05% | 0.06% | -0.74% | -0.69 | |
| 1/25/2019 | $42.23 | - | $42.23 | 0.00% | 0.95% | -0.03% | 0.26% | -0.26% | -0.24 | |
| 1/28/2019 | $42.34 | - | $42.23 | 0.26% | -0.65% | -0.10% | -0.38% | 0.64% | 0.59 | |
| 1/29/2019 | $42.48 | - | $42.34 | 0.33% | -0.09% | 0.01% | -0.10% | 0.43% | 0.40 | |
| 1/30/2019 | $42.38 | - | $42.48 | -0.24% | 1.43% | 1.01% | 1.09% | -1.32% | -1.22 | |
| 1/31/2019 | $42.66 | - | $42.38 | 0.66% | 0.84% | 0.48% | 0.54% | 0.12% | 0.11 | |
| 2/1/2019 | $43.05 | - | $42.66 | 0.91% | 0.14% | 0.83% | 0.50% | 0.41% | 0.38 | |
| 2/4/2019 | $43.46 | - | $43.05 | 0.95% | 0.67% | 0.27% | 0.34% | 0.61% | 0.56 | |
| 2/5/2019 | $40.98 | - | $43.46 | -5.88% | 0.44% | 0.32% | 0.29% | -6.16% | -5.69 | *** |
| 2/6/2019 | $41.66 | - | $40.98 | 1.65% | -0.25% | -0.20% | -0.29% | 1.94% | 1.79 | * |
| 2/7/2019 | $42.59 | - | $41.66 | 2.21% | -0.89% | 0.59% | -0.03% | 2.24% | 2.07 | ** |
| 2/8/2019 | $42.41 | - | $42.59 | -0.42% | 0.07% | -0.03% | -0.07% | -0.36% | -0.33 | |
| 2/11/2019 | $42.86 | - | $42.41 | 1.06% | 0.13% | 0.35% | 0.19% | 0.86% | 0.80 | |
| 2/12/2019 | $43.44 | - | $42.86 | 1.34% | 1.23% | 0.81% | 0.89% | 0.46% | 0.42 | |
| 2/13/2019 | $43.61 | - | $43.44 | 0.39% | 0.28% | 0.90% | 0.59% | -0.20% | -0.18 | |
| 2/14/2019 | $43.48 | - | $43.61 | -0.30% | -0.14% | -0.80% | -0.63% | 0.33% | 0.31 | |
| 2/15/2019 | $44.63 | - | $43.48 | 2.61% | 1.08% | 1.29% | 1.13% | 1.48% | 1.37 | |
| 2/19/2019 | $44.95 | - | $44.63 | 0.71% | 0.23% | 0.44% | 0.29% | 0.43% | 0.39 | |
| 2/20/2019 | $45.36 | - | $44.95 | 0.91% | 0.21% | 0.65% | 0.41% | 0.50% | 0.46 | |
| 2/21/2019 | $44.85 | - | $45.36 | -1.13% | -0.35% | -0.31% | -0.40% | -0.73% | -0.68 | |
| 2/22/2019 | $43.70 | - | $44.85 | -2.60% | 0.63% | 0.21% | 0.29% | -2.89% | -2.67 | *** |
| 2/25/2019 | $41.90 | - | $43.70 | -4.21% | 0.14% | 0.34% | 0.19% | -4.39% | -4.06 | *** |
| 2/26/2019 | $41.16 | - | $41.90 | -1.78% | -0.15% | -0.27% | -0.30% | -1.49% | -1.37 | |
| 2/27/2019 | $40.47 | - | $41.16 | -1.69% | 0.05% | -0.25% | -0.21% | -1.48% | -1.37 | |
| 2/28/2019 | $40.60 | - | $40.47 | 0.32% | -0.28% | 0.41% | 0.08% | 0.25% | 0.23 | |
| 3/1/2019 | $40.49 | - | $40.60 | -0.27% | 0.61% | 0.22% | 0.29% | -0.56% | -0.52 | |
| 3/4/2019 | $40.00 | - | $40.49 | -1.22% | -0.42% | -0.63% | -0.63% | -0.59% | -0.54 | |
| 3/5/2019 | $39.83 | - | $40.00 | -0.43% | -0.13% | -0.07% | -0.17% | -0.26% | -0.24 | |
| 3/6/2019 | $38.74 | - | $39.83 | -2.77% | -0.78% | -0.65% | -0.77% | -2.00% | -1.85 | * |
| 3/7/2019 | $38.04 | - | $38.74 | -1.82% | -0.75% | -0.27% | -0.52% | -1.30% | -1.20 | |
| 3/8/2019 | $38.15 | - | $38.04 | 0.29% | -0.19% | -0.01% | -0.15% | 0.44% | 0.40 | |
| 3/11/2019 | $38.58 | - | $38.15 | 1.12% | 1.42% | 0.77% | 0.94% | 0.18% | 0.17 | |
| 3/12/2019 | $38.46 | - | $38.58 | -0.31% | 0.27% | 0.42% | 0.29% | -0.60% | -0.55 | |
| 3/13/2019 | $37.94 | - | $38.46 | -1.36% | 0.64% | -0.38% | -0.08% | -1.29% | -1.19 | |
| 3/14/2019 | $37.59 | - | $37.94 | -0.93% | -0.10% | 0.45% | 0.17% | -1.10% | -1.02 | |
| 3/15/2019 | $37.52 | - | $37.59 | -0.19% | 0.45% | 0.67% | 0.51% | -0.70% | -0.65 | |
| 3/18/2019 | $37.22 | - | $37.52 | -0.80% | 0.44% | 0.25% | 0.25% | -1.05% | -0.97 | |
| 3/19/2019 | $36.86 | - | $37.22 | -0.97% | -0.07% | -1.20% | -0.85% | -0.12% | -0.11 | |

121

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2019 | $36.14 | - | $36.86 | -1.97% | -0.32% | -0.81% | -0.70% | -1.27% | -1.18 | |
| 3/21/2019 | $36.02 | - | $36.14 | -0.33% | 1.02% | 1.53% | 1.26% | -1.59% | -1.47 | |
| 3/22/2019 | $35.25 | - | $36.02 | -2.16% | -2.06% | -0.18% | -0.95% | -1.21% | -1.12 | |
| 3/25/2019 | $35.12 | - | $35.25 | -0.37% | -0.03% | 0.10% | -0.02% | -0.35% | -0.32 | |
| 3/26/2019 | $35.73 | - | $35.12 | 1.72% | 0.77% | 0.39% | 0.45% | 1.27% | 1.17 | |
| 3/27/2019 | $35.64 | - | $35.73 | -0.25% | -0.47% | 0.52% | 0.07% | -0.33% | -0.30 | |
| 3/28/2019 | $35.00 | $0.31 | $35.64 | -0.93% | 0.41% | 0.00% | 0.08% | -1.01% | -0.93 | |
| 3/29/2019 | $34.61 | - | $35.00 | -1.12% | 0.60% | 0.09% | 0.21% | -1.33% | -1.23 | |
| 4/1/2019 | $35.11 | - | $34.61 | 1.43% | 1.12% | 0.95% | 0.93% | 0.50% | 0.46 | |
| 4/2/2019 | $35.56 | - | $35.11 | 1.27% | -0.01% | -0.68% | -0.51% | 1.78% | 1.64 | |
| 4/3/2019 | $35.16 | - | $35.56 | -1.13% | 0.25% | -0.15% | -0.07% | -1.06% | -0.98 | |
| 4/4/2019 | $35.27 | - | $35.16 | 0.31% | 0.19% | -0.17% | -0.11% | 0.42% | 0.39 | |
| 4/5/2019 | $35.83 | - | $35.27 | 1.58% | 0.51% | 0.36% | 0.34% | 1.23% | 1.14 | |
| 4/8/2019 | $35.28 | - | $35.83 | -1.55% | 0.10% | -0.66% | -0.45% | -1.10% | -1.01 | |
| 4/9/2019 | $34.71 | - | $35.28 | -1.63% | -0.63% | -0.62% | -0.69% | -0.94% | -0.87 | |
| 4/10/2019 | $35.17 | - | $34.71 | 1.32% | 0.48% | 0.79% | 0.60% | 0.72% | 0.66 | |
| 4/11/2019 | $35.36 | - | $35.17 | 0.54% | -0.01% | 0.46% | 0.21% | 0.33% | 0.30 | |
| 4/12/2019 | $35.31 | - | $35.36 | -0.14% | 0.64% | 0.87% | 0.71% | -0.85% | -0.79 | |
| 4/15/2019 | $35.16 | - | $35.31 | -0.43% | -0.10% | -0.39% | -0.36% | -0.07% | -0.06 | |
| 4/16/2019 | $35.52 | - | $35.16 | 1.02% | 0.07% | 2.22% | 1.34% | -0.32% | -0.30 | |
| 4/17/2019 | $35.34 | - | $35.52 | -0.51% | -0.31% | -1.32% | -1.01% | 0.50% | 0.46 | |
| 4/18/2019 | $35.22 | - | $35.34 | -0.34% | 0.11% | 0.29% | 0.15% | -0.49% | -0.45 | |
| 4/22/2019 | $35.02 | - | $35.22 | -0.57% | 0.05% | -0.63% | -0.45% | -0.12% | -0.11 | |
| 4/23/2019 | $35.35 | - | $35.02 | 0.94% | 0.89% | 0.81% | 0.76% | 0.18% | 0.16 | |
| 4/24/2019 | $36.02 | - | $35.35 | 1.88% | -0.21% | 0.51% | 0.17% | 1.71% | 1.58 | |
| 4/25/2019 | $36.10 | - | $36.02 | 0.22% | -0.15% | 0.85% | 0.40% | -0.18% | -0.17 | |
| 4/26/2019 | $35.71 | - | $36.10 | -1.09% | 0.54% | 0.84% | 0.65% | -1.74% | -1.61 | |
| 4/29/2019 | $36.29 | - | $35.71 | 1.61% | 0.15% | 0.59% | 0.35% | 1.26% | 1.17 | |
| 4/30/2019 | $37.53 | - | $36.29 | 3.36% | 0.04% | 1.19% | 0.69% | 2.67% | 2.47 | ** |
| 5/1/2019 | $37.30 | - | $37.53 | -0.61% | -0.76% | -0.82% | -0.87% | 0.25% | 0.23 | |
| 5/2/2019 | $37.15 | - | $37.30 | -0.40% | -0.17% | -0.24% | -0.29% | -0.12% | -0.11 | |
| 5/3/2019 | $38.20 | - | $37.15 | 2.79% | 1.08% | 0.22% | 0.46% | 2.33% | 2.15 | ** |
| 5/6/2019 | $38.62 | - | $38.20 | 1.09% | -0.38% | -0.15% | -0.31% | 1.40% | 1.30 | |
| 5/7/2019 | $38.67 | - | $38.62 | 0.13% | -1.63% | -1.49% | -1.60% | 1.73% | 1.60 | |
| 5/8/2019 | $39.20 | - | $38.67 | 1.36% | -0.16% | 0.07% | -0.09% | 1.45% | 1.34 | |
| 5/9/2019 | $39.39 | - | $39.20 | 0.48% | -0.28% | -0.22% | -0.31% | 0.79% | 0.73 | |
| 5/10/2019 | $39.92 | - | $39.39 | 1.34% | 0.41% | 1.31% | 0.89% | 0.44% | 0.41 | |
| 5/13/2019 | $38.29 | - | $39.92 | -4.17% | -2.48% | -1.35% | -1.84% | -2.33% | -2.15 | ** |
| 5/14/2019 | $38.69 | - | $38.29 | 1.04% | 0.89% | 0.88% | 0.80% | 0.24% | 0.22 | |
| 5/15/2019 | $38.53 | - | $38.69 | -0.41% | 0.57% | 1.24% | 0.91% | -1.33% | -1.22 | |
| 5/16/2019 | $38.98 | - | $38.53 | 1.16% | 0.84% | 0.80% | 0.74% | 0.42% | 0.39 | |
| 5/17/2019 | $39.17 | - | $38.98 | 0.49% | -0.68% | -0.33% | -0.53% | 1.02% | 0.94 | |
| 5/20/2019 | $38.52 | - | $39.17 | -1.67% | -0.65% | 0.48% | -0.01% | -1.66% | -1.53 | |
| 5/21/2019 | $38.90 | - | $38.52 | 0.98% | 0.89% | 0.73% | 0.71% | 0.27% | 0.25 | |
| 5/22/2019 | $38.65 | - | $38.90 | -0.64% | -0.38% | 0.56% | 0.13% | -0.78% | -0.72 | |
| 5/23/2019 | $37.54 | - | $38.65 | -2.91% | -1.28% | -0.87% | -1.09% | -1.82% | -1.69 | * |
| 5/24/2019 | $38.45 | - | $37.54 | 2.40% | 0.28% | 0.67% | 0.45% | 1.95% | 1.80 | * |
| 5/28/2019 | $38.29 | - | $38.45 | -0.42% | -0.75% | -1.21% | -1.11% | 0.69% | 0.64 | |
| 5/29/2019 | $38.15 | - | $38.29 | -0.37% | -0.69% | 0.03% | -0.31% | -0.06% | -0.05 | |
| 5/30/2019 | $37.61 | - | $38.15 | -1.43% | 0.14% | 0.00% | -0.02% | -1.40% | -1.30 | |
| 5/31/2019 | $37.52 | - | $37.61 | -0.24% | -1.18% | -0.20% | -0.64% | 0.40% | 0.37 | |

122

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | *t*-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/3/2019 | $38.03 | - | $37.52 | 1.35% | -0.21% | 1.10% | 0.54% | 0.81% | 0.75 | |
| 6/4/2019 | $38.69 | - | $38.03 | 1.72% | 2.07% | 0.79% | 1.18% | 0.54% | 0.50 | |
| 6/5/2019 | $39.05 | - | $38.69 | 0.93% | 0.65% | 1.34% | 1.00% | -0.07% | -0.07 | |
| 6/6/2019 | $38.68 | - | $39.05 | -0.95% | 0.51% | -0.19% | -0.00% | -0.95% | -0.88 | |
| 6/7/2019 | $38.41 | - | $38.68 | -0.70% | 0.96% | 0.55% | 0.63% | -1.33% | -1.23 | |
| 6/10/2019 | $38.49 | - | $38.41 | 0.21% | 0.48% | -0.20% | -0.02% | 0.23% | 0.21 | |
| 6/11/2019 | $37.83 | - | $38.49 | -1.73% | -0.06% | -0.21% | -0.23% | -1.50% | -1.39 | |
| 6/12/2019 | $38.00 | - | $37.83 | 0.45% | -0.19% | -0.12% | -0.22% | 0.67% | 0.62 | |
| 6/13/2019 | $38.00 | $0.31 | $38.00 | 0.81% | 0.49% | 0.28% | 0.28% | 0.53% | 0.49 | |
| 6/14/2019 | $37.92 | - | $38.00 | -0.21% | -0.27% | 0.66% | 0.24% | -0.45% | -0.41 | |
| 6/17/2019 | $37.56 | - | $37.92 | -0.95% | 0.16% | -0.66% | -0.43% | -0.53% | -0.49 | |
| 6/18/2019 | $37.31 | - | $37.56 | -0.67% | 0.99% | 0.24% | 0.44% | -1.11% | -1.03 | |
| 6/19/2019 | $37.21 | - | $37.31 | -0.27% | 0.37% | 0.72% | 0.52% | -0.78% | -0.72 | |
| 6/20/2019 | $37.81 | - | $37.21 | 1.60% | 0.88% | 0.66% | 0.66% | 0.94% | 0.86 | |
| 6/21/2019 | $37.20 | - | $37.81 | -1.63% | -0.25% | -0.91% | -0.74% | -0.89% | -0.82 | |
| 6/24/2019 | $36.67 | - | $37.20 | -1.43% | -0.29% | 0.20% | -0.06% | -1.38% | -1.27 | |
| 6/25/2019 | $36.23 | - | $36.67 | -1.21% | -0.90% | 0.12% | -0.34% | -0.87% | -0.81 | |
| 6/26/2019 | $35.99 | - | $36.23 | -0.66% | -0.10% | -2.40% | -1.62% | 0.95% | 0.88 | |
| 6/27/2019 | $36.00 | - | $35.99 | 0.03% | 0.58% | 0.67% | 0.56% | -0.53% | -0.49 | |
| 6/28/2019 | $36.11 | - | $36.00 | 0.31% | 0.66% | 0.59% | 0.54% | -0.24% | -0.22 | |
| 7/1/2019 | $36.26 | - | $36.11 | 0.41% | 0.66% | 1.19% | 0.92% | -0.50% | -0.47 | |
| 7/2/2019 | $36.51 | - | $36.26 | 0.69% | 0.20% | 0.51% | 0.32% | 0.37% | 0.34 | |
| 7/3/2019 | $37.20 | - | $36.51 | 1.87% | 0.77% | 1.24% | 0.98% | 0.89% | 0.82 | |
| 7/5/2019 | $37.52 | - | $37.20 | 0.86% | -0.11% | -0.05% | -0.15% | 1.00% | 0.93 | |
| 7/8/2019 | $37.64 | - | $37.52 | 0.32% | -0.54% | -0.22% | -0.41% | 0.73% | 0.67 | |
| 7/9/2019 | $38.02 | - | $37.64 | 1.00% | 0.18% | -0.06% | -0.05% | 1.05% | 0.97 | |
| 7/10/2019 | $38.64 | - | $38.02 | 1.62% | 0.40% | -0.17% | -0.03% | 1.65% | 1.52 | |
| 7/11/2019 | $39.58 | - | $38.64 | 2.40% | 0.12% | -0.33% | -0.23% | 2.64% | 2.44 | ** |
| 7/12/2019 | $39.70 | - | $39.58 | 0.30% | 0.47% | 0.63% | 0.49% | -0.19% | -0.18 | |
| 7/15/2019 | $39.72 | - | $39.70 | 0.05% | -0.02% | 0.34% | 0.13% | -0.08% | -0.08 | |
| 7/16/2019 | $39.52 | - | $39.72 | -0.50% | -0.30% | 0.14% | -0.10% | -0.41% | -0.38 | |
| 7/17/2019 | $39.06 | - | $39.52 | -1.17% | -0.56% | -1.70% | -1.34% | 0.17% | 0.16 | |
| 7/18/2019 | $38.74 | - | $39.06 | -0.82% | 0.34% | 0.43% | 0.32% | -1.14% | -1.05 | |
| 7/19/2019 | $37.71 | - | $38.74 | -2.69% | -0.56% | -1.40% | -1.16% | -1.54% | -1.42 | |
| 7/22/2019 | $37.31 | - | $37.71 | -1.07% | 0.23% | -0.04% | -0.02% | -1.05% | -0.97 | |
| 7/23/2019 | $36.81 | - | $37.31 | -1.35% | 0.62% | -0.38% | -0.08% | -1.27% | -1.17 | |
| 7/24/2019 | $37.19 | - | $36.81 | 1.03% | 0.60% | 1.46% | 1.06% | -0.03% | -0.03 | |
| 7/25/2019 | $36.82 | - | $37.19 | -1.00% | -0.64% | -0.14% | -0.40% | -0.60% | -0.56 | |
| 7/26/2019 | $37.16 | - | $36.82 | 0.92% | 0.73% | 0.93% | 0.78% | 0.14% | 0.13 | |
| 7/29/2019 | $37.33 | - | $37.16 | 0.46% | -0.27% | -0.64% | -0.57% | 1.03% | 0.95 | |
| 7/30/2019 | $38.37 | - | $37.33 | 2.75% | -0.13% | -0.13% | -0.20% | 2.95% | 2.73 | *** |
| 7/31/2019 | $39.09 | - | $38.37 | 1.86% | -1.00% | 0.55% | -0.10% | 1.96% | 1.81 | * |
| 8/1/2019 | $38.20 | - | $39.09 | -2.30% | -0.93% | -1.05% | -1.07% | -1.23% | -1.14 | |
| 8/2/2019 | $38.31 | - | $38.20 | 0.29% | -0.78% | 0.19% | -0.24% | 0.53% | 0.49 | |
| 8/5/2019 | $37.27 | - | $38.31 | -2.75% | -2.88% | -2.76% | -2.86% | 0.11% | 0.10 | |
| 8/6/2019 | $37.87 | - | $37.27 | 1.60% | 1.18% | 2.13% | 1.70% | -0.10% | -0.09 | |
| 8/7/2019 | $37.96 | - | $37.87 | 0.24% | 0.13% | 0.22% | 0.11% | 0.12% | 0.12 | |
| 8/8/2019 | $37.63 | - | $37.96 | -0.87% | 1.84% | 1.81% | 1.74% | -2.61% | -2.41 | ** |
| 8/9/2019 | $38.46 | - | $37.63 | 2.18% | -0.72% | 0.26% | -0.18% | 2.36% | 2.18 | ** |
| 8/12/2019 | $38.46 | - | $38.46 | 0.00% | -1.21% | -1.54% | -1.48% | 1.48% | 1.37 | |
| 8/13/2019 | $38.94 | - | $38.46 | 1.24% | 1.32% | 1.06% | 1.08% | 0.17% | 0.15 | |

123

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2019 | $37.43 | - | $38.94 | -3.95% | -2.82% | -3.57% | -3.35% | -0.61% | -0.56 | |
| 8/15/2019 | $38.05 | - | $37.43 | 1.64% | 0.18% | 1.06% | 0.65% | 0.99% | 0.91 | |
| 8/16/2019 | $38.78 | - | $38.05 | 1.90% | 1.48% | 1.04% | 1.12% | 0.78% | 0.72 | |
| 8/19/2019 | $39.60 | - | $38.78 | 2.09% | 1.06% | 0.47% | 0.61% | 1.48% | 1.37 | |
| 8/20/2019 | $38.62 | - | $39.60 | -2.51% | -0.68% | -0.91% | -0.90% | -1.61% | -1.49 | |
| 8/21/2019 | $38.72 | - | $38.62 | 0.26% | 0.79% | 0.46% | 0.51% | -0.25% | -0.23 | |
| 8/22/2019 | $38.89 | - | $38.72 | 0.44% | -0.10% | 0.24% | 0.04% | 0.40% | 0.37 | |
| 8/23/2019 | $38.00 | - | $38.89 | -2.32% | -2.46% | -2.19% | -2.35% | 0.04% | 0.03 | |
| 8/26/2019 | $38.18 | - | $38.00 | 0.47% | 0.99% | 1.26% | 1.08% | -0.61% | -0.56 | |
| 8/27/2019 | $37.86 | - | $38.18 | -0.84% | -0.39% | -0.33% | -0.43% | -0.42% | -0.38 | |
| 8/28/2019 | $38.22 | - | $37.86 | 0.95% | 0.63% | 0.23% | 0.30% | 0.65% | 0.60 | |
| 8/29/2019 | $38.85 | - | $38.22 | 1.63% | 1.25% | 0.71% | 0.83% | 0.81% | 0.74 | |
| 8/30/2019 | $39.07 | - | $38.85 | 0.56% | 0.06% | -0.20% | -0.18% | 0.74% | 0.68 | |
| 9/3/2019 | $39.05 | - | $39.07 | -0.05% | -0.72% | 0.45% | -0.06% | 0.01% | 0.01 | |
| 9/4/2019 | $39.30 | - | $39.05 | 0.64% | 1.07% | 1.05% | 0.98% | -0.34% | -0.32 | |
| 9/5/2019 | $39.40 | - | $39.30 | 0.25% | 1.23% | 0.55% | 0.73% | -0.47% | -0.44 | |
| 9/6/2019 | $39.29 | - | $39.40 | -0.28% | 0.03% | 0.55% | 0.28% | -0.56% | -0.52 | |
| 9/9/2019 | $39.52 | - | $39.29 | 0.58% | 0.06% | -0.51% | -0.37% | 0.95% | 0.88 | |
| 9/10/2019 | $39.12 | - | $39.52 | -1.02% | 0.12% | -0.78% | -0.52% | -0.50% | -0.46 | |
| 9/11/2019 | $40.63 | - | $39.12 | 3.79% | 0.81% | 0.25% | 0.38% | 3.40% | 3.15 | *** |
| 9/12/2019 | $40.32 | - | $40.63 | -0.77% | 0.24% | 0.53% | 0.34% | -1.11% | -1.02 | |
| 9/13/2019 | $40.26 | - | $40.32 | -0.15% | -0.04% | -1.43% | -0.98% | 0.84% | 0.77 | |
| 9/16/2019 | $40.19 | - | $40.26 | -0.17% | -0.13% | 0.22% | 0.02% | -0.19% | -0.18 | |
| 9/17/2019 | $40.52 | - | $40.19 | 0.82% | 0.22% | 0.90% | 0.57% | 0.25% | 0.23 | |
| 9/18/2019 | $40.01 | - | $40.52 | -1.27% | -0.07% | 0.18% | 0.01% | -1.28% | -1.18 | |
| 9/19/2019 | $40.18 | - | $40.01 | 0.42% | -0.01% | 0.14% | 0.01% | 0.42% | 0.38 | |
| 9/20/2019 | $40.13 | - | $40.18 | -0.12% | -0.41% | -0.26% | -0.39% | 0.26% | 0.24 | |
| 9/23/2019 | $40.36 | - | $40.13 | 0.57% | -0.01% | 0.35% | 0.14% | 0.43% | 0.40 | |
| 9/24/2019 | $39.74 | - | $40.36 | -1.55% | -0.92% | 0.24% | -0.26% | -1.28% | -1.19 | |
| 9/25/2019 | $40.67 | - | $39.74 | 2.31% | 0.56% | 0.17% | 0.24% | 2.07% | 1.92 | * |
| 9/26/2019 | $40.22 | $0.31 | $40.67 | -0.34% | -0.31% | 0.57% | 0.17% | -0.51% | -0.47 | |
| 9/27/2019 | $40.30 | - | $40.22 | 0.20% | -0.57% | -0.16% | -0.39% | 0.58% | 0.54 | |
| 9/30/2019 | $40.27 | - | $40.30 | -0.07% | 0.44% | 0.48% | 0.39% | -0.46% | -0.43 | |
| 10/1/2019 | $39.54 | - | $40.27 | -1.83% | -1.26% | -1.74% | -1.63% | -0.20% | -0.19 | |
| 10/2/2019 | $38.92 | - | $39.54 | -1.58% | -1.63% | -1.46% | -1.59% | 0.01% | 0.01 | |
| 10/3/2019 | $38.72 | - | $38.92 | -0.52% | 0.76% | 0.16% | 0.31% | -0.82% | -0.76 | |
| 10/4/2019 | $39.50 | - | $38.72 | 1.99% | 1.26% | 2.55% | 1.99% | 0.01% | 0.01 | |
| 10/7/2019 | $39.38 | - | $39.50 | -0.30% | -0.39% | -1.14% | -0.93% | 0.63% | 0.58 | |
| 10/8/2019 | $38.97 | - | $39.38 | -1.05% | -1.52% | -1.98% | -1.87% | 0.83% | 0.77 | |
| 10/9/2019 | $39.22 | - | $38.97 | 0.64% | 0.83% | 0.52% | 0.56% | 0.08% | 0.08 | |
| 10/10/2019 | $39.10 | - | $39.22 | -0.31% | 0.56% | -0.06% | 0.09% | -0.40% | -0.37 | |
| 10/11/2019 | $39.65 | - | $39.10 | 1.40% | 1.13% | 0.42% | 0.61% | 0.79% | 0.73 | |
| 10/14/2019 | $39.65 | - | $39.65 | 0.00% | -0.16% | 0.28% | 0.04% | -0.04% | -0.04 | |
| 10/15/2019 | $39.49 | - | $39.65 | -0.40% | 0.91% | -0.11% | 0.19% | -0.59% | -0.55 | |
| 10/16/2019 | $39.71 | - | $39.49 | 0.56% | -0.19% | -0.78% | -0.63% | 1.19% | 1.10 | |
| 10/17/2019 | $40.87 | - | $39.71 | 2.88% | 0.37% | -0.61% | -0.32% | 3.20% | 2.96 | *** |
| 10/18/2019 | $41.10 | - | $40.87 | 0.56% | -0.37% | -0.02% | -0.23% | 0.79% | 0.73 | |
| 10/21/2019 | $41.40 | - | $41.10 | 0.73% | 0.66% | 0.37% | 0.40% | 0.32% | 0.30 | |
| 10/22/2019 | $40.28 | - | $41.40 | -2.74% | -0.33% | -3.11% | -2.14% | -0.60% | -0.55 | |
| 10/23/2019 | $40.26 | - | $40.28 | -0.05% | 0.24% | 0.78% | 0.50% | -0.55% | -0.51 | |
| 10/24/2019 | $39.48 | - | $40.26 | -1.96% | 0.23% | 0.23% | 0.15% | -2.11% | -1.95 | * |

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2019 | $39.32 | - | $39.48 | -0.41% | 0.41% | -0.96% | -0.52% | 0.12% | 0.11 | |
| 10/28/2019 | $39.57 | - | $39.32 | 0.63% | 0.52% | -0.87% | -0.43% | 1.06% | 0.98 | |
| 10/29/2019 | $39.78 | - | $39.57 | 0.53% | -0.06% | 0.67% | 0.32% | 0.21% | 0.19 | |
| 10/30/2019 | $39.94 | - | $39.78 | 0.40% | 0.28% | 0.49% | 0.34% | 0.07% | 0.06 | |
| 10/31/2019 | $39.22 | - | $39.94 | -1.82% | -0.35% | 0.11% | -0.14% | -1.68% | -1.56 | |
| 11/1/2019 | $39.49 | - | $39.22 | 0.69% | 1.02% | -0.36% | 0.08% | 0.61% | 0.56 | |
| 11/4/2019 | $39.44 | - | $39.49 | -0.13% | 0.38% | -0.92% | -0.51% | 0.38% | 0.36 | |
| 11/5/2019 | $39.35 | - | $39.44 | -0.23% | -0.11% | 0.39% | 0.13% | -0.36% | -0.33 | |
| 11/6/2019 | $40.00 | - | $39.35 | 1.64% | -0.03% | 1.56% | 0.89% | 0.75% | 0.69 | |
| 11/7/2019 | $38.90 | - | $40.00 | -2.79% | 0.28% | 0.46% | 0.32% | -3.11% | -2.87 | *** |
| 11/8/2019 | $38.81 | - | $38.90 | -0.23% | 0.26% | 0.14% | 0.11% | -0.34% | -0.31 | |
| 11/11/2019 | $38.61 | - | $38.81 | -0.52% | -0.16% | 0.11% | -0.07% | -0.45% | -0.41 | |
| 11/12/2019 | $39.16 | - | $38.61 | 1.41% | 0.11% | 0.31% | 0.16% | 1.25% | 1.16 | |
| 11/13/2019 | $38.65 | - | $39.16 | -1.31% | 0.03% | -0.37% | -0.29% | -1.02% | -0.94 | |
| 11/14/2019 | $38.37 | - | $38.65 | -0.73% | 0.10% | 0.12% | 0.04% | -0.76% | -0.70 | |
| 11/15/2019 | $37.83 | - | $38.37 | -1.42% | 0.70% | -0.12% | 0.11% | -1.53% | -1.41 | |
| 11/18/2019 | $37.88 | - | $37.83 | 0.13% | 0.01% | 0.05% | -0.04% | 0.17% | 0.16 | |
| 11/19/2019 | $37.72 | - | $37.88 | -0.42% | 0.00% | 0.28% | 0.10% | -0.52% | -0.48 | |
| 11/20/2019 | $37.60 | - | $37.72 | -0.32% | -0.30% | -0.40% | -0.43% | 0.12% | 0.11 | |
| 11/21/2019 | $37.49 | - | $37.60 | -0.29% | -0.17% | -0.98% | -0.75% | 0.46% | 0.42 | |
| 11/22/2019 | $37.45 | - | $37.49 | -0.11% | 0.20% | 0.38% | 0.24% | -0.34% | -0.32 | |
| 11/25/2019 | $37.80 | - | $37.45 | 0.93% | 0.85% | 0.23% | 0.38% | 0.55% | 0.51 | |
| 11/26/2019 | $37.84 | - | $37.80 | 0.11% | 0.22% | 1.36% | 0.86% | -0.75% | -0.69 | |
| 11/27/2019 | $37.97 | - | $37.84 | 0.34% | 0.43% | 0.19% | 0.21% | 0.14% | 0.13 | |
| 11/29/2019 | $37.60 | - | $37.97 | -0.98% | -0.41% | -0.51% | -0.54% | -0.44% | -0.41 | |
| 12/2/2019 | $37.10 | - | $37.60 | -1.34% | -0.86% | -1.02% | -1.03% | -0.31% | -0.29 | |
| 12/3/2019 | $36.90 | - | $37.10 | -0.54% | -0.57% | -0.92% | -0.86% | 0.32% | 0.30 | |
| 12/4/2019 | $37.03 | - | $36.90 | 0.35% | 0.60% | 0.78% | 0.63% | -0.28% | -0.26 | |
| 12/5/2019 | $37.34 | - | $37.03 | 0.83% | 0.11% | 0.00% | -0.04% | 0.87% | 0.80 | |
| 12/6/2019 | $37.18 | - | $37.34 | -0.43% | 0.84% | 1.09% | 0.92% | -1.35% | -1.24 | |
| 12/9/2019 | $37.09 | - | $37.18 | -0.24% | -0.27% | 0.38% | 0.06% | -0.30% | -0.28 | |
| 12/10/2019 | $36.93 | - | $37.09 | -0.43% | -0.07% | -0.24% | -0.25% | -0.18% | -0.17 | |
| 12/11/2019 | $37.11 | - | $36.93 | 0.49% | 0.27% | -0.87% | -0.52% | 1.01% | 0.93 | |
| 12/12/2019 | $37.20 | - | $37.11 | 0.24% | 0.78% | 1.04% | 0.87% | -0.62% | -0.58 | |
| 12/13/2019 | $36.85 | - | $37.20 | -0.95% | 0.00% | -0.17% | -0.18% | -0.77% | -0.71 | |
| 12/16/2019 | $36.86 | - | $36.85 | 0.03% | 0.70% | 0.13% | 0.27% | -0.24% | -0.22 | |
| 12/17/2019 | $36.99 | - | $36.86 | 0.35% | 0.05% | 0.61% | 0.33% | 0.02% | 0.02 | |
| 12/18/2019 | $36.19 | - | $36.99 | -2.19% | 0.02% | -0.86% | -0.60% | -1.58% | -1.46 | |
| 12/19/2019 | $37.08 | - | $36.19 | 2.43% | 0.42% | 0.26% | 0.24% | 2.19% | 2.02 | ** |
| 12/20/2019 | $37.00 | - | $37.08 | -0.22% | 0.45% | 0.47% | 0.39% | -0.60% | -0.56 | |
| 12/23/2019 | $36.61 | - | $37.00 | -1.06% | 0.10% | -0.70% | -0.47% | -0.59% | -0.54 | |
| 12/24/2019 | $36.47 | - | $36.61 | -0.38% | 0.04% | 0.01% | -0.06% | -0.33% | -0.30 | |
| 12/26/2019 | $36.00 | $0.31 | $36.47 | -0.44% | 0.46% | 0.21% | 0.23% | -0.67% | -0.62 | |
| 12/27/2019 | $35.94 | - | $36.00 | -0.17% | -0.06% | 0.38% | 0.14% | -0.31% | -0.29 | |
| 12/30/2019 | $35.93 | - | $35.94 | -0.03% | -0.51% | -0.01% | -0.27% | 0.24% | 0.22 | |
| 12/31/2019 | $36.14 | - | $35.93 | 0.58% | 0.30% | 0.36% | 0.26% | 0.32% | 0.30 | |
| 1/2/2020 | $36.34 | - | $36.14 | 0.55% | 0.74% | 0.67% | 0.62% | -0.06% | -0.06 | |
| 1/3/2020 | $36.80 | - | $36.34 | 1.26% | -0.58% | -0.02% | -0.30% | 1.56% | 1.44 | |
| 1/6/2020 | $36.69 | - | $36.80 | -0.30% | 0.33% | 0.54% | 0.38% | -0.68% | -0.63 | |
| 1/7/2020 | $36.33 | - | $36.69 | -0.99% | -0.21% | -1.37% | -1.01% | 0.02% | 0.02 | |
| 1/8/2020 | $35.86 | - | $36.33 | -1.30% | 0.40% | 0.09% | 0.13% | -1.43% | -1.33 | |

125

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2020 | $36.04 | - | $35.86 | 0.50% | 0.58% | 0.96% | 0.74% | -0.24% | -0.22 | |
| 1/10/2020 | $35.65 | - | $36.04 | -1.09% | -0.26% | -1.04% | -0.82% | -0.27% | -0.25 | |
| 1/13/2020 | $35.73 | - | $35.65 | 0.22% | 0.71% | 0.57% | 0.54% | -0.32% | -0.30 | |
| 1/14/2020 | $35.79 | - | $35.73 | 0.17% | -0.04% | -0.21% | -0.22% | 0.39% | 0.36 | |
| 1/15/2020 | $36.34 | - | $35.79 | 1.53% | 0.19% | 0.70% | 0.43% | 1.09% | 1.01 | |
| 1/16/2020 | $36.66 | - | $36.34 | 0.88% | 0.84% | 0.81% | 0.74% | 0.14% | 0.13 | |
| 1/17/2020 | $37.06 | - | $36.66 | 1.09% | 0.25% | 0.92% | 0.59% | 0.49% | 0.46 | |
| 1/21/2020 | $36.84 | - | $37.06 | -0.60% | -0.30% | -0.32% | -0.39% | -0.21% | -0.19 | |
| 1/22/2020 | $37.58 | - | $36.84 | 1.99% | 0.04% | 0.37% | 0.17% | 1.82% | 1.68 | * |
| 1/23/2020 | $33.40 | - | $37.58 | -11.79% | 0.10% | -1.06% | -0.70% | -11.09% | -10.25 | *** |
| 1/24/2020 | $32.40 | - | $33.40 | -3.04% | -0.89% | 0.29% | -0.22% | -2.82% | -2.60 | *** |
| 1/27/2020 | $31.60 | - | $32.40 | -2.50% | -1.50% | -0.97% | -1.23% | -1.27% | -1.17 | |
| 1/28/2020 | $31.00 | - | $31.60 | -1.92% | 0.96% | 0.66% | 0.69% | -2.61% | -2.41 | ** |
| 1/29/2020 | $30.09 | - | $31.00 | -2.98% | -0.12% | 0.80% | 0.39% | -3.37% | -3.11 | *** |
| 1/30/2020 | $30.37 | - | $30.09 | 0.93% | 0.28% | 1.43% | 0.92% | 0.00% | 0.00 | |
| 1/31/2020 | $30.37 | - | $30.37 | 0.00% | -1.68% | -1.50% | -1.63% | 1.63% | 1.51 | |
| 2/3/2020 | $31.09 | - | $30.37 | 2.34% | 0.75% | 0.82% | 0.72% | 1.62% | 1.50 | |
| 2/4/2020 | $31.58 | - | $31.09 | 1.56% | 1.47% | 0.34% | 0.68% | 0.88% | 0.81 | |
| 2/5/2020 | $32.53 | - | $31.58 | 2.96% | 0.93% | 3.64% | 2.55% | 0.42% | 0.39 | |
| 2/6/2020 | $32.44 | - | $32.53 | -0.28% | 0.26% | -0.23% | -0.13% | -0.15% | -0.14 | |
| 2/7/2020 | $32.35 | - | $32.44 | -0.28% | -0.55% | -0.06% | -0.32% | 0.04% | 0.04 | |
| 2/10/2020 | $32.70 | - | $32.35 | 1.08% | 0.67% | 0.60% | 0.55% | 0.53% | 0.49 | |
| 2/11/2020 | $33.23 | - | $32.70 | 1.61% | 0.34% | 0.42% | 0.32% | 1.29% | 1.19 | |
| 2/12/2020 | $32.98 | - | $33.23 | -0.76% | 0.64% | -0.67% | -0.26% | -0.50% | -0.46 | |
| 2/13/2020 | $33.23 | - | $32.98 | 0.76% | -0.08% | 0.80% | 0.40% | 0.36% | 0.33 | |
| 2/14/2020 | $33.05 | - | $33.23 | -0.54% | 0.17% | 0.16% | 0.09% | -0.63% | -0.58 | |
| 2/18/2020 | $32.74 | - | $33.05 | -0.94% | -0.19% | -0.77% | -0.63% | -0.32% | -0.29 | |
| 2/19/2020 | $32.76 | - | $32.74 | 0.06% | 0.52% | -0.52% | -0.21% | 0.27% | 0.25 | |
| 2/20/2020 | $32.46 | - | $32.76 | -0.92% | -0.26% | -0.62% | -0.56% | -0.36% | -0.33 | |
| 2/21/2020 | $32.70 | - | $32.46 | 0.74% | -0.98% | 0.32% | -0.24% | 0.98% | 0.90 | |
| 2/24/2020 | $31.76 | - | $32.70 | -2.92% | -3.23% | -1.74% | -2.35% | -0.56% | -0.52 | |
| 2/25/2020 | $30.98 | - | $31.76 | -2.49% | -2.99% | -2.20% | -2.56% | 0.07% | 0.06 | |
| 2/26/2020 | $30.72 | - | $30.98 | -0.84% | -0.54% | -0.79% | -0.77% | -0.08% | -0.07 | |
| 2/27/2020 | $29.65 | - | $30.72 | -3.55% | -4.19% | -4.70% | -4.56% | 1.01% | 0.94 | |
| 2/28/2020 | $27.15 | - | $29.65 | -8.81% | -0.86% | -3.81% | -2.77% | -6.03% | -5.58 | |
| 3/2/2020 | $28.18 | - | $27.15 | 3.72% | 3.95% | 6.11% | 5.21% | -1.49% | -1.37 | |
| 3/3/2020 | $26.83 | - | $28.18 | -4.91% | -2.49% | -2.67% | -2.67% | -2.24% | -2.07 | |
| 3/4/2020 | $27.23 | - | $26.83 | 1.48% | 3.69% | 4.23% | 3.94% | -2.46% | -2.27 | |
| 3/5/2020 | $25.42 | - | $27.23 | -6.88% | -3.20% | -3.47% | -3.43% | -3.45% | -3.18 | |
| 3/6/2020 | $25.31 | - | $25.42 | -0.43% | -1.79% | -0.73% | -1.19% | 0.76% | 0.70 | |
| 3/9/2020 | $22.10 | - | $25.31 | -13.56% | -8.26% | -8.11% | -8.20% | -5.36% | -4.95 | |
| 3/10/2020 | $22.74 | - | $22.10 | 2.85% | 4.34% | 3.57% | 3.76% | -0.91% | -0.84 | |
| 3/11/2020 | $21.35 | - | $22.74 | -6.31% | -5.12% | -5.64% | -5.50% | -0.81% | -0.75 | |
| 3/12/2020 | $20.27 | - | $21.35 | -5.19% | -10.19% | -10.24% | -10.24% | 5.05% | 4.67 | |
| 3/13/2020 | $21.86 | - | $20.27 | 7.55% | 8.20% | 7.96% | 7.94% | -0.39% | -0.36 | |
| 3/16/2020 | $20.31 | - | $21.86 | -7.35% | -12.58% | -13.80% | -13.35% | 6.00% | 5.54 | |
| 3/17/2020 | $24.21 | - | $20.31 | 17.57% | 5.17% | 7.33% | 6.42% | 11.15% | 10.30 | † |
| 3/18/2020 | $24.26 | - | $24.21 | 0.21% | -6.15% | -10.24% | -8.75% | 8.96% | 8.28 | † |
| 3/19/2020 | $26.14 | - | $24.26 | 7.46% | 1.42% | -0.63% | 0.06% | 7.40% | 6.84 | |
| 3/20/2020 | $25.32 | - | $26.14 | -3.19% | -3.79% | -0.77% | -1.96% | -1.23% | -1.14 | |
| 3/23/2020 | $24.79 | - | $25.32 | -2.12% | -2.72% | -4.08% | -3.63% | 1.52% | 1.40 | |

126

**Exhibit-7**

**ProAssurance Daily Event Study Results for Market Efficiency Analysis**

8 August 2018 through 8 May 2020

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2020 | $25.81 | - | $24.79 | 4.03% | 8.76% | 7.84% | 8.07% | -4.04% | -3.73 | |
| 3/25/2020 | $25.23 | - | $25.81 | -2.27% | 1.62% | 0.42% | 0.79% | -3.06% | -2.83 | |
| 3/26/2020 | $25.03 | $0.31 | $25.23 | 0.44% | 5.59% | 6.89% | 6.30% | -5.86% | -5.42 | |
| 3/27/2020 | $23.26 | - | $25.03 | -7.33% | -3.36% | -1.46% | -2.23% | -5.10% | -4.72 | |
| 3/30/2020 | $25.04 | - | $23.26 | 7.37% | 2.86% | 4.48% | 3.79% | 3.59% | 3.32 | |
| 3/31/2020 | $25.00 | - | $25.04 | -0.16% | -1.24% | -2.65% | -2.19% | 2.03% | 1.87 | |
| 4/1/2020 | $22.35 | - | $25.00 | -11.20% | -4.61% | -4.69% | -4.71% | -6.49% | -6.00 | |
| 4/2/2020 | $22.42 | - | $22.35 | 0.31% | 1.93% | 1.81% | 1.77% | -1.46% | -1.35 | |
| 4/3/2020 | $21.30 | - | $22.42 | -5.12% | -1.59% | -2.13% | -1.99% | -3.13% | -2.90 | |
| 4/6/2020 | $22.76 | - | $21.30 | 6.63% | 6.57% | 5.52% | 5.81% | 0.82% | 0.76 | |
| 4/7/2020 | $22.75 | - | $22.76 | -0.04% | 0.05% | 0.45% | 0.23% | -0.27% | -0.25 | |
| 4/8/2020 | $21.86 | - | $22.75 | -3.99% | 3.33% | 3.24% | 3.18% | -7.18% | -6.63 | |
| 4/9/2020 | $23.31 | - | $21.86 | 6.42% | 1.81% | 4.52% | 3.42% | 3.00% | 2.77 | |
| 4/13/2020 | $21.01 | - | $23.31 | -10.39% | -1.02% | -2.85% | -2.24% | -8.15% | -7.53 | † |
| 4/14/2020 | $20.43 | - | $21.01 | -2.80% | 2.78% | 2.86% | 2.74% | -5.54% | -5.12 | |
| 4/15/2020 | $19.30 | - | $20.43 | -5.69% | -2.33% | -4.50% | -3.75% | -1.94% | -1.79 | |
| 4/16/2020 | $20.09 | - | $19.30 | 4.01% | 0.42% | -1.20% | -0.67% | 4.68% | 4.32 | |
| 4/17/2020 | $21.65 | - | $20.09 | 7.48% | 2.73% | 4.96% | 4.04% | 3.44% | 3.18 | |
| 4/20/2020 | $20.97 | - | $21.65 | -3.19% | -1.57% | -2.72% | -2.35% | -0.84% | -0.78 | |
| 4/21/2020 | $20.89 | - | $20.97 | -0.38% | -2.96% | -1.82% | -2.31% | 1.93% | 1.78 | |
| 4/22/2020 | $20.78 | - | $20.89 | -0.53% | 2.16% | -1.00% | 0.10% | -0.63% | -0.58 | |
| 4/23/2020 | $20.39 | - | $20.78 | -1.89% | 0.12% | -1.55% | -1.00% | -0.89% | -0.83 | |
| 4/24/2020 | $19.91 | - | $20.39 | -2.38% | 1.30% | 0.73% | 0.86% | -3.25% | -3.00 | |
| 4/27/2020 | $20.99 | - | $19.91 | 5.28% | 1.74% | 2.13% | 1.90% | 3.38% | 3.12 | |
| 4/28/2020 | $21.36 | - | $20.99 | 1.75% | -0.23% | 0.10% | -0.10% | 1.84% | 1.70 | |
| 4/29/2020 | $22.60 | - | $21.36 | 5.64% | 2.85% | 1.61% | 1.99% | 3.66% | 3.38 | |
| 4/30/2020 | $21.39 | - | $22.60 | -5.50% | -1.32% | -4.16% | -3.16% | -2.34% | -2.16 | |
| 5/1/2020 | $20.12 | - | $21.39 | -6.12% | -2.84% | -3.97% | -3.61% | -2.51% | -2.32 | |
| 5/4/2020 | $20.40 | - | $20.12 | 1.38% | 0.48% | -0.47% | -0.19% | 1.57% | 1.45 | |
| 5/5/2020 | $19.81 | - | $20.40 | -2.93% | 0.87% | 0.97% | 0.85% | -3.79% | -3.50 | |
| 5/6/2020 | $19.45 | - | $19.81 | -1.83% | -0.59% | -3.45% | -2.45% | 0.61% | 0.57 | |
| 5/7/2020 | $20.33 | - | $19.45 | 4.43% | 1.32% | 1.42% | 1.30% | 3.12% | 2.89 | |
| 5/8/2020 | $15.95 | - | $20.33 | -24.26% | 1.84% | 1.35% | 1.45% | -25.72% | -23.76 | † |

**Notes:**

[1] Explained returns, residual returns, and $t$-statistics are computed from the regression estimated over the Pre-Covid Period, 8 August 2018 through 29 January 2020

[2] Returns that are statistically significant at the 90% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 1 65 or less than -1 65, and are marked with "*"

[3] Returns that are statistically significant at the 95% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 1 96 or less than -1 96, and are marked with "**"

[4] Returns that are statistically significant at the 99% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 2 58 or less than -2 58, and are marked with "***"

[5] As described, subsequent significance determined using Covid Period's, 30 January 2020 through 8 May 2020, empirical distribution  Returns that are statistically significant at the 95% confidence level using the empirical histogram distribution have a $t$-statistic greater than or equal to 8 28 or less than or equal to -7 53, and are marked with "†"

127

**Exhibit-8**

**ProAssurance Event Study Results**

| Date | PRA Closing Price | PRA Dividend | PRA Prior Day Closing Price | PRA Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | PRA Explained Return | PRA Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/8/2018 | $44.50 | - | $42.20 | 5.31% | -0.03% | -0.25% | -0.24% | 5.55% | 5.12 | *** |
| 11/7/2018 | $46.16 | - | $44.56 | 3.53% | 1.91% | 1.73% | 1.71% | 1.82% | 1.68 | * |
| 2/5/2019 | $40.98 | - | $43.46 | -5.88% | 0.44% | 0.32% | 0.29% | -6.16% | -5.69 | *** |
| 2/22/2019 | $43.70 | - | $44.85 | -2.60% | 0.63% | 0.21% | 0.29% | -2.89% | -2.67 | *** |
| 4/26/2019 | $35.71 | - | $36.10 | -1.09% | 0.54% | 0.84% | 0.65% | -1.74% | -1.61 | |
| 8/8/2019 | $37.63 | - | $37.96 | -0.87% | 1.84% | 1.81% | 1.74% | -2.61% | -2.41 | ** |
| 11/6/2019 | $40.00 | - | $39.35 | 1.64% | -0.03% | 1.56% | 0.89% | 0.75% | 0.69 | |
| 1/23/2020 | $33.40 | - | $37.58 | -11.79% | 0.10% | -1.06% | -0.70% | -11.09% | -10.25 | *** |
| 2/21/2020 | $32.70 | - | $32.46 | 0.74% | -0.98% | 0.32% | -0.24% | 0.98% | 0.90 | |
| 5/8/2020 | $15.95 | - | $20.33 | -24.26% | 1.84% | 1.35% | 1.45% | -25.72% | -23.76 | † |

**Sources:**

CRSP, S&P, and computations performed by Crowninshield Financial Research

**Notes:**

[1] Explained returns, residual returns, and $t$-statistics are computed from the regression estimated over the Pre-Covid Period, 8 August 2018 through 29 January 2020

[2] Returns that are statistically significant at the 90% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 1 65 or less than -1 65, and are marked with "*"

[3] Returns that are statistically significant at the 95% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 1 96 or less than -1 96, and are marked with "**"

[4] Returns that are statistically significant at the 99% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 2 58 or less than -2 58, and are marked with "***"

[5] As described, subsequent significance determined using Covid Period's, 30 January 2020 through 8 May 2020, empirical distribution  Returns that are statistically significant at the 95% confidence level using the empirical histogram distribution have a $t$-statistic greater than or equal to 8 28 or less than or equal to -7 53, and are marked with "†"

128