FILED
2022 Apr-08  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL)**<br>**19 PENSION FUND,**                )<br>                                            )<br>        Plaintiff,                    )<br>                                            )<br>        v.                                 )<br>                                            )<br>**PROASSURANCE CORPORATION, )**<br>**et al.,**                                  )<br>                                            )<br>        Defendants.                 ) | <u>CLASS ACTION</u><br><br>Civil Action Number<br>**2:20-cv-856-AKK** |

## ORDER

Lead  Plaintiffs' Motion for Admission Pro Hac Vice of Mason G. Roth

(doc. 81) is **GRANTED**.


**DONE** this 8th day of April 2022.


_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**