FILED
2022 Apr-11  PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS LOCAL)** | | |
| **19 PENSION FUND,** | **)** | |
| | **)** | **CLASS ACTION** |
| Plaintiff, | **)** | Civil Action Number |
| | **)** | **2:20-cv-856-AKK** |
| v. | **)** | |
| | **)** | |
| **PROASSURANCE CORPORATION, )** | | |
| **et al.,** | **)** | |
| | **)** | |
| Defendants. | **)** | |

## ORDER

Lead Plaintiff Central Laborers' Pension Fund Motion for Admission Pro

Hac Vice of John T. Long (doc. 83) is **GRANTED**.


**DONE** this 11th day of April 2022.


_____

**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**