FILED

2022 May-06  PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL) | |
| **19 PENSION FUND,** ) | |
| *individually as on behalf of all others* ) | |
| *similarly situated***,** ) | |
| ) | Civil Action Number |
| Plaintiff, ) | **2:20-cv-856-AKK** |
| ) | |
| v. ) | |
| ) | |
| **PROASSURANCE CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiffs' Motion for Admission Pro Hac Vice of Jonathan Lamet (doc. 85)

is **GRANTED**.

**DONE** this 6th day of May 2022.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**