FILED

2022 Jun-03  PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS LOCAL)** | | |
| **19 PENSION FUND,** | **)** | |
| | **)** | |
| Plaintiffs, | **)** | |
| | **)** | Civil Action Number |
| v. | **)** | **2:20-cv-856-AKK** |
| | **)** | |
| **PROASSURANCE CORPORATION,** **)** | | |
| **et al.,** | **)** | |
| | **)** | |
| Defendants. | **)** | |

## ORDER

Lead Plaintiffs' Motion for Admission Pro Hac Vice of Craig Maider (doc. 88) is **GRANTED**.

**DONE** this 3rd day of June 2022.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**