FILED

2022 Jun-10  PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | Civil Action Number **2:20-CV-00856-AKK** |
| **v.** ) ) ) | |
| **PROASSURANCE CORPORATION, et al.,** ) ) ) | |
| **Defendants.** ) ) | |

## ORDER

In accordance with the parties' joint stipulation, doc. 90, the court **ORDERS** that the defendants' response to the motion for class certification is due by June 17, 2022, and the plaintiffs' reply is due by August 12, 2022.

**DONE** the 10th day of June, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE