FILED

2022 Jun-17  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI, <br><br> Defendants. | Civil Action No.: 2:20-cv-00856-AKK |

## **TRANSMITTAL DECLARATION OF COLE R. GRESHAM**

COLE R. GRESHAM hereby declares under penalty of perjury as follows:

1.      I am a partner of the law firm Starnes Davis Florie LLP, counsel to Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski (collectively "Defendants").  I submit this Declaration in support of Defendants' Opposition to Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives and Appoint Class Counsel.

2.      Attached hereto are true and correct copies of the following:

| Ex. | Description |
|---|---|
| 1. | ProAssurance 2019 Form 10-K (excerpted) |
| 2. | ProAssurance 2017 Form 10-K (excerpted) |
| 3. | ProAssurance 2018 Form 10-K (excerpted) |
| 4. | Q4 2019 Earnings Call Transcript, February 21, 2020 |
| 5. | Transcript of Deposition of R. Todd Vingers, June 15, 2022 (excerpted) |
| 6. | Boenning & Scattergood Analyst Report, March 10, 2020 |
| 7. | Boenning & Scattergood Analyst Report, May 11, 2020 |
| 8. | SunTrust Robinson Humphrey Analyst Report, May 8, 2020 |
| 9. | Transcript of Deposition of Dan Koeppel, May 26, 2022 (excerpted) |
| 10. | Transcript of Deposition of David Sullivan, June 2, 2022 (excerpted) |
| 11. | Expert Report of Bruce Deal, June 17, 2022 |

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Executed on June 17, 2022 in Birmingham, Alabama.

/s/ *Cole R. Gresham*
Cole R. Gresham

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

Roger H. Bedford, Jr.
ROGER BEDFORD, ATTORNEY AT LAW, LLC
P. O. Box 1149
Russellville, AL  35653
rogerbedfordattorneyatlawllc@gmail.com

David J. Guin
Tammy M. Stokes
Dawn Stith Evans
GUIN, STOKES, & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600, Title Bldg.
Birmingham, AL  35203
davidg@gseattorneys.com
tammys@gseattorneys.com
devans@gseattorneys.com

Nathan R. Lindell (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
nlindell@rgrdlaw.com

Bailie L. Heikkinen (*pro hac vice*)
Reginald E. Janvier (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWN, LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
bheikkinen@rgrdlaw.com
rjanvier@rgrdlaw.com

Joseph E. White, III (*pro hac vice*)
Lester R. Hooker (*pro hac vice*)
SAXEN A. WHITE, P.A.

7777 Glades Road, Suite 300
Boca Raton, FL  33434
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer
SAXEN A. WHITE, P.A.
10 Bank Street, 8th Floor
White Plains, NY  10606
ssinger@saxenawhite.com

                                    *s/ Cole R. Gresham*
                                    Cole R. Gresham