Exhibit 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

     **For the fiscal year ended December 31, 2019,**

or

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

     **For the transition period from _____ to _____.**

**Commission file number: 001-16533**

# ProAssurance Corporation

**(Exact name of registrant as specified in its charter)**

| **Delaware** | **63-1261433** |
|:---:|:---:|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **100 Brookwood Place, Birmingham,   AL** | **35209** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(205) 877-4400**

**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|:---:|:---:|:---:|
| Common Stock, par value $0.01 per share | PRA | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act: None.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

1

**PART I**

## ITEM 1. BUSINESS

### Overview

ProAssurance Corporation is a holding company for property and casualty insurance companies. For the year ended December 31, 2019, our net premiums written totaled $843 million, and at December 31, 2019 we had total assets of $4.8 billion and $1.5 billion of shareholders' equity.

Our Mission
We exist to Protect Others

Our Vision
We will be the best in the world at understanding and providing solutions for the risks our customers encounter as healers, innovators, employers and professionals. Through an integrated family of specialty companies, products and services, we will be a trusted partner enabling those we serve to focus on their vital work. As the employer of choice, we embrace every day as a singular opportunity to reach for extraordinary outcomes, build and deepen superior relationships, and accomplish our mission with infectious enthusiasm and unbending integrity.

Our Values
Integrity, Leadership, Relationships, Enthusiasm

Our wholly owned insurance subsidiaries provide professional liability insurance for healthcare professionals and facilities, professional liability insurance for attorneys and their firms, liability insurance for medical technology and life sciences risks and workers' compensation insurance. We also provide capital to Syndicate 1729 which writes a range of property and casualty insurance and reinsurance lines. In addition, we are the sole (100%) capital provider of an SPA, Syndicate 6131, which focuses on contingency and specialty property business.

Our executive offices are located at 100 Brookwood Place, Birmingham, Alabama 35209 and our telephone number is (205) 877-4400. Our stock trades on the NYSE under the symbol "PRA." Our website is www.proassurance.com, and we maintain a dedicated Investor Relations section on that website (investor.proassurance.com) to provide specialized resources for investors and others seeking to learn more about us.

As part of our disclosure through the Investor Relations section of our website, we publish our annual report on Form 10-K, our quarterly reports on Form 10-Q and our current reports on Form 8-K and all other public SEC filings as soon as reasonably practicable after the report is electronically filed with, or furnished to, the SEC. These SEC filings can be found on our website at investor.proassurance.com/Docs. This section also includes information regarding stock trading by corporate insiders by providing access to SEC Forms 3, 4 and 5 when they are filed with the SEC. In addition to federal filings on our website, we make available other documents that provide important additional information about our financial condition and operations. Documents available on our website include the financial statements we file with state regulators (compiled under SAP as required by regulation), news releases that we issue, a listing of our investment holdings and certain investor presentations. The Governance section of our website provides copies of the charters for our governing committees and many of our governing policies. Printed copies of these documents may be obtained from our Investor Relations department, either by mail at P.O. Box 590009, Birmingham, Alabama 35259-0009, or by telephone at (205) 877-4400 or (800) 282-6242.

### Our History

We were incorporated in Delaware in 2001 as the successor to Medical Assurance, Inc. in conjunction with its merger with Professionals Group, Inc. ProAssurance has a history of growth through acquisitions; the most significant and recent of which was the acquisition of Eastern Insurance Holdings, Inc., on January 1, 2014.

We provided the majority of the capital for Syndicate 1729 in November 2013, and Syndicate 1729 began active operations effective January 1, 2014. We provided 100% of the capital for an SPA, Syndicate 6131, in December 2017, and Syndicate 6131 began writing business effective January 1, 2018.

### Our Strategy

Our main business objective is to generate attractive total return for our shareholders. The basic components of our strategy for achieving this objective are as follows:

- *Provide specialized healthcare-centric expertise to meet evolving demands in the healthcare marketplace.* Through our focus on healthcare, we provide traditional liability insurance products to healthcare providers. We also leverage our reach, expertise and financial strength to provide innovative and customized products to meet the risk management needs of larger healthcare organizations or groups.

- *Provide superior workers' compensation products and services.* We provide workers' compensation products and services that focus on increasing an organization's productivity while reducing costs. We do this by providing innovative programs and solutions that address the specific needs of our customers and return injured workers to wellness and the dignity of work.
- *Provide superior customer service.* Our mission statement, "We exist to Protect Others," goes hand-in-hand with our corporate brand promise, "Treated Fairly." Our employees demonstrate our core values of integrity, leadership, relationships and enthusiasm every day and are focused on meeting the needs of our customers.
- *Effectively manage capital.* We carefully monitor use of our capital and consider various options for capital deployment, such as business expansion by our existing subsidiaries, opportunities that arise for mergers or acquisitions, share repurchases and payment of dividends.
- *Manage claims effectively.* Our experienced claims teams have industry and insurance expertise that, with our extensive local knowledge, allows us to resolve claims in an effective manner, considering the circumstances of each claim. When practicable, we utilize formalized claims management processes and protocols as a means of reducing claim costs.
- *Pursue profitable underwriting opportunities.* We emphasize profitability, not market share. Key elements of our approach are prudent risk selection using established underwriting guidelines, appropriate pricing, and adjusting our business mix as appropriate to effectively utilize capital and achieve market synergies.
- *Emphasize risk management.* We actively manage our enterprise risk by maintaining strong internal controls. We also emphasize the importance of risk management to our insureds and offer them training in the use of risk reduction tools and techniques.
- *Maintain a conservative investment strategy.* We believe that we follow a conservative investment strategy designed to emphasize the preservation of our capital and provide adequate liquidity for the prompt payment of claims. Our investment portfolio consists primarily of investment-grade, fixed-maturity securities of short-to medium-term duration.
- *Focus on culture and people.* We strive to be the Employer of Choice by attracting, retaining and developing employees who embody our Mission, Vision and Values.
- *Maintain financial stability*. We are committed to maintaining financial strength and adequate capital.

## Organization and Segment Information

We operate through multiple insurance organizations and report our operating results in five segments, as follows:

- *Specialty P&C* - This segment includes our professional liability business and medical technology liability business. Professional liability insurance is primarily offered to healthcare providers and institutions and to attorneys and their firms. Medical technology liability insurance is offered to medical technology and life sciences companies that manufacture or distribute products including entities conducting human clinical trials. We also offer custom alternative risk solutions including loss portfolio transfers and captive cell programs for healthcare professional liability insureds. For our alternative market captive cell programs, we cede either all or a portion of the premium to certain SPCs in our Segregated Portfolio Cell Reinsurance segment.
- *Workers' Compensation Insurance* - This segment includes our workers' compensation insurance business which is provided primarily to employers with 1,000 or fewer employees. Our workers' compensation products include guaranteed cost policies, policyholder dividend policies, retrospectively-rated policies, deductible policies and alternative market solutions. Alternative market products include program design, fronting, claims administration, risk management, SPC rental, asset management and SPC management services. Alternative market program premiums are 100% ceded to either SPCs in our Segregated Portfolio Cell Reinsurance segment or, to a limited extent, a captive insurer unaffiliated with ProAssurance.
- *Segregated Portfolio Cell Reinsurance* - This segment includes the operating results (underwriting profit or loss, plus investment results) of SPCs at Inova Re and Eastern Re, our Cayman Islands SPC operations. Each SPC is owned, fully or in part, by an agency, group or association and the operating results of the SPCs are due to the participants of that cell. We participate to a varying degree in the results of selected SPCs and, for the SPCs in which we participate, our participation interest ranges from a low of 20% to a high of 85%. SPC operating results due to external cell participants are reflected as an SPC dividend expense (income) in our Segregated Portfolio Cell Reinsurance segment. The SPCs assume workers' compensation insurance, healthcare professional liability insurance or a combination of the two from our Workers' Compensation Insurance and Specialty P&C segments. In addition, an SPC at Eastern Re assumed an errors and omissions liability policy from a captive insurer unaffiliated with ProAssurance during 2019. We do not participate in the SPC that assumed this policy; therefore, the operating results of this policy are reflected in the SPC dividend expense (income).

assumptions, uncertainties, model design errors and the inherent limitations of any statistical analysis, including those arising from the use of historical internal and industry data and assumptions. Changes in the social, judicial or economic environments in which we operate may make modeled outcomes less reliable or produce new, non-modeled risks. In addition, the effectiveness of any model can be degraded by operational risks including, but not limited to, the improper use of the model. Consequently, actual results may differ materially from our modeled results. If actual losses exceed assumptions that were made when our products were priced or our models fail to appropriately estimate the risks we are exposed to, our business, financial condition, results of operations or liquidity may be adversely affected. Furthermore, our results may be adversely affected if actual losses exceed assumptions that were made when pricing products that also include features such as an option to purchase extended reporting endorsement or "tail" coverage, which are offered at rates that are tied to expiring premiums charged. The profitability and financial condition of the Company substantially depends on the extent to which our actual experience is consistent with assumptions we use in our models and ultimate model outputs.

*We are exposed to and may face adverse developments involving mass tort claims arising from coverages provided to our insureds.*

Establishing reserves for mass tort claims is subject to uncertainties due to many factors, including expanded theories of liability, geographical location and jurisdiction of the lawsuits. Moreover, it is difficult to estimate our ultimate liability for such claims due to evolving judicial interpretations of various tort theories of liability and defense theories, such as federal preemption and joint and several liability, as well as the application of insurance coverage to these claims.

*If market conditions cause reinsurance to be more costly or unavailable, we may be required to bear increased risk or reduce the level of our underwriting commitments.*

As part of our overall risk and capacity management strategy, we purchase reinsurance for significant amounts of risk underwritten by our insurance subsidiaries. Market conditions beyond our control determine the availability and cost of the reinsurance. We may be unable to maintain current reinsurance coverage or to obtain other reinsurance coverage in adequate amounts and at favorable rates. If we are unable to renew our expiring coverage or to obtain new reinsurance coverage, either our net exposure to risk would increase or, if we are unwilling to bear an increase in net risk exposures, we would need to reduce the amount of our underwritten risk.

*Our claims handling could result in a bad faith claim against us.*

We have been sued from time to time for allegedly acting in bad faith during our handling of a claim. The damages claimed in actions for bad faith may include amounts owed by the insured in excess of the policy limits as well as consequential and punitive damages. Awards above policy limits are possible whenever a case is taken to trial. These actions have the potential to have a material and adverse effect on our financial condition and results of operations.

*If we are unable to maintain favorable financial strength ratings, it may be more difficult for us to write new business or renew our existing business.*

Independent rating agencies assess and rate the claims-paying ability and the financial strength of insurers based upon criteria established by the agencies. Periodically the rating agencies evaluate us to confirm that we continue to meet the criteria of previously assigned ratings. The financial strength ratings assigned by rating agencies to insurance companies represent independent opinions of financial strength and ability to meet policyholder and debt obligations and are not directed toward the protection of equity investors.

Our principal operating subsidiaries hold favorable claims paying ratings with A.M. Best, Fitch and Moody's. Claims-paying ratings are used by agents, brokers and customers as an important means of assessing the financial strength and quality of insurers. If our financial position deteriorates or the rating agencies significantly change the rating criteria that are used to determine ratings, we may not maintain our favorable financial strength ratings from the rating agencies. A downgrade or involuntary withdrawal of any such rating could limit or prevent us from writing desirable business.

**ProAssurance Corporation and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2019**

Healthcare Professional Liability Reserve

HCPL loss costs are impacted by many factors, including but not limited to the nature of the claim, including whether or not the claim is an individual or a mass tort claim, the personal situation of the claimant or the claimant's family, the outcome of jury trials, the legislative and judicial climate where any potential litigation may occur, general economic conditions and, for claims involving bodily injury, the trend of healthcare costs. ProAssurance sets an initial reserve based upon the evaluation of the current loss environment including frequency, severity, economic inflation, social inflation and legal trends. The initial loss ratio for HCPL business has ranged from 87% to 106% in recent years and has recently trended towards the higher end of this range due to increased reserve estimates for a large national healthcare account as well as increases in loss severity in the broader HCPL industry, including our excess and surplus lines of business.

*Healthcare Professional Liability Claims-Made*

| | **Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance** | | | | | | | | | | | **December 31, 2019** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in thousands) | **Year Ended December 31,** | | | | | | | | | | | Cumulative Number of Reported Claims |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | **2019** | IBNR* | |
| Accident Year | | | | | | Unaudited | | | | | | |
| 2010 | $ 364,996 | $ 354,787 | $ 338,170 | $ 312,813 | $ 291,553 | $ 279,713 | $ 270,484 | $ 258,466 | $ 257,714 | $ 254,974 | $ (1,161) | 3,845 |
| 2011 | — | $ 348,916 | $ 344,808 | $ 331,884 | $ 305,540 | $ 289,400 | $ 278,258 | $ 264,777 | $ 254,329 | 253,163 | $ (1,377) | 3,530 |
| 2012 | — | — | $ 341,289 | $ 324,418 | $ 319,613 | $ 306,956 | $ 291,075 | $ 279,589 | $ 271,110 | 266,629 | $ (1,040) | 3,699 |
| 2013 | — | — | — | $ 315,346 | $ 304,209 | $ 296,550 | $ 287,140 | $ 272,364 | $ 258,251 | 248,594 | $ (4,737) | 3,767 |
| 2014 | — | — | — | — | $ 290,020 | $ 289,397 | $ 280,043 | $ 267,442 | $ 256,968 | 244,607 | $ (4,466) | 3,315 |
| 2015 | — | — | — | — | — | $ 276,492 | $ 269,980 | $ 271,138 | $ 270,814 | 256,785 | $ (13,965) | 3,267 |
| 2016 | — | — | — | — | — | — | $ 271,765 | $ 274,643 | $ 287,551 | 293,515 | $ (6,524) | 3,534 |
| 2017 | — | — | — | — | — | — | — | $ 283,746 | $ 295,883 | 331,304 | $ (3,097) | 3,869 |
| 2018 | — | — | — | — | — | — | — | — | $ 320,772 | 377,908 | $ 33,282 | 3,980 |
| 2019 | — | — | — | — | — | — | — | — | — | 377,242 | $ 225,384 | 3,134 |
| Total | | | | | | | | | | $ 2,904,721 | | |

* Includes expected development on reported claims

| | **Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (In thousands) | **Year Ended December 31,** | | | | | | | | | |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | **2019** |
| Accident Year | | | | | Unaudited | | | | | |
| 2010 | $ 15,464 | $ 69,551 | $ 137,712 | $ 180,432 | $ 209,777 | $ 221,693 | $ 236,171 | $ 240,945 | $ 243,675 | 246,974 |
| 2011 | — | $ 14,417 | $ 71,208 | $ 133,004 | $ 177,089 | $ 198,112 | $ 214,502 | $ 224,982 | 233,103 | 237,605 |
| 2012 | — | — | $ 15,382 | $ 73,571 | $ 145,488 | $ 190,997 | $ 215,220 | $ 231,652 | 244,512 | 250,806 |
| 2013 | — | — | — | $ 16,938 | $ 69,657 | $ 127,496 | $ 171,681 | $ 197,265 | 213,879 | 220,402 |
| 2014 | — | — | — | — | $ 16,764 | $ 59,485 | $ 116,791 | $ 154,236 | 186,239 | 200,392 |
| 2015 | — | — | — | — | — | $ 9,172 | $ 55,731 | $ 111,741 | 161,896 | 195,047 |
| 2016 | — | — | — | — | — | — | $ 9,027 | $ 51,869 | 109,756 | 164,811 |
| 2017 | — | — | — | — | — | — | — | $ 16,309 | 63,171 | 134,787 |
| 2018 | — | — | — | — | — | — | — | — | $ 14,051 | 79,291 |
| 2019 | — | — | — | — | — | — | — | — | — | 17,838 |
| Total | | | | | | | | | | 1,747,953 |

| | |
|---|---|
| All outstanding liabilities before 2010, net of reinsurance | **9,771** |
| Liabilities for losses and loss adjustment expenses, net of reinsurance | $ **1,166,539** |