FILED
2022 Jun-17 PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit 3

# United States
# Securities and Exchange Commission
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒     **Annual report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 [Fee Required] for the fiscal year ended December 31, 2018 ,**

or

☐     **Transition report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 [No Fee Required] for the transition period from _____to _____.**

<b>Commission file number: 001-16533</b>

# ProAssurance Corporation
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **63-1261433** |
| **(State of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **100 Brookwood Place, Birmingham, AL** | **35209** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(205) 877-4400**
**(Registrant's Telephone Number, Including Area Code)**
**Securities registered pursuant to Section 12(b) of the Act:**

| <u>Title of Each Class</u> | <u>Name of Each Exchange On Which Registered</u> |
|---|---|
| Common Stock, par value $0.01 per share | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act: None.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

1

Gross Premiums Written

Gross premiums written by component were as follows:

| ($ in thousands) | | Year Ended December 31 | | | | |
|---|---|---|---|---|---|---|
| | | **2018** | | 2017 | | Change |
| Professional liability | | | | | | |
| Physicians [1][8] | | | | | | |
| Twelve month term | $ | **352,279** | $ | 360,232 | $ | (7,953) | (2.2%) |
| Twenty-four month term | | **22,171** | | 27,370 | | (5,199) | (19.0%) |
| Total Physicians | | **374,450** | | 387,602 | | (13,152) | (3.4%) |
| Healthcare facilities [2][8] | | **65,014** | | 47,697 | | 17,317 | 36.3% |
| Other healthcare providers [3] | | **32,200** | | 32,599 | | (399) | (1.2%) |
| Legal professionals [4] | | **26,227** | | 25,628 | | 599 | 2.3% |
| Tail coverages [5][6] | | **25,579** | | 21,206 | | 4,373 | 20.6% |
| Retroactive coverages [6] | | **18,708** | | — | | 18,708 | nm |
| Total professional liability | | **542,178** | | 514,732 | | 27,446 | 5.3% |
| Medical technology liability [7] | | **34,528** | | 34,164 | | 364 | 1.1% |
| Other | | **490** | | 427 | | 63 | 14.8% |
| Total | $ | **577,196** | $ | 549,323 | $ | 27,873 | 5.1% |

[1] Physician policies were our greatest source of premium revenues in both 2018 and 2017 . The decrease in twelve month term policies in 2018 was due to timing differences of $10.9 million primarily related to the shifting in 2018 renewal dates of a few large policies that were renewed in the first quarter of 2019. Excluding the effect of these timing differences, twelve month term policies increased $2.9 million as compared to 2017. This increase was primarily due to new business written, an increase in premiums assumed in which we participate on a quota share basis and an increase in renewal pricing, largely offset by retention losses during the period. Renewal pricing increases in 2018 is reflective of our concern about potential increases in loss severity as well as more moderate marketplace price competition. Twelve month term premium in 2018 also reflected an increase in coverage from one insured who acquired an entity that was not previously insured by us. We also offer twenty-four month term policies to our physician insureds in one selected jurisdiction. The decrease in twenty-four month term policies in 2018 as compared to 2017 primarily reflected the normal cycle of renewals (policies subject to renewal in 2018 were previously written in 2016 rather than in 2017 ).

[2] Our healthcare facilities premium (which includes hospitals, surgery centers and other similar facilities) increase d in 2018 as compared to 2017 driven by new business written, primarily due to the addition of two large policies in 2018, and, to a lesser extent, an increase in coverage pertaining to one large entity which consolidated certain policies that were not previously insured by us. Additionally, given the loss environment and initial loss indications we are seeing in the healthcare facilities space, we are seeking rate increases where we believe appropriate. These increases were partially offset by retention losses during the period.

[3] Our other healthcare providers are primarily dentists, chiropractors and allied health professionals.

[4] Our legal professionals policies are primarily individual and small group policies in select areas of practice. The increase in 2018 as compared to 2017 was primarily due to new business written and, to a lesser extent, an increase in the rate charged for certain renewed policies in select states due to rate filings, largely offset by retention losses.

[5] We offer extended reporting endorsement or "tail" coverage to insureds who discontinue their claims-made coverage with us, and we also periodically offer tail coverage through custom policies. The amount of tail coverage premium written can vary significantly from period to period. The increase in tail premiums in 2018 was driven by $7.9 million of tail coverage provided in connection with a loss portfolio transfer with a large healthcare organization entered into during the second quarter of 2018 (see further discussion in footnote 6 that follows), partially offset by the effect of tail coverage purchased in 2017 for a few large claims-made policies in one jurisdiction that were rewritten to occurrence coverage. These policies are a part of one of our shared risk arrangements and therefore, a large portion of the premium written was also ceded during 2017 (see further discussion in the Ceded Premiums Written section that follows).

[6] We offer custom alternative risk solutions including loss portfolio transfers for large healthcare entities who, most commonly, are exiting a line of business, changing an insurance approach, or simply preferring to transfer risk. In the second quarter of 2018, we entered into a loss portfolio transfer with a large healthcare organization. Per the agreement, we will cover a specific inventory of existing claims as well as provide tail coverage. The premiums received for the