FILED
2022 Jun-17  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

CONFIDENTIAL -- PURSUANT TO PROTECT ORDER

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

Civil Action No. 2:20-cv-00856-AKK

_____

SHEET METAL WORKERS LOCAL 19 PENSION FUND,   )

Individually and on Behalf of All Others      )

Similarly Situated,                           )

              Plaintiff,                       )

              vs.                              )

PROASSURANCE CORPORATION, W. STANCIL STARNES,)

EDWARD L. RAND, JR., DANA S. HENDRICKS,        )

HOWARD R. FRIEDMAN, and MICHAEL L. BOGUSKI,   )

              Defendants.                     )

_____)

              REMOTE VIDEOTAPED DEPOSITION OF

RICHARD TODD VINGERS, called as a witness by and on

behalf of the Defendant, pursuant to the applicable

provisions of the Federal Rules of Civil Procedure,

before P. Jodi Ohnemus (remotely), RPR, RMR, CRR,

CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and

Notary Public, within and for the Commonwealth of

Massachusetts, at Sudbury, Massachusetts, on

Wednesday, June 15, 2022, commencing at 12:08 p.m.

(EDT).

CONFIDENTIAL -- PURSUANT TO PROTECT ORDER



32 (Pages 122 - 125)

CONFIDENTIAL -- PURSUANT TO PROTECT ORDER



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400