FILED
2022 Jun-17  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 6

# BOENNING & SCATTERGOOD
ESTABLISHED 1914

**Equity Research**

## ProAssurance Corporation
**(PRA-NYSE)**

**March 10, 2020**

**P&C Insurance**

| | |
|---|---|
| Rating/Risk: | Neutral/Moderate |
| Price: | $22.10 |
| Target Price: | NA |

### Adjusting ProAssurance's Estimates Following 4Q19 Loss; Maintain Neutral

**Investment Conclusion:** Despite a sizeable reserve charge in 4Q19, we consider ProAssurance one of the most conservative insurers in the sector. The company has a long track record of building shareholder value (book value plus cumulative dividends), averaging 11% growth per year for the last 25 years. Much of the strong performance is related to significant favorable prior-year loss reserve development. After the 4Q charge, reserve development was still favorable for the full year 2019 – development has been favorable each year since 2002.

We reviewed the statutory loss reserves of PRA's insurance subsidiaries as of year-end 2019 and concluded reserves are redundant by 13% to 15%. As such, we expect the favorable reserve development to continue.

The stock is down over 40% since the company preannounced the 4Q reserve charge in late January – it's now trading under 80% of book. ProAssurance hasn't traded at such a low valuation since 2001. With management indicating the healthcare professional liability market is beginning to harden, we believe investors that have a longer-term investment horizon (at least a few years) should accumulate shares at this discounted level.

Our near-term expectations, however, are modest (about 1% ROE for both 2020 and 2021), so we don't see substantial multiple expansion over the next 12 months. We reiterate our Neutral rating.

**Estimate Revisions:** Relative to our estimates before they were put Under Review, we lowered our operating EPS estimates for 2020 and 2021 to $0.25 (from $0.57) and $0.35 (from $0.45), respectively. We assume the recently announced NORCAL transaction is completed at year-end 2020.

We expect gross premiums written to decline 6% in 2020 (we previously modeled 3% growth) and then increase 30% in 2021 when the NORCAL premium hits the books. We increased our current accident year loss ratio projection by 110 basis points for 2020 (to be more conservative in light of the deteriorating claims trends seen in 2019) and by 330 basis points for 2021 (we expect ProAssurance to book a more conservative current accident year loss ratio for the NORCAL book). Note – NORCAL also took a large reserve charge in 4Q19. As a result, its statutory surplus was expected to decline to approximately $570 million at year-end from $746 million as of September 30, 2019.

Management anticipates $18 million of expense synergies over a two-year period related to the NORCAL transaction – we lowered our 2021 expense ratio by 90 basis points to reflect the synergies recognized in the first year of ownership.

Management expects the NORCAL transaction to be accretive in the 2nd year of ownership (i.e. 2022), with meaningful accretion thereafter.

**Operating EPS Estimates**

| Current | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2019A | $0.08 | $0.08 | $0.30 | ($1.27) | ($0.81) |
| 2020E | $0.07 | $0.08 | $0.09 | $0.02 | $0.25 |
| 2021E | $0.12 | $0.11 | $0.09 | $0.03 | $0.35 |

| Prior | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2020 | UR | UR | UR | UR | UR |
| 2021 | UR | UR | UR | UR | UR |

| Consensus | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2020 | $0.07 | $0.09 | $0.12 | $0.06 | $0.33 |
| 2021 | $0.10 | $0.14 | $0.13 | $0.16 | $0.44 |

| Market Data | March 9, 2020 |
|---|---|
| Current Price | $22.10 |
| 52 Week Range | $42.03 - $18.00 |
| Market Value (mm) | $1,189 |
| Common Shares O/S (mm) | 53.8 |
| 52 Week ADTV | 278,093 |
| Dividend Yield | 5.6% |
| Institutional Ownership | 87% |
| Price/ Book Value | 0.79x |
| Price/ 2020E EPS | 87.9x |
| Price/ 2021E EPS | 63.3x |

| Financial Data | As of December 31, 2019 |
|---|---|
| Net Premiums Written (mm) (LTM) | $843 |
| Growth in Net Premiums Written (LTM) | 0.9% |
| NPW/ Average Equity | 0.54x |
| Combined Ratio (LTM) | 118.9% |
| Book Value per Share | $28.11 |
| LTM ROE | 0.1% |

*Source: S&P Global Market Intelligence and B&S estimates*

**Robert Farnam**
610.832.5288
*rfarnam@boenninginc.com*

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

### ProAssurance Corporation

| | 2016 | 2017 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 2019 | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | |
| Gross Premiums Written | $835.0 | $874.9 | $957.3 | $279.8 | $221.3 | $265.5 | $200.8 | $967.5 | $275.3 | $204.0 | $247.6 | $185.8 | $912.8 | $342.6 | $266.7 | $328.8 | $244.6 | $1,182.8 |
| % Change | 2.8% | 4.8% | 9.4% | 15.1% | -8.9% | 2.2% | -5.1% | 1.1% | -1.6% | -7.8% | -6.7% | -7.5% | -5.7% | 24.4% | 30.7% | 32.8% | 31.6% | 29.6% |
| % Retention | 88.4% | 87.3% | 87.2% | 87.8% | 85.8% | 85.9% | 89.1% | 87.1% | 89.7% | 86.6% | 87.1% | 89.0% | 88.2% | 89.1% | 86.5% | 86.9% | 88.4% | 87.8% |
| **Net Premiums Written** | **$738.5** | **$764.0** | **$834.9** | **$245.7** | **$190.0** | **$228.1** | **$178.9** | **$842.7** | **$247.0** | **$176.6** | **$215.7** | **$165.3** | **$804.7** | **$305.3** | **$230.7** | **$285.8** | **$216.3** | **$1,038.0** |
| % Change | 4.1% | 3.5% | 9.3% | 14.2% | -8.6% | -0.6% | -2.0% | 0.9% | 0.5% | -7.0% | -5.4% | -7.6% | -4.5% | 23.6% | 30.6% | 32.5% | 30.8% | 29.0% |
| | | | | | | | | | | | | | | | | | | |
| Net Premiums Earned | $733.3 | $738.5 | $818.9 | $208.1 | $209.1 | $215.8 | $214.4 | $847.5 | $211.0 | $207.7 | $204.6 | $201.2 | $824.4 | $215.7 | $229.2 | $246.8 | $259.5 | $951.3 |
| % Change | 5.6% | 0.7% | 10.9% | 11.2% | -6.5% | 4.7% | 6.1% | 3.5% | 1.4% | -0.7% | -5.2% | -6.2% | -2.7% | 2.2% | 10.4% | 20.6% | 29.0% | 15.4% |
| | | | | | | | | | | | | | | | | | | |
| Net Losses and LAE | $443.2 | $469.2 | $593.2 | $159.8 | $168.4 | $161.6 | $264.1 | $753.9 | $164.3 | $162.0 | $159.4 | $157.2 | $642.8 | $171.8 | $183.8 | $198.6 | $209.9 | $764.0 |
| Prior Year Reserve Development (+ = Adverse) | ($143.8) | ($134.4) | ($92.1) | ($10.3) | ($16.0) | ($15.9) | $30.4 | ($11.8) | ($12.3) | ($12.2) | ($12.2) | ($12.2) | ($49.0) | ($12.5) | ($13.5) | ($14.9) | ($15.9) | ($56.8) |
| Underwriting Expenses | $227.6 | $235.8 | $238.6 | $61.4 | $62.7 | $61.9 | $67.5 | $253.5 | $62.5 | $61.2 | $59.9 | $59.7 | $243.2 | $62.4 | $65.2 | $68.9 | $74.0 | $270.4 |
| Underwriting Profit (Loss) | $62.4 | $33.6 | ($12.9) | ($13.0) | ($22.0) | ($7.7) | ($117.2) | ($159.9) | ($15.7) | ($15.5) | ($14.7) | ($15.7) | ($61.7) | ($18.4) | ($19.7) | ($20.7) | ($24.3) | ($83.2) |
| | | | | | | | | | | | | | | | | | | |
| *GAAP Ratios* | | | | | | | | | | | | | | | | | | |
| Net Loss & LAE Ratio | 60.4% | 63.5% | 72.4% | 76.8% | 80.5% | 74.9% | 123.2% | 89.0% | 77.8% | 78.0% | 77.9% | 78.1% | 78.0% | 79.6% | 80.2% | 80.5% | 80.9% | 80.3% |
| Catastrophe Losses | 0.0% | 1.0% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| PY Reserve Development (+ = Adverse) | -19.6% | -18.2% | -11.3% | -4.9% | -7.6% | -7.4% | 14.2% | -1.4% | -5.8% | -5.9% | -6.0% | -6.1% | -5.9% | -5.8% | -5.9% | -6.0% | -6.1% | -6.0% |
| Current AY Loss & LAE Ratio | 80.1% | 80.8% | 82.6% | 81.7% | 88.2% | 82.3% | 109.0% | 90.3% | 83.7% | 83.9% | 83.9% | 84.2% | 83.9% | 85.4% | 86.1% | 86.5% | 87.0% | 86.3% |
| Expense Ratio | 31.0% | 31.9% | 29.1% | 29.5% | 30.0% | 28.7% | 31.5% | 29.9% | 29.6% | 29.5% | 29.3% | 29.7% | 29.5% | 28.9% | 28.4% | 27.9% | 28.5% | 28.4% |
| **Combined Ratio** | **91.4%** | **95.4%** | **101.5%** | **106.3%** | **110.5%** | **103.6%** | **154.7%** | **118.9%** | **107.5%** | **107.5%** | **107.2%** | **107.8%** | **107.5%** | **108.5%** | **108.6%** | **108.4%** | **109.4%** | **108.7%** |
| AY Combined Ratio | 111.1% | 112.7% | 111.7% | 111.2% | 118.2% | 110.9% | 140.5% | 120.3% | 113.3% | 113.4% | 113.2% | 113.9% | 113.4% | 114.3% | 114.5% | 114.4% | 115.5% | 114.7% |
| | | | | | | | | | | | | | | | | | | |
| Net AY Investment Income | $100.0 | $95.7 | $91.9 | $22.8 | $23.5 | $23.7 | $23.2 | $93.3 | $23.5 | $23.7 | $23.4 | $23.5 | $94.2 | $31.6 | $32.3 | $32.3 | $32.5 | $128.6 |
| % Change | -8.0% | -4.3% | -3.9% | 3.6% | 5.2% | 1.8% | -4.0% | 1.5% | 3.1% | 0.9% | -1.1% | 1.0% | 1.0% | 34.4% | 35.8% | 37.7% | 38.5% | 36.6% |
| Investment Yield | 2.52% | 2.43% | 2.53% | 2.66% | 2.70% | 2.66% | 2.58% | 2.67% | 2.64% | 2.64% | 2.63% | 2.63% | 2.23% | 2.60% | 2.60% | 2.60% | 2.60% | 2.62% |
| Net Investment Gains (Losses) | $34.9 | $16.4 | ($43.5) | $36.6 | $9.3 | $1.1 | $12.8 | $59.9 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity in Earnings from Unconsolidated Subsidiaries | ($5.8) | $8.0 | $8.9 | ($0.8) | ($5.2) | ($1.3) | ($2.8) | ($10.1) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Income | $7.8 | $7.5 | $9.8 | $2.1 | $2.8 | $2.5 | $1.8 | $9.2 | $2.6 | $2.6 | $2.6 | $2.6 | $10.2 | $2.6 | $2.6 | $2.6 | $2.6 | $10.2 |
| Total Revenues | $870.2 | $866.1 | $886.0 | $268.9 | $239.6 | $241.9 | $249.5 | $999.8 | $237.1 | $234.0 | $230.5 | $227.2 | $928.7 | $249.9 | $264.0 | $281.6 | $294.6 | $1,090.1 |
| | | | | | | | | | | | | | | | | | | |
| Interest Expense | $15.0 | $16.8 | $16.1 | $4.3 | $4.2 | $4.3 | $3.8 | $16.6 | $3.8 | $3.8 | $3.8 | $6.4 | $17.8 | $6.4 | $6.4 | $6.4 | $6.4 | $25.7 |
| Segregated Portfolio Cell Dividend Expense | $8.1 | $15.8 | $9.1 | $4.8 | ($7.0) | $3.6 | $3.2 | $4.6 | $3.0 | $3.0 | $3.0 | $3.0 | $12.0 | $3.0 | $3.0 | $3.0 | $3.0 | $12.0 |
| Total Expenses | $694.0 | $737.5 | $857.0 | $230.3 | $228.4 | $231.4 | $338.6 | $1,028.6 | $233.5 | $230.0 | $226.1 | $226.3 | $915.8 | $243.6 | $258.4 | $276.9 | $293.3 | $1,072.2 |
| | | | | | | | | | | | | | | | | | | |
| Income Before Taxes | $176.2 | $128.6 | $29.0 | $38.6 | $11.3 | $10.5 | ($89.2) | ($28.8) | $3.6 | $4.0 | $4.5 | $0.8 | $12.9 | $6.3 | $5.7 | $4.6 | $1.3 | $17.9 |
| Taxes | $25.1 | $21.4 | ($18.0) | $7.0 | ($0.3) | ($6.7) | ($29.8) | ($29.8) | ($0.2) | ($0.2) | ($0.2) | ($0.0) | ($0.6) | ($0.3) | ($0.3) | ($0.2) | ($0.1) | ($0.9) |
| Effective Tax Rate | 14.3% | 16.6% | -62.1% | 18.0% | -2.5% | -63.7% | 33.4% | 103.5% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% |
| Net Income | $151.1 | $107.3 | $47.1 | $31.7 | $11.5 | $17.2 | ($59.4) | $1.0 | $3.8 | $4.2 | $4.7 | $0.9 | $13.5 | $6.6 | $5.9 | $4.9 | $1.4 | $18.8 |
| | | | | | | | | | | | | | | | | | | |
| Operating Income | $129.8 | $108.5 | $79.5 | $4.2 | $4.1 | $16.3 | ($68.3) | ($43.8) | $3.8 | $4.2 | $4.7 | $0.9 | $13.5 | $6.6 | $5.9 | $4.9 | $1.4 | $18.8 |
| | | | | | | | | | | | | | | | | | | |
| **PER SHARE** | | | | | | | | | | | | | | | | | | |
| Diluted Weighted Average Shares | 53.4 | 53.6 | 53.7 | 53.8 | 53.8 | 53.9 | 53.9 | 53.8 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 |
| Common Shares Outstanding | 53.3 | 53.5 | 53.6 | 53.7 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 |
| | | | | | | | | | | | | | | | | | | |
| Reported EPS, Diluted | $2.83 | $2.00 | $0.88 | $0.59 | $0.21 | $0.32 | ($1.10) | $0.02 | $0.07 | $0.08 | $0.09 | $0.02 | $0.25 | $0.12 | $0.11 | $0.09 | $0.03 | $0.35 |
| Realized Gains & Other Non-Operating Income | $0.40 | ($0.02) | ($0.60) | $0.51 | $0.14 | $0.02 | $0.83 | $0.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Operating EPS** | **$2.43** | **$2.02** | **$1.48** | **$0.08** | **$0.08** | **$0.30** | **($1.27)** | **($0.81)** | **$0.07** | **$0.08** | **$0.09** | **$0.02** | **$0.25** | **$0.12** | **$0.11** | **$0.09** | **$0.03** | **$0.35** |
| % Change | -66.7% | -16.7% | -26.9% | -80.7% | -84.1% | -27.5% | NM | NM | -9.9% | 1.4% | -71.1% | NM | NM | 76.9% | 41.5% | 3.3% | 53.1% | 38.8% |
| | | | | | | | | | | | | | | | | | | |
| **Book Value** | **$33.78** | **$29.83** | **$28.39** | **$29.06** | **$29.42** | **$29.56** | **$28.11** | **$28.11** | **$27.87** | **$27.63** | **$27.41** | **$27.12** | **$27.12** | **$26.93** | **$26.73** | **$26.51** | **$26.23** | **$26.23** |
| % Change (Y/Y) | -8.4% | -11.7% | -4.8% | -0.7% | 0.2% | -0.1% | -1.0% | -1.0% | -4.1% | -6.1% | -7.3% | -3.5% | -3.5% | -3.4% | -3.3% | -3.3% | -3.3% | -3.3% |
| | | | | | | | | | | | | | | | | | | |
| Dividend Per Share | $5.93 | $5.93 | $1.74 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 |
| | | | | | | | | | | | | | | | | | | |
| **Return on Average Equity** | **8.0%** | **6.3%** | **3.0%** | **8.2%** | **2.9%** | **4.3%** | **-15.3%** | **0.1%** | **1.0%** | **1.1%** | **1.3%** | **0.2%** | **0.9%** | **1.8%** | **1.6%** | **1.4%** | **0.4%** | **1.3%** |
| Opeating Return on Average Equity | 6.9% | 6.4% | 5.1% | 1.1% | 1.1% | 4.1% | -17.6% | -2.9% | 1.0% | 1.1% | 1.3% | 0.2% | 0.9% | 1.8% | 1.6% | 1.4% | 0.4% | 1.3% |
| | | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | |
| Total Cash & Investments | $4,043.0 | $3,821.0 | $3,429.9 | $3,486.4 | $3,559.2 | $3,598.3 | $3,565.8 | $3,565.8 | $3,597.1 | $3,561.7 | $3,568.8 | $4,865.0 | $4,865.0 | $4,961.7 | $4,961.6 | $4,998.7 | $4,950.7 | $4,950.7 |
| | | | | | | | | | | | | | | | | | | |
| Total Long-Term Debt | $448.2 | $411.8 | $287.8 | $287.5 | $287.2 | $286.9 | $285.8 | $285.8 | $285.8 | $285.8 | $285.8 | $485.8 | $485.8 | $485.8 | $485.8 | $485.8 | $485.8 | $485.8 |
| | | | | | | | | | | | | | | | | | | |
| **Total Shareholders' Equity** | **$1,798.7** | **$1,594.8** | **$1,523.0** | **$1,561.9** | **$1,581.6** | **$1,589.5** | **$1,511.9** | **$1,511.9** | **$1,499.0** | **$1,486.5** | **$1,474.5** | **$1,458.8** | **$1,458.8** | **$1,448.7** | **$1,438.0** | **$1,426.2** | **$1,410.9** | **$1,410.9** |
| | | | | | | | | | | | | | | | | | | |
| **METRICS** | | | | | | | | | | | | | | | | | | |
| Interest Cost | 3.4% | 4.1% | 5.6% | 6.0% | 5.9% | 6.0% | 5.3% | 5.8% | 5.3% | 5.3% | 5.3% | 5.3% | 3.7% | 5.3% | 5.3% | 5.3% | 5.3% | 5.3% |
| Debt / Total Capital | 19.9% | 20.5% | 15.9% | 15.5% | 15.4% | 15.3% | 15.9% | 15.9% | 16.0% | 16.1% | 16.2% | 25.0% | 25.0% | 25.1% | 25.3% | 25.4% | 25.6% | 25.6% |
| NPW / Equity | 0.41x | 0.48x | 0.55x | 0.55x | 0.54x | 0.53x | 0.56x | 0.56x | 0.56x | 0.56x | 0.55x | 0.55x | 0.55x | 0.60x | 0.64x | 0.69x | 0.74x | 0.74x |
| Investments / Equity | 2.25x | 2.40x | 2.25x | 2.23x | 2.25x | 2.26x | 2.36x | 2.36x | 2.40x | 2.40x | 2.42x | 3.34x | 3.34x | 3.42x | 3.45x | 3.51x | 3.51x | 3.51x |

*Source: Company reports and Boenning & Scattergood estimates as of March 10, 2020.*

2

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

## Disclosure Appendix

**Rating and Price Target History:**



Boenning & Scattergood, Inc. ratings for PRA (PROASSURANCE CORP)
Closing Price Mar 06, 2020: $25.31

04/11/17
N:$55.6
T:N/A

Legend:
N=Neutral, T=Price Target
■ Initiated/Resumed Neutral

© Investars.com

### Risk Factors:

The realization of any of the following risk factors, among others, may adversely affect the company's stock and prevent it from reaching our target price: a downturn in the economy, deterioration in premium pricing, unexpected catastrophe losses, and significant adverse loss reserve development.

### Analyst Certification:

The research analyst whose name appears on this research report certifies that: (1) all of the views expressed in this research report accurately reflect their personal views about the subject security or issuer, and (2) no part of the research analysts' compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analysts in this research report.

### Important Disclosures:

Analyst compensation is based on, in part, Boenning & Scattergood, Inc.'s profitability, which includes revenues from investment banking. Boenning & Scattergood expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

## Boenning & Scattergood's Ratings System:

Our three-tier investment ratings are based on a stock's return potential relative to a broad market index:

- *Outperform (Buy):* The security's total return over the year or longer is expected to exceed the total return of the S&P 500™ over the identical period.
- *Neutral (Hold):* The security's total return over the next year or longer is expected to be roughly equivalent to the total return of the S&P 500™ over the identical period.
- *Underperform (Sell):* The security's total return over the next year or longer is expected to be less than the total return of the S&P 500™ over the identical period.

Our four-tier risk ratings are based on a mix of price volatility and fundamental factors relative to the market and peer group:

- *Low:* The security has higher-than-average fundamental predictability and/or lower-than-average price volatility.
- *Moderate:* The security has average fundamental predictability and/or average price volatility.
- *High:* The security has lower-than-average fundamental predictability and/or higher-than-average price volatility.
- *Speculative:* The security has very inconsistent fundamental predictability and/or very high relative price volatility.

## Ratings Distribution (12/31/19):

| Coverage Universe (a) | % of Universe | Investment Banking Clients (b) | % of Rating Group |
|---|---|---|---|
| Outperform (Buy) | 29% | Outperform (Buy) | 14% |
| Neutral (Hold) | 58% | Neutral (Hold) | 22% |
| Underperform (Sell) | 0% | Underperform (Sell) | 0% |
| Not Rated | 13% | Not Rated | 10% |

(a)  Total may not add up to 100% due to rounding.
(b)  Related to services provided within the past 12 months.

Additional information on companies in a research report, including financial models, is available on request. Boenning & Scattergood, Inc. does and seeks to do business with companies covered in its research reports. As a result, Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not a complete analysis of every material fact representing company, industry, or security mentioned herein. The information has been obtained from sources believed reliable but is not necessarily complete and is not guaranteed. The reports are prepared for general information only and do not have regard to the specific investment objectives, the financial situation, or the specific needs of any particular person who may receive this report. The information is not to be relied upon in substitution for the exercise of independent judgment. It is recommended that Investors seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed in any report and should understand that statements regarding future prospects, earnings estimates, and forecasts may not be realized. Past performance is not necessarily indicative of future results. This communication shall not be deemed to constitute an offer or solicitation on the part of Boenning & Scattergood with respect to the sale or purchase of any securities. Securities and financial instruments mentioned herein may not be qualified for sale in all states. Opinions are subject to change without notice and reflect the opinion at its original date of publication. Boenning & Scattergood may have issued a trading opinion that may have identified a short-term trading opportunity that may differ from the analyst's stock rating which is based on the expected return over a 12-month period. Boenning & Scattergood may trade for its own accounts as market maker, may have a long or short position in any securities of this issuer or related investments, and/or may be the opposite side of public orders. This firm or its officers, directors, stockholders, employees and clients, in the normal course of business, may have, acquire or sell a position including options, if any, in the securities mentioned. Boenning & Scattergood may also act as underwriter, placement agent, advisor, or lender to an issuer mentioned herein.

Member FINRA/SIPC

# BOENNING & SCATTERGOOD INSTITUTIONAL CONTACTS

| | | | |
|---|---|---|---|
| Head of Equities | Andrew Maddaloni | amaddaloni@boenninginc.com | 610.862.5331 |
| **RESEARCH ANALYSTS** | | | |
| Director of Research/ Water & Environment | Ryan M. Connors | rconnors@boenninginc.com | 610.832.5212 |
| Banks & Thrifts | Erik Zwick, CFA | ezwick@boenninginc.com | 610.862.5322 |
| Banks & Thrifts | Scott Beury | sbeury@boenninginc.com | 610.862.5337 |
| P&C Insurance | Robert Farnam | rfarnam@boenninginc.com | 610.832.5288 |
| **RESEARCH ASSOCIATES** | | | |
| Banks & Thrifts | Matthew Renck | mrenck@boenninginc.com | 610.832.5336 |
| **INSTITUTIONAL SALES** | | | |
| Boston | Scott Spottiswoode | sspottiswoode@boenninginc.com | 866.326.8094 |
| Europe | Scott J. Seidl | sseidl@boenninginc.com | 212.922.1459 |
| Mid-Atlantic | Eugene Bodo | ebodo@boenninginc.com | 610.862.5368 |
| Midwest | Bill Channell | wchannell@boenninginc.com | 312.265.4855 |
| Midwest | Bob Hurley | rhurley@boenninginc.com | 312.265.4865 |
| New York | Peter Homsher | phomsher@boenninginc.com | 610.832.5315 |
| Northeast | Brad Rinschler | brinschler@boenninginc.com | 610.684.5427 |
| **AGENCY TRADING** | | | |
| Melissa Donahue | | mdonahue@boenninginc.com | 610.862.5330 |
| Michael McCarthy | | mmccarthy@boenninginc.com | 610.862.5330 |
| **MARKET MAKING** | | | |
| Michael Geraghty, CFA | | mgeraghty@boenninginc.com | 610.862.5360 |
| **DERIVATIVE STRATEGY** | | | |
| Louis DePaul | | ldepaul@boenninginc.com | 610.832.5275 |

4 TOWER BRIDGE * 200 BARR HARBOR DRIVE * SUITE 300 * W. CONSHOHOCKEN, PA 19428-2979
WWW.BOENNINGINC.COM
MEMBER FINRA/SIPC