FILED
2022 Jun-17  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8



SunTrust
ROBINSON HUMPHREY

# PRA Facing Pressure on a Number of Fronts

## Hold

**Price Target: $21.00**
*Prior: $36.00*

### What's Incremental To Our View

We are reducing our 2020 bottom line projection to ($0.34) per share from $0.35 and our 2021 forecast to ($0.04) from $0.45. While the valuation is compelling at 0.6x book, we do not see firm sign of an inflection point where pricing could begin to run ahead of losses and the topline begin to re-accelerate (and thus together drive ROE expansion). That said, the evident dislocation in the market is clearly a guidepost along the way. Our new price target is $21 or 0.8x book, appropriate under the circumstances we believe given the depressed earnings and stepped-up uncertainty around losses.

- **ProAssurance generated 1Q operating EPS of ($0.02) compared to our estimate of $0.08** and the Street mean of $0.05; reported GAAP EPS of ($0.42) was mainly influenced by the change in fair value of certain securities. Total operating revenue of $225 million was below our estimate of $237 million, driven by a 2% decline in net premiums earned (we had looked for flat) and a dip in net investment income (a function of lower balances and reduced equity allocation). Book value per share at the end of the quarter was $26.51.

  - The company announced that it is cutting its dividend to $0.05 from $0.31 based on challenging conditions in the broader insurance marketplace and uncertainties stemming from COVID-19. That said, PRA has substantial liquidity with $242 million at the holding company and $250 million in borrowing capacity.

  - Management also stated that they anticipate a $50 million loss in 2Q from a tail policy offered as an option to a certain large account as part of an earlier coverage package that was inadequately priced (this is not factored into our operating EPS forecast). This type of policy, which essentially covers late-reported claims from earlier years, is fully recognized – both premiums and losses – in the period it is activated. Because the pricing has become uneconomic in the intervening period, PRA will take an immediate loss (there should be no further impact to underwriting results aside from the always-possible reserve development).

  - Management indicated that the previously announced NORCAL Group acquisition is proceeding as planned and that the companies are submitting paperwork to regulators.

- **Losses continue to ramp up in the healthcare-focused Specialty P&C segment.** The current accident year loss ratio of 94.2% was up 110 bps year over year as a result of increased severity, particularly in the facility area,

| | | |
|---|---|---|
| Price (May 7, 2020) | | $20.33 |
| 52-Wk Range | | $41.40-$19.30 |
| Market Cap ($M) | | $1,096 |
| ADTV | | 238,820 |
| Shares Out (M) | | 53.9 |
| Short Interest Ratio/% Of Float | | 1.6% |
| Dividend/Yield | | $1.24/6.1% |
| TR to Target | | 9.4% |
| Enterprise Value ($M) | | $1,303.3 |

| | |
|---|---|
| Cash And Equivalents ($M) | $80.5 |
| Total Debt ($M) | $288.0 |

| | 2019A | 2020E | | 2021E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Operating | | | | | |
| 1Q | $0.08 | ($0.02)A | $0.08 | $0.00 | $0.12 |
| 2Q | $0.08 | ($0.11) | $0.08 | ($0.01) | $0.11 |
| 3Q | $0.30 | ($0.10) | $0.09 | ($0.01) | $0.11 |
| 4Q | ($1.27) | ($0.11) | $0.10 | ($0.01) | $0.11 |
| FY | ($0.81) | ($0.34) | $0.35 | ($0.04) | $0.45 |
| P/E | NM | NM | | NM | |
| **Revenue ($M)** | | | | | |
| FY | $940 | $841 | $913 | $866 | $924 |
| **Consensus** | | | | | |
| FY | -- | $0.49 | | $0.30 | |
| FYE Dec | | | | | |

Mark Hughes, CFA
615-748-4422
mark.hughes@suntrust.com

Michael J. Ramirez
404-926-5607
michael.j.ramirez@suntrust.com

**SEE PAGE 4 FOR REQUIRED DISCLOSURE INFORMATION**



higher losses in the Excess & Surplus (E&S) segment, and the continuing impact of social inflation; management also pointed to increased volatility in certain states in the physician business. The company is responding by pushing rates – up 11% overall including 13% for physicians and 20% for facilities – as well as tightening terms & conditions (premium retention dropped 800 bps to 81% because of these actions).

- o With respect to COVID-19, the company has provided $1 million in premium credits to 700 physicians as a result of their reduced activity and lower associated risk exposure. The company has also received 26 medical professional liability claims, presumably asserting some sort of negligence in care.

- o PRA management indicated there is considerable uncertainty regarding liability issues here, especially with good Samaritan laws under consideration in many states. The unusual nature of the pandemic and the evolving nature of the associated care standard and safety protocols means that it is difficult to gauge ProAssurance's risk.

- o Alternatively, there is some speculation that one of the consequences of the crisis may be a break in social inflation, particularly in the healthcare sector, which may be viewed more favorably in the future (management hopes juries "will be less angry").

- **The workers' compensation segment likewise has exposure to COVID-19.** Gross premiums written dipped 11% in the quarter attributable to a 4% decline in renewal pricing along with lower retention as the company faces sustained competition in the line. The current accident year loss ratio of 70.2% was up 200 bps as a result of the price competition as well as stepped-up caution around the claims environment post-COVID. That said, ProAssurance has actually seen a 50% drop in claims in recent weeks, though they also report having received 164 COVID claims, all but 1 of which were from healthcare customers (which represent 20% of their total book). They say that most of the associated costs appear to be medical, while they have not had any fatalities reported to them.

  - o The company has suspended all policy cancellations for 60 days and has so far processed under 200 requests for premium deferrals out of their total customer base of 13,600.

  - o Management reports that they continue to receive new business submissions, albeit at a lower level, and that they expect pressure on premium as a result of reduced payrolls and fewer business wins, along with the ongoing competitive dynamic in the space.

  - o As for the Lloyd's segment, management anticipates $1.5 million in COVID losses in the second quarter and believes there is another $2.5 million in exposure to event cancellation, though the losses here are highly uncertain because of the issue of postponement (not covered) vs. cancellation (covered) and the early heads-up for many covered events (which limits incurred damages).



## Model

Mark Hughes, CFA 615-748-4422<br>Updated on 5/8/2020

**SUNTRUST ROBINSON HUMPHREY**

# ProAssurance Corp.

"Required Disclosures" are on the last tab of the workbook

| ($ 000, except earnings per share) | 2016 | 2017 | 2018 | 2019 | 1Q20 | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | | |
| Gross premiums written: | 835,014 | 874,876 | 957,311 | 967,490 | 262,442 | 194,801 | 241,532 | 184,376 | 883,152 | 262,335 | 205,785 | 255,565 | 194,927 | 918,611 |
| Net premiums earned: | 733,280 | 738,531 | 818,853 | 847,532 | 203,855 | 194,646 | 192,411 | 191,068 | 781,980 | 190,786 | 192,017 | 194,665 | 197,269 | 774,737 |
| % change | 5.6% | 0.7% | 10.9% | 3.5% | -2.1% | -6.9% | -10.8% | -10.9% | -7.7% | -6.4% | -1.4% | 1.2% | 3.2% | -0.9% |
| *Specialty P&C* | 457,816 | 452,929 | 491,789 | 499,057 | 120,359 | 119,299 | 117,611 | 116,486 | 473,755 | 117,553 | 119,889 | 122,238 | 124,550 | 484,230 |
| *% change* | 3.3% | -1.1% | 8.6% | 1.5% | -3.0% | -5.3% | -6.1% | -5.9% | -5.1% | -2.3% | 0.5% | 3.9% | 6.9% | 2.2% |
| *Workers compensation* | 220,815 | 207,847 | 186,079 | 189,241 | 44,515 | 43,690 | 43,153 | 42,947 | 174,305 | 42,923 | 43,036 | 43,141 | 43,242 | 172,342 |
| *% change* | 3.6% | -5.9% | -10.5% | 1.7% | -3.1% | -6.2% | -12.8% | -9.1% | -7.9% | -3.6% | -1.5% | 0.0% | 0.7% | -1.1% |
| *Lloyd's syndicate* | 54,649 | 57,202 | 67,047 | 80,672 | 22,001 | 14,478 | 14,658 | 14,834 | 65,972 | 13,572 | 12,304 | 12,463 | 12,618 | 50,958 |
| *% change* | 45.0% | 4.7% | 17.2% | 20.3% | 18.0% | -16.2% | -31.2% | -36.8% | -18.2% | -38.3% | -15.0% | -15.0% | -14.9% | -22.8% |
| *Segregated Portfolio Cell Reinsurance* | | | 73,940 | 78,562 | 16,980 | 17,178 | 16,989 | 16,801 | 67,948 | 16,739 | 16,787 | 16,823 | 16,859 | 67,208 |
| *% change* | | | | | -12.9% | -10.9% | -14.1% | -16.0% | -13.5% | -1.4% | -2.3% | -1.0% | 0.3% | -1.1% |
| Net investment income | 100,011 | 95,662 | 91,884 | 93,269 | 20,830 | 21,048 | 21,208 | 21,315 | 84,401 | 22,159 | 22,093 | 22,204 | 22,318 | 88,775 |
| % change | -8.0% | -4.3% | -3.9% | 1.5% | -8.7% | -10.6% | -10.4% | -8.2% | -9.5% | 6.4% | 5.0% | 4.7% | 4.7% | 5.2% |
| Equity in earnings (loss) of unconsolidated subsidiaries | (5,762) | 8,033 | 8,948 | (10,061) | (1,562) | (1,578) | (1,593) | (1,609) | (6,342) | (1,625) | (1,642) | (1,658) | (1,675) | (6,600) |
| Net realized investment gains (losses) | 34,875 | 16,409 | (43,488) | 59,874 | (28,673) | 0 | 0 | 0 | (28,673) | 0 | 0 | 0 | 0 | 0 |
| % investment income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other income | 7,808 | 7,514 | 9,832 | 9,221 | 2,251 | 2,274 | 2,296 | 2,319 | 9,140 | 2,342 | 2,366 | 2,389 | 2,413 | 9,511 |
| Total revenues | 870,212 | 886,149 | 886,029 | 999,835 | 196,701 | 216,389 | 214,322 | 213,093 | 840,506 | 213,662 | 214,834 | 217,601 | 220,326 | 866,423 |
| % change | 12.7% | -0.5% | 2.3% | 12.8% | -26.8% | -9.7% | -11.4% | -14.6% | -15.9% | 8.6% | -0.7% | 1.5% | 3.4% | 3.1% |
| Operating Revenue | 835,337 | 849,740 | 929,517 | 939,961 | 225,374 | 216,389 | 214,322 | 213,093 | 869,179 | 213,662 | 214,834 | 217,601 | 220,326 | 866,423 |
| % change | 2.7% | 1.7% | 9.4% | 1.1% | -3.0% | -6.0% | -11.0% | -10.0% | -7.5% | -5.2% | -0.7% | 1.5% | 3.4% | -0.3% |
| Net losses and loss adjustment expenses | 443,229 | 456,167 | 586,310 | 753,436 | 164,892 | 160,672 | 158,758 | 158,012 | 642,334 | 151,992 | 153,397 | 155,655 | 157,875 | 618,919 |
| % net premiums earned | 60.4% | 61.8% | 71.6% | 88.9% | 80.9% | 82.5% | 82.5% | 82.7% | 82.1% | 79.7% | 79.9% | 80.0% | 80.0% | 79.9% |
| Underwriting, acquisition and insurance expenses total | 227,693 | 229,610 | 235,528 | 255,988 | 62,821 | 58,254 | 57,562 | 57,128 | 235,764 | 56,626 | 56,796 | 57,478 | 58,209 | 229,108 |
| % net premiums earned | 31.1% | 31.1% | 28.8% | 30.2% | 30.8% | 29.9% | 29.9% | 29.9% | 30.1% | 29.7% | 29.6% | 29.5% | 29.5% | 29.6% |
| EBIT | 199,289 | 180,372 | 64,191 | (9,589) | (31,012) | (2,536) | (1,997) | (2,047) | (37,592) | 5,044 | 4,641 | 4,469 | 4,242 | 18,396 |
| % margin | 22.9% | 20.8% | 7.2% | -1.0% | -15.8% | -1.2% | -0.9% | -1.0% | -4.5% | 2.4% | 2.2% | 2.1% | 1.9% | 2.1% |
| Total expenses | 685,955 | 701,936 | 838,001 | 1,029,882 | 230,731 | 224,137 | 221,536 | 220,362 | 897,369 | 213,845 | 215,425 | 218,370 | 221,326 | 868,965 |
| % of revenue | 78.8% | 81.0% | 94.6% | 103.0% | 117.3% | 103.6% | 103.4% | 103.4% | 106.8% | 100.1% | 100.3% | 100.4% | 100.5% | 100.3% |
| Income from continuing operations before income taxes | 184,257 | 145,013 | 33,723 | (29,289) | (34,030) | (7,748) | (7,214) | (7,268) | (56,260) | (183) | (591) | (768) | (1,000) | (2,542) |
| % margin | 21.2% | 16.7% | 3.8% | -2.9% | -17.3% | -3.6% | -3.4% | -3.4% | -6.7% | -0.1% | -0.3% | -0.4% | -0.5% | -0.3% |
| Provision for income taxes | 25,120 | 21,360 | (18,032) | (29,809) | (12,076) | (1,704) | (1,587) | (1,599) | (16,967) | (40) | (130) | (169) | (220) | (559) |
| tax rate % | 13.6% | 14.7% | -53.5% | 101.8% | 35.5% | 22.0% | 22.0% | 22.0% | 30.2% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Income from continuing operations | 159,137 | 123,653 | 51,755 | 520 | (21,954) | (6,043) | (5,627) | (5,669) | (39,294) | (142) | (461) | (599) | (780) | (1,983) |
| Net income | 151,089 | 123,653 | 51,755 | 520 | (21,954) | (6,043) | (5,627) | (5,669) | (39,294) | (142) | (461) | (599) | (780) | (1,983) |
| % margin | 17.4% | 14.3% | 5.8% | 0.1% | -11.2% | -2.8% | -2.6% | -2.7% | -4.7% | -0.1% | -0.2% | -0.3% | -0.4% | -0.2% |
| **Diluted earnings per share:** | | | | | | | | | | | | | | |
| Income from continuing operations | $2.83 | $2.31 | $0.96 | $0.01 | -$0.41 | -$0.11 | -$0.10 | -$0.11 | -$0.73 | $0.00 | -$0.01 | -$0.01 | -$0.01 | -$0.04 |
| Income from discontinued operations, net of tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Income | $2.83 | $2.31 | $0.96 | $0.01 | -$0.41 | -$0.11 | -$0.10 | -$0.11 | -$0.73 | $0.00 | -$0.01 | -$0.01 | -$0.01 | -$0.04 |
| **Operating EPS** | **$2.42** | **$2.33** | **$1.36** | **-$0.81** | **-$0.02** | **-$0.11** | **-$0.10** | **-$0.11** | **-$0.34** | **$0.00** | **-$0.01** | **-$0.01** | **-$0.01** | **-$0.04** |
| % growth | -7.3% | -4.1% | -41.6% | -159.4% | -125.0% | -238.9% | -134.5% | -91.7% | -57.7% | -86.8% | -92.4% | -89.4% | -86.3% | -89.3% |
| Diluted shares | 53,426 | 53,611 | 53,747 | 53,840 | 53,885 | 53,912 | 53,939 | 53,966 | 53,925 | 53,993 | 54,020 | 54,047 | 54,074 | 54,033 |
| GAAP Loss Ratio | 60.4% | 61.8% | 71.6% | 88.9% | 80.9% | 82.5% | 82.5% | 82.7% | 82.1% | 79.7% | 79.9% | 80.0% | 80.0% | 79.9% |
| GAAP Expense Ratio | 31.1% | 31.1% | 28.8% | 30.2% | 30.8% | 29.9% | 29.9% | 29.9% | 30.1% | 29.7% | 29.6% | 29.5% | 29.5% | 29.6% |
| GAAP Combined Ratio | 91.5% | 92.9% | 100.4% | 119.1% | 111.7% | 112.5% | 112.4% | 112.6% | 112.3% | 109.3% | 109.5% | 109.5% | 109.5% | 109.5% |
| Book value per share | $33.78 | $29.83 | $28.39 | $27.73 | $27.38 | $27.21 | $27.06 | $26.90 | $26.90 | $26.85 | $26.79 | $26.73 | $26.67 | $26.67 |
| Return on equity from operations | 6.7% | 7.1% | 4.7% | -2.8% | -0.3% | -1.6% | -1.5% | -1.6% | -1.3% | 0.0% | -0.1% | -0.2% | -0.2% | -0.1% |

Source: Company Filings and SunTrust Robinson Humphrey estimates

Case 2:20-cv-00856-RDP    Document 93-8    Filed 06/17/22    Page 5 of 7



### Company Description

ProAssurance Corporation (PRA), through its subsidiaries, provides professional liability insurance products primarily to physicians, dentists, other healthcare providers, and healthcare facilities in the United States. The company also engages in the legal professional liability business. In addition, it offers professional office packages and workers' compensation insurance products in connection with its medical professional liability products. ProAssurance markets its products through direct marketing and independent agents. The company was founded in 1976 and is based in Birmingham, Alabama.

### Investment Thesis

Our Hold rating on PRA is based on the limited visibility on loss development and the potential for increased claims severity, offset by the company's strong balance sheet and track record of underwriting performance.

### Valuation and Risks

**Price target:** Our price target of $21 represents a multiple of 0.8x book, a discount to the company's long-term average (and the specialty peer median closer to 1.2x), but appropriate under the circumstances we believe given the depressed earnings and stepped-up uncertainty around both healthcare professional liability and workers' compensation losses.

**Risks to our rating and price target:** If favorable reserve developments slow, this could be a headwind to earnings as less prior reserves to release means less of a cushion. On the other hand, if other med mal carriers begin to more actively pursue rate increases (given the current loss trends), the ensuing hard market could lead to margin expansion.

## Analyst Certification

I, Mark Hughes , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from the following company in the next three months: PRA-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-investment banking securities-related services within the last 12 months: PRA-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-investment banking services within the last 12 months: PRA-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-securities-related services within the last 12 months: PRA-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-securities related services within the last 12 months: PRA-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold



S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 05/08/2020):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 414 | 60.53% | Buy | 122 | 29.47% |
| Hold | 262 | 38.30% | Hold | 55 | 20.99% |
| Sell | 8 | 1.17% | Sell | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. SunTrust Robinson Humphrey, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. Truist and SunTrust Robinson Humphrey are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2020. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070