FILED
2022 Jun-17  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

SHEET METAL WORKERS

LOCAL 19 PENSION FUND,

Individually and on          Civil Action Number

Behalf of All Others         2:20-cv-00856-AKK

Similarly Situated,

         Plaintiffs,

  vs.

PROASSURANCE

CORPORATION, W. STANCIL

STARNES, EDWARD L. RAND,

JR., DANA S. HENDRICKS,

HOWARD H. FRIEDMAN, and

MICHAEL L. BOGUSKI,

        Defendants.


REMOTE VIDEO DEPOSITION OF

CENTRAL LABORERS' PENSION FUND

by and through

DAN KOEPPEL

May 26, 2022

9:09 a.m.

Deanna Amore - CRR, RPR, CSR - 084-003999



Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400



28 (Pages 106 - 109)



30 (Pages 114 - 117)



34 (Pages 130 - 133)