FILED
2022 Jun-17  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

Civil Action No. 2:20-cv-00856-AKK

SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI,

Defendants.

_____/

7777 West Glades Road

Boca Raton, Florida

June 2, 2022

10:03 a.m. - 2:42 p.m.

VIDEO DEPOSITION OF DAVID SULLIVAN

Taken before SUZANNE VITALE, R.P.R., F.P.R. and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.



23 (Pages 86 - 89)



34 (Pages 130 - 133)



41 (Pages 158 - 161)