FILED
2022 Jun-17  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 11

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI,<br><br>Defendants. | Civil Action No.: 2:20-cv-00856-AKK |

**EXPERT REPORT OF
BRUCE DEAL**

**June 17, 2022**

## TABLE OF CONTENTS

I.    Qualifications .......................................................................................................... 1

II.   Case Background ................................................................................................... 3

III.  Assignment ........................................................................................................... 9

IV.   Summary of Opinions ........................................................................................... 9

V.    The Alleged Misstatements Did Not Impact ProAssurance's Stock Price ...................... 11

      A.    The Conservative Practice Disclosures Did Not Impact ProAssurance's Stock Price
            17

      B.    The Frequency Disclosures Did Not Impact ProAssurance's Stock Price ................ 22

VI.   Statements Such as the Conservative Practice Disclosures Are Common ....................... 24

VII.  Even if the Misstatements Impacted ProAssurance's Stock Price, Individualized Issues
      Make This Case Unsuitable to a Class Action .............................................................. 26

## I.    QUALIFICATIONS

1.    I am an economist and Managing Principal (partner) at Analysis Group, Inc. ("Analysis Group"), an economic and financial consulting firm with over 1,000 professional staff in offices throughout the United States, as well as offices in China, Canada and Europe. I lead the economic consulting practice in the Menlo Park, California office of Analysis Group.

2.    I have served as an expert witness or consulting expert on hundreds of projects and litigation matters over the past 30 years, including well over 100 matters involving insurance products. The lines of insurance I have analyzed have varied, and include auto, homeowners, liability, healthcare, life, long-term care, workers' compensation, title, and various other lines of insurance. I have also led Analysis Group teams on a number of securities matters, many involving 10b-5 claims. These include securities class action matters involving Ernst & Young, AT&T Corporation, Clarent Corporation, Oracle Corporation, The Williams Companies, Inc., and Alibaba Group Holding Limited. In addition, I recently served as a testifying expert on liability and related issues in *In re: The Allstate Corporation Securities Litigation*[1] and on damages and causation issues in *In re: CenturyLink Sales Practices and Securities Litigation*[2] and *Highfields Capital I LP, et al. v. SeaWorld Entertainment Inc., et al.*[3]    I have served as a testifying expert on class certification issues in numerous cases (*e.g.*, *Donna Markocki, et al. v. Old*

---

[1]    *In re: The Allstate Corporation Securities Litigation,* United States District Court, Northern District of Illinois Eastern Division, Civil Action No. 16-cv-10510.

[2]    *In re: CenturyLink Sales Practices and Securities Litigation,* United States District Court, District of Minnesota, Civil Action No. 18-296 (MJD/KMM).

[3]    *Highfields Capital I LP, et al. v. SeaWorld Entertainment Inc., et al.,* United States District Court, Southern District of California, Case No. 3:18-cv-01276-MMA-AGS.

*Republic National Title Insurance Company*,[4] *Luke Davis, et al. v. Laboratory Corporation of America Holdings*,[5] *Des Roches, et al. v. California Physicians' Service, et al.*,[6] *Martin, et al. v. California Physicians' Service, et al.*,[7] and *Perez, et al. v. First American Title Insurance Company*[8]).

3.      My academic training is in economics, statistics, and public policy. I graduated *summa cum laude* from Pacific Lutheran University in 1987, where I studied economics and global studies as separate majors. In 1990, I earned a Master's degree in Public Policy from the Kennedy School of Government at Harvard University. Thereafter, I completed coursework for a Ph.D. degree in public policy from the Graduate School of Arts and Sciences at Harvard University. My graduate work at Harvard included a particular focus on risk assessment and probability, both of which are at the center of many matters involving insurance and claim frequency. During my years at Harvard, I taught economics, statistics, and risk and probability assessment to Harvard graduate students.

4.      In nearly every insurance project I have worked on during my career, I used internal and external data to analyze the key analytic questions associated with each matter. I have analyzed thousands of internal and external data sources in the course of my work involving insurance. In the course of my several decades of experience, I have become very familiar with the types of

---

[4]     *Donna Markocki, et al. v. Old Republic National Title Insurance Company*, United States District Court, Eastern District of Pennsylvania, Case No. 2:06-cv-2422.

[5]     *Luke Davis, et al. v. Laboratory Corporation of America Holdings*, United States District Court, Central District of California, Case No. 2:20-cv-00893.

[6]     *Des Roches, et al. v. California Physicians' Service, et al.*, United States District Court, Northern District of California, Case No. 5:16-cv-2848.

[7]     *Robert Martin, et al. v. California Physicians' Service, et al.*, Superior Court of the State of California, County of San Francisco, Case No. CGC-12-521539.

[8]     *Perez, et al. v. First American Title Insurance Company*, United States District Court, District of Arizona, Case No. 2:08-cv-1184.

information that are used by professionals in the insurance industry to understand the economics of various lines of insurance.

5. A copy of my curriculum vitae is attached to this report as **Appendix A**. It includes a list of some of the matters where I have served as a testifying and disclosed expert, including all matters in which I have testified as an expert at trial or in a deposition during the previous four years. It also includes all publications I have authored in the previous 10 years.

## II.    CASE BACKGROUND

6. ProAssurance Corporation ("ProAssurance") is a holding company for property and casualty insurance companies that "provide professional liability insurance for healthcare professionals and facilities, professional liability insurance for attorneys and their firms, liability insurance for medical technology and life sciences risks and workers' compensation insurance."[9] ProAssurance has five operating segments, but the segment at issue in this case is the Specialty Property and Casualty ("Specialty P&C") segment. This segment includes professional liability insurance, which "is primarily offered to healthcare providers and institutions and to attorneys and their firms," and medical technology liability insurance, which "is offered to medical technology and life sciences companies that manufacture or distribute products including entities conducting human clinical trials."[10]

7. The Central Laborers' Pension Fund and Plymouth County Retirement Association (together, "Lead Plaintiffs") purport to bring this federal

---

[9] ProAssurance Corporation, Form 10-K for the period ending December 31, 2019, filed February 20, 2020 ("ProAssurance 2019 10-K"), at p. 9.

[10] ProAssurance 2019 10-K, at p. 10. The other segments are Workers' Compensation Insurance, Segregated Portfolio Cell Reinsurance, Lloyd's Syndicates, and Corporate. ProAssurance 2019 10-K, at pp. 10–11.

securities class action "individually and on behalf of all persons or entities that purchased or otherwise acquired the common stock of [ProAssurance] between August 8, 2018 and May 7, 2020, inclusive (the 'Class Period'), and were damaged thereby (the 'Class')."[11]   The Defendants in this matter are ProAssurance and five Individual Defendants, although only two individuals are now included in the 10b-5 claims.[12]

8.    The Complaint alleges that ProAssurance "went to great lengths to build a reputation staked on its purportedly 'disciplined' approach to business, including its supposedly 'conservative' underwriting and loss reserves practices" but then allegedly "shocked the market" when it recognized charges of more than $130 million.[13] Specifically, I understand that Lead Plaintiffs allege that Defendants made a series of misstatements regarding ProAssurance's commitment to conservative underwriting and reserve setting ("Conservative Practice Disclosures"). Furthermore, Lead Plaintiffs allege that Defendants made false and misleading statements on August 8, 2018 and November 6, 2019 regarding the "frequency" of claims ("Frequency

---

[11]   *Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Consolidated Class Action Complaint for Violations of the Federal Securities Laws, March 26, 2021 ("Complaint"), at ¶ 1.

[12]   The Individual Defendants are ProAssurance's former President of Healthcare Professional Liability Howard Friedman, current President of Specialty Property & Casualty Operations Michael Boguski, former Chief Executive Officer ("CEO") and Executive Chairman W. Stancil Starnes, current President and CEO Edward L. Rand, Jr., and current Chief Financial Officer ("CFO") Dana S. Hendricks. Complaint, at ¶¶ 17–21. The 10b-5 claims against the latter three have been dismissed. *Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Memorandum Opinion, December 10, 2021 ("MTD Opinion"), at p. 2.

[13]   Complaint, at ¶ 3 (emphasis omitted).

Disclosures").[14]  As explained in ProAssurance's SEC filings, including, for example, ProAssurance's 2017 10-K, "frequency" refers to the number of claims per exposure unit.[15]

9.      I understand from counsel that the Court has dismissed certain alleged misstatements regarding ProAssurance's conservative or disciplined business practices, including all alleged misstatements by Defendants Starnes, Rand, and Hendricks. The Court did not find certain allegedly misstated Conservative Practice Disclosures and Frequency Disclosures by Mr. Friedman and Mr. Boguski inactionable at the motion to dismiss stage. Following the MTD Opinion, I understand that Lead Plaintiffs have declined to identify the remaining alleged misstatements for which they are seeking damages.[16]  Accordingly, I have been instructed by counsel to specifically analyze the Conservative Practices Disclosures and Frequency Disclosures identified below which are alleged in the Complaint as being made by Mr. Friedman and Mr. Boguski. Should Lead Plaintiffs raise additional alleged misstatements, I reserve the right to consider them at that time.

10.     I understand from counsel that the allegedly misstated Conservative Practice Disclosures are as follows:

---

[14]  The Complaint also contains allegations of misstatements related to severity and other factors, but I understand that these claims have been dismissed. MTD Opinion, at pp. 19–22, 28, 46, 47, 49.

[15]  ProAssurance Corporation, Form 10-K for the period ending December 31, 2017, filed February 21, 2018 ("ProAssurance 2017 10-K"), at p. 38.

[16]  *See Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Lead Plaintiff Central Laborers' Pension Fund's Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, April 25, 2022, at pp. 26–27; *Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Lead Plaintiff Plymouth County Retirement Association's Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, April 25, 2022, at pp. 26–28.

5

- On ProAssurance's November 7, 2018 earnings call, Mr. Friedman stated that "[w]e are continuing to establish and evaluate reserves with the same conservatism we have always used, … and that conservatism extends to our evaluation of reserves."[17]

- On ProAssurance's February 22, 2019 earnings call, Mr. Friedman stated that "[w]e believe it is more important than ever to establish and evaluate reserves with a conservatism that has resulted in success over the years."[18]

- On ProAssurance's April 26, 2019 earnings call, Mr. Friedman stated that "[w]e continue to uphold our underwriting standards … While this disciplined approach has so far enabled us to avoid any unexpected increases of severity in our paid losses …"[19]

- On ProAssurance's August 8, 2019 earnings call, Mr. Boguski stated that "[t]his underwriting discipline combined with our deep specialization, high quality risk selection and ability to obtain the right price for the exposure are the cornerstones of our strategy to achieve a long-term underwriting profit."[20]

- On ProAssurance's November 6, 2019 earnings call, Mr. Boguski stated that "[t]hese results are consistent with our focus on underwriting discipline as we continue to emphasize careful risk selection, rate

---

[17]   Complaint, at ¶ 148, citing ProAssurance Corporation, "Edited Transcript Q3 2018 ProAssurance Corp Earnings Call," FEINSTEIN_0001901–910, at 904.

[18]   Complaint, at ¶ 152, citing ProAssurance Corporation, "Edited Transcript Q4 2018 ProAssurance Corp Earnings Call," FEINSTEIN_0001935–949, at 939.

[19]   Complaint, at ¶ 160, citing ProAssurance Corporation, "Edited Transcript Q1 2019 ProAssurance Corp Earnings Call," FEINSTEIN_0001911–924, at 914.

[20]   Complaint, at ¶ 175, citing ProAssurance Corporation, "Edited Transcript Q2 2019 ProAssurance Corp Earnings Call," FEINSTEIN_0001925–934, at 928.

adequacy and a willingness to walk away from business that does not fit our goal of achieving a long-term underwriting profit."[21]

11. I understand from counsel that the allegedly misstated Frequency Disclosures are as follows:

- On ProAssurance's August 8, 2018 earnings call, Mr. Friedman stated: "Frequency, we're not yet seeing any change. And while we logically may expect a frequency increase, we're not seeing frequency change at this point in time."[22]

- On ProAssurance's November 6, 2019 earnings call, Mr. Boguski said: "Just a comment on our current trends. It's been relatively flat on the frequency side, even perhaps slightly down."[23]

12. Lead Plaintiffs allege that the "truth" regarding all the misstatements originally alleged in the Complaint was revealed via alleged corrective disclosures on January 22, 2020, and May 7, 2020.[24] Specifically, the Complaint alleges that on January 22, 2020, Defendants disclosed "higher-than-anticipated medical malpractice claims for an unnamed 'large national account' (i.e., TeamHealth) had resulted in an estimated $37 million 'adverse development' for the Company's prior accident year loss reserves" and "further revealed that it expected to book an additional $33 million to $43 million in charges to true-up its current accident year loss and loss adjustment

---

[21] Complaint, at ¶ 183, citing ProAssurance Corporation, "Edited Transcript Q3 2019 ProAssurance Corp Earnings Call," FEINSTEIN_0001950–961, at 953. Note that there is an allegedly misstated Frequency Disclosure on this date as well.

[22] Complaint, at ¶ 142, citing ProAssurance Corporation, "Edited Transcript Q2 2018 ProAssurance Corp Earnings Call," FEINSTEIN_0001886–900, at 896.

[23] Complaint, at ¶ 185, citing ProAssurance Corporation, "Edited Transcript Q3 2019 ProAssurance Corp Earnings Call," FEINSTEIN_0001950–961, at 957. Note that there is an allegedly misstated Conservative Practice Disclosure on this date as well.

[24] Complaint, at ¶¶ 11–12, 284–291.

7

expenses incurred related to the same large national account."[25] The Complaint alleges a second corrective disclosure on May 7, 2020, related to Defendants' disclosure of the likelihood "that the unnamed 'large national account' … would exercise its option to purchase 'tail coverage,' exposing ProAssurance to an additional 'net loss of up to approximately $50 million.'"[26]  In the Court's Memorandum Opinion issued on December 10, 2021, the Court dismissed "the bulk" of Plaintiffs' claims regarding Defendants' allegedly false statements regarding the adequacy of loss reserves and all claims regarding Defendants' knowledge that TeamHealth would likely decline to renew its policy in 2020 and instead exercise its option to purchase tail coverage.[27]

13.    On April 1, 2022, Lead Plaintiffs moved for class certification.[28] Included in Lead Plaintiffs' submission is the Report on Market Efficiency of Professor Steven P. Feinstein, Ph.D., CFA, dated April 1, 2022 ("Feinstein Report"). The Feinstein Report concludes that "ProAssurance common stock traded in an efficient market over the course of the Class Period" and that "[d]amages in this matter can be computed on a class-wide basis for all Class members using a common methodology that is consistent with Plaintiffs' theory of liability."[29]

---

[25]  Complaint, at ¶ 11.

[26]  Complaint, at ¶ 12.

[27]  MTD Opinion, at pp. 57–58. *See also* Feinstein Report, at ¶ 31.

[28]  *Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Lead Plaintiffs' Initial Submission in Support of Motion to Certify Class, Appoint Class Representatives and Appoint Class Counsel, April 1, 2022 ("Class Cert Brief").

[29]  Feinstein Report, at ¶¶ 17, 20.

## III. ASSIGNMENT

14.    I have been retained by counsel for the Defendants to (i) assess whether the remaining alleged misstatements impacted ProAssurance's stock price, (ii) assess whether disclosures like ProAssurance's Conservative Practice Disclosures are common amongst its peers, and (iii) evaluate whether there are individualized issues that render this case unsuitable to a class action. Counsel has asked me to assume that "assessing whether an alleged misstatement impacted the stock price" means assessing whether the alleged misstatement inflated or maintained ProAssurance's stock price and then caused a loss when the alleged misstatement was corrected.

15.    **Appendix B** includes a list of all documents and data that I considered for my assignment. I reserve the right to amend or supplement this report if additional relevant documents or information become available.

16.    Analysis Group is being compensated at a rate of $935 per hour for my time. Other professional staff at Analysis Group working under my direction have assisted me in this assignment. Neither my compensation nor that of Analysis Group is contingent on the nature of my findings or the outcome of this case.

## IV. SUMMARY OF OPINIONS

17.    Based on my analyses to date as well as my education and experience, I have reached the following conclusions:

18.    I have found no evidence that the misstatements alleged by Plaintiffs had an impact on ProAssurance's stock price.

- Out of the six dates with alleged Frequency Disclosures or Conservative Practice Disclosures, on only one (August 8, 2018, an alleged Frequency Disclosure date) is the stock price return positive and

9

statistically significant at a 95 percent confidence level according to Prof. Feinstein's event study. On the August 8, 2018 date, the Company disclosed other information unrelated to the Frequency Disclosure. While equity analysts did not comment on the Frequency Disclosure, they did comment on a multitude of other positive factors unrelated to the Frequency Disclosure that in my view caused the price increase on this day, rather than the alleged misstatement.

- Contrary to Lead Plaintiffs' premise that the January 22, 2020 and May 7, 2020 disclosures corrected prior misstatements about ProAssurance's conservative underwriting and loss setting practices, unexpected losses related only to a single account do not indicate that ProAssurance's practices, writ large, were not conservative. In fact, I find that equity analysts continued to state that ProAssurance had conservative business practices even after the alleged corrective disclosures, and no analysts stated that ProAssurance did not have conservative underwriting business practices.

- Based on my review of market commentary, I found that not a single analyst specifically mentioned the Frequency Disclosures. Moreover, the statutory filings cited and examined by Lead Plaintiffs in the Complaint to argue that claims frequency was misstated were publicly available prior to the alleged corrective disclosures on January 22, 2020 and May 7, 2020 and were reviewed by market participants. Thus, the alleged corrective disclosures could not have corrected the alleged Frequency Disclosure misstatements as no new information with respect to the Frequency Disclosures was provided by the alleged

10

corrective disclosures. I conclude that the Frequency Disclosures could not have affected ProAssurance's stock price.

19. Statements such as the Conservative Practice Disclosures are common in the insurance industry. I find that 15 of the 19 companies identified as peers by ProAssurance made similar statements about conservative underwriting and/or reserve setting practices in their public disclosures during the proposed Class Period.

20. Even if the alleged misstatements impacted ProAssurance's stock price, there are individualized issues that make this case unsuitable to a class action. The statutory filings cited and examined by Lead Plaintiffs in the Complaint are publicly available and reviewed by market participants. If Prof. Feinstein's conclusion is correct that ProAssurance's stock traded in an efficient market, then the information in the statutory filings would have been incorporated into the stock price shortly after they were made publicly available, well before the alleged corrective disclosures. Even if Lead Plaintiffs are correct that the statutory filings are "virtually indecipherable to those outside of the insurance industry, like investors and financial analysts,"[30] at least some in the industry could have reviewed these filings, and individualized inquiry would be necessary to determine which investors were or were not aware of the information in those filings.

## V. THE ALLEGED MISSTATEMENTS DID NOT IMPACT PROASSURANCE'S STOCK PRICE

21. In this section I evaluate whether the allegedly misstated Conservative Practice Disclosures and Frequency Disclosures impacted ProAssurance's

---

[30] Complaint, at ¶ 109.

11

stock price. I conclude that they did not. I discuss each of these categories below but first describe my general approach.

22.    As a threshold matter, out of the six dates with alleged Frequency Disclosures or Conservative Practice Disclosures, on only one (August 8, 2018, an alleged Frequency Disclosure date) is the stock price return positive and statistically significant at a 95 percent confidence level according to Prof. Feinstein's event study. In the table below I report the residual return, i.e., after adjusting for market and industry factors, as reported in Exhibit 8 of the Feinstein Report.[31]    The table also reports the $t$-statistic that indicates the level of statistical significance as calculated by Prof. Feinstein.

| Date | Residual Return | $t$-Statistic | Alleged Misstatement Type |
|---|---|---|---|
| 8/8/2018 | 5.55% | 5.12 *** | Frequency Disclosure |
| 11/7/2018 | 1.82% | 1.68 * | Conservative Practice Disclosure |
| 2/22/2019 | -2.89% | -2.67 *** | Conservative Practice Disclosure |
| 4/26/2019 | -1.74% | -1.61 | Conservative Practice Disclosure |
| 8/8/2019 | -2.61% | -2.41 ** | Conservative Practice Disclosure |
| 11/6/2019 | 0.75% | 0.69 | Frequency Disclosure and Conservative Practice Disclosure |

Note: Returns that are statistically significant at the 90%, 95%, and 99% confidence level are marked with *, **, and ***, respectively.

23.    As the table shows, Prof. Feinstein finds that ProAssurance's stock price *declined* (net of market and industry effects) on three of the six alleged

---

[31]    Feinstein Report, at Exhibit 8.

inflationary misstatement dates (February 22, 2019, April 26, 2019, and August 8, 2019), with two of those declines being statistically significantly different from zero at a 95% or higher confidence level. While the stock price did increase (net of market and industry effects) on the other three alleged misstatement dates, one of those dates (November 6, 2019) has a residual return that Prof. Feinstein shows is not statistically significantly different from zero at even the 90 percent confidence level, and another (November 7, 2018) is statistically significantly different from zero only just at the 90 percent confidence level, which is a weaker threshold and less commonly used than the more frequently applied 95 percent confidence level.[32] Indeed, the residual return on that date is nearly outside of even the 90 percent confidence threshold.[33] Consistent with a marginally significant residual return, on this date ProAssurance reported earnings of $0.42 per share, beating the consensus estimate of $0.41 per share.[34]

24.    The sole positive residual return that is statistically significant at the 95 percent confidence level in Prof. Feinstein's analysis is the return after the August 8, 2018 Frequency Disclosure. However, this was not a date where the

---

[32]  The National Academies Press, "Reference Manual on Scientific Evidence," available at https://www.supremecourt.ohio.gov/LegalResources/LawLibrary/resources/scientificEvidenc e.pdf, at p. 381 ("Traditionally, scientists adopt the 95% level of confidence, which means that if 100 samples of the same size were drawn, the confidence interval expected for at least 95 of the samples would be expected to include the true population value.").

[33]  Statistical significance is generally assessed using the *t*-distribution and, as the footnotes to Exhibit 8 of the Feinstein Report indicate, the range for a *t*-statistic to be significant at the 90 percent confidence level is between 1.65 and 1.96 (or -1.65 to -1.96). A t-statistic with an absolute value below 1.65 would not be considered significant at the 90 percent level. The *t*-statistic reported for November 7, 2018 is 1.68, just barely inside the 90 percent threshold. *See* Feinstein Report, at Exhibit 8, notes 2–3. In particular, I calculate that this *t*-statistic implies that this residual return would not be statistically significant at a 90.6 percent confidence level.

[34]  Boenning & Scattergood, Inc., "Reported 3Q18 Beat; Maintain Neutral Rating," November 7, 2018, FEINSTEIN_0001488–493, at 488.

Frequency Disclosure was the only disclosure. In fact, this date was a scheduled earnings disclosure and earnings conference call.[35] In a press release from the prior evening accompanying the release of the financial results for 2018 Q2, ProAssurance announced earnings and other positive news – information that is unrelated to the Frequency Disclosure. For example, ProAssurance stated that its "[c]onsolidated gross premiums written increased by $36.7 million compared to the second quarter of 2017."[36] ProAssurance further elaborated that "[g]ross premiums written in our Workers' Compensation segment were $70.7 million, $11.4 million higher than in the second quarter of 2017," and that, "[o]ur Lloyd's Syndicates segment premiums were $24.2 million, an increase of approximately $900,000 over the same quarter last year."[37]

25. Equity analysts also provided commentary on the above positive news from August 8, 2018, which is unrelated to the alleged Frequency Disclosure. For example, Boenning & Scattergood published a report on August 8, 2018, stating "PRA reported a $0.10 per share beat to our 2Q18 estimate, largely due to higher equity in earnings from unconsolidated subsidiaries," as well as, "[g]ross premiums written (GPW) increased 17.8% to $243 million while we

---

[35]   *See* ProAssurance Corporation, "ProAssurance Reports Results for Second Quarter 2018," August 7, 2018, available at https://investor.proassurance.com/news-presentation-materials/press-releases/news-details/2018/ProAssurance-Reports-Results-for-Second-Quarter-2018/default.aspx.

[36]   ProAssurance Corporation, "ProAssurance Reports Results for Second Quarter 2018," August 7, 2018, available at https://investor.proassurance.com/news-presentation-materials/press-releases/news-details/2018/ProAssurance-Reports-Results-for-Second-Quarter-2018/default.aspx.

[37]   ProAssurance Corporation, "ProAssurance Reports Results for Second Quarter 2018," August 7, 2018, available at https://investor.proassurance.com/news-presentation-materials/press-releases/news-details/2018/ProAssurance-Reports-Results-for-Second-Quarter-2018/default.aspx.

14

expected growth of 4.3%."[38] Similarly, Sandler O'Neill published a report on the same date, stating "[t]he earnings beat vs. our estimate was driven by a few items. The tax rate was lower than expected by about $0.08 per share and equity in unconsolidated earnings was better by about $0.05."[39] Furthermore, Raymond James published a report on the same date, stating "[t]he company reported better-than-expected results in 2Q18 driven by solid results in workers' comp, improvement at Lloyd's, and the LPT agreement entered in the period."[40]

26.   Plaintiffs may take the position that the stock price decline which they attribute to the alleged corrective disclosure demonstrates that the stock price was inflated at the time of the alleged misstatements, even if there was no statistically significant price increase on the days when the alleged misstatements were made. This type of argument is often referred to as "price maintenance." A large stock price decline following a purported corrective disclosure, however, does not necessarily demonstrate any inflation (and thus any price impact) at an earlier point. A recent Supreme Court decision ("the *Goldman Sachs* Supreme Court Case") involving the specific issues trial courts should consider at the class certification stage elaborated on this issue:

> But that final inference—that the back-end price drop equals front-end inflation—starts to break down when there is a mismatch between the

---

[38]   Boenning & Scattergood, Inc., "ProAssurance Reports 2Q18 Beat; Maintain Neutral Rating," August 8, 2018, at p. 1.

[39]   Sandler O'Neill Partners, "2Q18 Earnings Review: Maintaining HOLD Rating," August 8, 2018, at p. 1.

[40]   Raymond James & Associates, "PRA: Solid 2Q18 Results; Litigation Trends Still a Concern; Market Perform," August 8, 2018, FEINSTEIN_0001475–483, at 475. *See also* SunTrust Robinson Humphrey, "2Q18 Follow Up – Cyclical Risks Still Material, Reiterate Hold," August 8, 2018, at p. 1 ("We are raising our 2018 EPS estimate to $1.75 from $1.65, mainly to take into account the outperformance in 2Q and better results at Lloyd's …").

contents of the misrepresentation and the corrective disclosure. That may occur when the earlier misrepresentation is generic (*e.g.*, "we have faith in our business model") and the later corrective disclosure is specific (*e.g.*, "our fourth quarter earnings did not meet expectations"). Under those circumstances, it is less likely that the specific disclosure actually corrected the generic misrepresentation, which means that there is less reason to infer front-end price inflation—that is, price impact—from the back-end price drop.[41]

27.   As discussed, here, there is no "front-end" inflation and an examination of the alleged corrective disclosures shows that they were not corrective of the purported misstatements. Thus, there is no reason to infer that a "back-end price drop" indicates a price impact for the alleged misstatements.

28.   Relatedly, one would expect investors' views to change when alleged misstatements are purportedly corrected, and that would be evidence supporting a conclusion that the alleged misstatements impacted price. Conversely, if investors' views regarding the information at issue did not change, that would be evidence supporting a conclusion that the alleged misstatements did not impact the price as they were not corrected and therefore did not cause a loss. One way to determine this is to examine analysts' reaction to the information. As Prof. Feinstein opines:

> Securities analysts interpret and disseminate information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and

---

[41]   *Goldman Sachs Group, Inc., et al. v. Arkansas Teacher Retirement System, et al.*, 594 U.S. ___ (2021), at p. 8.

16

investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace.[42]

29.   If analysts did not discuss the alleged misstatement, that would suggest the information in the alleged misstatement was not important and therefore did not impact price. Similarly, if analysts' views on a particular issue did not change after an alleged corrective disclosure that purportedly corrected the market's understanding of that particular issue, that would suggest the particular issue and its purported correction did not impact the price.[43]

**A. The Conservative Practice Disclosures Did Not Impact ProAssurance's Stock Price**

30.   First, as I discuss above, on each of the five dates when the alleged Conservative Practice Disclosures were made (November 7, 2018, February 22, 2019, April 26, 2019, August 8, 2019, and November 6, 2019), there was no price increase that is statistically significant at the 95 percent confidence level. Instead, either the price went down, or statistically, it stayed the same.

---

[42]   Feinstein Report, at ¶ 55.

[43]   *See, e.g.*, Breton, G. and R. Taffler, "Accounting Information and Analyst Stock Recommendation Decisions: A Content Analysis Approach," *Accounting and Business Research*, Vol. 31 No. 2 (2001), pp. 91–101, at p. 91 ("Financial analysts play a central role in security markets in interpreting and disseminating corporate financial and other information … and their investment recommendations have a material impact on trading activity and stock returns …"); *see also* Huang, A. et al., "Evidence on the Information Content of Text in Analyst Reports," *The Accounting Review*, Vol. 89 No. 6 (2014), pp. 2151–2180, at p. 2151 ("We document that textual discussions in a sample of 363,952 analyst reports provide information to investors beyond that in the contemporaneously released earnings forecasts, stock recommendations, and target prices, and also assist investors in interpreting these signals."); *see also* Asquith, P. et al., "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, Vol. 75 No. 2 (2005), pp. 245–282, at p. 246 ("We then show that other information in a report, such as the strength of the written arguments made to support an analyst's opinion, is also significant. The stronger the justifications provided in the report, the stronger the market's reaction to the report.").

17

31.    Additionally, the corrective disclosures that Lead Plaintiffs have alleged did not, in fact, correct any of the allegedly misstated Conservative Practice Disclosures and therefore one cannot infer that there was artificial inflation at the time of the Conservative Practice Disclosures based on the alleged corrective disclosures. As Lead Plaintiffs allege, the news on January 22, 2020, disclosed an adverse development in loss reserves driven by one large national healthcare account,[44] and the news on May 7, 2020, disclosed anticipated losses due to the same account likely exercising its option to purchase tail coverage.[45] Unexpected losses related only to a single account do not indicate that ProAssurance's underwriting and loss setting practices, writ large, were not conservative. To use a simple example, it can both be true that someone has been – and continues to be – a careful driver, and yet a major accident can still occur. The fact that an accident occurred does not mean that the individual was not a generally careful driver.

32.    In the *Goldman Sachs* Supreme Court Case example quoted above, the hypothetical company's disappointing fourth quarter earnings does not necessarily correct the prior statements regarding its business model. Such is the case here, where losses "driven by a large national healthcare account"[46]

---

[44]    Complaint, at ¶ 284, citing ProAssurance Corporation, "ProAssurance Reports Preliminary Loss Estimates in Healthcare Professional Liability," January 22, 2020, available at https://investor.proassurance.com/news-presentation-materials/press-releases/news-details/2020/ProAssurance-Reports-Preliminary-Loss-Estimates-in-Healthcare-Professional-Liability/default.aspx. As of September 2019, ProAssurance had 78,132 policyholders. ProAssurance Corporation, "Q3 2019 Investor Update," November 2019, available at https://s25.q4cdn.com/775214677/files/doc_downloads/featured/November-2019-Investor-Presentation.pdf, at p. 8.

[45]    Complaint, at ¶ 288, citing ProAssurance Corporation, Form 10-Q for the period ending March 31, 2020, filed May 7, 2020.

[46]    Complaint, at ¶ 284, citing ProAssurance Corporation, "ProAssurance Reports Preliminary Loss Estimates in Healthcare Professional Liability," January 22, 2020, available at https://investor.proassurance.com/news-presentation-materials/press-releases/news-

do not necessarily correct prior Conservative Practices Disclosures (*e.g.*, "[w]e are continuing to establish and evaluate reserves with the same conservatism we have always used . . . and that conservatism extends to our evaluation of reserves").[47] As a counterfactual, one might imagine that had the disclosure contained news that a large proportion of all ProAssurance accounts across a variety of geographic areas and sizes had all begun to experience negative results, that may represent information about a more systematic problem. But that is not this fact pattern, where the disclosure focused on a single large account.

33. One way to determine whether the alleged corrective disclosures truly corrected the alleged misstatements associated with the Conservative Practice Disclosures is to determine whether, after the alleged corrective disclosures, the market no longer believed that ProAssurance had such conservative practices. If the market still believes the information that Lead Plaintiffs allege was misrepresented, then it cannot have been corrected by the alleged "corrective" disclosures, and the alleged misstatement cannot have caused a loss. In fact, I found that the equity analysts covering its stock still stated that ProAssurance was conservative even after the alleged corrective disclosures. I reviewed 14 analyst reports published during the two-week window beginning January 22, 2020 (the first alleged corrective disclosure) through February 5, 2020, and 16 reports published during the two-week window beginning May 7, 2020 (the second alleged corrective disclosure) through

---

details/2020/ProAssurance-Reports-Preliminary-Loss-Estimates-in-Healthcare-Professional-Liability/default.aspx.

[47] Complaint, at ¶ 247, citing ProAssurance Corporation, "Edited Transcript Q3 2018 ProAssurance Corp Earnings Call," November 7, 2018, FEINSTEIN_0001901–910, at 904.

May 21, 2020.[48] Furthermore, while many of the reports discussed the losses associated with the TeamHealth account, none of the analysts stated that ProAssurance did not have conservative underwriting and loss reserving practices.

34.     On the contrary, for example, on January 22, 2020, the same day as the first alleged corrective disclosure, Piper Sandler published a report stating, "[w]e continue to believe PRA is a well-run company that just happens to be in some of the most difficult business lines in the current property casualty insurance environment."[49] Piper Sandler reiterated this assessment on May 8, 2020, the day after the second alleged corrective disclosure, stating "[w]e continue to believe PRA is a best-in-class med mal insurer that is facing a very difficult environment in its major business lines."[50]

35.     Other equity analyst reports state similarly. On May 8, 2020, SunTrust Robinson Humphrey published a report on ProAssurance, citing the company's "strong balance sheet and track record of underwriting performance" as reasons for the analysts' Hold rating.[51] On May 11, 2020, four days after the second alleged corrective disclosure, Boenning & Scattergood published a report on ProAssurance in which the first text under the headline is "Investment Conclusion: ProAssurance is one of the more

---

[48]   I reviewed all analyst reports in this date range provided in Prof. Feinstein's reliance materials plus any additional reports available through S&P CapitalIQ and Refinitiv. The full list of reports I reviewed is listed in **Exhibit 1**.

[49]   Piper Sandler Companies, "Pre-Announces Loss Estimates in Healthcare Professional Liability," January 22, 2020, FEINSTEIN_0001730–737, at 731.

[50]   Piper Sandler Companies, "1Q20 Earnings Review: Facing a Challenging Environment," May 8, 2020, FEINSTEIN_0001832–838, at 832.

[51]   SunTrust Robinson Humphrey, "PRA Facing Pressure on a Number of Fronts," May 8, 2020, FEINSTEIN_0001839–844, at 842.

20

conservative companies we cover."[52] On May 13, 2020, JMP Securities published a report stating that, despite the larger-than-expected exposure to TeamHealth, "our understanding is that ProAssurance is being conservative in their booking of the potential losses with an eye toward not wanting to have to revisit the topic with investors …"[53]

36.    These quotes support the conclusion that even after the disclosures on January 22, 2020, and May 7, 2020, the market still believed that ProAssurance had conservative practices. Therefore, while Prof. Feinstein may find that after controlling for market and industry factors, ProAssurance's stock price declined 11 percent on January 23, 2020, and 26 percent on May 8, 2020,[54] these adjusted price declines cannot have been related to the market learning that ProAssurance's practices were not conservative, as, based on the analyst reports, the market still had a view that ProAssurance practiced "conservative" underwriting and loss reserving. Thus, the alleged corrective disclosures are not tied to the allegedly misstated Conservative Practice Disclosures, and therefore the alleged misstatements did not cause a loss and impact ProAssurance's stock price.

---

[52]    Boenning & Scattergood, Inc., "Revising Estimates for ProAssurance; Potential Large Loss in 2Q20," May 11, 2020, FEINSTEIN_0001858–863, at 858; *see also* Boenning & Scattergood, Inc., "Adjusting ProAssurance's Estimates Following 4Q19 Loss; Maintain Neutral," March 10, 2020, FEINSTEIN_0001817–821, at 817 ("[W]e consider ProAssurance one of the most conservative insurers in the sector.").

[53]    JMP Securities, "Another Bump in the Long Dark Road, But We See Light at the End of the Tunnel," May 13, 2020, FEINSTEIN_0001879–885, at 880 ("Regarding the announcement of an 'up to $50 mln' loss likely in Q2 relating to the large healthcare client … we were surprised at the magnitude of the exposure. That said, our understanding is that ProAssurance is being conservative in their booking of the potential losses with an eye toward not wanting to have to revisit the topic with investors, and that there are not any other clients/situations in its book of business that could result in a similar outcome.").

[54]    Feinstein Report, at Exhibit 8.

21

**B. The Frequency Disclosures Did Not Impact ProAssurance's Stock Price**

37.     Lead Plaintiffs also alleged that the Frequency Disclosures were false and misleading because "in truth [Defendants] were seeing a massive increase in the frequency of claims reported by TeamHealth,"[55] where the frequency of claims – as defined in ProAssurance's 2017 10-K – represents the number of claims per exposure unit.[56] Lead Plaintiffs have based their conclusion that claims frequency for the single account (TeamHealth) was increasing on an analysis of state statutory filings made by ProAssurance affiliates.[57]

38.     However, I have found no evidence that the price of ProAssurance's stock was impacted by the allegedly misstated Frequency Disclosures. I reach this conclusion, in part, by a review of analyst commentary on ProAssurance after the Frequency Disclosures were made. If the Frequency Disclosures were important to market participants, I would expect to see those statements discussed in analyst reports.[58] However, I do not.

39.     In particular, I reviewed six analyst reports issued in the two weeks beginning with the August 8, 2018 Frequency Disclosure and 15 analyst reports issued in the two weeks beginning with the November 6, 2019 Frequency Disclosure.[59] Of these 21 reports, 19 did not mention frequency. This indicates that most analysts, and thus likely the market as a whole, did not view the Frequency Disclosures on those dates as important. A statement that is not

---

[55]   Complaint, at ¶ 143; *see also* Complaint, at ¶ 186.
[56]   ProAssurance 2017 10-K, at p. 38.
[57]   Complaint, at §§ V.A. and V.B.
[58]   *See* n. 43 above.
[59]   As above, I reviewed all analyst reports in this date range provided in Prof. Feinstein's reliance materials plus any additional reports available through S&P CapitalIQ and Refinitiv. The full list of reports I reviewed is listed in **Exhibit 2**.

viewed by the market as important does not add any value-relevant information and thus does not impact price.

40. The only two reports that did mention frequency, published by Sandler O'Neill & Partners (later Piper Sandler) on two separate dates – August 8, 2018, and November 6, 2019 – both present the following text: "[c]laims frequency has been relatively stable for ProAssurance (and other medical malpractice writers) in recent years, which suggests that the legal environment is stable."[60] This same statement was featured in prior Sandler O'Neill Partners reports published before the proposed Class Period, including on January 10, 2018, April 16, 2018, and July 11, 2018, and is therefore unlikely to have been influenced by the Frequency Disclosures.[61] Moreover, this same analyst reiterated the statement multiple times after each of the alleged corrective disclosures as well, including on January 22, 2020, February 28, 2020, May 8, 2020, and July 9, 2020, suggesting that the alleged corrective disclosure did not cause the analyst to change his view on claims frequency.[62] Furthermore, the reference to other malpractice writers further indicates that

---

[60] Sandler O'Neill Partners, "2Q18 Earnings Review: Maintaining HOLD Rating," August 8, 2018, at p. 5; Sandler O'Neill Partners, "3Q19 Earnings Review Maintaining HOLD Rating," November 6, 2019, FEINSTEIN_0001668–676, at 672.

[61] *See, e.g.*, Sandler O'Neill Partners, "4Q17 Earnings Preview: Maintaining HOLD Rating," January 10, 2018, at p. 3; *see also* Sandler O'Neill Partners, "Increasing 2018 EPS Estimate & 1Q18 Earnings Preview: Maintaining HOLD Rating," April 6, 2018, at p. 4; *see also* Sandler O'Neill Partners, "2Q18 Earnings Preview: Maintaining HOLD Rating," July 11, 2018, at p. 3.

[62] Piper Sandler Companies, "Pre-Announces Loss Estimates in Healthcare Professional Liability," January 22, 2020, FEINSTEIN_0001730–737, at 733–734; Piper Sandler Companies, "Reducing EPS Estimates, Adjusting for NORCAL Acquisition," February 28, 2020, FEINSTEIN_0001805–810, at 807; Piper Sandler Companies, "1Q20 Earnings Review: Facing a Challenging Environment," May 8, 2020, FEINSTEIN_0001832–838, at 834; Piper Sandler Companies, "Upgrading to Neutral on ProAssurance Valuation Call," July 9, 2020, at p. 3.

the basis for the view of relative stability in claims frequency is something other than the alleged misstatement.

41.    Furthermore, as discussed in Section VII below, the statutory filings on which the Complaint bases its analysis of TeamHealth's claims frequency were publicly available during the proposed Class Period and, in fact, these statutory filings that included the data were examined and cited by analysts.[63] Thus, it is unsurprising that analysts did not comment on the Frequency Disclosures as they had access to the underlying claims information as reported by the company to regulators. The public availability of the data in the Complaint prior to the alleged curative disclosures on January 22, 2020 and May 7, 2020 also means that the alleged corrective disclosures could not have corrected the alleged Frequency Disclosure misstatements as no new information with respect to the Frequency Disclosures was provided by the alleged corrective disclosures.

42.    For these reasons, I conclude that the Frequency Disclosures did not impact ProAssurance's stock price.

## VI.    STATEMENTS SUCH AS THE CONSERVATIVE PRACTICE DISCLOSURES ARE COMMON

43.    Lead Plaintiffs allege that "Defendants made a series of materially false and misleading statements and omissions regarding ProAssurance's purported commitment to 'disciplined' and 'conservative' underwriting and reserve-setting practices."[64] However, such statements are common in the insurance industry.

---

[63]    *See* Section VII.
[64]    Class Cert Brief, at pp. 1–2.

44.    ProAssurance's 2020 proxy statement identifies 19 peer companies.[65] I find that during the putative Class Period at least 15 (79 percent) of those companies described their underwriting and/or loss reserving practices as "conservative," "disciplined," "prudent," or "cautious" or used similar terms. A full list of excerpts for these 15 companies can be found in **Exhibit 3**. I include a few examples below:

- Employers Holdings, Inc.: "We employ a *disciplined, conservative underwriting approach* designed to individually select specific types of businesses …"[66]

- Markel Corporation: "We seek to manage our loss exposures in a variety of ways, including … *following prudent underwriting guidelines* for each program written."[67]

- RLI Corporation: "The combination of *disciplined underwriting*, superior claim service and prudent fiscal management enabled us to help our customers when they needed us most …"[68]

- Selective Insurance Group, Inc.: "… we maintain a *very disciplined reserve methodology* …"[69]

---

[65]    ProAssurance Corporation, Schedule 14A, dated April 9, 2020, at p. 24.
[66]    Employers Holdings, Inc, Form 10-K for the period ending December 31, 2019, filed February 20, 2020, at p. 5 (emphasis added).
[67]    Markel Corporation, "2019 Markel Corporation Annual Report & Form 10-K," February 21, 2020, at p. 40 (emphasis added).
[68]    RLI Corporation, "2019 RLI Corp. Annual Report on Form 10K," February 21, 2020, at p. 5 (emphasis added).
[69]    Selective Insurance Group, Inc., "Q4 2019 Earnings Call," January 31, 2020, at p. 4 (emphasis added).

- Universal Insurance Holdings, Inc.: "Our business strategy also aims to provide *disciplined underwriting* …"[70]

45. The excerpts above and in **Exhibit 3** show that statements such as the Conservative Practice Disclosures are common among ProAssurance's peer companies.

## VII.   EVEN IF THE MISSTATEMENTS IMPACTED PROASSURANCE'S STOCK PRICE, INDIVIDUALIZED ISSUES MAKE THIS CASE UNSUITABLE TO A CLASS ACTION

46. Lead Plaintiffs analyzed the publicly available state statutory filings of ProAssurance's affiliate ProAssurance Specialty Insurance Company, Inc. ("PRA-Specialty") to purportedly support their claim that "ProAssurance began experiencing a dramatic and obvious increase in the number of outstanding claims on its TeamHealth policy in late-2017."[71] They claim, in turn, that this finding shows that the Frequency Disclosures were false and misleading.[72]

47. Lead Plaintiffs argue that, "[g]iven the tremendous amount of detailed information contained within these filings – much of which is only provided on an aggregated basis – it is extremely difficult for investors to ascertain

---

[70]   Universal Insurance Holdings, Inc., Form 10-K for the period ending December 31, 2019, filed March 2, 2020, at p. 4 (emphasis added).

[71]   Complaint, at ¶ 115 ("Lead Plaintiffs' analysis of PRA-Specialty's Statutory Filings reveals that ProAssurance began experiencing a dramatic and obvious increase in the number of outstanding claims on its TeamHealth policy in late-2017."). *See also* Complaint, at ¶ 117 ("As such, the extraordinary increase in the number of claims outstanding clearly put Defendants on notice of concerns related to the TeamHealth account by no later than the end of 2Q18 on June 30, 2018.") and Complaint, at ¶ 120 ("Second, the number of claims outstanding under the TeamHealth policy comprised an astounding 84.5% of the net increase in claims outstanding for 2017 and 61.9% of the increase for 2018 for ProAssurance's entire claims-made HCPL business in those years.") (emphasis omitted).

[72]   Complaint, at ¶¶ 143, 186.

useful information from them."[73] Lead Plaintiffs argue that they were able to ascertain this information "only through a detailed analysis of information contained within thousands of pages of state Statutory Filings from hundreds of separate documents, which involved independent calculations performed in consultation with individuals possessing specialized knowledge of the insurance industry and its accounting practices."[74]

48.  However, these statements miss the primary point, which is that these exact filings they use to argue claims frequency was misstated were all *publicly available* during the proposed Class Period. Indeed, this is not a situation where the Plaintiffs allege that there was accurate private information that later corrected publicly disclosed information. Instead, they appear to be alleging that although the information was publicly available for anyone to access, the information could not have been understood by investors.

49.  The National Association of Insurance Commissioners ("NAIC") compiles insurers' annual and quarterly filings and makes these data immediately accessible upon filing.[75]  They are also posted on ProAssurance's website and available through data sources such as SNL Financial.[76]

50.  Also, while Plaintiffs claim it is "extremely difficult for investors to ascertain useful information from [these filings]," that claim is dubious. I myself have

---

[73]  Complaint, at ¶ 109.
[74]  Complaint, at ¶ 134 (emphasis omitted).
[75]  National Association of Insurance Commissioners, "INSDATA User's Manual," available at https://content.naic.org/sites/default/files/insdata-home-user-guide.pdf, at p. 3 ("The data is always available immediately after the insurer files their statement. For annual data, depending on the data type, the due dates are: first day of March, April, May and June. For quarterly data the due dates are: fifteenth day of May, August and November.").
[76]  *See* ProAssurance Corporation, "Statutory Filings," available at https://investor.proassurance.com/financial-information/statutory-filings/default.aspx; *see also* S&P Global, Inc., "SNL Insurance," available at https://www.marketplace.spglobal.com/en/datasets/snl-insurance-(41).

worked with publicly available statutory insurance filings for many decades. For example, Table 1 from the Complaint, reproduced below, is easily constructed from the statutory filings, as I describe below.[77] With this table, Plaintiffs appear to be implying that one could not have really understood that the TeamHealth account began an alleged 100-fold or greater increase in the number of claims beginning as early as 2017, despite the information used by Plaintiffs to support this allegation being publicly available.

### TABLE 1

| Number of Outstanding TeamHealth Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 | 3Q19 |
| Claims | 2 | 2 | 3 | 38 | 203 | 279 | 336 | 474 | 710 | 744 | 802 | 895 |

51.    As an example, consider the 336 claims outstanding listed under 2Q18. This information corresponds to June 30, 2018, over 18 months before the alleged corrective disclosures. These exact data are taken from the section of the regulatory filings that provide state-by-state data on the line of insurance at issue in this case – Medical Professional Liability. If one were interested in analyzing the number of claims associated with Medical Professional Liability, it would be quite simple to review this schedule, filed each quarter, to observe the number of claims outstanding, written and earned premiums, and other relevant variables on a state-by-state basis. This schedule includes a row for every state, including Tennessee, the home of TeamHealth.[78] It includes columns showing eight variables, including premiums written, claim

---

[77]    Tables 2 and 3 of the Complaint contains the same information as Table 1. *See* Complaint, at pp. 31, 47.

[78]    Complaint, at ¶ 114.

counts (listing paid claims and unpaid claims separately), direct loss amounts, and incurred but not reported (IBNR) amounts.[79]

52. If one were to look at the Q2 2018 report – p. 455-1 of Supplement A to Schedule T of PRA-Specialty's 2Q18 statutory filing – one would see that there were 654 total unpaid physician claims included in the quarterly filing, 336 of which were included in the Tennessee row.[80] This is by far the largest number of claims of any state and represented more than half of the total for all states, with Virginia the next highest at 101, and was visible for anyone reviewing the filing to see. This 336 is the same number reproduced in the table in the Complaint and does not require any complex calculation or combination of numbers from various schedules. Similarly, the 802 claims outstanding in 2Q19 are taken from the same corresponding Tennessee row on p. 455-1 of Supplement A to Schedule T of PRA-Specialty's 2Q19 statutory filing.[81] In other words, the analysis required to compile the table above is entering a single variable from a single state line item and then doing the same for subsequent quarters.

53. While the Complaint alleges that ProAssurance did not previously disclose the existence of the TeamHealth account and the fact that it "comprised effectively all of the business disclosed on the Tennessee line of the 'Physicians' page of Supplement A to Schedule T of PRA-Specialty's quarterly Statutory Filings and annual supplemental Statutory Filings,"[82] it is obvious from reviewing these filings, including the schedules reproduced in **Exhibits 4A** and **4B**, that claims in Tennessee increased and that Tennessee

---

[79] *See, e.g.*, **Exhibits 4A–4B**.
[80] *See* **Exhibit 4A**.
[81] *See* **Exhibit 4B**.
[82] Complaint, at ¶ 114.

claims comprised a large fraction of the total reported, in fact, the largest of any state during this period.

54.  Insurance company statutory filings are hardly a secret. Indeed, there is ample evidence that market participants did, in fact, look at these filings. For example, on March 12, 2019, SunTrust Robinson Humphrey published a report on ProAssurance indicating its analysis was based on a review of ProAssurance's statutory disclosures.[83] On January 22, 2020, the day of the first alleged corrective disclosure, a Piper Sandler report provided an estimate of ProAssurance's medical professional liability market share which relies on statutory filings.[84] Additionally, on January 23, 2020, the day after the first alleged corrective disclosure, an *Inside P&C* report on ProAssurance indicated reliance on statutory filings for data related to loss trends.[85] Furthermore, on February 7, 2020, Buckingham Research Group published a report that references "schedule P data," referring to another of the schedules included in the statutory filings.[86]

55.  It is not surprising that equity and industry analysts were using this information. The Feinstein Report concludes that "ProAssurance common stock traded in an efficient market over the course of the Class Period."[87] The

---

[83]  SunTrust Robinson Humphrey, "Data Shows Some Uptick in Cash Payouts, Still-Redundant Reserves," March 12, 2019, FEINSTEIN_0001582–592, at 582 ("Our analysis of ProAssurance's statutory disclosures suggests that the company still has solid reserve redundancy…").

[84]  Piper Sandler Companies, "Pre-Announces Loss Estimates in Healthcare Professional Liability," January 22, 2020, FEINSTEIN_0001730–737, at 732.

[85]  Inside P&C, "Q4 Begins with a MedMal Bang," January 23, 2020, FEINSTEIN_0001751–757, at 756 ("The state has previously caused problems for the company, with a 146% adjusted loss ratio in 2015, per statutory filings.").

[86]  Buckingham Research Group, Inc., "Reducing Estimates, PT to $34/share from Prior of $40/share," February 7, 2020, FEINSTEIN_0001780–786, at 780 ("We remain on the sidelines as we await industry and company schedule P data out in March.").

[87]  Feinstein Report, at ¶ 17.

Feinstein Report cites several authorities that define market efficiency as the premise that the market price will "always 'fully reflect' available information" or will "reflect all publicly available information."[88]

56. If Prof. Feinstein is correct that the market is efficient, then the very information from the public statutory filings that Lead Plaintiffs point to in the Complaint would be incorporated into the stock price shortly after ProAssurance's public statutory filings were made and before the alleged corrective disclosures.

57. On the other hand, if Lead Plaintiffs are correct that the statutory filings are "virtually indecipherable to those outside of the insurance industry, like investors and financial analysts,"[89] then it is possible that Lead Plaintiffs and Prof. Feinstein might argue that such information is in effect not public and not incorporated into ProAssurance's stock price. However, even Lead Plaintiffs acknowledge that those in the insurance industry could decipher these filings. Furthermore, I have shown above that at least some analysts examined these filings. Thus, even if this information was not impounded into the price (a hypothesis that contradicts Prof. Feinstein's claim of market efficiency), there is clearly the prospect that some investors might have accessed the public filings and analyzed the information therein as Lead

---

[88] Feinstein Report, at ¶¶ 33, 37 (citing Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25 No. 2 (1970); and *Amgen, Inc. v. Conn. Ret. Plans & Trust Funds*, 568 U.S. 455, 458 (2013)).

[89] Complaint, at ¶ 109.

Plaintiffs did here. Assessing which investors knew this information and which did not would create issues requiring individualized inquiry.

_____

Bruce Deal

June 17, 2022

# EXHIBIT 1

## Analyst Reports Reviewed for Statements on Conservative Practices
### *Published within Two Weeks of the Alleged Corrective Disclosures*

Period between January 22, 2020 – February 5, 2020

| | Publication Date | Publisher | Title |
|---|---|---|---|
| [1] | 22-Jan-20 | Argus Research Company | PRA: A6 Report for 01/22/2020 |
| [2] | 22-Jan-20 | Piper Sandler Companies | Pre-Announces Loss Estimates in Healthcare Professional Liability |
| [3] | 22-Jan-20 | PriceTarget Research | ProAssurance Corp |
| [4] | 22-Jan-20 | Zacks Investment Research, Inc. | ProAssurance Corporation (PRA) Zacks Company Report |
| [5] | 23-Jan-20 | Boenning & Scattergood, Inc. | ProAssurance Preannounces 4Q19 Reserve Charge in Core Healthcare Professional Liability Book |
| [6] | 23-Jan-20 | Raymond James & Associates | PRA \| Updating Estimates to Reflect 8-K; Maintain Market Perform |
| [7] | 23-Jan-20 | SunTrust Robinson Humphrey | Reducing Estimates on Reserve Charge |
| [8] | 24-Jan-20 | Plunkett Research, Ltd. | ProAssurance Corporation: Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within Its Industry |
| [9] | 24-Jan-20 | Vermilion Research | The "Flip" Side |
| [10] | 25-Jan-20 | Stock Traders Daily | PRA |
| [11] | 29-Jan-20 | Argus Research Company | PRA: A6 Report for 01/29/2020 |
| [12] | 29-Jan-20 | Zacks Investment Research, Inc. | ProAssurance Corporation (PRA) Zacks Company Report |
| [13] | 1-Feb-20 | Stock Traders Daily | PRA |
| [14] | 5-Feb-20 | Argus Research Company | PRA: A6 Report for 02/05/2020 |

Period between May 7, 2020 – May 21, 2020

| | Publication Date | Publisher | Title |
|---|---|---|---|
| [1] | 7-May-20 | Piper Sandler Companies | 1Q19 First Look: Reports ($0.02) vs. $0.07 PSC |
| [2] | 7-May-20 | S&P Global Compustat | ProAssurance Corp |
| [3] | 7-May-20 | ValuEngine | Rating and Forecast Report: ProAssurance CP |
| [4] | 8-May-20 | Boenning & Scattergood, Inc. | First Look: ProAssurance Books 1Q20 Miss; Dividend Cut |
| [5] | 8-May-20 | Piper Sandler Companies | 1Q20 Earnings Review: Facing a Challenging Environment |
| [6] | 8-May-20 | SunTrust Robinson Humphrey | PRA Facing Pressure on a Number of Fronts |
| [7] | 11-May-20 | Boenning & Scattergood, Inc. | Revising Estimates for ProAssurance; Potential Large Loss in 2Q20 |
| [8] | 11-May-20 | Raymond James & Associates | Large Losses from Single Account; Slashes Dividend; Market Perform |
| [9] | 13-May-20 | Argus Research Company | PRA: A6 Report for 05/13/2020 |
| [10] | 13-May-20 | JMP Securities | Another Bump in the Long Dark Road, But We See Light at the End of the Tunnel |
| [11] | 13-May-20 | Zacks Investment Research, Inc. | ProAssurance Corporation (PRA) Zacks Company Report |
| [12] | 14-May-20 | JMP Securities | JMP Morning Note 05142020 |
| [13] | 14-May-20 | Zacks Investment Research, Inc. | ProAssurance Corporation (PRA) Zacks Company Report |
| [14] | 15-May-20 | BuySellSignals | ProAssurance sinks 59% in past quarter; Institutional Ownership steady |
| [15] | 15-May-20 | Stock Traders Daily | PRA |
| [16] | 20-May-20 | Argus Research Company | PRA: A6 Report for 05/20/2020 |

Sources:
S&P CapitalIQ; Refinitiv; FEINSTEIN_0001475–885.

**EXHIBIT 2**

**Analyst Reports Reviewed for Statements on Frequency**
*Published within Two Weeks of the Frequency Disclosures*

Period between August 8, 2018 – August 22, 2018

| | Publication Date | Publisher | Title |
|---|---|---|---|
| [1] | 8-Aug-18 | Boenning & Scattergood, Inc. | ProAssurance Reports 2Q18 Beat; Maintain Neutral Rating |
| [2] | 8-Aug-18 | Raymond James & Associates | PRA: Solid 2Q18 Results; Litigation Trends Still a Concern; Market Perform |
| [3] | 8-Aug-18 | Sandler O'Neill Partners | 2Q18 Earnings Review: Maintaining HOLD Rating |
| [4] | 8-Aug-18 | SunTrust Robinson Humphrey | 2Q18 Follow Up – Cyclical Risks Still Material, Reiterate Hold |
| [5] | 10-Aug-18 | Validea | ProAssurance Corporation |
| [6] | 10-Aug-18 | Zacks Investment Research, Inc. | ProAssurance Corporation (PRA) Zacks Company Report |

Period between November 6, 2019 – November 20, 2019

| | Publication Date | Publisher | Title |
|---|---|---|---|
| [1] | 6-Nov-19 | Argus Research Company | PRA: A6 Report for 11/06/2019 |
| [2] | 6-Nov-19 | Boenning & Scattergood, Inc. | ProAssurance Corporation (PRA-Neutral) ProAssurance Beats on Higher Favorable |
| [3] | 6-Nov-19 | Buckingham Research Group, Inc. | 3Q First Look: Beat on Tax Benefit, Underlying Trends Persist |
| [4] | 6-Nov-19 | JMP Securities | Cycle Turn Drumbeat Getting Louder as Physicians Pricing Increases Accelerate to +8% |
| [5] | 6-Nov-19 | Sandler O'Neill Partners | 3Q19 Earnings Review Maintaining HOLD Rating |
| [6] | 6-Nov-19 | Sandler O'Neill Partners | 3Q19 First Look: Reports $0.30 vs. $0.14 SOP |
| [7] | 6-Nov-19 | SunTrust Robinson Humphrey | 3Q EPS Upside on Taxes, Development / Continuing Caution on Losses |
| [8] | 7-Nov-19 | Raymond James & Associates | PRA | Loss Environment Merits Caution; Market Perform |
| [9] | 7-Nov-19 | S&P Global Compustat | ProAssurance Corp |
| [10] | 12-Nov-19 | SADIF-Investment Analytics S.A. | Rating Update for ProAssurance Corp |
| [11] | 13-Nov-19 | Argus Research Company | PRA: A6 Report for 11/13/2019 |
| [12] | 14-Nov-19 | Zacks Investment Research, Inc. | ProAssurance Corporation (PRA) Zacks Company Report |
| [13] | 15-Nov-19 | PriceTarget Research | ProAssurance Corp |
| [14] | 15-Nov-19 | Stock Traders Daily | PRA |
| [15] | 20-Nov-19 | BuySellSignals | Q3 2019: ProAssurance reports 49.0% sequential rise in Quarterly Net Profit |

Sources:
S&P CapitalIQ; Refinitiv; FEINSTEIN_0001475–885.

**EXHIBIT 3**

**Peer Company Disclosures Regarding Conservative Practices**

| | Peer Company | Quote | Source |
|---|---|---|---|
| [1] | Alleghany Corporation | "Consistently maintain appropriately conservative loss reserves ..." | Alleghany Corporation, "Alleghany Investor Presentation," February 2020, p. 3 |
| [2] | American National Insurance Company | "We will be prudent stewards of our assets, conservative navigators of risk, and steadfast in our resolve to preserve and enhance our reputation for enduring strength and success." | American National Insurance Company, "American National 2019 Overview," p. 2 |
| [3] | Arch Capital Group, Ltd. | "Conservative Balance Sheet: … Cautious reserving philosophy." | Arch Capital Group Ltd., "Investor Presentation 2020 First Quarter," p. 3 |
| [4] | Argo Group International Holdings, Ltd. | "Conducting our insurance and reinsurance business operations and related services in a prudent manner requires us to establish sound governance mechanisms, including a sound risk management and internal controls framework." | Argo Group International Holdings Ltd., Form 10-K for the period ending December 31, 2019, filed February 28, 2020, p. 17 |
| [5] | Donegal Group, Inc. | "Sustain pricing discipline and conservative underwriting" | Donegal Group, Inc., "2019Q2 Investor Presentation," p. 13 |
| [6] | Employers Holdings, Inc. | "We employ a disciplined, conservative underwriting approach designed to individually select specific types of businesses …" | Employers Holdings, Inc, Form 10-K for the period ending December 31, 2019, filed February 20, 2020, p. 5 |
| [7] | Erie Indemnity Company | "... strategic focus includes employing an underwriting philosophy and product mix targeted to produce an underwriting profit on a long-term basis through careful risk selection and rational pricing, and consistently providing superior service to policyholders and agents." | Erie Indemnity Company, Form 10-K for the period ending December 31, 2019, filed February 27, 2020, p. 4 |
| [8] | Horace Mann Insurance Company | "Appropriate conservatism – Disciplined reserving practices … " | Horace Mann Insurance Company, "Full-Year 2019 Investor Presentation," February 6, 2020, p. 36 |
| [9] | Markel Corporation | "We seek to manage our loss exposures in a variety of ways, including … following prudent underwriting guidelines for each program written." | Markel Corporation, "2019 Markel Corporation Annual Report & Form 10-K," February 21, 2020, p. 40 |
| [10] | Mercury General Corporation | "The Company believes its thorough underwriting process gives it an advantage over its competitors." | Mercury General Corporation, Form 10-K for the period ending December 31, 2019, filed February 12, 2020, p. 30 |
| [11] | RLI Corporation | "The combination of disciplined underwriting, superior claim service and prudent fiscal management enabled us to help our customers when they needed us most …" | RLI Corporation, "2019 RLI Corp. Annual Report on Form 10K," February 21, 2020, p. 5 |
| [12] | Safety Insurance Group, Inc. | "A.M. Best also noted among our positive attributes our favorable investment leverage, our disciplined underwriting approach, and our expertise in the closely managed Massachusetts automobile insurance market." | Safety Insurance Group, Inc., Form 10-K for the period ending December 31, 2019, filed February 28, 2020, p. 19 |
| [13] | Selective Insurance Group, Inc. | "...we maintain a very disciplined reserve methodology ..." | Selective Insurance Group, Inc., "Q4 2019 Earnings Call," January 31, 2020, p. 4 |
| [14] | United Fire Group, Inc | "Our reserving philosophy is to reserve claims to their ultimate expected loss amount as soon as practicable after information about a claim becomes available. This approach tends to produce, on average, prudently conservative case reserves, which we expect to result in some level of favorable development over the course of settlement." | United Fire Group, Inc., Form 10-K for the period ending December 31, 2019, filed February 28, 2020, p. 36 |
| [15] | Universal Insurance Holdings, Inc. | "Our business strategy also aims to provide disciplined underwriting…" | Universal Insurance Holdings, Inc., Form 10-K for the period ending December 31, 2019, filed March 2, 2020, p. 4 |

Note:

ProAssurance identifies 19 peer companies on its Schedule 14A dated April 9, 2020. The 15 listed here are those for which statements regarding conservative practices were identified in their public disclosures during the proposed Class Period.



1 0 1 7 9 2 0 1 8 4 5 5 0 0 1 0 2

**SUPPLEMENT FOR THE QUARTER ENDING JUNE 30, 2018 OF THE PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.**

Designate the type of health care providers
reported on this page.
    Physicians

# SUPPLEMENT "A" TO SCHEDULE T
### EXHIBIT OF MEDICAL PROFESSIONAL LIABILITY PREMIUMS WRITTEN
### ALLOCATED BY STATES AND TERRITORIES

| States, Etc. | 1 Direct Premiums Written | 2 Direct Premiums Earned | Direct Losses Paid 3 Amount | 4 Number of Claims | 5 Direct Losses Incurred | Direct Losses Unpaid 6 Amount Reported | 7 Number of Claims | 8 Direct Losses Incurred But Not Reported |
|---|---|---|---|---|---|---|---|---|
| 1. Alabama ............ AL | | | | | | | | |
| 2. Alaska ............ AK | | | | | | | | |
| 3. Arizona ............ AZ | 643,599 | 400,308 | | | 286,006 | 313,003 | 3 | 370,024 |
| 4. Arkansas ............ AR | 216,444 | 107,639 | | | 62,641 | | | 470,507 |
| 5. California ............ CA | | | | | | | | |
| 6. Colorado ............ CO | | | | | (3,138) | | | 81,617 |
| 7. Connecticut ............ CT | | 4,910 | | | 1,302 | | | 61,920 |
| 8. Delaware ............ DE | 57,154 | 23,436 | | | 15,606 | | | 51,270 |
| 9. District of Columbia ............ DC | | | | | | | | |
| 10. Florida ............ FL | 912,876 | 2,215,383 | 533 | | 1,552,094 | 743,101 | 11 | 2,849,376 |
| 11. Georgia ............ GA | 248,500 | 202,714 | (148,791) | | 152,036 | 3,213,005 | 13 | (329,177) |
| 12. Hawaii ............ HI | 16,349 | 7,308 | | | 3,292 | | | 56,953 |
| 13. Idaho ............ ID | | | | | (65) | | | 1,684 |
| 14. Illinois ............ IL | 16,736 | 25,569 | | | 19,070 | | | 19,410 |
| 15. Indiana ............ IN | 10,039 | 4,726 | | | 3,544 | 200,002 | 2 | (50,270) |
| 16. Iowa ............ IA | 5,194 | 17,597 | | | 13,197 | 900,100 | 3 | (346,843) |
| 17. Kansas ............ KS | | | | | | | | |
| 18. Kentucky ............ KY | 35,768 | 161,391 | | | 96,612 | 5,001 | 1 | 635,498 |
| 19. Louisiana ............ LA | 5,000 | 2,603 | | | 539 | | | 36,751 |
| 20. Maine ............ ME | | 68,234 | | | 46,657 | | | 117,540 |
| 21. Maryland ............ MD | 2,398,438 | 1,285,805 | (24,815) | | 963,232 | 4,172,322 | 30 | (644,434) |
| 22. Massachusetts ............ MA | | | | | | | | |
| 23. Michigan ............ MI | (2,565) | 71,010 | | | 45,306 | | | 206,823 |
| 24. Minnesota ............ MN | 34,888 | 32,699 | | | 19,487 | | | 131,040 |
| 25. Mississippi ............ MS | 64,829 | 66,636 | | | 49,977 | 2,925,001 | 6 | (801,227) |
| 26. Missouri ............ MO | 249,607 | 139,709 | 70 | | 99,347 | 10,002 | 2 | 139,511 |
| 27. Montana ............ MT | 125,236 | 4,109,398 | 7,038 | | 3,051,759 | 5,638,420 | 50 | 787,878 |
| 28. Nebraska ............ NE | | | | | | | | |
| 29. Nevada ............ NV | 8,500 | 39,868 | | | 25,466 | | | 115,352 |
| 30. New Hampshire ............ NH | (5,086) | 1,503,594 | 802,774 | 2 | 1,127,695 | 3,771,009 | 15 | (976,029) |
| 31. New Jersey ............ NJ | 63,616 | 548,064 | 1,037,000 | 1 | 411,176 | 2,503,001 | 4 | (727,024) |
| 32. New Mexico ............ NM | | 5,803 | | | 3,713 | | | 16,634 |
| 33. New York ............ NY | | | | | | | | |
| 34. North Carolina ............ NC | | 10,173 | | | 5,725 | 3,001 | 1 | 49,555 |
| 35. North Dakota ............ ND | | | | | | | | |
| 36. Ohio ............ OH | 56,601 | 46,804 | | | 21,598 | 5,001 | 1 | 351,300 |
| 37. Oklahoma ............ OK | 148,058 | 86,721 | 375,000 | 1 | 65,041 | 1,450,018 | 3 | (76,492) |
| 38. Oregon ............ OR | | | | | (77) | | | 1,999 |
| 39. Pennsylvania ............ PA | 46,009 | 28,944 | | | 18,580 | | | 81,372 |
| 40. Rhode Island ............ RI | | | | | | | | |
| 41. South Carolina ............ SC | | 1,824 | | | (1,624) | | | 79,606 |
| 42. South Dakota ............ SD | | | | | (467) | | | 12,142 |
| 43. Tennessee ............ TN | 10,003,741 | 7,133,956 | | | 6,768,629 | 20,594,796 | 336 | 8,850,725 |
| 44. Texas ............ TX | 1,070,588 | 1,600,627 | 9,737 | 2 | 1,230,458 | 4,117,774 | 72 | 1,667,007 |
| 45. Utah ............ UT | 7,500 | 1,541 | | | 1,113 | | | 1,113 |
| 46. Vermont ............ VT | | | | | | | | |
| 47. Virginia ............ VA | 126,205 | 439,947 | | | 330,270 | 870,597 | 101 | (80,667) |
| 48. Washington ............ WA | | 26,279 | | | 18,418 | | | 33,602 |
| 49. West Virginia ............ WV | 9,542 | 7,357 | | | 5,313 | | | 5,313 |
| 50. Wisconsin ............ WI | | | | | | | | |
| 51. Wyoming ............ WY | | | | | | | | |
| 52. American Samoa ............ AS | | | | | | | | |
| 53. Guam ............ GU | | | | | | | | |
| 54. Puerto Rico ............ PR | | | | | | | | |
| 55. U.S. Virgin Islands ............ VI | | | | | | | | |
| 56. Northern Mariana Islands ......... MP | | | | | | | | |
| 57. Canada ............ CAN | | | | | | | | |
| 58. Aggregate other alien ............ OT | | | | | | | | |
| 59. Totals | 16,573,366 | 20,428,577 | 2,058,546 | 6 | 16,509,528 | 51,435,154 | 654 | 13,251,359 |

| DETAILS OF WRITE-INS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 58001. | | | | | | | | |
| 58002. | | | | | | | | |
| 58003. | | | | | | | | |
| 58998. Sum. of remaining write-ins for Line 58 from overflow page | | | | | | | | |
| 58999. Totals (Lines 58001 through 58003 plus 58998) (Line 58 above) | | | | | | | | |



1 0 1 7 9 2 0 1 9 4 5 5 0 0 1 0 2

**SUPPLEMENT FOR THE QUARTER ENDING JUNE 30, 2019 OF THE PROASSURANCE SPECIALTY INSURANCE COMPANY, INC.**

Designate the type of health care providers
reported on this page.
Physicians

# SUPPLEMENT "A" TO SCHEDULE T
## EXHIBIT OF MEDICAL PROFESSIONAL LIABILITY PREMIUMS WRITTEN
## ALLOCATED BY STATES AND TERRITORIES

| | States, Etc. | 1 Direct Premiums Written | 2 Direct Premiums Earned | Direct Losses Paid 3 Amount | 4 Number of Claims | 5 Direct Losses Incurred | Direct Losses Unpaid 6 Amount Reported | 7 Number of Claims | 8 Direct Losses Incurred But Not Reported |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Alabama AL | | | | | | | | |
| 2. | Alaska AK | | | | | | | | |
| 3. | Arizona AZ | 690,734 | 456,700 | 2,554 | | 183,258 | 554,506 | 9 | 468,094 |
| 4. | Arkansas AR | 201,204 | 99,831 | | | (62,830) | | | 404,720 |
| 5. | California CA | | | | | | | | |
| 6. | Colorado CO | 27,635 | 10,903 | | | (11,524) | | | 57,903 |
| 7. | Connecticut CT | 9,709 | 9,338 | | | (9,095) | | | 47,314 |
| 8. | Delaware DE | 66,519 | 34,411 | | | 2,800 | | | 67,622 |
| 9. | District of Columbia DC | | | | | | | | |
| 10. | Florida FL | 1,402,620 | 2,920,621 | 1,586,419 | 3 | 1,526,682 | 3,159,205 | 25 | 1,950,940 |
| 11. | Georgia GA | 405,501 | 198,661 | | | 13,669 | 2,118,005 | 13 | 397,733 |
| 12. | Hawaii HI | 16,898 | 8,233 | | | (8,978) | | | 44,533 |
| 13. | Idaho ID | | | | | (364) | | | 1,069 |
| 14. | Illinois IL | 131,701 | 110,897 | | | 45,624 | | | 112,804 |
| 15. | Indiana IN | 65,909 | 32,162 | | | 24,122 | 200,002 | 2 | (22,352) |
| 16. | Iowa IA | 83,968 | 58,401 | | | 43,800 | 1,500,000 | 2 | (556,200) |
| 17. | Kansas KS | | | | | | | | |
| 18. | Kentucky KY | 36,246 | 135,438 | | | (84,341) | | | 546,429 |
| 19. | Louisiana LA | | | | | (8,310) | | | 24,424 |
| 20. | Maine ME | | 71,797 | | | 3,694 | | | 147,405 |
| 21. | Maryland MD | 2,867,254 | 1,747,218 | 20,692 | | 860,855 | 3,099,989 | 48 | 1,320,522 |
| 22. | Massachusetts MA | | | | | | | | |
| 23. | Michigan MI | | 68,559 | | | (16,826) | | | 200,579 |
| 24. | Minnesota MN | 43,665 | 34,357 | | | (14,367) | | | 117,959 |
| 25. | Mississippi MS | 45,110 | 58,499 | 450,000 | 1 | 43,874 | 2,845,000 | 6 | (1,073,096) |
| 26. | Missouri MO | | 49,578 | 950,000 | 1 | 650,601 | 514,005 | 6 | (205,602) |
| 27. | Montana MT | 3,500 | 4,091,929 | 259,498 | 1 | 3,058,580 | 14,988,962 | 110 | (2,769,410) |
| 28. | Nebraska NE | | 112,754 | | | 48,993 | 3,001 | 1 | 104,548 |
| 29. | Nevada NV | | 182 | | | (28,337) | | | 83,686 |
| 30. | New Hampshire NH | (24,557) | 1,783,213 | 6,799 | | 1,337,410 | 6,020,808 | 27 | (618,374) |
| 31. | New Jersey NJ | 262,055 | 694,632 | | | 520,433 | 5,193,009 | 14 | (1,580,776) |
| 32. | New Mexico NM | 10,000 | 9,136 | | | 601 | | | 18,374 |
| 33. | New York NY | | | | | | | | |
| 34. | North Carolina NC | 49,182 | 32,114 | | | 24,086 | 250,000 | 1 | (75,914) |
| 35. | North Dakota ND | | | | | | | | |
| 36. | Ohio OH | 282,236 | 362,886 | | | 105,627 | 13,003 | 3 | 489,463 |
| 37. | Oklahoma OK | 942,824 | 544,224 | | | 188,481 | 1,258,030 | 14 | 645,673 |
| 38. | Oregon OR | | | | | (432) | | | 1,269 |
| 39. | Pennsylvania PA | 619,494 | 127,402 | 12,347 | | 78,379 | 102,966 | 1 | 52,456 |
| 40. | Rhode Island RI | | | | | | | | |
| 41. | South Carolina SC | 67,178 | 23,006 | | | (4,940) | | | 65,233 |
| 42. | South Dakota SD | | | | | (2,622) | | | 7,706 |
| 43. | Tennessee TN | 14,316,529 | 7,548,356 | 107,500 | 2 | 5,981,162 | 48,916,645 | 802 | 6,793,580 |
| 44. | Texas TX | 925,096 | 804,458 | 5,398 | (2) | 729,672 | 7,680,285 | 95 | (1,490,363) |
| 45. | Utah UT | 11,097 | 7,078 | | | 3,131 | | | 6,401 |
| 46. | Vermont VT | | | | | | | | |
| 47. | Virginia VA | 97,586 | 440,804 | 6,742 | 1 | 423,766 | 2,617,998 | 158 | (1,047,199) |
| 48. | Washington WA | | 32,228 | | | 6,299 | | | 52,527 |
| 49. | West Virginia WV | | 306 | | | (1,269) | | | 4,405 |
| 50. | Wisconsin WI | 90,372 | 49,024 | | | 27,434 | | | 27,434 |
| 51. | Wyoming WY | | | | | | | | |
| 52. | American Samoa AS | | | | | | | | |
| 53. | Guam GU | | | | | | | | |
| 54. | Puerto Rico PR | | | | | | | | |
| 55. | U.S. Virgin Islands VI | | | | | | | | |
| 56. | Northern Mariana Islands MP | | | | | | | | |
| 57. | Canada CAN | | | | | | | | |
| 58. | Aggregate other alien OT | | | | | | | | |
| 59. | Totals | 23,747,265 | 22,769,336 | 3,407,949 | 7 | 15,678,798 | 101,035,419 | 1,337 | 4,823,519 |

**DETAILS OF WRITE-INS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 58001. | | | | | | | | | |
| 58002. | | | | | | | | | |
| 58003. | | | | | | | | | |
| 58998. | Sum. of remaining write-ins for Line 58 from overflow page | | | | | | | | |
| 58999. | Totals (Lines 58001 through 58003 plus 58998) (Line 58 above) | | | | | | | | |

# APPENDIX A

## BRUCE F. DEAL

### Managing Principal

Phone: 650 853 7201                                          1010 El Camino Real
Fax: 650 323 2796                                                      Suite 310
bruce.deal@analysisgroup.com                          Menlo Park, CA 94025

Mr. Deal leads the economic consulting practice in the Menlo Park, CA office of Analysis Group. He has over 25 years of experience in economic, litigation, and management consulting. He has led hundreds of projects requiring complex economic analysis of publicly available and internal client information.

He has served as an expert witness in dozens of litigation and regulatory matters, and has been retained as a neutral expert in a complex mediation. His work as an expert has covered a variety of practice areas, including antitrust, finance and securities litigation, damages, and business valuation. Mr. Deal's industry experience has included health care, insurance, technology, telecommunications, and many others.

Prior to joining Analysis Group, Mr. Deal spent several years as a senior consultant and manager with Arthur Andersen. In this position, he provided financial and management consulting services to hospitals, physicians, and other clients, in such areas as operational organization and efficiency, merger and consolidation strategies, current and projected financial performance, and overall strategic planning.

Mr. Deal has taught economics and analytic methods to graduate students at Harvard University and published articles on economics-related topics. He has also consulted on national economic policy issues to the government of Indonesia through the Harvard Institute for International Development.

He coauthored a major report, *The Economic Effects of Federal Participation in Terrorism Risk* with R. Glenn Hubbard, an Analysis Group affiliate and former chair of the President's Council of Economic Advisers. In addition, he also coauthored a study, *Economic Impact Analysis: Proposition 71 California Stem Cell Research and Cures Initiative* with Laurence Baker, an Analysis Group affiliate and Stanford University School of Medicine faculty member, with whom he published an updated interim economic report on California's stem cell initiative. Mr. Deal is also the coauthor of a chapter on the use of econometrics in antitrust litigation for a recent American Bar Association publication.

## EDUCATION

1994–97      Ph.D. coursework completed, Public Policy, Graduate School of Arts and Sciences, Harvard University, Cambridge, MA

1990         M.P.P., Public Policy, Kennedy School of Government, Harvard University, Cambridge, MA

1987         B.A., *Summa cum Laude*, Economics and Global Studies (double major), Pacific Lutheran University, Tacoma, WA

**SUMMARY OF PROJECTS BY TOPIC**

***Insurance (Health Insurance Included in Health Care Section)***

- *Confidential Universal Life Litigation*
  Consulting expert on economic issues in a large cost of insurance (COI) charges litigation.

- *Mayumac v. Met Life*
  Testifying expert on economic damages in a disability insurance matter.

- *Various Military Housing Projects v. Ambac*
  Testifying expert on economic, insurance, and financial issues surrounding the use of credit enhancements and financial performance for large military housing projects.

- *Credit Disability Insurance*
  Analysis of financial issues in a case alleging improper disclosure of changes in premium levels.

- *Life Insurance Consulting*
  Valuation and analysis of a portfolio of large life insurance policies.

- *Long Trust v. Morgan Stanley*
  Analysis of financial issues and damages resulting from alternative policy restructuring options for second-to-die estate planning life insurance policies.

- *Insurance Tax Litigation*
  Consulting expert in a confidential tax litigation involving the tax treatment of certain insurance premiums.

- *Confidential Auto Insurance Litigation*
  Analysis of issues relative to claims handling practices of a large auto insurance company.

- *Confidential Life Insurance Litigation*
  Analysis of damages resulting from alternative portfolios of investments and second-to-die life insurance policies.

- *Confidential Insurance Litigation*
  Analysis of damages resulting from lost commissions in an insurance broker insurance litigation.

- *Katz v. Mass Mutual*
  Analysis of potential damages in a disability insurance litigation.

- *Confidential Insurance Litigation*
  Expert on insurance valuation and general damages issues in a dispute involving non-traditional life insurance.

- *Markocki v. Olde Republic Title Insurance*
  Expert on class certification issues in a class action regarding charges for title insurance.

- *Campbell v. Metropolitan Life*
  Expert on damages calculation in a disability insurance dispute.

- *Cox v. Allstate*
  Expert on statistical sampling in the class certification phase of a class action alleging improper homeowners' insurance claims handling by Allstate.

- *Confidential Title Insurance Matter*
  Consulting effort on class certification matters in a large multi-state class action.

- *Estate Planning Life Insurance Matter*
  Consulting expert analyzing issues associated with the economic performance of a portfolio of large estate planning life insurance policies.

- *Confidential Homeowners' Insurance Matter*
  Consulting expert analyzing issues associated with the use of various data sources to obtain replacement values.

- *Confidential Indemnity Insurance Investigation*
  Consulting expert analyzing issues associated with the deterioration of a set of financial products insured by an indemnity insurer.

- *Confidential Auto Insurance Investigation*
  Consulting expert analyzing various aspects of auto insurance claims issues.

- *Confidential Life Insurance Litigation*
  Consulting expert valuing life insurance policies and other damages issues.

- *Confidential Life Insurance Litigation*
  Consulting expert valuing life insurance policies and other damages issues.

- *Hausman v. Union Bank*
  Testifying damages expert valuing life insurance policies and other damages issues. Expert report provided.

- *Perez v. First American Title Insurance Company*
  Testifying expert evaluating class certification issues relating the use of electronic data in identifying class members.

- *Windham v. Cook Life Insurance Litigation*
  Testifying expert valuing policy performance of a variable universal life insurance contract used in a tax planning program. Expert report and trial testimony provided.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with the use of a software package used to assist in evaluating bodily injury claims.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with diminished value claims in auto insurance.

- *Pavlov, et al. v. CNA*
  Testifying expert analyzing class certification issues associated with long-term care insurance.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with claims handling in auto insurance.

- *Class Action v. CNA*
  Testifying expert in case involving long-term care insurance premium rates.

- *Confidential Pension Litigation*
  Consulting expert in analysis of actuarial and accounting issues in a defined benefit pension plan.

- *Best Buy v. DDR, October*
  Testifying expert in analysis of insurance costs applicable to common areas of retail developments.

- *Barnes & Noble v. DDR*
  Testifying expert in analysis of insurance costs applicable to common areas of retail developments.

- *Fireman's Fund v. Cunningham Lindsey*
  Testifying expert in analysis of damages related to third-party administration of a commercial auto insurance program.

- *Confidential Regulatory Investigation*
  Consulting expert in analysis of policy forms used by a property casualty insurer and corresponding policy forms approved by state regulators.

- *Variable Annuity Remediation*
  Consulting expert in analysis of remediation for deficiencies in administering variable annuities. Assisting with analyzing remediation package and negotiating with regulators and other parties.

- *CSR v. Lloyd's Underwriters*
  Testifying expert in coverage litigation involving liability insurance. Report focused on the availability and worldwide capacity for liability insurance during the relevant periods.

- *Economic Impact of Federal Participation in Terrorism Risk*
  Coauthored a study with Professor R. Glenn Hubbard, former chair of the President's Council of Economic Advisers. Study, which was commissioned by numerous insurance trade organizations, focused on the economic impact of the Federal TRIA terrorism legislation and the economic impact of failing to renew the legislation.

- *Class Action v. Allstate*
  Consulting expert on damages and other issues relating to the estimation of inherent diminished value that may still be present after a vehicle has been repaired following an accident.

- *Class Action v. American Home*
  Damages expert for American Home in a litigation involving alleged misreporting of certain types of claims to the Workers' Compensation Insurance Rating Bureau (WCIRB) of California.

- *Class Action v. State Compensation Insurance Fund*
  Damages expert for plaintiffs in a litigation involving claims estimation and reserving practices of State Compensation Insurance Fund in California.

- *Class Action v. Knights of Columbus*
  Economic expert for the Knights of Columbus in a major sales practices litigation involving over 500,000 policyholders. Estimated the damage to policyholders under alternative theories of liability, including development of computer-based policy performance models.

- *Various Confidential Class Action Litigations v. Mutual Life Insurance Companies*
  Consulting expert in the analysis of sales practices for four major class action litigations involving between 100,000 and 3.6 million policyholders. Work included estimating the incidence of various allegations, evaluating the financial exposure and recommending alternatives to management and directors.

- *Insurance Modal Premium Litigation*
  Consulting expert on issues relating to the estimation of potential damages exposure for modal premium litigation. Prepare preliminary analyses of economic costs and benefits of modal premium payments on policyholders.

- *Confidential Liability Insurance Coverage Litigation*
  Economic expert in insurance coverage litigation. Managed the abstracting and statistical analysis of information contained in paper records useful for determining the possible insurance coverage.

- *Confidential Disability Insurance Sales Practices Litigation*
  Consulting expert for issues related to the sale and product performance of individual disability insurance policies. Designed and implemented large data abstracting effort for the insurance company defendant and assisted in the development and implementation of a settlement for tens of thousands of policyholders.

- *Confidential Mortgage Insurance Litigation*
  Consulting expert in a large litigation involving primary mortgage insurance. Analysis of issues involving the provision of various types of services and insurance products.

- *Health Insurance Redesign Litigation*
  Consulting expert in the analysis of a major health insurance benefit redesign program. Analysis of various issues associated with estimating damages and developing overall damages models.

- *Confidential Insurance Coverage Litigation Involving Toxic Waste Cleanup Costs*
  Consulting expert in the analysis of the allocation of toxic waste cleanup costs across various insurance companies. Developed a sophisticated model to predict the allocation behavior of the claimant under alternative scenarios. Assisted client personnel and counsel in modeling the impact on the client insurance company under different scenarios to assist in litigation and settlement negotiations.

- *Class Action v. Ohio National*
  Economic expert for Ohio National in a major class action litigation involving over 100,000 whole life and universal life policies. Estimated the incidence of various allegations, evaluated financial exposure, presented recommendation to management and outside counsel, and developed models to project ultimate class member "take rates" for particular forms of relief.

- *Arroyo v. Alexander & Alexander*
  Damages expert in a sales practices case involving the sale and subsequent performance of a universal life insurance policy. Analyzed exposure and damages.

- *Life Insurance/Pension Program Litigation*
  Consulting and testifying expert in a complex sales practices case involving the sale of universal life insurance policies used to help fund a pension program for a large trade association. Analysis assisted counsel in determining exposure and damages.

- *Morris v. Fremont Life*
  Consulting expert to assist in evaluating sales practices of an insurance agent selling an annuity product.

- *Archuletta v. Fremont Life*
  Consulting expert to assist in refuting damages claims put forward by the plaintiff's expert regarding the sale and performance of a Universal Life insurance policy.

### Finance and Securities

- *Securities Litigation*
  Consulting expert on numerous issues in a securities matter involving allegations of omissions related to a large IPO.

- *Securities Litigation*
  Consulting expert on numerous issues in a securities matter involving allegations of omissions and misleading financial guidance.

- *Confidential Investigation*
  Consulting expert on finance and accounting issues for US Department of Justice (DOJ) in matter involving food stamp utilization.

- *Fischer v. Fischer Investment Return Analysis*
  Testifying expert on the expected rates of investment return for a diversified portfolio of investments.

- *Confidential Mortgage Litigation*
  Consulting expert in a matter involving the financial performance of a program for reducing the term and interest amount paid on a mortgage.

- *Confidential Investment Return Litigation*
  Testifying expert in a confidential arbitration involving the expected rates of investment returns on different assets classes into the future.

- *Class Action Securities Litigation (Confidential)*
  Consulting expert on loss causation issues in a large bondholder securities case.

- *Class Action Securities Litigation (Confidential)*
  Consulting expert on loss causation issues in a large securities case.

- *Business Interruption (Confidential)*
  Consulting expert in a case involving business interruption for a finance and securities firm.

- *Mortgage Securities Litigation (Confidential)*
  Consulting expert in a class action litigation alleging that the financial performance of mortgage securities were adversely affected by poor underwriting and appraisals.

- *Securities Derivative Litigation (Confidential)*
  Consulting expert in a derivative litigation alleging that an acquisition failed to adhere to appropriate corporate governance policies.

- *Confidential Cash-Balance Pension Litigation*
  Consulting expert in a litigation involving the damages calculation for a class of cash balance pension participants who terminated prior to retirement.

- *Confidential CDO Litigation*
  Consulting expert in a litigation involving the valuation, financial performance, and default history of various collateralized debt obligations.

- *Confidential Securities Litigation*
  Consulting expert in a 10b-5 securities litigation.

- *Confidential Tax Shelter Litigation*
  Consulting expert in a tax litigation matter for the State of California analyzing the economic basis for an identified series of transactions.

- *Confidential Securities Class Action*
  Consulting expert in large securities class action matter involving allegations of failure to provide accurate financial guidance.

- *Stock Option Backdating Litigation*
  Consulting expert on stock option backdating matter.

- *Portfolio Diversification*
  Consulting expert on issues relating to portfolio diversification in a large trust.

- *Stock Option Backdating Litigation*
  Consulting expert on stock option backdating matter in private securities litigation.

- *Confidential SEC Investigation*
  Consulting expert on a Securities and Exchange Commission (SEC) investigation relating to reinsurance disclosures.

- *Confidential Mutual Fund Litigation*
  Consulting expert on litigation related to late trading of international mutual funds.

- *Williams Communication Securities Litigation*
  Consulting expert on 10b-5 litigation alleging audit failures led to stock decline. Case dismissed.

- *Class Action v. Ernst & Young*
  Consulting expert on 10b-5 litigation alleging audit failures led to stock decline. Case went to verdict with a no liability verdict for client, Ernst & Young.

- *Confidential Securities Litigation*
  Consulting expert assisting academic affiliate in analysis focused on the reasonableness of company disclosures based on internal company budgets and forecasts.

- *Confidential Securities Litigation*
  Consulting expert for counsel in securities litigation focused on company disclosures.

- *IRS v. Center Apartments*
  Consulting expert assisting Professor Steve Grenadier in the analysis of proper commercial apartment mortgage interest rates.

- *Class Action v. Major Investment Bank*
  Consulting expert analyzing the impact of releasing allegedly fraudulent investment information on the stock price of two small software companies for a 10b-5 securities litigation.

- *Class Action v. Conseco*
  Consulting expert analyzing the value of a proposed settlement involving universal life crediting rates. Assisted expert in the financial evaluation of the value of the proposed settlement using interest rate simulation models.

- *IRS v. Major Retail Chain*
  Consulting expert in defense of a major retail chain. Provided assistance in evaluating various expert reports involving the economic consequences of the purchase of a particular investment.

- *In re: NASDAQ Market Maker Antitrust Litigation*
  Consulting expert analysis of millions of stock transactions for seven different NASDAQ market makers facing allegations of conspiracy and price-fixing.

### Commercial Damages

- *State of Washington v. Comcast*
  Testifying expert in litigation involving allegations related to the provision of repair services to cable TV customers.

- *Confidential Regulatory Breach Litigation*
  Consulting expert on damages and accounting issues in litigation involving a breach of federal regulations in the retail food industry.

- *Confidential Employment Breach Arbitration*
  Consulting expert on damages in an arbitration involving a breach of employment obligations.

- *Confidential Breach of Contract Arbitration*
  Testifying expert on damages in litigation involving a breach of contract for a health care claims administration company.

- *Confidential Breach of Contract Arbitration*
  Testifying expert on damages in litigation involving a breach of contract for a laboratory billing company.

- *Metzner v. Permanente Medical Group*
  Testifying expert on damages in litigation involving allegations of wrongful termination.

- *Confidential Commercial Airline Litigation*
  Testifying expert on damages and statistical issues in litigation involving the payment of fees for interrupted travel.

- *2880 Stevens Creek v. Blach Construction*
  Testifying expert on loss-of-use damages in litigation involving construction defects.

- *Polteco v. Tecsult*
  Testifying expert on damages in litigation involving the failure of specialized machinery in a manufacturing operation.

- *Confidential Auto Dealership Litigation*
  Analysis of liability and damages issues in litigation involving auto dealership sales practices.

- *F&A Restaurant Group v. Shepard and Reyes*
  Analysis of damages relating to the sale of a restaurant. Provided arbitration testimony.

- *US Unwired v. Sprint*
  Assisted Analysis Group affiliate Robert Hall in the damages analysis associated with the change in status of Sprint's affiliate, US Unwired. Case settled after trial testimony had been presented.

- *Confidential Enterprise Software Litigation*
  Assisted Analysis Group affiliate in the damages analysis associated with loss of business in the enterprise software market.

- *Her Associates v. Kaiser*
  Damages expert for defense in litigation related to consulting firm's damages claim.

- *General American v. KPMG*
  Damages expert for plaintiffs in litigation related to auditor's alleged obligation to disclose certain financial instruments.

- *Creative Artists v. County of Santa Clara*
  Damages expert for defense in litigation related to the cancellation of musical events at facilities owned by the County of Santa Clara.

- *Class Action v. Ford Credit*
  Damages expert for plaintiffs analyzing the costs and charges associated with late fees on consumer auto leases.

- *Bar None v. The Duncan Group, January*
  Damages expert for defense analyzing damages associated with the failed efforts to develop a software program to be used in automating the subprime auto lending business.

- *Coram v. Aetna*
  Consulting expert for defense analyzing the damages associated with a home health care contract that experienced higher costs than anticipated. Supported industry expert in the cost analysis.

- *Confidential Breach of Contract Litigation*
  Consulting expert for defense analyzing the damages associated with the failed joint venture development of a removable storage device for personal computers. Supported academic expert in the analysis of damages.

- *Bourns v. Raychem*
  Consulting expert for defense analyzing damages associated with the monopolization of the market for primary lithium battery safety devices. Supported academic experts in the analysis of damages.

- *Procter & Gamble v. Amway*
  Consulting expert for plaintiff analyzing the impact of disparaging comments and rumors on the sales of Procter & Gamble products. Supported academic experts in the analysis of primary and secondary data sources and the development of surveys and laboratory experiments to test the impact of rumors on consumer behavior.

### *Valuation / Intellectual Property*

- *Confidential Stock Appraisals*
  Consulting expert in the appraisal of the stock value for several publicly traded companies that have been challenged in Delaware Chancery Court.

- *Dell Stock Appraisal*
  Consulting expert in the Delaware appraisal of Dell's shares arising from the October 2013 leveraged buyout of Dell's public shareholders.

- *Confidential International Arbitration*
  Testifying damages expert in dispute involving alleged breach of licensing and joint development agreements.

- *Confidential Business Valuation*
  Designated expert in a business valuation for a medical practice.

- *Confidential Patent Litigation*
  Consulting expert in litigation involving PC networking technology.

- *Confidential Patent Litigation*
  Consulting expert on determination of royalty amounts in a confidential semiconductor patent litigation.

- *Confidential High-Technology Manufacturing Company Valuation*
  Valuation expert analyzing economic factors associated with the value of a closely held manufacturer of specialized high tech components for defense applications.

- *Confidential Beverage Distributor Valuation*
  Valuation expert analyzing the value of the large beverage distributor.

- *Confidential Patent Infringement Litigation*
  Consulting expert on reasonably royalties and damages in the semiconductor industry.

- *Appaloosa Interactive Corporation v. Stephen Friedman and Related Cross-Actions, 2007*
  Valuation and damages expert in the video game development industry.

- *Confidential Insurance Company Valuation*
  Valuation expert analyzing the value of a private auto insurer for a Delaware valuation matter.

- *Carrino v. Carrino*
  Valuation expert analyzing the value of an investment management firm. Provided trial testimony.

- *Confidential Valuation*
  Valuation expert analyzing the value of capital contributions to a series of jointly invested real estate transactions.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held health care provider.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held consulting firm.

- *Confidential Software Distribution Dispute*
  Damages expert in an arbitration involving software distribution.

- *Capo v. Dioptics, January*
  Intellectual property damages expert in a trade dress case involving protective sunglasses.

- *Arthur Stockton v. Fidelity & Deposit*
  Analysis of the value of an investment management firm and any damages related to the payment of claims by the insurer.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held construction firm.

- *Redlands Insurance Company v. Edward Wolkowitz*
  Valuation expert for plaintiff analyzing the valuation and rating analysis of Redlands Insurance Company, a property and casualty insurer.

- *Confidential Catastrophic Insurance Company Valuation*
  Consulting expert for defense analyzing the valuation methodology used by the plaintiffs in the valuation of a catastrophic risk insurance modeling company.

- *Trigon v. United States of America*
  Valuation expert for defense analyzing the valuation methodology used by plaintiffs' expert for intangible assets.

- *Synbiotics v. Heska, November*
  Damages expert for defense in a patent infringement case involving antibody tests for animal diseases.

- *Air Products v. ATMI*
  Damages expert in a patent infringement case involving gases used for semiconductor manufacturing.

- *Confidential Telecommunications Equipment Trade Secret Litigation*
  Consulting expert analyzing the potential damages from the sale of telecommunications equipment allegedly containing trade secrets. Supported Analysis Group expert in the analysis of relevant data and the development of reasonable royalty damages estimates and potential lost profits.

- *Bingo Card Minder v. Gametek*
  Consulting expert analyzing reasonable royalties for a handheld computer-based consumer product. Supported Analysis Group expert in the analysis of relevant data and development of reasonable royalty percentages.

### Health Care

- *Confidential Provider Network Dispute*
  Consulting expert analyzing issues associated with the development and maintenance of a provider network.

- *Dual Diagnosis Treatment Center, et al. v. Health Net*
  Consulting expert in a matter involving the provision of addiction care services.

- *CEP America – California v. Heritage Provider Network*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *CSNI v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *Confidential Arbitrations*
  Consulting and testifying expert in matters involving reasonable value rates.

- *Confidential Addiction Care Analysis*
  Consulting expert in a matter involving the provision of addiction care services.

- *Confidential Investigation of Charity Care*
  Consulting expert in a matter involving the provision of hospital charity care.

- *NorthBay Healthcare Group v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for hospital services.

- *YDM Management Inc. v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *San Jose Neurospine v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *Bodner, et al. v. Blue Shield*
  Testifying expert in a matter involving the disclosures and financial payments for various types of physician services.

- *Confidential Payor-Provider Disputes*
  Economic expert in litigation over payment for emergency and post-stabilization care.

- *Confidential Payor-Provider Dispute*
  Economic expert in arbitration over payment for emergency and post-stabilization care.

- *Des Roches, et al. v. Blue Shield and Magellan*
  Class certification expert for Blue Shield in a matter involving the use of guidelines for certain behavioral health services.

*Bruce F. Deal, Page 13 of 30*

- *Confidential Hospital Payment Dispute*
  Economics testifying expert in a case involving payments for hospital services.

- *Confidential Hospital Payment Dispute*
  Economics testifying expert in a case involving payments for hospital services.

- *Confidential Laboratory Payment Dispute*
  Economics testifying expert in a case involving payments for laboratory services.

- *Goel v. Blue Shield*
  Economics testifying expert in a case involving the determination of reasonable value for emergency department cardiology services.

- *Confidential Hospital Payment Dispute*
  Economics and statistical expert in a litigation involving the determination of payment levels associated with disputed status of certain payor groups.

- *NCAA Concussion Litigation*
  Economics expert in litigation involving the adequacy of funding for a medical monitoring program for a class of NCAA athletes.

- *Confidential Health Care Litigation*
  Consulting expert in a matter involving a dispute over the classification of various health care expenses related to deductible and maximum out-of-pocket expenditures.

- *Confidential Health Care Arbitration*
  Testifying expert in a dispute between a payor and provider involving payment levels and business practices.

- *Martin, et al. v. Blue Shield*
  Testifying expert on class certification issues in a matter involving plan-level premium change calculations for individual health insurance policies.

- *Prime v. Kaiser*
  Damages expert in dispute involving business practices and claims payment issues.

- *Confidential Health Care Litigation*
  Damages expert in a dispute involving group health insurance.

- *Confidential Class Action Litigation*
  Consulting expert on damages issues in a dispute over coverage issues for certain types of individual health insurance policies.

- *Confidential Payor/Provider Dispute*
  Consulting expert on damages issues in a dispute between a payor and provider involving payment terms and allowed services.

- *Confidential Arbitration*
  Expert on damages issues in a dispute between a payor and provider affecting enrollment and profitability for a large Medicare managed-care program and other patient programs.

- *Class Action v. Wellpoint*
  Expert on class certification matters in a class action alleging improper termination of a health insurance company.

- *Confidential Arbitration*
  Expert on damages issues in a dispute between a payor and provider regarding a change in payment methodology.

- *Clark v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Confidential Arbitration*
  Expert on damages calculation in a dispute between a health insurer and a provider of supplemental insurance benefits.

- *Confidential Hospital Association*
  Consultant assisting with developing economic models and developing legislative for Medicaid financing arrangements among hospitals.

- *Paul v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Simoes v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Hailey v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Leyra v. Blue Shield*
  Expert for defense assisting in the economic analysis of liability for policy rescission.

- *Sutter v. Blue Shield*
  Consulting expert for defense assisting in the economic analysis of hospital charges.

- *Various Health Insurance Matters*
  Consulting expert for defense assisting in the economic analysis of policy rescissions.

- *Class Action v. Health Insurer*
  Consulting expert for defense assisting in the economic analysis of liability for alleged misclassification of patient populations.

- *Missouri Stem Cell Economic Valuation*
  Authored a study examining the likely economic impact of possible health research breakthroughs for health care costs in Missouri.

- *California Stem Cell Economic Impact Valuation*
  Coauthored a study with Professor Laurence Baker of Stanford examining the likely economic impact of a proposed major health research initiative in California.

- *Health Guideline Analysis*
  Consulting expert leading a team of health economists and statisticians in the evaluation of clinical and payment guidelines developed for heart valve replacement surgery.

- *California Attorney General v. Alta Bates/Summit Medical*
  Consulting expert analyzing the ability of managed care plans to move patients in response to quality or price incentives. Supported industry expert in developing report and preparing for deposition.

- *Various Hospital Mergers*
  Financial expert for various clients analyzing proposed mergers between not-for-profit community hospitals. Estimated the potential efficiencies resulting from the mergers, conducted market research on community needs, and presented findings to management, directors, and outside counsel.

- *Class Action Health Insurance Litigation*
  Hired by the nation's largest mediation service to serve as a neutral expert in a litigation involving the calculation of health insurance payments. Worked with experts from both sides and assisted the mediator in bringing the parties to a settlement.

### *Antitrust and Other Cases*

- *Medical Supply Rental*
  Consulting expert in antitrust matter alleging antitrust harm and damage related to medical equipment rentals.

- *Slovin, et al. v. Sunrun, et al.*
  Testifying expert on class action and data issues in a matter involving allegations of improper telephone sales calls.

- *Lucero v. Solar City*
  Testifying expert on class action and data issues in a matter involving allegations of improper telephone sales calls.

- *Solyndra v. Trina, et al.*
  Testifying expert on antitrust and damages issues in a matter involving allegations of below-cost pricing for solar panels.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in the automobile industry.

- *US Department of Justice v. Richard Bai*
  Testifying expert on antitrust issues in a price-fixing case in the LCD industry.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in a high tech industry.

- *Indirect Purchaser Class Action v. AUO, et al.*
  Designated testifying expert on antitrust issues in an alleged price-fixing case in the LCD industry.

- *Korean Fair Trade Commission v. AUO, et al.*
  Designated testifying expert on antitrust issues in an alleged price-fixing case in the LCD industry.

- *US Department of Justice v. AUO*
  Testifying expert on antitrust issues in price-fixing case in the LCD industry.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in a high technology industry.

- *Confidential Predatory Pricing Litigation*
  Consulting expert on litigation related to antitrust claims in the replacement auto parts industry.

- *Confidential Private Antitrust Litigation*
  Consulting expert on litigation related to antitrust claims in the building construction industry.

- *Regulatory Investigation*
  Consulting expert for government regulatory body investigating allegations of consumer overcharges.

- *Class Action v. Noranda and DuPont*
  Consulting expert for defense assisting in the economic analysis of liability for alleged antitrust violations affecting sulfuric acid in the United States.

- *Class Action v. Microsoft*
  Consulting expert for defense assisting in the economic analysis of antitrust liability and damages issues in a series of price overcharge litigations. Assist various academic affiliates, including Professor Robert Hall.

- *Neon v. BMC Antitrust Litigation*
  Consulting expert for plaintiffs analyzing antitrust violations in the sale of computer software for large computer databases. Supported academic affiliate expert in the analysis of relevant data and development of damages estimates.

- *CFM v. Dainippon Screen Mfg. Co.*
  Consulting expert for defense analyzing the potential monopolization by CFM of the semiconductor cleaning market. Support academic affiliate, Professor Robert Hall.

- *Proposed Merger of WorldCom and Sprint*
  Consulting expert assisting in the economic evaluation of the proposed merger between WorldCom and Sprint. Evaluate issues relating to market share and pricing of residential long distance services.

## TEACHING

1994–96    Teaching Fellow, *Analytic Methods*, Kennedy School of Government, Harvard University

1994–96    Instructor, *Economics Summer Program for Mid-Career Graduate Students*, Kennedy School of Government, Harvard University

1989–90    Teaching Assistant, *Statistics*, Kennedy School of Government, Harvard University

## PUBLICATIONS AND REPORTS

"COVID-19's Strain on Hospitals May Necessitate More Relief," with Mark Gustafson and Phil Hall-Partyka, *Law360* (May 26, 2020)

"Presentation of Econometric Analyses," with Samuel Weglein, in *Econometrics: Legal, Practical, and Technical Issues*, published by the American Bar Association (2014)

"Risk Management and the Economic Impact of Terrorism," with Peter Hess, in *Business Continuity and Homeland Security, Volume 1*, edited by David H. McIntyre and William I. Hancock, Edward Elgar Publishing (2012)

"Taming a Whale Lurking in Pension Financing," *Pensions & Investments* (August 9, 2010)

*Interim Economic Impact Review*, with Laurence Baker, CIRM (California Stem Cell Agency) (October 10, 2008)

*Winning Initiative Campaigns with Economic Analysis,* Campaigns & Elections, 39 (February 2006)

"The Economic Effects of Federal Participation in Terrorism Risk," with R. Glenn Hubbard and Peter Hess, *Risk Management and Insurance Review*, Vol. 8, No. 2, 177–209 (2005)

*Some Economic Implications of State Stem Cell Funding Programs*, with Lawrence Baker, prepared for "States and Stem Cells: A Symposium on the Policy and Implications of State-Funded Stem Cell Research, Woodrow Wilson School, Princeton University (April 15, 2005)

*Health Analysis of the Potential Benefits of SCNT Stem Cell Research and Therapies in Missouri: Patient Population and Health Care Costs* (February 8, 2005)

*The Economic Effect of Federal Participation in Terrorism Risk*, with R. Glenn Hubbard (September 14, 2004)

*Economic Impact Analysis Proposition 71: California Stem Cell Research and Cures Initiative*, with Laurence Baker (September 14, 2004)

"Hospital Consolidation: Optimal Strategy for a Two-Hospital Town," with John F. Tiscornia, in *Ambulatory Health Care: Case Studies for the Health Services Executive*, edited by Austin Ross and Mary Richardson, Health Administration Press (1996)

## PRESENTATIONS

"Modern Strategies & Approaches in Consumer Class Action Suits", presented on expert witness issues at a continuing education forum for attorneys sponsored by the National Law Journal (November 2012)

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?", presented at a webinar continuing education forum for attorneys sponsored by Analysis Group/Economics (July 29, 2008)

 "The Subprime Mortgage Crisis and Disclosures: What Went Wrong?", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, San Francisco, CA (June 24, 2008)

"Stock Option Backdating", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, New York, NY (March 21, 2007)

"Stock Option Backdating", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park, CA and San Francisco, CA (November 7, 2006)

"Overview of Stem Cell Legislation", moderator and presenter at a presentation on implementing California's stem cell initiative, sponsored by the Food and Drug Law Institute (FDLI), San Mateo, CA (March 9, 2004)

"Challenges to Expert Testimony," presentation at Law Seminar International Conference, San Francisco, CA (November 5, 2004)

"Federal Terrorism Insurance Panel Discussion," presentation and panel participant, National Press Club, Washington, DC (October 24, 2004)

"Insurance 101," presentation on the design and performance of whole life and universal life policies, presented to customer services representatives administering a life insurance sales practices settlement, Ogden, UT (April 27, 1999)

"Antitrust Case Study: NASDAQ Market Maker Litigation," presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park and San Francisco, CA (September 15, 1998)

"An Economist's Perspective on Life Insurance Sales Practices Problems," presented at the spring meeting of the Society of Actuaries, Maui, HI (June 15, 1998)

"Valuing Intellectual Property in an Age of Employee Mobility," presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park and San Francisco, CA (June 9, 1998)

## EXPERT DESIGNATION, TESTIMONY, AND REPORTS

| | |
|---|---|
| June 2022 | Expert declaration in *Emergency Physician Services of Pennsylvania, P.C., et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| May 2022 | Expert declaration in *Florida Emergency Physicians Kang & Associates, M.D., Inc., et al. v. United Healthcare of Florida, Inc., et al. (health insurance payor-provider matter)* |
| May 2022 | Expert deposition in *Dual Diagnosis Treatment Center, Inc., et al. v. Health Net, Inc., et al. (health insurance payor-provider matter)* |
| May 2022 | Expert report in *Jeffrey Leonard, In His Capacity As Trustee of the Poplawski 2008 Insurance Trust, et al. v. John Hancock Life Insurance Company of New York, et al. (life insurance matter)* |
| May 2022 | Deposition testimony in *Travel Nurse Across America, LLC v. Floyd Edwards Holdings, Inc., et al. (company valuation)* |

| March 2022 | Deposition testimony in *Hooman Melamed, M.D., Inc. v. Blue Shield of California Life and Health Insurance Company (health insurance payor-provider matter)* |
| --- | --- |
| January 2022 | Expert declaration in *Eileen S. Natuzzi, et al. v. California Physicians' Service d/b/a Blue Shield of California (class action involving provider payment methodology)* |
| December 2021 | Expert report in *Los Robles Regional Medical Center, et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| December 2021 | Deposition testimony in *Los Robles Regional Medical Center, et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| December 2021 | Deposition testimony in *Matthew N. Fulton v. Enclarity, Inc., et al.* (*TCPA matter*) |
| November 2021 | Deposition testimony in *Los Robles Regional Medical Center, et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| November 2021 | Expert report in *Matthew N. Fulton v. Enclarity Inc., et al* (*TCPA matter*) |
| November 2021 | Trial testimony in *Fremont Emergency Services (Mandavia), Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| November 2021 | Deposition testimony in *Confidential – OCC (securities valuation)* |
| October 2021 | Expert report in *Confidential Litigation (company valuation)* |
| October 2021 | Expert declaration in *Eileen S. Natuzzi, et al. v. California Physicians' Service d/b/a Blue Shield of California (class action involving provider payment methodology)* |
| September 2021 | Expert report in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| September 2021 | Expert declaration in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| September 2021 | Deposition testimony in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| August 2021 | Expert rebuttal report in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| July 2021 | Expert report in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| June 2021 | Deposition testimony in *Confidential – OCC (securities valuation)* |
| May 2021 | Deposition testimony in *Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al. (securities fraud litigation)* |
| May 2021 | Deposition testimony in *Luke Davis, et al. v. Laboratory Corporation of America Holdings (class action alleging damages due to inadequate access to facilities)* |

| April 2021 | Expert rebuttal report in *Luke Davis, et al. v. Laboratory Corporation of America Holdings (class action alleging damages due to inadequate access to facilities)* |
|---|---|
| April 2021 | Deposition testimony in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| March 2021 | Expert report in *Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al. (securities fraud litigation)* |
| March 2021 | Expert report in *Luke Davis, et al. v. Laboratory Corporation of America Holdings (class action alleging damages due to inadequate access to facilities)* |
| March 2021 | Expert declaration in *Dual Diagnosis Treatment Center, et al. v. Health Net, Inc., et al.* |
| February 2021 | Deposition testimony in *Confidential – OCC (securities valuation)* |
| January 2021 | Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)* |
| January 2021 | Expert report in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| November 2020 | Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)* |
| November 2020 | Expert report in *Confidential – OCC (securities valuation)* |
| October 2020 | Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)* |
| October 2020 | Expert reply report in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| September 2020 | Deposition testimony in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| September 2020 | Deposition testimony in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| August 2020 | Expert declaration in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| July 2020 | Deposition testimony in *Confidential Arbitration (health care pricing dispute)* |
| July 2020 | Expert report in *Confidential Arbitration (health care pricing dispute)* |
| July 2020 | Expert rebuttal report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| July 2020 | Expert reply report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |

| | |
|---|---|
| July 2020 | Expert report in *Scott Crosby, et al. v. California Physicians' Service, et al. (class action alleging care restrictions)* |
| May 2020 | Expert declaration in *Scott Crosby, et al. v. California Physicians' Service, et al. (class action alleging care restrictions)* |
| April 2020 | Deposition testimony in *In re: CenturyLink Sales Practices and Securities Litigation (class action alleging customer cramming and related allegation)* |
| February 2020 | Expert report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| February 2020 | Deposition testimony in *CEP America – California v. Heritage Provider Network (health insurance payor-provider matter)* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (DMHC pricing matter)* |
| January 2020 | Expert rebuttal report in *Confidential Arbitration* |
| January 2020 | Expert report in *Confidential Arbitration* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (ownership dispute matter)* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (physician IPA affiliation matter)* |
| January 2020 | Expert deposition in *Confidential Arbitration (DMHC pricing matter)* |
| December 2019 | Expert report in *Confidential Arbitration* |
| December 2019 | Expert report in *Confidential Arbitration* |
| December 2019 | Expert deposition in *Confidential Arbitration (ownership dispute matter)* |
| November 2019 | Expert rebuttal report in *CEP America – California v. Heritage Provider Network* |
| October 2019 | Expert declaration in *Dual Diagnosis Treatment Center, et al. v. Health Net* |
| July 2019 | Expert declaration in *CEP America – California v. Heritage Provider Network* |
| July 2019 | Expert deposition in *Physicians Healthsource Inc., et al. v. Masimo Corp. (TCPA matter)* |
| July 2019 | Expert deposition in *Empire Land, LLC (bankruptcy matter)* |
| June 2019 | Expert report in *Prime Healthcare Services, Inc., et al. v. Humana Insurance Company, et al. (Evaluation of health care utilization data)* |
| June 2019 | Expert deposition in *Michael Johnson, et al. v. Comodo Group (TCPA matter)* |
| June 2019 | Trial testimony in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)* |

June 2019          Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

May 2019           Expert deposition in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)*

May 2019           Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

March 2019         Expert deposition in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)*

March 2019         Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

March 2019         Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

February 2019      Expert deposition in *San Joaquin General Hospital v. Blue Shield (health insurance payor-provider matter)*

February 2019      Trial testimony in *Northbay Healthcare Group v. Blue Shield (health insurance payor-provider matter)*

February 2019      Expert report in *Confidential Arbitration*

January 2019       Trial testimony in *State of Washington v. Comcast (consumer fraud matter)*

December 2018      Trial testimony in *State of Washington v. Comcast (consumer fraud matter)*

December 2018      Expert deposition in *Northbay Healthcare Group v. Blue Shield (health insurance payor-provider matter)*

November 2018      Expert report in *NorthBay Healthcare Group v. Blue Shield*

September 2018     Expert report in *YDM Management, Inc. v. Blue Shield*

September 2018     Expert deposition in *YDM, Management, Inc. v. Blue Shield (Health Insurance Payor Provider Matter)*

August 2018        Expert declaration in *San Jose Neurospine v. Blue Shield*

July 2018          Expert rebuttal report and deposition in *State of Washington v. Comcast*

June 2018          Expert report in *State of Washington v. Comcast*

June 2018          Trial testimony in *San Jose Neurospine v. Blue Shield (health insurance payor-provider matter)*

May 2018           Expert report in *John H. Larry Jr. v. Rexall, et al.*

| May 2018 | Expert deposition in *San Jose Neurospine v. Blue Shield (health insurance payor-provider matter)* |
|---|---|
| February 2018 | Expert deposition in *Bodner, et al. v. Blue Shield (health insurance pricing matter)* |
| January 2018 | Expert declaration in *Fort Leavenworth Military Housing v. Ambac* |
| December 2017 | Expert deposition in *Fort Bliss Military Housing v. Ambac (bond insurance matter)* |
| November 2017 | Expert deposition in *Slovin, et al. v. Sunrun, et al. (TCPA matter)* |
| November 2017 | Expert report in *Slovin, et al. v. Sunrun, et al.* |
| October 2017 | Expert report on economic and class issues in *Surrett, et al. v. Western Culinary Institute* |
| October 2017 | Expert deposition on damages issues in *Mayumac v. Met Life (disability insurance matter)* |
| October 2017 | Expert deposition on class certification issues in *Des Roches v. Blue Shield / Magellan (health insurance benefits matter)* |
| October 2017 | Expert report on statistical issues in *Scott v. Cricket* |
| October 2017 | Expert report in *Fort Bliss Military Housing v. Ambac* |
| September 2017 | Expert report in *Fort Riley Military Housing v. Ambac* |
| September 2017 | Expert declaration in *San Jose Neurospine v. Blue Shield* |
| August 2017 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| July 2017 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| July 2017 | Expert deposition in *Starks, et al. v. Geico Indemnity (auto insurance class action)* |
| June 2017 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| May 2017 | Expert declaration on class certification issues in *Monterey Military Housing v. Ambac* |
| April 2017 | Expert declaration on class certification issues in *Des Roches v. Blue Shield/Magellan* |
| April 2017 | Expert declaration on class certification and data issues in *Lucero v. Solar City* |
| April 2017 | Expert rebuttal report in *Fort Meade Military Housing v. Ambac* |

March 2017          Expert deposition in *Fort Meade Military Housing v. Ambac (bond insurance matter)*

March 2017          Expert declaration in *Monterey Military Housing v. Ambac*

February 2017       Expert testimony in *Fort Meade Military Housing v. Ambac (bond insurance matter)*

February 2017       Expert declaration in *Fort Meade Military Housing v. Ambac*

February 2017       Expert declaration in *Confidential Hospital Payment Dispute*

January 2017        Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

January 2017        Expert testimony in *Fort Bliss Military Housing v. Ambac (bond insurance matter)*

January 2017        Expert declaration in *Fort Riley Military Housing v. Ambac*

December 2016       Expert declaration in *Fort Bliss Military Housing v. Ambac*

December 2016       Expert declaration in *Fort Meade Military Housing v. Ambac*

December 2016       Trial testimony in *Ben-E-Lect v. Anthem (health insurance design matter)*

December 2016       Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

October 2016        Arbitration testimony in *Confidential Breach of Contract Arbitration (TPA valuation matter)*

October 2016        Expert report in *Confidential Hospital Payment Dispute*

September 2016      Trial testimony in *Goel v. Blue Shield (health insurance payor-provider matter)*

September 2016      Expert declaration in *Monterey Military Housing v. Ambac*

September 2016      Expert declaration in *Bodner, et al. v. Blue Shield*

August 2016         Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

July 2016           Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

May 2016            Expert Declaration in *Monterey Military Housing v. Ambac*

April 2016          Deposition testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

February 2016       Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

January 2016        Expert declaration in *Bodner, et al. v. Blue Shield*

December 2015       Arbitration testimony in *Confidential Hospital Payment Dispute*

December 2015       Expert deposition in *Chinese Drywall Products Liability Litigation*

December 2015       Expert declaration in *Bodner, et al. v. Blue Shield of California*

December 2015       Trial testimony in *Metzner v. Permanente Medical Group*

October 2015        Expert report in *Chinese Drywall Products Liability Litigation*

September 2015      Expert deposition in *Metzner v. Permanente Medical Group*

August 2015         Expert testimony in *Confidential Health Care Arbitration*

July 2015           Expert deposition in *Solyndra v. Trina, et al.*

April 2014          Expert report (update) in *NCAA Concussion Litigation*

January 2015        Expert deposition in *Prime v. Kaiser*

December 2014       Expert report (update) in *NCAA Concussion Litigation*

December 2014       Expert deposition in *Martin, et al. v. Blue Shield of California*

November 2014       Expert testimony in *Confidential International Arbitration*

September 2014      Expert deposition in *Confidential Insurance Matter*

July 2014           Expert report in *NCAA Concussion Litigation*

July 2014           Expert testimony in *Confidential Wrongful Termination Matter*

July 2014           Expert report in *Confidential Disability Insurance Matter*

May 2014            Expert report in *Martin v. Blue Shield of California*

May 2014            Expert declaration in *Martin v. Blue Shield of California*

December 2013       Expert report in *Confidential Airline Litigation*

December 2013       Expert testimony in *Confidential Investment Return Litigation*

December 2013       Expert deposition in *Confidential Investment Return Litigation*

November 2013       Expert declaration in *Long Trust v. Morgan Stanley*

November 2013       Expert report in *Long Trust v. Morgan Stanley*

November 2013       Expert testimony in *Confidential Employment Litigation*

November 2013     Expert deposition in *Confidential Employment Litigation*

November 2013     Expert deposition in *Katz v. Mass Mutual*

October 2013      Expert report in *Katz v. Mass Mutual*

October 2013      Expert report in *Circuit City, et al. v. AUO*

October 2013      Summary witness expert testimony in *US Department of Justice v. Richard Bai*

January 2013      Expert testimony in *Confidential Arbitration*

January 2013      Expert deposition in *Confidential Arbitration*

December 2012     Expert declaration in *Markocki v. Olde Republic Title*

December 2012     Expert deposition in *Paul v. Blue Shield of California*

June 2012         Expert deposition in *Indirect Purchaser Class Action v. AUO*

June 2012         Expert deposition in *Asbestos Litigation v. Borg Warner*

May 2012          Expert report in *Indirect Purchaser Class Action v. AUO*

April 2012        Expert deposition in *2880 Stevens Creek v. Blach Construction Co.*

April 2012        Expert deposition in *Indirect Purchaser Class Action v. AUO*

March 2012        Expert report in *Indirect Purchaser Class Action v. AUO*

February 2012     Expert testimony in *United States Department of Justice v. AUO*

February 2012     Expert deposition in *Campbell v. MetLife*

November 2011     Expert deposition in *Cox v. Allstate*

October 2011      Expert report in *Cox v. Allstate*

October 2011      Expert deposition in *Class Action v. Wellpoint*

October 2011      Expert designation in *US Department of Justice v. AUO*

October 2011      Expert report in *KFTC v. AUO*

July 2011         Expert report in *Class Action v. Wellpoint*

June 2011         Expert report in confidential damages arbitration

November 2010     Expert testimony in *Jasmine v. Marvell*

October 2010        Expert testimony in *US Government v. Jerry Cash*

July 2010           Expert deposition in *M.E. Fox & Co. Valuation matter*

June 2010           Expert designation in *M.E. Fox & Co. Valuation matter*

May–June 2010       Expert testimony in *Polteco v. Tecsult*

March 2010          Expert deposition in *Simoes v. Blue Shield*

December 2009       Expert designation in *Simoes v. Blue Shield*

October 2009        Affidavit in *Best Buy v. DDR*

March 2009          Expert deposition in *Hailey v. Blue Shield*

March 2009          Expert report in *Hausman v. Union Bank*

March 2009          Expert report in *Perez v. First American Title Insurance Company*

March 2009          Trial testimony in *Windham v. Cook*

February 2009       Expert report in *Windham v. Cook*

January 2009        Expert designation in *Hailey v. Blue Shield*

October 2008        Deposition testimony in *Pavlov, et al. v. CNA*

September 2008      Expert declaration in *Pavlov, et al. v. CNA*

September 2008      Trial testimony in *Freidman v. Sega, et al.*

September 2008      Expert report in *Freidman v. Sega, et al.*

July 2008           Deposition testimony in *Freidman v. Sega, et al.*

July 2008           Deposition testimony in *Best Buy v. DDR*

June 2008           Expert report in *Best Buy v. DDR*

October 2007        Expert designation in *Rowlands v. Blue Shield*

September 2007      Deposition testimony in *Class Action v. CNA*

September 2007      Expert report in *Class Action v. CNA*

May 2007            Deposition testimony in *Tronox v. Rio Algom*

April 2007          Expert designation in *Callil v. Blue Shield*

April 2007          Expert designation in *Abbott v. Blue Shield*

| | |
|---|---|
| March 2007 | Deposition testimony in *Leyra v. Blue Shield Life and Health* |
| December 2006 | Expert designation in *Leyra v. Blue Shield Life and Health* |
| August 2006 | Arbitration testimony in *F&A Restaurant Group v. Shepard and Reyes* |
| July 2006 | Trial testimony in *Carrino v. Carrino* |
| July 2006 | Deposition testimony in *Carrino v. Carrino* |
| February 2006 | Arbitration testimony in *ART v. Riverdeep* |
| January 2006 | Deposition testimony in *ART v. Riverdeep* |
| December 2005 | Deposition testimony in *FFIC v. Cunningham Lindsey* |
| September 2005 | Deposition testimony in *Barnes & Noble v. DDR (Texas and Kansas)* |
| September 2005 | Expert report in *Fireman's Fund v. Cunningham Lindsey* |
| September 2005 | Expert report in *Barnes & Noble v. DDR (Kansas)* |
| August 2005 | Expert report in *Barnes & Noble v. DDR (Texas)* |
| March 2005 | Expert report in *Bioport Corporation v. Elan Pharmaceuticals* |
| February 2005 | Expert report in *Capo v. Dioptics* |
| February 2005 | Expert report in *Arthur Stockton v. Fidelity & Deposit* |
| September 2004 | Deposition testimony in *Her Associates v. Kaiser* |
| August 2004 | Deposition testimony in *CSR v. Lloyds, et al*. |
| June 2004 | Expert report in *CSR v. Lloyds, et al*. |
| April 2004 | Deposition testimony in *General American v. KPMG* |
| March 2004 | Expert report in *General American v. KPMG* |
| March 2004 | Deposition testimony in confidential company valuation for marital dissolution. |
| February 2004 | Expert report in confidential company valuation for marital dissolution. |
| January 2004 | Deposition testimony in *Her Associates v. Kaiser* |
| January 2004 | Expert report in *Her Associates v. Kaiser* |
| March 2003 | Expert designation in *Creative Artist Network v. Santa Clara County* |

| | |
|---|---|
| December 2002 | Deposition testimony in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| November 2002 | Expert designation in *Academy Tent, et al. Class Action v. American Home Assurance* |
| Sept.–Dec. 2002 | Trial testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| September 2002 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| July 2002 | Expert witness report in *Creative Artist Network v. Santa Clara County* |
| July 2002 | Deposition testimony in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| June 2002 | Expert declaration on insurance company valuation in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| May 2002 | Expert declaration on settlement valuation in *Class Action v. Knights of Columbus* |
| Jan.–Feb. 2002 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| December 2001 | Deposition testimony in *Class Action v. Ford Credit* |
| May 2001 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| April 2001 | Deposition testimony in *Bar None v. The Duncan Group* |
| April 2001 | Deposition testimony in *Trigon v. United States* |
| January 2001 | Deposition testimony in *Heska v. Synbiotics* |
| December 2000 | Expert declaration in *Trigon v. United States* |
| June 2000 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| May 2000 | Deposition testimony in *Heska v. Synbiotics* |
| July 1999 | Appeared in Federal Court on behalf of Ohio National in *James A. Wemer, et al. Class Action v. Ohio National* (did not provide testimony) |
| June 1999 | Submitted a report on the valuation and fairness of the proposed settlement in *James A. Wemer, et al. Class Action v. Ohio National* |
| January 1999 | Identified as an insurance liability and damages expert in *Arroyo v. Alexander & Alexander* |

December 1998     Expert declaration in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund*

November 1998     Identified as an economic expert in *Class Action v. Ohio National* litigation

October 1998      Identified as an insurance expert in *Morris v. Fremont Life Insurance Company*

September 1998    Expert declaration in *Class Action v. State Compensation Insurance Fund*

April 1998        Deposition testimony in *Handicomp, Inc. v. United States Golf Association*

February 1998     Rebuttal expert report in *Handicomp, Inc. v. United States Golf Association*, coauthored with Ronald C. Curhan

February 1998     Expert declaration in *Class Action v. State Compensation Insurance Fund*

January 1993      Expert testimony on the likely economic impact of the merger on the hospital's operating expenses and capital expenditures in Federal Trade Commission (FTC) administrative hearings, *Proposed Merger of Parkview Hospital and St. Mary Corwin Hospital*, Pueblo, CO

## PROFESSIONAL MEMBERSHIPS

American Economics Association

American Bar Association (non-lawyer member)

Association for Health Services Research

# APPENDIX B

## DOCUMENTS CONSIDERED

### Bates Ranges

FEINSTEIN_0000001  –  FEINSTEIN_0004040

Legal Documents:

*Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Consolidated Class Action Complaint for Violations of the Federal Securities Laws, March 26, 2021.

*Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Memorandum Opinion, December 10, 2021.

*Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives and Appoint Class Counsel, April 1, 2022, and Supporting Materials.

*Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Lead Plaintiffs' Initial Submission in Support of Motion to Certify Class, Appoint Class Representatives and Appoint Class Counsel, April 1, 2022.

*Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Lead Plaintiff Central Laborers' Pension Fund's Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, April 25, 2022.

*Sheet Metal Workers Local 19 Pension Fund, et al. v. ProAssurance Corporation, et al.*, United States District Court, Northern District of Alabama, Civil Action No. 2:20-cv-00856-AKK, Lead Plaintiff Plymouth County Retirement Association's Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, April 25, 2022.

Expert Reports:

Report on Market Efficiency, Professor Steven P. Feinstein, Ph.D., CFA, April 1, 2022, and Supporting Materials.

## APPENDIX B

## DOCUMENTS CONSIDERED

Case Law:

*Goldman Sachs Group, Inc., et al. v. Arkansas Teacher Retirement System, et al.*,
    594 U.S. ___ (2021).

Analyst Reports:

Argus Research Company, "PRA: A6 Report for 01/01/2020," January 2, 2020.
Argus Research Company, "PRA: A6 Report for 01/08/2020," January 8, 2020.
Argus Research Company, "PRA: A6 Report for 01/15/2020," January 15, 2020.
Argus Research Company, "PRA: A6 Report for 01/22/2020," January 22, 2020.
Argus Research Company, "PRA: A6 Report for 01/29/2020," January 29, 2020.
Argus Research Company, "PRA: A6 Report for 02/05/2020," February 5, 2020.
Argus Research Company, "PRA: A6 Report for 02/12/2020," February 12, 2020.
Argus Research Company, "PRA: A6 Report for 02/19/2020," February 19, 2020.
Argus Research Company, "PRA: A6 Report for 02/26/2020," February 28, 2020.
Argus Research Company, "PRA: A6 Report for 03/04/2020," March 5, 2020.
Argus Research Company, "PRA: A6 Report for 03/11/2020," March 11, 2020.
Argus Research Company, "PRA: A6 Report for 03/18/2020," March 19, 2020.
Argus Research Company, "PRA: A6 Report for 03/25/2020," March 25, 2020.
Argus Research Company, "PRA: A6 Report for 04/01/2020," April 2, 2020.
Argus Research Company, "PRA: A6 Report for 04/08/2020," April 9, 2020.
Argus Research Company, "PRA: A6 Report for 04/15/2020," April 16, 2020.
Argus Research Company, "PRA: A6 Report for 04/22/2020," April 23, 2020.
Argus Research Company, "PRA: A6 Report for 04/24/2019," April 24, 2019.
Argus Research Company, "PRA: A6 Report for 04/29/2020," April 30, 2020.
Argus Research Company, "PRA: A6 Report for 05/01/2019," May 2, 2019.
Argus Research Company, "PRA: A6 Report for 05/06/2020," May 7, 2020.
Argus Research Company, "PRA: A6 Report for 05/13/2020," May 13, 2020.
Argus Research Company, "PRA: A6 Report for 05/15/2019," May 16, 2019.
Argus Research Company, "PRA: A6 Report for 05/20/2020," May 20, 2020.
Argus Research Company, "PRA: A6 Report for 05/22/2019," May 22, 2019.
Argus Research Company, "PRA: A6 Report for 05/27/2020," May 28, 2020.
Argus Research Company, "PRA: A6 Report for 05/28/2019," May 30, 2019.
Argus Research Company, "PRA: A6 Report for 06/05/2019," June 5, 2019.
Argus Research Company, "PRA: A6 Report for 06/11/2019," June 13, 2019.
Argus Research Company, "PRA: A6 Report for 06/19/2019," June 20, 2019.
Argus Research Company, "PRA: A6 Report for 06/27/2019," June 28, 2019.
Argus Research Company, "PRA: A6 Report for 07/03/2019," July 3, 2019.
Argus Research Company, "PRA: A6 Report for 07/10/2019," July 10, 2019.

# APPENDIX B

## DOCUMENTS CONSIDERED

Analyst Reports (cont'd):

Argus Research Company, "PRA: A6 Report for 07/17/2019," July 18, 2019.

Argus Research Company, "PRA: A6 Report for 07/24/2019," July 25, 2019.

Argus Research Company, "PRA: A6 Report for 07/31/2019," August 1, 2019.

Argus Research Company, "PRA: A6 Report for 08/07/2019," August 7, 2019.

Argus Research Company, "PRA: A6 Report for 08/14/2019," August 15, 2019.

Argus Research Company, "PRA: A6 Report for 08/21/2019," August 21, 2019.

Argus Research Company, "PRA: A6 Report for 08/28/2019," August 29, 2019.

Argus Research Company, "PRA: A6 Report for 09/04/2019," September 4, 2019.

Argus Research Company, "PRA: A6 Report for 09/11/2019," September 12, 2019.

Argus Research Company, "PRA: A6 Report for 09/18/2019," September 19, 2019.

Argus Research Company, "PRA: A6 Report for 09/25/2019," September 26, 2019.

Argus Research Company, "PRA: A6 Report for 10/09/2019," October 9, 2019.

Argus Research Company, "PRA: A6 Report for 10/16/2019," October 17, 2019.

Argus Research Company, "PRA: A6 Report for 10/23/2019," October 24, 2019.

Argus Research Company, "PRA: A6 Report for 10/30/2019," October 31, 2019.

Argus Research Company, "PRA: A6 Report for 11/06/2019," November 6, 2019.

Argus Research Company, "PRA: A6 Report for 11/13/2019," November 13, 2019.

Argus Research Company, "PRA: A6 Report for 11/20/2019," November 21, 2019.

Argus Research Company, "PRA: A6 Report for 11/27/2019," November 27, 2019.

Argus Research Company, "PRA: A6 Report for 12/04/2019," December 5, 2019.

Argus Research Company, "PRA: A6 Report for 12/11/2019," December 12, 2019.

Argus Research Company, "PRA: A6 Report for 12/18/2019," December 19, 2019.

Argus Research Company, "PRA: A6 Report for 12/24/2019," December 24, 2019.

Boenning & Scattergood, Inc., "Adjusting ProAssurance's Estimates Following 4Q19 Loss; Maintain Neutral," March 10, 2020, FEINSTEIN_0001817–821.

Boenning & Scattergood, Inc., "First Look: ProAssurance Books 1Q20 Miss; Dividend Cut," May 8, 2020, FEINSTEIN_0001826–831.

Boenning & Scattergood, Inc., "First Look: ProAssurance Reports 4Q19 Results; Announces Acquisition of NORCAL Group," February 21, 2020.

# APPENDIX B

## DOCUMENTS CONSIDERED

Analyst Reports (cont'd):

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) Adjusting Estimates on Management Commentary; Maintain Neutral Rating," November 15, 2018.

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) ProAssurance Announces Preliminary 4Q18 Results; Maintain Neutral Rating," February 5, 2019.

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) First Look: No Surprises - ProAssurance Books 4Q18 Earnings as Preannounced," February 22, 2019.

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) Lowering PRA's EPS Estimates: Maintain Neutral Rating," February 26, 2019, FEINSTEIN_0001568–573.

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) First Look: ProAssurance Releases 1Q19 Earnings Ahead of Schedule - Reports Miss; Concern About Loss Trends in Healthcare Professional Liability Market Leads to Less-than-Expected Favorable Prior Year Reserve Development & More Conservative Current Accident Year Loss Picks," April 26, 2019, FEINSTEIN_0001600–604.

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) Lowering Profitability Expectations to Reflect Deteriorating Loss Trends in the Broader Healthcare Liability Market - Conservative Management Team Remains Focused on Long-Term Financial Health, Regardless of Short-Term Impact; Maintain Neutral Rating," May 16, 2019.

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) ProAssurance Reports 2Q19 Miss; Maintain Neutral Rating," August 8, 2019.

Boenning & Scattergood, Inc., "ProAssurance Corporation (PRA-Neutral) ProAssurance Beats on Higher Favorable Reserve Development and Tax Benefit; Maintain Neutral Rating," November 6, 2019, FEINSTEIN_0001655–660.

Boenning & Scattergood, Inc., "ProAssurance Preannounces 4Q19 Reserve Charge in Core Healthcare Professional Liability Book," January 23, 2020, FEINSTEIN_0001746–750, FEINSTEIN_0001770–774.

Boenning & Scattergood, Inc., "ProAssurance Reports 2Q18 Beat; Maintain Neutral Rating," August 8, 2018.

Boenning & Scattergood, Inc., "Reported 3Q18 Beat; Maintain Neutral Rating," November 7, 2018, FEINSTEIN_0001488–493.

# APPENDIX B

## DOCUMENTS CONSIDERED

<u>Analyst Reports (cont'd)</u>:

Boenning & Scattergood, Inc., "Revising Estimates for ProAssurance; Potential Large Loss in 2Q20," May 11, 2020, FEINSTEIN_0001858–863, FEINSTEIN_0001873–878.

Buckingham Research Group, Inc., "2Q18 PRA First Look: Step by Step," August 7, 2018.

Buckingham Research Group, Inc., "3Q First Look: Beat on Tax Benefit, Underlying Trends Persist," November 6, 2019, FEINSTEIN_0001645–648.

Buckingham Research Group, Inc., "BRG Morning Summary," March 19, 2019, FEINSTEIN_0001597–599.

Buckingham Research Group, Inc., "EPS In Line with Pre-Announcement; CC Provides Some New Color on Lloyds," February 22, 2019, FEINSTEIN_0001557–561.

Buckingham Research Group, Inc., "First Look: EPS Miss on Continued Difficult Trend," August 8, 2019, FEINSTEIN_0001609–613.

Buckingham Research Group, Inc., "First Look: Preannounces Meaningful Miss on Loss Trends," April 26, 2019.

Buckingham Research Group, Inc., "Industry Conference Preso Updates Investors on Current Market Environment," March 18, 2019, FEINSTEIN_0001593–596.

Buckingham Research Group, Inc., "PRA 3Q18 First Look - Underlying Loss Trends Remain in Focus," November 6, 2018, FEINSTEIN_0001484–487.

Buckingham Research Group, Inc., "Preannounces a Q4 miss. Remain on sidelines.," February 6, 2019, FEINSTEIN_0001543–548.

Buckingham Research Group, Inc., "Reducing Estimates, PT to $34/share from Prior of $40/share," February 7, 2020, FEINSTEIN_0001780–786.

BuySellSignals, "ProAssurance sinks 59% in past quarter; Institutional Ownership steady," May 15, 2020.

BuySellSignals, "Q3 2019: ProAssurance reports 49.0% sequential rise in Quarterly Net Profit," November 20, 2019.

Inside P&C, "Q4 Begins with a MedMal Bang," January 23, 2020, FEINSTEIN_0001751–757.

JMP Securities, "2Q18 Results: Investments Drive EPS Beat; Risk Solutions Inks LPT; Pricing Improves," August 7, 2018.

JMP Securities, "3Q18 Results: Evidence of a Cycle Turn in Medical Professional Liability Builds," November 6, 2018.

JMP Securities, "4Q18 Results: In-line EPS in a Largely Pre-Announced Quarter; Lloyd's Review Ongoing," February 22, 2019.

## APPENDIX B

## DOCUMENTS CONSIDERED

<u>Analyst Reports (cont'd)</u>:

JMP Securities, "Another Bump in the Long Dark Road, But We See Light at the End of the Tunnel," May 13, 2020, FEINSTEIN_0001879–885.

JMP Securities, "Cycle SLOWLY Turning: Physician Price Increases Stable While Facilities Accelerate," August 7, 2019.

JMP Securities, "Cycle Turn Drumbeat Getting Louder as Physicians Pricing Increases Accelerate to +8%," November 6, 2019, FEINSTEIN_0001661–667.

JMP Securities, "JMP Morning Note 05142020," May 14, 2020.

JMP Securities, "JMP Morning Note 09212018," September 21, 2018.

JMP Securities, "JMP Securities Insurance Book Value Mark-to-Market and Weekly Performance Report for the Week Ended 11/16/2018," November 19, 2018.

JMP Securities, "On the Road With PRA: Update Following Meetings with Management," September 21, 2018.

JMP Securities, "On the Road with PRA: Update Following Meetings with Management," November 22, 2019, FEINSTEIN_0001690–698.

JMP Securities, "Picture of a Cycle Turn: EPS Miss on Light PPD but Pricing, Retention, & New Business Strong," April 26, 2019.

Pechalas Reports, "PROASSURANCE CP HOLDING CO (PRA=US) - SHORT AND LONG TERM FORECASTS FOR ACTIVE TRADERS," October 12, 2018.

Piper Sandler Companies, "1Q19 First Look: Reports ($0.02) vs. $0.07 PSC," May 7, 2020, FEINSTEIN_0001822–825.

Piper Sandler Companies, "1Q20 Earnings Review: Facing a Challenging Environment," May 8, 2020, FEINSTEIN_0001832–838, FEINSTEIN_0001845–851.

Piper Sandler Companies, "4Q19 First Look: Reports ($1.27) vs. ($1.40) PSC," February 20, 2020.

Piper Sandler Companies, "Announces Acquisition of NORCAL," February 20, 2020, FEINSTEIN_0001787–789.

Piper Sandler Companies, "Downgrading CINF and PRA; From the Promise of Pricing to the Reality of Earnings," January 8, 2020, FEINSTEIN_0001699–729.

Piper Sandler Companies, "Pre-Announces Loss Estimates in Healthcare Professional Liability," January 22, 2020, FEINSTEIN_0001730–737, FEINSTEIN_0001738–745.

Piper Sandler Companies, "Upgrading to Neutral on ProAssurance Valuation Call," July 9, 2020.

## APPENDIX B

## DOCUMENTS CONSIDERED

<u>Analyst Reports (cont'd)</u>:

Piper Sandler Companies, "Reducing EPS Estimates, Adjusting for NORCAL Acquisition," February 28, 2020, FEINSTEIN_0001805–810, FEINSTEIN_0001811–816.

Plunkett Research, Ltd., "Park National Corporation: Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within Its Industry," December 20, 2018.

Plunkett Research, Ltd., "Park National Corporation: Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within Its Industry," January 22, 2020.

Plunkett Research, Ltd., "ProAssurance Corporation: Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within Its Industry," December 20, 2018.

Plunkett Research, Ltd., "ProAssurance Corporation: Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within Its Industry," January 24, 2020.

PriceTarget Research, "ProAssurance Corp," January 22, 2020.

PriceTarget Research, "ProAssurance Corp," November 15, 2019.

Raymond James & Associates, "Large Losses from Single Account; Slashes Dividend; Market Perform," May 11, 2020, FEINSTEIN_0001864–872.

Raymond James & Associates, "Positive Acquisition Rationale but Deal is Dilutive; Market Perform," February 26, 2020, FEINSTEIN_0001796–804.

Raymond James & Associates, "PRA | Adjusting Estimates for 4Q18 Pre-Announcement," February 20, 2019, FEINSTEIN_0001549–556.

Raymond James & Associates, "PRA | Expecting Better Outlook Visibility in 2H20; Market Perform," August 16, 2019, FEINSTEIN_0001620–626.

Raymond James & Associates, "PRA | Loss Environment Merits Caution; Market Perform," November 7, 2019, FEINSTEIN_0001683–689.

Raymond James & Associates, "PRA | Lower PYD Expected for Another Six Quarters," May 1, 2019.

Raymond James & Associates, "PRA | Uncertainty at Lloyd's Should Keep the Stock Range Bound," February 28, 2019, FEINSTEIN_0001574–581.

Raymond James & Associates, "PRA | Updating Estimates to Reflect 8-K; Maintain Market Perform," January 23, 2020, FEINSTEIN_0001758–764.

Raymond James & Associates, "PRA: Improvement at Lloyd's Syndicate; Healthcare Severity Trends Still at Focus," November 12, 2018, FEINSTEIN_0001500–508.

# APPENDIX B

## DOCUMENTS CONSIDERED

<u>Analyst Reports (cont'd)</u>:

Raymond James & Associates, "PRA: NDRS Takeaways: Caution Leads to Long-Term Outperformance," November 19, 2018, FEINSTEIN_0001509–515.

Raymond James & Associates, "PRA: Solid 2Q18 Results; Litigation Trends Still a Concern; Market Perform," August 8, 2018, FEINSTEIN_0001475–483.

S&P Global Compustat, "ProAssurance Corp," April 2, 2020.

S&P Global Compustat, "ProAssurance Corp," April 4, 2019.

S&P Global Compustat, "ProAssurance Corp," August 1, 2019.

S&P Global Compustat, "ProAssurance Corp," August 2, 2018.

S&P Global Compustat, "ProAssurance Corp," December 5, 2019.

S&P Global Compustat, "ProAssurance Corp," December 6, 2018.

S&P Global Compustat, "ProAssurance Corp," February 6, 2020.

S&P Global Compustat, "ProAssurance Corp," February 7, 2019.

S&P Global Compustat, "ProAssurance Corp," January 2, 2020.

S&P Global Compustat, "ProAssurance Corp," January 3, 2019.

S&P Global Compustat, "ProAssurance Corp," July 4, 2019.

S&P Global Compustat, "ProAssurance Corp," June 6, 2019.

S&P Global Compustat, "ProAssurance Corp," March 5, 2020.

S&P Global Compustat, "ProAssurance Corp," March 7, 2019.

S&P Global Compustat, "ProAssurance Corp," May 2, 2019.

S&P Global Compustat, "ProAssurance Corp," May 7, 2020.

S&P Global Compustat, "ProAssurance Corp," November 1, 2018.

S&P Global Compustat, "ProAssurance Corp," November 7, 2019.

S&P Global Compustat, "ProAssurance Corp," October 3, 2019.

S&P Global Compustat, "ProAssurance Corp," October 4, 2018.

S&P Global Compustat, "ProAssurance Corp," September 5, 2019.

S&P Global Compustat, "ProAssurance Corp," September 6, 2018.

SADIF-Investment Analytics S.A., "Rating Update for ProAssurance Corp," August 2, 2018.

SADIF-Investment Analytics S.A., "Rating Update for ProAssurance Corp," October 18, 2018.

SADIF-Investment Analytics S.A., "Rating Update for ProAssurance Corp," March 21, 2019.

SADIF-Investment Analytics S.A., "Rating Update for ProAssurance Corp," July 4, 2019.

SADIF-Investment Analytics S.A., "Rating Update for ProAssurance Corp," November 12, 2019.

# APPENDIX B

## DOCUMENTS CONSIDERED

Analyst Reports (cont'd):

SADIF-Investment Analytics S.A., "Rating Update for ProAssurance Corp," February 11, 2020.

SADIF-Investment Analytics S.A., "Will ProAssurance Corp Deliver Long-Term Returns?," October 22, 2018.

SADIF-Investment Analytics S.A., "Will ProAssurance Corp Deliver Long-Term Returns?," January 20, 2019.

SADIF-Investment Analytics S.A., "Will ProAssurance Corp Deliver Long-Term Returns?," July 17, 2019.

Sandler O'Neill Partners, "Increasing 2018 EPS Estimate & 1Q18 Earnings Preview: Maintaining HOLD Rating," April 6, 2018.

Sandler O'Neill Partners, "4Q17 Earnings Preview: Maintaining HOLD Rating," January 10, 2018.

Sandler O'Neill Partners, "2Q18 Earnings Preview: Maintaining HOLD Rating," July 11, 2018.

Sandler O'Neill Partners, "2Q18 Earnings Review: Maintaining HOLD Rating," August 8, 2018.

Sandler O'Neill Partners, "3Q19 Earnings Review Maintaining HOLD Rating," November 6, 2019, FEINSTEIN_0001668–676.

Sandler O'Neill Partners, "3Q19 First Look: Reports $0.30 vs. $0.14 SOP," November 6, 2019.

Smart Insider Ltd., "Proassurance Corp," June 27, 2019.

Stock Traders Daily, "PRA," February 1, 2020.

Stock Traders Daily, "PRA," January 25, 2020.

Stock Traders Daily, "PRA," May 15, 2020.

Stock Traders Daily, "PRA," November 15, 2019.

SunTrust Robinson Humphrey, "2Q18 Follow Up – Cyclical Risks Still Material, Reiterate Hold," August 8, 2018.

SunTrust Robinson Humphrey, "3Q EPS Upside on Taxes, Development / Continuing Caution on Losses," November 6, 2019, FEINSTEIN_0001649–654, FEINSTEIN_0001677–682.

SunTrust Robinson Humphrey, "Data Shows Some Uptick in Cash Payouts, Still-Redundant Reserves," March 12, 2019, FEINSTEIN_0001582–592.

SunTrust Robinson Humphrey, "PRA Facing Pressure on a Number of Fronts," May 8, 2020, FEINSTEIN_0001839–844, FEINSTEIN_0001852–857.

SunTrust Robinson Humphrey, "PRA Reports 4Q, Announces Large Acquisition: Maintain Hold Rating; Adjust PT to $36 from $39," February 23, 2020, FEINSTEIN_0001790–795.

# APPENDIX B

## DOCUMENTS CONSIDERED

Analyst Reports (cont'd):

SunTrust Robinson Humphrey, "Reducing Estimates on Reserve Charge," January 23, 2020, FEINSTEIN_0001765–769, FEINSTEIN_0001775–779.

The Economy Matters, "ProAssurance Corp," December 1, 2019.

The Economy Matters, "ProAssurance Corp," December 23, 2018.

Truist Securities, "2Q Boosted by Large Non-Recurring Transaction, Better Comp," August 7, 2018.

Truist Securities, "2Q Results Still Show Pressure on Losses, Topline," August 7, 2019, FEINSTEIN_0001605–608.

Truist Securities, "3Q Features Accelerating Pricing Along with Higher Losses," November 7, 2018, FEINSTEIN_0001494–499.

Truist Securities, "4Q Results Still Reflect Transitioning Market," February 22, 2019, FEINSTEIN_0001562–567.

Truist Securities, "Comments Following Travel with ProAssurance Management," December 14, 2018, FEINSTEIN_0001521–529.

Truist Securities, "Costlier Med Mal Reinsurance a Likely Tailwind for Pricing, but Underscores Risk," January 2, 2019, FEINSTEIN_0001530–533.

Truist Securities, "Few Signs of Turn in Primary Med Mal; Reiterate Hold," October 22, 2019, FEINSTEIN_0001635–644.

Truist Securities, "Higher Severity and Lower Reserve Gains Hit Returns (Pricing a Bit Better)," April 25, 2019.

Truist Securities, "Limited Severity Risk Apparent in Industry Data," May 10, 2019.

Truist Securities, "PRA Dividend Reflects Transitioning Market / Mgt. in NYC on 12/6-7," November 29, 2018, FEINSTEIN_0001516–520.

Truist Securities, "Preannounced Investment Losses, Operations Largely In Line; Reviewing Lloyd's Options," February 4, 2019, FEINSTEIN_0001534–537.

Truist Securities, "Reducing Estimates & Target as Cycle Progresses," April 26, 2019.

Truist Securities, "Travel with Management / Industry Data Highlight Volatility in Losses," August 29, 2019, FEINSTEIN_0001627–634.

Truist Securities, "Tweaking Estimates Up in the Midst of Continuing Industry Challenges," August 8, 2019, FEINSTEIN_0001614–619.

Truist Securities, "Updating Model for 4Q18 Preannouncement," February 5, 2019, FEINSTEIN_0001538–542.

Validea, "ProAssurance Corporation," August 10, 2018.

ValuEngine, "Rating and Forecast Report: ProAssurance CP," May 7, 2020.

Vermilion Research, "The 'Flip' Side," January 24, 2020.

# APPENDIX B

## DOCUMENTS CONSIDERED

Analyst Reports (cont'd):

Watchdog Research, Inc., "ProAssurance Corp.," December 27, 2018.

Watchdog Research, Inc., "ProAssurance Corp.," March 10, 2020.

Watchdog Research, Inc., "ProAssurance Corp.," March 8, 2019.

Watchdog Research, Inc., "ProAssurance Corp.," May 24, 2019.

Watchdog Research, Inc., "ProAssurance Corp.," November 29, 2019.

Watchdog Research, Inc., "ProAssurance Corp.," September 5, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," August 10, 2018.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," September 11, 2018.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," October 9, 2018.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," October 12, 2018.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," November 2, 2018.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," November 5, 2018.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," December 7, 2018.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," January 7, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," January 9, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," January 11, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," January 15, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," February 19, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," March 25, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," April 30, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," May 30, 2019.

# APPENDIX B

## DOCUMENTS CONSIDERED

Analyst Reports (cont'd):

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," June 10, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," July 9, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," July 17, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," July 24, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," August 1, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," August 29, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," September 12, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," October 15, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," November 14, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," December 16, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," December 24, 2019.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," January 22, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," January 29, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," February 12, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," February 27, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," March 6, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," March 12, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," March 24, 2020.

## APPENDIX B

## DOCUMENTS CONSIDERED

Analyst Reports (cont'd):

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," April 27, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," April 29, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," April 30, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," May 13, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," May 14, 2020.

Zacks Investment Research, Inc., "ProAssurance Corporation (PRA) Zacks Company Report," May 26, 2020.


Academic Articles, Publications, Press Releases, and Websites:

Asquith, P. et al., "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, Vol. 75 No. 2 (2005), pp. 245–282.

Breton, G. and R. Taffler, "Accounting Information and Analyst Stock Recommendation Decisions: A Content Analysis Approach," *Accounting and Business Research*, Vol. 31 No. 2 (2001), pp. 91–101.

Huang, A. et al., "Evidence on the Information Content of Text in Analyst Reports," *The Accounting Review*, Vol. 89 No. 6 (2014), pp. 2151–2180.

National Association of Insurance Commissioners, "INSDATA User's Manual," available at https://content.naic.org/sites/default/files/insdata-home-user-guide.pdf.

ProAssurance Corporation, "ProAssurance Reports Preliminary Loss Estimates in Healthcare Professional Liability," January 22, 2020, available at https://investor.proassurance.com/news-presentation-materials/press-releases/news-details/2020/ProAssurance-Reports-Preliminary-Loss-Estimates-in-Healthcare-Professional-Liability/default.aspx.

ProAssurance Corporation, "ProAssurance Reports Results for Second Quarter 2018," August 7, 2018, available at https://investor.proassurance.com/news-presentation-materials/press-releases/news-details/2018/ProAssurance-Reports-Results-for-Second-Quarter-2018/default.aspx.

ProAssurance Corporation, "Statutory Filings," available at https://investor.proassurance.com/financial-information/statutory-filings/default.aspx.

## APPENDIX B

## DOCUMENTS CONSIDERED

<u>Academic Articles, Publications, Press Releases, and Websites (cont'd)</u>:

S&P Global, Inc., "SNL Insurance," available at
https://www.marketplace.spglobal.com/en/datasets/snl-insurance-(41).

The National Academies Press, "Reference Manual on Scientific Evidence,"
available at
https://www.supremecourt.ohio.gov/LegalResources/LawLibrary/resources/scientificEvidence.pdf.

<u>SEC Filings, Statutory Filings, and Annual Reports</u>:

Argo Group International Holdings Ltd., Form 10-K for the period ending
December 31, 2019, filed February 28, 2020.

Employers Holdings, Inc, Form 10-K for the period ending December 31, 2019,
filed February 20, 2020.

Erie Indemnity Company, Form 10-K for the period ending December 31, 2019,
filed February 27, 2020.

Markel Corporation, "2019 Markel Corporation Annual Report & Form 10-K,"
February 21, 2020.

Mercury General Corporation, Form 10-K for the period ending December 31,
2019, filed February 12, 2020.

ProAssurance Corporation, Form 10-K for the period ending December 31, 2017,
filed February 21, 2018.

ProAssurance Corporation, Form 10-K for the period ending December 31, 2019,
filed February 20, 2020.

ProAssurance Corporation, Form 10-Q for the period ending March 31, 2020, filed
May 7, 2020.

ProAssurance Corporation, Schedule 14A, dated April 9, 2020.

ProAssurance Specialty Insurance Company, Inc. Annual and Quarterly Statutory
Filings from the period ending December 31, 2016 to the period ending June
30, 2020.

RLI Corporation, "2019 RLI Corp. Annual Report on Form 10K," February 21,
2020.

Safety Insurance Group, Inc., Form 10-K for the period ending December 31,
2019, filed February 28, 2020.

United Fire Group, Inc., Form 10-K for the period ending December 31, 2019,
filed February 28, 2020.

Universal Insurance Holdings, Inc., Form 10-K for the period ending December
31, 2019, filed March 2, 2020.

## APPENDIX B

## DOCUMENTS CONSIDERED

<u>Earnings Calls and Investor Presentations</u>:
Alleghany Corporation, "Alleghany Investor Presentation," February 2020.
American National Insurance Company, "American National 2019 Overview."
Arch Capital Group, Ltd., "Investor Presentation 2020 First Quarter."
Donegal Group, Inc., "2019Q2 Investor Presentation."
Horace Mann Insurance Company, "Full-Year 2019 Investor Presentation," February 6, 2020.
ProAssurance Corporation, "Edited Transcript, Q3 2018 ProAssurance Corp Earnings Call," November 7, 2018, FEINSTEIN_0001901–910.
ProAssurance Corporation, "Q3 2019 Investor Update," November 2019, available at https://s25.q4cdn.com/775214677/files/doc_downloads/featured/November-2019-Investor-Presentation.pdf.
Selective Insurance Group, Inc., "Q4 2019 Earnings Call," January 31, 2020.

<u>Other</u>:
Refinitiv.
S&P Capital IQ.