FILED
2022 Jul-28  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** | ) ) ) ) ) |  |
| **Plaintiffs,** | ) ) ) | Civil Action Number **2:20-CV-00856-AKK** |
| **v.** | ) ) |  |
| **PROASSURANCE CORPORATION, et al.,** | ) ) ) ) |  |
| **Defendants.** | ) ) |  |

## ORDER

The plaintiffs' unopposed motion requesting (1) a one-week extension of time to file their reply brief and (2) a five-page extension of the page limit for this brief, doc. 98, is **GRANTED**.  The plaintiffs have until August 19, 2022, to file a reply brief not exceeding 15 pages.

**DONE** the 28th day of July, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE