UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 2:20-cv-00856-AKK  CLASS ACTION |
| Plaintiff, | ) ) ) ) | DECLARATION OF SARA DiLEO IN SUPPORT OF LEAD PLAINTIFFS' REPLY SUBMISSION IN FURTHER |
| vs. | ) ) | SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS |
| PROASSURANCE CORPORATION, et al., | ) ) ) | REPRESENTATIVES AND APPOINT CLASS COUNSEL |
| Defendants. | ) ) ) | |

4883-2211-0255.v1

I, SARA DiLEO, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of New York and am admitted *pro hac vice* before this Court.  I am a member of the law firm Saxena White P.A., and one of the counsel of record for Lead Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Letter from Defendants to Plaintiffs, dated May 4, 2022;

Exhibit B:   Transcript of the Video-Recorded Deposition of Bruce Deal, dated August 12, 2022 (highlighted) (filed under seal);

Exhibit C:   Large Group Combined Liability Policy issued to Team Health Holdings, Inc., with an endorsement effective date of June 1, 2016, PRA-00192699-PRA-00192747 (filed under seal);

Exhibit D:   Large Group Combined Liability Policy issued to Team Health Holdings, Inc., for the policy period beginning June 1, 2019, PRA-00166914-PRA-00166969 (filed under seal);

Exhibit E:   Email from Darryl Thomas to Jeff Bowlby and Mike Boguski, dated June 3, 2019, PRA-00251484-PRA-00251486 (filed under seal);

Exhibit F:   Investment Thesis titled "ProAssurance Corp (PRA)," dated April 30, 2019, LMCG-101-LMCG-112 (filed under seal);

Exhibit G:   Boenning & Scattergood analyst report, dated August 8, 2018;

Exhibit H:   JMP analyst report, dated September 21, 2018;

Exhibit I:   Boenning & Scattergood analyst report, dated January 23, 2020, SHEETMETAL_PRA_JOINTLP_0004557-SHEETMETAL_PRA_JOINTLP_0004561;

- 1 -

Exhibit J:   SunTrust Robinson Humphrey analyst report, dated January 23, 2020, FEINSTEIN_0001765-FEINSTEIN_0001769;

Exhibit K:   Raymond James analyst report, dated January 23, 2020, FEINSTEIN_0001758-FEINSTEIN_0001764;

Exhibit L:   Boenning & Scattergood analyst report, dated May 11, 2020, FEINSTEIN_0001858-FEINSTEIN_0001863;

Exhibit M:   SunTrust Robinson Humphrey analyst report, dated May 8, 2020, FEINSTEIN_0001852-FEINSTEIN_0001857;

Exhibit N:   Raymond James analyst report, dated May 11, 2020, SHEETMETAL_PRA_JOINTLP_0007501-SHEETMETAL_PRA_JOINTLP_0007509;

Exhibit O:   Transcript of the Remote Video Deposition of Dan Koeppel, dated May 26, 2022 (excerpted) (filed under seal); and

Exhibit P:   Transcript of the Video Deposition of David Sullivan, dated June 2, 2022 (excerpted) (filed under seal).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2022, at Amawalk, New York.


s/ SARA DiLEO
SARA DiLEO

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 19, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ROGER H. BEDFORD, JR.
ROGER H. BEDFORD, JR.

ROGER BEDFORD, ATTORNEY AT LAW, LLC
P.O. Box 1149
Russellville, AL 35653
Telephone: 256/332-6966
265/332-6967 (fax)

Email: rogerbedfordattorneyatlawllc@gmail.com

# Mailing Information for a Case 2:20-cv-00856-AKK Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Walter W Bates**
  Bbates@starneslaw.com

- **Roger H Bedford , Jr**
  rogerbedfordattorneyatlawllc@gmail.com

- **Sara M. DiLeo**
  sdileo@saxenawhite.com

- **James Bringhurst Eubank**
  James.Eubank@beasleyallen.com

- **Dawn Stith Evans**
  devans@gseattorneys.com

- **Jay M Ezelle**
  JEzelle@starneslaw.com

- **Janet A Gochman**
  jgochman@stblaw.com

- **Kyla Grant**
  Kgrant@saxenawhite.com

- **Cole Robinson Gresham**
  cgresham@starneslaw.com

- **David J Guin**
  davidg@gseattorneys.com

- **Bailie L Heikkinen**
  bheikkinen@rgrdlaw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Jonathan Dov Lamet**
  jlamet@saxenawhite.com

- **Michael R Lasserre**
  mrl@starneslaw.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com

- **John T Long**
  johnlong@cavanagh-ohara.com

Case 2:20-cv-00856-RDP    Document 103    Filed 08/19/22    Page 6 of 6

- **Carl Jacob Lundqvist**
  jacob.lundqvist@stblaw.com

- **Craig Corey Maider**
  cmaider@saxenawhite.com

- **Wilson Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Mason G Roth**
  mroth@rgrdlaw.com

- **Steven B Singer**
  ssinger@saxenawhite.com

- **Tammy McClendon Stokes**
  tammys@gseattorneys.com

- **Joseph E. White**
  jwhite@saxenawhite.com

- **Jonathan K Youngwood**
  jyoungwood@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)