FILED

2022 Aug-19  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBITS B-F
# [Filed Under Seal]