FILED
2022 Aug-19  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G

# BOENNING & SCATTERGOOD
### ESTABLISHED 1914

## Equity Research

# ProAssurance Corporation
**(PRA-NYSE)**

**August 8, 2018**

**P&C Insurance**

| | |
|---|---|
| Rating/Risk: | Neutral/Moderate |
| Price: | $42.20 |
| Target Price: | NA |

## ProAssurance Reports 2Q18 Beat; Maintain Neutral Rating

**Investment Conclusion:** PRA reported a $0.10 per share beat to our 2Q18 estimate, largely due to higher equity in earnings from unconsolidated subsidiaries. Underwriting and investment results were slightly better than expected. Management's call is at 10:00 AM ET (888-349-0134).

The company is one of the most conservative insurers in the sector and has a long track record of building shareholder value (book value plus cumulative dividends), averaging 13% growth per year for the last 25 years. The stock is currently trading at 1.4x book, which is roughly in-line with the company's long-term median P/B multiple. We also expect earnings to decline over the next couple of years due to less favorable (albeit still very strong) prior-year reserve development. On the plus side, PRA continues to operate with very low leverage, and the board has declared special dividends in each of the last four years (and five of the last six). Given the excess capital, we would not be surprised to see additional special dividends in the future. Still, we believe investors should wait for a better opportunity to get into the stock and we maintain our Neutral rating.

**Key Points:**

☐ **Reported Results:** PRA reported 2Q18 operating EPS of $0.48, beating both our estimate and the consensus estimate of $0.38. Annualized operating ROE was 6.6%.

☐ **Premium Production:** Gross premiums written (GPW) increased 17.8% to $243 million while we expected growth of 4.3%. The Specialty P&C and Workers' Compensation segments were stronger than we expected, while the Lloyd's Syndicate segment came in slightly below our projection. GPW grew 18% in Specialty P&C due to $26.6 million of premium related to a loss portfolio transfer (LPT) with a large healthcare organization that was acquired by one of PRA's insureds – GPW would have declined 3% otherwise. GPW grew 19% in Workers' Compensation, partially attributed to the renewal rights transaction with Great Falls Insurance Company, strong renewal retention of 88%, and overall renewal pricing of +1%. GPW grew 4% in Lloyd's Syndicate due to PRA's increased participation to 62% from 58% of Syndicate 1729's operating results as well as the initial inclusion of the results from Syndicate 6131.

☐ **Equity in Earnings of Unconsolidated Subsidiaries:** PRA booked $5.4 million of earnings from unconsolidated subsidiaries, while we expected $1.5 million (a $0.07 per share after tax beat).

☐ **Underwriting Results:** Underwriting income beat by $0.01 per share after tax. The combined ratio was 99.0%, just below our 99.2% projection. Approximately 10 points of favorable reserve development boosted operating EPS by $0.34, slightly below our projection of 13 points of favorable development ($0.38 per share after tax). Excluding the difference in reserve development, PRA's normalized operating EPS beat our estimate by $0.15.

☐ **Investment Income:** Net investment income of $22.4 million was slightly higher than we expected (less than $0.01 per share after tax).

☐ **Book Value Per Share:** Over the last 12 months, BVPS has declined 15% to $29.37, largely due to a special dividend of $4.69 per share declared during 4Q17. BVPS is down 2% YTD.

☐ **Earnings Outlook:** We are increasing our 2018 EPS estimate to $1.80 (from $1.70) and maintaining our 2019 estimate of $1.65. The increased 2018 estimate reflects the 2Q18 beat.

**Operating EPS Estimates**

| Current | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2017A | $0 62 | $0 40 | $0 45 | $0 55 | $2 02 |
| 2018E* | $0 40 | $0 48 | $0 34 | $0 58 | $1 80 |
| 2019E | $0 37 | $0 36 | $0 34 | $0 58 | $1 65 |

*Q1 and Q2 represent actual results*

| Prior | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2018 | $0 40 | $0 38 | $0 36 | $0 56 | $1 70 |
| 2019 | $0 37 | $0 38 | $0 35 | $0 56 | $1 65 |

| Consensus | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2018 | $0 44 | $0 38 | $0 42 | $0 53 | $1 75 |
| 2019 | $0 37 | $0 40 | $0 40 | $0 53 | $1 71 |

| Market Data | August 7, 2018 |
|---|---|
| Current Price | $42 20 |
| 52 Week Range | $63 45 - $34 95 |
| Market Value (mm) | $2,262 |
| Common Shares O/S (mm) | 53 6 |
| 52 Week ADTV | 270,617 |
| Dividend Yield | 2 9% |
| Institutional Ownership | 85% |
| Price/ Book Value | 1 44x |
| Price/ 2018E EPS | 23 4x |
| Price/ 2019E EPS | 25 6x |

| Financial Data | As of June 30, 2018 |
|---|---|
| Net Premiums Written (mm) (LTM) | $807 |
| Growth in Net Premiums Written (LTM) | 7 4% |
| NPW/ Average Equity | 0 49x |
| Combined Ratio (LTM) | 97 2% |
| Book Value per Share | $29 37 |
| LTM ROE | 5 3% |

*Source: S&P Global Market Intelligence and B&S estimates*

**Robert Farnam**
610.832.5288
*rfarnam@boenninginc.com*

PRICE AS OF PRIOR DAY'S CLOSE

PLEASE SEE THE IMPORTANT DISCLOSURE APPENDIX ON PAGES 5 AND 6



### ProAssurance Corporation (PRA)

*($ in millions, except per share amounts)*

| | Actual 2Q17 | Actual 2Q18 | Y/Y % Change | B&S Estimate 2Q18 | Actual 2Q18 | Variance | Comment |
|---|---|---|---|---|---|---|---|
| Gross Premiums Written | $206.2 | $242.9 | 17.8% | $215.1 | $242.9 | $27.8 | B |
| % Change | 5.8% | 17.8% | 12.0% | 4.3% | 17.8% | 13.5% | B |
| Net Premiums Written | $175.7 | $207.8 | 18.3% | $189.2 | $207.8 | $18.6 | B |
| % Change | 2.4% | 18.3% | 15.8% | 7.7% | 18.3% | 10.6% | B |
| Net Premiums Earned | $180.4 | $223.6 | 24.0% | $197.1 | $223.6 | $26.5 | B |
| % Change | 2.0% | 24.0% | 21.9% | 9.3% | 24.0% | 14.7% | B |
| | | | | | | | |
| Loss Ratio | 64.1% | 72.3% | 8.3% | 68.0% | 72.3% | 4.3% | W |
| Catastrophe Loss Ratio | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | -0.1% | B |
| Prior Year Reserve Development (+ = Adverse) | -16.1% | -10.2% | 5.9% | -13.2% | -10.2% | 3.0% | W |
| Normalized Accident Year Loss Ratio | 80.2% | 82.5% | 2.4% | 81.1% | 82.5% | 1.4% | W |
| Expense Ratio | 32.1% | 26.7% | -5.4% | 31.3% | 26.7% | -4.6% | B |
| **Combined Ratio** | **96.2%** | **99.0%** | **2.8%** | **99.2%** | **99.0%** | **-0.2%** | **B** |
| | | | | | | | |
| Underwriting Income | $6.9 | $2.3 | -67.4% | $1.5 | $2.3 | $0.8 | B |
| Net Investment Income | $22.7 | $22.4 | -1.3% | $22.1 | $22.4 | $0.2 | B |
| Net Investment Gains (Losses) | ($2.2) | $2.8 | -226.0% | $0.0 | $2.8 | $2.8 | B |
| Equity in Earnings from Unconsolidated Subsidiaries | $2.5 | $5.4 | 113.8% | $1.5 | $5.4 | $3.9 | B |
| Other Income | $2.3 | $2.0 | -9.2% | $2.5 | $2.0 | ($0.5) | W |
| Income Before Taxes | $19.2 | $28.1 | 46.5% | $21.2 | $28.1 | $6.9 | B |
| Effective Tax Rate | -1.7% | -1.1% | 0.6% | 5.0% | -1.1% | -6.1% | B |
| Net Income | $19.5 | $28.4 | 45.6% | $20.1 | $28.4 | $8.3 | B |
| | | | | | | | |
| Annualized Return on Average Equity | 4.3% | 7.2% | 3.0% | 5.1% | 7.2% | 2.1% | B |
| Annualized Operating Return on Average Equity | 4.7% | 6.6% | 1.9% | 5.1% | 6.6% | 1.5% | B |
| | | | | | | | |
| PER SHARE DATA | | | | | | | |
| Reported EPS | $0.36 | $0.53 | 45.3% | $0.38 | $0.53 | $0.15 | B |
| Net Investment Gains (Losses) & Other Non-Operating | ($0.03) | $0.05 | -234.0% | $0.00 | $0.05 | $0.05 | B |
| **Operating EPS** | **$0.40** | **$0.48** | **21.2%** | **$0.38** | **$0.48** | **$0.11** | **B** |
| | | | | | | | |
| PY Loss Reserve Development (after tax) (+ = adv) | ($0.35) | ($0.34) | -4.7% | ($0.38) | ($0.34) | $0.05 | W |
| **Normalized Operating EPS** | **$0.05** | **$0.15** | **216.5%** | **($0.00)** | **$0.15** | **$0.15** | **B** |
| | | | | | | | |
| Book Value Per Share | $34.41 | $29.37 | -14.7% | $29.35 | $29.37 | $0.02 | B |

*B = Better; W = Worse*
*Source: Company reports, B&S estimates*

2

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

### ProAssurance Corporation (PRA)

($ in millions)

| | Actual 2Q17 | Actual 2Q18 | Y/Y % Change | B&S Estimate 2Q18 | Actual 2Q18 | Variance | Comment |
|---|---|---|---|---|---|---|---|
| **SPECIALTY P&C INSURANCE** | | | | | | | |
| Gross Premiums Written | $124.9 | $148.0 | 18.5% | $128.3 | $148.0 | $19.7 | B |
| % Change | 7.6% | 18.5% | 10.9% | 2.8% | 18.5% | 15.7% | B |
| Net Premiums Written | $106.5 | $133.2 | 25.1% | $111.0 | $133.2 | $22.2 | B |
| Net Premiums Earned | $109.0 | $143.8 | 32.0% | $119.9 | $143.8 | $23.9 | B |
| Loss Ratio | 65.4% | 77.7% | 12.3% | 70.5% | 77.7% | 7.2% | W |
| Prior Year Reserve Development (+ = Adverse) | -24.3% | -14.0% | 10.3% | -20.0% | -14.0% | 6.0% | W |
| Normalized Accident Year Loss Ratio | 89.7% | 91.7% | 2.0% | 90.5% | 91.7% | 1.2% | W |
| Expense Ratio | 24.1% | 19.5% | -4.6% | 24.0% | 19.5% | -4.5% | B |
| **Combined Ratio** | **89.5%** | **97.2%** | **7.8%** | **94.5%** | **97.2%** | **2.7%** | **W** |
| Underwriting Profit (Loss) | $11.5 | $4.0 | -65.5% | $6.6 | $4.0 | ($2.6) | W |
| **WORKERS' COMPENSATION** | | | | | | | |
| Gross Premiums Written | $59.3 | $70.7 | 19.2% | $63.8 | $70.7 | $6.9 | B |
| % Change | 5.1% | 19.2% | 14.1% | 7.5% | 19.2% | 11.7% | B |
| Net Premiums Written | $54.7 | $64.7 | 18.2% | $57.4 | $64.7 | $7.3 | B |
| Net Premiums Earned | $56.9 | $62.3 | 9.5% | $61.7 | $62.3 | $0.5 | B |
| Loss Ratio | 58.9% | 60.1% | 1.2% | 63.1% | 60.1% | -3.0% | B |
| Prior Year Reserve Development (+ = Adverse) | -5.2% | -6.4% | -1.2% | -3.0% | -6.4% | -3.4% | B |
| Normalized Accident Year Loss Ratio | 64.1% | 66.5% | 2.4% | 66.1% | 66.5% | 0.4% | W |
| Expense Ratio | 30.1% | 28.9% | -1.2% | 29.8% | 28.9% | -0.9% | B |
| **Combined Ratio** | **89.0%** | **88.9%** | **0.0%** | **92.9%** | **88.9%** | **-3.9%** | **B** |
| Underwriting Profit (Loss) | $6.3 | $6.9 | 10.0% | $4.4 | $6.9 | $2.5 | B |
| **LLOYD'S SYNDICATE** | | | | | | | |
| Gross Premiums Written | $23.3 | $24.2 | 3.8% | $24.5 | $24.2 | ($0.3) | W |
| % Change | -6.8% | 3.8% | 10.6% | 5.0% | 3.8% | -1.2% | W |
| Net Premiums Written | $14.4 | $9.9 | -31.6% | $20.8 | $9.9 | ($10.9) | W |
| Net Premiums Earned | $14.5 | $17.5 | 20.7% | $15.5 | $17.5 | $2.0 | B |
| Loss Ratio | 74.3% | 71.5% | -2.8% | 68.0% | 71.5% | 3.5% | W |
| Catastrophe Loss Ratio | 0.0% | 0.0% | 0.0% | 1.0% | 0.0% | -1.0% | B |
| Prior Year Reserve Development (+ = Adverse) | 2.9% | 7.3% | 4.4% | -1.0% | 7.3% | 8.3% | W |
| Normalized Accident Year Loss Ratio | 71.4% | 64.2% | -7.2% | 68.0% | 64.2% | -3.8% | B |
| Expense Ratio | 47.3% | 46.1% | -1.2% | 45.0% | 46.1% | 1.1% | W |
| **Combined Ratio** | **121.6%** | **117.6%** | **-4.0%** | **113.0%** | **117.6%** | **4.6%** | **W** |
| Underwriting Profit (Loss) | ($3.1) | ($3.1) | -1.6% | ($2.0) | ($3.1) | ($1.1) | W |

*B = Better; W = Worse*
*Source: Company reports, B&S estimates*



Price-to-Book Value

Current Premium to Median Price/BVPS
PRA = 5%
Industry = -2%

Legend: Company P/B — Company Median P/B --- Industry P/B — Industry Median P/B ---

*Data as of August 6, 2018*
*Source: S&P Global Market Intelligence*

**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

### ProAssurance Corporation

| | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 | 2Q18 | 3Q18E | 4Q18E | 2018E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | |
| Gross Premiums Written | $812.2 | $835.0 | $231.3 | $206.2 | $245.5 | $191.7 | $874.9 | $243.0 | $242.9 | $256.8 | $202.1 | $944.9 | $252.0 | $222.9 | $264.3 | $208.2 | $947.4 |
| % Change | 4.2% | 2.8% | 4.9% | 5.8% | 5.8% | 2.3% | 4.8% | 5.0% | 17.8% | 4.6% | 5.4% | 8.0% | 3.7% | -8.2% | 2.9% | 3.0% | 0.3% |
| % Retention | 87.3% | 88.4% | 88.3% | 85.2% | 88.3% | 87.3% | 87.3% | 88.5% | 85.5% | 85.3% | 86.0% | 86.3% | 86.8% | 84.4% | 85.3% | 86.1% | 85.6% |
| **Net Premiums Written** | **$709.3** | **$738.5** | **$204.2** | **$175.7** | **$216.7** | **$167.4** | **$764.0** | **$215.1** | **$207.8** | **$219.0** | **$173.9** | **$815.8** | **$218.7** | **$188.1** | **$225.4** | **$179.2** | **$811.5** |
| % Change | 1.1% | 4.1% | 4.3% | 2.4% | 5.3% | 1.2% | 3.5% | 5.3% | 18.3% | 1.1% | 3.9% | 6.8% | 1.7% | -9.5% | 2.9% | 3.0% | -0.5% |
| | | | | | | | | | | | | | | | | | |
| Net Premiums Earned | $694.1 | $733.3 | $182.9 | $180.4 | $192.3 | $183.0 | $738.5 | $187.2 | $223.6 | $195.7 | $197.3 | $803.7 | $198.2 | $200.0 | $201.6 | $202.9 | $802.6 |
| % Change | -0.8% | 5.6% | 3.0% | 2.0% | 3.8% | -5.5% | 0.7% | 2.3% | 24.0% | 1.8% | 7.8% | 8.8% | 5.9% | -10.6% | 3.0% | 2.8% | -0.1% |
| | | | | | | | | | | | | | | | | | |
| Net Losses and LAE | $410.7 | $443.2 | $119.2 | $115.6 | $129.4 | $105.1 | $469.2 | $129.8 | $161.7 | $136.3 | $125.1 | $552.9 | $139.7 | $141.0 | $142.8 | $130.7 | $554.2 |
| Prior Year Reserve Development (+ = Adverse) | ($161.0) | ($143.8) | ($28.8) | ($29.0) | ($32.3) | ($44.3) | ($134.4) | ($22.8) | ($22.8) | ($23.0) | ($35.5) | ($104.2) | ($21.7) | ($21.8) | ($21.3) | ($34.3) | ($99.1) |
| Underwriting Expenses | $217.1 | $227.6 | $57.1 | $57.9 | $57.1 | $63.6 | $235.8 | $57.4 | $59.6 | $58.9 | $59.2 | $235.1 | $58.0 | $58.5 | $59.7 | $60.1 | $236.3 |
| Underwriting Profit (Loss) | $66.4 | $62.4 | $6.6 | $6.9 | $5.8 | $14.2 | $33.6 | $0.0 | $2.3 | $0.4 | $13.0 | $15.7 | $0.5 | $0.4 | ($0.9) | $12.1 | $12.1 |
| | | | | | | | | | | | | | | | | | |
| ***GAAP Ratios*** | | | | | | | | | | | | | | | | | |
| Net Loss & LAE Ratio | 59.2% | 60.4% | 65.1% | 64.1% | 67.3% | 57.4% | 63.5% | 69.3% | 72.3% | 69.7% | 63.4% | 68.8% | 70.5% | 70.5% | 70.8% | 64.4% | 69.0% |
| PY Reserve Development (+ = Adverse) | -23.2% | -19.6% | -15.7% | -16.1% | -16.8% | -24.2% | -18.2% | -12.2% | -10.2% | -11.8% | -18.0% | -13.0% | -10.9% | -10.9% | -10.6% | -16.9% | -12.3% |
| Current AY Loss & LAE Ratio | 82.4% | 80.1% | 80.9% | 80.2% | 80.2% | 81.9% | 80.8% | 81.5% | 82.5% | 81.3% | 81.4% | 81.7% | 81.4% | 81.4% | 81.3% | 81.3% | 81.3% |
| Expense Ratio | 31.3% | 31.0% | 31.2% | 32.1% | 29.7% | 34.8% | 31.9% | 30.6% | 26.7% | 30.1% | 30.0% | 29.2% | 29.2% | 29.3% | 29.6% | 29.6% | 29.4% |
| Combined Ratio | 90.4% | 91.5% | 96.3% | 96.2% | 97.0% | 92.2% | 95.4% | 99.9% | 99.0% | 99.8% | 93.4% | 98.0% | 99.7% | 99.8% | 100.5% | 94.0% | 98.5% |
| AY Combined Ratio | 113.6% | 111.1% | 112.1% | 112.3% | 109.9% | 116.7% | 112.7% | 112.2% | 109.2% | 111.4% | 111.4% | 111.0% | 110.7% | 110.6% | 110.9% | 110.9% | 110.8% |
| | | | | | | | | | | | | | | | | | |
| Net Investment Income | $108.7 | $100.0 | $23.2 | $22.7 | $23.7 | $26.1 | $95.7 | $22.0 | $22.4 | $21.4 | $21.7 | $87.5 | $21.9 | $22.2 | $22.5 | $22.8 | $89.5 |
| % Change | -13.5% | -8.0% | -8.9% | -7.8% | -6.1% | 5.4% | -4.3% | -5.0% | -1.3% | -9.9% | -16.9% | -8.6% | -0.4% | -0.7% | 5.3% | 5.3% | 2.3% |
| Investment Yield | 2.68% | 2.52% | 2.29% | 2.36% | 2.49% | 2.75% | 2.43% | 2.31% | 2.53% | 2.50% | 2.50% | 2.40% | 2.53% | 2.53% | 2.55% | 2.55% | 2.53% |
| Net Investment Gains (Losses) | ($41.6) | $34.9 | $13.3 | ($2.2) | $7.7 | ($2.4) | $16.4 | ($12.5) | $2.8 | $0.0 | $0.0 | ($9.7) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity in Earnings from Unconsolidated Subsidiaries | $3.7 | ($5.8) | $1.8 | $2.5 | $4.2 | ($0.5) | $8.0 | $1.6 | $5.4 | $1.5 | $1.5 | $10.0 | $1.5 | $1.5 | $1.5 | $1.5 | $6.0 |
| Other Income | $7.2 | $7.8 | $1.8 | $2.3 | $0.5 | $2.9 | $7.5 | $2.7 | $2.0 | $2.6 | $2.8 | $10.2 | $2.6 | $2.9 | $2.7 | $2.9 | $10.9 |
| Total Revenues | $772.1 | $870.2 | $223.0 | $205.6 | $228.5 | $209.1 | $866.1 | $201.0 | $256.2 | $221.2 | $223.3 | $901.7 | $224.2 | $226.5 | $228.2 | $230.0 | $909.0 |
| | | | | | | | | | | | | | | | | | |
| Interest Expense | $14.6 | $15.0 | $4.1 | $4.1 | $4.1 | $4.4 | $16.8 | $3.7 | $4.0 | $4.0 | $4.0 | $15.6 | $4.0 | $4.0 | $4.0 | $4.0 | $15.8 |
| Other Underwriting & Miscellaneous Expenses | $0.9 | $11.4 | $2.4 | $8.8 | $2.9 | $1.7 | $15.8 | $1.7 | $2.8 | $2.5 | $2.5 | $9.5 | $2.5 | $2.5 | $2.5 | $2.5 | $10.0 |
| Total Expenses | $643.2 | $697.3 | $182.8 | $186.4 | $193.5 | $174.9 | $737.5 | $192.6 | $228.1 | $201.7 | $190.7 | $813.1 | $204.2 | $206.0 | $209.0 | $197.2 | $816.3 |
| | | | | | | | | | | | | | | | | | |
| Income Before Taxes | $128.9 | $173.0 | $40.2 | $19.2 | $35.0 | $34.2 | $128.6 | $8.4 | $28.1 | $19.5 | $32.5 | $88.5 | $20.0 | $20.5 | $19.3 | $32.8 | $92.7 |
| Taxes | $12.7 | $25.1 | ($1.2) | ($0.3) | $6.0 | $16.9 | $21.4 | ($3.4) | ($0.3) | $1.0 | $1.6 | ($1.1) | $0.4 | $1.0 | $1.0 | $1.6 | $4.0 |
| Effective Tax Rate | 9.8% | 14.5% | -3.0% | -1.7% | 17.2% | 49.3% | 16.6% | -40.6% | -1.1% | 5.0% | 5.0% | NM | 2.0% | 5.0% | 5.0% | 5.0% | 4.4% |
| Net Income | $116.2 | $147.8 | $41.5 | $19.5 | $28.9 | $17.3 | $107.3 | $11.9 | $28.4 | $18.5 | $30.9 | $89.7 | $19.6 | $19.5 | $18.3 | $31.2 | $88.6 |
| | | | | | | | | | | | | | | | | | |
| Operating Income | $142.6 | $126.6 | $33.4 | $21.4 | $24.3 | $29.5 | $108.5 | $21.5 | $26.0 | $18.5 | $30.9 | $96.8 | $19.6 | $19.5 | $18.3 | $31.2 | $88.6 |
| | | | | | | | | | | | | | | | | | |
| **PER SHARE** | | | | | | | | | | | | | | | | | |
| Diluted Weighted Average Shares | 55.0 | 53.4 | 53.5 | 53.6 | 53.6 | 53.7 | 53.6 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 |
| Common Shares Outstanding | 53.1 | 53.3 | 53.4 | 53.4 | 53.4 | 53.5 | 53.5 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 |
| | | | | | | | | | | | | | | | | | |
| Reported EPS, Diluted | $2.11 | $2.77 | $0.77 | $0.36 | $0.54 | $0.32 | $2.00 | $0.22 | $0.53 | $0.34 | $0.58 | $1.67 | $0.37 | $0.36 | $0.34 | $0.58 | $1.65 |
| Realized Gains & Other Non-Operating Income | ($0.48) | $0.40 | $0.15 | ($0.03) | $0.09 | ($0.23) | ($0.02) | ($0.18) | $0.05 | $0.00 | $0.00 | ($0.13) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Operating EPS** | **$2.59** | **$2.37** | **$0.62** | **$0.40** | **$0.45** | **$0.55** | **$2.02** | **$0.40** | **$0.48** | **$0.34** | **$0.58** | **$1.80** | **$0.37** | **$0.36** | **$0.34** | **$0.58** | **$1.65** |
| % Change | -17.2% | -8.6% | 33.4% | -41.0% | 6.2% | -31.3% | -14.6% | -35.8% | 21.2% | -24.0% | 4.6% | -11.0% | -8.7% | -24.8% | -1.0% | 0.9% | -8.5% |
| | | | | | | | | | | | | | | | | | |
| **Book Value** | **$36.88** | **$33.78** | **$34.19** | **$34.41** | **$34.65** | **$29.83** | **$29.83** | **$29.28** | **$29.37** | **$29.40** | **$29.67** | **$29.67** | **$29.72** | **$29.78** | **$29.81** | **$30.08** | **$30.08** |
| % Change (Y/Y) | -3.4% | -8.4% | -8.3% | -9.7% | -9.7% | -11.7% | -11.7% | -14.4% | -14.7% | -15.2% | -0.6% | -0.6% | 1.5% | 1.4% | 1.4% | 1.4% | 1.4% |
| | | | | | | | | | | | | | | | | | |
| Dividend Per Share | $2.24 | $5.93 | $0.31 | $0.31 | $0.31 | $5.00 | $5.93 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 |
| | | | | | | | | | | | | | | | | | |
| **Return on Average Equity** | **5.6%** | **7.9%** | **9.2%** | **4.3%** | **6.3%** | **4.0%** | **6.3%** | **3.0%** | **7.2%** | **4.7%** | **7.8%** | **5.6%** | **4.9%** | **4.9%** | **4.6%** | **7.8%** | **5.5%** |
| Opeating Return on Average Equity | 6.9% | 6.7% | 7.4% | 4.7% | 5.3% | 6.9% | 6.4% | 5.4% | 6.6% | 4.7% | 7.8% | 6.1% | 4.9% | 4.9% | 4.6% | 7.8% | 5.5% |
| | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | |
| Total Cash & Investments | $3,891.2 | $4,043.0 | $3,849.5 | $3,810.0 | $3,790.8 | $3,821.0 | $3,821.0 | $3,541.9 | $3,420.5 | $3,466.1 | $3,475.8 | $3,475.8 | $3,520.3 | $3,532.6 | $3,579.5 | $3,590.0 | $3,590.0 |
| | | | | | | | | | | | | | | | | | |
| Total Long-Term Debt | $350.0 | $448.2 | $448.3 | $426.4 | $400.5 | $411.8 | $411.8 | $371.5 | $288.3 | $288.3 | $288.3 | $288.3 | $288.3 | $288.3 | $288.3 | $288.3 | $288.3 |
| | | | | | | | | | | | | | | | | | |
| **Total Shareholders' Equity** | **$1,958.4** | **$1,798.7** | **$1,825.7** | **$1,838.1** | **$1,850.9** | **$1,594.8** | **$1,594.8** | **$1,569.2** | **$1,574.6** | **$1,576.5** | **$1,590.8** | **$1,590.8** | **$1,593.8** | **$1,596.7** | **$1,598.4** | **$1,612.9** | **$1,612.9** |
| | | | | | | | | | | | | | | | | | |
| Net Cash Provided by Operating Activities | $111.1 | $169.1 | $58.5 | $8.4 | $31.1 | $51.0 | $149.0 | $73.4 | ($7.8) | $62.3 | $26.3 | $154.1 | $61.1 | $28.8 | $63.6 | $27.1 | $180.6 |
| | | | | | | | | | | | | | | | | | |
| **METRICS** | | | | | | | | | | | | | | | | | |
| Interest Cost | 4.2% | 3.4% | 3.7% | 3.9% | 4.1% | 4.3% | 4.1% | 4.0% | 5.5% | 5.5% | 5.5% | 5.4% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| Debt / Total Capital | 15.2% | 19.9% | 19.7% | 18.8% | 17.8% | 20.5% | 20.5% | 19.1% | 15.5% | 15.5% | 15.3% | 15.3% | 15.3% | 15.3% | 15.3% | 15.2% | 15.2% |
| NPW / Equity | 0.36x | 0.41x | 0.41x | 0.41x | 0.41x | 0.48x | 0.48x | 0.49x | 0.51x | 0.51x | 0.51x | 0.51x | 0.51x | 0.50x | 0.50x | 0.50x | 0.50x |
| Investments / Equity | 1.99x | 2.25x | 2.11x | 2.07x | 2.05x | 2.40x | 2.40x | 2.26x | 2.17x | 2.20x | 2.18x | 2.18x | 2.21x | 2.21x | 2.24x | 2.23x | 2.23x |
| | | | | | | | | | | | | | | | | | |
| *Net Premiums Written Breakdown:* | | | | | | | | | | | | | | | | | |
| Specialty P&C Insurance | 62.3% | 62.1% | 57.4% | 60.6% | 66.1% | 61.8% | 61.6% | 56.7% | 64.1% | 68.7% | 63.1% | 63.2% | 57.9% | 58.2% | 68.4% | 62.7% | 62.0% |
| Workers' Compensation | 30.8% | 30.3% | 37.0% | 31.1% | 25.2% | 32.0% | 31.2% | 37.8% | 31.1% | 26.4% | 33.0% | 32.0% | 39.1% | 35.2% | 26.6% | 33.3% | 33.4% |
| Lloyd's Syndicate | 6.9% | 7.6% | 5.6% | 8.2% | 8.7% | 6.2% | 7.2% | 5.5% | 4.7% | 5.0% | 4.0% | 4.8% | 3.0% | 6.6% | 5.0% | 4.0% | 4.6% |

*Source: company documents, B&S estimates as of August 8, 2018*

4



**BOENNING & SCATTERGOOD**
ESTABLISHED 1914

## Disclosure Appendix

**Rating and Price Target History:**

## Risk Factors:

The realization of any of the following risk factors, among others, may adversely affect the company's stock: a downturn in the economy, deterioration in premium pricing, unexpected catastrophe losses, and significant adverse loss reserve development.

## Analyst Certification:

The research analyst whose name appears on this research report certifies that: (1) all of the views expressed in this research report accurately reflect their personal views about the subject security or issuer, and (2) no part of the research analysts' compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analysts in this research report.

## Important Disclosures:

Analyst compensation is based on, in part, Boenning & Scattergood, Inc.'s profitability, which includes revenues from investment banking. Boenning & Scattergood expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.



## Boenning & Scattergood's Ratings System:

Our three-tier investment ratings are based on a stock's return potential relative to a broad market index:

- *__Outperform (Buy):__* The security's total return over the year or longer is expected to exceed the total return of the S&P 500™ over the identical period.
- *__Neutral (Hold):__* The security's total return over the next year or longer is expected to be roughly equivalent to the total return of the S&P 500™ over the identical period.
- *__Underperform (Sell):__* The security's total return over the next year or longer is expected to be less than the total return of the S&P 500™ over the identical period.

Our four-tier risk ratings are based on a mix of price volatility and fundamental factors relative to the market and peer group:

- *__Low:__* The security has higher-than-average fundamental predictability and/or lower-than-average price volatility.
- *__Moderate:__* The security has average fundamental predictability and/or average price volatility.
- *__High:__* The security has lower-than-average fundamental predictability and/or higher-than-average price volatility.
- *__Speculative:__* The security has very inconsistent fundamental predictability and/or very high relative price volatility.

## Ratings Distribution (6/30/18):

| Coverage Universe (a) | % of Universe | Investment Banking Clients (b) | % of Rating Group |
|---|---|---|---|
| Outperform (Buy) | 33% | Outperform (Buy) | 29% |
| Neutral (Hold) | 54% | Neutral (Hold) | 8% |
| Underperform (Sell) | 1% | Underperform (Sell) | 0% |
| Not Rated | 11% | Not Rated | 13% |

(a)  Total may not add up to 100% due to rounding.
(b)  Related to services provided within the past 12 months.

Additional information on companies in a research report, including financial models, is available on request. Boenning & Scattergood, Inc. does and seeks to do business with companies covered in its research reports. As a result, Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not a complete analysis of every material fact representing company, industry, or security mentioned herein. The information has been obtained from sources believed reliable, but is not necessarily complete and is not guaranteed. The reports are prepared for general information only and do not have regard to the specific investment objectives, the financial situation, or the specific needs of any particular person who may receive this report. The information is not to be relied upon in substitution for the exercise of independent judgment. It is recommended that Investors seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed in any report and should understand that statements regarding future prospects, earnings estimates, and forecasts may not be realized. Past performance is not necessarily indicative of future results. This communication shall not be deemed to constitute an offer or solicitation on the part of Boenning & Scattergood with respect to the sale or purchase of any securities. Securities and financial instruments mentioned herein may not be qualified for sale in all states. Opinions are subject to change without notice and reflect the opinion at its original date of publication. Boenning & Scattergood may have issued a trading opinion that may have identified a short-term trading opportunity that may differ from the analyst's stock rating which is based on the expected return over a 12-month period. Boenning & Scattergood may trade for its own accounts as market maker, may have a long or short position in any securities of this issuer or related investments, and/or may be the opposite side of public orders. This firm or its officers, directors, stockholders, employees and clients, in the normal course of business, may have, acquire or sell a position including options, if any, in the securities mentioned. Boenning & Scattergood may also act as underwriter, placement agent, advisor, or lender to an issuer mentioned herein.

Member FINRA/SIPC

**BOENNING & SCATTERGOOD** ESTABLISHED 1914

## BOENNING & SCATTERGOOD INSTITUTIONAL CONTACTS

**RESEARCH ANALYSTS**

| | | | |
|---|---|---|---|
| Banks & Thrifts | Matthew Schultheis, CFA | mschultheis@boenninginc.com | 610.832.5290 |
| Banks & Thrifts | Erik Zwick, CFA | ezwick@boenninginc.com | 610.862.5322 |
| Banks & Thrifts | Scott Beury | sbeury@boenninginc.com | 610.862.5337 |
| P&C Insurance | Robert Farnam | rfarnam@boenninginc.com | 610.832.5288 |
| REITs | Merrill Ross | mross@boenninginc.com | 610.862.5328 |
| Water & Environment | Ryan M. Connors | rconnors@boenninginc.com | 610.832.5212 |

**INSTITUTIONAL SALES**

| | | | |
|---|---|---|---|
| Boston | Scott Spottiswoode | sspottiswoode@boenninginc.com | 866.326.8094 |
| Europe | Scott J. Seidl | sseidl@boenninginc.com | 212.922.1459 |
| Mid-Atlantic | Eugene Bodo | ebodo@boenninginc.com | 610.862.5368 |
| Midwest | Bill Channell | wchannell@boenninginc.com | 312.265.4855 |
| Midwest | Bob Hurley | rhurley@boenninginc.com | 312.265.4865 |
| New York | Mary Scattergood | mscattergood@boenninginc.com | 212.209.3880 |
| New York | Peter Homsher | phomsher@boenninginc.com | 610.832.5315 |
| Northeast | Brad Rinschler | brinschler@boenninginc.com | 610.684.5427 |

**AGENCY TRADING**

| | | |
|---|---|---|
| Breege Rohan | brohan@boenninginc.com | 212.922.1307 |
| Brendan Kenny | bkenny@boenninginc.com | 212.209.3903 |
| Melissa Donahue | mdonahue@boenninginc.com | 610.862.5330 |
| Michael McCarthy | mmccarthy@boenninginc.com | 610.862.5330 |

**MARKET MAKING**

| | | |
|---|---|---|
| Jeff McMurray | jmcmurray@boenninginc.com | 610.862.5360 |

**DERIVATIVE STRATEGY**

| | | |
|---|---|---|
| Louis DePaul | ldepaul@boenninginc.com | 610.832.5275 |