FILED
2022 Aug-19  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

Insurance | Estimate Changes
September 21, 2018

# JMP

## ProAssurance Corporation (PRA)
On the Road With PRA: Update Following Meetings With Management

**MARKET OUTPERFORM**
Price: $48.00
Price Target: $52.00

**Matthew J. Carletti**
mcarletti@jmpsecurities.com
(312) 768-1784

**Karol Chmiel, CFA**
kchmiel@jmpsecurities.com
(312) 768-1786

### INVESTMENT HIGHLIGHTS

- **We reiterate our Market Outperform rating and increase our price target to $52 (1.7x forward book value adjusted for anticipated special dividends) from $50 (also 1.7x) on shares of ProAssurance (PRA) following meetings with investors.** We recently hosted the management team of ProAssurance for meetings with investors and came away with continued confidence in the long-term prospects for the company. With a differentiated product that commands a premium price, a breadth of products covering a broad healthcare spectrum, a solid balance sheet (conservative assets, redundant reserves, and modest excess capital), and strong underwriting discipline, we believe PRA is well situated for the challenging insurance market and changing healthcare environment at hand today.

- **ProAssurance is well equipped to handle recent changes in the loss cost landscape; peers will likely struggle.** It is becoming increasingly evident to us that the medical liability market has reached an inflection point, as competitors come to terms with their aggressive actions in recent years as loss cost pressures grow. We have confidence that PRA is amongst the best-equipped in the market to benefit from such a market turn as competitors reduce exposure or leave the market, but we recognize that the transition period (where we find ourselves now) can be difficult for the investment markets to navigate. With a rock solid balance sheet, position as one of the best operators in the market, and paying a solid dividend yield (even assuming a smaller special dividend this year), we think investors can sleep at night and are getting paid to wait.

- **ProAssurance continues to have one of the strongest balance sheets in the industry.** We estimate reserve redundancies at roughly $190 mln, or $3/share (see Figure 1). This is due, in large part, to a very conservative reserving process that adds roughly 8-10 loss ratio points to the priced level when setting reserves in its core MPL product to account for the long-tail nature and historical volatility of the line. As long as loss cost inflation remains relatively benign, releases should continue. If loss cost inflation were to pick up materially, PRA would have a significant cushion to absorb the headwind, while many peers would likely be forced to add to reserves. To illustrate this point, particularly given recent signs of a small uptick in severity, in arriving at our $190 mln redundancy estimate, we have stressed the MPL line (~80% of the company's reserves) by adding a standard deviation to the average paid-to-paid and reported-to-reported factors at every development period (12 months, 24 months, 36 months, etc.). If we were to apply historical averages to the MPL line instead of this more stressed scenario, our estimated reserve redundancy would roughly double.

### MARKET DATA

| | |
|---|---|
| Price | $48.00 |
| 52-Week Range: | $34.95 - $63.45 |
| Shares Out. (M): | 53.6 |
| Market Cap ($M): | $2,572.8 |
| Average Daily Vol. (000): | 348.0 |
| Book Value/Share: | $29.37 |
| BV/Share ex AOCI: | $29.43 |
| Dividend: | $1.24 |
| Dividend Yield: | 2.58% |
| Float (M): | 52.8 |
| Price to Book Value: | 1.6x |
| Price to Tangible Book: | 2.0x |
| ROAE: | 6.2% |
| Secular Growth Rate: | 27.3% |
| Tangible BV/Share: | $23.93 |

Source: Thomson Reuters and JMP Securities LLC

| FY DEC | | 2017A | 2018E | 2019E |
|---|---|---|---|---|
| Oper. Inc. (M) | 1Q | $33.4 | $21.5A | -- |
| | 2Q | $21.4 | $25.9A | -- |
| | 3Q | $24.3 | $21.9 | -- |
| | 4Q | $29.5 | $27.6 | -- |
| | FY | $108.5 | $96.9 | $96.8 |
| EPS | 1Q | $0.62 | $0.40A | -- |
| | 2Q | $0.40 | $0.48A | -- |
| | 3Q | $0.45 | $0.41 | -- |
| | 4Q | $0.55 | $0.51 | -- |
| | FY | $2.02 | $1.80 | $1.80 |
| | P/E | 23.8x | 26.7x | 26.7x |
| Previous FY | | NC | NC | $1.75 |

Source: Company reports and JMP Securities LLC

### STOCK PRICE PERFORMANCE



**ProAssurance Corporation (PRA)**



**FIGURE 1.   50-50 Weighted (Paid and Reported) Loss Analysis**

50/50 Weighted Paid/Reported Development
(000's Omitted)

|  | Indicated Loss & DCCE Reserves | Stated Loss & DCCE Reserves | Indicated Reserve Redundancy/ (Deficiency) | Redundancy/ (Deficiency) as % of Stated Reserves |
|---|---|---|---|---|
| Workers' Comp | 113,862 | 119,514 | 5,652 | 4.7% |
| Medical Professional Liability - Occ | 159,986 | 183,219 | 23,234 | 12.7% |
| Medical Professional Liability - CM | 850,136 | 987,191 | 137,056 | 13.9% |
| Other Liability - Occ | 3,801 | 6,733 | 2,933 | 43.6% |
| Other Liability - CM | 66,547 | 73,581 | 7,035 | 9.6% |
| Reinsurance - Liability | 13,781 | 15,119 | 1,338 | 8.8% |
| Products Liability - Occ | 7,414 | 9,480 | 2,066 | 21.8% |
| Products Liability - CM | 34,234 | 45,950 | 11,717 | 25.5% |
| | | | | |
| **Totals \*** | **1,249,759** | **1,440,787** | **191,029** | **13.3%** |
| *\* stressed w/ MPL at 10 Yr Avg +1 Std Dev* | | | | |

*Source: JMP Securities LLC, Company Reports*

- **M&A going forward is likely to be sporadic and opportunistic as management has assembled most of its needed products, capabilities, and geographies over the past 5-10 years.** Since the current management team came together 10 years ago, it has made a number of acquisitions focused on obtaining the necessary assets/capabilities to compete for the long run in a changing healthcare landscape, beyond its core MPL product. Examples include the acquisitions of PICA (70% market share of the podiatry market, which should see increased demand given the growing diabetes epidemic), Eastern Insurance (workers' compensation insurer with a concentration of business in the healthcare sector), and MedMark (writes liability coverage for medical devices and clinical trials). Having assembled a broad spectrum of capabilities and products with good geographic spread, we think M&A going forward will be more sporadic and opportunistic in nature. There are, however, a few areas that management would look to improve its toolbox if the right opportunity came along, including a few specialty coverages (similar to its acquisition of PICA several years ago to access the podiatric market) and geographies (mostly Western states).

- **While operating leverage has improved in recent years, in part, through more aggressive capital management, we still believe ProAssurance is overcapitalized.** The company's operating leverage is in the 0.6x range, which is a significant improvement from the 0.3x range it had hovered in for some time. A.M. Best would likely support ~0.8x without rating concerns; however, the means by which a company gets there may have implications, as does the agency's view of the underwriting cycle at any point in time. Over the past several years, PRA has incrementally become more aggressive in managing capital, using a combination of buying back shares, increasing the regular dividend (currently $1.24/year, or 2.6% yield), and paying special dividends (see Figure 2). In the near term, we expect special dividends to remain the primary means of the capital management strategy as buybacks do not currently meet management's requirements for recoupment of dilution. However, we think the magnitude of capital return is likely to ease or pause as the company's operating leverage has improved and changes taking place in the market could lead to growth opportunities (and thus, capital usage) in the intermediate term.

**ProAssurance Corporation (PRA)**

**JMP**

**FIGURE 2.   Buybacks, Regular and Special Dividends**



Source: JMP Securities LLC, Company Reports

**ProAssurance Corporation (PRA)**



## Company Description

ProAssurance is a provider of professional liability insurance to individuals and organizations in the healthcare profession, targeting the entire professional liability market, with physicians the main focus. The majority of the overall portfolio is written in the standard market, with some coverage written in the excess and surplus (non-standard) market. The company is licensed to write business in all 50 states and is rated "A+" by A.M. Best.

## Investment Risks

Risks to an investment in shares of ProAssurance include an unforeseen rise in loss cost inflation, a substantial change in competitive market dynamics, deterioration of tort reform measures, or a shock-loss jury award.

**ProAssurance Corporation (PRA)**



## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Matthew J. Carletti and Karol Chmiel

**JMP Securities Disclosures:**
JMP Securities currently makes a market in the security of ProAssurance Corporation

**JMP Securities Investment Opinion Definitions:**
Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.
**JMP Securities Research Ratings and Investment Banking Services:** (as of September 21, 2018)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 264 | 59.86% | Buy | 264 | 59.86% | 75 | 28.41% |
| MARKET PERFORM | Hold | 159 | 36.05% | Hold | 159 | 36.05% | 21 | 13.21% |
| MARKET UNDERPERFORM | Sell | 6 | 1.36% | Sell | 6 | 1.36% | 0 | 0% |
| COVERAGE IN TRANSITION | | 9 | 2.04% | | 9 | 2.04% | 2 | 22.22% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 441 | 100% | | 441 | 100% | 98 | 22.22% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



**ProAssurance Corporation (PRA)**



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2018. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**ProAssurance Corporation (PRA)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

# RESEARCH PROFESSIONALS

## FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |
| Thomas Wenk | (415) 835-8962 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Operating Companies**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

## HEALTHCARE

**Biopharma**
| | |
|---|---|
| Donald Ellis, PharmD | (212) 906-3507 |
| Naz bur Rahman | (212) 906-3519 |

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Jonathan Wolleben | (312) 768-1788 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Roy Buchanan | (212) 906-3509 |
| Konstantinos Aprilakis, MD | (212) 906-3503 |
| Simon Gruber | (212) 906-3538 |
| Jonathan Helander, PhD | (212) 906-3540 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

## REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Doug Hansen | (415) 835-8934 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**Residential Services**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

**REITs: Healthcare & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**REITs: Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

## TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
| | |
|---|---|
| Joseph Osha | (415) 835-8998 |
| Hilary Cauley | (415) 835-8996 |

**Cybersecurity, Data Management & Comm Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |
| Michael Berg | (415) 835-3914 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| M ke McGovern | (415) 835-8916 |
| David Yueh | (415) 835-3957 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Mathew Spencer | (415) 835-8930 |
| Joe Goodwin | (415) 869-4477 |
| Greg McDowell | (415) 835-3934 |
| Peter Lowry | (415) 869-4418 |

---

# ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **Charles Sweeney** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Director of Sales & Trading** | San Francisco, CA 94111 |
| (212) 906-3599 | (212) 906-3573 | www.jmpsecurities.com |