FILED
2022 Aug-19  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT I

# BOENNING & SCATTERGOOD

ESTABLISHED 1914

**Equity Research**

## ProAssurance Corporation
(PRA-NYSE)

**January 23, 2020**

**P&C Insurance**

Rating/Risk:     Neutral/Moderate

Price:           $37.58

Target Price:    NA

### ProAssurance Preannounces 4Q19 Reserve Charge in Core Healthcare Professional Liability Book

**Investment Conclusion:** Following year-end reserve reviews by both internal and external actuaries, ProAssurance has decided to take a reserve charge in its Specialty Property & Casualty segment, the company's foundational healthcare professional liability book of business. Management has talked about deteriorating loss trends in the healthcare professional liability market for the last 18 months, and they took steps (such as significantly increasing accident year loss ratios) to stay ahead of the worsening trends (trends they didn't actually see in their own paid loss data but were noted by other market participants). We consider ProAssurance one of the most conservative insurers in the industry when it comes to loss reserve adequacy, so this reserve charge is particularly surprising. We expect the shares to be weak today on this news.

**Key Points:**

- **Prior Year Reserve Charge:** ProAssurance announced a preliminary estimate of $37 million (we estimate 30 percentage points) of adverse reserve development in the company's Specialty Property & Casualty segment to reflect deteriorating loss experience, driven primarily by a large national healthcare account.

- **Current Accident Year Loss Ratio Adjustment:** Management also expects to book a current accident year net loss ratio between 134% and 148% to reflect the deteriorating loss experience in the national healthcare account and, to a lesser extent, in the healthcare professional liability excess & surplus lines of business (which includes custom physicians, healthcare facilities, correctional healthcare, and long-term care policies). Management noted the company's other healthcare lines will be in line with expectations.

- **Estimate Changes:** We lowered our 4Q19 and full-year 2019 EPS estimates to a loss of $1.60 (from a gain of $0.19) and a loss of $1.15 (from a gain of $0.64), respectively. Our estimates for 2020 and 2021 are under review until we hear more details about the underlying issues. Management expects to provide much more detail regarding these actions, as well as the loss trends that drove these actions, during their 4Q19 earnings call on February 21.

### Operating EPS Estimates

| Current | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2018A | $0.40 | $0.48 | $0.42 | $0.18 | $1.48 |
| 2019E* | $0.08 | $0.08 | $0.30 | ($1.60) | ($1.15) |
| 2020E | UR | UR | UR | UR | UR |
| 2021E | UR | UR | UR | UR | UR |

*Q1, Q2 and Q3 represent actual results*

| Prior | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2019 | | | | $0.19 | $0.64 |
| 2020 | $0.17 | $0.16 | $0.08 | $0.16 | $0.57 |
| 2021 | $0.14 | $0.13 | $0.07 | $0.11 | $0.45 |

| Consensus | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2019 | $0.34 | $0.15 | $0.14 | $0.20 | $0.66 |
| 2020 | $0.13 | $0.14 | $0.15 | $0.22 | $0.63 |
| 2021 | $0.15 | $0.18 | $0.17 | $0.21 | $0.71 |

### Market Data                                    January 22, 2020

| | |
|---|---|
| Current Price | $37.58 |
| 52 Week Range | $45.45 - $34.11 |
| Market Value (mm) | $2,021 |
| Common Shares O/S (mm) | 53.8 |
| 52 Week ADTV | 266,035 |
| Dividend Yield | 3.3% |
| Institutional Ownership | 86% |
| Price/ Book Value | 1.27x |
| Price/ 2019E EPS | -32.7x |
| Price/ 2020E EPS | NA |
| Price/ 2021E EPS | NA |

### Financial Data                        As of September 30, 2019

| | |
|---|---|
| Net Premiums Written (mm) (LTM) | $846 |
| Growth in Net Premiums Written (LTM) | 3.3% |
| NPW/ Average Equity | 0.54x |
| Combined Ratio (LTM) | 106.5% |
| Book Value per Share | $29.56 |
| LTM ROE | 2.3% |

*Source: S&P Global Market Intelligence and B&S estimates*

**Robert Farnam**
610.832.5288
*rfarnam@boenninginc.com*

PRICE AS OF PRIOR DAY'S CLOSE
PLEASE SEE THE IMPORTANT DISCLOSURE APPENDIX ON PAGES 3 AND 4



## ProAssurance Corporation

| | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | |
| Gross Premiums Written | $635.0 | $231.3 | $206.2 | $245.5 | $191.7 | $874.9 | $243.0 | $242.9 | $259.7 | $211.7 | $957.3 | $279.8 | $221.3 | $265.5 | $215.2 | $981.9 | Under | Under |
| % Change | 2.8% | 4.9% | 5.8% | 5.8% | 2.3% | 4.8% | 5.0% | 17.8% | 5.8% | 10.4% | 9.4% | 15.1% | -8.9% | 2.2% | 1.7% | 2.6% | Review | Review |
| % Retention | 88.4% | 88.3% | 85.2% | 88.3% | 87.3% | 87.3% | 88.5% | 85.5% | 88.3% | 86.3% | 87.2% | 87.8% | 85.8% | 85.9% | 86.2% | 86.5% | | |
| **Net Premiums Written** | **$738.5** | **$204.2** | **$175.7** | **$216.7** | **$167.4** | **$764.0** | **$215.1** | **$207.8** | **$229.3** | **$182.7** | **$834.9** | **$245.7** | **$190.0** | **$228.1** | **$185.6** | **$849.3** | | |
| % Change | 4.1% | 4.3% | 2.4% | 5.3% | 1.2% | 3.5% | 5.3% | 16.3% | 5.8% | 9.1% | 9.3% | 14.2% | -8.6% | -0.6% | 1.6% | 1.7% | | |
| | | | | | | | | | | | | | | | | | | |
| Net Premiums Earned | $733.3 | $182.9 | $180.4 | $192.3 | $183.0 | $738.5 | $187.2 | $223.6 | $206.1 | $202.0 | $818.9 | $208.1 | $209.1 | $215.8 | $212.3 | $845.4 | | |
| % Change | 5.6% | 3.0% | 2.0% | 3.8% | -5.5% | 0.7% | 2.3% | 24.0% | 7.2% | 10.4% | 10.9% | 11.2% | -6.5% | 4.7% | 5.1% | 3.2% | | |
| | | | | | | | | | | | | | | | | | | |
| Net Losses and LAE | $443.2 | $119.2 | $115.6 | $129.4 | $105.1 | $469.2 | $129.8 | $161.7 | $147.6 | $154.1 | $593.2 | $159.8 | $168.4 | $161.6 | $270.6 | $760.4 | | |
| Prior Year Reserve Development (+ = Adverse) | ($143.8) | ($28.8) | ($29.0) | ($32.3) | ($44.3) | ($134.4) | ($22.6) | ($22.8) | ($21.5) | ($25.0) | ($92.1) | ($10.3) | ($16.0) | ($15.9) | $36.6 | ($5.6) | | |
| Underwriting Expenses | $227.6 | $57.1 | $57.9 | $57.1 | $63.6 | $235.8 | $57.4 | $59.6 | $61.8 | $59.7 | $238.6 | $61.4 | $62.7 | $61.9 | $63.0 | $248.9 | | |
| Underwriting Profit (Loss) | $62.4 | $6.6 | $6.9 | $5.8 | $14.2 | $33.6 | $0.0 | $2.3 | ($3.4) | ($11.8) | ($12.9) | ($13.0) | ($22.0) | ($7.7) | ($121.2) | ($163.9) | | |
| | | | | | | | | | | | | | | | | | | |
| **GAAP Ratios** | | | | | | | | | | | | | | | | | | |
| Net Loss & LAE Ratio | 60.4% | 65.1% | 64.1% | 67.3% | 57.4% | 63.5% | 69.3% | 72.3% | 71.6% | 76.3% | 72.4% | 76.8% | 80.5% | 74.9% | 127.4% | 89.9% | | |
| Catastrophe Losses | 0.0% | 0.0% | 0.0% | 3.9% | -0.2% | 1.0% | 0.0% | 0.0% | 0.0% | 5.0% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | |
| PY Reserve Development (+ = Adverse) | -19.6% | -15.8% | -16.1% | -16.8% | -24.3% | -18.2% | -12.2% | -10.2% | -10.5% | -12.3% | -11.3% | -4.9% | -7.6% | -7.4% | 17.2% | -0.7% | | |
| Current AY Loss & LAE Ratio | 80.1% | 80.9% | 80.2% | 80.2% | 82.0% | 80.8% | 81.5% | 82.5% | 82.1% | 83.6% | 82.6% | 81.7% | 88.2% | 82.3% | 110.2% | 90.6% | | |
| Expense Ratio | 31.0% | 31.2% | 32.1% | 29.7% | 34.8% | 31.9% | 30.6% | 26.7% | 30.0% | 29.6% | 29.1% | 29.5% | 30.0% | 28.7% | 29.7% | 29.4% | | |
| **Combined Ratio** | **91.4%** | **96.3%** | **96.2%** | **97.0%** | **92.2%** | **95.4%** | **99.9%** | **99.0%** | **101.6%** | **105.9%** | **101.5%** | **106.3%** | **110.5%** | **103.6%** | **157.1%** | **119.4%** | | |
| AY Combined Ratio | 111.1% | 112.1% | 112.3% | 109.9% | 116.8% | 112.7% | 112.2% | 109.2% | 112.1% | 113.1% | 111.7% | 111.2% | 118.2% | 110.9% | 139.9% | 120.1% | | |
| | | | | | | | | | | | | | | | | | | |
| Net Investment Income | $100.0 | $23.2 | $22.7 | $23.7 | $26.1 | $95.7 | $22.0 | $22.4 | $23.3 | $24.2 | $91.9 | $22.8 | $23.5 | $23.7 | $23.8 | $93.9 | | |
| % Change | -8.0% | -6.9% | -7.8% | -6.1% | 5.4% | -4.3% | -5.0% | -1.3% | -2.0% | -7.1% | -3.9% | 3.6% | 5.2% | 1.8% | -1.5% | 2.2% | | |
| Investment Yield | 2.52% | 2.29% | 2.36% | 2.49% | 2.75% | 2.43% | 2.31% | 2.53% | 2.72% | 2.79% | 2.53% | 2.66% | 2.70% | 2.66% | 2.65% | 2.68% | | |
| Net Investment Gains (Losses) | $34.9 | $13.3 | ($2.2) | $7.7 | ($2.4) | $16.4 | ($12.5) | $2.8 | $12.4 | ($46.1) | ($43.5) | $36.6 | $9.3 | $1.1 | $0.0 | $47.1 | | |
| Equity in Earnings from Unconsolidated Subsidiaries | ($5.6) | $1.8 | $2.5 | $4.2 | ($0.5) | $8.0 | $1.6 | $5.4 | $5.2 | ($3.3) | $8.9 | ($0.8) | ($5.2) | ($1.3) | $0.0 | ($7.2) | | |
| Other Income | $7.6 | $1.8 | $2.3 | $0.5 | $2.9 | $7.5 | $2.7 | $2.0 | $2.4 | $2.7 | $9.8 | $2.1 | $2.8 | $2.5 | $3.1 | $10.5 | | |
| Total Revenues | $870.2 | $223.0 | $205.6 | $228.5 | $209.1 | $866.1 | $201.0 | $256.2 | $249.3 | $179.5 | $886.0 | $268.9 | $239.6 | $241.9 | $239.2 | $989.6 | | |
| | | | | | | | | | | | | | | | | | | |
| Interest Expense | $15.0 | $4.1 | $4.1 | $4.1 | $4.4 | $16.8 | $3.7 | $4.0 | $3.6 | $4.9 | $16.1 | $4.3 | $4.2 | $4.3 | $4.3 | $17.1 | | |
| Segregated Portfolio Cell Dividend Expense | $8.1 | $2.4 | $8.8 | $2.9 | $1.7 | $15.8 | $1.7 | $2.8 | $5.3 | ($0.7) | $9.1 | $4.8 | ($7.0) | $3.6 | $3.0 | $4.4 | | |
| Total Expenses | $694.0 | $182.8 | $186.4 | $193.5 | $174.9 | $737.5 | $192.6 | $228.1 | $218.3 | $218.0 | $857.0 | $230.3 | $228.4 | $231.4 | $340.8 | $1,030.8 | | |
| | | | | | | | | | | | | | | | | | | |
| Income Before Taxes | $176.2 | $40.2 | $19.2 | $35.0 | $34.2 | $128.6 | $8.4 | $28.1 | $31.0 | ($38.5) | $29.0 | $38.6 | $11.3 | $10.5 | ($101.6) | ($41.3) | | |
| Taxes | $25.1 | ($1.2) | ($0.3) | $6.0 | $16.9 | $21.4 | ($3.4) | ($0.3) | ($0.2) | ($14.1) | ($18.0) | $7.0 | ($0.3) | ($6.7) | ($15.2) | ($15.2) | | |
| Effective Tax Rate | 14.3% | -3.0% | -1.7% | 17.2% | 49.3% | 16.6% | -40.6% | -1.1% | -0.7% | 36.6% | -62.1% | 18.0% | -2.5% | -63.7% | 15.0% | 37.0% | | |
| Net Income | $151.1 | $41.5 | $19.5 | $28.9 | $17.3 | $107.3 | $11.9 | $28.4 | $31.2 | ($24.5) | $47.1 | $31.7 | $11.5 | $17.2 | ($86.4) | ($26.0) | | |
| | | | | | | | | | | | | | | | | | | |
| Operating Income | $129.8 | $33.4 | $21.4 | $24.3 | $29.5 | $108.5 | $21.5 | $26.0 | $22.4 | $9.7 | $79.5 | $4.2 | $4.1 | $16.3 | ($86.4) | ($61.8) | | |
| | | | | | | | | | | | | | | | | | | |
| **PER SHARE** | | | | | | | | | | | | | | | | | | |
| Diluted Weighted Average Shares | 53.4 | 53.5 | 53.6 | 53.6 | 53.7 | 53.6 | 53.7 | 53.7 | 53.8 | 53.8 | 53.7 | 53.8 | 53.8 | 53.9 | 53.9 | 53.8 | | |
| Common Shares Outstanding | 53.3 | 53.4 | 53.4 | 53.4 | 53.5 | 53.5 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.7 | 53.8 | 53.8 | 53.8 | 53.8 | | |
| | | | | | | | | | | | | | | | | | | |
| Reported EPS, Diluted | $2.83 | $0.77 | $0.36 | $0.54 | $0.32 | $2.00 | $0.22 | $0.53 | $0.58 | ($0.46) | $0.88 | $0.59 | $0.21 | $0.32 | ($1.60) | ($0.48) | | |
| Realized Gains & Other Non-Operating Income | $0.40 | $0.15 | ($0.03) | $0.09 | ($0.23) | ($0.02) | ($0.18) | $0.05 | $0.16 | ($0.02) | $0.60 | $0.51 | $0.14 | $0.02 | $0.00 | $0.67 | | |
| **Operating EPS** | **$2.43** | **$0.62** | **$0.40** | **$0.45** | **$0.55** | **$2.02** | **$0.40** | **$0.48** | **$0.42** | **$0.18** | **$1.48** | **$0.08** | **$0.08** | **$0.30** | **($1.60)** | **($1.15)** | | |
| % Change | -66.7% | 33.4% | -41.0% | -1.0% | -33.8% | -16.7% | -35.6% | 21.2% | -7.9% | -67.3% | -26.9% | -80.7% | -84.1% | -27.5% | NM | NM | | |
| | | | | | | | | | | | | | | | | | | |
| Book Value | $33.78 | $34.19 | $34.41 | $34.65 | $29.83 | $29.83 | $29.28 | $29.37 | $29.60 | $28.39 | $28.39 | $29.06 | $29.42 | $29.56 | $27.65 | $27.65 | | |
| % Change (Y/Y) | -8.4% | -8.3% | -9.7% | -9.7% | -11.7% | -11.7% | -14.4% | -14.7% | -14.6% | -4.8% | -4.8% | -0.7% | 0.2% | -0.1% | -2.6% | -2.6% | | |
| | | | | | | | | | | | | | | | | | | |
| Dividend Per Share | $5.93 | $0.31 | $0.31 | $0.31 | $5.00 | $5.93 | $0.31 | $0.31 | $0.31 | $0.81 | $1.74 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 | | |
| | | | | | | | | | | | | | | | | | | |
| **Return on Average Equity** | **8.0%** | **9.1%** | **4.3%** | **6.3%** | **4.0%** | **6.3%** | **3.0%** | **7.2%** | **7.9%** | **-6.3%** | **3.0%** | **8.2%** | **2.9%** | **4.3%** | **-22.5%** | **-1.7%** | | |
| Opeating Return on Average Equity | 6.9% | 7.4% | 4.7% | 5.3% | 6.9% | 6.4% | 5.4% | 6.6% | 5.7% | 2.5% | 5.1% | 1.1% | 1.1% | 4.1% | -22.5% | -4.1% | | |
| | | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | |
| Total Cash & Investments | $4,043.0 | $3,849.5 | $3,810.0 | $3,790.6 | $3,821.0 | $3,821.0 | $3,541.9 | $3,420.5 | $3,471.2 | $3,429.9 | $3,429.9 | $3,486.4 | $3,559.2 | $3,596.3 | $3,563.2 | $3,563.2 | | |
| | | | | | | | | | | | | | | | | | | |
| Total Long-Term Debt | $448.2 | $448.3 | $426.4 | $400.5 | $411.8 | $411.8 | $371.5 | $288.3 | $288.0 | $287.8 | $287.8 | $287.5 | $287.2 | $286.9 | $286.9 | $286.9 | | |
| | | | | | | | | | | | | | | | | | | |
| **Total Shareholders' Equity** | **$1,798.7** | | **$1,825.7** | **$1,838.1** | **$1,850.9** | **$1,594.8** | **$1,594.8** | | **$1,569.2** | **$1,574.6** | **$1,586.9** | **$1,523.0** | **$1,523.0** | **$1,561.9** | **$1,581.6** | **$1,589.5** | **$1,486.4** | **$1,486.4** |
| | | | | | | | | | | | | | | | | | | |
| **METRICS** | | | | | | | | | | | | | | | | | | |
| Interest Cost | 3.4% | 3.7% | 3.9% | 4.1% | 4.3% | 4.1% | 4.0% | 5.5% | 5.0% | 6.7% | 5.6% | 6.0% | 5.9% | 6.0% | 6.0% | 6.0% | | |
| Debt / Total Capital | 19.9% | 19.7% | 18.8% | 17.8% | 20.5% | 20.5% | 19.1% | 15.5% | 15.4% | 15.9% | 15.9% | 15.5% | 15.4% | 15.3% | 16.2% | 16.2% | | |
| NPW / Equity | 0.41x | 0.41x | 0.41x | 0.41x | 0.48x | 0.48x | 0.49x | 0.51x | 0.52x | 0.55x | 0.55x | 0.55x | 0.54x | 0.53x | 0.57x | 0.57x | | |
| Investments / Equity | 2.25x | 2.11x | 2.07x | 2.05x | 2.40x | 2.40x | 2.26x | 2.17x | 2.19x | 2.25x | 2.25x | 2.23x | 2.25x | 2.26x | 2.40x | 2.40x | | |

*Source: company documents, B&S estimates as of January 23, 2020*

SHEETMETAL_PRA_JOINTLP_0004558



## Disclosure Appendix

### Rating and Price Target History:



### Risk Factors:

The realization of any of the following risk factors, among others, may adversely affect the company's stock: a downturn in the economy, deterioration in premium pricing, unexpected catastrophe losses, and significant adverse loss reserve development.

### Analyst Certification:

The research analyst whose name appears on this research report certifies that: (1) all of the views expressed in this research report accurately reflect their personal views about the subject security or issuer, and (2) no part of the research analysts' compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analysts in this research report.

### Important Disclosures:

Analyst compensation is based on, in part, Boenning & Scattergood, Inc.'s profitability, which includes revenues from investment banking. Boenning & Scattergood expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

3

SHEETMETAL_PRA_JOINTLP_0004559



## Boenning & Scattergood's Ratings System:

Our three-tier investment ratings are based on a stock's return potential relative to a broad market index:

- *Outperform (Buy):* The security's total return over the year or longer is expected to exceed the total return of the S&P 500™ over the identical period.
- *Neutral (Hold):* The security's total return over the next year or longer is expected to be roughly equivalent to the total return of the S&P 500™ over the identical period.
- *Underperform (Sell):* The security's total return over the next year or longer is expected to be less than the total return of the S&P 500™ over the identical period.

Our four-tier risk ratings are based on a mix of price volatility and fundamental factors relative to the market and peer group:

- *Low:* The security has higher-than-average fundamental predictability and/or lower-than-average price volatility.
- *Moderate:* The security has average fundamental predictability and/or average price volatility.
- *High:* The security has lower-than-average fundamental predictability and/or higher-than-average price volatility.
- *Speculative:* The security has very inconsistent fundamental predictability and/or very high relative price volatility.

## Ratings Distribution (9/30/19):

| Coverage Universe (a) | % of Universe | Investment Banking Clients (b) | % of Rating Group |
|---|---|---|---|
| Outperform (Buy) | 33% | Outperform (Buy) | 19% |
| Neutral (Hold) | 56% | Neutral (Hold) | 20% |
| Underperform (Sell) | 0% | Underperform (Sell) | 0% |
| Not Rated | 11% | Not Rated | 22% |

(a)  Total may not add up to 100% due to rounding.
(b)  Related to services provided within the past 12 months.

Additional information on companies in a research report, including financial models, is available on request. Boenning & Scattergood, Inc. does and seeks to do business with companies covered in its research reports. As a result, Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not a complete analysis of every material fact representing company, industry, or security mentioned herein. The information has been obtained from sources believed reliable, but is not necessarily complete and is not guaranteed. The reports are prepared for general information only and do not have regard to the specific investment objectives, the financial situation, or the specific needs of any particular person who may receive this report. The information is not to be relied upon in substitution for the exercise of independent judgment. It is recommended that Investors seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed in any report and should understand that statements regarding future prospects, earnings estimates, and forecasts may not be realized. Past performance is not necessarily indicative of future results. This communication shall not be deemed to constitute an offer or solicitation on the part of Boenning & Scattergood with respect to the sale or purchase of any securities. Securities and financial instruments mentioned herein may not be qualified for sale in all states. Opinions are subject to change without notice and reflect the opinion at its original date of publication. Boenning & Scattergood may have issued a trading opinion that may have identified a short-term trading opportunity that may differ from the analyst's stock rating which is based on the expected return over a 12-month period. Boenning & Scattergood may trade for its own accounts as market maker, may have a long or short position in any securities of this issuer or related investments, and/or may be the opposite side of public orders. This firm or its officers, directors, stockholders, employees and clients, in the normal course of business, may have, acquire or sell a position including options, if any, in the securities mentioned. Boenning & Scattergood may also act as underwriter, placement agent, advisor, or lender to an issuer mentioned herein.

Member FINRA/SIPC

4

SHEETMETAL_PRA_JOINTLP_0004560



## BOENNING & SCATTERGOOD INSTITUTIONAL CONTACTS

| | | | |
|---|---|---|---|
| Head of Equities | Andrew Maddaloni | amaddaloni@boenninginc.com | 610.862.5331 |

**RESEARCH ANALYSTS**

| | | | |
|---|---|---|---|
| Director of Research/ Water & Environment | Ryan M. Connors | rconnors@boenninginc.com | 610.832.5212 |
| Banks & Thrifts | Erik Zwick, CFA | ezwick@boenninginc.com | 610.862.5322 |
| Banks & Thrifts | Scott Beury | sbeury@boenninginc.com | 610.862.5337 |
| P&C Insurance | Robert Farnam | rfarnam@boenninginc.com | 610.832.5288 |

**RESEARCH ASSOCIATES**

| | | | |
|---|---|---|---|
| Banks & Thrifts | Matthew Renck | mrenck@boenninginc.com | 610.832.5336 |

**INSTITUTIONAL SALES**

| | | | |
|---|---|---|---|
| Boston | Scott Spottiswoode | sspottiswoode@boenninginc.com | 866.326.8094 |
| Europe | Scott J. Seidl | sseidl@boenninginc.com | 212.922.1459 |
| Mid-Atlantic | Eugene Bodo | ebodo@boenninginc.com | 610.862.5368 |
| Midwest | Bill Channell | wchannell@boenninginc.com | 312.265.4855 |
| Midwest | Bob Hurley | rhurley@boenninginc.com | 312.265.4865 |
| New York | Peter Homsher | phomsher@boenninginc.com | 610.832.5315 |
| Northeast | Brad Rinschler | brinschler@boenninginc.com | 610.684.5427 |

**AGENCY TRADING**

| | | |
|---|---|---|
| Melissa Donahue | mdonahue@boenninginc.com | 610.862.5330 |
| Michael McCarthy | mmccarthy@boenninginc.com | 610.862.5330 |

**MARKET MAKING**

| | | |
|---|---|---|
| Michael Geraghty, CFA | mgeraghty@boenninginc.com | 610.862.5360 |

**DERIVATIVE STRATEGY**

| | | |
|---|---|---|
| Louis DePaul | ldepaul@boenninginc.com | 610.832.5275 |

4 TOWER BRIDGE * 200 BARR HARBOR DRIVE * SUITE 300 * W. CONSHOHOCKEN, PA 19428-2979
WWW.BOENNINGINC.COM
MEMBER FINRA/SIPC

5

SHEETMETAL_PRA_JOINTLP_0004561