FILED
2022 Aug-19  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT L

## BOENNING & SCATTERGOOD

ESTABLISHED 1914

Equity Research

# ProAssurance Corporation

(PRA-NYSE)

**May 11, 2020**

**P&C Insurance**

| | |
|---|---|
| Rating/Risk: | Neutral/Moderate |
| Price: | $15.95 |
| Target Price: | NA |

### Revising Estimates for ProAssurance; Potential Large Loss in 2Q20

**Investment Conclusion:** ProAssurance is one of the more conservative companies we cover. However, it faces near-term headwinds in its major business lines – healthcare professional liability and workers' compensation – due to the impact of COVID-19 as well as pre-existing market conditions. Given the headwinds, as well as some uncertainties on the legislative front, we remain on the sidelines and reiterate our Neutral rating.

The stock is trading at only 60% of book, a steep discount to its long-term median P/B multiple of 1.4x. We project a large loss in 2Q20 and see BVPS decline 6% for the quarter. Even after considering the projected decline in BVPS, the stock is still trading at a substantial discount under 0.7x. Downside risk appears limited – longer-term investors that can hold on through the near-term uncertainties may find the upside potential attractive.

**Estimate Revision:** References to historical estimates reflect our expectations prior to putting the estimates Under Review last week. Our current 2020 operating EPS estimate for ProAssurance is ($1.50), down from $0.05. Our 2021 operating EPS estimate is $0.15 (no change from our previous estimate for 2021).

We lowered our 2020 estimate for several reasons, the most significant of which is a potential net loss in of up to $50 million in 2Q20 related to a healthcare professional liability (HCPL) policy providing coverage for a large national healthcare account. The potential loss is noted in the company's 10-Q as of March 31, 2020 and was referenced by management on the 1Q20 earnings call. ProAssurance took a $44.5 million reserve charge in 4Q19, largely related to the same healthcare account. The HCPL policy term expires in 2Q20, and management believes it is more likely than not that the healthcare account will <u>not</u> renew the policy on terms offered by ProAssurance. However, if the HCPL policy is not renewed, management believes the healthcare account will exercise its option to purchase an extended reporting endorsement (tail coverage). If the tail coverage is purchased, management estimates a net loss of up to $50 million could be reported in 2Q20. Our estimate for 2020 assumes ProAssurance books a $50 million net loss related to the account in 2Q20.

Management also noted the potential negative impact of COVID-19 on all the company's underwriting segments – we made some adjustments to our premium, loss, and expense projections to reflect these impacts.

■ **Specialty P&C Insurance:** As of May 4, 2020, ProAssurance has seen 26 claims related to COVID-19 filed in the healthcare professional liability operation. The company has also processed approximately $1 million in premium credits for 700 physicians as of May 4. Management also expects increased claims frequency in the long-term healthcare business (but this may be mitigated by reduction in exposures). The impact of federal stimulus and COVID-19 immunity legislation in several states remains uncertain.

■ **Workers' Compensation:** To date, the company has received requests from 421 policyholders to endorse policies mid-term to adjust for changes in payroll ($1.1 million adjustment thus far – less than 0.4% of total in force premium). However, 15% of PRA's workers' compensation premium is produced through Parallel Pay, which is a pay-as-you-go product that adjusts to changes in payroll in real-time. Policy cancellations have been

### Operating EPS Estimates

| Current | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2019A | $0 08 | $0 08 | $0 30 | ($1 27) | ($0 81) |
| 2020E* | ($0 02) | ($1 45) | ($0 05) | $0 02 | ($1 50) |
| 2021E | $0 04 | $0 02 | $0 00 | $0 09 | $0 15 |

*Q1 represents actual result*

| Prior | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2020 | | UR | UR | UR | UR |
| 2021 | UR | UR | UR | UR | UR |

| Consensus | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| 2020 | $0 05 | $0 07 | $0 09 | $0 05 | $0 26 |
| 2021 | $0 04 | $0 12 | $0 08 | $0 13 | $0 39 |

| Market Data | May 8, 2020 |
|---|---|
| Current Price | $15 95 |
| 52 Week Range | $42 03 - $15 75 |
| Market Value (mm) | $859 |
| Common Shares O/S (mm) | 53 8 |
| 52 Week ADTV | 288,009 |
| Dividend Yield | 1 3% |
| Institutional Ownership | 89% |
| Price/ Book Value | 0 60x |
| Price/ 2020E EPS | -10 6x |
| Price/ 2021E EPS | 109 0x |

| Financial Data | As of March 31, 2020 |
|---|---|
| Net Premiums Written (mm) (LTM) | $829 |
| Growth in Net Premiums Written (LTM) | -4 2% |
| NPW/ Average Equity | 0 54x |
| Combined Ratio (LTM) | 120 2% |
| Book Value per Share | $26 51 |
| LTM ROE | -3 4% |

*Source: S&P Global Market Intelligence and B&S estimates*

**Robert Farnam**
610.832.5288
*rfarnam@boenninginc.com*

FEINSTEIN_0001858



suspended, and management has offered installment premium payment deferrals – to date they have received less than 200 requests to do so. Management does expect downward pressure on premium in future quarters, though. Since mid-March, reported claim activity has been half of normal volume – COVID-19 claims have been filed by 41 employers (regarding 164 employees). Healthcare risks represent almost 25% of ProAssurance workers' compensation premium, but the company's rural underwriting strategy has mitigated exposure to COVID-19 cases. The impact of legislative attempts to broaden coverage for workers' compensation claims remains uncertain.

- **Lloyd's Syndicates:** Management indicated COVID-19-related losses of $1.5 million will be recognized in 2Q20. Management also noted potential exposure of $2.5 million related to the contingency (event cancellation) book of business. Lastly, PRA does write some business interruption business, and management is monitoring legislative attempts to expand coverage where no coverage was intended.

2

FEINSTEIN_0001859

**BOENNING & SCATTERGOOD**

## ProAssurance Corporation

| | 2017 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 2019 | 1Q20 | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | |
| Gross Premiums Written | $874.9 | $957.3 | $279.8 | $221.3 | $265.5 | $200.8 | $967.5 | $262.4 | $205.8 | $230.4 | $178.4 | $877.0 | $301.8 | $266.1 | $303.9 | $231.9 | $1,103.7 |
| % Change | 4.8% | 9.4% | 15.1% | -8.9% | 2.2% | -5.1% | 1.1% | -6.2% | -7.0% | -13.2% | -11.2% | -9.4% | 15.0% | 29.3% | 31.9% | 30.0% | 25.8% |
| % Retention | 87.3% | 87.2% | 87.8% | 85.8% | 85.9% | 89.1% | 87.1% | 88.5% | 85.2% | 86.0% | 88.3% | 87.0% | 86.5% | 84.9% | 85.6% | 87.4% | 86.1% |
| **Net Premiums Written** | $764.0 | $834.9 | $245.7 | $190.0 | $228.1 | $178.9 | $842.7 | $232.2 | $175.3 | $198.2 | $157.5 | $763.2 | $261.1 | $226.0 | $260.0 | $202.7 | $949.8 |
| % Change | 3.5% | 9.3% | 14.2% | -8.6% | -0.6% | -2.0% | 0.9% | -5.5% | -7.7% | -13.1% | -12.0% | -9.4% | 12.4% | 28.9% | 31.2% | 28.7% | 24.5% |
| | | | | | | | | | | | | | | | | | |
| Net Premiums Earned | $738.5 | $818.9 | $208.1 | $209.1 | $215.8 | $214.4 | $847.5 | $203.9 | $203.6 | $196.2 | $190.8 | $794.4 | $198.0 | $210.7 | $226.1 | $237.4 | $872.3 |
| % Change | 0.7% | 10.9% | 11.2% | -6.5% | 4.7% | 6.1% | 3.5% | -2.1% | -2.6% | -9.1% | -11.0% | -6.3% | -2.9% | 3.5% | 15.3% | 24.5% | 9.8% |
| | | | | | | | | | | | | | | | | | |
| Net Losses and LAE | $469.2 | $593.2 | $159.8 | $168.4 | $161.6 | $264.1 | $753.9 | $164.8 | $247.5 | $155.6 | $143.4 | $711.3 | $157.0 | $167.7 | $179.4 | $181.0 | $685.1 |
| Prior Year Reserve Development (+ = Adverse) | ($134.4) | ($92.1) | ($10.3) | ($16.0) | ($15.9) | $30.4 | ($11.8) | ($6.0) | ($2.7) | ($6.6) | ($14.0) | ($29.3) | ($7.2) | ($7.8) | ($8.6) | ($17.3) | ($41.0) |
| Underwriting Expenses | $235.8 | $238.6 | $61.4 | $62.7 | $61.9 | $67.5 | $253.5 | $62.1 | $60.7 | $58.7 | $58.2 | $239.7 | $57.9 | $61.1 | $65.4 | $69.4 | $253.8 |
| Underwriting Profit (Loss) | $33.6 | ($12.9) | ($13.0) | ($22.0) | ($7.7) | ($117.2) | ($159.9) | ($23.0) | ($104.6) | ($18.2) | ($10.8) | ($156.6) | ($16.8) | ($18.1) | ($18.7) | ($13.0) | ($66.6) |
| | | | | | | | | | | | | | | | | | |
| **GAAP Ratios** | | | | | | | | | | | | | | | | | |
| Net Loss & LAE Ratio | 63.5% | 72.4% | 76.8% | 80.5% | 74.9% | 123.2% | 89.0% | 80.9% | 121.5% | 79.3% | 75.1% | 89.5% | 79.3% | 79.6% | 79.3% | 76.2% | 78.5% |
| Catastrophe Losses | 1.0% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| PY Reserve Development (+ = Adverse) | -18.2% | -11.3% | -4.9% | -7.6% | -7.4% | 14.2% | -1.4% | -3.0% | -1.3% | -3.4% | -7.3% | -3.7% | -3.7% | -3.7% | -3.8% | -7.3% | -4.7% |
| Current AY Loss & LAE Ratio | 80.8% | 82.6% | 81.7% | 88.2% | 82.3% | 109.0% | 90.3% | 83.8% | 122.8% | 82.7% | 82.5% | 93.2% | 82.9% | 83.3% | 83.1% | 83.5% | 83.2% |
| Expense Ratio | 31.9% | 29.1% | 29.5% | 30.0% | 28.7% | 31.5% | 29.9% | 30.4% | 29.8% | 29.9% | 30.5% | 30.2% | 29.2% | 29.0% | 28.9% | 29.2% | 29.1% |
| **Combined Ratio** | 95.4% | 101.5% | 106.3% | 110.5% | 103.6% | 154.7% | 118.9% | 111.3% | 151.4% | 109.3% | 105.7% | 119.7% | 108.5% | 108.6% | 108.3% | 105.5% | 107.6% |
| AY Combined Ratio | 112.7% | 111.7% | 111.2% | 118.2% | 110.9% | 140.5% | 120.3% | 114.3% | 152.7% | 112.6% | 113.0% | 123.4% | 112.2% | 112.3% | 112.1% | 112.8% | 112.3% |
| | | | | | | | | | | | | | | | | | |
| Net Investment Income | $95.7 | $91.9 | $22.8 | $23.5 | $23.7 | $23.2 | $93.3 | $20.8 | $20.7 | $20.1 | $19.9 | $81.5 | $26.9 | $27.0 | $26.8 | $26.7 | $107.4 |
| % Change | -4.3% | -3.9% | 3.6% | 5.2% | 1.8% | -4.0% | 1.5% | -8.7% | -11.8% | -15.2% | -14.5% | -12.6% | 29.3% | 30.1% | 33.3% | 34.3% | 31.7% |
| Investment Yield | 2.43% | 2.53% | 2.66% | 2.70% | 2.66% | 2.58% | 2.67% | 2.34% | 2.40% | 2.38% | 2.35% | 1.98% | 2.30% | 2.28% | 2.25% | 2.23% | 2.27% |
| Net Investment Gains (Losses) | $16.4 | ($43.5) | $36.6 | $9.3 | $1.1 | $12.8 | $59.9 | ($28.7) | $0.0 | $0.0 | $0.0 | ($28.7) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity in Earnings from Unconsolidated Subsidiaries | $8.0 | $8.9 | ($0.8) | ($5.2) | ($1.3) | ($2.8) | ($10.1) | ($1.6) | ($3.0) | $0.0 | $0.0 | ($4.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Income | $7.5 | $9.8 | $2.1 | $2.8 | $2.5 | $1.8 | $9.2 | $2.3 | $2.4 | $2.4 | $2.4 | $9.3 | $2.4 | $2.4 | $2.4 | $2.4 | $9.4 |
| Total Revenues | $866.1 | $886.0 | $268.9 | $239.6 | $241.9 | $249.5 | $999.8 | $196.7 | $223.7 | $218.6 | $213.0 | $852.0 | $227.3 | $240.0 | $255.3 | $266.5 | $989.1 |
| | | | | | | | | | | | | | | | | | |
| Interest Expense | $16.8 | $16.1 | $4.3 | $4.2 | $4.3 | $3.8 | $16.6 | $4.1 | $4.1 | $4.1 | $7.0 | $19.4 | $7.0 | $7.0 | $7.0 | $7.0 | $28.1 |
| SPC U.S. Federal Income Tax Expense | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.2 | $0.2 | $0.2 | $0.2 | $0.8 | $0.2 | $0.2 | $0.2 | $0.2 | $0.8 |
| SPC Dividend (Expense) Benefit | $15.8 | $9.1 | $4.8 | ($7.0) | $3.6 | $3.2 | $4.6 | ($0.5) | $3.0 | $3.0 | $3.0 | $8.5 | $3.0 | $3.0 | $3.0 | $3.0 | $12.0 |
| Total Expenses | $737.5 | $857.0 | $230.3 | $228.4 | $231.4 | $338.6 | $1,028.6 | $230.7 | $315.5 | $221.7 | $211.8 | $979.7 | $225.1 | $239.0 | $255.1 | $260.7 | $979.8 |
| | | | | | | | | | | | | | | | | | |
| Income Before Taxes | $128.6 | $29.0 | $38.6 | $11.3 | $10.5 | ($89.2) | ($28.8) | ($34.0) | ($91.8) | ($3.1) | $1.2 | ($127.7) | $2.2 | $1.1 | $0.2 | $5.8 | $9.3 |
| Taxes | $21.4 | ($18.0) | $7.0 | ($0.3) | ($6.7) | ($29.8) | ($29.8) | ($12.1) | ($13.8) | ($0.5) | $0.2 | ($26.1) | $0.3 | $0.2 | $0.0 | $0.9 | $1.4 |
| Effective Tax Rate | 16.6% | -62.1% | 18.0% | -2.5% | -63.7% | 33.4% | 103.5% | 35.5% | 15.0% | 15.0% | 15.0% | 20.5% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| **Net Income** | $107.3 | $47.1 | $31.7 | $11.5 | $17.2 | ($59.4) | $1.0 | ($22.0) | ($78.0) | ($2.6) | $1.0 | ($101.6) | $1.9 | $0.9 | $0.2 | $4.9 | $7.9 |
| | | | | | | | | | | | | | | | | | |
| **Operating Income** | $108.5 | $79.5 | $4.2 | $4.1 | $16.3 | ($68.3) | ($43.8) | ($1.1) | ($78.0) | ($2.6) | $1.0 | ($80.8) | $1.9 | $0.9 | $0.2 | $4.9 | $7.9 |
| | | | | | | | | | | | | | | | | | |
| **PER SHARE** | | | | | | | | | | | | | | | | | |
| Diluted Weighted Average Shares | 53.6 | 53.7 | 53.8 | 53.8 | 53.9 | 53.9 | 53.8 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 | 53.9 |
| Common Shares Outstanding | 53.5 | 53.6 | 53.7 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 | 53.8 |
| | | | | | | | | | | | | | | | | | |
| Reported EPS, Diluted | $2.00 | $0.88 | $0.59 | $0.21 | $0.32 | ($1.10) | $0.02 | ($0.41) | ($1.45) | ($0.05) | $0.02 | ($1.89) | $0.04 | $0.02 | $0.00 | $0.09 | $0.15 |
| Realized Gains & Other Non-Operating Income | ($0.02) | ($0.60) | $0.51 | $0.14 | $0.02 | $0.17 | $0.83 | ($0.39) | $0.00 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Operating EPS** | $2.02 | $1.48 | $0.08 | $0.08 | $0.30 | ($1.27) | ($0.81) | ($0.02) | ($1.45) | ($0.05) | $0.02 | ($1.50) | $0.04 | $0.02 | $0.00 | $0.09 | $0.15 |
| % Change | -16.7% | -26.9% | -80.7% | -84.1% | -27.5% | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 385.8% | NM |
| | | | | | | | | | | | | | | | | | |
| **Book Value** | $29.83 | $28.39 | $29.06 | $29.42 | $29.56 | $28.11 | $28.11 | $26.51 | $25.01 | $24.92 | $24.88 | $24.88 | $24.87 | $24.84 | $24.79 | $24.83 | $24.83 |
| % Change (Y/Y) | -11.7% | -4.8% | -0.7% | 0.2% | -0.1% | -1.0% | -1.0% | -8.8% | -15.0% | -15.7% | -11.5% | -11.5% | -6.2% | -0.7% | -0.5% | -0.2% | -0.2% |
| | | | | | | | | | | | | | | | | | |
| Dividend Per Share | $5.93 | $1.74 | $0.31 | $0.31 | $0.31 | $0.31 | $1.24 | $0.31 | $0.05 | $0.05 | $0.05 | $0.46 | $0.05 | $0.05 | $0.05 | $0.05 | $0.20 |
| | | | | | | | | | | | | | | | | | |
| **Return on Average Equity** | 6.3% | 3.0% | 8.2% | 2.9% | 4.3% | -15.3% | 0.1% | -6.0% | -22.5% | -0.8% | 0.3% | -7.1% | 0.6% | 0.3% | 0.0% | 1.5% | 0.6% |
| Opeating Return on Average Equity | 6.4% | 5.1% | 1.1% | 1.1% | 4.1% | -17.6% | -2.9% | -0.3% | -22.5% | -0.8% | 0.3% | -5.7% | 0.6% | 0.3% | 0.0% | 1.5% | 0.6% |
| | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | |
| Total Cash & Investments | $3,821.0 | $3,429.9 | $3,486.4 | $3,559.2 | $3,598.3 | $3,565.8 | $3,565.8 | $3,458.3 | $3,382.5 | $3,379.4 | $4,684.6 | $4,684.6 | $4,747.1 | $4,760.8 | $4,792.3 | $4,760.0 | $4,760.0 |
| | | | | | | | | | | | | | | | | | |
| Total Long-Term Debt | $411.8 | $287.8 | $287.5 | $287.2 | $286.9 | $285.8 | $285.8 | $285.5 | $285.5 | $285.5 | $485.5 | $485.5 | $485.5 | $485.5 | $485.5 | $485.5 | $485.5 |
| | | | | | | | | | | | | | | | | | |
| **Total Shareholders' Equity** | $1,594.8 | $1,523.0 | $1,561.9 | $1,581.6 | $1,589.5 | $1,511.9 | $1,511.9 | $1,427.5 | $1,346.8 | $1,341.5 | $1,339.8 | $1,339.8 | $1,339.0 | $1,337.2 | $1,334.7 | $1,336.9 | $1,336.9 |
| | | | | | | | | | | | | | | | | | |
| **METRICS** | | | | | | | | | | | | | | | | | |
| Interest Cost | 4.1% | 5.6% | 6.0% | 5.9% | 6.0% | 5.3% | 5.8% | 5.8% | 5.8% | 5.8% | 5.8% | 4.0% | 5.8% | 5.8% | 5.8% | 5.8% | 5.8% |
| Debt / Total Capital | 20.5% | 15.9% | 15.5% | 15.4% | 15.3% | 15.9% | 15.9% | 16.7% | 17.5% | 17.6% | 26.6% | 26.6% | 26.6% | 26.6% | 26.7% | 26.6% | 26.6% |
| NPW / Equity | 0.48x | 0.55x | 0.55x | 0.54x | 0.53x | 0.56x | 0.56x | 0.58x | 0.60x | 0.58x | 0.57x | 0.57x | 0.59x | 0.63x | 0.68x | 0.71x | 0.71x |
| Investments / Equity | 2.40x | 2.25x | 2.23x | 2.25x | 2.26x | 2.36x | 2.36x | 2.42x | 2.51x | 2.52x | 3.50x | 3.50x | 3.55x | 3.56x | 3.59x | 3.56x | 3.56x |

Source: Company reports and Boenning & Scattergood estimates as of May 11, 2020

3

FEINSTEIN_0001860

BOENNING & SCATTERGOOD

## Disclosure Appendix

### Rating and Price Target History:



### Risk Factors:

The realization of any of the following risk factors, among others, may adversely affect the company's stock and prevent it from reaching our target price: a downturn in the economy, deterioration in premium pricing, unexpected catastrophe losses, and significant adverse loss reserve development.

### Analyst Certification:

The research analyst whose name appears on this research report certifies that: (1) all of the views expressed in this research report accurately reflect their personal views about the subject security or issuer, and (2) no part of the research analysts' compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analysts in this research report.

### Important Disclosures:

Analyst compensation is based on, in part, Boenning & Scattergood, Inc.'s profitability, which includes revenues from investment banking. Boenning & Scattergood expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

4

FEINSTEIN_0001861

**BOENNING & SCATTERGOOD**

## Boenning & Scattergood's Ratings System:

Our three-tier investment ratings are based on a stock's return potential relative to a broad market index:

- *Outperform (Buy):* The security's total return over the year or longer is expected to exceed the total return of the S&P 500™ over the identical period.
- *Neutral (Hold):* The security's total return over the next year or longer is expected to be roughly equivalent to the total return of the S&P 500™ over the identical period.
- *Underperform (Sell):* The security's total return over the next year or longer is expected to be less than the total return of the S&P 500™ over the identical period.

Our four-tier risk ratings are based on a mix of price volatility and fundamental factors relative to the market and peer group:

- *Low:* The security has higher-than-average fundamental predictability and/or lower-than-average price volatility.
- *Moderate:* The security has average fundamental predictability and/or average price volatility.
- *High:* The security has lower-than-average fundamental predictability and/or higher-than-average price volatility.
- *Speculative:* The security has very inconsistent fundamental predictability and/or very high relative price volatility.

## Ratings Distribution (3/31/20):

| Coverage Universe (a) | % of Universe | Investment Banking Clients (b) | % of Rating Group |
|---|---|---|---|
| Outperform (Buy) | 28% | Outperform (Buy) | 27% |
| Neutral (Hold) | 61% | Neutral (Hold) | 13% |
| Underperform (Sell) | 0% | Underperform (Sell) | 0% |
| Not Rated | 11% | Not Rated | 22% |

(a)  Total may not add up to 100% due to rounding.
(b)  Related to services provided within the past 12 months.

Additional information on companies in a research report, including financial models, is available on request. Boenning & Scattergood, Inc. does and seeks to do business with companies covered in its research reports. As a result, Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not a complete analysis of every material fact representing company, industry, or security mentioned herein. The information has been obtained from sources believed reliable but is not necessarily complete and is not guaranteed. The reports are prepared for general information only and do not have regard to the specific investment objectives, the financial situation, or the specific needs of any particular person who may receive this report. The information is not to be relied upon in substitution for the exercise of independent judgment. It is recommended that Investors seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed in any report and should understand that statements regarding future prospects, earnings estimates, and forecasts may not be realized. Past performance is not necessarily indicative of future results. This communication shall not be deemed to constitute an offer or solicitation on the part of Boenning & Scattergood with respect to the sale or purchase of any securities. Securities and financial instruments mentioned herein may not be qualified for sale in all states. Opinions are subject to change without notice and reflect the opinion at its original date of publication. Boenning & Scattergood may have issued a trading opinion that may have identified a short-term trading opportunity that may differ from the analyst's stock rating which is based on the expected return over a 12-month period. Boenning & Scattergood may trade for its own accounts as market maker, may have a long or short position in any securities of this issuer or related investments, and/or may be the opposite side of public orders. This firm or its officers, directors, stockholders, employees and clients, in the normal course of business, may have, acquire or sell a position including options, if any, in the securities mentioned. Boenning & Scattergood may also act as underwriter, placement agent, advisor, or lender to an issuer mentioned herein.

Member FINRA/SIPC

**BOENNING & SCATTERGOOD**

5

FEINSTEIN_0001862



# BOENNING & SCATTERGOOD INSTITUTIONAL CONTACTS

- **HEAD OF EQUITIES**

| | | |
|---|---|---|
| Andrew Maddaloni | amaddaloni@boenninginc.com | 610.862.5331 |

- **RESEARCH ANALYSTS**

| | | | |
|---|---|---|---|
| Director of Research/ Water & Environment | Ryan M. Connors | rconnors@boenninginc.com | 610.832.5212 |
| Banks & Thrifts | Erik Zwick, CFA | ezwick@boenninginc.com | 610.862.5322 |
| Banks & Thrifts | Scott Beury | sbeury@boenninginc.com | 610.862.5337 |
| P&C Insurance | Robert Farnam | rfarnam@boenninginc.com | 610.832.5288 |

- **RESEARCH ASSOCIATES**

| | | | |
|---|---|---|---|
| Banks & Thrifts | Matthew Renck | mrenck@boenninginc.com | 610.832.5336 |

- **INSTITUTIONAL SALES**

| | | | |
|---|---|---|---|
| Europe | Scott J. Seidl | sseidl@boenninginc.com | 212.922.1459 |
| Mid-Atlantic | Eugene Bodo | ebodo@boenninginc.com | 610.862.5368 |
| Midwest | Bill Channell | wchannell@boenninginc.com | 312.265.4855 |
| Midwest | Bob Hurley | rhurley@boenninginc.com | 312.265.4865 |
| New York | Peter Homsher | phomsher@boenninginc.com | 610.832.5315 |
| Northeast | Brad Rinschler | brinschler@boenninginc.com | 610.684.5427 |

- **AGENCY TRADING**

| | | |
|---|---|---|
| Melissa Donahue | mdonahue@boenninginc.com | 610.862.5330 |
| Michael McCarthy | mmccarthy@boenninginc.com | 610.862.5330 |

- **MARKET MAKING**

| | | |
|---|---|---|
| Michael Geraghty, CFA | mgeraghty@boenninginc.com | 610.862.5360 |

- **DERIVATIVE STRATEGY**

| | | |
|---|---|---|
| Louis DePaul | ldepaul@boenninginc.com | 610.832.5275 |

4 TOWER BRIDGE * 200 BARR HARBOR DRIVE * SUITE 300 * W. CONSHOHOCKEN, PA 19428-2979
WWW.BOENNINGINC.COM
MEMBER FINRA/SIPC

6

FEINSTEIN_0001863