FILED

2022 Aug-24  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) ) | Civil Action Number **2:20-CV-00856-AKK** |
| **v.** ) ) | |
| **PROASSURANCE CORPORATION, et al.,** ) ) ) ) | |
| **Defendants.** ) ) | |

## ORDER

The plaintiffs' unopposed motion to file certain unredacted documents under seal, doc. 101, is **GRANTED**.  The plaintiffs may file unredacted versions of their reply brief and accompanying exhibits under seal.

**DONE** the 24th day of August, 2022.

_____

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE