FILED

2022 Aug-24  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND,** individually and on behalf of all others similarly situated, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **PROASSURANCE CORPORATION, et al.,** <br><br> **Defendants.** | Civil Action Number **2:20-CV-00856-AKK** |

## ORDER

The joint motion to amend the remaining pretrial deadlines set out in the Scheduling Order, doc. 100, is **GRANTED**. The remaining pretrial deadlines are modified as reflected in the joint motion. *See id.*

**DONE** the 24th day of August, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE