FILED

2023 Jan-11  AM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** } } } } | |
| **Plaintiffs,** } } | |
| **v.** } } } | **Case No.:  2:20-cv-00856-RDP** |
| **PROASSURANCE CORPORATION, et al.,** } } } } | |
| **Defendants.** } | |

## ORDER

As discussed during the January 10, 2023 status conference, **on or before March 24, 2023** the parties are **ORDERED** to file with the court and provide to opposing counsel:

1.     An executive summary of no more than ten (10) pages outlining their primary arguments as to class certification. Any rebuttal **SHALL** be filed **on or before March 31, 2023**, and **SHALL** be limited to five (5) pages.

2.     An executive summary of no more than five (5) pages outlining their primary arguments as to the appropriate class period. Any rebuttal **SHALL** be filed **on or before March 31, 2023**, and **SHALL** be limited to three (3) pages.

**DONE** and **ORDERED** this January 11, 2023.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE