FILED
2023 Jan-19  PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** | } } } } | |
| **Plaintiffs,** | } } | |
| **v.** | } } | **Case No.:  2:20-cv-00856-RDP** |
| **PROASSURANCE CORPORATION, et al.,** | } } } | |
| **Defendants.** | } } | |

## ORDER

This matter is before the court on the parties' Joint Motion to Modify Pretrial Deadlines (Doc. # 108). The Motion (Doc. # 108) is **GRANTED**.

The scheduling order is **AMENDED** to reflect the following:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Close of Fact Discovery | January 20, 2023 | March 17, 2023 |
| Initial Expert Reports | February 10, 2023 | April 14, 2023 |
| Rebuttal Expert Reports | March 17, 2023 | May 19, 2023 |
| Close of Expert Discovery | April 21, 2023 | June 23, 2023 |
| Filing of Dispositive Motions | May 12, 2023 | July 21, 2023 |
| Responses to Dispositive Motions | June 23, 2023 | September 1, 2023 |
| Replies to Dispositive Motions | July 21, 2023 | September 29, 2023 |
| Final Pretrial Conference | August 16, 2023 | October 26, 2023 |
| Jury Trial | September 18, 2023 | November 13, 2023 |

**DONE** and **ORDERED** this January 19, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE