FILED

2023 Feb-03  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 2:20-cv-00856-RDP |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | DECLARATION OF NATHAN R. LINDELL |
| vs. | ) ) | IN SUPPORT OF EXECUTIVE SUMMARY BRIEFS CONCERNING LEAD |
| PROASSURANCE CORPORATION, et al., | ) ) | PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS |
| Defendants. | ) ) | REPRESENTATIVES AND APPOINT CLASS COUNSEL |
| | ) | |

4887-4815-2142.v1

I, NATHAN R. LINDELL, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      PRA-00127272 (highlighted) (filed under seal);

Exhibit B:      PRA-00130592 (highlighted) (filed under seal);

Exhibit C:      PRA-00251518 (highlighted) (filed under seal);

Exhibit D:      Transcript of the Deposition of Bruce Deal, dated August 12, 2022 (highlighted) (filed under seal);

Exhibit E:      Transcript of the Deposition of W. Stancil Starnes, dated December 12, 2022 (excerpted) (filed under seal);

Exhibit F:      Transcript of the Deposition of Edward Lewis Rand, Jr., dated December 20, 2022 (excerpted) (filed under seal);

Exhibit G:      Memo dated April 30, 2019, LCMG-101-LCMG-112 (highlighted) (filed under seal);

Exhibit H:      Boenning & Scattergood analyst report, dated August 8, 2018, PRA-00041660-PRA-00041666 (highlighted);

Exhibit I:      JMP analyst report, dated September 21, 2018, JMP0014231-JMP0014237 (highlighted);

Exhibit J:      PRA-01359628 (highlighted) (filed under seal);

Exhibit K:      PRA-00193394 (highlighted) (filed under seal);

Exhibit L:      PRA-00449426 (highlighted) (filed under seal);

Exhibit M:      Transcript of Q1 2020 ProAssurance Corporation Earnings Call, dated May 8, 2020 (highlighted);

- 1 -

Exhibit N:     Boenning & Scattergood analyst report, dated January 23, 2020, SHEETMETAL_PRA_JOINTLP_0004557-SHEETMETAL_PRA_JOINTLP_0004561 (highlighted);

Exhibit O:     SunTrust Robinson Humphrey analyst report, dated January 23, 2020, FEINSTEIN_0001765-FEINSTEIN_0001769 (highlighted);

Exhibit P:     Raymond James analyst report, dated January 23, 2020, FEINSTEIN_0001758-FEINSTEIN_0001764 (highlighted);

Exhibit Q:     Boenning & Scattergood analyst report, dated May 11, 2020, FEINSTEIN_0001858-FEINSTEIN_0001863 (highlighted);

Exhibit R:     SunTrust Robinson Humphrey analyst report, dated May 8, 2020, FEINSTEIN_0001852-FEINSTEIN_0001857 (highlighted);

Exhibit S:     Raymond James analyst report, dated May 11, 2020, SHEETMETAL_PRA_JOINTLP_0007501-SHEETMETAL_PRA_JOINTLP_0007509 (highlighted);

Exhibit T:     PRA-00448945 (highlighted) (filed under seal);

Exhibit U:     Large Group Combined Liability Policy issued to Team Health Holdings, Inc., with an endorsement effective date of June 1, 2016, PRA-00192699-PRA-00192747 (filed under seal);

Exhibit V:     Large Group Combined Liability Policy issued to Team Health Holdings, Inc., for the policy period beginning June 1, 2019, PRA-00166914-PRA-00166969 (filed under seal); and

Exhibit W:     Transcript of the Deposition of Sokol Berisha, dated November 8, 2022 (excerpted) (filed under seal).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2023, at San Diego, California.

_____
NATHAN R. LINDELL

- 2 -

4887-4815-2142.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 3, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ROGER H. BEDFORD, JR.
ROGER H. BEDFORD, JR.

ROGER BEDFORD, ATTORNEY AT LAW, LLC
ROGER H. BEDFORD, JR.
P.O. Box 1149
Russellville, AL  35653
Telephone:  256/332-6966
265/332-6967 (fax)

Email:  rogerbedfordattorneyatlawllc@gmail.com

4887-4815-2142.v1

# Mailing Information for a Case 2:20-cv-00856-RDP Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Walter W Bates**
  Bbates@starneslaw.com

- **Roger H Bedford , Jr**
  rogerbedfordattorneyatlawllc@gmail.com

- **Sara M. DiLeo**
  sdileo@saxenawhite.com

- **James Bringhurst Eubank**
  James.Eubank@beasleyallen.com

- **Dawn Stith Evans**
  devans@gseattorneys.com

- **Jay M Ezelle**
  JEzelle@starneslaw.com

- **Janet A Gochman**
  jgochman@stblaw.com

- **Kyla Grant**
  Kgrant@saxenawhite.com

- **Cole Robinson Gresham**
  cgresham@starneslaw.com

- **David J Guin**
  davidg@gseattorneys.com

- **Bailie L Heikkinen**
  bheikkinen@rgrdlaw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Jonathan Dov Lamet**
  jlamet@saxenawhite.com

- **Michael R Lasserre**
  mrl@starneslaw.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com

- **John T Long**
  johnlong@cavanagh-ohara.com

Case 2:20-cv-00856-RDP    Document 120    Filed 02/03/23    Page 6 of 6

- **Carl Jacob Lundqvist**
  jacob.lundqvist@stblaw.com

- **Craig Corey Maider**
  cmaider@saxenawhite.com

- **Wilson Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Mason G Roth**
  mroth@rgrdlaw.com

- **Steven B Singer**
  ssinger@saxenawhite.com

- **Tammy McClendon Stokes**
  tammys@gseattorneys.com

- **Joseph E. White**
  jwhite@saxenawhite.com

- **Jonathan K Youngwood**
  jyoungwood@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)