FILED

2023 Feb-03  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C
# [Filed Under Seal]