FILED
2023 Feb-03  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E
# [Filed Under Seal]