FILED

2023 Feb-03 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G
# [Filed Under Seal]