FILED
2023 Feb-03  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT O

# ProAssurance Corporation (PRA)


**SunTrust
Robinson Humphrey**

# Reducing Estimates on Reserve Charge

**Hold**

**Price Target: $39.00**
*Prior: $39.00*

**What's Incremental To Our View**
ProAssurance announced that it will recognize $37 million in adverse reserve development in the fourth quarter in its Specialty P&C (healthcare) segment, driven by deteriorating loss experience mainly at one large national account.

* **Management also indicated** that the segment current accident loss ratio in the quarter is expected to be 134%-148%, a function of the large account and also poor performance in the healthcare liability excess and surplus line. At the same time, losses in the company's other healthcare end markets – core physician, podiatric, chiropractic, legal, medical technology – are projected to be in line with prior expectations.

* **We are reducing our 4Q19 estimate to ($1.72) per share from $0.18 and trimming** our full-year 2020 estimate to $0.05. For the fourth quarter, this reflects a 141% current accident loss ratio along with net adverse development of $37 million, which together translate into a full-year P&C loss ratio of 107%, at the mid-point of management's guidance of 105%-109%. For 2020, we have stripped out our assumption for 700 basis points of favorable development in Specialty P&C and this drops the EPS number from $0.70 to $0.05. We are maintaining our current accident year loss assumption of 92.5% for the coming year, though it would not be unreasonable to see that ratio end up being higher.

* **We reiterate our Hold rating.** Management stated that new leadership has executed a comprehensive underwriting strategy in response to emerging loss trends and changing market conditions. We note that there still appears to be a dichotomy in losses between hospitals and large groups, which are increasingly subject to higher losses and social inflation, and the core physician business, where the operating environment appears to have been much less volatile (and it is largely the physician area where PRA faces ongoing competition from less-disciplined mutual companies). Our assumption is that it will be difficult to gain much clarity on loss trends in the near term and that 2021 should represent a better opportunity some type of positive inflection in company fundamentals and in PRA shares.

| | |
|---|---|
| Price (Jan. 22, 2020) | $37.58 |
| 52-Wk Range | $45.36-$34.61 |
| Market Cap ($M) | $2,022 |
| ADTV | 150,008 |
| Shares Out (M) | 53.8 |
| Short Interest Ratio/% Of Float | 1.8% |
| Dividend/Yield | $1.24/3.3% |
| TR to Target | 7.1% |
| Enterprise Value ($M) | $2,229.3 |

| | |
|---|---|
| Cash And Equivalents ($M) | $80.5 |
| Total Debt ($M) | $288.0 |

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Operating | | | | | |
| 1Q | $0.35 | $0.08A | $0.08 | $0.02 | $0.18 |
| 2Q | $0.74 | $0.08A | $0.08 | $0.01 | $0.17 |
| 3Q | $0.42 | $0.30A | $0.30 | $0.01 | $0.18 |
| 4Q | ($0.16) | ($1.72) | $0.18 | $0.01 | $0.18 |
| FY | $1.36 | ($1.26) | $0.65 | $0.05 | $0.70 |
| P/E | 27.6x | NM | | ... | |
| **Revenue ($M)** | | | | | |
| FY | $930 | $992 | $992 | $990 | $990 |
| **Consensus** | | | | | |
| FY | -- | $0.63 | | $0.58 | |
| FYE Dec | | | | | |

Mark Hughes, CFA
615-748-4422
mark.hughes@suntrust.com

Michael J. Ramirez
404-926-5607
michael.j.ramirez@suntrust.com

SEE PAGE 3 FOR REQUIRED DISCLOSURE INFORMATION

FEINSTEIN_0001765



**SunTrust Robinson Humphrey**

## ProAssurance Corp.

Mark Hughes, CFA  615-748-4422
Updated on 1/23/20

"Required Disclosures" are on the last tab of this workbook

Source: Company filings and SunTrust Robinson Humphrey estimates.

FEINSTEIN_0001766



### Company Description

ProAssurance Corporation, through its subsidiaries, provides professional liability insurance products primarily to physicians, dentists, other healthcare providers, and healthcare facilities in the United States. The company also engages in the legal professional liability business. In addition, it offers professional office packages and workers' compensation insurance products in connection with its medical professional liability products. ProAssurance markets its products through direct marketing and independent agents. The company was founded in 1976 and is based in Birmingham, Alabama.

### Investment Thesis

Our Hold rating on PRA is based on the limited visibility on loss development and the potential for increased claims severity, offset by the company's strong balance sheet and track record of underwriting performance.

### Valuation and Risks

**Price target:** Our $39 price target assumes PRA will trade at a price-to-book multiple of ~1.3x our 2019 year-end book value estimate of $29.29 per share, slightly below the peer average. Going forward, we predict ROE will hold steady around 1-2%. We believe this multiple is appropriate given the potential for slower favorable development and higher loss severity.

**Risks:** If favorable reserve developments slow, this could be a headwind to earnings as less prior reserves to release means less of a cushion. On the other hand, if other med mal carriers begin to more actively pursue rate increases (given the current loss trends), the ensuing hard market could lead to margin expansion.

## Analyst Certification

I, Mark Hughes , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from the following company in the next three months: PRA-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-investment banking securities-related services within the last 12 months: PRA-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-investment banking services within the last 12 months: PRA-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-securities-related services within the last 12 months: PRA-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-securities related services within the last 12 months: PRA-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

FEINSTEIN_0001767



**Rating and Price Target History for: ProAssurance Corporation (PRA-US) as of 01-22-2020**

| 02/23/17 | 02/22/18 | 04/04/18 | 05/04/18 | 11/07/18 | 12/14/18 | 04/26/19 |
|----------|----------|----------|----------|----------|----------|----------|
| BUY $70 | BUY $55 | HOLD $51 | HOLD $45 | HOLD $48 | HOLD $45 | HOLD $39 |

Created by: BlueMatrix

# STRH Ratings System for Equity Securities

## Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

## STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

FEINSTEIN_0001768



S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 01/23/2020):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 430 | 61.78% | Buy | 139 | 32.33% |
| Hold | 257 | 36.93% | Hold | 62 | 24.12% |
| Sell | 9 | 1.29% | Sell | 2 | 22.22% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. SunTrust Robinson Humphrey, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. Truist and SunTrust Robinson Humphrey are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2020. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070

FEINSTEIN_0001769