FILED
2023 Feb-03  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT P

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## PROASSURANCE CORPORATION (PRA-NYSE)

Insurance | Commercial Lines
**C. Gregory Peters** | (727) 567-1534 | greg.peters@raymondjames.com
**Marcos Holanda, Sr. Res. Assoc.** | (727) 567-3688 | marcos.holanda@raymondjames.com

**JANUARY 23, 2020 | 5:45 PM EST
COMPANY COMMENT**

### Updating Estimates to Reflect 8-K; Maintain Market Perform

RECOMMENDATION

We are maintaining our **Market Perform** rating on shares of ProAssurance (PRA). The stock sold-off 11% today following an 8-K disclosing preliminary loss estimates for the Specialty Property & Casualty segment. We had previously suggested it could take up to 4 quarters for management to have better visibility into the problematic accident years of 2016 and 2017. While we believe the pre-announcement reflects management's initial assumption for the adequate amount of reserves, we concluded some simple case reserve analysis which could indicate the company may hold back on reserve releases (or potentially increase reserves again) over the next several quarters. Our updated estimates reflect essentially-zero reserve developments on a go-forward basis. The company will report 4Q19 EPS on 2/20/2020 after-market close. We expect management to discuss current industry dynamics and possibly provide an update on the company's strategic review of the Lloyd's business. Finally, the stock is currently trading at its lowest P/B multiple since at least 2011.

- **Event:** We are updating our EPS model to reflect PRA's 4Q19 preliminary loss estimates in the Specialty Property & Casualty segment.

- **Prior Year Reserve Development (PPRD):** Following the year-end review of updated loss data, PRA reported a preliminary estimate of $37 million of adverse PPRD in 4Q19 for its Specialty Property & Casualty segment. The adverse development is a result of deteriorating loss experience, driven by a large national healthcare account written since 2016.

- **Loss Ratio:** PRA expects the current accident year loss ratio to range between 134%-148% in 4Q19 for its Specialty Property & Casualty segment. The estimate reflects deteriorating loss experience related to the national healthcare account and, to a lesser extent, to the healthcare professional liability excess and surplus lines of business. PRA expects the 2019 Specialty P&C net loss ratio to range between 105%-109%.

- **Estimates:** We are lowering our 4Q19 operating EPS estimates to ($1.86) from $0.15. We are lowering our 2019, 2020 and 2021 operating EPS estimate to ($1.40), $0.04 and $0.15 from $0.60, $0.50 and $0.70, respectively.

Valuation

PRA trades at ~**1.1x** recent BVPS, compared with the peer group average of **1.9x** recent BVPS.

**Market Perform 3
Target Price NM**

| Suitability | High Risk/ Growth |
|---|---|

MARKET DATA

| | |
|---|---|
| Current Price (Jan-23-20) | $33.40 |
| Market Cap (mln) | $1,797 |
| Current Net Debt (mln) | $185 |
| Enterprise Value (mln) | $1,981 |
| Shares Outstanding (mln) | 53.8 |
| 30-Day Avg. Daily Value (mln) | $8.6 |
| Dividend | $1.24 |
| Dividend Yield | 3.7% |
| 52-Week Range | $34.11 - $45.45 |
| BVPS | $29.56 |
| ROE | 0.2% |

KEY FINANCIAL METRICS

| | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | | |
| 2018A | 0.40 | 0.48 | 0.42 | 0.18 |
| 2019E | 0.08 | 0.08 | 0.30 | 0.15 |
| new | 0.08 A | 0.08 A | 0.30 A | (1.86) |
| 2020E | 0.10 | 0.10 | 0.15 | 0.15 |
| new | 0.01 | 0.01 | 0.01 | 0.01 |
| 2021E | UR | UR | UR | UR |

| | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | | |
| old | 1.49 | 0.60 | 0.50 | 0.70 |
| new | 1.49 | (1.40) | 0.04 | 0.15 |
| P/E (Non-GAAP) | | | | |
| | 22.5x | NM | NM | NM |
| GAAP EPS ($, Dec FY) | | | | |
| old | 0.87 | 1.27 | 0.50 | 0.70 |
| new | 0.87 | 0.73 | 0.04 | 0.15 |
| Net Premiums Written (mln) (Dec FY) | | | | |
| | 835 | 854 | 885 | 904 |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.
Non-GAAP EPS excludes realized investment gains/losses.*

**Please read domestic and foreign disclosure/risk information beginning on page 3 and Analyst Certification on page 4.**

INTERNATIONAL HEADQUARTERS: THE RAYMOND JAMES FINANCIAL CENTER | 880 CARILLON PARKWAY | ST. PETERSBURG FLORIDA 33716

FEINSTEIN_0001758

| Company | Ticker | RJ Rating | Price | 2019E EPS | 2020E EPS | 2019E PE | 2020E PE | Book Value | P/BVPS | 2019E ROE |
|---|---|---|---|---|---|---|---|---|---|---|
| Alleghany Corporation | Y | NC | $800.21 | $38.15 | $46.08 | 21.0 | 17.4 | $612.87 | 1.3 | 8% |
| American Financial Group, Inc. | AFG | MP-3 | $109.33 | $8.60 | $8.85 | 12.7 | 12.4 | $70.13 | 1.6 | 13% |
| Argo Group International Holdings, Ltd. | ARGO | SB-1 | $68.80 | $1.23 | $2.75 | 55.9 | 25.0 | $55.18 | 1.2 | 5% |
| Markel Corporation | MKL | NC | $1,176.69 | $37.11 | $38.83 | 31.7 | 30.3 | $768.98 | 1.5 | 5% |
| Old Republic International Corp. | ORI | SB-1 | $22.12 | $1.75 | $1.65 | 12.6 | 13.4 | $19.09 | 1.2 | 9% |
| RLI Corp. | RLI | NC | $93.03 | $2.57 | $2.52 | 36.2 | 37.0 | $22.18 | 4.2 | 11% |
| W.R. Berkley Corporation | WRB | NC | $70.57 | $3.03 | $3.03 | 23.3 | 23.3 | $32.97 | 2.1 | 9% |
| *Peer Average* | | | | | | 27.6 | 22.7 | | 1.9 | 8% |
| *ProAssurance Corp.* | PRA | MP-3 | $33.64 | $0.60 | $0.04 | 56.1 | 841.0 | $29.56 | 1.1 | 2% |

NC= Not Covered.

Source: SNL, FactSet, Company Reports, & Raymond James Estimates.

Historical / Projected Earnings Model
ProAssurance Corp.

*($ in thousands)*

| | 2017 | 2018 | 2019E | 2020E | 2021E | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONSOLIDATED INCOME STATEMENT** | | | | | | | | | | | | | | | | | |
| Gross premiums written* | 874,876 | 957,311 | 1,004,424 | 1,093,776 | 1,117,197 | $243,010 | $242,900 | $259,704 | $211,697 | $279,826 | $221,346 | $265,483 | $237,769 | $320,535 | $242,591 | $290,992 | $239,657 |
| Net premiums written | 764,018 | 834,914 | 853,880 | 885,223 | 904,361 | 215,132 | 207,769 | 229,329 | 182,684 | 245,742 | 189,984 | 228,058 | 190,096 | 249,255 | 209,400 | 234,961 | 191,606 |
| Net premiums earned | 738,531 | 818,855 | 846,546 | 875,784 | 897,809 | 187,189 | 223,591 | 206,070 | 202,035 | 208,149 | 209,149 | 215,788 | 213,460 | 214,538 | 219,192 | 220,928 | 221,306 |
| Net investment income | 95,662 | 91,884 | 94,245 | 93,783 | 93,322 | 22,027 | 22,384 | 23,266 | 24,207 | 22,818 | 23,539 | 23,681 | 24,207 | 22,590 | 23,304 | 23,681 | 24,207 |
| Equity in Earnings of Unconsol. Subs. | 8,035 | 8,948 | (7,139) | 400 | 400 | 1,640 | 5,380 | 5,228 | (5,300) | (810) | (5,153) | (1,273) | 300 | 100 | 100 | 100 | 100 |
| Other income | 7,514 | 9,832 | 10,223 | 10,740 | 11,242 | 2,733 | 2,844 | 2,388 | 2,677 | 2,093 | 2,777 | 2,548 | 2,803 | 2,245 | 2,789 | 2,772 | 2,934 |
| Realized gains (losses) | 16,409 | (48,488) | 47,068 | 0 | 0 | (22,517) | 2,795 | 12,373 | (46,399) | 36,628 | 9,308 | 1,184 | 0 | 0 | 0 | 0 | 0 |
| Total Revenue | 866,149 | 866,029 | 990,940 | 980,686 | 1,002,773 | 201,082 | 256,194 | 249,325 | 179,478 | 268,875 | 239,621 | 241,874 | 240,570 | 239,273 | 245,385 | 247,481 | 248,547 |
| Operating Revenue | 849,740 | 929,517 | 943,875 | 980,686 | 1,002,773 | 213,549 | 253,399 | 236,952 | 225,617 | 232,252 | 230,313 | 240,740 | 240,570 | 239,273 | 245,385 | 247,481 | 248,547 |
| A/Y loss & LAE | 603,827 | 662,183 | 761,208 | 701,932 | 713,988 | 152,535 | 184,463 | 156,287 | 168,859 | 168,491 | 182,012 | 172,388 | 238,317 | 171,346 | 173,243 | 174,954 | 182,389 |
| Prior period reserve adjustment (unfavorable) | 134,705 | 68,909 | (9,478) | (5,778) | (5,925) | 22,833 | 22,806 | 17,285 | 25,984 | 6,427 | 11,356 | 8,853 | (36,615) | (2,284) | (2,322) | (2,048) | 873 |
| L & LAE | 469,155 | 593,208 | 764,740 | 707,710 | 719,913 | 129,786 | 161,722 | 147,605 | 154,089 | 155,755 | 168,440 | 161,614 | 274,931 | 173,629 | 175,565 | 177,001 | 181,516 |
| U/W exp | 235,751 | 238,557 | 247,135 | 252,904 | 257,416 | 57,380 | 59,611 | 61,844 | 99,742 | 61,392 | 61,705 | 61,861 | 61,174 | 60,564 | 65,743 | 64,764 | 61,835 |
| Segregated portfolio cells dividend (expense) income | 16,311 | 9,122 | 15,619 | 726 | 723 | 1,747 | 2,785 | 5,255 | (685) | 6,787 | 7,033 | 3,621 | 178 | 588 | (733) | 869 | 181 |
| Interest/debt expense | 16,844 | 16,163 | 17,125 | 17,096 | 17,096 | 3,705 | 5,958 | 3,845 | 4,835 | 4,530 | 4,247 | 4,274 | 4,274 | 4,274 | 4,274 | 4,274 | 4,274 |
| Total expenses* | 737,525 | 857,004 | 1,030,552 | 978,436 | 994,747 | 192,598 | 228,082 | 218,308 | 218,021 | 230,264 | 228,362 | 231,370 | 340,556 | 238,855 | 244,868 | 246,907 | 247,606 |
| Income before income taxes | 128,624 | 29,025 | (39,612) | 2,250 | 8,026 | 8,484 | 28,112 | 31,022 | (38,546) | 38,611 | 11,259 | 10,504 | (99,986) | 418 | 518 | 575 | 741 |
| Taxes | 21,360 | (18,032) | (5) | 0 | 0 | (3,422) | (311) | (206) | (14,096) | 6,961 | (377) | (6,689) | 0 | 0 | 0 | 0 | 0 |
| Net income | 107,264 | 47,057 | (39,607) | 2,250 | 8,026 | 11,836 | 28,423 | 31,228 | (24,450) | 31,650 | 11,536 | 17,193 | (99,986) | 418 | 518 | 575 | 741 |
| **PER SHARE** | | | | | | | | | | | | | | | | | |
| Net income | $2.00 | $0.87 | ($0.73) | $0.04 | $0.15 | $0.22 | $0.53 | $0.58 | ($0.46) | $0.59 | $0.21 | $0.32 | ($1.86) | $0.01 | $0.01 | $0.01 | $0.01 |
| Capital gains (losses) & Other | $0.18 | ($0.60) | $0.65 | $0.00 | $0.00 | ($0.18) | $0.05 | $0.17 | ($0.63) | $0.51 | $0.14 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Operating income | $2.02 | $1.49 | ($1.40) | $0.04 | $0.15 | $0.40 | $0.48 | $0.42 | $0.18 | $0.08 | $0.08 | $0.30 | ($1.86) | $0.01 | $0.01 | $0.01 | $0.01 |
| Dividends | $5.95 | $2.24 | $1.28 | $2.29 | $2.32 | $1.31 | $0.31 | $0.31 | $0.31 | $0.31 | $0.31 | $0.32 | $0.32 | $1.31 | $0.32 | $0.33 | $0.33 |
| EPS impact of 1 pt. CHG. in Combined | $0.11 | $0.25 | $0.16 | $0.16 | $0.17 | $0.05 | $0.04 | $0.05 | $0.02 | $0.03 | $0.04 | $0.07 | $0.04 | $0.04 | $0.04 | $0.04 | $0.04 |
| EPS impact of favorable reserve dev. | $1.65 | $1.08 | ($0.12) | ($0.07) | ($0.07) | $0.34 | $0.34 | $0.25 | $0.38 | $0.09 | $0.17 | $0.13 | ($0.54) | ($0.08) | ($0.05) | ($0.03) | $0.01 |
| Book value - GAAP | $29.83 | $23.39 | $27.37 | $25.09 | $22.88 | $29.28 | $29.37 | $29.60 | $23.39 | $29.06 | $29.42 | $29.56 | $27.37 | $26.06 | $25.74 | $25.41 | $25.09 |
| Book value - Ex. AOCI | $29.55 | $28.71 | $26.66 | $24.41 | $22.24 | $29.43 | $29.07 | $29.06 | $28.71 | $28.48 | $28.24 | $28.83 | $26.66 | $25.35 | $25.04 | $24.73 | $24.41 |
| Avg. FD Shares outstanding | 53,611 | 53,747 | 53,837 | 53,856 | 53,856 | 53,682 | 53,741 | 53,773 | 53,791 | 53,809 | 53,828 | 53,856 | 53,856 | 53,856 | 53,856 | 53,856 | 53,856 |
| **MARGIN / RATIO** | | | | | | | | | | | | | | | | | |
| Net written : gross written | 87.3% | 87.2% | 85.0% | 80.9% | 80.9% | 88.5% | 85.5% | 88.3% | 86.3% | 87.8% | 85.8% | 85.9% | 86.3% | 87.8% | 85.8% | 85.9% | 86.3% |
| Current A/Y loss ratio | 81.8% | 80.9% | 89.9% | 80.2% | 79.5% | 81.5% | 82.5% | 82.1% | 88.6% | 81.7% | 88.2% | 82.3% | 111.6% | 79.9% | 79.0% | 79.2% | 82.4% |
| Prior period reserve adjustment (unfavorable) | 18.2% | 10.9% | -1.1% | -0.7% | -0.6% | 12.2% | 10.2% | 10.5% | 12.5% | 4.9% | 7.7% | 7.4% | -17.2% | -1.1% | -1.1% | -0.9% | 0.4% |
| Net Loss Ratio | 63.5% | 72.4% | 90.3% | 80.8% | 80.1% | 69.3% | 72.3% | 71.6% | 76.3% | 76.8% | 80.5% | 74.9% | 128.8% | 81.0% | 80.1% | 80.0% | 82.0% |
| Expense Ratio (incl. GFA) | 31.9% | 29.3% | 29.2% | 28.9% | 28.7% | 30.6% | 26.7% | 30.0% | 29.8% | 29.5% | 30.0% | 28.7% | 28.7% | 28.3% | 30.0% | 29.3% | 27.9% |
| Combined Ratio | 95.4% | 101.6% | 119.5% | 109.7% | 108.8% | 99.9% | 99.0% | 101.6% | 106.0% | 106.3% | 110.5% | 103.6% | 157.5% | 109.3% | 110.1% | 109.4% | 110.0% |
| Tax Rate | 16.6% | -62.1% | 0.0% | 0.0% | 0.0% | -40.3% | -1.1% | -0.7% | 36.6% | 18.0% | -2.5% | -63.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Pre-Tax Margin | 15.1% | 3.1% | -4.2% | 0.2% | 0.8% | 3.9% | 11.1% | 13.1% | -17.1% | 16.6% | 4.9% | 4.4% | -41.6% | 0.2% | 0.2% | 0.2% | 0.3% |
| Operating ROAE | 6.4% | 5.1% | -5.1% | 0.2% | 0.6% | | | | | | | | | | | | |
| **GROWTH** | | | | | | | | | | | | | | | | | |
| Gross premiums written ex. Workers' Comp | 4.8% | 9.4% | 4.9% | 8.9% | 2.1% | -20.2% | -12.4% | -13.5% | -16.1% | -3.8% | -28.0% | -16.8% | -10.5% | -2.8% | -13.9% | -10.2% | -21.4% |
| Gross premiums written | 4.8% | 9.4% | 4.9% | 8.9% | 2.1% | 5.0% | 17.8% | 5.8% | 10.4% | 15.1% | -8.9% | 2.2% | 12.3% | 14.5% | 9.6% | 9.6% | 0.8% |
| Net premiums written | 3.5% | 9.3% | 2.3% | 3.7% | 2.2% | 5.5% | 18.3% | 5.8% | 9.1% | 14.2% | -8.6% | -0.6% | 4.1% | 1.4% | 10.2% | 3.0% | 0.8% |
| Gross premiums earned | 2.3% | 8.9% | 7.1% | 8.8% | 3.3% | 3.3% | 9.7% | 5.1% | 9.4% | 14.5% | 5.3% | 4.4% | 4.9% | 5.1% | 9.6% | 11.5% | 8.9% |
| Net premiums earned | 0.7% | 10.9% | 3.4% | 3.5% | 2.5% | 2.3% | 24.0% | 7.2% | 10.4% | 11.1% | -6.5% | 4.7% | 5.7% | 3.0% | 4.8% | 2.4% | 3.7% |
| Net investment income | -4.3% | -3.9% | 2.6% | -0.5% | -0.5% | -5.0% | -1.3% | -2.0% | -7.1% | 3.6% | 5.2% | 1.8% | 0.0% | -1.0% | -1.0% | 0.0% | 0.0% |
| Total revenue | -0.5% | 2.3% | 11.8% | -1.0% | 2.3% | -9.9% | 24.6% | 9.1% | -14.2% | 33.7% | -6.5% | -3.0% | 34.0% | -11.0% | 2.4% | 2.3% | 3.3% |
| Operating Revenue | 1.7% | 9.4% | 1.5% | 3.9% | 2.3% | 1.8% | 21.9% | 7.4% | 6.7% | 8.8% | -9.1% | 1.6% | 6.6% | 3.0% | 6.5% | 2.8% | 3.3% |
| Book Value - Ex. AOCI: Y-O-Y | -11.6% | -2.9% | -7.1% | -8.4% | -8.9% | -13.0% | -14.0% | -12.0% | -2.9% | -3.2% | -2.8% | -5.8% | -7.1% | -11.0% | -11.5% | -14.2% | -8.4% |

Historical results may not reflect restatements.

Sources: Company reports, Raymond James Estimates.

FEINSTEIN_0001759

## COMPANY DESCRIPTION

ProAssurance Corp., based in Birmingham, Alabama, is a leading provider of medical professional liability insurance in the U.S. ProAssurance was formed by the merger of Medical Assurance, Inc. and Professionals Group, Inc., which together provide medical malpractice insurance to physicians and other healthcare professionals and facilities. The company also provides workers' compensation insurance, liability insurance for medical technology and life sciences, and professional liability insurance for attorneys. The company is licensed to write policies in all 50 states.



## IMPORTANT INVESTOR DISCLOSURES

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation or distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 45 Avenue George V, 75008, Paris, France, +33 1 45 64 0500 and Raymond James Financial International Ltd., Ropemaker Place, 25 Ropemaker Street, London, England, EC2Y 9LY , +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Client Access & RaymondJames.com). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal Proprietary websites; however, such research reports will not contain estimates or changes to earnings forecasts, target price, valuation or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication is discretionary and is done only after the research has been publically disseminated via RJ's internal factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your Sales Representative or visit RJ Client Access or RaymondJames.com.

## RAYMOND JAMES

FEINSTEIN_0001760

Links to third-party websites are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any third-party website or the collection of use of information regarding any website's users and/or members.

Additional information is available on request.

## Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analysts Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination, including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

**The analyst C. Gregory Peters, primarily responsible for the preparation of this research report, attests to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers and (2) that no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views in this research report. In addition, said analyst(s) has not received compensation from any subject company in the last 12 months.**

## Ratings and Definitions

**Raymond James & Associates (U.S.) definitions: Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of 15% is expected to be realized over the next 12 months. **Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months. **Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months. **Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold. Suspended (S) The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions: Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months. **Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months. **Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities. **Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold. Suspended (S) The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

| | Coverage Universe Rating Distribution* | | Investment Banking Relationships | |
|---|---|---|---|---|
| | RJA | RJL | RJA | RJL |
| **Strong Buy and Outperform (Buy)** | 55% | 61% | 20% | 23% |
| **Market Perform (Hold)** | 41% | 36% | 11% | 19% |
| **Underperform (Sell)** | 4% | 3% | 8% | 0% |

*Columns may not add to 100% due to rounding.*

**Suitability Ratings (SR)**

**Medium Risk/Income (M/INC)** Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above

FEINSTEIN_0001761

that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.

**Medium Risk/Growth (M/GRW)** Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

**High Risk/Income (H/INC)** Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)** Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

**High Risk/Speculation (H/SPEC)** High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

## Raymond James Relationship Disclosures

Certain affiliates of the RJ Group expect to receive or intend to seek compensation for investment banking services from all companies under research coverage within the next three months.

| Company Name | Disclosure |
| --- | --- |
| ProAssurance Corporation | Raymond James & Associates, Inc. makes a market in the shares of ProAssurance Corporation. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors, including an assessment of industry size, structure, business trends, and overall attractiveness; management effectiveness; competition; visibility; financial condition; and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates our target price and rating changes for the subject companies over the past three years.



**Valuation Methodology**

**ProAssurance Corporation**
Our valuation methodology utilizes a BVPS multiple with an adjustment for ROE. We consider the company's P/Book and P/E multiple versus comparable multiples from a peer group.

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the business of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product/

FEINSTEIN_0001762

service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

**Company-Specific Risks**

**ProAssurance Corporation**
Risks include physician, regulatory and/or consumer pushback; adverse litigation trends; inability to achieve additional rate increases; increased competition; potential exposure to reinsurance recoverable issues; and a reduction in the value of the investment portfolio. Please also see ProAssurance's most recent SEC 10-Q and/or 10-K filing for a more complete list of potential risks.

**Regulatory Risk**
The company's operating subsidiaries are subject to licensing and regulation by the governmental and regulatory bodies in domestic and international markets. The many different laws and regulations could hinder the company's ability to collect and enforce their defaulted consumer receivables. Any new laws, rules or regulations that may be adopted, or changes in the ways that existing rules or laws are interpreted or enforced, may adversely affect our ability to collect on our receivables and may harm our business.

**Claims Reserving and Reserve Development**
ProAssurance's principal business of medical professional liability insurance is long-tail by nature. As a result, the company's ability to establish claim and claim adjustment expense reserves are subject to uncertainties due to many factors including expanded theories of liability, geographical location and jurisdiction of the lawsuits. Moreover, a material amount of ProAssurance's earnings are derived from favorable development of prior accident year reserves. Fluctuations in the medical professional liability insurance market could have an adverse impact on ProAssurance's ability to recognize favorable reserve development and consequently have a detrimental impact on the company's fundamentals.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at** raymondjames.bluematrix.com/sellside/Disclosures.action**. Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see** RaymondJames.com **for office locations) or by calling 727-567-1000, toll free 800-237-5643.**

## International Disclosures

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (high net worth companies, unincorporated associations, etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended)or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monetaire et Financier" and Reglement General de l'Autorite des marches Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorite de Controle Prudentiel et de Resolution and the Autorite des Marches Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be

FEINSTEIN_0001763

submitted.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report. In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate, or commercially exploit the information contained in this report, in printed, electronic, or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret, or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec. 501 et seq, provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

FEINSTEIN_0001764