# EXHIBIT U
# [Filed Under Seal]