FILED

2023 Feb-03  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI,<br><br>          Defendants. | Civil Action No.: 2:20-cv-00856-RDP |

## TRANSMITTAL DECLARATION OF JAY M. EZELLE

JAY M. EZELLE hereby declares under penalty of perjury as follows:

1.      I am a partner of the law firm Starnes Davis Florie LLP, counsel to Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski (collectively "Defendants").  I submit this Declaration in support of Defendants' Executive Summaries of their Opposition to Lead Plaintiffs' Motion for Class Certification.

2.      Attached hereto are true and correct copies of the following:

| Ex.[1] | Description |
|---|---|
| 12. | ProAssurance January 22, 2020 Form 8-K |

---

[1] For the Court's convenience, the Executive Summary exhibits have been numbered in order following the Exhibits submitted in support of Defendants' Opposition Brief to Lead Plaintiffs' Motion for Class Certification, *see* ECF No. 93.

2

| 13. | ProAssurance May 7, 2020 Q1 2020 Form 10-Q |
| 14. | ProAssurance May 8, 2020 Earnings Call Transcript |
| 15. | Consolidated Analyst Reports, Alleghany Corporation (February 3, 2020–May 6, 2020) (excerpted) |
| 16. | Consolidated Analyst Reports, Arch Capital (January 6, 2020–May 5, 2020) (excerpted) |
| 17. | Consolidated Analyst Reports, Markel Corporation (February 5, 2020–April 8, 2020) (excerpted) |
| 18. | Transcript of Deposition of Bruce Deal, August 12, 2022 (excerpted) |
| 19. | Transcript of Deposition of Darryl Thomas, December 22, 2022 (excerpted) |

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on February 3, 2023 in Birmingham, Alabama.

/s/ *Jay M. Ezelle*
Jay M. Ezelle

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Steven B. Singer
Craig Corey Maider
Kyla Grant
Sara M. DiLeo
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606

Joseph E. White, III
Lester R. Hooker
Jonathan Dov Lamet
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434

Bailie L. Heikkinen
Reginald E. Janvier
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

David J. Guin
Tammy M. Stokes
Dawn Stith Evans
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600/Title Bldg.
Birmingham, AL 35203

Roger H. Bedford, Jr
ROGER BEDFORD, ATTORNEY AT LAW, LLC
P.O. Box 1149
Russellville, AL  35653

{B4507576}                                                    3

John T. Long
CAVANAGH & O'HARA
2319 West Jefferson Street
Springfield, IL  62702

James Bringhurst Eubank
Wilson Daniel Miles, III
Beasley Allen Law Firm
218 Commerce St.
Montgomery, AL 36104

Mason G Roth
ROBBINS GELLER RUDMAN & DOWD, LLP
120 East Palmetto Park Road
Boca Raton, FL 33432

Nathan R Lindell
ROBBINS GELLER RUDMAN & DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101

*/s/ Cole R. Gresham*
STARNES DAVIS FLORIE LLP