FILED
2023 Feb-03  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 15



**MOODY'S**
**INVESTORS SERVICE**

## CREDIT OPINION
3 February 2020

Update

 Rate this Research

### RATINGS
**Alleghany Corporation**

| | |
|---|---|
| Domicile | New York, New York, United States |
| Long Term Rating | Baa1 |
| Type | LT Issuer Rating - Dom Curr |
| Outlook | Stable |

*Please see the ratings section at the end of this report for more information. The ratings and outlook shown reflect information as of the publication date.*

### Contacts

| | |
|---|---|
| **Siddhartha Ghosh** *VP-Senior Analyst* siddhartha.ghosh@moodys.com | +1.212.553.0456 |
| **Evelyn Ocas Salazar** *Associate Analyst* evelyn.ocassalazar@moodys.com | +1.212.553.9385 |
| **Sarah Hibler** *Associate Managing Director* sarah.hibler@moodys.com | +1.212.553.4912 |
| **Marc R. Pinto, CFA** *MD-Financial Institutions* marc.pinto@moodys.com | +1.212.553.4352 |

### CLIENT SERVICES

| | |
|---|---|
| Americas | 1-212-553-1653 |
| Asia Pacific | 852-3551-3077 |
| Japan | 81-3-5408-4100 |
| EMEA | 44-20-7772-5454 |

# Alleghany Corporation
## Specialty focused franchise with expanding non-insurance investments

### Summary

In January 2020, we affirmed the the Baa1 senior debt and long-term issuer ratings of Alleghany Corporation (Alleghany, NYSE: Y) and the Baa1 senior debt rating of Transatlantic Holdings, Inc. and the A1 insurance financial strength (IFS) rating of Transatlantic Reinsurance Company (TransRe). The affirmation reflects Alleghany's strong competitive position as a leading global reinsurer in the broker-market and in the primary US excess and surplus (E&S) markets, well diversified product lines, strong capital adequacy, conservative financial leverage and very good holding company liquidity. These strengths are tempered by the group's significant exposure to natural and manmade catastrophes, potential reserve volatility given its sizable presence in medium to long-tail casualty lines, and earnings volatility from catastrophe losses.

For the first nine months of 2019, Alleghany reported net income of $826 million compared to net income of $752 million in the prior year period, largely driven by higher investment income and improved underwriting results. The consolidated combined ratio for Alleghany improved to 94.3% for the first nine months of 2019 compared to 97.6% in the prior year period, largely attributed to improved pricing and lower catastrophes, offset by lower reserve releases. Alleghany Capital owns several private equity interests in various non-insurance operations that could provide increasing unregulated cash flows to the parent over time.

Exhibit 1
**Net Income and return on capital impacted by above average catastrophe losses and investment volatility, improved results in 2019**



Note: Adjusted net income for 2017 excludes tax adjustment related to the new US tax law and recorded at the end of 2017.
*Source: Company Reports, Moody's Investors Service*

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.

RSUI has a long track record of above average profitability, punctuated by large catastrophe losses, while the group is working to improve CapSpecialty's profitability

Exhibit 6
**Alleghany's insurance and reinsurance combined ratios**



*Source: Moody's Investors Service and company filings*

### Reserve adequacy: Favorable reserve development continues; legacy reserve risk moderating

Moody's views Alleghany's/TransRe's reserves as reasonable. Alleghany reported favorable reserve development, averaging 2.8% of beginning year loss reserves for the past seven years. For the first nine months of 2019, Aleghany reported favorable reserve development of $153 million, down from $213 million in the prior year period. Despite its good reserve track record, TransRe (and its peers) as well as RSUI face the potential for future claims inflation rates to increase meaningfully above expectations embedded in the business, which could result in reserve strengthening for long tail casualty lines. Given TransRe's relatively high reserve leverage, such a development could exert an outsized influence on the group. Nevertheless, Alleghany/TransRe maintain a conservative approach to reserving, especially for unseasoned accident years.

### Financial flexibility: Alleghany's financial leverage manageable; holding company liquidity is strong

Alleghany has a history of maintaining low levels of debt in its capital structure, as well as ample liquidity outside of its regulated subsidiaries. As of September 30, 2019, Alleghany's adjusted financial leverage was 18%, in line with our expectation to remain within the 15-20% range.

Alleghany Corporation had approximately $1.7 billion of debt outstanding as September 30, 2019. Moody's expects that from time to time the holding company may deploy a portion of its liquidity for acquisitions and other strategic initiatives, as it has done in the past but that it will maintain ample liquidity in the form of cash and liquid investments.

As of September 30, 2019, the company held total marketable securities and cash of approximately $1.3 billion at its various holding companies including $348 million at Alleghany parent, $857 million at AIHL and $88 million at TransRe Holding Company. Although the company holds sizable cash at the consolidated holding company level, we do not consider its marketable securities to be entirely liquid for purposes of managing holding company cash flow needs. We view the group's financial flexibility in line with Aa-rated insurers rather than the unadjusted A metric in the scorecard.

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.

**Insurance | Rating/Price Target Change**
February 19, 2020



## Alleghany Corporation (Y)
4Q19 Results Miss on Higher Cats; NWP Growth Strong & $15 Special Dividend Announced

**MARKET OUTPERFORM**
Price: $839.47
Price Target: $900.00

**Matthew J. Carletti**
mcarletti@jmpsecurities.com
(312) 768-1784

**Karol Chmiel, CFA**
kchmiel@jmpsecurities.com
(312) 768-1786

### INVESTMENT HIGHLIGHTS

- **We reaffirm our Market Outperform rating and increase our price target to $900 from $875 (unchanged 1.3x forward book value adjusted for anticipated special dividends, based on our SOTP analysis) on Alleghany Corporation following 4Q19 results that missed expectations.** Alleghany reported an operating loss of ($6.09)/share, missing our estimate of earnings of $7.80/share and consensus of $8.46/share. The miss versus our estimate was the result of worse-than-expected catastrophe losses ($173 mln/$9.48 miss; driven largely by Typhoon Hagibis), a worse-than-projected ex-cat AY loss ratio (65% vs. 62% est.; $2.34 miss), weaker Alleghany Capital results ($15 mln/$0.81 miss; in part due to a shorter holiday shopping season for Jazwares and one-time adjustments following the completion of a significant project at W&W|AFCO Steel), and weaker-than-forecast prior-period favorable reserve development ($12 mln/$0.64 miss). GWP growth was strong at 16% (vs. +8% est.), with stronger-than-projected growth in all three (re)insurance segments, in part reflecting an acceleration of improving market conditions. Book value was roughly flat from September 30 at $611/share, as equity portfolio gains offset the operating loss. Alongside Q4 results, management announced a $15/share special dividend to be paid in March, and in supplement to the existing share repurchase plan.

- **We believe Alleghany, with top-tier reinsurer TransRe and E&S pioneer RSUI representing a majority of its income, is well positioned to take advantage of a modestly improving pricing environment.** Based on what we know of the management team at Alleghany and each of its operating subsidiaries (TransRe, RSUI, and CapSpecialty), we do not expect it to hesitate to put capital to work in the niches of the market that are seeing a better-priced environment if the company is earning an appropriate return on capital deployed, which was evidenced this quarter by double-digit growth in all three of Alleghany's insurance subsidiaries. The E&S market is seeing some of the strongest conditions in decades as the result of a constricted standard market appetite in certain areas, underwriting improvement initiatives at Lloyds (Decile 10), and some larger market participants drastically reducing line sizes. RSUI is a direct beneficiary of these dynamics (which has showed itself in recent quarterly results, including Q4) and is trickling down to the smaller end of the specialty market where CapSpecialty operates. The reinsurance market is also seeing improving conditions, where TransRe will benefit. In property, recent catastrophe activity and a constriction in retro capacity has buoyed property catastrophe pricing. As we look ahead to key renewal dates in 2020, we see TransRe being a beneficiary in Japan, in particular, due to its strong market position relative to U.S./Bermuda peers, and our belief that the pricing environment will be strong in response to Typhoon Jebi creep and losses from Typhoon Faxai in Q3 and Typhoon Hagibis in Q4. Our meetings in Tokyo last week suggest pricing could increase 40-50% on average. In casualty, TransRe is

### MARKET DATA

| | |
|---|---|
| Price | $839.47 |
| 52-Week Range: | $600.23 - $847.95 |
| Shares Out. (M): | 14.4 |
| Market Cap ($M): | $12,088.4 |
| Average Daily Vol. (000): | 47.0 |
| Book Value/Share: | $611.00 |
| Dividend Yield: | 1.22% |
| Float (M): | 13.9 |
| Price to Book Value: | 1.4x |
| Price to Tangible Book: | 1.6x |
| ROAE: | 7.8% |
| Secular Growth Rate: | 46.0% |
| Tangible BV/Share: | $527.20 |
| Total Debt/Total Cap.: | 15.8% |

ROAE: Estimated for 2019E
*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| Oper. Inc. (M) | 1Q | $140.1 | $175.7 | -- |
| | 2Q | $179.1 | $182.5 | -- |
| | 3Q | $109.8 | $180.6 | -- |
| | 4Q | ($84.4) | $178.5 | -- |
| | **FY** | **$344.6** | **$717.2** | **$782.1** |
| EPS | 1Q | $9.66 | $12.21 | -- |
| | 2Q | $12.40 | $12.71 | -- |
| | 3Q | $7.61 | $12.60 | -- |
| | 4Q | ($6.09) | $12.48 | -- |
| | **FY** | **$23.86** | **$50.00** | **$55.00** |
| | P/E | 35.2x | 16.8x | 15.3x |
| | Previous FY | $37.50 | NC | $53.00 |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



benefiting from underlying primary pricing improvement, as well as reductions in ceding commissions.

- **Accident year results miss.** Alleghany reported an ex-cat AY loss ratio of 65%, worse than our 62% estimate, with Insurance roughly 4 points worse than expected at 56%, and Reinsurance 3 points worse than expected at 68%. The Insurance segment ex-cat AY loss ratio was worse than expected due to weaker results at both RSUI (54% vs. 51% est.) and CapSpecialty (62% vs. 57% est.). In the Reinsurance segment, Property missed (57% vs. 50% est.; we suspect non-cat weather and/or normal volatility around large losses could be to blame), as did Casualty (73% vs. 71% est.). While we do not like to see higher accident year loss ratios across the board, we suspect it likely, in part, reflects an increased element of conservatism in setting full-year loss picks amidst a challenging casualty loss cost trend backdrop, particularly when considering the already noisy quarter.

- **Favorable PPD weaker than expected.** Favorable prior-period development was weaker than expected ($32 mln vs. $44 mln est.), with $55 mln of favorable PPD coming from Reinsurance (vs. $39 mln est.) and $23 mln adverse coming from Insurance (vs. $4 mln favorable est.). The adverse development in Insurance was at CapSpecialty, reflecting the new management teams' actions to better position the business for future success.

- **Top-line growth stronger than expected.** Gross written premium growth was strong (+16% vs. +8% est.). The Reinsurance segment (+12% vs. our +4% est.) reflected strong growth domestically, driven by improved market conditions and the purchase of the renewal rights to a block of U.S. treaty reinsurance business in late 2018. In the Insurance segment, GWP was also strong (+29% vs. our +18% est.), with the core operations of RSUI (+30% vs. +20% est.; reflecting growth in most lines of business due to increases in business opportunities, improved market conditions, and meaningfully higher pricing, particularly in the property, D&O liability, and excess casualty lines of business) and CapSpecialty (+22% vs. +10% est.; primarily reflecting continued growth in the healthcare, professional liability, specialty casualty, and surety lines of business due to increases in business opportunities and CapSpecialty's expanded product offerings, and the impact of CapSpecialty's purchase of certain renewal rights in 2018 and 2019) both exceeding expectations. Management noted in the results press release that investors should anticipate slower growth at the unit as certain lines of business are discontinued and/or re-underwritten as the new management team positions the book for improved profitability going forward.



Stock Report | **May 06, 2020** | NYSE Symbol: **Y** | **Y** is in the S&P Midcap 400

**CFRA**

# Alleghany Corporation

| Recommendation | | Price | 12-Mo. Target Price | Report Currency | Investment Style |
|---|---|---|---|---|---|
| **HOLD** ★★★☆☆ | | USD 492.09 [as of May 05, 2020 4:00 PM ET] | USD 790.00 | USD | Mid-Cap Blend |

**Equity Analyst Cathy Seifert**

**GICS Sector** Financials
**Sub-Industry** Reinsurance

**Summary** This holding company operates several insurance and reinsurance underwriting units, and engages in private equity activities through its Alleghany Capital division.

## Key Stock Statistics (Source: CFRA, S&P Global Market Intelligence (SPGMI), Company Reports)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52-Wk Range | **USD 847.95 - 426.87** | Oper. EPS 2020**E** | **USD 43.80** | Market Capitalization[B] | **USD 7.059** | Beta | **0.68** |
| Trailing 12-Month EPS | **USD 3.91** | Oper. EPS 2021**E** | **USD 49.30** | Yield [%] | **NA** | 3-Yr Proj. EPS CAGR[%] | **7** |
| Trailing 12-Month P/E | **NM** | P/E on Oper. EPS 2020**E** | **11.23** | Dividend Rate/Share | **NA** | SPGMI's Quality Ranking | **B-** |
| $10K Invested 5 Yrs Ago | **$11,055** | Common Shares Outstg.[M] | **14.3** | Institutional Ownership [%] | **84** | | |

## Price Performance



Legend: 30-Week Mov. Avg. — 10-Week Mov. Avg. — GAAP Earnings vs. Previous Year — Volume Above Avg. — STARS — 12-Mo. Target Price — ▲ Up ▼ Down ▶ No Change — Below Avg.

**Source: CFRA, S&P Global Market Intelligence**
**Past performance is not an indication of future performance and should not be relied upon as such.**
Analysis prepared by Equity Analyst **Cathy Seifert** on Feb 28, 2020 08:32 AM, when the stock traded at **USD 704.87.**

## Highlights

► We forecast operating revenue growth of 10% to 14% in 2020 and 9% to 12% in 2021. This reflects our view that net earned premiums (which account for about 70% of revenues) are set to rise by 9% to 12% in 2020 on 10% to 13% annual growth in reinsurance premiums, and a 10% to 12% rise in insurance premiums. We expect net investment income (7%-10% of revenues) to rise by 4% to 5% in 2020. Total operating revenue growth in coming periods will also be aided, we think, by growth of more than 40% in non-insurance revenues (which account for about 20% of operating revenues), reflecting contributions from the Alleghany Capital division.

► We expect underwriting results to rebound in 2020, following a surge in catastrophe losses in 2017, and an elevated level of catastrophes in 2018 and 2019 that led to underwriting losses in both periods. We forecast a combined ratio of under 100% in 2020, versus the 99.4% reported in 2019, 103.2% reported in 2018, and 106.4% in 2017.

► We estimate operating EPS of $43.80 in 2020 and $49.30 in 2021, versus operating EPS of $23.77 reported in 2019 and $16.13 posted in 2018.

## Investment Rationale/Risk

► Our opinion on the shares is Hold. We applaud Y's ability to produce double-digit operating revenue gains, including insurance premium growth that is about double the industry average. But, our view is tempered by Y's exposure to catastrophe claims, which have been sizeable in recent years. Prior year loss development in certain "long tail" lines of business are also showing signs of deterioration. Our view is also tempered by concerns that Y's private equity unit could face increased competition from larger firms that may imperil its current, robust rate of growth.

► Risks to our recommendation and target price include an erosion in premium rates and underwriting margins, a significant deterioration in the credit quality of Y's investment portfolio, and the potential for outsize claims, relative to Y's size. There is also a risk that the current rate of growth in Y's private equity unit is not sustainable.

► Our 12-month target price of $790 assumes the shares will trade at 18x our 2020 operating EPS estimate of $43.80 and at 16x our 2021 operating EPS estimate of $49.30. This multiple compares with Y's one-year average forward multiple of 18x and a peer average of 16.4x.

## Analyst's Risk Assessment

| LOW | MEDIUM | HIGH |
|---|---|---|

Our risk assessment reflects our concern that Alleghany's mix of business could be prone to outsized losses (relative to its size). This is partly offset by our view of the company as a superior underwriter with sound risk and capital management policies, and without the degree of legacy underwriting issues that hurt some peers. Alleghany's revenue growth is also becoming increasingly dependent on the activities of Alleghany Capital and results here can vary widely since they are transactional.

## Revenue/Earnings Data

### Revenue (Million USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2020 | 1,483 | -- | -- | -- | -- |
| 2019 | 2,321 | 2,259 | 2,160 | 2,301 | 9,041 |
| 2018 | 1,585 | 1,898 | 2,177 | 1,227 | 6,887 |
| 2017 | 1,532 | 1,554 | 1,667 | 1,671 | 6,425 |
| 2016 | 1,479 | 1,582 | 1,615 | 1,455 | 6,131 |
| 2015 | 1,158 | 1,300 | 1,189 | 1,352 | 4,999 |

### Earnings Per Share (USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2021 | E 12.50 | E 11.45 | E 11.60 | E 13.75 | E 49.30 |
| 2020 | -25.19 | E 10.17 | E 10.30 | E 12.20 | E 43.80 |
| 2019 | 30.39 | 20.46 | 6.27 | 2.20 | 59.39 |
| 2018 | 11.05 | 19.44 | 19.07 | -48.30 | 2.62 |
| 2017 | 9.67 | 6.60 | -20.90 | 9.96 | 5.85 |
| 2016 | 9.96 | 4.99 | 10.09 | 4.50 | 29.59 |

Fiscal year ended Dec 31. Next earnings report expected: Early Aug. EPS Estimates based on CFRA's Operating Earnings; historical GAAP earnings are as reported in Company reports.

## Dividend Data

| Amount [USD] | Date Decl. | Ex-Div. Date | Stk. of Record | Payment Date |
|---|---|---|---|---|
| 15.00 Spl. | Feb 19 | Mar 04 | Mar 05 | Mar 16 '20 |

**Past performance is not an indication of future performance and should not be relied upon as such.**
Forecasts are not reliable indicator of future performance.

Redistribution or reproduction is prohibited without written permission. Copyright © 2020 CFRA. This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek independent financial advice regarding the suitability and/or appropriateness of making an investment or implementing the investment strategies discussed in this document and should understand that statements regarding future prospects may not be realized. Investors should note that income from such investments, if any, may fluctuate and that the value of such investments may rise or fall. Accordingly, investors may receive back less than they originally invested. Investors should seek advice concerning any impact this investment may have on their personal tax position from their own tax advisor. Please note the publication date of this document. It may contain specific information that is no longer current and should not be used to make an investment decision. Unless otherwise indicated, there is no intention to update this document.