FILED
2023 Feb-03  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 16

 **BARCLAYS**

Equity Research

6 January 2020

## U.S. Insurance/Non-Life

# 2020 P&C Outlook: Tightening Market, but Will Margins Deteriorate?

INDUSTRY UPDATE

---

**U.S. Insurance/Non-Life**
NEUTRAL
Unchanged

---

For a full list of our ratings, price target and earnings changes in this report, please see table on page 2.

---

**U.S. Insurance/Non-Life**
**Jay Gelb, CFA**
+1 212 526 1561
jay.gelb@barclays.com
BCI, US

Anthony Aron
+1 212 526 6096
anthony.aron@barclays.com
BCI, US

John Dunigan
+1 212 526 2607
john.dunigan2@barclays.com
BCI, US

**U.S. Consumer Finance**
**Mark C. DeVries**
+1 212 526 9484
mark.devries@barclays.com
BCI, US

**Looking Ahead, Commercial P&C Rate Increases Should Persist.** Commercial P&C insurance price improvement has been accelerating following adverse short- and long-tail claims activity. However, unfavorable casualty claims inflation trends have raised reserve adequacy concerns for several insurers. We expect this issue to be a possible earnings headwind for many insurers including TRV. Notably, we would expect CB, AIG, HIG, ACGL and RNR to be among the least-exposed to reserve deficiencies based on their recent commentary. However, we think other re/insurers could be at risk of persistent shortfalls because casualty reserve shortfalls tend not to be addressed in a single quarter. Investor sentiment on the reinsurers (including RNR and RE) has reached the most favorable level in many years, in our view, based on expectations of improving rate momentum in 2020 following large catastrophe events during the past several years and dislocation in the collateralized reinsurance market. At this stage, we think investor sentiment regarding reinsurance pricing might be getting ahead of itself.

The outlook still appears favorable for the insurance brokers based on strong organic revenue growth driven by P&C rates and economic growth, and margin expansion. Meanwhile, auto insurance rates have become increasingly competitive and there are concerns that underlying margins have peaked; however, we still view PGR and ALL as well positioned. Although Berkshire Hathaway's industrial and rail businesses appear to be feeling the effects of a slowdown, it still generates strong free cash flow that can be deployed into share buybacks and acquisitions.

Our OW-rated P&C stocks include **CB** (core global P&C holding with superior franchise value), **ACGL** (earnings tailwind from mortgage insurance and a top-tier P&C franchise), and **ALL and PGR** (strong earnings trends in personal lines insurance).

**P&C Results Expected to be Decent in 2020.** In '19, P&C stocks rose 25% on average, which was slightly below the S&P 500 (+29%) and the overall Financial sector (+29%). Most of the P&C stocks are currently valued at-or-above their 5-year and 10-year historical median price-to-book valuations, except for BRK (currently valued at the low end of its historical range). Current price-to-book valuations are at 10-year peaks for Everest Re, RNR and ACGL, with CB and HIG approaching this level.

**P&C Stocks Have Defensive Characteristics.** In 2020, P&C stocks should still be able to generate decent performance while returning a substantial amount of excess capital to shareholders, in our view. In the later stages of the economic expansion, most P&C stocks have below-average beta which could provide downside protection in a potentially weak equity market. We believe further industry consolidation is likely on hold based on improving pricing trends and less clarity around reserve adequacy.

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 57.

Completed: 06-Jan-20, 15:40 GMT    Released: 06-Jan-20, 15:50 GMT    Restricted - External

Barclays | U.S. Insurance/Non-Life

| U.S. Insurance/Non-Life | Industry View: NEUTRAL |
|---|---|

| **Arch Capital Group Ltd. (ACGL)** | Stock Rating: OVERWEIGHT |
|---|---|

| Income statement | 2018A | 2019E | 2020E | 2021E | CAGR |
|---|---|---|---|---|---|
| Net written premiums ($mn) | 5,347 | 6,058 | 6,671 | N/A | N/A |
| Net investment income (NII) ($mn) | 564 | 632 | 692 | N/A | N/A |
| Underwriting income ($mn) | 768 | 984 | 1,096 | N/A | N/A |
| Operating income ($mn) | 906 | 1,144 | 1,252 | N/A | N/A |
| Net income ($mn) | 728 | 1,725 | 1,503 | N/A | N/A |
| Tax rate (%) | 13.5 | 9.3 | 12.5 | N/A | N/A |
| Combined ratio (%) | 81.0 | 79.6 | 80.2 | N/A | N/A |
| Combined ratio (ex cats & py development) (%) | 82.5 | 80.2 | 80.8 | N/A | N/A |

| Per share data ($) | | | | | CAGR |
|---|---|---|---|---|---|
| EPS (reported) | 2.20 | 2.77 | 3.00 | N/A | N/A |
| DPS | 0.00 | 0.00 | 0.00 | N/A | N/A |
| BVPS | 21.52 | 26.30 | 29.27 | N/A | N/A |
| BVPS (tangible) | 19.94 | 24.81 | 27.97 | N/A | N/A |
| BVPS (ex unrealized gains/losses) | 21.96 | 25.78 | 28.75 | N/A | N/A |
| Diluted shares (mn) | 412.9 | 412.3 | 417.1 | N/A | N/A |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Total investments | 22,116 | 24,872 | 27,972 | N/A | N/A |
| Total debt | 2,189 | 2,362 | 2,362 | N/A | N/A |
| Common shareholders' equity | 8,660 | 10,672 | 11,954 | N/A | N/A |
| Cash flow from operations | 1,559 | 2,779 | 3,200 | N/A | N/A |

| Balance sheet metrics | | | | | Average |
|---|---|---|---|---|---|
| P/t investment yield (%) | 2.6 | 2.7 | 2.6 | N/A | 2.7 |
| Total debt/capital (%) | 18.8 | 17.1 | 15.6 | N/A | 17.2 |

| Valuation metrics | | | | | Average |
|---|---|---|---|---|---|
| P/BV (x) | 2.0 | 1.6 | 1.5 | N/A | 1.7 |
| P/BV (tangible) (x) | 2.2 | 1.7 | 1.5 | N/A | 1.8 |
| P/BV (ex unrealized gains/losses) (x) | 2.0 | 1.7 | 1.5 | N/A | 1.7 |
| P/E (reported) (x) | 19.7 | 15.6 | 14.4 | N/A | 16.6 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | N/A | 0.0 |
| ROE (operating) (%) | 10.7 | 11.8 | 11.1 | N/A | 11.2 |
| ROE (operating ex AOCI) (%) | 10.6 | 11.9 | 11.3 | N/A | 11.3 |
| ROE (%) | 8.4 | 16.5 | 12.2 | N/A | 12.4 |

Source: Company data, Bloomberg, Barclays Research
Note: FY End Dec

| Price (03-Jan-2020) | USD 43.35 |
|---|---|
| Price Target | USD 52.00 |

**Why Overweight?** ACGL is among the strongest insurance franchises with an excellent management team, in our view. Arch is well-positioned to navigate a somewhat challenging primary commercial P&C insurance and reinsurance environment driven by its diversified mix of business, strong underwriting discipline and solid balance sheet, in our view.

| Upside case | USD 58.00 |
|---|---|

ACGL is expected to release loss reserves and gain market share, resulting, we believe, in strong EPS, BV growth, and a solid ROE.   Our upside case of $58 assumes a multiple of 19x our 2020 EPS of $3.00.

| Downside case | USD 43.00 |
|---|---|

ACGL faces risks from a return to a soft P&C market, catastrophes and other large losses, and rising interest rates. Our downside case of $43 assumes a multiple of 14x our 2020 EPS of $3.00.

**Upside/Downside scenarios**

Price History Prior 12 months — High 43.49 — Low 25.07

Current 43.35

Price Target Next 12 months — Upside 58.00 — Target 52.00 — Downside 43.00

# J.P.Morgan

North America Equity Research
04 May 2020

# Arch Capital

## Re/Insurance Growth Accelerating, but Deteriorating MI Margins a Key Headwind

ACGL reported weak 1Q19 results, marked by deteriorating underwriting margins due to COVID-19 exposure, partly offset by accelerating premium growth trends and improving pricing in both the insurance and reinsurance segments. We maintain our Neutral rating but feel that deteriorating MI margins create negative risk-reward in the stock near-term.

- **EPS miss, reducing estimates.** Arch reported 1Q20 operating EPS of $0.46, below our $0.83 estimate but above consensus of $0.41. Our estimates were not adjusted for ACGL's pre-announcement. The downside to our model was driven by weaker than assumed margins across all segments, reflecting the impact of COVID-19 exposure. Net investment income fell short of our expectation as well. We are reducing our 2020 EPS estimate from $2.79 to $2.07.

- **Results were weak across all segments.** Underwriting margins in the mortgage insurance business were pressured by weaker than assumed margins (CR 44.1% vs. our 27.8% estimate) and we expect margins to deteriorate further in the near term due to COVID-related delinquencies. Underwriting results also missed our forecasts in the reinsurance segment (CR 102.0% vs. 89.4%E) and in insurance (CR 103.9% vs. 97.5%E) due to a higher than assumed loss ratio. Top-line growth was robust, as written premiums rose 6% in the MI business (vs. 5%E), 33% in insurance (vs. 24%E), and 77% in reinsurance (vs. 12%E). ACGL spent $75 mil. on share repurchases, above our $10 mil. assumption.

- **Our fundamental outlook is incrementally cautious.** In our view, Arch is a premier reinsurance and mortgage insurance franchise and we project it to generate superior, and less volatile, underwriting margins than peers in the long run. However, we expect near-term results to be pressured by declining margins in the MI business, which accounts for a majority of the company's earnings. Furthermore, our long term outlook for the reinsurance market is cautious. While pricing should continue to firm in the near-term, we feel that headwinds that pressured pricing in the past several years (excess capacity, greater 3rd party participation, increased mobility of capital, consolidation among brokers) will preclude a sustained hard market. Over the long-term, we expect returns in the mortgage insurance market to be constrained by the commoditized nature of the product, black box pricing, and higher capital requirements.

- **We affirm our Neutral rating.** Over time, primarily via acquisitions, Arch has morphed into more of an MI firm than a P&C reinsurer. We consider ACGL a well-run and top-tier franchise, but our near-term outlook for the MI business is cautious. Also, the company is vulnerable to an uptick in COVID-related losses, especially business interruption.

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 13 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Neutral

**ACGL, ACGL US**
Price (28 Apr 20): $24.75

▼ **Price Target (Dec-20): $30.00**
Prior (Dec-20): $34.00

### P&C Insurance

**Jimmy S. Bhullar, CFA** [AC]
(1-212) 622-6397
jimmy.s.bhullar@jpmorgan.com
**Bloomberg** JPMA BHULLAR <GO>

**Keith Cornelius**
(1-212) 622-9517
keith.cornelius@jpmorgan.com

**Pablo S. Singzon**
(1-212) 622-2295
pablo.s.singzon@jpmorgan.com

J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

|  | Prev | Cur |
|---|---|---|
| Adj. EPS - 20E ($) | 2.79 | 2.07 |
| Adj. EPS - 21E ($) | 2.67 | 2.46 |

### Quarterly Forecasts (FYE Dec)

**Adj. EPS ($)**

|  | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | 0.67 | 0.46A | |
| Q2 | 0.77 | 0.53 | |
| Q3 | 0.63 | 0.54 | |
| Q4 | 0.74 | 0.54 | |
| FY | 2.82 | 2.07 | 2.46 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
|  |  | 6M | 1Y | 3Y | 5Y |
| Value | 100 | 100 | 100 | 100 | 100 |
| Growth | 100 | 1 | 100 | 100 | 1 |
| Momentum | 100 | 100 | 1 | 1 | 1 |
| Quality | 100 | 1 | 1 | 100 | 100 |
| Low Vol | 100 | 1 | 1 | 100 | 1 |
| ESGQ | 16 | 11 | 14 | 96 | 92 |

**1Q20 EPS:** $0.46A vs. $0.83E

**Positives**
Accelerating P&C premium growth

**Negatives**
COVID-related loss exposure

**Please visit our Bloomberg page at**

**JPMA Bhullar <GO>**

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.

Jimmy S. Bhullar, CFA
(1-212) 622-6397
jimmy.s.bhullar@jpmorgan.com

North America Equity Research
04 May 2020

J.P.Morgan

# Investment Thesis

**Please see Page 5 for a detailed review of 1Q20 results.**

ACGL will hold its earnings conference call at 11:00 AM Eastern on May 5, 2020.

The dial-in number for the call is 484-747-6266, code: 5358703.

The dial-in for the call replay is 404-537-3406, code: 5358703.

**We view Arch as a premier reinsurance franchise but remain Neutral due to a cautious stance on the broader market and headwinds facing the MI business.** In our view, ACGL has an industry-leading reinsurance business that we project to generate superior, and less volatile, underwriting margins in the long run given the company's unique culture and approach to the market. In addition, Arch has established itself as one of the leading competitors in the mortgage insurance business. Our long-term view of the MI market is mixed, and we expect near-term results in the business, which accounts for close to two-thirds of Arch's total earnings, to be challenged by a likely recession triggered by the COVID-19 crisis. Meanwhile, our long-term outlook for the reinsurance market is downbeat, and we do not consider the recent improvement in pricing the beginning of a sustained hard market. In addition, we anticipate lackluster profitability and returns in the company's primary insurance business. ACGL has been one of the worst performing stocks in the P&C sector recently, and the sharp drop keeps us from getting more negative on ACGL despite our downbeat view of business trends. However, we could get more cautious if the stock recovers or if economic conditions worsen.

## Weak Labor Market to Pressure MI Results

ACGL expanded in the mortgage insurance business primarily through acquisitions (CMG in 2014 and United Guaranty in 2016) during a time when market conditions were very favorable, marked by appreciating home prices, relatively stringent lending standards at mortgage issuers, and disciplined pricing by mortgage insurers. The MI business has generated robust results in the past few years, but we expect margins to compress given the weaker economy and deteriorating housing market trends. The extent of the decline in margins is highly dependent on economic conditions and the labor market. Sustained high unemployment could drive further weakness in the housing market, and thereby lead to reductions in EPS estimates.

## Unique Reinsurance Franchise to Drive Superior Results

We expect ACGL to report superior, and less volatile, margins in its reinsurance business than peers. Arch has historically generated better results than most other reinsurers, which we attribute to its focus on specialty reinsurance (where pricing tends to be less competitive), conservative underwriting philosophy, ability to shift target segments based on changing market conditions, and judicious management of cat risk. ACGL is a pioneer in the reinsurance market and began using a risk-free rate in pricing business as well as deploying a long-term compensation framework for underwriters (that pays based on underwriting margins over a multi-year period), factors that stress profitability over premium volumes, when these were relatively novel concepts. Furthermore, the creation of 3rd party capital vehicles such as WTRE and Premia Re has allowed Arch to leverage its reinsurance franchise to earn fee income. While our outlook for the reinsurance market is cautious, we expect Arch to generate healthy results and navigate potential market challenges better than peers.

4

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.

EQUITY RESEARCH


Capital Markets

RBC Capital Markets, LLC
**Mark A. Dwelle, CFA**
(Analyst)
(804) 782-4008
mark.dwelle@rbccm.com
**Scott Heleniak** (AVP)
(804) 782-4006
scott.heleniak@rbccm.com

**Rowland Mayor** (Associate)
(804) 782-4003
rowland.mayor@rbccm.com

May 5, 2020

# Arch Capital Group Ltd.

## Arch once again a P&C story

**Our view:** MI isn't expected to contribute any more earnings in 2020 as it works through reserving for delinquencies under forbearance and slower growth. An earnings impact, not a capital impact. With pricing strong and submissions rising P&C will re-take center stage. With shares below book value we maintain our Outperform.

### Key points:

**Estimates and PT:** We have cut our 2020 estimate for operating EPS to $1.00 from $1.72. Our 2021 estimate is down to $2.85 from $2.87. In 2020 the majority of the revision is guidance for no further underwriting profit in Mortgage Insurance for the remainder of 2020 due to forbearance delinquency reserves. Additionally we assume a further 3 points in cat losses in Insurance and Reinsurance from Covid-19 in Q2/20.

We are reducing our price target to $37 from $40. Our price target is based on 1.3x our 2021 estimated ending BVPS (previously 1.4x) reflecting added MI uncertainties.

**Q1 Results:** Arch Capital Group reported Q1/20 operating EPS of $0.46 vs. $0.67 in Q1/19, better than our estimate of $0.40. Growth was stronger than expected with margins largely in line.

**MI & Covid:** The MI unit is guided to "no underwriting income" for the balance of 2020. While probably conservative, we see the guide as prudent in view of a multitude of uncertainties (as discussed inside). In brief, the volume and timing of delinquencies is unknown, the cure rate and timing is unknown and accordingly the per case losses are unknown. During 2Q-3Q reserves will accumulate as delinquencies mount with cures likely coming later. We've mapped our estimates to management's guidance but would expect multiple re-visits as visibility about these various factors develops. Bottom line - an earnings event, not a capital event and Arch will shift its emphasis to P&C growth and opportunities over the near term as the housing market retrenches.

**P&C Covid Impacts:** Arch had pre-announced the Covid-19 impact to be roughly $85-95 million on a pre-tax basis in Q1. The actual number came in at the low end of the range ($87 million into IBNR reserves) with a 41% allocation to Insurance and a 59% allocation to Reinsurance. Management noted that it remains early and they are working with limited information. We've allowed an additional 3 points of reserves in 2Q numbers for each of the insurance and reinsurance units.

**Positives:** 1) Strong Q1 growth in Insurance and Reinsurance; 2) robust pricing environment; 3) improving AY margins.

**Negatives:** 1) MI unit to be neutral to earnings the remainder of 2020; 2) uncertainty over the extent of Covid losses in P&C units; 3) lower investment yield environment.

---

**Sector: Insurance/Nonlife**

## Outperform
NASDAQ: ACGL; USD 23.80

### Price Target USD 37.00 ↓ 40.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☐ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 18.00 | 23.80 | 37.00 | 56.00 |
| | ↓ 24% | | ↑ 55% | ↑ 135% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 405.6 | Market Cap (MM): | 9,653 |
| Dividend: | 0.00 | Yield: | 0.0% |
| BVPS: | 26.10 | P/BVPS: | 0.91x |
| Float (MM): | 357.3 | Avg. Daily Volume: | 2,742,027 |
| Debt to Cap: | 18% | | |

### RBC Estimates

| FY Dec | 2018A | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| **BVPS Diluted** | 21.52 | 26.42 | 26.66 | 29.57 |
| Prev. | | | 28.18 | 31.11 |
| **P/BVPS** | 1.11x | 0.90x | 0.89x | 0.80x |
| **EPS, Ops Diluted** | 2.20 | 2.82 | 1.00 | 2.85 |
| Prev. | | | 1.72 | 2.87 |
| **P/E** | 10.8x | 8.4x | 23.8x | 8.4x |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019 | 0.67A | 0.77A | 0.63A | 0.74A |
| 2020 | 0.46A | 0.13E | 0.11E | 0.31E |
| Prev. | 0.40E | 0.43E | 0.15E | 0.74E |
| 2021 | 0.69E | 0.68E | 0.68E | 0.80E |

All values in USD unless otherwise noted.

---

Disseminated: May 5, 2020 15:49ET; Produced: May 5, 2020 15:49ET

Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 9.**

For the exclusive use of Owen Eagen (Owen Eagen@analysisgroup.com) at Analysis Group, Inc.

**RBC Capital Markets appreciates your consideration in the 2020 Institutional Investor All-America Research Team survey.**

## Target/Upside/Downside Scenarios

### Exhibit 1: Arch Capital Group Ltd.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case

Our base case assumes 2021 operating EPS estimate of $2.85. We are forecasting a U-shaped economic recovery with 2021 seeing improving premium growth and better conditions across all segments. Our full-year combined ratio estimate is 84.2%. Our $37 price target is based on a multiple approximating 1.3x our ending 2021 book value per share estimate.

### Upside scenario

Our upside scenario of $56 assumes a V-shaped recovery and a substantial re-acceleration of growth. In this scenario, we assume fast premium growth due to expanded growth opportunities and significant rate increases across multiple lines. We assume an additional 480 points of margin improvement vs. our base case resulting from better core accident year margins and higher favorable reserve development. Under these conditions, we would contemplate further multiple expansion to a valuation approximating 1.9x our ending 2021 book value per share estimate.

### Downside scenario

In our downside scenario of $18, we assume a sustained slowdown in the economy. The weaker relative premium trends could come from slowing trends in mortgage insurance and reinsurance, as well as on the insurance side. In this case, we would expect 580 basis points of margin pressure resulting from less accident year margin improvement or a reduction in reserve releases. With lower top-line growth and weakened earnings growth, we'd expect the current multiple to weaken to approximately 0.6x our 2021 ending book value per share estimate.

## Investment summary

Arch is delivering solid underwriting results and has enjoyed good momentum in recent quarters. The company has always been opportunistic in spotting profitable opportunities in both specialty insurance and reinsurance, which we believe will remain a key differentiator. Arch's Mortgage unit will be challenged near-term by adverse market conditions but should come through with a solid capital position, only an earnings hit. We see the current valuation as very attractive for a top calibre underwriting franchise with a history of strong reserves and prudent capital management. Accordingly, we maintain our Outperform rating on ACGL shares.

Our investment thesis is driven by the following key characteristics:

- **Diversified platform for capital deployment.** We believe Arch's diversified business platform and strong presence in both the insurance and reinsurance arenas leave it well positioned to opportunistically deploy capital in areas with the greatest likelihood of producing good underwriting results.
- **A proven manager of capital.** The company has a strong track record as a disciplined underwriter and has shown a willingness to grow when good opportunities arise. The company is also a diligent manager of capital, returning excess capital when business growth opportunities are not readily apparent.
- **Impressive underwriting results.** The company's underwriting approach is consistent and conservative. The company's reserving track record is among the best in the sector, in our view.

## Potential upsides and risks to our thesis

- **Mortgage insurance.** The company entered the mortgage insurance segment several years ago and Arch now has the largest MI market share in the sector. Mortgage insurance is subject to a different set of risk factors, including macro and housing conditions as well as default rates and interest rates and is likely to see weaker results under current macroeconomic forecasts.
- **Reinsurance pricing.** The weak reinsurance pricing environment could inhibit growth in the Reinsurance segment, but also produces opportunity on the insurance side.
- **COVID-19 disruption:** There is the possibility that COVID-19 may linger on longer than expected, weighing on the economy and the company's financial results.

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.