FILED

2023 Feb-03  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 17



**EQUITY RESEARCH**

**RBC Capital Markets, LLC**
**Mark A. Dwelle, CFA**
(Analyst)
(804) 782-4008
mark.dwelle@rbccm.com
**Scott Heleniak** (AVP)
(804) 782-4006
scott.heleniak@rbccm.com

**Rowland Mayor** (Associate)
(804) 782-4003
rowland.mayor@rbccm.com

February 5, 2020

# Markel Corporation

## Built for this market

**Sector: Insurance/Nonlife**

## Outperform

NYSE: MKL; USD 1,192.95

### Price Target USD 1,500.00 ↑ 1,325.00

**Our view:** Markel closed out the year on a high note that featured strong underwriting margins, accelerating premium growth, and firming pricing. We think Markel is in a sweet spot as the company is well situated within E&S/specialty classes that are seeing the most dislocation and pricing acceleration. Markel remains one of our preferred names to play improving market conditions and we remain Outperform on the shares.

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 1,000.00 | 1,192.95 | 1,500.00 | 1,750.00 |
| | ↓ 16% | | ↑ 26% | ↑ 47% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 13.9 | Market Cap (MM): | 16,582 |
| Dividend: | 0.00 | Yield: | 0.0% |
| BVPS: | 802.59 | P/BVPS: | 1.49x |
| Float (MM): | 12.5 | Avg. Daily Volume: | 35,488 |
| Debt to Cap: | 27% | | |

### RBC Estimates

| FY Dec | 2018A | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| **BVPS Diluted** | 653.85 | 802.59 | 860.49 | 914.47 |
| Prev. | | 779.52 | 827.40 | 876.29 |
| **P/BVPS** | 1.82x | 1.49x | 1.39x | 1.30x |
| **EPS, Ops Diluted** | 16.66 | 38.97 | 44.00 | 46.50 |
| Prev. | | 37.10 | 40.50 | 41.50 |
| **P/E** | 71.6x | 30.6x | 27.1x | 25.7x |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019 | 7.91A | 10.18A | 10.31A | 10.56A |
| Prev. | | | | 8.70E |
| 2020 | 11.00E | 10.55E | 10.31E | 12.15E |
| Prev. | 10.64E | 9.87E | 9.41E | 10.58E |

All values in USD unless otherwise noted.

### Key points:

**Estimates and price target:** We are raising our 2020 and 2021 EPS estimates to $44.00 and $46.50 (from $40.50 and $41.50). Our estimate changes were driven by better premium growth and combined ratio assumptions partly offset by modest changes to investment income and the tax rate. We are raising our price target to $1,500 (from $1,325), which is now based on 1.7x our ending-2020 book value per share estimate (previously based on 1.6x our ending-2020 BV/share estimate). We think the higher multiple is warranted due to the company's strong market position and growth opportunities in an improving P&C market.

**Q4 results well ahead of our estimates:** Markel reported Q4/19 operating EPS of $10.56 vs. a loss of $8.32/share in last year's Q4, exceeding our $8.70 estimate and the $8.38 consensus estimate. The upside reflects better-than-anticipated underwriting margins in the Insurance segment and higher-than-modeled results in Program Services.

**Items of note:** Markel noted that insurance rates across its book were up around 8% on average in Q4 (essentially all lines are seeing rate increases), which we think is comfortably outpacing loss cost inflation and should translate into better core margins down the line. Markel's NWP growth gained steam with Insurance unit NWP growth up almost 18% in Q4, as the company is clearly finding opportunities to grow. While Reinsurance NWP growth was strong in Q4/19 (+38%), management's expectation is that Reinsurance NWP might be around flattish for 2020 unless reinsurance pricing improves further at 4/1 and 7/1 renewals. Markel has several new initiatives on the ILS front, including: 1) Nephila coordinating with Markel to jointly deploy capital on new risks; 2) a transaction that involves transferring $100 mm of remote tail risk from State National to third-party investors; and 3) its new LodgePine ILS fund. Notably, Markel's investment portfolio generated a total return of 14.6% for 2019, its best showing in 24 years.

**Positives:** 1) Another quarter of double-digit reserve releases; 2) Firming pricing commentary in key specialty and E&S lines; and 3) Accelerating premium growth and growth opportunities in its ILS/programs units.

**Negatives:** 1) The Reinsurance unit produced an underwriting loss; 2) Markel Ventures revenue growth slowed and its operating income trailed our estimates; and 3) Investment income declined on a y/y basis.

Disseminated: Feb 5, 2020 16:24ET; Produced: Feb 5, 2020 16:24ET       Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 8.**



## Target/Upside/Downside Scenarios

### Exhibit 1: Markel Corporation



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case

Our base case forecasts a 2020 operating EPS estimate of $44.00. In forming our base case, we have nearly 10% premium growth and a full-year combined ratio of 92.6%. Our estimate assumes 10.7 points of reserve releases, stable loss cost trends, rising P&C pricing, and better results at Markel Ventures/Other units. Our $1,500 price target is based on applying a multiple of approximately 1.7x to our estimated full-year 2020 book value per share estimate.

### Upside scenario

Our upside scenario assumes premium growth of 13%, which would be driven mainly by a rapidly firming pricing environment, additional bolt-on acquisitions, and improvements within the E&S environment. We have assumed additional margin improvement resulting from better core accident year margins or upside from higher-than-expected favorable loss reserve development. Our upside scenario of $1,750 assumes a valuation of 2.0x our estimated 2020 book value.

### Downside scenario

Our downside scenario assumes a 3% increase in premiums, which implies fading pricing trends and the exit of underpriced reinsurance business over the course of the year. We also assume additional margin pressure resulting from reduced reserve redundancies and less operating leverage. Our downside scenario of $1,000 assumes a multiple of 1.2x 2020E book value.

## Investment summary

Markel's underlying operating results continue to remain solid backed by strong favorable reserve development, good investment total returns and continued product-driven growth from recent acquisitions in addition to favorable pricing trends. Markel's balance sheet remains among the most conservative in the business, with considerable embedded value and the company has ample capital, an expanding footprint, and the organizational discipline to continue to grow book value at a double-digit pace over time, in our view. Our Outperform rating reflects the company being well positioned in products with the best potential for rate increases and for Markel the opportunity to both improve margins and gain share. Equally, we have no reserve concerns with Markel; it is one of the few companies that has been consistently proactive in reserve setting and doing good underwriting in the first place.

Our investment thesis is driven by the following key characteristics:

- **Disciplined and conservative –** Markel has always focused on delivering underwriting profits across all market conditions and establishing conservative reserves and their track record backs up the success of both strategies.
- **The right products for the current environment –** Markel has a strong presence in specialty and E&S lines and also a sizeable presence in reinsurance all of which have been seeing an improving pricing environment. Historically Markel has been quick to take advantage of improved pricing conditions and has had the capital to respond quickly to market dislocations.
- **Diversified investment portfolio –** Markel invests a sizable portion of its portfolio in equities. A long-term approach to book value growth over time coupled with non-insurance earnings from the company's Markel Ventures unit provides a unique source of differentiation.

## Upsides and risks to our thesis

- **CatCo uncertainty –** The company continues to face reviews from regulators and shareholder lawsuits related to its CatCo unit, which is now in run-off. Neither the timeline nor the magnitude of any potential charges or penalties are readily predictable at this time though we would expect potential losses to be both manageable and one-time in nature.
- **Markel Ventures –** The company's Ventures portfolio provides the company a diversified earnings stream and an attractive source of non-insurance returns. That said, such results can be more volatile and less visible than regular underwriting and investing results.

Equity Research
**Financial Services and Technology | Property & Casualty Insurance**

*William Blair*

February 5, 2020

# Markel Corporation

## Comprehensive Earnings Power Is on the Rise

**Adam Klauber, CFA**  +1 312 364 8232
aklauber@williamblair.com

**Jeff Schmitt**  +1 312 364 8106
jschmitt@williamblair.com

**Sam Hirsch, CPA**  +1 312 801 7718
shirsch@williamblair.com

### Summary

Markel reported comprehensive EPS of $35 in the quarter, bringing it to $151 for the full year versus a previous annual high of $67. Results highlighted the strong impact on earnings when all earnings levers are performing well. Investment performance drove the bulk of earnings due to strong stock returns, declining interest rates, expanding invested assets, and growth in Markel Ventures. In addition, the company's E&S focus, underwriting discipline, and good rate momentum drove strong underwriting results despite a tough loss environment. We believe comprehensive earnings power is now around $80 to $90 per share, assuming normal equity returns. However, this does not appear to be captured in the stock as it trades at only 14 times our 2021 comprehensive EPS estimate versus a five-year average of 23 times. A multiple of 20 times implies a stock price of $1,800.

### Key Highlights:

- ***Comprehensive EPS:*** Comprehensive EPS reached a record $151 in 2019, which is more than double the previous annual high of $67. Growth was balanced with 56% from equity unrealized gains, 16% from investment income, 13% from fixed income unrealized gains, 10% from underwriting, and 4% from Markel Ventures. Returns were 30% for the equity portfolio, in line with the market, and 6.5% for the fixed-income portfolio as interest rates dropped. Investments should continue to drive the business going forward, but underwriting remains an important part of the business and is benefiting from a dislocation in E&S. The company is on pace for comprehensive EPS of $80 to $90 in 2020 and 2021, which compares with an average of $50 over the last five years.

- ***Markel Ventures:*** Revenues increased 7% for full year 2019, to $2.1 billion, primarily due to the Brahmin Leather deal, strength in transportation-related businesses, and growth in a consulting services business. Adjusted earnings increased 26%, to $93 million, led by improved results within the consumer and building products businesses. Markel Ventures contributed EPS of $6.70 for the year (17% of operating EPS), which is double 2015 levels. As we look ahead, high-single-digit organic growth and modest margin expansion as purchase accounting effects lessen should result in EPS of roughly $8.50 in 2020 and nearly $10.00 in 2021. Upside is possible if deal activity picks up.

- ***U.S. insurance:*** The U.S. segment continues to generate good returns in a tough environment. NPW growth was 14% in the quarter and 12% for the year given average rate increases of 8% and strength in general liability, professional liability, and personal lines. Core losses were up roughly 50 basis points for the year, but remain stable near the 66% level. These are better loss trends than peers, which is likely attributable to its E&S book, favorable business mix focused on smaller accounts (less affected by social inflation), and superior underwriting. We expect strong premium growth to carry over in 2020, with modest margin pressures and a combined ratio in the mid-90s.

Markel is a holding company for specialty insurance, reinsurance, and investment operations globally. Through Markel Ventures, it also owns interests in various businesses that operate outside of the insurance marketplace.

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| Symbol: | | | MKL (NYSE) |
|---|---|---|---|
| Price: | $1,192.95 (52-Wk.: $950-$1,216) | | |
| Market Value (M): | | | $16,477 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | **2019A** | **2020E** | **2021E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $9.23 | $13.46 | $15.23 |
| | Q2 | $10.42 | $12.66 | $13.93 |
| | Q3 | $9.43 | $9.97 | $10.94 |
| | Q4 | $9.96 | $8.91 | $9.89 |
| | FY | $39.04 | $45.00 | $50.00 |
| **Valuation** | | | | |
| FY P/E | | 30.6x | 26.5x | 23.9x |
| CY P/E | | 30.6x | 26.5x | 23.9x |

| **Trading Data (FactSet)** | |
|---|---|
| Shares Outstanding (M): | 13.8 |
| Float (M): | 13.5 |
| Avg. Daily Volume (90-day): | 35,482 |

| **Financial Data (FactSet)** | |
|---|---|
| Book Value Per Share (MRQ): | $768.98 |
| Return on Equity (TTM): | 5.3% |
| Enterprise Value (M): | $17,667 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

# Markel Corp  MKL  (XNYS)

| | | |
|---|---|---|
| **Morningstar Rating**<br>★★<br>05 Feb 2020<br>22:46, UTC | **Last Price**<br>1,259.61 USD<br>05 Feb 2020 | **Fair Value Estimate**<br>992.00 USD<br>06 Feb 2020<br>00:18, UTC |

| Price/Fair Value | Trailing Dividend Yield % | Forward Dividend Yield % | Market Cap (Bil) | Industry | Stewardship |
|---|---|---|---|---|---|
| 1.27 | —<br>05 Feb 2020 | 0.00<br>05 Feb 2020 | 17.40<br>05 Feb 2020 | Insurance - Property & Casualty | Standard |

| Morningstar Pillars | Analyst | Quantitative |
|---|---|---|
| Economic Moat | None | None |
| Valuation | ★★ | Overvalued |
| Uncertainty | High | High |
| Financial Health | — | Strong |

Source: Morningstar Equity Research

## Quantitative Valuation

MKL

| Undervalued | Fairly Valued | Overvalued |
|---|---|---|

| | Current | 5-Yr Avg | Sector | Country |
|---|---|---|---|---|
| Price/Quant Fair Value | 1.24 | 1.14 | 0.87 | 0.83 |
| Price/Earnings | 30.5 | 43.5 | 12.7 | 20.1 |
| Forward P/E | 30.0 | — | 10.5 | 13.9 |
| Price/Cash Flow | 19.7 | 19.4 | 9.5 | 13.1 |
| Price/Free Cash Flow | 23.0 | 22.1 | 10.9 | 19.5 |
| Trailing Dividend Yield% | — | — | 3.64 | 2.35 |

Source: Morningstar

## Bulls Say

► Markel's focus on specialty lines creates the potential for a moat.

► Tom Gayner has beat the S&P 500 by almost 2 percentage points on average over the past decade, and his philosophy of opportunistically investing in high-quality equities should be a long-term winner.

► Markel is conservative in setting initial reserve estimates and generally benefits from sizable favorable reserve development.

## Bears Say

► Markel's relatively large exposure to equities makes the company more vulnerable than peers to swings in the market.

► The outlook for the reinsurance market is bleak, with overcapacity setting the stage for weak results.

► In terms of relative performance, a low interest-rate environment and bull equity market form an ideal backdrop for Markel, and this situation is unlikely to persist.

**Important Disclosure:**

The conduct of Morningstar's analysts is governed by Code of Ethics/Code of Conduct Policy, Personal Security Trading Policy (or an equivalent of), and Investment Research Policy. For information regarding conflicts of interest, please visit http://global.morningstar.com/equitydisclosures

## Markel Is Leveraged to the Equity Market

### Business Strategy and Outlook

Brett Horn, CFA, Sr. Eq. Analyst, 05 February 2020

Markel has built a reputation as a "mini-Berkshire," and while we think it has developed a solid franchise, we believe the premium the market awards the company based on this narrative is not fully justified.

At first glance, Markel would appear to have the making of a moaty business, as it focuses on specialty lines. The company has substantial excess and surplus lines operations, but it also focuses on niche underwriting areas such as insuring summer camps, childcare centers, and livestock. We think the most common path to a moat for commercial property and casualty insurers is to focus on niche lines such as these. However, underwriting results have fallen a bit short of the strongest players in the industry, largely because of a relatively high expense ratio.

We think the primary reason Markel draws interest is how it differentiates itself in terms of capital allocation. Most insurers actively return the bulk of their free cash flow, but Markel retains the vast majority of its capital; its goal is to compound this capital at high rates of return over a long period. However, this is much easier said than done, and we think expecting Markel to replicate Berkshire Hathaway's historical performance is unrealistic. While Tom Gayner has a good investing track record, the company's M&A efforts look like a mixed bag to us, and we see its equity-heavy investing approach as more risk-tolerant than value-creative.

The company has had a strong run in the post-crisis environment, and book value per share has grown at a 8% CAGR over the past five years. However, low interest rates and a bull equity market made for an essentially ideal backdrop given Markel's strategy. A spate of natural catastrophes in 2017 drove Markel to an underwriting loss, and further catastrophes and a bear equity market, along with some controversy at an acquired business, hampered 2018 results. The company did, however, see a strong bounceback in 2019 as the bull market returned.

Markel will likely be a strong performer as long as equity markets continue to rise, but investors might rethink the

multiple the stock enjoys if the markets decline and book value growth slows.

### Analyst Note

Brett Horn, CFA, Sr. Eq. Analyst, 05 February 2020

Markel enjoyed a strong 2019 and that continued into the fourth quarter. Book value per share, management's preferred metric, increased 23% during the course of the year, largely propelled by the appreciation of the company's equity portfolio. We expect to increase our $867 fair value estimate by about 10% to account for this and will maintain our no-moat rating.

Underwriting results for the quarter and the year were solid. Markel saw net earned premiums in the quarter increase 10%. Commentary from peers suggests the pricing environment has steadily improved through the year, which inspires confidence that this growth will prove to be a positive. The combined ratio for the fourth quarter improved dramatically to 93% from 108% last year, although this mostly reflects a particularly poor showing last year. Still, on an absolute basis, we think the underwriting margin in the quarter was attractive. For the full year, the combined ratio improved to 94% from 98% last year.

In our view, Markel's performance remains highly leveraged to the direction of the equity markets. In 2019, we estimate that about 80% of the company's growth in book value per share was driven by appreciation in its equity portfolio. The company's investment stance has generally played to the company's advantage in the postcrisis period, and a low interest rate environment combined with a bull equity market is essentially an ideal backdrop for Markel to outperform peers on the investment side. But we see the company's strategy as more risk assumptive than value creative over time and don't think investors should pay a premium for simple investment allocation decisions. We would also caution that book value per share growth could reverse quickly if the bull market runs out of steam.

### Economic Moat

Brett Horn, Sr. Eq. Analyst, 05 February 2020

© Morningstar 2020. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



# Markel Corp  MKL  (XNYS)

| Morningstar Rating | Last Price | Fair Value Estimate | Price/Fair Value | Trailing Dividend Yield % | Forward Dividend Yield % | Market Cap (Bil) | Industry | Stewardship |
|---|---|---|---|---|---|---|---|---|
| ★★ | 1,259.61 USD | 992.00 USD | 1.27 | — | 0.00 | 17.40 | Insurance - Property & Casualty | Standard |
| 05 Feb 2020 22:46, UTC | 05 Feb 2020 | 06 Feb 2020 00:18, UTC | | 05 Feb 2020 | 05 Feb 2020 | 05 Feb 2020 | | |

insurance. Further, we think overcapacity and pricing declines in reinsurance market raise the risk of poor results over the next few years. We believe Markel's equity-heavy investing approach generates more risk than the average P&C insurer carries on the investment side, and a decline in the equity market could ding the company's capital position and weigh on results.

## Stewardship

Brett Horn, Sr. Eq. Analyst, 05 February 2020

We believe stewardship at Markel is Standard. Alan Kirshner has held the chairman position since 1986. At the start of 2016, the company made some shifts to its management structure. Kirshner gave up the CEO title, and the company now has two co-CEOs, Tom Gayner and Richard Whitt. Gayner and Whitt also recently joined the company's board. Gayner heads the investment side and is involved in the company's M&A decisions, and we view his promotion to co-CEO as a sign that Markel will continue to focus on trying to drive value on the investment side.

We give management credit for developing its portfolio of specialty lines businesses over the years and we like that the company is conservative when it comes to reserving. However, we believe relatively high operating expenses limit the benefit of its niche strategy and hinder the formation of a moat. We're skeptical about the push into reinsurance, as we believe this line adds to volatility and dilutes any competitive advantage the company enjoys in primary lines, even though a relatively benign catastrophe environment has generally aided underwriting results following the acquisition.

Gayner's record as an equity investor is impressive, and his "four lenses" investing approach (profitable and sustainable businesses, credible and capable management, reinvestment opportunities at high returns on invested capital, and fair valuation) mirrors Morningstar's equity research methodology in many ways. But the company's move toward acquiring noninsurance companies starting in 2009 does not appear to be quite as successful. Further, we think the company's asset-allocation policy in the investment portfolio is somewhat risk-assumptive, although this positioning has been a positive during the long bull market run in recent years.

While we appreciate management's desire to build value on both sides of the insurance profitability coin

(investment and underwriting income), we think this approach will lead to somewhat mixed results for Markel. Our view is that superior underwriting results are more sustainable, and we prefer management teams that focus on discipline and execution on this side.

In December 2018, Markel announced that the government was investigating loss reserves at CATCo, which Markel acquired in 2015. In light of this, Markel wrote down the goodwill associated with this business to zero, resulting in a $179 million charge. While Markel has had M&A successes, this acquisition was clearly a mistake. We think the market gives Markel too much credit in terms of its ability to create value by recycling capital into acquisitions, and this development supports our view.

© Morningstar 2020. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

MORNINGSTAR

# Markel Corp MKL (XNYS)

| Morningstar Rating | Last Price | Fair Value Estimate | Price/Fair Value | Trailing Dividend Yield % | Forward Dividend Yield % | Market Cap (Bil) | Industry | Stewardship |
|---|---|---|---|---|---|---|---|---|
| ★★ | 1,259.61 USD | 992.00 USD | 1.27 | — | 0.00 | 17.40 | Insurance - Property & Casualty | Standard |
| 05 Feb 2020 22:46, UTC | 05 Feb 2020 | 06 Feb 2020 00:18, UTC | | 05 Feb 2020 | 05 Feb 2020 | 05 Feb 2020 | | |

## Analyst Notes Archive

### Markel Delivers a Solid Third Quarter

Brett Horn, Sr. Eq. Analyst, 30 October 2019

Markel's third-quarter results were largely unremarkable. Book value per share growth was modest in the quarter as investment gains slowed, but that metric is up 18% year to date for the company, as capital market conditions have been largely favorable. In our view, a bull equity market and low interest rates provide the best possible relative situation for Markel. We will maintain our $867 fair value estimate and no-moat rating.

Underwriting results in the quarter were solid, with net written premiums up 13%, aided by better pricing conditions. The combined ratio for the quarter was 94%, down from 99% last year, but roughly in line with more recent results. Primary operations continue to materially outperform reinsurance operations in terms of underwriting profitability.

This year has seen sustained momentum in the pricing environment, with most insurers able to achieve material and accelerating pricing increases. Management's comments on this front largely reiterated the positive tone we've heard from other carriers. More recently, though, there have been concerns that raising claims may eat up much of the advantage the carriers might have seen from better pricing. Management noted the market is in a bit of a transition and did not dispute that there is a trend toward higher claims in some areas. However, for now the company appears to be sufficiently reserved. Markel has always taken a fairly conservative approach to establishing reserves and has a history of significant favorable reserve development. That continued in the quarter, with reserve development improving the combined ratio by about 11 percentage points.

### Markel Closes Out Strong Year as Bull Market Remains a Tailwind

Brett Horn, Sr. Eq. Analyst, 05 February 2020

Markel enjoyed a strong 2019 and that continued into the fourth quarter. Book value per share, management's preferred metric, increased 23% during the course of the year, largely propelled by the appreciation of the company's equity portfolio. We expect to increase our $867 fair value estimate by about 10% to account for this and will maintain our no-moat rating.

Underwriting results for the quarter and the year were solid. Markel saw net earned premiums in the quarter increase 10%. Commentary from peers suggests the pricing environment has steadily improved through the year, which inspires confidence that this growth will prove to be a positive. The combined ratio for the fourth quarter improved dramatically to 93% from 108% last year, although this mostly reflects a particularly poor showing last year. Still, on an absolute basis, we think the underwriting margin in the quarter was attractive. For the full year, the combined ratio improved to 94% from 98% last year.

In our view, Markel's performance remains highly leveraged to the direction of the equity markets. In 2019, we estimate that about 80% of the company's growth in book value per share was driven by appreciation in its equity portfolio. The company's investment stance has generally played to the company's advantage in the postcrisis period, and a low interest rate environment combined with a bull equity market is essentially an ideal backdrop for Markel to outperform peers on the investment side. But we see the company's strategy as more risk assumptive than value creative over time and don't think investors should pay a premium for simple investment allocation decisions. We would also caution that book value per share growth could reverse quickly if the bull market runs out of steam.

© Morningstar 2020. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



**EQUITY RESEARCH**



# Capital Markets

**RBC Capital Markets, LLC**
**Mark A. Dwelle, CFA**
(Analyst)
(804) 782-4008
mark.dwelle@rbccm.com
**Scott Heleniak**  (AVP)
(804) 782-4006
scott.heleniak@rbccm.com

**Rowland Mayor**  (Associate)
(804) 782-4003
rowland.mayor@rbccm.com

April 8, 2020

# Markel Corporation

## Lowering estimates for macroeconomic impacts

**Our view:** We are reducing our estimates and price target to reflect adverse macroeconomic conditions in Q2 and Q3 principally impacting premiums and investment income. The Ventures unit will also be impacted. At this time we expect modest claims impact from COVID-19 primarily driven by elevated loss adjustment expense. We continue to rate shares Outperform and view Markel as well positioned to benefit from market dislocations as growth re-normalizes.

### Key points:

**Estimate revisions:** We are reducing our 2020 and 2021 EPS estimates to $34.00 and $40.75 from $44.00 and $46.50, respectively. Our adjustments incorporate lower yields on the core fixed income portfolio, significant headwinds in the ventures unit in Q2/Q3 of 2020. It is our view that operationally, P&C insurance companies will face challenges with renewals while business closures persist, and this could result in somewhat lower average rate increases and the need to reduce counterparty risk (not renewing customers with questionable credit). These two items will limit growth, while expenses stay flat, reducing overall profitability.

We see a rebound in 2021 as P&C insurance companies return to a normalized operating environment, though yield pressures are likely to persist on investment portfolios for an elongated period of time. We note that Markel's unique investing strategy, through controlling positions / wholly owning subsidiaries, makes earnings more volatile and economically sensitive than some peers. In a U-shaped recovery pattern, we see a strong 2021 for Markel as its investment strategy provides unique yield enhancement opportunities, unseen at peers, and the company continues to be well positioned for a rising pricing environment.

**Price target revision:** We are rolling our price target to be based on 2021 ending book value per share from our previous 2020 book value per share assumption. Our new price target of $1,250 is now based off 1.4x our 2021 estimated book value per share vs the previous $1,500 price target (based off 1.7x our previous 2020 estimate). The reduced multiple is consistent with more challenging economic conditions in the near term and the likely decline in book value as the company's equity portfolio is marked (offset by rising bond valuations).

Markel remains our favorite idea in the specialty insurance space. The company has a strong balance sheet and reserve position and is well positioned to take advantage of market dislocations as economic conditions begin to improve.

Please see our P&C Insurance sector note here for more details.

**Sector: Insurance/Nonlife**

## Outperform
NYSE: MKL; USD 943.00

## Price Target USD 1,250.00 ↓ 1,500.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☐ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 600.00 | 943.00 | 1,250.00 | 1,500.00 |
| | ↓ 36% | | ↑ 33% | ↑ 59% |

*Implied Total Returns

### Key Statistics

| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 13.9 | Market Cap (MM): | 13,108 |
| Dividend: | 0.00 | Yield: | 0.0% |
| BVPS: | 802.59 | P/BVPS: | 1.17x |
| Float (MM): | 12.5 | Avg. Daily Volume: | 78,309 |
| Debt to Cap: | 27% | | |

### RBC Estimates

| FY Dec | 2018A | 2019A | 2020E | 2021E |
| --- | --- | --- | --- | --- |
| **BVPS Diluted** | 653.85 | 802.59 | 844.01 | 892.21 |
| Prev. | | | 860.49 | 914.47 |
| **P/BVPS** | 1.44x | 1.17x | 1.12x | 1.06x |
| **EPS, Ops Diluted** | 16.66 | 38.97 | 34.00 | 40.75 |
| Prev. | | | 44.00 | 46.50 |
| **P/E** | 56.6x | 24.2x | 27.7x | 23.1x |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2019 | 7.91A | 10.18A | 10.31A | 10.56A |
| 2020 | 10.34E | 6.65E | 6.47E | 10.53E |
| Prev. | 11.00E | 10.55E | 10.31E | 12.15E |

All values in USD unless otherwise noted.

Disseminated: Apr 8, 2020 00:45ET; Produced: Apr 7, 2020 17:43ET

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 5.**

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.

**Capital Markets**

## Target/Upside/Downside Scenarios

### Exhibit 1: Markel Corporation



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case

Our base case forecasts a 2021 operating EPS estimate of $40.75. In forming our base case, we assume a U-shaped economic recovery into 2021. In this scenario, we see nearly 10% premium growth and a full-year combined ratio of 93.0%. Our $1,250 price target is based on applying a multiple of approximately 1.4x to our estimated full-year 2021 book value per share estimate.

### Upside scenario

Our upside scenario assumes a V-shaped economic recovery. In this scenario, we see premium growth of 13%, which would be driven mainly by a rapidly firming pricing environment, additional bolt-on acquisitions, and improvements within the E&S environment. We have assumed additional margin improvement resulting from better core accident year margins. Our upside scenario of $1,500 assumes a valuation of 1.7x our estimated 2021 book value.

### Downside scenario

Our downside scenario assumes a prolonged weak economic conditions, with a 3% increase in premiums estimated in 2021 and continued weak investment and Ventures results. We also assume additional margin pressure resulting from reduced reserve redundancies and less operating leverage. Our downside scenario of $600 assumes a multiple of 0.7x 2021E book value.

## Investment summary

We believe Markel's underlying operating results continue to remain solid backed by strong favorable reserve development, good investment total returns and continued product-driven growth from recent acquisitions in addition to favorable pricing trends. Markel's balance sheet remains among the most conservative in the business, with considerable embedded value and the company has ample capital, an expanding footprint, and the organizational discipline to continue to grow book value at a double-digit pace over time, in our view. Our Outperform rating reflects the company being well positioned in products with the best potential for rate increases and for Markel the opportunity to both improve margins and gain share. Equally, we have no reserve concerns with Markel; it is one of the few companies that has been consistently proactive in reserve setting and doing good underwriting in the first place.

Our investment thesis is driven by the following key characteristics:

- **Disciplined and conservative –** Markel has always focused on delivering underwriting profits across all market conditions and establishing conservative reserves and its track record backs up the success of both strategies.
- **The right products for the current environment –** Markel has a strong presence in specialty and E&S lines and also a sizeable presence in reinsurance all of which have been seeing an improving pricing environment. Historically Markel has been quick to take advantage of improved pricing conditions and has had the capital to respond quickly to market dislocations.
- **Diversified investment portfolio –** Markel invests a sizable portion of its portfolio in equities. A long-term approach to book value growth over time coupled with non-insurance earnings from the company's Markel Ventures unit provides a unique source of differentiation.

## Upsides and risks to our thesis

- **CatCo uncertainty –** The company continues to face reviews from regulators and shareholder lawsuits related to its CatCo unit, which is now in run-off. Neither the timeline nor the magnitude of any potential charges or penalties are readily predictable at this time though we would expect potential losses to be both manageable and one-time in nature.
- **Markel Ventures –** The company's Ventures portfolio provides the company a diversified earnings stream and an attractive source of non-insurance returns. That said, such results can be more volatile and less visible than regular underwriting and investing results.

**Mark A. Dwelle, CFA** (804) 782-4008; mark.dwelle@rbccm.com    2

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.

## Valuation

Our price target of $1,250 is based on a multiple approximating 1.4x estimated ending-2021 book value. Our price target is consistent with our Outperform rating. Markel has a strong long-term record of value creation through conservatively set reserves and the ability to grow book value via both underwriting and investing. Our current multiple reflects the company's well-positioned product set, which is focused on specialty and E&S lines of business. These lines are seeing strong rate increases and we expect that momentum to continue as economic conditions normalize.

## Risks to rating and price target

We believe that the most significant risks to our price target and rating include: industry-wide pricing deterioration, large or unusual catastrophe losses, potential unsuccessful defense of business interruption exclusions, weaker-than-expected results at Markel Ventures, and unusual fluctuations in the company's equity-heavy investment portfolio.

## Company description

Markel Corporation is an international property and casualty insurance holding company headquartered in Richmond, Virginia. The company sells specialty insurance products and programs to a variety of niche markets through its excess & surplus, specialty admitted, and London market distributions channels.

For the exclusive use of Owen Eagen (Owen.Eagen@analysisgroup.com) at Analysis Group, Inc.