FILED
2023 Feb-03  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

--oOo--

SHEET METAL WORKERS LOCAL
19 PENSION FUND, Individually
and on Behalf of All Others
Similarly Situated,

                    Plaintiffs,

vs.                              Case No.
                                 2:20-cv-00856-AKK

PROASSURANCE CORPORATION,
et al.,

                    Defendants.
_____/

VIDEO-RECORDED DEPOSITION OF BRUCE DEAL

PALO ALTO, CALIFORNIA

FRIDAY, AUGUST 12, 2022

Reported by:

Anrae Wimberley, CSR No. 7778

Job No.  5358648

Page 1

Q. And you reviewed this report in connection with your analysis in this case; correct?

A. I did, yes.

Q. And the results of Professor Feinstein's event study in this case are set forth in Exhibit 7 of his report.

Do you see that?

A. I do.

Q. And if we look at page -- I think it should be stamped at the bottom page 126.

Do you see that page?

A. I do.

Q. Right there on that page is the results for the event study results for January 23rd, 2020.

Do you see that result right there?

A. I do.

Q. And the T-statistic on that day is negative 10.25; correct?

A. Yes.

Q. And that's significantly higher than the negative 2.58 T-statistic threshold for statistical significance at the 99 percent level; correct?

A. I agree with that, yeah.

Q. And as we've talked about earlier, the finding of a statistical significance at the

Page 114

99 percent level indicates with 99 percent certainty that the price decline on that day was caused by some disclosure of company-specific information; correct?

A. Incorporating all the discussion we had earlier, yeah, I agree with that conceptually.

Q. And your report does not dispute Professor Feinstein's findings regarding the statistical significance of the price decline following the January 22nd, 2020 disclosure; correct?

A. I don't have any alternative number, that's right.

Q. And your report does not offer any opinion as to what information in fact caused the statistically significant price decline following the January 22nd, 2020 disclosure; correct?

A. I think that's right. I don't recall. I mean, I can take a moment if you want and look through my report; but as I sit here right now, I don't recall doing a specific analysis of other confounding news on that date or things like that.

Q. You can go ahead and take a look at your report if you want.

A. I don't recall any, put it that way.

Q. So you don't recall offering any opinion

Page 115

as to what information in fact caused the statistical significant price decline following the January 22nd, 2020 disclosure; correct?

A. Just give me a second. I'm not trying to suggest that I did discuss that in detail. I just want to kind of confirm for a moment.

(Witness reviews document.)

A. I guess the -- I guess where I probably be a little more precise in kind of your question or at least responding to the question, I do look -- and of course one of my opinions I'm thinking of, for instance, paragraph 34 here in my report. I do look at whether the price change is related to or connected to the change in view of analysts representing investors of the conservative practices of PRA.

So I don't sort of do an affirmative parsing out, if you will, of is there other confounding news that is responsible for part of that. It's quite clear that the news of the large loss and adverse development of the reserves was obviously not viewed as good news and so I don't have any reason to dispute that that's part of, if not much of or nearly all of the drop. But I do look at this question of, is the change in view of

Page 116

PRA as a conservative company, that I do look at in my analysis. So it's not too much parsing out the affirmative but looking for is it related to this aspect. And by this I mean the conservative -- the statements and view of PRA as being a conservative company.

Q. Right. And that's not my question though. My question is whether you offer any explanation for what in fact did cause the statistical significant decline on January 23rd, 2020?

A. I think that's what I just said, but just to say it again. I do offer an opinion about what didn't cause it. But then I don't do a detailed parsing out of exactly what did cause it. I agree with that. I think we're in agreement on that.

Q. So aside from the information set forth in paragraph 12 of your report about the adverse development disclosed on January 22nd, 2020, you do not identify in your report any other information disclosed on that date that could have been responsible for the statistically significant decline on January 23, 2020; correct?

A. I agree with that. Subject to it's not something I studied in detail. So I wouldn't say I

Page 117

30 (Pages 114 - 117)