FILED
2023 Feb-03  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

CIVIL ACTION NUMBER:  2:20-cv-00856-RDP


SHEET METAL WORKERS LOCAL

19 PENSION FUND, Individually and

On Behalf of All Others Similarly

Situated,

Plaintiffs,

vs.

PROASSURANCE CORPORATION,

et al.,

Defendants.


DEPOSITION TESTIMONY OF DARRYL THOMAS


December 22, 2022

9:06 a.m.


COURT REPORTER:

MELANIE PETIX BEASLEY, CCR

Page 1



Page 362