FILED

2023 Feb-17  PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PROASSURANCE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:20-cv-00856-RDP <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF NATHAN R. LINDELL IN SUPPORT OF LEAD PLAINTIFFS' REBUTTALS TO DEFENDANTS' EXECUTIVE SUMMARY BRIEFS CONCERNING LEAD PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL |

4885-0150-8945.v1

I, NATHAN R. LINDELL, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Declaration of Professor Stephen P. Feinstein, Ph.D., CFA, dated February 16, 2023 (filed under seal);

Exhibit 2:    PRA-00000066 (highlighted) (filed under seal);

Exhibit 3:    PRA-00467648 (highlighted) (filed under seal);

Exhibit 4:    Tim Zawacki, *Adverse reserving action underscores ProAssurance's earlier med-mal caution*, Insurance Insight, Jan. 20, 2020, FEINSTEIN_0003097-FEINSTEIN_0003098 (highlighted);

Exhibit 5:    PRA-00193427 (highlighted) (filed under seal);

Exhibit 6:    PRA-01016098 (highlighted) (filed under seal);

Exhibit 7:    Transcript of the Deposition of Edward Lewis Rand, Jr., dated December 20, 2022 (excerpted) (highlighted) (filed under seal);

Exhibit 8:    JMP analyst report, dated May 11, 2020, JMP0014052-JMP0014058 (highlighted); and

Exhibit 9:    PRA-01262081 (highlighted) (filed under seal).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 17, 2023, at San Diego, California.

_____
NATHAN R. LINDELL

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 17, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID J. GUIN
DAVID J. GUIN

GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600/Title Bldg.
Birmingham, AL  35203
Telephone: 205/226-2282
205/226-2357 (fax)

Email:  davidg@gseattorneys.com

4885-0150-8945.v1

# Mailing Information for a Case 2:20-cv-00856-RDP Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Walter W Bates**
  Bbates@starneslaw.com

- **Roger H Bedford , Jr**
  rogerbedfordattorneyatlawllc@gmail.com

- **Sara M. DiLeo**
  sdileo@saxenawhite.com

- **James Bringhurst Eubank**
  James.Eubank@beasleyallen.com

- **Dawn Stith Evans**
  devans@gseattorneys.com

- **Jay M Ezelle**
  JEzelle@starneslaw.com

- **Janet A Gochman**
  jgochman@stblaw.com

- **Kyla Grant**
  Kgrant@saxenawhite.com

- **Cole Robinson Gresham**
  cgresham@starneslaw.com

- **David J Guin**
  davidg@gseattorneys.com

- **Bailie L Heikkinen**
  bheikkinen@rgrdlaw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Jonathan Dov Lamet**
  jlamet@saxenawhite.com

- **Michael R Lasserre**
  mrl@starneslaw.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com

- **John T Long**
  johnlong@cavanagh-ohara.com

- **Carl Jacob Lundqvist**
  jacob.lundqvist@stblaw.com

- **Craig Corey Maider**
  cmaider@saxenawhite.com

- **Wilson Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Mason G Roth**
  mroth@rgrdlaw.com

- **Steven B Singer**
  ssinger@saxenawhite.com

- **Tammy McClendon Stokes**
  tammys@gseattorneys.com

- **Joseph E. White**
  jwhite@saxenawhite.com

- **Jonathan K Youngwood**
  jyoungwood@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)