FILED
2023 Feb-17  PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

Insurance Insight; Exclusive
**Adverse reserving action underscores ProAssurance's earlier med-mal caution**

Tim Zawacki
793 words
29 January 2020
SNL Insurance Daily
SNLID
Issue: 108739
English
Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Adverse prior-year reserving actions always captures attention, but particularly so when it involves a company with a long track record of favorable development and a commitment to a disciplined reserving philosophy.

Shares of ProAssurance Corp. plunged after the company released a preliminary estimate of $37 million in adverse reserve development in the fourth quarter of 2019 in its specialty property and casualty segment. That line includes the healthcare professional liability business for which ProAssurance is best known.

That adverse development would, in theory, more than offset the $31 million in favorable development recorded by ProAssurance's specialty P&C business through the first three quarters of 2019. While the company did not provide estimates of prior-year development on a consolidated basis for the fourth quarter of 2019, nor for the full year, the size of this recent negative development also stands to erode a portion of the $42.2 million in favorable development ProAssurance reported across all four of its business segments through the first three quarters of 2019.

ProAssurance posted favorable development of $92.1 million on a consolidated basis in 2018, of which $77.1 million was attributable to the specialty P&C segment. Although that marked the first calendar year since 2006 that the amount of ProAssurance's consolidated prior-year development fell short of $100 million, it has been since 2002 that ProAssurance posted unfavorable development on a consolidated basis across its segments.

Based on statutory results reported on ProAssurance's combined annual statements, its annual amount of favorable development between 2007 and 2018 relative to consolidated policyholders' surplus at the prior year's end has ranged from 6.9% to 22.6%. For the reserving action in the fourth quarter of 2019, the company cited losses "far exceeding the assumptions made" with respect to a single, large national healthcare account.

ProAssurance's management on the past several earnings conference calls has voiced concerns about a business line that has a particularly long tail for claims resolutions. The company indicated that it had been setting higher current accident year loss picks as a result of what it characterized as an "unmistakable trend" of higher severity based on four consecutive years of increases in jury verdicts that exceed $10 million and $25 million. Factors contributing to the higher verdicts, as ProAssurance explained it, include the increased risk of complications from various advances in medicine, the potential for rising levels of obesity and type 2 diabetes to have compounding effects on bad outcomes, and fallout from the increased popularity of high-deductible health plans on patients' expectations for outcomes.

ProAssurance in November 2019 said higher severity had not become significantly evident in its paid loss data, but the company did warn that the trends it had been perceiving in the healthcare professional liability market would weigh on its operating performance for the remainder of the year and into 2020.

When ProAssurance and much of the rest of the medical professional liability industry was in reserve-building mode in the early 2000s, the company cited deterioration in the professional liability legal environment and its resulting effects on claims severity. At that time, the company addressed the associated challenges by raising rates, implementing stricter underwriting policies and modifying its claims-handling procedures. It is taking similar actions this time around.

ProAssurance said new leadership in the specialty P&C segment has been executing a "comprehensive underwriting strategy" since the middle of 2019 that includes enhancements to the organizational structure; the implementation of tighter underwriting criteria, including terms and conditions; and strengthening prices. The company emphasized that it would focus on being vigilant in its underwriting rather than engage in an aggressive pursuit of market-share growth.

FEINSTEIN_0003097

In discussing the favorable development in the specialty P&C business through the first nine months of 2019, ProAssurance said it reflected a lower-than-expected trend in claims severity for accident years 2012 through 2015.

"While we are observing an increase in claim severity in the broader [healthcare professional liability] industry, this severity is modestly more favorable than the cautious expectations we have established for our reserves for prior periods," the company said in its most recent 10-Q.

The company decided to strengthen reserves in the fourth quarter of 2019 after engaging in its regular year-end review of updated loss data with internal and external actuaries.

Most of ProAssurance's medical professional liability rivals are either part of large, multiline public companies or are privately held specialists, so it may be another five weeks or more before any broad conclusions can be reached as to whether and to what extent others have followed the company's lead.

Document SNLID00020200130eg1t00006

Page 135 of 247 © 2021 Factiva, Inc. All rights reserved.

FEINSTEIN_0003098