FILED
2023 Feb-17 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5
# [Filed Under Seal]