FILED
2023 Feb-17  PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6
# [Filed Under Seal]