FILED
2023 Feb-17  PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 8

Insurance | Estimate Changes
May 11, 2020



# ProAssurance Corporation (PRA)

Another Surprise as Div Cut & Large Loss Revealed; We See Light at the End of the Tunnel

**MARKET OUTPERFORM**
Price: $16.20
Price Target: $30.00

## INVESTMENT HIGHLIGHTS

**Matthew J. Carletti**
mcarletti@jmpsecurities.com
(312) 768-1784

**Karol Chmiel, CFA**
kchmiel@jmpsecurities.com
(312) 768-1786

- **We reaffirm our Market Outperform rating but lower our price target to $30 (1.1x forward book value) from $40 price target (1.5x forward book value) on shares of ProAssurance following Q1'20 results that included dividend cut and likely large loss disclosure.** PRA reported Q1'20 operating loss of ($0.02)/ share versus our $0.04 estimate and consensus $0.05 gain. The difference versus our estimate is accounted for by lower NII ($21 mln vs 24 mln est.; $0.04 miss), worse than projected favorable PPD ($6 mln vs. $8 mln est.; $0.04 miss), and a tax smaller benefit ($4.0 mln vs. $5.6 mln est.; $0.03 miss), partially offset by a lower than projected accident year loss ratio (84% vs. 86% est.; $0.07 beat) and better results from investments in unconsolidated subsidiaries ($1.6 mln loss vs. $2.2 mln loss est.; $0.01 beat). The accident year loss ratio in the Workers' Compensation segment (70% vs. 68% est.) was worse than expected while the core Specialty segment (med mal) (94% vs. 95% est.) and Lloyd's (69% vs. 75% est.) beat expectations. In its core medical professional liability business, GWP declined -7%, worse than our -1% estimate. Importantly, renewal pricing on physicians business was +13% (vs. +6% Q4'19, +8% in Q3'19, +3% in Q2'19, +4% in Q1'19 and +2% in Q4'18) and on healthcare facilities was +20% (vs. +14% in Q4'19, +12% in Q3'19, +17% in Q2'19, +13% in Q1'19 and +7% in Q4'18), both representing a noticeable acceleration from recent quarters (see Figure 1).

- **It is becoming increasingly evident to us that a cycle turn is underway in the medical professional liability market.** Over the past several quarters, it has become evident to us that the medical liability market has reached an inflection point as competitors come to terms with their aggressive actions in recent years as loss costs pressures grow. We have high confidence that ProAssurance is amongst the best-equipped in the market to benefit from such a market turn as competitors reduce exposure or leave the market, but recognize that the transition period (where we find ourselves now) can be tough for a stock to navigate, and quite frankly has been more difficult than we had envisioned. While the bottoming process can often take several quarters, history has taught us that when the market finally bounces off the bottom, it can happen sharply and investors often miss the opportunity. With a solid balance sheet and being one of the best operators in the market, we believe investors can sleep at night. The significant uptick in facilities pricing over the past few quarters shows the cycle turn is accelerating quickly in this market. The physicians market turn has been slower, but showed a significant uptick in pricing this quarter to +13%, implying to us that recent stresses in the market are finally gaining traction and driving a pricing response. Bottom line, we believe the volume and breadth of the drumbeat is increasing, which can only be a good thing for ProAssurance longer term.

- **We recognize that this quarter brought some unexpected negative news, but we believe current valuation incorporates near-term headwinds.** The

### MARKET DATA

| | |
|---|---|
| Price | $16.20 |
| 52-Week Range: | $15.75 - $42.03 |
| Shares Out. (M): | 53.8 |
| Market Cap ($M): | $871.6 |
| Average Daily Vol. (000): | 1,828.0 |
| Book Value/Share: | $26.51 |
| BV/Share ex AOCI: | $29.43 |
| Dividend: | $0.20 |
| Dividend Yield: | 1.23% |
| Float (M): | 52.9 |
| Price to Book Value: | 0.6x |
| Price to Tangible Book: | 0.8x |
| ROAE: | (2.2)% |
| Secular Growth Rate: | 27.3% |
| Tangible BV/Share: | $21.29 |

ROAE: Estimated for 2019E
*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| Oper. Inc. (M) | 1Q | $4.2 | ($1.1)A | -- |
| | 2Q | $4.1 | ($34.6) | -- |
| | 3Q | $16.3 | $2.1 | -- |
| | 4Q | ($68.0) | $1.4 | -- |
| | **FY** | **($43.5)** | **($32.3)** | **$13.5** |
| EPS | 1Q | $0.08 | ($0.02)A | -- |
| | 2Q | $0.08 | ($0.64) | -- |
| | 3Q | $0.30 | $0.04 | -- |
| | 4Q | ($1.27) | $0.03 | -- |
| | **FY** | **($0.81)** | **($0.60)** | **$0.25** |
| | P/E | NM | NM | 64.8x |
| Previous FY | | NC | $0.30 | $0.55 |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

JMP0014052

**JMP**

takeaways from Q1'20 results were less about the results and more about the Board's decision to cut the dividend (to $0.05 quarterly from $0.30) and the disclosure of a likely large loss (up to $50 mln) in Q2 from a tail policy related to a large healthcare facilities customer that will likely be non-renewed. Regarding the dividend, while not anticipated, we were not surprised to see the cut. At its core, med mal (and the insurance industry more broadly) is arguably amidst the most uncharted territory in its history and the option value of having excess capital has risen substantially. To be clear, we do not believe that Pro Assurance currently has a shortage of capital, but rather that management is making the decision to increase capital availability as uncertainty is high (both with regard to potential headwinds and opportunities) and the acquisition of NorCal remains pending for a likely close in Q4, and as such it is prudent to keep additional capital on hand. Regarding the announcement of an "up to $50 mln" loss likely in Q2 relating to the large healthcare client that drove the adverse development in Q4, that is likely to exercise its option to purchase tail coverage as it non-renews with ProAssurance, we were surprised at the magnitude of the exposure. That said, our understanding is that ProAssurance is being conservative in their booking of the potential losses with an eye toward not wanting to have to revisit the topic with investors, and that there are not any other clients/situations in its book of business that could result in a similar outcome.

* **COVID-19 unlikely to be as bad for med mal as the market apparently believes.** ProAssurance's current 0.6x book valuation implies to us that the market has significant concern surrounding the company's ability to navigate through the current COVID-19 crisis, particularly as much of this discount has been created since the event began unfolding in February (the shares are roughly cut in half since late Feb). While COVID-19 certainly changes the operating environment, we do not believe it is all bad, and can actually envision the potential for a net positive outcome. As regards the potential for claims to stem from the surge in COVID-19 treatments, many states have provided legislative immunities for doctors/nurses and we believe that the public views these workers as heroes and, as such, juries are unlikely to seek to inflict significant monetary and career harm except in extreme cases of negligence. Also, let's not forget the knock the bears have had on ProAssurance for seemingly ever – that it is underweight facilities. While this had been a concern in the past as scores of doctors left private practice to be employed by hospitals, it is a benefit in the current environment where most of the COVID-19 exposure is taking place in a hospital setting. On the positive side, we believe the strenuous economic environment (and closure of the court system in the near term) is likely to push more existing claims to settle than would have otherwise been the case as some claimants in need of cash will trade a lower (but certain) settlement amount for a potentially higher (but uncertain) verdict amount down the road. Additionally, the months-long deferral of elective procedures/surgeries will likely significantly depress frequency in the near-term.

JMP0014053

ProAssurance Corporation (PRA)

JMP

## FIGURE 1.    Renewal Pricing (YOY)



Source: Company Reports and JMP Securities LLC

## FIGURE 2.   Peer Valuation Comps

| Company | Ticker | Price 5/11/2020 | Mkt Cap ($M) | Book Value | Price/ Book Value | Price/Tang ex. AOCI BV | Consensus Operating EPS 2019 | 2020E | 2021E | P/E Multiple 2019 | 2020E | 2021E | ROAE 2019 | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERISAFE, Inc. | AMSF | $60.31 | 1,164 | $22.64 | 2.7x | 2.8x | $4.60 | $3.10 | $2.79 | 13.1x | 7.3x | 1.0x | 21% | 14% | 13% |
| Markel Corporation | MKL | $858.67 | 11,828 | $705.68 | 1.2x | 2.2x | $128.90 | $23.31 | $37.52 | 6.7x | 30.3x | 0.0x | 18% | NA | 5% |
| RLI Corp. | RLI | $72.15 | 3,241 | $20.38 | 3.5x | 3.9x | $2.57 | $2.25 | $2.41 | 28.1x | 9.1x | 1.5x | 12% | 11% | 12% |
| W.R. Berkley Corporation | WRB | $50.98 | 9,111 | $30.55 | 1.7x | 1.7x | $3.03 | $2.60 | $3.08 | 16.8x | 11.7x | 0.5x | 10% | 8% | 9% |
| **Group Average** | | | | | **2.3x** | **2.6x** | | | | **16.2x** | **14.6x** | **0.8x** | **15%** | **11%** | **10%** |
| **Group Median** | | | | | **2.2x** | **2.5x** | | | | **15.0x** | **10.4x** | **0.7x** | **15%** | **11%** | **11%** |
| **ProAssurance Corporation** | **PRA** | **$16.20** | **872** | **$26.51** | **0.6x** | **0.8x** | **-$0.81** | **-$0.60** | **$0.25** | **NA** | **NA** | **64.8x** | **-3%** | **-2%** | **1%** |

Source: Thomson Reuters, SNL  and JMP Securities LLC

JMP0014054

ProAssurance Corporation (PRA)

**JMP**

## Company Description

ProAssurance is a provider of professional liability insurance to individuals and organizations in the healthcare profession, targeting the entire professional liability market, with physicians the main focus. The majority of the overall portfolio is written in the standard market, with some coverage written in the excess and surplus (non-standard) market. The company is licensed to write business in all 50 states and is rated "A+" by A.M. Best.

## Investment Risks

Risks to an investment in shares of ProAssurance include an unforeseen rise in loss cost inflation, a substantial change in competitive market dynamics, deterioration of tort reform measures, or a shock-loss jury award.

JMP0014055

ProAssurance Corporation (PRA)

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Matthew J. Carletti and Karol Chmiel

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of ProAssurance Corporation
For disclaimer details, please click on link.
JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of May 11, 2020)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 223 | 55.75% | Buy | 223 | 55.75% | 62 | 27.80% |
| MARKET PERFORM | Hold | 99 | 24.75% | Hold | 99 | 24.75% | 11 | 11.11% |
| MARKET UNDERPERFORM | Sell | 1 | 0.25% | Sell | 1 | 0.25% | 0 | 0% |
| COVERAGE IN TRANSITION | | 76 | 19.00% | | 76 | 19.00% | 9 | 11.84% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 400 | 100% | | 400 | 100% | 82 | 20.50% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: ProAssurance Corporation (PRA) as of 05-07-2020

Created by: BlueMatrix

JMP0014056

ProAssurance Corporation (PRA)



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2020. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

JMP0014057

ProAssurance Corporation (PRA)



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

# RESEARCH PROFESSIONALS

## FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan                        (212) 906-3578
    Brian McKenna            (212) 906-3545

**Commercial & Specialty Finance**
Christopher York                  (415) 835-8965
    Kevin Fultz, CFA          (415) 835-8962

**Consumer Finance/Financial Technology**
David M. Scharf                   (415) 835-8942
    Jeff Zhang, CFA           (415) 835-8948

**Insurance**
Matthew J. Carletti               (312) 768-1784
    Karol Chmiel              (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan                        (212) 906-3578
    Brian McKenna            (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney                 (212) 906-3517
    Chris Muller              (212) 906-3559
Trevor Cranston, CFA              (415) 869-4431
    Mikhail Goberman         (212) 906-3543

## HEALTHCARE

**Biotechnology & Biopharma**
Liisa A. Bayko                    (312) 768-1785
    Jonathan Wolleben        (312) 768-1788
    Neil Panchal, MD         (312) 768-1795
Reni J. Benjamin, PhD             (212) 906-3529
    Justin H. Walsh          (212) 906-3561
    Jialiang Liang           (212) 906-3503
Jason N. Butler, PhD              (212) 906-3505
    Roy Buchanan             (212) 906-3509

**Medical Devices & Supplies**
David Turkaly                     (212) 906-3563
    Daniel W. Stauder        (212) 906-3535

## REAL ESTATE

**Housing & Land Development**
Aaron Hecht                       (415) 835-3963
    Doug Hansen              (415) 835-8934

**REITs**
Aaron Hecht                       (415) 835-3963
    Doug Hansen              (415) 835-8934

**R.E. Services & Tech**
Aaron Hecht                       (415) 835-3963
    Doug Hansen              (415) 835-8934

## TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha, CFA                  (415) 835-8998
    Hilary Cauley, CFA       (415) 835-8996

**Cybersecurity & IT Infrastructure**
Erik Suppiger                     (415) 835-3918
    Rustam Kanga             (415) 835-3914

**Internet & Digital Media**
Ronald V. Josey III               (212) 906-3528
    Andrew Boone             (415) 835-3902
    Nick Hyndman             (415) 835-8916
    David Yueh                (415) 835-3957

**Software**
Patrick Walravens                 (415) 835-8943
    Joe Goodwin              (415) 869-4477
    Mark Chen                (415) 835-8930
    Joey Marincek            (415) 869-4418

# ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com