FILED
2023 Feb-17  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI,<br><br>Defendants. | Civil Action No.: 2:20-cv-00856-RDP |

## TRANSMITTAL DECLARATION OF JAY M. EZELLE

JAY M. EZELLE hereby declares under penalty of perjury as follows:

1.      I am a partner of the law firm Starnes Davis Florie LLP, counsel to Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski (collectively "Defendants").  I submit this Declaration in support of Defendants' Reply Executive Summaries of their Opposition to Lead Plaintiffs' Motion for Class Certification.

2.      Attached hereto are true and correct copies of the following:

| Ex.[1] | Description |
|---|---|
| 20. | Transcript of Deposition of Michael Boguski, January 20, 2023 (excerpted) |

---

[1] For the Court's convenience, the Executive Summary exhibits have been numbered in order following the Exhibits submitted in support of Defendants' Opposition Brief to Lead Plaintiffs'

| 21. | SunTrust Robinson Humphrey Analyst Report, March 12, 2018 (excerpted) |
| 22. | SunTrust Robinson Humphrey Analyst Report, April 4, 2018 (excerpted) |

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on February 17, 2023 in Birmingham, Alabama.

/s/ *Jay M. Ezelle*
Jay M. Ezelle

---

Motion for Class Certification and Defendants' Executive Summaries of their Opposition to Lead Plaintiffs' Motion for Class Certification, *see* ECF Nos. 93, 123.

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Steven B. Singer
Craig Corey Maider
Kyla Grant
Sara M. DiLeo
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606

Joseph E. White, III
Lester R. Hooker
Jonathan Dov Lamet
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434

Bailie L. Heikkinen
Reginald E. Janvier
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

David J. Guin
Tammy M. Stokes
Dawn Stith Evans
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600/Title Bldg.
Birmingham, AL 35203

Roger H. Bedford, Jr
ROGER BEDFORD, ATTORNEY AT LAW, LLC
P.O. Box 1149
Russellville, AL  35653

John T. Long
CAVANAGH & O'HARA
2319 West Jefferson Street
Springfield, IL  62702

James Bringhurst Eubank

{B4507576}

Wilson Daniel Miles, III
Beasley Allen Law Firm
218 Commerce St.
Montgomery, AL 36104

Mason G Roth
ROBBINS GELLER RUDMAN & DOWD, LLP
120 East Palmetto Park Road
Boca Raton, FL 33432

Nathan R Lindell
ROBBINS GELLER RUDMAN & DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101

*/s/ Cole R. Gresham*
STARNES DAVIS FLORIE LLP