FILED
2023 Feb-17  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 20

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

CIVIL ACTION NO.:  2:20-cv-00856-RDP

SHEET METAL WORKERS LOCAL 19 PENSION

FUND, Individually and on Behalf of All

Others Similarly Situated,

     Plaintiff,

v.

PROASSURANCE CORPORATION, et al.,

     Defendants.

VIDEO DEPOSITION TESTIMONY OF:

MICHAEL BOGUSKI

January 20, 2023

**CONFIDENTIAL**

Page 1



Page 110

29 (Pages 110 - 113)



Veritext Legal Solutions
866 299-5127