FILED
2023 Feb-17  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 21

Case 2:20-cv-00856-RDP   Document 159-2   Filed 02/17/23   Page 2 of 2



SUNTRUST
ROBINSON HUMPHREY

# PRA Still Looks Redundant albeit with Rising Case Reserves; Trimming Ests.

**Buy**

**Price Target: $55.00**
*Prior: $55.00*

### What's Incremental To Our View

We are reducing 2018 EPS estimate to $1.75 from $1.90 to reflect slightly lower favorable development following our analysis of the company's reserves utilizing the annual statutory filings. Consistent with management's 4Q commentary, we see a meaningful uptick in case incurred losses relative to the prior trend, and while paid losses are still quite low (a positive sign), a new element of uncertainty around potential development motivates us to be marginally more conservative in modeling near-term gains.

- **Our analysis of paid losses suggests reserves are still highly redundant.** We looked at the company using a number of methods, including paid-to-incurred, link ratio, and paid plus case. The former two are more reliant on the trajectory of cash payouts to gauge reserve adequacy, while the latter gives more weight to management's input regarding expected severity.
  - Using our traditional paid-to-incurred analysis, we calculate redundancy of $234 million in the consolidated medical reserves, up from $193 million at this time last year; both numbers exclude the impact of the most recent accident year, which can be quite volatile (Figure 1).
  - If we utilize the paid loss link ratio method, which is more sensitive to changes in claims payment patterns, the result is actually more favorable at $343 million.
  - In the workers' compensation line, we find $20 million in aggregate redundancy using paid-to-incurred, down modestly from $27 million at this time last year, largely a result of the uptick in first-year paid losses for the 2017 accident year compared to 2016 (Figure 2).

- **Case reserves are up meaningfully year over year, however.** While the company's medical liability reserves look very healthy based on cash payout trends, the situation is less positive when considering case reserves, which are tied to claims that have already been reported to the company, but have not yet been fully paid (a process that may take many years). On its 4Q call and at the recent AIFA Conference, management discussed signs of rising costs tied to: 1) an uptick in cases with greater medical severity; 2) ongoing advances in medical technology, which both extend life and boost expenses; and 3) larger jury awards, perhaps tied to economic factors or the corporatization of medicine.

| | Price (Mar. 9, 2018) | $50.40 |
|---|---|---|
| | 52-Wk Range | $63.00-$47.35 |
| | Market Cap ($M) | $2,676 |
| | ADTV | 151,504 |
| | Shares Out (M) | 53.1 |
| | Short Interest Ratio/% Of Float | 0.9% |
| | Dividend/Yield | $1.24/2.5% |
| | TR to Target | 11.6% |
| | Enterprise Value ($M) | 2,676.2 |

| | 2017A | 2018E Curr. | 2018E Prior | 2019E Curr. | 2019E Prior |
|---|---|---|---|---|---|
| **EPS** Operating | | | | | |
| 1Q | $0.62 | $0.39 | $0.45 | $0.45 | $0.45 |
| 2Q | $0.40 | $0.41 | $0.45 | $0.45 | $0.45 |
| 3Q | $0.45 | $0.41 | $0.46 | $0.46 | $0.46 |
| 4Q | $0.55 | $0.54 | $0.54 | $0.54 | $0.54 |
| FY | $2.02 | $1.75 | $1.90 | $1.90 | $1.90 |
| P/E | 25.0x | 28.8x | | 26.5x | |
| **Revenue ($M)** | | | | | |
| FY | $866 | $901 | $901 | $942 | $942 |
| **Consensus** | | | | | |
| FY | -- | $2.07 | | $2.03 | |
| FYE Dec | | | | | |

**Mark Hughes, CFA**
615-748-4422
mark.hughes@suntrust.com

Jack Wang
212-590-0984
jack.w.wang@suntrust.com