FILED
2023 Feb-17  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 22

**DOWNGRADE**
**B to H**
April 4, 2018

## ProAssurance Corporation (PRA)



# Reducing to Hold on Risk of Loss Volatility

## ↓ Buy to Hold

**Price Target: $51.00**
*Prior: $55.00*

### What's Incremental To Our View

ProAssurance has an elevated risk of higher-than-expected losses in coming periods, we judge, attributable to an uptick in severity even in the midst of a still-soft pricing environment. We reduced our earnings estimates last month to reflect uncertainty around reserve gains because of a material step-up in case reserves, while our new analysis of the company's peer group points to a continuing abundance of capital, a restraint on rates (competitor market commentary is also downbeat). Our new price target on the stock is $51 or 1.7x book.

- **Our rating is now Hold.** While ProAssurance is among the highest-quality names in our group, it participates in a cyclical industry that has endured periods of sharp, unpredictable movements in frequency and severity. These have, in turn, had a material impact on the company's financial results, particularly in light of the long-tail nature of the medical professional liability line.

  - The stock traded off following the recent 4Q report because of an uptick in current accident year losses driven by increased severity, which we saw corroborated in the greater case reserves in the March statutory filings (see our 3/12 note). This motivated us to trim our 2018 EPS estimate, which is low on the Street.

  - We now see that while the company's competitors also show signs of rising losses, their balance sheets are for the most part still very healthy with considerable excess capital and redundant reserves (this has contributed to an outlook by at least one top competitor for continuing market softness in 2018 and possibly beyond in pockets).

  - The risk here is serious for ProAssurance because both its recent results and our model have been highly dependent on reserve gains that may slow if management sees the potential for higher severity to ripple through earlier accident years.

  - We note that the last cyclical turn was a long time ago, the first quarter of 2000, but it was manifested in a jump in losses; the net effect over time was very favorable for the company, but the initial step-down in the stock was substantial. We do not have near-term visibility for anything of a similar magnitude, but the risk of a material deviation in earnings appears to be higher with ProAssurance than with our other insurance names and so we are taking a more cautious view of the stock.

| Price (Apr. 3, 2018) | $48.20 |
|---|---|
| 52-Wk Range | $63.00-$47.35 |
| Market Cap ($M) | $2,559 |
| ADTV | 146,666 |
| Shares Out (M) | 53.1 |
| Short Interest Ratio/% Of Float | 0.9% |
| Dividend/Yield | $1.24/2.6% |
| TR to Target | 8.4% |
| Enterprise Value ($M) | 2,559.4 |

| | 2017A | 2018E | | 2019E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Operating | | | | | |
| 1Q | $0.62 | $0.39 | $0.39 | $0.45 | $0.45 |
| 2Q | $0.40 | $0.41 | $0.41 | $0.45 | $0.45 |
| 3Q | $0.45 | $0.41 | $0.41 | $0.46 | $0.46 |
| 4Q | $0.55 | $0.54 | $0.54 | $0.54 | $0.54 |
| FY | $2.02 | $1.75 | $1.75 | $1.90 | $1.90 |
| P/E | 23.9x | 27.5x | | 25.4x | |
| **Revenue ($M)** | | | | | |
| FY | $866 | $901 | $901 | $942 | $942 |
| **Consensus** | | | | | |
| FY | -- | $2.07 | | $2.03 | |
| FYE Dec | | | | | |

**Mark Hughes, CFA**
615-748-4422
mark.hughes@suntrust.com

Jack Wang
212-590-0984
jack.w.wang@suntrust.com

**SEE PAGE 10 FOR REQUIRED DISCLOSURE INFORMATION**