FILED

2023 Mar-08  PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated, | } } } } | |
| Plaintiffs, | } } | |
| v. | } } | Case No.:  2:20-cv-00856-RDP |
| PROASSURANCE CORPORATION, et al., | } } } } | |
| Defendants. | } | |

## ORDER

This matter is before the court on the parties' Joint Motion to Modify Pretrial Deadlines.

(Doc. # 145). The Motion is **GRANTED**.

The scheduling order is **AMENDED** to reflect the following:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | March 17, 2023 | April 28, 2023 |
| Initial Expert Reports | April 14, 2023 | May 26, 2023 |
| Rebuttal Expert Reports | May 19, 2023 | June 30, 2023 |
| Close of Expert Discovery | June 23, 2023 | August 4, 2023 |
| Filing of Dispositive Motions | July 21, 2023 | September 8, 2023 |
| Responses to Dispositive Motions | September 1, 2023 | October 20, 2023 |
| Replies to Dispositive Motions | September 29, 2023 | November 17, 2023 |
| Pretrial Conference Ready | October 26, 2023 | December 2023 |
| Jury Trial Ready | November 13, 2023 | January 2024 |

**DONE** and **ORDERED** this March 8, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE