FILED

2023 Mar-27  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROASSURANCE CORPORATION, W. STANCIL STARNES, EDWARD L. RAND, JR., DANA S. HENDRICKS, HOWARD H. FRIEDMAN, and MICHAEL L. BOGUSKI,<br><br>Defendants. | Civil Action No.: 2:20-cv-00856-RDP |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

STARNES DAVIS FLORIE LLP

Walter W. Bates (ASB-7202-E49W)
Jay M. Ezelle (ASB-4744-Z72J)
Cole R. Gresham (ASB-8993-L74G)
Michael R. Lasserre (ASB-2144-Y61G)
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512
wwb@starneslaw.com
jme@starneslaw.com
crg@starneslaw.com
mrl@starneslaw.com

SIMPSON THACHER & BARTLETT LLP

Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Jacob Lundqvist (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
jyoungwood@stblaw.com
jgochman@stblaw.com
jacob.lundqvist@stblaw.com

*Attorneys for Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski.*

{B4547470}

Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski (collectively, "Defendants") respectfully submit this notice of supplemental authority in support of their Opposition to Plaintiffs' Motion for Class Certification (ECF No. 92).

On March 20, 2023, the United States District Court for the Southern District of California issued a decision denying in part a motion for class certification in the case captioned *In re Qualcomm Inc. Securities Litigation*, No. 17CV121-JO-MSB, 2023 WL 2583306 (S.D. Cal. Mar. 20, 2023). This decision is relevant to and supports Defendants' arguments in their Opposition to Lead Plaintiffs' Motion for Class Certification and their Executive Summaries in Opposition to Lead Plaintiffs' Motion for Class Certification (ECF Nos. 92, 121, 138).

Plaintiffs in *Qualcomm* alleged that Qualcomm, a manufacturer of chips and other components, and several of its executives made misrepresentations regarding the company's "broad," "fair," and "non-discriminatory" licensing practices. *Qualcomm*, 2023 WL 2583306, at *2. According to Plaintiffs, these statements were materially false because they failed to disclose that Qualcomm only licensed its chips to customers on a device-by-device level (*i.e.*, providing a license for the use of a chip in a particular device, such as a cell phone), rather than licensing on a "chip level" (*i.e.*, licensing the chip for use in any technology in the licensee's discretion), and did not license any of its chips to competing chipmakers. *Id.* at *3–4. Plaintiffs alleged that these misstatements maintained artificial inflation in Qualcomm's stock price until the "truth" was revealed through a series of corrective disclosures describing Qualcomm's device-specific licensing model. *Id.* at *5.

In denying Plaintiffs' motion for class certification in part, the court applied the Supreme Court's precedent in *Goldman Sachs Grp., Inc. v. Arkansas Tchr. Ret. Sys.*, 141 S. Ct. 1951, 1959

(2021), which held that "when the earlier misrepresentation is generic (*e.g.*, 'we have faith in our business model') and the later corrective disclosure is specific (*e.g.*, 'our fourth quarter earnings did not meet expectations')," then "there is a mismatch between the contents of the misrepresentation and the corrective disclosure" that undermines any inference of "front-end price inflation—that is, price impact—from the back-end price drop." *Qualcomm*, 2023 WL 2583306, at *12 (quoting *Goldman*, 141 S. Ct. at 1961). Applying this precedent, the court found that the allegedly corrective information, "that Qualcomm licensed at the device level and not the chip level—is far more specific than Defendants' generic statements assigning the adjectives 'broad,' 'fair,' 'reasonable,' and 'non-discriminatory' to Qualcomm's overall licensing model." *Id.* While Plaintiffs argued that the market had interpreted these generic statements "to mean that Qualcomm licensed chips to chipmakers and that this inflated Qualcomm's stock price," the court found that conclusion was "not apparent when the alleged misrepresentations and corrective disclosures are viewed side by side." *Id.* Based on this analysis, the court concluded that "the generic nature of the alleged misrepresentations makes it less likely that those misrepresentations deceived the market in the way Plaintiffs theorize, and therefore, less likely that they caused 'front-end price inflation.'" *Id.* (citing *Goldman*, 141 S. Ct. at 1961).

Defendants respectfully submit this supplemental authority, which is attached hereto as Exhibit A.

Dated: March 27, 2023

STARNES DAVIS FLORIE LLP

/s/ *Michael R. Lasserre*

Walter W. Bates (ASB-7202-E49W)
Jay M. Ezelle (ASB-4744-Z72J)
Cole R. Gresham (ASB-8993-L74G)
Michael R. Lasserre (ASB-2144-Y61G)
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512
wwb@starneslaw.com
jme@starneslaw.com
crg@starneslaw.com
mrl@starneslaw.com

SIMPSON THACHER & BARTLETT LLP

Jonathan K. Youngwood (*pro hac vice*)
Janet A. Gochman (*pro hac vice*)
Jacob Lundqvist (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
jyoungwood@stblaw.com
jgochman@stblaw.com
jacob.lundqvist@stblaw.com

*Attorneys for Defendants ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski.*

{B4547470}                                   3

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Steven B. Singer
Craig Corey Maider
Kyla Grant
Sara M. DiLeo
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606

Joseph E. White, III
Lester R. Hooker
Jonathan Dov Lamet
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434

Bailie L. Heikkinen
Reginald E. Janvier
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

David J. Guin
Tammy M. Stokes
Dawn Stith Evans
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600/Title Bldg.
Birmingham, AL 35203

Roger H. Bedford, Jr
ROGER BEDFORD, ATTORNEY AT LAW, LLC
P.O. Box 1149
Russellville, AL 35653

John T. Long
CAVANAGH & O'HARA
2319 West Jefferson Street
Springfield, IL 62702

{B4547470}                                                  4

James Bringhurst Eubank
Wilson Daniel Miles, III
Beasley Allen Law Firm
218 Commerce St.
Montgomery, AL 36104

Mason G Roth
ROBBINS GELLER RUDMAN & DOWD, LLP
120 East Palmetto Park Road
Boca Raton, FL 33432

Nathan R Lindell
ROBBINS GELLER RUDMAN & DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101

/s/ Michael R. Lasserre
STARNES DAVIS FLORIE LLP

{B4547470}                    5