FILED
2023 Mar-30  PM 05:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** } } } } | |
| **Plaintiffs,** } } | |
| **v.** } } | **Case No.:  2:20-cv-00856-RDP** |
| **PROASSURANCE CORPORATION, et al.,** } } } } | |
| **Defendants.** } | |

## ORDER

The parties to this action have informally contacted chambers and informed the court that they have reached a settlement in principle. The parties further requested a 30-day continuance and stay of all pending deadlines. The court treats this as a Motion for a General Stay of Proceedings.

The parties' Motion is **GRANTED**. This case is hereby **STAYED**.

On or before **April 28, 2023**, the parties are **DIRECTED** to file a joint report informing the court of the status of the settlement agreement and an anticipated timeframe for its finalization.

The hearing on Plaintiff's Motion to Certify Class scheduled for Tuesday, April 4, 2023, is **CANCELLED**.

Plaintiff's Motion to Certify Class is **ADMINISTRATIVELY TERMINATED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this March 30, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE