FILED

2023 Jun-22  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A-4

**<u>LEGAL NOTICE</u>**
*Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation, et al.,*
Case No. 2:20-cv-00856 (N.D. Ala.)
c/o Gilardi & Co. LLC
P.O. Box _____
Novato, CA _____

www.ProAssuranceSecuritiesSettlement.com.

Court-Ordered Legal Notice
(Forwarding Service Requested)

Important Information about a Securities Class Action Settlement

You may be entitled to a payment.  This Notice may affect your legal rights.

Please read it carefully.

*Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation, et al.*
Case No. 2:20-cv-00856 (N.D. Ala.)
THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT
VISIT WWW.PROASSURANCESECURITIESSETTLEMENT.COM OR CALL _____ FOR MORE INFORMATION

If you purchased or otherwise acquired ProAssurance Corporation ("ProAssurance" or the "Company") common stock from August 8, 2018 through May 7, 2020, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in the above-captioned action ("Action"). Your rights may be affected by this Action and the Settlement. A hearing will be held on _____, 2023 at _____ before Judge R. David Proctor, at the United States District Court, Northern District of Alabama, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, AL 35203, to determine whether the proposed Settlement of the Action against Defendants ProAssurance, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman and Michael L. Boguski for $28 million, to be paid or caused to be paid by the Company, and the Plan of Allocation should be approved as fair, reasonable, and adequate and whether the Action should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of attorneys' fees of up to 33% of the Settlement Amount, and expenses not to exceed $1,500,000, plus interest on both amounts, and awards to Lead Plaintiffs, should be granted.

The proposed Settlement would resolve a putative class action lawsuit alleging that, in violation of the U.S. federal securities laws, Defendants materially misled investors by concealing ProAssurance's deviation from its purportedly conservative practices in connection with an undisclosed insurance policy issued to a large national account. Defendants deny the allegations and any liability or wrongdoing of any kind. For a full description of the proposed Settlement and your rights, and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action, and the Proof of Claim and Release ("Claim Form") by visiting the website: www.ProAssuranceSecuritiesSettlement.com (the "Website") or you may request copies from the Claims Administrator by: (i) mail: *ProAssurance Securities Settlement*, c/o Gilardi & Co. LLC, P.O. Box _____, Novato, CA _____; or (ii) toll-free call: _____.

To qualify for payment, you must submit a valid Claim Form, with supporting documentation, postmarked or submitted online no later than _____, 2023. You will be bound by any Judgment entered in the Action, regardless of whether you submit a Claim Form, unless you exclude yourself from the Settlement Class. If you exclude yourself, you cannot get money from this Settlement. If you do not exclude yourself from the Settlement Class, you may object to the proposed Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses no later than _____, 2023. The long-form Notice and the Website explain how to exclude yourself from the Settlement Class or how to object.

Lead Plaintiffs and the Settlement Class are represented by Lead Counsel:  Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, 1-800-449-4900, settlementinfo@rgrdlaw.com; Lester R. Hooker, Saxena White P.A., 7777 Glades Road, Suite 300, Boca Raton, FL 33434, 561-394-3399, lhooker@saxenawhite.com.  You may, but do not have to, attend the Court hearing to be heard.  The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.