FILED

2023 Aug-10  PM 05:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SHEET METAL WORKERS LOCAL 19 PENSION FUND, individually and on behalf of all others similarly situated,** | } } } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:20-cv-00856-RDP** |
| | } | |
| **PROASSURANCE CORPORATION, et al.,** | } } | |
| | } | |
| **Defendants.** | } | |

**ORDER**

This matter is before the court on Plaintiffs Central Laborers' Pension Fund and Plymouth County Retirement Association's Unopposed Motion for Preliminary Approval of Class Action Settlement. (Doc. # 155). A Preliminary Approval Hearing on Plaintiffs' Motion is **SET** for **10:00 a.m. Central Time on Thursday, August 24, 2023**. The hearing will take place in Courtroom 5B of the Hugo L. Black United States Courthouse in Birmingham, Alabama. Out of town counsel may participate via Zoom.

A Zoom link will be provided to the parties prior to the hearing.

**DONE** and **ORDERED** this August 10, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE