FILED
2023 Nov-27  PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ALABAMA

SHEET METAL WORKERS LOCAL 19
PENSION FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

    vs.

PROASSURANCE CORPORATION, W.
STANCIL STARNES, EDWARD L. RAND,
JR., DANA S. HENDRICKS, HOWARD H.
FRIEDMAN, and MICHAEL L. BOGUSKI,

      Defendants.

Civil Action No.: 2:20-cv-00856-RDP

## DECLARATION REGARDING CAFA NOTICE

1.    I am a Case Coordinator at KCC LLC & RicePoint Administration ("KCC"). My business address is 1 McInnis Parkway, Suite 250, San Rafael, California 94903. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

2.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC I compiled a CD-ROM containing the following documents: *Class Action Complaint*, *Amended Class Action Complaint*, *Defendants' Answer to Plaintiffs' Amended Complaint and Affirmative Defenses*, *Proposed Order re Preliminary Approval Hearing*, *Unopposed Motion for Preliminary Approval*, *Exhibits to Unopposed Motion for Preliminary Approval*, *Memorandum of Points and Authorities in Support of Motion for Preliminary Approval*, *Long Form Notice*, *Summary Notice*, *Postcard Notice*, *Claim Form*, *Stipulation of Settlement*, *Exhibits to the Stipulation of Settlement*, and *Proposed Final Judgment*, which accompanied a cover letter (collectively, the "CAFA Notice Packet").  A copy of the cover letter is presented as Exhibit A.

3.     On June 29, 2023, KCC caused 134 CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed in Exhibit B (*e.g.*, the U.S. Attorney General, the Attorneys General and insurance commissioners of individual states and the District of Columbia, and the five recognized U.S. Territories, as well as parties of interest to this Action).

4.     As of the date of this Declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph three above, but was advised by the U.S. Postal Service that one Packet was undeliverable: the Cayman Islands Monetary Authority. On September 13, 2023, a replacement packet was sent via Federal Express and successfully delivered on September 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 27, 2023 in Louisville, Kentucky.

*Fred Webb*

Fred R. Webb,

Case Coordinator