FILED
2023 Nov-27  PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A



1 McInnis Parkway
Suite 250
San Rafael, CA 94903

June 29, 2023

VIA PRIORITY MAIL

Merrick Garland
Attorney General of the United States
950 Pennsylvania Avenue, NW
United States Department of Justice
Washington, DC 20530-0001

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Merrick Garland:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, please find enclosed information relating to the proposed settlement of a class action lawsuit. This Notice is being sent on behalf of the following defendants (collectively, "Defendants"): ProAssurance Corporation, W. Stancil Starnes, Edward L. Rand, Jr., Dana S. Hendricks, Howard H. Friedman, and Michael L. Boguski.

| | |
|---|---|
| **Case Name:** | *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation, et al.* |
| **Case Number:** | 2:20-CV-00856-RDP |
| **Jurisdiction:** | United States District Court, Northern District of Alabama |
| **Date Settlement Filed with Court:** | June 22, 2023 |



Merrick Garland
June 29, 2023
Page 2

Defendants deny any wrongdoing or liability whatsoever, but have decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that is enclosed with this letter:

1.   **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint*, *Amended Consolidated Class Action Complaint*, and *Defendants' Answer to Plaintiffs' Amended Complaint and Affirmative Defenses* are included on the enclosed CD.

2.   **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of June 29, 2023, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiffs filed the *Unopposed Motion for Preliminary Approval* on June 22, 2023 requesting that the Honorable R. David Proctor preliminarily approve the proposed Settlement. Copies of the *Proposed Order re Preliminary Approval Hearing*, *Unopposed Motion for Preliminary Approval*, *Exhibits to Unopposed Motion for Preliminary Approval*, and the *Memorandum of Points and Authorities in Support of Motion for Preliminary Approval* are included on the enclosed CD.

3.   **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice*, *Summary Notice*, *Postcard Notice*, and the *Claim Form* to be provided to the class are included on the enclosed CD.

4.   **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Stipulation of Settlement* and the *Exhibits to the Stipulation of Settlement* are included on the enclosed CD.

5.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of June 29, 2023, no other settlement or agreement has been entered into by the Parties to this Action with each other, either directly or by and through their respective counsel.

6.   **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of June 29, 2023, nor have any Notices of Dismissal been granted at this time. A copy of the *[Proposed] Final Judgment* is included on the enclosed CD.



Merrick Garland
June 29, 2023
Page 3

7.    **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(A)-(B), at this time a complete list of names of class members and each State of residence is not available. An estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members is also unavailable. Such information will only be available after the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Notice, and the submission of claims by potential class members has been evaluated. Accordingly, it is not feasible at this time to provide any additional information regarding the identity, residency, or proportionate shares of claims by State of potential class members.

8.    **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The proposed Settlement was filed with the Court on June 22, 2023 and the preliminary approval hearing has not yet been scheduled. As of June 29, 2023, no judicial opinion related to the Settlement has been issued.

The foregoing information is provided based on information currently available to the Defendants and their counsel, and reflects the status of the proceedings at the time of the mailing of this Notice. If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that Defendants can address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*
Fred Webb,
Case Coordinator

Enclosure – CD ROM