FILED

2023 Nov-27  PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

| Last | First | Company 1 | Company 2 | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Garland | Merrick | Attorney General of the United States | | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Taylor | Treg | Office of the Alaska Attorney General | | 1031 W. 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Alabama Attorney General | | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Griffin | Tim | Arkansas Attorney General Office | | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mayes | Kris | Office of the Arizona Attorney General | | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the California Attorney General | | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Schwalb | Brian | District of Columbia Attorney General | | 400 6th St., NW | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Lopez | Anne E. | Office of the Hawaii Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 |
| Bird | Brenna | Iowa Attorney General | | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Labrador | Raúl | State of Idaho Attorney General's Office | | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Raoul | Kwame | Illinois Attorney General | | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Rokita | Todd | Indiana Attorney General's Office | | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Kobach | Kris | Kansas Attorney General | | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Cameron | Daniel | Office of the Kentucky Attorney General | | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Campbell | Andrea | Attorney General of Massachusetts | | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Brown | Anthony G. | Office of the Maryland Attorney General | | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Bailey | Andrew | Missouri Attorney General's Office | | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Fitch | Lynn | Mississippi Attorney General's Office | | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Knudsen | Austin | Office of the Montana Attorney General | | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | North Carolina Attorney General | | Department of Justice | P.O.Box 629 | Raleigh | NC | 27602-0629 |
| Hilgers | Mike | Office of the Nebraska Attorney General | | State Capitol P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| Ford | Aaron | Nevada Attorney General | | Old Supreme Ct. Bldg. | 100 North Carson St. | Carson City | NV | 89701 |
| Formella | John | New Hampshire Attorney General | | Hew Hampshire Department of Justice | 33 Capitol St. | Concord | NH | 03301-6397 |
| Platkin | Matthew J. | Office of the New Jersey Attorney General | | Richard J. Hughes Justice Complex | 25 Market St.,  P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Torrez | Raul | Office of the New Mexico Attorney General | | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| James | Letitia | Office of the New York Attorney General | | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Wrigley | Drew H. | North Dakota Office of the Attorney General | | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Yost | Dave | Ohio Attorney General | | Rhodes State Office Tower | 30 E. Broad St., 14th Flr. | Columbus | OH | 43215 |
| Drummond | Gentner | Oklahoma Office of the Attorney General | | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | | Justice Building | 1162 Court St., NE | Salem | OR | 97301-4096 |
| Henry | Michelle A. | Pennsylvania Office of the Attorney General | | 16th Flr., Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter | Rhode Island Office of the Attorney General | | 150 South Main St. | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211 |
| Jackley | Marty | South Dakota Office of the Attorney General | | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Skrmetti | Jonathan | Tennessee Attorney General and Reporter | | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Clark | Charity R. | Office of the Attorney General of Vermont | | 109 State St. | | Montpelier | VT | 05609-1001 |
| Miyares | Jason | Office of the Virginia Attorney General | | 202 North Ninth St. | | Richmond | VA | 23219 |
| Ferguson | Bob | Washington State Attorney General | | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Morrisey | Patrick | West Virginia Attorney General | | State Capitol Complex, Bldg. 1, Rm. E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Kaul | Josh | Office of the Wisconsin Attorney General | | Dept. of Justice, State Capitol | Rm. 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| Hill | Bridget | Office of the Wyoming Attorney General | | 109 State Capitol | | Cheyenne | WY | 82002 |
| Ala'ilima-Utu | Fainu'ulelei Falefatu | American Samoa Gov't | | Dept. of Legal Affairs, c/o Attorney General | P.O. Box 7 | Utulei | AS | 96799 |
| Moylan | Douglas | Office of the Attorney General, ITC Building | | 590 S. Marine Corps Dr. | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Hernández | Domingo Emanuelli | Puerto Rico Attorney General | | Torre Chardón, Suite 1201 | 350 Carlos Chardón Ave. | San Juan | PR | 00918 |
| Thomas-Jacobs | Carol | Virgin Islands Acting Atty. General, DOJ | | 3438 Kronprindsens Gade | GERS Complex, 2nd Floor | St. Thomas | VI | 00802 |
| Lundqvist | Jacob | Simpson Thacher & Bartlett LLP | | 425 Lexington Avenue | | New York | NY | 10017 |
| Gensler | Gary | Chairman | U.S. Securities and Exchange Commission | SEC Headquarters | 100 F Street, NE | Washington | DC | 20549 |
| Powell | Jerome H. | Chair, Board of Governors | Federal Reserve System | 20th Street and Constitution Avenue N.W. | | Washington | DC | 20551 |
| Hsu | Michael J. | Office of the Comptroller of the Currency | | OCC Headquarters | Constitution Center | 400 7th Street, S.W., Suite 3E-218 | Washington | DC | 20219 |
| Benham | Rostin | Chair, Commodity Futures Trading Commission | | Three Lafayette Centre | 1155 21st Street, NW | Washington | DC | 20581 |
| Ostrander | Richard | General Counsel and Head of Legal Group | Federal Reserve Bank of New York | 33 Liberty Street | | New York | NY | 10045 |
| Gallen | Joses | Office of the Secretary | Department of Justice | Federated States of Micronesia | P.O. Box PS 105 | Palikir, Pohnpei | FM | 96941 |
| Rengiil | Ernestine K. | Palau Office of the Attorney General | | P.O. Box 6051 | | Koror | PW | 96940 |
| Office of the Attorney General | | Republic of the Marshall Islands | | P.O. Box 890 | | Majuro | MH | 96960 |
| Harris | Adrienne A. | Superintendent | New York State Dept. of Financial Services | Attn: Class Action Notice | One State Street, 19th Floor | New York | NY | 10004 |
| Barbero | Megan | General Counsel | U.S. Securities and Exchange Commission | SEC Headquarters | 100F Street, NE | Washington | DC | 20549 |
| Van Der Weide | Mark. E. | General Counsel, Board of Governors | Federal Reserve System | 20th Street and Constitution Avenue N.W. | | Washington | DC | 20551 |
| McDonough | Benjamin W. | Senior Deputy Comptroller and Chief Counsel | Comptroller of the Currency | OCC Headquarters, Constitution Center | 400 7th Street, S.W., Suite 3E-218 | Washington | DC | 20219 |
| Schwartz | Robert | Commodity Futures Trading Commission | Office of the General Counsel | Three Lafayette Centre | 1155 21st Street, NW | Washington | DC | 20581 |
| Hewlett | Clothilde V. | Commissioner | California Dept. of Business Oversight | 1515 K Street, Suite 200 | | Sacramento | CA | 95814-4052 |
| Sparkman | Marlene K. | General Counsel | Texas State Securities Board | P. O. Box 13167 | | Austin | TX | 78711-3167 |
| Wright | Steven | General Counsel | Federal Reserve Bank of Boston | 600 Atlantic Avenue | | Boston | MA | 02210-2204 |
| Gallagher | Mary | Commissioner | Massachusetts Division of Banks | 1000 Washington Street | 10th Floor | Boston | MA | 02118-6400 |
| | | Federal Insurance Office | U.S. Department of the Treasury | 1500 Pennsylvania Avenue, NW | | Washington | DC | 20220 |
| Wing-Heier | Lori K. | Alaska Dept. of Commerce, Community & | Economic Development, Division of Insurance | 550 W. 7th Ave., Suite 1560 | | Anchorage | AK | 99501-3567 |
| Fowler | Mark | Alabama Department of Insurance | | P.O. Box 303351 | | Montgomery | AL | 36130-3351 |
| McClain | Alan | Arkansas Department of Commerce | | Arkansas Insurance Department | 1 Commerce Way, Bldg 4, Suite 502 | Little Rock | AR | 72202-2087 |
| Barbara | Richardson | Dept. of Insurance and Financial Institutions | | 100 N. 15th Avenue | Suite 261 | Phoenix | AZ | 85007-2630 |
| Lara | Ricardo | California Department of Insurance | | 300 Capitol Mall | 17th Floor | Sacramento | CA | 95814 |
| Conway | Michael | Colorado Dept. of Regulatory Agencies | Division of Insurance | 1560 Broadway, Suite 850 | | Denver | CO | 80202 |
| Mais | Andrew N. | Connecticut Insurance Department | | P.O. Box 816 | | Hartford | CT | 06142-0816 |
| Woods | Karima M. | Government of the District of Columbia | Department of Insurance, Securities and Banking | 1050 First Street, NE, Suite 801 | | Washington | DC | 20002 |
| Navarro | Trinidad | Delaware Department of Insurance | | 1351 West North Street | Suite 101 | Dover | DE | 19904 |
| Yaworsky | Mike | Office of Insurance Regulation | | The Larson Building | 200 E. Gaines St. | Tallahassee | FL | 32399-0305 |
| Patronis | Jimmy | Florida Department of Financial Services | | J. Edwin Larson Building | 200 E. Gaines Street | Tallahassee | FL | 32399-0301 |
| King | John F. | Office of Insurance and Safety Fire Commissioner | | Two Martin Luther King, Jr. Dr., SE | West Tower, Suite 704, Floyd Bldg. | Atlanta | GA | 30334 |
| Hayashida | Colin M. | Department of Commerce and Consumer Affairs | Insurance Division | P.O. Box 3614 | | Honolulu | HI | 96811-3614 |
| Ommen | Doug | Iowa Insurance Division | | 1963 Bell Avenue | Suite 100 | Des Moines | IA | 50315 |
| Cameron | Dean L. | Idaho Department of Insurance | | P.O. Box 83720 | | Boise | ID | 83720-0043 |
| Popish Severinghaus | Dana | Illinois Department of Insurance | | 320 W. Washington St., 4th Floor | | Springfield | IL | 62767-0001 |
| Beard | Amy | Indiana Department of Insurance | | 311 W. Washington Street | | Indianapolis | IN | 46204-2787 |
| Schmidt | Vicki | Kansas Insurance Department | | 1300 SW Arrowhead Road | | Topeka | KS | 66604 |
| Clark | Sharon P. | Kentucky Department of Insurance | | P.O. Box 517 - 2 SE 11 | | Frankfort | KY | 40602-0517 |
| Donelon | James J. | Louisiana Department of Insurance | | P.O. Box 94214 | | Baton Rouge | LA | 70804-9214 |
| D'Emilia | Layla R. | Office of Consumer Affairs & Business Regulation | Massachusetts Division of Insurance | 1000 Washington Street | 8th Floor | Boston | MA | 02118-6200 |
| Birrane | Kathleen A. | Maryland Insurance Administration | | 200 St. Paul Pl. | Suite 2700 | Baltimore | MD | 21202-2272 |
| Cioppa | Eric A. | Department of Professional & Financial Regulation | Bureau of Insurance | 34 State House Station | | Augusta | ME | 04333-0034 |
| Fox | Anita G. | Department of Insurance & Financial Services | | P.O. Box 30220 | | Lansing | MI | 48909-7720 |
| Arnold | Grace | Minnesota Department of Commerce | | 85 7th Place East, Suite 280 | | St. Paul | MN | 55101 |
| Lindley-Myers | Chlora | Missouri Department of Commerce and Insurance | | P.O. Box 690 | | Jefferson City | MO | 65102-0690 |
| Chaney | Mike | Mississippi Insurance Department | | P.O. Box 79 | | Jackson | MS | 39205 |
| Downing | Troy | Office of Commissioner, Securities and Insurance | Montana State Auditor | 840 Helena Ave | | Helena | MT | 59601 |
| Causey | Mike | North Carolina Department of Insurance | | 1201 Mail Service Center | | Raleigh | NC | 27699-1201 |
| Godfread | Jon | North Dakota Insurance Department | | 600 E. Boulevard | 5th Floor | Bismarck | ND | 58505-0320 |

DC: 7187568-1

| Last | First | Organization | Division | Address | Suite/Box | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Dunning | Eric | Nebraska Department of Insurance | | P.O. Box 82089 | | Lincoln | NE | 68501-2089 |
| Nicolopoulos | Chris | New Hampshire Insurance Department | | 21 S Fruit St | Suite 14 | Concord | NH | 03301 |
| Caride | Marlene | New Jersey Dept. of Banking and Insurance | | 20 West State Street | PO Box 325 | Trenton | NJ | 08625-0325 |
| Catechis | Jennifer A. | Office of Superintendent of Insurance | | P.O. Box 1689 | | Santa Fe | NM | 87504-1689 |
| Richardson | Barbara D. | Nevada Dept. of Business & Industry | Division of Insurance | 1818 East College Pkwy | Suite 103 | Carson City | NV | 89706 |
| Harris | Adrienne A. | New York State Department of Financial Services | | One State St | | New York | NY | 10004-1511 |
| French | Judith L. | Ohio Department of Insurance | | 50 West Town Street | Suite 300 | Columbus | OH | 43215 |
| Mulready | Glen | Oklahoma Insurance Department | | 400 NE 50th Street | | Oklahoma City | OK | 73105-1816 |
| Stolfi | Andrew | Oregon Dept. of Consumer & Business Services | Division of Financial Regulation | P.O. Box 14480 | | Salem | OR | 97309-0405 |
| Altman | Jessica | Pennsylvania Insurance Department | | 1326 Strawberry Square | | Harrisburg | PA | 17120 |
| Kelleher Dwyer | Elizabeth | Rhode Island Department of Business Regulation | Division of Insurance | 1511 Pontiac Ave, Building 69-2 | | Cranston | RI | 02920 |
| Wise | Michael | South Carolina Department of Insurance | | P.O. Box 100105 | | Columbia | SC | 29202-3105 |
| Mulder | Amber | South Dakota Dept. of Labor & Regulation | Division of Insurance | 124 South Euclid Avenue, 2nd Floor | | Pierre | SD | 57501 |
| Lawrence | Carter | Tennessee Department of Commerce & Insurance | Insurance Division | Davy Crockett Tower, Twelfth Floor | 500 James Robertson Pkwy | Nashville | TN | 37243-0565 |
| Paschal | Dan | Texas Department of Insurance | | P.O. Box 149104 | | Austin | TX | 78714-9104 |
| Pike | Jonathan T. | Utah Insurance Department | | PO Box 146901 | | Salt Lake City | UT | 84114-6901 |
| White | Scott A. | Virginia Bureau of Insurance | | P.O. Box 1157 | | Richmond | VA | 23218 |
| Gaffney | Kevin | Vermont Department of Financial Regulation | | 89 Main St | | Montpelier | VT | 05620-3101 |
| Kreidler | Mike | Office of the Insurance Commissioner | | P.O. Box 40255 | | Olympia | WA | 98504-0255 |
| Houdek | Nathan | Office of the Commissioner of Insurance | | P.O. Box 7873 | | Madison | WI | 53707-7873 |
| McVey | Allan L. | Offices of the Insurance Commissioner | | P.O. Box 50540 | | Charleston | WV | 25305-0540 |
| Rude | Jeff | Wyoming Insurance Department | | 106 East 6th Ave. | | Cheyenne | WY | 82002-0440 |
| Roach | Tregenza A. | Office of the Lieutenant Governor | Division of Banking, Insurance, & Financial Reg. | 5049 Kongens Gade | | St. Thomas | VI | 00820 |
| Adams Vega | Alexander S. | Office of the Commissioner of Insurance | | 361 Calle Calaf | P.O. Box 195415 | San Juan | PR | 00919 |
| Cabrera | Francisco D. | Northern Mariana Islands Department of Commerce | Office of the Insurance Commissioner | P.O. Box 5795 CHRB | | Saipan | MP | 96950 |
| Santos | Michelle B. | Dept. of Revenue & Taxation | Regulatory Division | PO Box 23607 | | GMF | GU | 96921 |
| Perry | Elizabeth | Office of the Governor | American Samoa Government | A P Lutali Executive Office Building | | Pago Pago | AS | 96799 |
| | | Cayman Islands Monetary Authority | | 171 Elgin Ave, George Town | SIX, Cricket Square | Grand Cayman | KY1 | 01001 |

DC: 7187568-1