FILED

2024 Jan-10  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 2:20-cv-00856-RDP |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | SUPPLEMENTAL DECLARATION OF |
| vs. | ) ) | ROSS D. MURRAY REGARDING NOTICE DISSEMINATION AND REQUESTS FOR |
| PROASSURANCE CORPORATION, et al., | ) ) | EXCLUSION RECEIVED TO DATE |
| Defendants. | ) ) | |

I, ROSS D. MURRAY, declare and state as follows:

1. I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to this Court's August 25, 2023 Memorandum Opinion and Order Preliminarily Approving Settlement and Directing Notice to the Class ("Notice Order") (ECF 162), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation"). I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2. I submit this declaration as a supplement to my earlier declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF 165-5). The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

## UPDATE ON DISSEMINATION OF NOTICE, TELEPHONE HELPLINE, AND SETTLEMENT WEBSITE

3. As more fully detailed in the Initial Mailing Declaration, as of December 6, 2023, Gilardi had mailed or emailed 22,535 Postcard Notices and three Claim Packages to potential Settlement Class Members and their nominees. Additionally, Gilardi received a message from one institution noting that they anticipated sending Postcard Notices via email to 5,890 potential Settlement Class Members. *See* Initial Mailing Declaration, ¶11.

4. Since December 6, 2023, Gilardi has mailed or emailed an additional 84 Postcard Notices in response to requests from potential Settlement Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses. Therefore, as of January 5, 2024, Gilardi has mailed or emailed a total of 22,619 Postcard Notices to potential Settlement Class Members and nominees.

5. Gilardi continues to maintain the toll-free telephone helpline (1-866-716-1091) to accommodate inquiries about the Settlement. Gilardi has promptly responded to each telephone

inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone helpline.

6.      Gilardi also continues to maintain the website dedicated to the Settlement, www.ProAssuranceSecuritiesSettlement.com (the "Settlement Website") to assist potential Settlement Class Members.  Gilardi has posted to the Settlement Website copies of the papers filed in support of final approval of the Settlement and Plan of Allocation and the motion for an award of attorneys' fees and expenses.

7.      Gilardi will continue operating, maintaining and, as appropriate, updating the toll-free telephone helpline and the Settlement Website with relevant case information until the conclusion of the administration.

## REQUESTS FOR EXCLUSION RECEIVED TO DATE

8.      The Notice informs potential Settlement Class Members that written requests for exclusion from the Settlement Class must be mailed to *ProAssurance Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than December 22, 2023.  At the time of the Initial Mailing Declaration, Gilardi reported that it had not received any requests for exclusion.  *See* Initial Mailing Declaration, ¶16.

9.      Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Gilardi has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 9th day of January, 2024, at San Rafael, California.

_____
ROSS D. MURRAY